UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                   :
SARA SALERNO,                                          :
                                Plaintiff,   :
                                                 :          20 Civ. 4314 (LGS)
                    -against-                  :
                                                 :          <u>ORDER</u>
FLORIDA SOUTHERN COLLEGE,      :
                                Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on June 24, 2020, an order was issued scheduling an initial pretrial conference in error.  It is hereby

       **ORDERED** that the order at Dkt. No. 15 is **VACATED**.

       The Clerk of Court is requested to close this matter and transfer the case to the Middle District of Florida, pursuant to the order at Dkt. No. 14.

Dated: June 29, 2020
       New York, New York

.

                                                         **LORNA G. SCHOFIELD**
                                                 **UNITED STATES DISTRICT JUDGE**