# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

SARA SALERNO, on behalf of herself and all
others similarly situated,

          Plaintiff,                      Civil Action No. 8:20-cv-01494-JSM-SPF

FLORIDA SOUTHERN COLLEGE,

          Defendant.

_____

**AFFIDAVIT IN SUPPORT**
**OF**
**MOTION TO DISMISS**
**THE FIRST AMENDED CLASS ACTION COMPLAINT**

**STATE OF FLORIDA**
**COUNTY OF POLK**

1.    My name is V. Terry Dennis and I am Vice President for Finance and Administration for Florida Southern College (the "College"). I have held that position since approximately 1994.

2.    As Vice President for Finance and Administration, the following departments of the College are under my direct supervision:

        a.    The Business Office of the College;
        b.    Student Accounts;
        c.    Financial Aid;
        d.    Information Technology Services;
        e    Facilities;
        f.    Human Resources;
        g.    Campus Safety Department; and
        h.    Mail Services.

3.    As Vice President for Finance and Administration, I have personal knowledge of the facts as set forth in this Affidavit.

4.    I have read the First Amended Complaint filed in this case and this Affidavit is being submitted in support of the College's Motion To Dismiss said First Amended Complaint.

5.      In paragraph 19 of the First Amended Complaint, the Plaintiff Sara Salerno alleges that her daughter is an undergraduate student at the College. In the same paragraph, the student is identified as Lindsay Murillo. Based on the records at the College, Lindsay Murillo is an adult twenty (20) year old female student (the "Student") at the College and who has completed her Sophomore year at the College.

6.      The Plaintiff Sara Salerno is not a student at the College.

7.      The Plaintiffs allege in paragraph 3 of the First Amended Complaint that the Plaintiffs and the College entered into a contractual agreement and other paragraphs of the First Amended Complaint references a "contract" between the Plaintiffs and the College (¶¶ 5, 13, 16, 32, 45, 52, 53, and 57 though 63). No "contract" between the College and the Plaintiff is attached to the Complaint nor are there any facts stated in the Complaint which would identify a written contract between the College and the Plaintiffs. I can state that the College has never entered into a contract of any type with the Plaintiff Sara Salerno. All written documents relating to the Student's admission and attendance at the College have been signed by the Student, Lindsay Murillo, although there is no written contract between the College and Ms. Murillo.

8.      In paragraph 3 of the First Amended Complaint, the Plaintiffs allege that the "terms of the contractual agreement were set forth in publications from FSC, including the FSC Spring 2020 Semester Course Portal (Course Portal)". Publications referenced as being in the Course Portal by Plaintiffs in paragraph 7, 8, 14, 16, 55 and 60 of the First Amended Complaint include the College's Academic Catalog. A copy of the College's Academic Catalog for 2019/2020 is incorporated into this Affidavit as Exhibit 1 to this Affidavit and is being filed electronically with the Court. It should be noted that the Academic Catalog cited by the Plaintiffs in the First Amended Complaint contains, on page 34, the following:

> **Emergency Class Cancellation Policy**
> The College's class cancellation policy is guided by our overriding concern for the safety of students. To ensure a clear line of authority, the president has authorized the provost to make decisions about class cancellations in the event of weather or other emergencies.

9.      The adult Student, Lindsey Murillo, has not granted the Plaintiff Sara Salerno third party access to her records or information at the College under the Federal Family Educational Rights and Privacy Act of 1974 ("FERPA"). Under FERPA, the College is prevented from disclosing educational records to parents unless the student completes and signs a FERPA authorization waiver. The Student in this case has not

executed such a waiver at the College.

10.     The College does not maintain any contractual agreements or accounts receivable records of any kind between parents and the College. If a student at any time has an unpaid balance for any monies owed the College, the College does not pursue the parents for said balance but looks to the student for payment. Likewise, when refund checks related to room and board and meal plans were sent from the College in April and May of this year as a result of COVID-19 issues, they were mailed from the College to the Student and the Student was the payee on the checks from the College, not the Plaintiff Sara Salerno. Additionally, payments made by the College to the Student for moving expenses and monies disbursed under the CARES Act were all sent to and paid to the Student, not the Plaintiff, Sara Salerno. In the College's communications to its students regarding the refunds, the College told its students (including the Student, Lindsey Murillo) that "**Your refund** was based on your individual housing and meal plans and residency grant. **You** can view **your refund** amount by logging into the **FSC student portal** and looking at the **Student Accounts tab**" [emphasis added]. All student financial and academic records kept at the College are kept using a Student ID number, with the student's name. There are no records maintained at the College titled in the name of the Plaintiff, Sara Salerno.

11.     In paragraph 18 of the First Amended Complaint, the Plaintiff Sara Salerno alleges that she paid "approximately $18,430 to [the College] for [her daughter's] tuition" As earlier indicated, there are no accounts listed at the College in Sara Salerno's name. The College only maintains accounts in the name of its students. The account for the Student in this case actually shows that only $2,960 was paid from non-scholarship monies to the Student's account, not the $18,430 alleged as having been paid by Sara Salerno. The $2,960 in this case was paid and applied to the Student's account by access through the Student's portal, which would have required input of the Student's access number, a number that is provided to the Student, and not to any other person. The College never granted Plaintiff Sara Salerno access to said portal.

The Student's account shows total charges of $24,260 for the Spring 2020 term with all but the $2,960 covered by scholarships as follows:

| | | |
|---|---|---|
| • | Ordway Scholarship (from the College) | $ 6,000 |
| • | Florida Southern College Grant | $   650 |
| • | On Campus Residency Grant (from the College) | $ 4,000 |
| • | Families of Freedom Scholarship | $ 10,650 |

As previously indicated, the College refunded monies to the Student, Lindsay Murillo, in April and May of this year. The amount of that refund was $752.55. As indicated, all refunds were mailed to Ms. Murillo, and therefore, the net amount

3

(after application of scholarships and refunds) paid through the Student's portal on the account listed in the Student's name for the Spring 2020 term was $2,207.45, again not the $18,430 alleged by Plaintiff, Sara Salerno. The College has no records which would indicate that any monies were paid by Plaintiff Sara Salerno directly to the College. The only monies received by the College on the Student's account were from scholarships and the $2,960 paid through the Student's portal.

12.     The only contact between the College and the Plaintiff Sara Salerno occurred prior to the Student's admission in 2018. The College's pre-admission contact records, reveal three (3) minimal contacts, once when the Plaintiff Sara Salerno sent a text to the College stating "Hey you can stop Referring my kid as Sara. Her name is Lindsay, thank you...from Sara her mom thanks.", another when the Plaintiff asked about how to contact the College's swim coach and the third when the Plaintiff asked a question about financial aid for the Student. All other pre-admission contacts were with the Student and all post-admission contacts have been with the Student.

DATED: August 5, 2020

_V. Terry Deenes_
V. Terry Dennis
**Vice President For Finance
and Administration
Florida Southern College**

**STATE OF FLORIDA
COUNTY OF POLK**

Sworn to and subscribed before me, the undersigned authority, by means of ☑ physical presence, or ☐ online notarization, this 5th day of August, 2020, by V. Terry Dennis, who being first duly sworn, deposes and says that he has personal knowledge that the facts contained in this Affidavit are true and correct. He is ☑ personally known to me or has produced _____ as identification and who ☑ did ☐ did not take an oath.

_Suzanne Aycock_
Notary Public, State of Florida at Large

(SEAL)

SUZANNE AYCOCK
Notary Public - State of Florida
Commission # GG 276570
My Comm. Expires Dec 16, 2022
Bonded through National Notary Assn.

4

# Exhibit 1







FLORIDA SOUTHERN COLLEGE

# ACADEMIC
## CATALOG 2019/2020

# THE ACADEMIC CALENDAR 2019-2020

## FALL SEMESTER

| | |
|---|---|
| August 17-19 | Orientation and Registration: New and Transfer Students |
| August 20 | Classes Begin at 8:00 a.m. |
| August 26 | Last Day to Register and Adjust Class Schedule |
| October 11 | Mid-Term Grade Due in Registrar's Office |
| October 14-18 | Fall Break for Day Program |
| November 1 | Final Day to Withdraw from Courses Without an Academic Penalty |
| November 27-29 | Thanksgiving Break |
| December 6 | Classes End |
| December 9-11 | Final Exams |
| December 14 | Mid-Year Commencement |
| December 14 | Christmas Holidays Begin |

## SPRING SEMESTER

| | |
|---|---|
| January 6 | Orientation and Registration: New and Transfer Students |
| January 7 | Classes Begin at 8:00 a.m. |
| January 13 | Last Day to Register and Adjust Class Schedule |
| January 20 | Martin Luther King Day; No Classes |
| February 28 | Mid-Term Grade Due in Registrar's Office |
| March 2-6 | Spring Break for Day Program |
| March 20 | Final Day to Withdraw from Courses Without an Academic Penalty |
| April 10 | Good Friday Holiday |
| April 24 | Classes End |
| April 27-29 | Final Exams |
| May 2 | Commencement |

## MAY OPTION

| | |
|---|---|
| May 3–31 | Dates may differ depending on the particular study abroad option |

## SUMMER SESSIONS

| | |
|---|---|
| May 6-June 9 | Summer A |
| June 10-July 14 | Summer B |
| May 6-July 14 | Summer C |
| May 6-June 22 | Summer D |



# Florida Southern College



2019–2020

## Message from the Provost

For over 130 years, Florida Southern has been preparing students to succeed as leaders in a wide range of fields: business, government, education, healthcare, science and technology, the arts, and the church. Indeed, it has thrived as the oldest private college in Florida because of its capacity to respond to the needs of students and the communities where they will serve.

Florida Southern has always seen a holistic educational experience as the best way to meet these needs, and its commitment to fostering students' intellectual, moral, and spiritual growth continues in this new global century. At the heart of the educational experience is Florida Southern's distinctive synthesis of liberal and professional learning, which is delivered through an engaged learning model that is widely recognized as one of the best in the country. The core academic experience is complemented by an extensive study abroad program, by exceptional co-curricular and service opportunities, and by vibrant religious life and artistic offerings—all of which are designed to help you connect what you are learning in the classroom with the world outside of it.

The mission of Florida Southern is to empower students to make a positive and consequential impact on the world, and we know that the holistic, integrated experience that we provide can prepare you to do just that. The outstanding achievements of our alumni offer living proof.

Florida Southern's faculty and other educators on campus will be expert guides on your educational journey, but ultimately, it will be up to you to make the most of your time here. This catalog will help you get started and serve as a "field manual" throughout your journey, so whether you are a first-year undergraduate or a student in one of our graduate programs, I encourage you to use this catalog to help chart your unique path to success.

I wish you all the best in your studies.

Brad Hollingshead, Ph.D.
*Provost*

**GENERAL INFORMATION** ...........................................................................................................**4**

**ADMISSIONS** ............................................................................................................................ **14**
    Traditional Undergraduate Admissions .......................................................................14
    Financial information ..........................................................................................................22
    Student Development ..........................................................................................................27

**ACADEMICS** ............................................................................................................................**32**
    Academic Policies ...............................................................................................................33
    Programs of Study ..............................................................................................................57
    Undergraduate Degree Requirements ..........................................................................63
    Undergraduate Majors ......................................................................................................82
    Adult Undergraduate Programs .....................................................................................83

**UNDERGRADUATE PROGRAM REQUIREMENTS** ................................................... **90**

**UNDERGRADUATE COURSE DESCRIPTIONS** ......................................................**185**

**GRADUATE AND DOCTORATE PROGRAMS** ........................................................**292**
    Admission ......................................................................................................................... 292
    Financial Information ....................................................................................................... 294
    Academic Policies ........................................................................................................... 295
    MAcc .................................................................................................................................... 299
    Early MAcc ......................................................................................................................... 300
    MBA ..................................................................................................................................... 301
    4+1 MBA ............................................................................................................................. 302
    MAT in Transformational Curriculum and Instruction ........................................... 303
    MED in Transformational Curriculum and Instruction........................................... 304
    4+1 MED in Transformational Curriculum and Instruction ................................... 305
    MEd in Educational Leadership .................................................................................... 306
    EdD ...................................................................................................................................... 307
    EdD in Educational Leadership..................................................................................... 308
    MSN ..................................................................................................................................... 310
    DNP....................................................................................................................................... 317
    DPT ...................................................................................................................................... 322

**GRADUATE COURSE DESCRIPTIONS** .................................................................... **326**

**COLLEGE PERSONNEL** .......................................................................................................**346**
    Board of Trustees ............................................................................................................ 346
    Administration and Staff .................................................................................................347
    Endowed Chairs and Professorships ......................................................................... 351
    Honorary Chancellors ..................................................................................................... 353
    Faculty ................................................................................................................................ 355

**INDEX** .........................................................................................................................................**370**

# GENERAL INFORMATION

## College Mission

The mission of Florida Southern College is to prepare students through dynamic engaged learning to make a positive and consequential impact on society. The mission also includes preserving the world-renowned Frank Lloyd Wright campus and visitor program.

## College Vision

Florida Southern College will achieve national recognition for providing a transformational education for students through its distinctive synthesis of liberal arts and professional programs and focus on student development through co-curricular and service learning programs. It will become a national model for engaged learning in order to achieve the learning outcomes students need to thrive in a global society. As a result of its pragmatic approach to liberal learning, the global perspective of its academic programs, effective engaged learning pedagogy, and distinctive learning outcomes in all disciplines, Florida Southern will ascend to the top 25 colleges/universities in its Carnegie classification. Maintaining its affiliation with the United Methodist Church, Florida Southern will serve as the preeminent mid-sized institution within the denomination, always striving to foster students' spiritual growth. Also, preserving the campus' iconic and significant historical Frank Lloyd Wright structures that serve as a "living museum" to accommodate the living-learning programs of the College, and promotion of education programs to perpetuate the legacy of America's greatest architect, is included in the vision.

## Florida Southern History at a Glance

Florida Southern College—the oldest private college in the state—traces its Florida roots to 1852, when the Methodist Conference founded Florida Seminary in Micanopy. The Conference established South Florida Seminary in Orlando in 1883. In 1885, the school moved to Leesburg, the college degree was awarded, and Florida Conference College was officially chartered and opened to both male and female students.

In 1901, the growing college moved to Sutherland (now Palm Harbor) on the Gulf Coast and in 1906 was renamed Southern College. The College remained at Sutherland until fires in the early 1920s forced the school temporarily to move to Clearwater Beach. In 1922, the College moved to the shores of Lake Hollingsworth in Lakeland. In 1935, the trustees adopted Florida Southern College as the corporate title.

## Florida Southern College Today

The campus comprises some 70+ buildings on 120 acres of land. Thirteen of the College's structures were designed by master architect Frank Lloyd Wright in the 1940s and 1950s. Mr. Wright said his design was to have all the buildings "flow from the ground in harmony with the natural landscape."

In that functional, yet exquisite environment, they exhibit the traits that Mr. Wright intended: organic union among the earth, sunlight, and local flora. The Wright buildings include the Annie Pfeiffer Chapel, which has become an iconic symbol of the College; the Thad Buckner Administration Building; the Emile Watson Administration Building; the Benjamin Fine Administration Building; the Seminar Building (which in its original construction comprised three separate buildings known as the Carter, Walbridge, and Hawkins Seminar Rooms); the Lucius Pond Ordway Building; the Danforth Chapel; and the Polk County Science Building, which is capped by a

white-domed planetarium. The 10 Wright buildings are complemented by three other significant Wright-designed structures: the Water Dome in front of the Roux Library; the Esplanades, 1.5 miles of covered walkways that connect most of the Wright buildings; and the newest addition to the collection, the Usonian House. Completed in 2013, the Usonian House is the first Frank Lloyd Wright-designed structure to be built for the original owners using the original plans on the intended site in over 50 years. The Usonian House is part of the newly constructed Sharp Family Tourism and Education Center. The 13 structures make up the largest single-site collection of Frank Lloyd Wright architecture in the world. The "Child of the Sun" Wright campus is listed as a National Historic Landmark.

The more traditional buildings on campus include the Allan Spivey and Joseph-Reynolds residence halls for first-year students and Edge Memorial Hall, which houses classrooms and faculty offices. These date to the 1920s and are built in a conventional, brick collegiate style. Other prominent buildings on campus include the John Branscomb Memorial Auditorium, which seats more than 2,000; the Ludd M. Spivey Humanities and Fine Arts Center, which comprises the thrust-stage Buckner Theatre, music and art studios, and the Melvin Art Gallery; the Robert A. Davis Performing Arts Center; the William F. Chatlos Communication Building, which is equipped with broadcasting facilities; and the Jack M. Berry Science Building.

Completed in 1968, the Roux Library was designed by Nils Schweizer to replace Frank Lloyd Wright's E.T. Roux Library (now the Thad Buckner Administration Building) with a larger library facility. Mr. Schweizer, Mr. Wright's on-site supervisor for several Florida Southern College buildings and a student of Mr. Wright's, integrated many Frank Lloyd Wright themes with his own unique style. The adjacent Sarah D. and L. Kirk McKay, Jr., Archives Center, opened in 2009, houses records from the Florida Conference of the United Methodist Church; Frank Lloyd Wright drawings and documents; the Lawton M. Chiles Center for Florida History; and the Florida Citrus Archives. Tûtû's Cyber Café in the Roux Library opened in 2007, underwent a major expansion in 2012 and contributes to the educational and social fabric of the campus.

During the 2009–2010 academic year, the College opened the new Marshall and Vera Lea Rinker Technology Center and the state-of-the-art Joe K. and Alberta Blanton Nursing Building, home to the College's growing School of Nursing. In 2010, the College opened the Dr. Marcene H. and Robert E. Christoverson Humanities Building, which features contemporary classrooms, a modern language lab, film studies center, and art gallery. In 2014, the College opened the Wynee Warden Dance Studio, a freestanding 4,700-square-foot facility built specifically for the dance program. In August 2015, the College introduced the Becker Business Building, a three-story, 40,000-square-foot, state-of-the-art business education facility. In 2018, the college opened the France Admissions Center and in 2019, the Jean and Sal Campisi, Sr. Academic Center for Physical Therapy.

Student housing facilities include the architecturally revolutionary Wesley Hall and Nicholas Hall, designed by Robert A.M. Stern, a world-renowned Frank Lloyd Wright scholar and dean of the Yale School of Architecture. Other contemporary residence halls include Miller Hall, Hollis Hall, Charles Jenkins Residence Hall, Dell Residence Hall, and the Publix Charities Commons. Housing options include single, double, and suite-style occupancy either on campus or in one of several college-owned apartment complexes in close proximity to campus, including the Lake Hollingsworth Apartments overlooking Lake Hollingsworth, and the recently constructed Garden Apartments.

In addition, students enjoy the recently renovated dining hall—Wynee's Bistro; The Buck Stop outdoor dining venue; the Charles T. Thrift Alumni Center; the Nina B. Hollis Wellness Center; the expanded Bishop Robert E. and Faye Fannin Campus Ministries Center; and the George Jenkins Field House. Athletic fields, intramural fields, and orange trees span the campus, as do numerous outdoor gathering spaces, including the new the Barnett Athletic

Complex; Mr. George's Green, the Badcock Garden, an outdoor "living room;" the more formal Glover Garden; Lynn's Garden, an environmentally sustainable garden overlooking Lake Hollingsworth; the Willis Garden of Meditation; and the Rodda Family Plaza for outdoor classes.

## Accreditation

Florida Southern College is accredited by the Southern Association of Colleges and Schools Commission on Colleges to award bachelors, masters, and doctoral degrees. Contact the Commission on Colleges at 1866 Southern Lane, Decatur, Georgia 30033-4097, or call 404.679.4500 for questions about the accreditation of Florida Southern College.

FSC also is accredited by the General Board of Higher Education and Ministry of the United Methodist Church and has a State of Florida-approved program at the undergraduate level for the certification of teachers. The baccalaureate and masters in nursing at Florida Southern College are accredited by the Commission on Collegiate Nursing Education (www.aacn.nche). Florida Southern College Chemistry Program is accredited by the American Chemical Society (ACS). Florida Southern College is an accredited institutional member of the National Association of Schools of Music (NASM). The Barney Barnett School of Business and Free Enterprise is accredited by the Association to Advance Collegiate Schools of Business (www.aacsb.edu).

**The School of Physical Therapy is a Candidate for Accreditation by the Commission of Accreditation for Physical Therapy Education (CAPTE).**

## The 2019–2020 Catalog

In regard to academic information, this edition of the *Florida Southern College Academic Catalog* supersedes all others. The faculty and trustees of Florida Southern College reserve the right to change, modify, revoke, or add to the College's academic, financial, or student requirements or regulations at any time and without prior notice. All such changes are effective at such times as the proper authorities determine and may apply not only to prospective students but also to those who already are enrolled in the College. Provisions of this catalog do not constitute an irrevocable contract between any student and the College.

## Student Disability Services

Florida Southern College welcomes all students seeking to further their education. Accordingly, the college adheres to Section 504 of the Rehabilitation Act of 1973 and the Americans with Disabilities Act of 1990 (ADA) as amended by the ADA Amendments Act of 2008 (ADAAA) in prohibiting discrimination against any otherwise qualified student with a disability. Additionally, under appropriate circumstances for residential students, Florida Southern College complies with the Fair Housing Amendments Act of 1988. The college engages in an interactive process with students and appropriate case-by-case accommodations, such as extended time for tests, may be provided for students with documentation of a protected disability.

The college engages in an interactive process with students and appropriate case-by-case accommodations, academic adjustments, or auxiliary aids may be provided for qualified students with documentation of a protected disability. A student with a disability is defined as a person with a "physical or mental impairment that substantially limits one or more major life activities". To request accommodations for a disability, the student must make his or her condition known to the college and provide appropriate documentation from a qualified professional supporting the need for accommodations. The student is only required to disclose the disability if the student is requesting accommodations.

Disability documentation must be relevant—that is it should reflect the student's current diagnosis, list the requested accommodations, and describe the functional impacts of the disability

and how the accommodations will address the effects of the disability on major life activities in the college setting. Requests for disability accommodations must be made each semester. Accommodations cannot be made retroactively. Students with documented disabilities are encouraged to utilize academic resources generally available to all FSC students, including peer tutoring, The Writing Center, study skills resources, and support assistance from their faculty advisor, instructors, and members of the Student Solutions Center. The coordinator of student disability services is available to guide students to needed resources.

Class attendance, participation in engaged learning activities, and timely completion of course assignments are essential college requirements and are not waived to accommodate disabilities. Failure to meet essential requirements of a course or degree program could result in a lowered course grade. Since each course and class experience is unique, students must meet collaboratively with their instructors to determine how reasonable accommodations can be implemented in each class. Students with disabilities requesting accommodations should contact Coordinator of Student Disability Services Dr. Marcie Pospichal, Florida Southern College, Carlisle Rogers Bldg., Room 120, 111 Lake Hollingsworth Drive, Lakeland, FL 33801-5698; 863.680.4197; mpospichal@flsouthern.edu). Florida Southern College has an internal grievance procedure for prompt and equitable resolution of challenges to the accommodations provided. All concerns should be sent in writing to Dr. Marcie Pospichal, associate vice president for Student Support, Florida Southern College, Carlisle Rogers Bldg., Room 120, 111 Lake Hollingsworth Drive, Lakeland, FL 33801-5698; 863.680.4197; mpospichal@flsouthern.edu).

Non-Retaliation Provision: Florida Southern College will not retaliate against any student because that individual has requested or received disability accommodations in the college classroom, college programs or activities, or college housing.

## Notice of Non-Discrimination

### Preamble

We at the College share a common belief that every individual should be able to work and study in an environment free from discrimination, harassment or intimidation based on race, color, religion, gender, gender identity, age, national origin, mental or physical disability, marital status, medical condition, veteran status, sexual orientation, citizenship, or any other characteristic protected under federal or state law or local ordinance.

Discrimination and harassment are in direct conflict with the mission of the College. It exposes the College and the individuals involved to liability under the law. Accordingly, the College prohibits any physical, written, or spoken conduct that violates the prohibitions on harassment set forth in the policy.

### Statement of Policy

It is the policy of the College that that no member of the College community shall be subjected to any form of discrimination, including sexual discrimination (sexual harassment, sexual misconduct, retaliation, domestic violence, dating violence, sexual assault, and stalking), by any other member of this institution. It is the policy of the College to provide fair, equitable, reliable, and compassionate responses to reports of any type of discrimination or violence. Examples of harassment are provided in the next section. Discrimination, including harassment, is prohibited and subject to disciplinary action up to and including termination of employment or expulsion. All forms of discrimination involve unwelcome and/or nonconsensual actions.

The College's Commitment to Non-Discrimination can be found in the Academic Catalogue, the Student Handbook, and on the College's website http://www.flsouthern.edu/policies/notice-of-non-discrimination.aspx . In the interest of protecting the college community, the College has developed procedures to investigate and resolve such reports.

## Statement of Sexual Discrimination and Harassment

It is the policy of the College that no member of the College community shall be subjected to any form of unlawful discrimination, including sexual discrimination (sexual harassment, sexual misconduct, or sexual violence). Sexual violence is when someone is forced to take part in a sex act when this person has not provided consent, including when the person is unable to refuse to participate, or despite a person's refusal to participate in the activity.

The College prohibits any conduct that violates this policy.

## Florida Southern College's Anti-Sexual Discrimination Title IX Procedural Overview and Contacts for Reporting Sexual Discrimination

### Procedures

The College conducts prompt and equitable investigations in response to claims of all forms of harassment and discrimination. Persons who have engaged in acts of discrimination, based on a "preponderance of the evidence" standard (i.e., it is more likely than not that discrimination or harassment occurred), may receive institution-imposed sanctions. Additionally, anyone who retaliates against an individual who has made a report or against an individual about whom a report has been filed will be subject to appropriate disciplinary actions. Finally, anyone who has knowingly made false accusations related to discrimination will also be subject to disciplinary actions.

The College provides members of the academic community prompt, equitable, and reliable mechanisms for reporting incidents of discrimination, including sexual harassment, sexual misconduct, sexual violence, harassment based on a protected category, retaliation, dating violence, domestic violence, stalking, and false accusations. A discrimination or harassment report does not have to result in filing charges. However, a report must be investigated. A person can report an initial complaint/grievance about discrimination to any Florida Southern employee she/he feels comfortable speaking to. The information will then be shared with the appropriate Officer and the report will be addressed. Additionally, if you are concerned you will be named or identified as the responding party in a discrimination report, you are also encouraged to contact the Officer of Title IX Compliance or the Student Support Title IX Intake Team. ***We promptly, equitably, and reliably support the rights of all College community members- reporting parties, responding parties, and witnesses.***

This process involves an immediate initial investigation to determine if there is reasonable cause to believe the Non-Discrimination and Anti-Harassment policy has been violated. If it is determined that there is reasonable cause to believe the Policy has been violated, the College will initiate a prompt, thorough and impartial investigation. This investigation is designed to provide a fair and reliable determination about whether the College Non-Discrimination and Anti-Harassment policy has been violated. If so, the College will implement a prompt and effective remedy designed to end the discrimination, prevent its recurrence and address its effects.

Depending on the facts and circumstances known to it, the College, in its discretion and judgment, may determine that the allegations of discrimination (including sexual harassment or misconduct) or retaliation will be investigated and resolved outside of the procedures described here and in related websites and written policies, and may take interim action as it deems appropriate to address the safety and protection of the College.

Report, investigation, and appeal procedures, as well as complaint forms, can be found in the Student Handbook and online at http://www.flsouthern.edu/policies/just-ask.aspx . A report should be filed using the college's ***Discrimination Complaint Form***. A person may also anonymously report an incident using the online ***Anonymous Incident Report*** form.

**Contacts for Reporting**

When discrimination, including sexual discrimination, reports are brought against a student, a visitor of a student, or a third party acting against a student, this report will typically be investigated by the Student Development and Title IX Intake Team.  Students who have experienced discrimination, misconduct or violence, or know of such a student, can report this and /or file a report (also known as a grievance) call, email, or come to see the Student Development and Title IX Intake Team. The team will assist in discrimination investigations involving students, working with students on "next steps" and being sure the people necessary for moving forward receive proper communication.

**A.  Reporting A Student**

Student Development and Title IX Intake Team
Student Development Offices, Rogers Building
111 Lake Hollingsworth Drive, Lakeland, FL  33801
FSCJustAsk@flsouthern.edu

**Amanda Blount**
Assistant Dean of Student Development for Accountability, Education and Compliance
Telephone: (863)680-6221; ablount@flsouthern.edu

**Margaret Merryday**
Assistant Director of Accountability, Education, and Compliance
Telephone:  (863)680-6216; mmerryday@flsouthern.edu

**Discrimination in Athletics** – Reports regarding gender inequities in sports programs are investigated by Jill Stephens Associate Athletic Director/Senior Woman Administrator.

**Jill Stephens**
Associate Athletic Director/Senior Woman Administrator
Jenkins Field House
111 Lake Hollingsworth Drive, Lakeland, FL 33801
Telephone: (863) 680-4474; jstephens@flsouthern.edu

**B.  Reporting an Employee or Other Individual**

An employee, or other individual, should bring reports of harassment or discrimination against any other individual(s) to:

**Katherine Pawlak**
Director of Human Resources and Title IX Officer
Raulerson Building
111 Lake Hollingsworth Drive, Lakeland, FL 33801
Telephone: (863) 680-3964; E-mail: kpawlak@flsouthern.edu

In compliance with federal, state, and local requirements and college policy, certain crimes shall be reported to the Director of Campus Safety and Security for Clery reporting and other tracking purposes and, when permissible, such reports may not include the reporting party's name unless authorization is granted by the offended party. When required, reporting will be made to other organizations such as the Florida Department for Children and Families at http://reportabuse.dcf.state.fl.us or 1-800-96-ABUSE.

The privacy of reports will be strictly kept when possible, or tightly maintained among persons who have a need to know to keep the complainant and the community safe when strict privacy is not possible.

## Family Educational Rights and Privacy Act (FERPA)

The Family Educational Rights and Privacy Act of 1974 as amended (PL 93-0280), better known as "FERPA", directs how student education records are maintained. When a student enters college, the following four rights transfer from parents or legal guardians to the student, regardless of the student's age. At Florida Southern College, access to education records rights transfers from parent/guardian to student on the day of matriculation into the college.

1. FERPA provides opportunities for students to inspect and review their education records within 45 days of a written "request for access" identifying the records of interest to FSC's FERPA compliance officer (please see below).
2. FERPA provides paths for students to seek amendment to education records they believe to be inaccurate or misleading. A written request should be made to FSC's FERPA compliance officer (please see below). If the college declines to amend the records as requested, the college will advise the students of the steps to appeal that decision.
3. FERPA gives students the right to file a complaint with the college compliance officer or with the Department of Education (please see below).
4. FERPA allows students the right to provide written consent before the college discloses Personally Identifiable Information (PII) from the student's education records, except to the extent that FERPA authorizes disclosure without consent, including:

- Florida Southern College officials, including but not limited to administrators, supervisors, staff (including law enforcement units and health center officials), teachers, board of trustees members, contractors, consultants, volunteers, or students working in an official capacity for the college, with "legitimate educational interests", who require information for the proper performance of their professional responsibilities
- Officials at an institution at which a student seeks to enroll
- Organizations conducting studies for educational and governmental agencies
- Accrediting agencies
- Appropriate persons in case of health or safety emergencies
- Agencies or offices in connection with the student's application for or receipt of financial aid or in connection with other financial aid records as directed by FERPA
- Governmental officials, as identified in Public Laws 93.31 & 99.35
- Parents of students who are defined as dependents in the Internal Revenue Code of 1986
- Parents of students (1) younger than 21 years of age or (2) who are dependents for tax purposes regardless of student age for violations of campus alcohol and drug policies
- An appropriate official in response to a court order

- An alleged victim of a crime of violence or a non-forcible sex offense concerning the final results of an investigation

- The general public, if the school determines a student is an alleged perpetrator of a crime of violence or non-forcible sex offense and the student has committed a violation of the school's rules or policies with respect to the allegation made against her/him

- Information the college designates as Directory Information

### FERPA and Florida Southern College Public Notice of Directory Information

Florida Southern College hereby designates the following student information as public or "directory information." This information may be disclosed by the college without the student's prior consent under the provisions set forth in FERPA. Examples include:

**Academic information:** Name, enrolled hours, enrollment status, total hours, college major, dates of attendance, degrees and awards received (including Dean's List but excluding GPA), most recent previous school attended, participation in officially recognized activities and sports, height and weight of athletes, other similar information. Student ID number, user ID, or other unique personal identifier on a student ID card or used to communicate in electronic systems is considered directory information, but only if the identifier can only be used in conjunction with at least one factor that authenticates the user's identity, such as PIN, password, or other factor known or possessed only by the authorized user.

**Publication in future student directories:** Name, local and home address, email address.

**Demographic information:** Date and place of birth and publication information, such as photographs, videos, and other images of the student to (including, but not limited to) college academic, marketing, and news publications and web sites.

**Directory information cannot include the following, which can only be released if a student waives her/his right to privacy:**

- Social Security or other Student Identification numbers

- Grades or Grade Point Average (GPA)

- Ethnicity, race, nationality, gender or religion

Currently enrolled students may withhold disclosure of directory information under FERPA. To withhold disclosure of this information, students must present themselves with photo ID to the Student Solutions Center on the first floor of the Carlisle Rogers Building, and complete the Request to Withhold Disclosure of Directory Information form. Students may complete this form at any time and it will take effect immediately. However, the withholding of directory information disclosure will only be effective prospectively: It cannot be applied to actions the college took prior to the withholding of disclosure request.

Withholding disclosure of directory information will prevent Florida Southern College from providing student directory information, including confirming attendance and degrees earned, to prospective employers and internship sponsors, insurance agencies, and others with whom you may wish to share such notification, so we encourage students to make this decision carefully.

Florida Southern College assumes that a student who fails to specifically request withholding of directory information indicates approval for disclosure.

Former students may not place a new request to withhold disclosure of directory information on their education records. However, the student may request the removal of such a hold.

### FERPA and Florida Southern College Education Records Release Authorization

In compliance with the Federal Family Education Rights and Privacy Act of 1974 as amended (FERPA), the college restricts select third parties from having access to a student's personally

identifiable information (PII) and education record. PII includes, but is not limited to, social security and other identifying numbers. Student education record includes, but is not limited to, grade and attendance reports, billing records, and other official correspondence and information. The restriction of sharing this information applies to, but is not limited to, the student's parents, guardian, or spouse. This limitation of disclosure does not include directory information.

If a student wishes to grant a third party, such as a parent, access PII or education records, the student must complete and sign an authorization waiver. This waiver will remain in effect unless the student revokes it in writing. Students may change their FERPA waiver at any time by completing the appropriate form at the Student Solutions Center. The college assumes no liability for honoring student instructions about to whom he/she will waive, and will not waive, rights to privacy.

**Note:** Notices of alcohol and drug offense, disaffiliation, suspension, housing probation, or expulsion, as well as if a student withdraws from college, may be forwarded to parent or legal guardian independent of FERPA waiver status. Spouses have no rights to this or other education record information without the written consent of the student.

### FERPA and Deceased Students

The right to privacy of education records that eligible students or alumni possess under FERPA expires upon the death of the individual. When an individual dies, privacy of education records maintained by Florida Southern College is no longer regulated under FERPA but is dictated by college policy. The college is not required to release education records of deceased individuals and will determine the release of education records on a case-by-case basis. Examples of requests that could result in the release of education records of deceased individuals include:

- Direct relatives of the deceased, in the presence of reasonable proof of identity and relationship
- Release to others authorized by the deceased's executor or next of kin, in the presence of reasonable proof of that authorization
- Researchers conducting demonstrably scholarly investigations*

*In deference to grieving survivors of deceased students or alumni, records will not be released to anyone except direct relatives and estate executors within the first year of death. Additionally, the college will assume that, in the absence of information to the contrary, individuals are deceased as of the 80th anniversary of their matriculation.*

Requests for access to education records of deceased individuals should be submitted to the registrar at registrar@flsouthern.edu

### FERPA and Florida Southern College Public Relations Information Release

Information considered directory information may be released routinely to certain inquirers and the news media unless the student requests that this information be withheld by completing the Request to Withhold Disclosure of Directory Information form at the Student Solutions Center. Florida Southern does not release anything more than directory information, which is considered public information as described in the Florida Southern College FERPA Policies (above), without seeking a student's written permission.

Florida Southern College students are frequently featured in news releases, photographs, audiotapes, and videotapes that may be distributed to the media or used in Florida Southern publications, including websites. Students may be photographed, videotaped, or their images may in other ways be captured on campus or at college-related functions. These images and representations, as well as the accomplishments of students, may also be used to promote Florida Southern College. The College has exclusive rights to these images.

**FERPA Compliance Inquiries and Grievances**

For a complete list of FERPA disclosure exceptions, for further questions, to request to inspect, review, or amend records, to file a FERPA grievance, or for other inquiries about Florida Southern College's FERPA compliance, please contact the college's FERPA compliance officer Dr. Marcie Pospichal, Carlisle Rogers Bldg., Room 120, 111 Lake Hollingsworth Dr., Lakeland, FL 33801; mpospichal@flsouthern.edu; 863.680.4197. Students also have the right to file a complaint with the U.S. Department of Education concerning alleged failures by Florida Southern College to comply with the requirements of FERPA. The name and address of the office that administers FERPA is Family Policy Compliance Office, U.S. Department of Education 400 Maryland Avenue, SW, Washington, DC, 20202.

# ADMISSIONS

## TRADITIONAL UNDERGRADUATE ADMISSIONS

### General Information

Florida Southern College attracts students who demonstrate the academic ability and strong motivation to succeed in challenging liberal arts disciplines as well as pre-professional and professional programs. Admission decisions are based on academic achievement, aptitude, personal character, and performance in general citizenship or leadership activities within the school and community. The College welcomes applications from students who manifest evidence of strong values, the desire and willingness to study, and the proper academic preparation to complete successfully the rigorous educational programs offered at Florida Southern.

In considering applications, the Office of Traditional Undergraduate Admissions and the Admissions Committee give careful consideration to all credentials required and submitted. No single criterion determines acceptance or denial, but each is evaluated in relation to the applicant's complete admission profile. Admissions decisions are made without regard to race, creed, color, gender, marital status, religion, age, disability, sexual orientation, and national origin.

Applicants are considered for admission for the fall and spring semesters. Applicants to the Undergraduate Adult Program are considered for admission for any of the six adult terms (see the section on Adult Undergraduate Programs, page 83, for admissions procedures). Summer session enrollment for transient or continuing students requires approval but not formal admission.

All domestic freshman applicants to Florida Southern College's full-time degree programs must submit the following information:

- A completed application form
- An official high school transcript (or GED test score)
- Either SAT or ACT test results
- A personal statement, and
- One letter of recommendation from an appropriate academic professional.

Applicants considering the Adult Undergraduate Program please refer to the Adult Undergraduate admission policies and procedures.

### Freshman Admission—U.S. Students

The Office of Traditional Undergraduate Admissions evaluates freshman applicants on the following criteria:

(**1**) **Graduation from a regionally accredited high school.** Although the Office of Traditional Undergraduate Admissions is flexible in terms of particular course requirements for admission, applicants are expected to have earned credit in at least 18 units of college preparatory courses—typically including four units of English, three units of mathematics (two years of algebra and one year of geometry), two units of laboratory science (one from the natural sciences and one from the physical sciences), and the remaining units balanced among the social sciences, foreign languages, and additional work in the sciences, mathematics or literature. Candidates are encouraged to complete additional units beyond the core academic curriculum, including work in the fine arts and other electives. Trends in performance are considered as part of the evaluation process.

Students earning the high school equivalency diploma (GED) may apply for freshman

admission. All high school transcripts must still be submitted, along with a statement indicating the reasons for seeking the alternative diploma.

(**2**) **Scores on either the SAT or ACT.** Results of standardized examinations, along with an applicant's academic record, help provide a reasonable prediction of a candidate's ability to perform successfully in a Florida Southern classroom. The College expresses no preference for one examination over the other and encourages students to take both.

(**3**) **Letter of recommendation.** Each candidate for freshman admission is required to submit one academic letter of recommendation. This recommendation should be from an appropriate academic professional—teacher or guidance counselor. Recommendation forms are available from the admissions office and can also be downloaded from the College website at www.flsouthern.edu/admissions. You may also submit a letter of recommendation instead of the form.

(**4**) **Personal Statement or essay.** Students are asked to write a personal statement of at least 250 words in length on one of three topic questions. Students submitting their application via the Common Application may submit the essay portion of the Common Application in place of the personal statement.

(**5**) **Extracurricular Activities/Service/Honors.** Students are asked to briefly describe extracurricular activities, leadership involvement (including any work experience), and service during high school. Special honors or awards received for academics or activities and organizations should also be included.

## Application Priority Dates and Deadlines

### Freshman Admission Priority Date—March 1

Applications received before March 1 will be handled on a rolling admission basis. Because the number of spaces available in the entering class is necessarily limited, rolling admission continually narrows the opportunities for admission as the cycle progresses and admitted students commit to enroll for the desired semester by submitting the required deposit. (See Application Fee and Deposits.)

Students are advised to submit applications as early as possible to assure optimal admission and financial aid consideration.

Students requesting admission for the spring semester should start application procedures as soon after September 15 as possible.

Approval for summer study is limited to space available in the individual class requested. Applicants are encouraged to file the required forms as soon as they become available prior to the summer term.

### Early Decision Admission Deadline—November 1

The Early Decision Option is available to academically talented students with strong high school records, including grade point average, SAT or ACT scores, and who select Florida Southern College as their first choice for college study.

Applicants for Early Decision are required to sign an agreement indicating their willingness to participate in the Early Decision process along with their confirmation that Florida Southern College is their first choice institution. This agreement also confirms that they will, upon acceptance, be prepared to pay the enrollment deposit and enroll at Florida Southern College. This agreement is binding between the applicant and Florida Southern College, certifying that upon acceptance to Florida Southern College, applications to other colleges and universities will be

withdrawn and the applicant will enroll as a student at Florida Southern College. High school guidance counselors and parents also sign the agreement form.

The deadline for applying for Early Decision is November 1. Early Decision candidates will be notified of admission status by December 1. Students who are offered Early Decision admission are expected to commit to Florida Southern no later than January 15 by payment of a non-refundable deposit. Students who apply for Early Decision and receive a letter of deferment will be reevaluated with other applicants for regular admission to the College.

For additional information on Early Decision, please contact the Office of Traditional Undergraduate Admissions.

### Traditional Undergraduate Transfer Admission Priority Dates Fall—June 1; Spring—December 1

Students who have successfully completed work at a regionally accredited college or university may apply for admission to Florida Southern College. Applicants should submit a personal statement indicating the reason for the transfer. Official transcripts are required from each post-secondary institution attended. When available, students should also submit SAT or ACT scores.

Applicants are evaluated primarily on the strength of their academic achievement at the post-secondary level, with emphasis placed on subject areas paralleling Florida Southern College's general education curriculum requirements. Particularly critical are courses in English and mathematics. Total credits attempted, credits earned, and grades posted serve as the basis for admission. (Students who wish to transfer before accumulating 25 semester hours of transferable credit must also submit high school transcripts and SAT or ACT scores.) A Report of Social Standing form, available online, is required to complete a transfer application.

To be considered for transfer admission, a student must be eligible academically and socially to return to the last college or university attended. A student on academic or social dismissal from any institution is not eligible to enroll at Florida Southern College until reinstatement in good standing at the previous institution has been authorized.

Students transferring without an A.A. degree at the time of matriculation are required to complete all general education courses not previously taken. Evaluation of transfer credit is on a course-by-course basis. Please see page 63 for the General Education requirement.

Students who have earned an A.A. degree from a regionally accredited community college within the state of Florida will have met all of Florida Southern's general education requirements, if the degree was awarded after December 1994. Under agreements with the state's community colleges, A.A. degree graduates who earned their degrees in 1995 or subsequent years enter Florida Southern College as juniors with a maximum of 62 transferable credits.

Once admitted to FSC, official evaluations are completed by the registrar's office. Only courses in which a student earned a grade of C or higher are considered for transfer credit. The maximum number of credit hours transferable from a two-year college is 62, while a student transferring from a four-year institution may enter Florida Southern with as many as 93 hours. If a student has attended more than one college or university, each transcript is evaluated independently. Regardless of the amount of applicable transfer credit, students must complete at least 50 percent of their major and minor (if a minor is elected) in Florida Southern College coursework. Transient coursework, CLEP and other examination credits, and study abroad credits earned through an affiliation agreement with another institution are not considered FSC credit. In the case of students entering teacher education, no more than eight semester hours of coursework may be accepted in the professional education sequence at Florida Southern College.

Students who have attended institutions which are considered in-candidacy-for-accreditation, or students who have college credits more than ten years old may have their credits accepted

provisionally and validated by completing at least 24 semester hours of Florida Southern College work while maintaining at least a 2.0 grade point average.

Transfer credit hours for specialist education programs in military service schools may be awarded to a maximum of 18 hours. Semester-hours credit is determined by standards of the American Council on Education guide to the evaluation of experiences in the Armed Services.

Non-degree-seeking applicants who have already earned a bachelor's degree are required to submit only a college transcript from the degree-issuing institution.

Transfer students requesting admission to 3000-level coursework in the teacher preparation program of the School of Education must meet a minimum grade point average of 2.5 on a 4.0 scale for all courses taken in the liberal arts general education courses and a passing score on all subtests of the General Knowledge Test. Florida resident students should complete this requirement before applying for admission to the teacher preparation program at Florida Southern College. Students transferring to Florida Southern College from colleges or universities outside the state of Florida should make arrangements to complete the General Knowledge Test in the first semester of their enrollment in the teacher preparation program at Florida Southern College. For additional information, see Teacher Education section in this catalog.

### International Student Admission Priority Dates Fall—March 1; Spring—December 1

Florida Southern College welcomes international students who wish to study in the United States. International students applying for admission to Florida Southern College degree programs are required to submit all documents required for either freshman or transfer admission, as well as a Financial Disclosure form (available online or from the admissions office). International students may be eligible for merit or talent-based scholarships and are encouraged to contact the Office of Traditional Undergraduate Admissions for appropriate information.

If the student is from a nation where English is not the standard for daily communication, scores on the Test of English as a Foreign Language (TOEFL), IELTS or Doulingo may be substituted for SAT and/or ACT test results. The TOEFL requirement may be waived for students who have completed at least one year of formal academic study at an institution where English is the language of instruction. All transcripts from secondary and post-secondary institutions abroad must be translated into English. Students seeking credit for secondary exams (e.g. GCSE) or post-secondary coursework should have all transcripts from colleges or universities outside the United States evaluated by World Education Service, Josef Silny and Associates, Academic Evaluation Services, Inc. or another similar approved transcript evaluation agency prior to submission to Florida Southern.

## Readmission of Former Traditional Undergraduate Students

Any student who wishes to return to Florida Southern College following withdrawal or suspension must submit a Re-admitting Student Application form to the admissions office. The application includes a complete statement explaining the reasons for leaving and specifies the semester of intended re-enrollment. The application statement should also include a full explanation of activities (work, travel, academic work) which have occurred since leaving Florida Southern. If the student has undertaken any academic work at another institution, official transcripts and a Report of Social Standing form must be submitted prior to any decision by the Admissions Committee. To be eligible for readmission, students must have demonstrated a successful and positive adjustment to the campus community while at the College and must not have any outstanding accounts payable in the business office or any unresolved judicial matters.

The degree requirements listed in the catalog in effect when readmission is approved shall be applicable to those readmitted that semester. Re-admitted students should consult the catalog for changes in requirements.

College work completed more than ten years prior to the date of readmission must be validated by the attainment of a 2.0 grade point average during the first 24 semester hours attempted after readmission.

## Deferred Admission

Students may defer their admission forward one full academic year from the original term for which they have been admitted. Students wishing to defer their admission should indicate their intent to do so in writing to the Director of Admissions. This correspondence should include the reason for requesting the deferral as well as the student's plans during the period prior to their anticipated enrollment term. If the student has not yet submitted an enrollment deposit, it should be submitted within 30 days of notification of the intent to defer. Deferrals will not be processed without the receipt of the enrollment deposit. Deferrals requested but not followed by the receipt of an enrollment deposit will result in the cancellation of the student's application.

Students who have already submitted their enrollment deposits may defer forward to the next academic term with no additional enrollment deposit. Students wishing to defer forward a full academic year from the original term of admission will need to submit a $100 deferral deposit. The deadline for receipt of the deferral deposit will be September 15 for students deferring to the Spring term and January 15 for students deferring to the Fall term. Deferral deposit deadlines may be extended with permission from the Director of Admissions.

Deferred admission is not granted to students who wish to enroll in another institution prior to attending Florida Southern College. (See Reactivation of Applications.) Financial aid cannot be automatically deferred. Students should contact the financial aid office to ensure that full consideration for financial aid is given for the designated semester of enrollment.

## Reactivation of Applications

All applications to Florida Southern College remain on file for a period of one year. Students who do not enroll in the semester requested on the original application may reactivate an application for consideration for a subsequent semester within that period.

If the applicant has undertaken additional formal study in the intervening period, official transcripts must be submitted showing all work completed or in progress. Candidates who have attended a post-secondary institution in the intervening period should file the appropriate Report of Social Standing form, available from the Office of Traditional Undergraduate Admissions.

If already on file, the following items do not need to be submitted when an application is reactivated: final official transcripts of all work completed at the secondary or college level and official results from standardized testing.

Admission decisions are made according to the requirements and expectations pertaining to the class entering in the semester requested. Any decision rendered earlier by the Office of Admissions and the Admissions Committee is subject to review and modification.

## Early Admission

Florida Southern College considers applications from high school juniors who have demonstrated outstanding ability and achievement and wish to begin their college careers before earning the high school diploma. In such cases, a student must submit a letter from the high school principal or school head granting Florida Southern College permission to enroll the applicant as a full-time student in lieu of attending high school during the senior year. In addition, the student must meet with a member of the Admissions staff for a personal interview to discuss the appropriate course of action.

## Conditional Admission

Florida Southern College may consider applicants for conditional admission as part of the Gateway to Success program. The Gateway to Success program is designed to provide students with a gradual transition to college by reducing the number of credit hours in the first term to a maximum of 10 hours. Additionally, as part of the 10 credit hours, students may be asked to adhere to a prescribed course plan while enrolled in the program. Students who earn at least a 3.0 GPA in their first term in the program will be considered for traditional, full-time status. Students who fail to earn a 3.0 may be considered for traditional, full-time admission with approval from the Dean of Student Success. Students enrolled in the program are not eligible for institutional aid, and will be billed at the standard tuition rate for full time students. To be considered, students must have graduated from a regionally accredited high school; submit scores on either the SAT or ACT; and submit one academic letter of recommendation, along with the signed Gateway to Success Agreement form. A personal interview may be required as part of the admission process, and enrollment deposits are nonrefundable.

## Summer Session

Non-Florida Southern students who wish to attend Florida Southern College for a summer session only are required to submit a Summer Sessions Application and appropriate documentation of academic eligibility. Enrollment is limited to the specific coursework requested on a space available basis. Students enrolled for only the summer session may not continue their studies in the fall semester unless an application for admission has been approved for fall semester. (See Special Admission.)

## Admission Decisions, Procedures, and Deposits

Applications will be reviewed and admission decisions will be rendered as soon as all required credentials have been received. Written or verbal notification of admissions decisions may generally be expected within two to four weeks.

The admissions office reserves the right to hold an application until further information is available, such as end of semester grades or additional test results, before making a decision about an application for admission.

If accepted, applicants need to submit a deposit of $500 ($300 for commuters) to reserve both a place in the entering class and in on-campus housing. One hundred dollars of the initial deposit will serve as a continuing deposit as long as the student remains enrolled in the College. The remaining amount will be applied to tuition for commuters or will be equally distributed as a tuition and residence hall fee.

The College recognizes the date approved by the National Association of College Admission Counseling as the standard Candidate's Reply Date. For fall semester enrollment, the reply date is May 1. Applicants who have submitted deposits for enrollment may receive refunds if they decide not to attend the College and file written requests for refunds on or before May 1 (unless a student was admitted under the early decision option).

Prior to enrollment, a student must have completed and filed the following health forms: a medical form itemizing immunizations; a meningitis and hepatitis form; and a medical history form. These forms are available online.

The College reserves the right to withdraw any offer of admission, even after accepted by an applicant indicated by submission of the enrollment deposit, if the College learns of information regarding the applicant's academic achievement, aptitude, personal character, or performance in general citizenship, which would adversely reflect upon the applicant's ability to comply with the high expectations of the College.

## Special Admission

A student who wishes to enroll for specific coursework is eligible to register as a non-degree-seeking student through the registrar's office.

Students holding non-degree status may not enroll full-time and may accumulate no more than 40 total hours of coursework at Florida Southern. Upon completion of 15 semester hours, non-degree students may seek degree status through the Office of Traditional Undergraduate Admissions. Students enrolled in a non-degree seeking status are not eligible for financial assistance.

A student who is a degree candidate at another institution and wishes to take courses for transfer credit should arrange with that college's office of admissions to submit a letter indicating good academic and social standing and granting permission to take specific courses at Florida Southern College. This transient permission serves as a substitute for the transcript required from other students.

## Part-time Student Status

Students are considered part-time if they enroll in less than 12 credit hours per semester. Part-time students may lose eligibility for some or all financial aid sources and may not participate in intercollegiate athletics or other College-sponsored activities. Students in the day program will also be charged per-credit hour fees if they elect to attend the College on a part-time basis.

## Requirements for Nontraditional Undergraduate Students

- Submit a completed application.
- Provide official transcripts of all academic work taken previously at other colleges, universities or professional schools (e.g. nursing).
- Provide official transcript of high school record (or GED test score) if fewer than 60 credit hours have been earned from a regionally accredited college or university. The high school record should include applicant's SAT or ACT scores.
- Nursing applicants must be registered nurses currently licensed to practice in Florida and are required to complete the program within seven years of admission.
- Education applicants must meet additional requirements specified in the Education section of this catalog.
- Students may be admitted provisionally or conditionally as specified below.

## Credit for Military Service and Military Service Schools

The College may award seven semester hours of military service credit after one year of active duty, if the credit is not duplicated by other earned credit in military science.

Credit for satisfactory completion of certain specialist education programs in military service schools may be awarded. Semester-hour credit is determined by standards of the American Council on Education guide to the evaluation of experiences in the armed services up to a maximum of 18 hours. Any such credit must correlate reasonably with curricula of liberal arts programs generally, and not more than six hours will be awarded for any combination of technical electives such as radio, radar, navigation, and meteorology.

## Credit for Correspondence and Extension Courses

Credit for up to six semester hours may be awarded for approved courses taken by correspondence from a regionally accredited university. Florida Southern students wishing to take such courses must receive approval to do so in advance.

## Credit by Examination, Including AICE, AP, CLEP, and IB

AICE Cambridge Advanced International Certificate of Education credit is awarded on the basis of level and grade earned. For further information about AICE credit, contact the admissions or registrar's office.

Credit is awarded on the basis of satisfactory scores for Advanced Placement (AP) courses. Credit is awarded on the basis of Advanced Placement Examination scores of three, four, or five. For further information about AP credit, contact the admissions or registrar's office.

CLEP credit is credit by examination. Ordinarily, credit by examination is not awarded in any area in which comparable college coursework or more advanced work is being attempted or already has been attempted. Students who wish to attempt CLEP credit may not remain in the comparable course after the one-week schedule adjustment period is over; otherwise the CLEP credit will be invalid. Exact requirements and scores for FSC credit are published annually in the college's brochure on CLEP credit. Please consult the annual brochure which is available in the registrar's office or the FSC Testing Center in Ordway Building for specific information.

Florida Southern College will grant up to thirty (30) hours of college credit and sophomore standing to students earning the International Baccalaureate Diploma who have earned grades of four or better in their three higher level subject examinations. IB students who have not earned the full diploma may be awarded credit for certain higher level examinations upon which a student has earned a score of four or better.

Credit by examination is recorded as transfer credit at Florida Southern College. Equivalents are available on the FSC website.

## Dual Enrollment

The College grants permission to eligible high school sophomores, juniors and seniors to dual enroll at Florida Southern in the fall and spring terms. In order to be considered for admission, students must have at least a 3.5 GPA and submit a dual enrollment application, and receive signed permission from a parent, high school counselor, and principal; candidates may be asked to submit an official high school transcript and letter of recommendation. Students may be eligible to take one course at no charge; additional courses will be billed at the standard rate for part-time tuition. Students will be responsible for providing transportation to and from campus, acquiring all textbooks and materials needed for courses, and working with the registrar's office in order to register for courses.

## Veterans

All baccalaureate degree programs currently offered at Florida Southern College are approved for veteran training by the State Approving Agency. Veterans are required to maintain standards of satisfactory progress and attendance. These include, but are not limited to, placing students on Academic Probation when their overall grade point average is less than 2.0, the average required to receive a degree, and suspension if they fail to meet the College's academic standards. Regular class attendance is required. In addition, the College continually monitors the progress of veterans to assure that they are taking courses needed for their degrees. This is a requirement for receiving VA benefits. Satisfactory progress means that students receiving VA benefits must take courses at a rate that permits graduation within 124 semester hours unless there are extenuating circumstances.

When the above standards of progress are not met by a veteran, the Veterans Administration is notified that the student is not making satisfactory progress toward the degree. Notices of Changes in Enrollment Status are sent to the Veterans Administration when the student withdraws during the semester or changes status from full-time to part-time.

# FINANCIAL INFORMATION

## The Undergraduate Day Program

### Tuition and Fees

Students pay only a part of their costs—operating and instructional—at Florida Southern College. The remainder comes from endowment income; from alumni and friends; from grants from foundations, businesses, and the government; and from the Florida Conference of the United Methodist Church.

Florida Southern is committed to a residential learning community environment. As such, all students who live more than 30 miles from the campus are required to be a residential student. Requests for commuter status should be submitted to the Office of Student Development.

Below are the costs per semester for students for the 2019–2020 academic year.

| **Boarding Students** | **Semester** | **Commuting Students** | **Semester** |
|---|---|---|---|
| Tuition | $18,430 | Tuition | $18,430 |
| Room and Board | $5,930* | Activities Fee | $75 |
| Activities Fee | $75 | Technology Fee | $315 |
| Technology Fee | $315 | Total: | $18,820 |
| Total: | $24,750 | | |

**Food Service (Total)**

| | |
|---|---|
| $2,355 | 20 meals a week** |
| $1,865 | 15 meals a week |
| $1,510 | 10 meals a week |
| $720 | 5 meals a week*** |

*Based on average cost of double occupancy room (rates vary per building) and 20-meal plan.*
**20-meal plan required for all first-year residential students*
***Commuter students or residential students with full kitchen access only*
*Tuition rates are for full-time loads of 12–18 credit hours. Additional charges are applicable above 18 hours.*
**Note: The college reserves the right to change fees due to economic conditions.**

### Meal Plans

Participation in a meal plan is required for all residential students.

All residential students (defined as any student living in a College-owned facility) must participate in the campus meal program. All first-year residential students are required to have the 20-meal plan. Students living in apartments with a full kitchen may select any available meal plan, including the 5-meal plan (option not available to other residential students).

The College does not provide special diets and no refunds are made because of meals missed due to dietary restrictions or religious beliefs.

Full-time residential and commuter day students may use their residence hall room and/or meal service through the last final examination, except for holidays when residence halls are closed.

## Insurance

Full-time residential and day students are covered by accident insurance (up to $2500 each with 50 deductible), and may receive some on-campus health services. Serious illness requiring hospitalization is not included in the accident insurance, but such coverage is automatically included on a separate student waiver basis. **Full-time students will be automatically provided with and charged for health insurance unless they complete a waiver/cancellation form available through a link on the Florida Southern College website. Students will be required to provide proof of alternate insurance during the cancellation process. Information about United Health Care health insurance coverage is accessible online at www.uhcsr.com. For students beginning their enrollment in January, a pro-rated amount for health insurance coverage will be charged along with spring tuition and fees unless the coverage is waived.**

## Additional Costs

| | |
|---|---|
| Books and supplies, approximately, per semester | $700 |
| Credit hours (below 12 and above 18) | $998 per hour |
| Graduation Fee | $60 |
| Illness insurance premium | $1,610 annually |
| International Student Insurance | $1,610 annually |
| Scuba lab fee | $50 |
| Security escort fee | $50 |
| Late registration fee | $100 |
| Late payment fee | $100 |
| Audit fee (per course by permission) | $130 |
| Orientation fee (new student only) | $100 |
| Technology fee (part-time students) | |
| Up to 4 credit hours | $30 |
| 5–8 credit hours | $60 |
| 9–11 credit hours | $120 |

Additional fees will be assessed for students in the four-year BSN program (see page 160). Fees may also be assessed in courses where supplies must be purchased or where musical accompaniment is required. Additional fees may be required to verify identification while completing academic assignments (i.e., online exams or quizzes).

The fees for private music applied lessons are $250 per semester for a weekly half-hour lesson. For full-time students majoring in music, the fee is $400 for up to six credit hours per semester. The fee is $100 for each credit hour of lessons over six credit hours. Students who withdraw from music applied lessons do not receive a refund of the tuition and fees unless the withdrawal is completed before the end of the first full week of classes. Please see the Music section of undergraduate course descriptions for accompaniment fees.

## Methods of Payment

**All financial obligations are due before the beginning of the semester or term.** Students may not attend classes until their financial affairs have been satisfactorily arranged. These

> *Florida Southern College is not responsible for loss or damage to personal items (including vehicles). It is recommended that students maintain appropriate vehicle insurance. Residential students are encouraged to maintain applicable renter's coverage for personal belongings.*

include loans, grants, and/or scholarships. **All current charges must be paid prior to student authorization to register for a future term.** Checks for payment of student accounts should be made payable to Florida Southern College for the exact amount due. The College also accepts MasterCard, VISA, Discover, and American Express. Payments may be made in person, mailed to the business office, or made over the web at www.flsouthern.edu through CashNet.

Also available for financing college expenses on monthly installments are programs offered by Florida Southern College through Nelnet Campus Commerce (Formerly Tuition Management Services or TMS)  Please visit their website at www.afford.com/options or telephone Nelnet at 1.800.722.4867.

If a student account is delinquent and it becomes necessary to submit the account to a collection agency, any collection fees, up to 40 percent of the assigned debt and/attorney fees incurred in the collection process will be added to the outstanding balance. Students with unpaid student accounts and/or past due student loan balances are not eligible to receive transcripts or diplomas.

## Application Fee and Deposits

A nonrefundable application fee of $30 is due with every student's application for admission.

Upon acceptance for admission, each student must send $500 ($300 for commuters) to FSC to reserve a place in the class and for on-campus housing. Of this $500, $200 is applied to the student's first semester tuition, $200 holds a place in on-campus housing, and $100 is applied to the student's account upon graduation. Any residual credit remaining will be refunded to the student. This payment is forfeited if the student withdraws from the College during the semester. The payments for the fall semester are refundable until May 1 prior to the fall semester, but are not refundable after that date. The payments for spring semester are refundable until December 1.

## Transcript Requests

Students may request transcripts by visiting www.flsouthern.edu and typing "transcripts" in the search box. Click on the link to Order Transcripts Online. A credit card and an email account will be required to order online. Students may also send a request to the registrar's office with a fee of $7.50 for each transcript. Requests must be signed as federal law requires legal signature. Identifying information in the request such as name (and any previous names), social security number, birth date, and dates of attendance or graduation is also required. Transcripts cannot be issued if a file is incomplete or if all financial obligations have not been settled in the student accounts office. Defaulted student loans to include defaulted FSC loans prohibit the release of transcripts.

## General Information

Each student, by completing preregistration, becomes responsible for payment of all charges for the semester. A student who submits a written request to the registrar's office within three working days of the first day of class may cancel that registration and receive a full refund of tuition and fees paid. A parent or other sponsor accepts these terms and regulations as final and binding. All accounts must be paid in full before transcripts are released.

## Refund Policy

In cases involving suspension, dismissal or expulsion, no financial refunds will be made by the College. In cases of voluntary withdrawal from Florida Southern College, the student may be eligible for a partial refund of tuition, room, board and fees.

All withdrawals from Florida Southern College should begin in the Student Solutions Center. Necessary forms will be provided there to initiate the withdrawal process.

If the student withdraws or is withdrawn during the first three calendar days of a regular

semester, the student will receive a 100 percent refund of tuition, room, board and fees. Beginning with the 4th calendar day of class through the 10th calendar day, there is a 90 percent refund. During the 11th through the 25th calendar day, a 50 percent refund is granted. Between the 26th day through the 50th calendar day, a 25 percent refund is made.

There will be no further refund allowances made past the 50th calendar day unless the student is advised by medical professionals to withdraw from the college. Documentation from the medical professional overseeing the student's case is required to qualify for a medical withdrawal refund and must be submitted with 3 business days of the withdrawal. If a student withdraws under medically required conditions, a refund is calculated based on 75 percent of the unused portion of tuition, room, board, and most fees.

For Summer terms, if a student withdraws during the first three calendar days of a summer class, the student will receive a 100 percent refund of tuition. Beginning with the 4th calendar day of classes through the 7th calendar day, there is a 50 percent refund of tuition. During the 8th through 13th calendar days, a 25 percentage refund is made. After the 13th calendar day, refunds are made only after the student is permitted withdrawal due to medical reasons. The student must provide documentation within 3 business days of the withdrawal from a medical professional to substantiate the need for withdrawal.

The refund policies for adult and graduate programs are covered elsewhere in this catalog and in the respective program guides.

**No adjustment or refund is considered until a student files formal notice of withdrawal and is officially withdrawn.** Formal withdrawal is the responsibility of the student. Students withdrawing to avoid the discipline process, or those who are suspended from the College, expelled from the College, or removed from campus housing, are not eligible for any refund.

The following conditions apply when a student withdraws from the College and has received financial aid for the term of withdrawal:

1. Financial aid funded by Florida Southern College is refunded (returned to source) on the same basis as the student charges are refunded. For example, a student receiving a 75 percent refund of charges will receive a credit of 25 percent of the financial aid awarded and 75 percent is withdrawn from his account and returned to the appropriate funding source. This policy does not include money a student earns under the Faculty Assistants Program (FAP) or the College work-study program.

2. A separate Return to Title IV formula applies to the federal loan and grant programs, including Pell Grant, SEOG, Perkins Loan, Stafford Loan, and Parent Loan Programs. Based upon the percentage of class days remaining in a given term/semester, this same percentage of the total federal funds must be refunded, firstly to loan programs.

3. Financial aid received by the student from private sources is refunded in accordance with the policy of the organization providing the funds. Lacking guidance from said organizations, funds are handled in the same manner as FSC funds.

A student who is administratively withdrawn from the College waives any rights to refunds under the college policy regardless of when the withdrawal occurs.

## Financial Aid

Florida Southern College is the largest source of financial aid for its students. Ninety-eight percent of FSC's students receive some form of grant or scholarship aid from the College. In addition to grants based upon financial need, leadership and community service, and church-related awards, Florida Southern provides academic scholarships to freshmen and transfer students. Students must live in College-owned housing in order to be eligible for the Scholars Residency Grant, unless the college grants a waiver.

## State of Florida Programs

Florida Southern College students from Florida may receive aid from several state-funded programs, including the Effective Access to Student Education (formerly FRAG), Bright Futures Scholarships, and benefits under the Florida Prepaid Tuition Program. Bright Futures payments are contingent upon the number of hours in which a student is enrolled. Bright Futures payments are reduced if a student withdraws from one or more classes.

## Federal Programs

Florida Southern College students may receive aid from all of the major federal grant, loan and work programs based on financial need.

## Important Dates and Conditions

- In order to maximize financial aid opportunities, students should complete the FAFSA and the FSC Financial Aid Application by April 1. Incoming students should complete the admissions application process by Nov. 1. While completing these steps will ensure consideration for all federal, state, and college aid programs, students are also encouraged to pursue scholarships through organizations in their home community.

- Financial aid award notifications will reflect the student's eligibility for federal, state, and institutional aid.

- Most awards are intended to be renewed annually until graduation. Typically, however, there are special renewal requirements, detailed in the Terms and Conditions Form found in the Financial Aid section of the College website at www.flsouthern.edu/icsap.

- Florida Southern College scholarships and grants require full-time enrollment at FSC. Whenever possible during the academic year, FSC grants will be replaced with named scholarships as funding becomes available.

- Scholarship recipients are required to comply with all terms and conditions of their scholarship. If a student fails to meet scholarship terms or conditions, he or she will be subject to loss of the scholarship. In such cases, repayment of the scholarship may be required at the discretion of the donor. Students receiving scholarships must also adhere to the principles of the FSC Cornerstone to retain eligibility.

- Financial aid awards are predicated on full-time enrollment, which is 12 credit hours at FSC each semester. Only FSC-registered and billed hours can be counted for the determination of aid eligibility. Annual awards cannot be compressed into one semester. Students should consult the financial aid office before withdrawing from classes. FSC does not participate in Consortium Agreements with any other college, university or school.

- Students obtaining student loans must complete a master promissory note and must complete loan counseling prior to their first loan disbursement at FSC. Information on these processes are available on our website.

- Students are responsible for reading and understanding the Terms and Conditions form posted on the website.

Please call 863.680.4140 for additional information or visit the financial aid office.

# STUDENT DEVELOPMENT

Florida Southern seeks to create a community of scholars who hold one another accountable to the high ideals, vision, and mission of the College. Choosing to join the community obligates each member to a code of behavior that reflects the highest personal and communal values to which the college is committed. This code of behavior is called "The Cornerstone."

Inspired by the Judeo-Christian principles on which the college was founded, a Florida Southern Scholar…

- will practice personal and academic integrity and excellence of character and expect the same from others.
- will respect the dignity, value, and worth of all persons while learning from the differences in people, ideas, and opinions.
- will respect the rights and property of others.
- will demonstrate concern for others, their feelings, and our collegiate need for conditions that promote personal growth and academic success.
- will contribute to the rich heritage left by those who have preceded us and work to leave the college a better place for those who follow.

These expectations help create an environment that supports Florida Southern's living and learning both inside and outside the classroom. *The Student Handbook*, found online at www.flsouthern.edu/FSC/media/student-life/handbooks/FSC-Student-Handbook.pdf, provides more descriptions of these tenets and details student life policies and expectations which contribute to a campus environment that is conducive to growth and learning.

Florida Southern strongly believes in its four-year residency requirement for students. Our dynamic residential program allows our students to interact with a broad range of people. These interactions help to shape them as individuals. As such, we know the events, programs, and services we offer augment and supplement the more formal College curriculum. The programs offered in the residence halls are designed for the residents of that particular building or community. The programs we offer are ever evolving to meet student needs at each stage of the student's educational journey.

With more than 100 campus clubs and organizations, there are many ways for a student to become involved and connected. The College hosts honor societies, social Greek organizations, interest clubs, professional and pre-professional organizations, religious groups, service clubs, intramural programs, and an active Student Government Association. Student Government and the Association for Campus Entertainment are opportunities for service-minded leaders. The college newspaper and the yearbook are open to everyone, as are many music organizations—the orchestra, the chorale, the symphony band, and the jazz band (audition required). The Vagabonds theatre troupe is an active student drama group.

For the safety of Florida Southern students, there is 24-hour campus security. Other student services include the Student Health Center, the Counseling Center, and the Evett L. Simmons '79 Center for Multicultural Appreciation.

## Athletics

Florida Southern's athletics department offers 20 NCAA Division II intercollegiate sports. FSC is a member of the eleven-school Sunshine State Conference. Men's sports offered at FSC are baseball, basketball, cross country, golf, lacrosse, soccer, swimming, tennis, and outdoor track. Women's sports offered are basketball, cross country, golf, lacrosse, soccer, softball, swimming,

tennis, outdoor track, volleyball, and beach volleyball. Members of the SSC are Barry (Miami Shores), Eckerd (St. Petersburg), Embry-Riddle (Daytona Beach), Florida Tech (Melbourne), Lynn (Boca Raton), Nova Southeastern (Ft. Lauderdale), Palm Beach Atlantic (West Palm Beach), Rollins (Winter Park, Saint Leo, and Tampa).

Moccasin teams have won 30 NCAA Championships (13 in men's golf, 9 in baseball, 4 in women's golf, 2 in men's basketball, 1 in softball, and 1 in women's lacrosse), making the athletics program one of the most successful in the country in Division II. In addition, FSC teams have captured 22 NCAA runner-up finishes, won 201 Sunshine State Conference regular season and post-season championships, with over 1,000 All-Americans, including over 300 student-athletes who have been named to the Academic All-America or various All-American Scholar-Athlete teams.

Florida Southern also offers several club sports including men and women's water skiing, eSports (League of Legends, Overwatch, Hearthstone, and Rocket League), equestrian, and cheerleading. Florida Southern also recently announced the addition of men's ice hockey to its club offerings to begin in 2019.

Most FSC student-athletes are recruited and receive some type of financial aid. However, walk-ons are welcome to try out for any sport. FSC students are entitled to attend all home regular season athletic events free of charge with proper ID.

## Career Center

The Career Center is dedicated to promoting the professional development of all Florida Southern students and alumni. Career counselors are available to support, guide, and mentor students throughout the career development process. The Four-Year Career Action Plan provides a comprehensive framework to guide students in approaching their academic experience in a strategic, intentional, and goal-directed manner. The Career Center offers a variety of resources, events, and programs aimed at helping students develop essential professional skills including resume writing, interviewing, networking, and creating a portfolio/LinkedIn profile to aid in the job/internship search and graduate school application process.

## Fraternities and Sororities

There are seven national fraternities and seven national sororities at Florida Southern College. Both fraternities and sororities recruit and initiate first-year, transfer, and returning students during the fall semester. The national fraternities are Alpha Gamma Rho, Lambda Chi Alpha, Pi Kappa Alpha, Pi Kappa Phi, Sigma Alpha Epsilon, Sigma Chi, and Theta Chi. The national sororities are Alpha Chi Omega, Alpha Delta Pi, Alpha Omicron Pi, Gamma Phi Beta, Kappa Delta, Zeta Tau Alpha, and Delta Delta Delta.

Each national fraternity is represented in the Interfraternity Council. Each national sorority is represented in the Panhellenic Council. To be eligible for any aspect of Greek life, from recruitment to initiation, the College requires students to earn a cumulative grade point average of at least a 2.5, to be currently carrying at least 12 hours, and to be free from academic or social probation. Carry-overs (non-initiates) are limited to one semester. Eligibility must be certified by the registrar and approved by the Center for Student Involvement or designee.

## Good Social Standing

A student is considered to be in good social standing at Florida Southern College unless one or more of the following conditions exists:

- The student has existing accountability sanctions or probations.
- The student presents a significant risk to self, others, or campus property.

- The student has lost leadership roles by failing to attain good academic, social, or professional standing in the previous or current semesters.

- The student would not be welcome to remain at or return to FSC without restrictions.

  In some cases, institutional, local, state, or national agents or agencies may have the right to modify these requirements.

## Honorary Societies, Professional Organizations, and Clubs

There are many local and national honorary organizations established to recognize outstanding students for leadership, service, and academic achievements. Each organization maintains scholastic standards.

## Intramurals

### Entertainment
Association of Campus Entertainment (ACE)

### Greek Organizations
**Fraternities**
Interfraternity Council
Alpha Gamma Rho
Lambda Chi Alpha
Pi Kappa Alpha
Pi Kappa Phi
Sigma Alpha Epsilon
Sigma Chi
Theta Chi
**Sororities**
Panhellenic Council
Alpha Chi Omega
Alpha Delta Pi
Alpha Omicron Pi
Delta Delta Delta
Gamma Phi Beta
Kappa Delta
Zeta Tau Alpha

### Honoraries
Alpha Epsilon Delta – Pre-Med
Alpha Phi Sigma – Criminology
Association of Honor Students
Beta Beta Beta – Biological Sciences
Beta Gamma Sigma – Business
Delta Sigma Pi – Business
Gamma Sigma Epsilon – Chemistry
Iota Tau Alpha – Athletic Training
Kappa Delta Pi – Education
Kappa Mu Epsilon – Mathematics
Kappa Pi – Art

Lambda Pi Eta – Communication
Omicron Delta Kappa – Leadership
Order of Omega – Fraternity and Sorority
Phi Alpha Delta – Pre-Law
Phi Alpha Theta – History
Phi Epsilon Kappa – Physical Education
    & Exercise Science
Phi Eta Sigma – First-Year
Phi Kappa Phi – Academic
Phi Sigma Tau – Philosophy
Pi Kappa Delta – Forensics
Pi Kappa Lambda – Music
Pi Sigma Alpha – Political Science
Psi Chi – Psychology
Sigma Beta Delta – Business
Sigma Delta Pi – Spanish
Sigma Tau Delta – English
Sigma Theta Tau – Nursing
Theta Alpha Kappa – Religion

### Interest
Adam Smith Club
Allies
American Chemical Society
Association of Campus Entertainment
Cantilevers
College Democrats
College Republicans
Criminology Club
ENACTUS
History Club
Math Club
The Mocappellas
Mocettes Dance Team

Modern Languages Club
Multicultural Student Council
Studio Box-Improv
Southern Association of Commuter Students
Phi Mu Alpha
Psychology Club
Roux Reads Book Club
Toastmasters International
Vagabonds
Women's Advocacy Club

**Professional**

Advertising Federation
Delta Omicron International Music Fraternity
Florida Nursing Student Association
Florida Public Relations Association
National Association for Music Education
    Collegiate
Music Entertainment Industry Student
    Association
National Broadcast Society
Pre-Professional Society
Sigma Alpha Club

**Religious**

At the Cross
Beyond Campus Ministries
Catholic Campus Ministries
Fellowship of Christian Athletes
FSC Hillel
Sandwich Ministries
TZeDeK
Upper Room Ministries
Wesley Fellowship

**Service**

Best Buddies
Flo So Co
Habitat for Humanity
Rotaract

**Sports**

Sports Management Club
Sports Medicine Society
Student Athletic Advisory Committee

**Student Government**

Student Government Association

## Intramurals

The intramural sports program offers structured team and individual activities including flag football, basketball, softball, ultimate Frisbee, volleyball, soccer, bowling, dodgeball, and golf. The intramural program also plans special events and offers and attempts to place students who are not able to form a team.

## Performing Arts

There are many opportunities for qualified students to participate in the Concert Choir, the Symphony Band, the Symphony Orchestra, and the Jazz Ensemble, as well as a number of chamber ensembles.

The dramatic production group of the College, the Vagabonds, is open to all students with potential ability in acting and writing. The group presents plays from the professional theatre repertoire and experimental plays directed and produced by the members.

## Religious Life

Florida Southern College is a United Methodist-affiliated college. It encourages students, faculty and staff to enrich their lives by the regular practice of worship and by participating actively in religious affairs.

The College has a chaplain who serves as the coordinator of religious activities. These include a protestant worship service held in the Frank Lloyd Wright-designed Annie Pfeiffer Chapel each Sunday at 11:00 a.m., a Roman Catholic mass celebrated each Sunday afternoon, and many denominational and non-denominational worship services, Bible studies, and fellowship groups throughout the week.

The Chaplain visits the student health center and hospital when there is need and is available to all students for spiritual counseling. Information about local churches is available through the Office of the Chaplain.

## Service and Civic Organizations

There are several student organizations designed to give their members an opportunity to serve the community and become better-informed citizens. These include Best Buddies, Habitat for Humanity, Rotaract, Up 'Til Dawn, and TZeDeK, among others. The Volunteer Programs Office (located in the Center for Student Involvement) is available to help students find other avenues of service.

## Special Recognitions and Awards

Each academic year a senior is selected as the Honor Walk Student on the basis of the student's academic record, campus leadership, and contribution to the college community. Additionally, an outstanding senior woman receives the Agnes Johnson Rowe Award, and an outstanding senior man receives the James C. Rogers Award.

Other campus-wide awards include the Alumni Association Award to an outstanding senior and the President's Medal, conferred at commencement for excellence in scholarship and campus involvement. Many departments also confer academic and service recognitions.

## Wellness and Recreation

The Nina B. Hollis Wellness Center is home to wellness and recreation activities at Florida Southern College. The comprehensive program includes group exercise, aquatics, fitness, intramural sports and outdoor recreation programming. The Wellness Center features a 2200-square-foot fitness facility with a complete line of equipment, free weights and cardiovascular machines, as well as a 2000-square-foot group studio for fitness classes and other instructional programs. The eight-lane pool, full court gymnasium, and open lobby area provide the FSC community with several recreational options to pursue a holistic lifestyle. In addition to the Wellness Center, other recreation pursuits can be experienced in the Snake Pit in the Carlisle Rogers Building, on the Sand Volleyball Courts, on the Intramural Sports Field, and on Lake.

# **ACADEMICS**

The academic experience at Florida Southern College places students at the center of their education by providing them the resources necessary to achieve success in college and in life after college. Florida Southern's student-centered approach involves a commitment to engaged learning in the classroom and to a strong advising program that pairs students with faculty mentors.

## Engaged Learning

Engaged learning is an approach to teaching and learning in which students are responsible for developing the skills, attitudes, and knowledge necessary for success in life. The role of the professor is to empower students to achieve these outcomes. The engaged learning method of teaching encourages learners to conduct meaningful inquiry, reflect, think critically, and develop learning strategies for dealing with real-world challenges. Engaged learning may take place in a variety of settings using approaches varying in complexity and tailored to diverse student learning styles.

## Academic Advising

Academic advising is an integral part of academic life at FSC. Upon arriving at FSC, each new student is assigned to an academic advisor who serves as a mentor to help the student develop a plan for college studies and for success in life beyond college. The academic advising process emphasizes the collaborative role of the student and the academic advisor and plays a vital role in empowering students to become responsible for their own education. Because the partnership of student and academic advisor requires close cooperation, all FSC students are required to meet with their academic advisors at designated times during the academic year. Throughout the student's career, the student and the academic advisor work together to establish personal, educational, and professional goals for the student.

## Student Solutions Center

The Student Solutions Center (SSC) is a comprehensive academic resource center with staff who will help you explore your aspirations and establish a foundation for academic achievement. The SSC offers support for out-of-class learning through their "Academic Fuel" initiatives, and provides students with peer tutoring opportunities. Peer Assisted Study Sessions (PASS), Scholars Strengthening Scholars (S³), and the FSC Writing Center are the primary "Academic Fuel" initiatives offered for the duration of each semester. For more information, contact the Student Solutions Center at 863.680.4900.

# ACADEMIC POLICIES

## First Day Attendance Policy

Students at Florida Southern College are required to attend, regardless of delivery method, the first scheduled class meeting of the semester in each course in which they are enrolled or they are subject to removal from the course. Students who will not be in attendance at the first class meeting must notify their academic dean to be approved for late arrival. A student's major field of study determines the dean he or she should notify. All majors fall into one of four schools, each of which is administered by an academic dean:

School of Arts and Sciences: Dr. Sara Fletcher Harding (sharding@flsouthern.edu)
Barney Barnett School of Business and Free Enterprise: Dr. James W. Fenton
(jfenton@flsouthern.edu)
School of Education: Dr. Tracey D. Tedder (ttedder@flsouthern.edu)
School of Nursing and Health Sciences: Dr. Linda S. Comer (lcomer@flsouthern.edu)
School of Physical Therapy: Dr. Nancy Nuzzo (nnuzzo@flsouthern.edu)

## General Policies on Attendance

**Students are expected to attend all class and laboratory sessions on time and should be absent only for unavoidable documented reasons.** Individual programs and professors will establish course attendance policies and publish them in the syllabus.

When absences are due to participation in authorized college activities, the directors of the various college activities will send advance notice to all faculty members whose students are involved. Although opportunity to make up the work ordinarily is extended at the discretion of the professor, students absent for one of the above mentioned legitimate reasons should be allowed, when practical, to complete makeup work. If, in the judgment of the professor, even those absences incurred by reason of college activities are placing satisfactory academic performance in jeopardy, the professor should notify the director, coach, or instructor of the activity. It is the student's responsibility to inform the faculty member a minimum of one week in advance of any college-sponsored events that may result in absence from class or labs. In general, all missed class activities will be made up at the discretion of the professor in accordance with the policies in the course syllabus.

As a matter of information to a faculty member, a student may report an absence to the Student Solutions Center when it is due to a documented, unavoidable serious personal emergency. The Student Health Center will issue to a student an official explanation of absence when an absence is due to an illness treated by the Student Health Center. This information does not necessarily excuse the absence; it only provides information to the faculty member. Students should be aware of the class attendance policy, listed in each syllabus.

Students having a prolonged period of absence for any reason must obtain written permission from their academic dean, in consultation with the professor, to return for the remainder of the current semester. A student may be withdrawn from a class at the discretion of the professor. Reasons for withdrawal may include, but are not limited to, lack of attendance or inappropriate classroom behavior.

If a serious personal emergency has occurred which required medical or psychological hospitalization, the College may or may not choose to invoke a medical interim suspension. If the College does not choose to invoke such a suspension, it can however still require a student who wishes to return to class and campus life participation to provide documentation from an outside mental

health or medical professional. Please see Clearance Procedures under Medical and Mental Health Withdrawals for specifics. In the case of an interim suspension, the student is not allowed to stay in College housing and the College will not provide alternative housing for the student.

## Convocation & Passport Program

The Faith and Life Convocation Series brings the college community together on a regular basis for outstanding presentations and programs. Attendance is required for all traditional under-graduate students (with the exception of those students involved in the Passport program) because Florida Southern College believes that an educational institution based on the liberal arts should expose students to a broad range of issues—religious, aesthetic, moral, as well as intellectual. It is one of the many ways in which the College is committed to providing educational excellence.

It is the responsibility of the student to be aware of all convocation dates, which are publi-cized through a variety of means. The College recognizes that on occasion, unforeseen circum-stances require that a student miss attending a Convocation program. In order to make up the Convocation requirement, a recorded version of the event will be available for students to view at a designated time and location the week following Convocation. It is the student's responsibility to obtain this information from the Office of Student Development. If a student does not review the recorded Convocation during one of the make-up sessions, a $100 fine will be placed on his/her student account. Seniors are permitted non-attendance during their final semester.

The Passport Program is an involvement curriculum that is required of all full-time, un-der-graduate, day students entering Florida Southern College in fall 2016 or after, and student participation is compulsory for graduation. Students are required to attend a minimum of one event in every academic year, in each of the five Passport categories: School Pride, Learning Be-yond the Classroom, Fine Arts, Diversity and Service, and Health and Wellness, for a total of five events per year and in addition to attending one convocation. A complete calendar of events is maintained in Engage; students are required to note their participation to ensure that they stay on track with attending the required number of events. No more than one event can be counted in any one category in an academic year. Students that fail to attain the minimum number of events required in each category will have a $25 fine for each minimum event total not reached per category added to their student account. No students entering the college after the fall 2016 semester are exempt from participation in Passport unless a true hardship can be demonstrated in consultation with the Dean of Student Development or designee.

## The College Schedule

The undergraduate day programs of the college function on the semester system with two fifteen-week semesters, a four-week May Option term for study abroad opportunities, two five-week summer sessions, and one ten-week summer session. The academic calendar is published annually and may be found at the beginning of this volume.

An instructional week begins on Monday morning and continues through Friday afternoon. During final examinations, in the adult programs, and for purposes of administering standardized examinations, the instructional hours may be extended through Saturday evening of any given week. The College reserves the right to assign classes or laboratory hours throughout the week.

## Emergency Class Cancellation Policy

The College's class cancellation policy is guided by our overriding concern for the safety of students. To ensure a clear line of authority, the president has authorized the provost to make decisions about class cancellations in the event of weather or other emergencies. If class cancella-tion is deemed necessary, the provost will inform the president and the vice president of finance and administration. The vice president of finance and administration will in turn launch the Col-

lege's communication program, alert campus safety, and post information about cancellations on the College website. If the provost is not available, the associate provost or another designee shall make the decision whether to cancel classes. In the event that classes are not canceled but weather conditions pose a safety concern for students traveling to campus, this fact will be taken into consideration in assessing their attendance records.

## Commencement and Academic Traditions

Academic achievement of collegiate degrees is recognized by the awarding of the degree during formal commencement ceremonies. Each candidate's diploma is bound in a red vellum folder and signed by college officials. The official seal of the college is affixed. Students who have completed all degree requirements are expected to attend their commencement ceremony. Formal ceremonies are held in December and April/May. Students may also officially graduate in August and are invited to participate in the December ceremony. Students who have not completed all degree requirements are not eligible to participate in commencement.

Honorary degrees may be given by the college from time to time accompanied by the presentation of diplomas and of academic hoods bearing chevrons of red and white, the college colors. Each year since 1934, the College has selected an outstanding person as honorary chancellor as part of its annual Founders Week program. The College's honorary chancellors are listed toward the end of this catalog.

## College Academic Honors

Degree candidates with final cumulative grade point averages of 3.50–3.69 are graduated *cum laude*; 3.70–3.84 *magna cum laude*; and 3.85–4.00 *summa cum laude*. To be eligible for these honors within the graduating class, students must have earned 62 or more hours at FSC. AICE, AP, CLEP, IB, transfer, transient, and other non-Florida Southern credit does not meet this requirement.

In the day or adult undergraduate program, academic recognition is also provided by naming students as president's scholars. They are students who achieve a grade point average of 4.0 on a minimum of 15 graded semester hours in any one semester or a career grade point average of 4.0 with an average of 15 graded semester hours per semester across their career at Florida Southern.

Students in the day or adult programs may be named to the Dean's List when they have achieved grade point averages of 3.7 or better on a minimum of twelve graded semester hours in any one semester. Courses taken pass/fail or audit do not count in the calculation.

Students may be honored for academic and leadership achievement with election to one or more of the college's honor societies, listed in the Student Life section.

## Roux Library

The Roux Library is an integral part of the intellectual life of the College and seeks to educate students in developing lifelong, critical information-seeking skills through its staff, collections, and services. Librarians provide group and individual instruction in using library resources. Students have access to over 175,000 volumes, more than 7,000 full-text electronic journals in over 100 electronic databases, access to 29,000 electronic books, a 15,000 item media collection that includes videocassettes, CDs, DVDs, and CD-ROMS, as well as a substantial microform collection of over 458,000 items. Students may request items from nearly 54,000 libraries in 96 countries and territories in over 400 languages through the international online network of the Online Computer Library Center (OCLC).

## Unit of Academic Credit

Florida Southern College utilizes the semester hour as the basic unit of academic credit. The semester hour represents the equivalent of 14 clock hours of classroom instruction. Two to three clock hours of laboratory or studio instruction are generally understood to be equivalent to one clock hour of classroom instruction. Most of the College's baccalaureate degree requirements specify 124 semester hours for graduation. In some cases, degree programs may require more than 124 semester hours, as noted in those degree program listings. In the course lists and descriptions in this catalog, the use of the word "hour" means semester hour unless otherwise noted.

For each credit hour, students are expected to invest a minimum of two hours of work outside the classroom each week. For other academic activities, labs, internships, practica, studio work, online and other academic work leading to the awarding of credit, an equivalent amount of work as required for a face-to-face course is expected. For each type of course or academic activity, Florida Southern has established guidelines that are available through the provost's office.

## Classification of Students

The number of semester hours earned determines student classification.

| Freshman 0–29 | Junior 60–92 |
| Sophomore 30–59 | Senior 93 or more |

Students are also classified as

- **Degree-seeking full-time** when taking 12 hours or more in any one semester and making systematic progress toward the degree;
- **Degree-seeking part-time** when taking less than 12 hours in any semester and making systematic progress toward the degree;
- **Special** when taking less than 12 hours in any semester and not being admitted to degree status;
- **Transient** when a student from another college or university is admitted to FSC upon presentation of an official statement attesting to good academic standing.

## Course Load

Full-time degree-seeking students in the traditional undergraduate day program normally take 12–18 semester-hour course loads, although a 16-semester-hour load is considered typical. Only with written approval of the student's academic dean (or designee) and the advisor may a student register for more than 18 hours. Course overloads are considered between 19–21 credit hours. A student may not exceed 21 credit hours in a semester. The student should have a 3.0 GPA and circumstances that warrant such an arrangement. Residential students may not register for fewer than 12 hours and may generally not reduce the load below 12 hours during any semester. However, a student may be residential in his or her final semester while taking a course load less than 12 credit hours. Adult program students may not take more than 8 hours in any one term.

Students may enroll in certain traditional undergraduate courses as auditors. Full participation in class work is not expected and no credit is given. Courses taken as audit may not be established later for credit.

Traditional undergraduate students ordinarily do not include adult undergraduate program courses in their schedules of classes. However, students regularly registered in the traditional undergraduate program of the college are permitted to register in an adult undergraduate program course if the student's total credit-hour load is not excessive and if the student's grade point average is at least 2.5. When students are permitted to take courses in the adult undergraduate program additional tuition is assessed at the prevailing rate. Forms for "cross-over" into the adult undergraduate program for fall or spring may be obtained in the registrar's office.

## Online Coursework/Distance Education

Florida Southern College offers a limited number of undergraduate courses using online delivery. Grading policies, academic integrity expectations, payment procedures, and general academic policies apply equally to both online and face-to-face courses, unless explicitly noted otherwise in the course syllabus. *Note: Full-time students in the traditional undergraduate program are limited to a total of six online courses at Florida Southern.*

## Pass/Fail/A Option

Students, other than first-year students, may take one elective course per semester on a Pass/Fail/A basis. Students who earn an A in the course will have that grade recorded on their transcript and counted toward cumulative and term GPA. Students who receive the equivalent of a B or C in the course will have a Pass recorded on the transcript. Grades of Pass are not calculated into GPA. Students earning the equivalent of D or F in the course will have a Fail recorded in the transcript. A grade of Fail is calculated into term and cumulative GPA.

Elective courses are defined as courses that do not satisfy general education requirements, major or minor requirements, or degree requirements. Pass/Fail/A grading requires full participation of the student in all aspects of the class. Consent of the faculty member who is teaching the course is required and the signed consent form must be filed with the registrar's office by the deadline for adding a course. Once such an election has been made, it may not be reversed.

A student who elects to take a course or courses under the Pass/Fail/A option and who then transfers to a major or minor for which that course or courses are required may petition the appropriate dean to allow a transfer of Pass/Fail/A courses for credit within the major. Such transfer will be at the discretion of the dean of the school into which the student is transferring and after consultation with the appropriate department chairperson.

In keeping with the liberal arts tradition, students are encouraged to use this option to explore areas outside requirements within a student's major or minor. Pass/Fail/A consent forms are available in the registrar's office.

## Cross-listed Courses

From time to time, students may wish to explore topics that are cross-listed (courses that are multi-disciplinary or that are accepted by multiple disciplines at Florida Southern College). Students may designate cross-listed courses on their transcripts by choosing the prefix for any cross-listed courses. To indicate which prefix will be recorded, the student registers for the course via the preferred prefix.

## Grades and Quality Points

The following scale of letter grades is used by the undergraduate program at Florida Southern College: A, Excellent; B, Good; C, Satisfactory; D, Deficient; and F, Failing. The letter "I" is used to indicate incomplete; and the letter "G" is used to indicate that a grade has been deferred because the course is part of a sequence that has not yet been completed, e.g. HON 4955 and HON 4956. A grade of "W" is given in a course from which the student withdraws by the calendar date specified in each semester; courses dropped after this date will carry a grade of F. An AU indicates audit. Certain courses may be elected on a "P"(pass) and "F" (fail) basis. Grades of "P" do not affect the grade point average. Transfer course grades, AICE credit, AP credit, IB credit, and credit for CLEP examinations do not affect the grade point average. Grade point values are assigned to the letter grades for each semester hour of instruction: A, 4; B, 3; C, 2; D, 1; F, 0. In determining grade point averages, the total number of quality points earned is divided by the total number of semester hours attempted for which quality point values are assigned. At mid-semester, students

are informed of academic progress by mid-term grade reports. At the close of the semester, final grades are reported to students and become a part of the permanent academic record. Students who wish to determine their academic standing at any time other than when final grades are posted may consult an academic calculator program (to figure grade point averages) on the College website through the Student Solutions Center.

## Incompletes

At the end of the semester with most of the coursework complete, if a student is unable to complete coursework in one or more courses for non-academic reasons, the academic dean(s) to whom the course instructor(s) report will be notified. The appropriate academic dean then confers with the faculty member(s) under whom the student has been studying. Faculty members may then initiate procedures to establish an incomplete (grade of "I"). A form requesting permission to award the grade of "I" is filed with the faculty member(s)' academic dean for approval and transmission to the Registrar. The incomplete course must be finished before the end of the next succeeding semester or term or within a briefer time frame established by the course instructor. For such courses not completed within the allowable time limit, the "I" grade will become an "F."

## Drop/Add Procedures

First semester students making changes in registration (drop, add, or both) must complete the change with a standard office form bearing course numbers and all required signatures. All other students may make changes to their schedule via the portal until the close of registration.

After the first week of class, the student must obtain signatures from both the course faculty member and the student's advisor on a Course Withdrawal Form in order to withdraw from a course. The student is responsible for submitting the Course Withdrawal form to the registrar's office. Verbal notification to the faculty member or failure to attend class does not constitute a withdrawal. Students who abandon a course without filing a Course Withdrawal Form automatically receive a failing grade (F). Students are reminded that shortly after mid-term grade distribution a date is designated as the final date for withdrawing from courses without penalty.

Grades of "W" are recorded for all individual semester courses withdrawn from after the first week of classes and before the mid-term date. Full tuition is not refunded after registration. Residential students may generally not reduce their total course load below 12 semester hours.

During summer school sessions, students must cancel their registrations prior to the first class meeting. If they do not do so, a "W" will be recorded for the course and certain published refund policies apply. See the college website for specific information.

Students may be withdrawn from online class for non-participation without notice.

## Involuntary Withdrawal from the College: Overview

Florida Southern College expects and encourages students to behave in ways that promote their academic and personal success and that of others. The College also seeks to safeguard the health and well-being of individuals and the greater community. In rare cases, a student's behavior becomes incompatible with these goals, rising to the level of a direct threat to others or being otherwise inconsistent with the student being qualified to remain successfully enrolled at FSC for classroom, residential, or other college experiences. In other situations, a student may be conflicted or uncertain about the eminent need to take a leave from the rigors of college life. Under these circumstances, on an individualized and case-by-case basis that takes into account both mitigating and aggravating circumstances, Florida Southern College reserves the right to require at any time the withdrawal of a student whose conduct, academic standing, health, or general influence Florida Southern College considers incompatible with student success. This includes behaviors that

disrupt the College or interfere with FSC's educational mission, for which disciplinary action up to and including suspension or expulsion may occur. Any separation between the student and the College will take place only after the college's careful consideration of information pertinent to the matter at hand, including caring and interactive communication with the student, and will be in accordance with the college's policies and procedures.

## Interim, Voluntary, and Involuntary Withdrawals

### Introduction

Florida Southern College cares deeply about the health and safety of its students. Therefore, Student Health Center, Counseling Center, and Safety and Security Office services are available on campus. Students are encouraged to demonstrate behaviors that promote health and safety and, when necessary, to take concerted steps toward these goals, even if academic progress must be delayed. The College will support student-initiated behavioral and self-care plans and/or initiate actions that consider the welfare of the individual student as it relates to his or her impact on the College community. At times, students may exhibit such extreme behavioral conduct that they pose a direct threat to members of the College community, or that their challenge in functioning successfully and safely in the role of a student significantly hinders the academic or non-academic pursuits of others. In such extreme cases, for an unknown period of time, a student might not be qualified to carry out the essential requirements and activities of college coursework or residency. In order to address these issues, the College has in place a Student Health Committee (SHC). The SHC may include the Dean of Student Development, the Associate Vice President for Student Support, an Assistant Dean of Student Development, the Dean of Student Success, and/or the Director of the Counseling Center. Select members of the SHC may work with a student or the full committee may play a role, and the SHC may also request participation of other faculty or staff members who possess specific knowledge or expertise related to a student's circumstances. Timing of the decision to withdraw, either by the student or by the College, may impact Federal student loan debt and reimbursement. Withdrawals cannot be issued retroactively. The status of "Withdrawal" ("W") can only be granted for a current semester and not for semesters completed prior to the actual withdrawal. All withdrawals follow the tuition and fee reimbursement policy outlined elsewhere in the catalog.

### Emergency Interim Suspension

The SHC, or individual members of the SHC, may recommend that the Dean of Student Development implement an emergency interim suspension for up to one week upon a student's behavior rising to the level of significant community disruption, if a mandatory assessment is pending, or if the student has failed to comply with other clearance procedures within the allotted period. The College may extend the emergency interim suspension to allow a student to complete clearance procedures. Students under emergency interim suspension for any reason are temporarily not allowed to participate in any college activities, attend classes, reside in or visit campus residential facilities, and may not be on campus except to attend meetings or hearings related to his/her situation. This interim period allows time for a student to obtain needed resources or interventions, and for all parties to consider an evaluation of readiness to return to the college. The student must complete the appropriate clearance procedure, as directed by the SHC or other College official, before returning. Failure to do so may result in the SHC recommending that a student withdraw (voluntarily or involuntarily).

Students will be notified verbally or in writing if they are to be placed under emergency interim suspension and will have the opportunity to address the basis for the decision by contacting the Dean of Student Development or designee. Faculty will be notified of student absence

from class (but not the cause of absence) with the intention that the student will be able to continue to make appropriate and adequate academic progress.

## Voluntary Withdrawal

Students may seek a voluntary withdrawal when their behavioral, physical, or mental health situations interfere with optimal college performance including successful engagement in, or completion of, academic course work; when the safety of the community is in question; or when the demands of college life are interfering with the ability to recover from or adjust to a significant challenge. Students interested in pursuing a voluntary withdrawal may seek support from others (e.g., the Counseling Center or Student Health Center) or independently initiate the process through the Student Solutions Center (863.680.4900). Upon deciding to voluntarily withdraw, students will initiate the necessary paper work at the Student Solutions Center and, with the assistance of the Student Solutions Center, they can obtain signatures from appropriate offices. Residential students will be required to move out of their room within 24 hours of withdrawing unless an extension is granted by the Dean of Student Development or designee. Those who voluntarily withdraw for any reason are not allowed to participate in any college activities, attend classes, reside in or visit campus residential facilities, and may not be on campus except to attend meetings or hearings related to his/her situation unless permission is granted in advance by the Dean of Student Development or designee. Students who opt for a voluntary withdrawal will undergo the appropriate clearance procedures in order to be reinstated as a student of the college. Students may be requested to provide, with the student's written permission, current documentation from an appropriate outside consultant. Examples of such "consultants" include physicians, mental health providers, and non-relatives who, because of their professional credentials and knowledge of the student, can provide recommendations about student readiness to return to college. This will provide the assurance the student is fully prepared to successfully resume all college activities and for the college to provide reasonable accommodations to foster student return. There is a form the college may require to be completed by the student's consulting information provider with the student signing a waiver for release of that information to appropriate college officials. An outside evaluator's recommendation is not a binding one for the college. If the withdrawal is for medical reasons, documentation must be received by the Dean of Student Development or designee within five business days of the initial request, or it will be classified as a non-medical withdrawal. Students who voluntarily withdraw and cannot return in time to regain academic standing in that semester will receive "W"s on their transcripts.

## Involuntary Withdrawal

In rare circumstances the SHC, or individual members of the SHC, may recommend that a student be involuntarily withdrawn. Students who are involuntarily withdrawn for any reason are not allowed to participate in any college activities, attend classes, reside in or visit campus residential facilities, and may not be on campus except to attend meetings or hearings related to his/her situation. Examples of situations that might result in an involuntary withdrawal include, but are not limited to: a student poses a "direct threat" risk to the health or safety of others; a student has an uncontrolled contagious disease or infection; a student fails to complete the required steps during an emergency interim suspension, or appropriate clearance procedures; a student engages in behaviors that disrupt the college or interfere with FSC's educational mission; or a student is not "otherwise qualified" to continue as a student at FSC. In many cases, these situations can be handled by identifying and implementing reasonable accommodations that reduce or eliminate threat, up to and including voluntary withdrawals; however, if the college and student are unable to identify actions that will address risk, or if the student is unwilling to adopt reasonable accommodations, the SHC or its designee(s) may recommend to the Dean of Student Development to involuntarily withdraw a student. The SHC, or its designee(s), will recommend appropriate con-

ditions needed to return to Florida Southern College. Like students who voluntarily withdraw from FSC, Involuntary Withdrawal students will undergo the appropriate clearance procedures in order to be reinstated. Students who are involuntarily withdrawn and cannot return in time to regain academic standing in that semester will receive W's on their transcripts.

### Clearance Procedures: Overview

Clearance procedures are designed to promote interactive, compassionate, and effective conversations between each student and a member or members of the college community. They have been designed to provide objective, specific feedback about behaviors and circumstances and balance a student's well-being and success with the welfare of the greater community. Clearance procedures are the same for students who experience Emergency Interim Suspensions, involuntary withdrawals, and voluntary medical withdrawals.

### Clearance Procedures: Preliminary Review

Except for cases of a public health emergency, a member of the SHC, the Dean of Student Development, or other college official, may conduct a preliminary review. The official and the student will discuss the student's situation and challenges, examine the College's concerns, and make an initial determination about the student's readiness to continue college activities and identify support mechanisms, resources, and conditions that may support this outcome. Ideally, a preliminary review adequately supports a positive final outcome. Sometimes as part of the preliminary review, or if concerns about a student's readiness to resume college life persist after the preliminary review additional, appropriate clearance procedures may be utilized.

### Clearance Procedures: Determining if there is a "Direct Threat"

A "direct threat" exists when a student's conduct "poses a significant risk to the health or safety of others (with a) high probability of substantial harm". A direct threat results in behaviors or situations that violate the Cornerstone Values and Student Code of Conduct of the College that cannot be acceptably reduced or eliminated by providing reasonable accommodations, auxiliary aids, or services. Students who, through conversations and observations of specific behaviors, are identified as posing a direct threat may be supported in taking a voluntary withdrawal or may undergo interim emergency suspension, involuntary withdrawal, or another form of separation from the college. To determine if a student poses a direct threat to others, the following criteria established by the Office of Civil Rights are used:

- Using individualized and objective assessment based on reasonable professional judgment and relying on the most current information (this underlies "mandatory assessment", below)

- Evaluating the nature, duration, and severity of the risk

- Evaluating the probability that a potentially threatening injury to others will occur

- Determining whether reasonable accommodations will sufficiently reduce the risk

At Florida Southern College, these criteria are applied on a case-by-case basis within the context of an individual student's circumstances, considering both mitigating and aggravating circumstances. Separation of the relationship between the student and the College will only be recommended in the absence of other opportunities to accommodate or resolve a situation. If the College is concerned that the student poses a direct threat to others, a mandatory assessment may be required. Thus, the student may be obliged to seek proper evaluation from a licensed provider. A student may decline to undertake a mandatory Assessment but, because this is an issue of a potential direct threat, doing so may result in the College imposing an emergency interim suspension, involuntary medical withdrawal, or other action deemed prudent and appropriate by the College until such a determination can be made. Pending clearance, a student may not be allowed to participate in any

college activities, attend classes, reside in or visit campus residential facilities, and may not be on campus except to attend meetings or hearings related to his/her situation.

### Clearance Procedures: Determining if a Student is Currently "Otherwise Qualified" to Continue

The inability to meet the essential requirements of a student in good academic, residential, or social standing can render a student, for an unforeseen period of time, as not currently qualified to remain a student at Florida Southern College. Such essential requirements include the capacity and willingness to participate in engaged learning in and outside the classroom, maintaining adequate academic grades and progress, the ability and readiness to abide by the College's policies outlined in *The Student Handbook*, and the presence of behaviors that permit unhindered community safety. Based on conversations with the student, the SHC or other College official(s) will strive to determine a student's qualifications to continue as an active community member. The consequence of this determination may result in: directing students to appropriate support resources; identifying other reasonable and effective accommodations to enhance a student's ability to be "qualified"; emergency interim suspension; helping the student move forward on an voluntarily withdrawal; or involuntary withdrawal

### Mandatory Assessment

A student may need to complete a mandatory assessment if the student has been placed on emergency interim suspension; the student has voluntarily medically withdrawn from the College and wishes to be reinstated; the student has undergone an involuntary withdrawal and wishes to be reinstated; if after a preliminary review the College is concerned the student may pose a direct threat to others and needs professional judgment or additional information to assist in this determination; if after a preliminary review the College deems the student not "otherwise qualified" to continue as a student; under other conditions as determined by the college. These mandatory assessment steps are designed to ensure the student's optimal performance in the college community, including that the student is not a direct threat to others, that a health emergency no longer exists, that effective accommodations and a plan for success is in place, and/or that the student is otherwise qualified to resume studies and community living.

*Note: Depending on the situation, students may complete these procedures on different timelines. Some students may complete these steps within days of the preliminary review, emergency interim suspension, or withdrawal while others may wait several months before pursuing a return to the College.* The student must be assessed by an appropriate outside individual, whose opinions will be advisory to the College. The professional consultant, who is selected by the student, or the college, must be a licensed provider that could reasonably be seen as having adequate knowledge, authority, and training to make such an evaluation under other conditions. The College reserves the right to evaluate the appropriateness of the consultant. Further, all providers must be unrelated to the student and must have specialty/credentials appropriate for the condition of concern (e.g., a specialist in eating disorders, substance abuse, etc.). To make an accurate evaluation, the outside consultant may require access to information held by the College related to the events that led to the leave. This typically would involve the student signing a release allowing the College (e.g., the Office of Student Success, Student Health Center, Counseling Center, or Office of Student Development) to share information regarding relevant incidents or concerns and, if applicable, recent healthcare records. The student will be responsible for any cost incurred by the evaluation unless otherwise specified. The outside professional, with the student's written permission, must provide directly to the college an assessment of current functioning of the student and provide written recommendations regarding: a) Given the precipitating events, the student's readiness to return to the academic and co-curricular demands of college life; b) The student's readiness to

live in the on-campus residential community; c) Ongoing service, resource, testing, or treatment needs; d) Any conditions or restrictions that the college should impose; and e) The student's readiness to return to competitive sports, if the student is a collegiate athlete. The college may require a form to be completed by the student's professional consultant. An outside evaluator's recommendation is not a binding one for the College.

*Note: The college athletic team physician, in consultation with the Florida Southern College director of the Counseling Center, may ultimately make the decision regarding athletic involvement and may consider associated outside evaluations in making such a determination.*

*Note: Documentation of the mandatory assessment and any associated follow-up plan at the college must be provided to the Student Solutions Center no later than December 1 for the spring semester and July 1 for the fall semester. Those planning to return to a summer session must provide documentation no later than 30 days before the summer session begins.*

After the mandatory assessment results and documentation have been provided to the college, the student shall meet with the Dean of Student Development or other approved College official(s). Together, they will review assessment results, associated documentation, and the student's own perception regarding readiness to return, and needs and plans for support or treatment will be discussed. Additionally, the College representative(s) will consider how the outside evaluator's recommendations fit with the realities of student life at Florida Southern College and services that are available on campus or in the community.

The Dean of Student Development or other College official(s) will thus consider a number of factors about the student's ability to return to Florida Southern College, including the outside evaluator's recommendation and the results of the student's meeting with the dean. The Dean of Student Development will make recommendations, and the students will receive verbal or written notification of the decision about clearance to return to the College.

*Note: Neither an interim emergency, voluntary medical, nor involuntary withdrawal are considered punitive actions. However, any withdrawal becomes a part of a student's institutional record.*

### Readmission:

Students seeking readmission for involuntary withdrawals follow the same procedures as students seeking readmission for voluntary medical withdrawals.

### Appeal

Students seeking readmission for involuntary withdrawals follow the same procedures as students seeking readmission for voluntary medical withdrawals.

## Final Examinations

The final examination schedule is published at the beginning of each semester. College policy requires faculty members to give final examinations in all courses and to adhere to the published schedule. Any deviations from this regulation—canceling a final examination, changing the time or place of a scheduled final examination for the class, or adjusting the prescribed two-hour time limit on final examinations, or any other alteration—must become the subject of written memoranda between the faculty member and the faculty member's academic dean.

## Academic Standing

### Good Academic Standing

A student not on academic probation or academic suspension is considered to be in good academic standing. Academic standing is monitored at the end of each term, and students whose performance is unsatisfactory or at risk of becoming unsatisfactory are notified of their status as

well as the implications of loss of good academic standing for continued progress to the degree. Students are also advised of any steps they can or should take to improve their performance.

Students receiving financial aid need also to be aware of the satisfactory progress requirements for continued eligibility for financial aid.

## Standards of Academic Progress

Degree-seeking students at Florida Southern College are required to comply with the College's standards of academic progress in order to remain in good academic standing. A student's compliance with the College's standards of academic progress depends on both qualitative and quantitative measures. Students who are not in compliance with the College's academic standards, according to either qualitative or quantitative measures, are subject to loss of good academic standing, suspension, or even expulsion from the College.

## Qualitative Measures of Academic Progress

Qualitative measures of academic progress are based on a student's grade point average. Students are expected to maintain minimum grade point averages of 2.0 (C) or better, both cumulatively and during each term. When semester, term, and/or the cumulative grade point averages drop below 2.0, students are at risk of not achieving academic success and are subject to provisions and sanctions ranging from academic alert to expulsion.

All periods of a student's enrollment at FSC are utilized in determining the cumulative grade point average. However, any grades earned in transfer courses do not enter into the grade point average calculation.

## Quantitative Measures of Academic Progress

Once a student has earned 25 or more hours or has attended more than two regular semesters, a quantitative measure is used to review the academic progress of each student toward graduation. The quantitative measure of academic progress is based on a student's annual rate of course completion.

A course is said to be completed when a student receives a grade of A, B, C, D, or P for the course; hence, students do not complete a course for which they receive a grade of F, G, I, or W. (Audited courses for which a student receives a grade of AU are not included in the calculation.)

The completion rate is calculated in terms of credit hours: the rate of course completion equals the number of hours completed divided by the number of hours attempted. **Students are expected to successfully complete at least 67 percent of all credit hours attempted in the academic year.**

A student's rate of course completion is determined each year after the end of the spring semester. All periods of the student's enrollment are counted in determining the total number of credits earned and attempted, including credit hours transferred from other institutions.

## Unsatisfactory Academic Progress

When term, semester, and/or cumulative grade point averages drop below 2.0, students are academically deficient and subject to the following provisions and interventions:

### Academic Alert

An **academic alert** indicates a failure to maintain Florida Southern's academic progress requirements during a semester or term. Although academically deficient for the semester or term, students on academic alert remain in good academic standing. The status of academic alert applies to students under the following conditions:

***Students at the end of the first semester of enrollment at FSC:***

The student's cumulative grade point average is below 2.0 but at least 1.7.

***Students with total earned hours up to and including 24 semester hours of credit:***

The student's cumulative grade point average is at least 2.0 but term grade point average is below 1.7.

***Students with total earned hours of 25–47 semester hours of credit:***

The student's cumulative grade point average is at least 2.0 but term grade point average is below 1.8.

***Students with total earned hours of 48–62 semester hours of credit:***

The student's cumulative grade point average is at least 2.0 but term grade point average is below 1.9.

Students informed that they are on academic alert should meet with their advisor during the first two weeks of the next succeeding semester and devise a plan for improvement with the advisor. Students on academic alert should also meet with their advisor one week after mid-term grades are posted that semester.

## Academic Warning

An academic warning indicates a more serious failure to maintain Florida Southern's academic progress requirements than an academic alert and reflects deficiencies in cumulative performance and/or performance during a term or semester. The status of academic warning indicates that a student is at risk of not attaining success at FSC. However, although academically deficient, students on academic warning remain in good academic standing at the College. The status of academic warning applies to students under the following conditions:

***Students at the end of the first semester of enrollment at FSC:***

The student's cumulative grade point average is below 1.7 but above 0.0

***Students with total earned hours up to and including 24 semester hours of credit:***

The student's cumulative grade point average is below 2.0 but at least 1.7.

***Students with total earned hours of 25–47 semester hours of credit:***

The student's cumulative grade point average is below 2.0 but at least 1.8.

***Students with total earned hours of 48–62 semester hours of credit:***

The student's cumulative grade point average is below 2.0 but at least 1.9.

***Students with total earned hours of 63 or more semester hours of credit:***

The student's cumulative grade point average is at least 2.0, and the student's term grade point average is below 1.7.

Students informed that they are on academic warning should meet with their advisor during the first two weeks of the next succeeding semester and devise a plan for improvement with the advisor. Students on academic warning should also meet with their advisor one week after mid-term grades are posted that semester. A hold will be placed on registration for the following semester's classes until the student on academic warning has satisfied these advising requirements. Failure to satisfy the terms of the academic improvement plan developed with the advisor may result in either academic probation or suspension during the subsequent semester.

The status of academic warning means that students may not rush a sorority or fraternity nor may they hold positions of leadership in student organizations including, but not limited to, student publications, sororities, fraternities, ensembles, and other societies. An office held by a student placed on academic warning shall be declared vacant immediately.

## Academic Probation (Loss of Good Academic Standing)

The status of academic probation signifies loss of good academic standing at FSC and is the most serious indication prior to suspension that a student's academic progress is in jeopardy.

Students are not subject to academic probation at the end of their first semester of enrollment at FSC. However, at the end of two or more semesters, the status of academic probation applies to any student who fails to complete 67 percent of credit hours attempted over the previous academic year (for students who fail to complete any credit hours attempted, see Suspension).

Additionally, at the end of two or more semesters of enrollment, the status of academic probation initially applies to students under the following conditions:

### Students with total earned hours up to and including 24 semester hours of credit:

The student's cumulative grade point average is below 1.7.

### Students with total earned hours of 25–47 semester hours of credit:

The student's cumulative grade point average is below 1.8.

### Students with total earned hours of 48–62 semester hours of credit:

The student's cumulative grade point average is below 1.9.

### Students with total earned hours of 63 or more semester hours of credit:

The student's cumulative grade point average is below 2.0.

Students whose term or semester grade point average falls below 1.0 are further subject to suspension (see Suspension).

Students informed that they are on academic probation should meet with the Dean of Student Development during the first two weeks of the next succeeding semester to devise a plan for improvement. Additionally, students should meet with their academic advisor monthly during the semester. Students who remain on academic probation for two consecutive semesters may face academic suspension.

The status of academic probation means that students may not rush a sorority or fraternity nor may they hold positions of leadership in student organizations including, but not limited to, student publications, sororities, fraternities, ensembles, and other societies. An office held by a student placed on academic probation shall be declared vacant immediately. Additionally, the status of academic probation means that a student may not participate in internships.

Students on academic probation are usually not eligible to participate in intercollegiate athletics. Questions about intercollegiate athletic eligibility should be directed to the Department of Athletics.

## Academic Suspension

The status of academic suspension is the most serious academic sanction prior to expulsion. A student placed on academic suspension is no longer in good academic standing at Florida Southern and is not permitted to register for courses or to participate in any college-related opportunities until after the next regular semester (fall or spring).

Students may be placed on academic suspension for three reasons: (a) deterioration of grade point average below the level of academic probation (applicable only to students past the first semester of enrollment), (b) lack of clear progress toward completion of degree requirements, and (c) academic failure for the semester. These reasons are detailed below:

### a. Grade point average below the level of academic probation

Following the first semester of enrollment at FSC, a student is subject to suspension at the end of a term under the following conditions:

### Students with total earned hours up to and including 24 semester hours of credit:

- The student's cumulative grade point average is below 1.7.
- The student's term grade point average is below 1.0.

### Students with total earned hours of 25–47 semester hours of credit:

- The student's cumulative grade point average is below 1.8.
- The student's term grade point average is below 1.0.

### Students with total earned hours of 48–62 semester hours of credit:

- The student's cumulative grade point average is below 1.9.
- The student's term grade point average is below 1.0.

### Students with total earned hours of 63 or more semester hours of credit:

- The student's cumulative grade point average is below 2.0.
- The student's term grade point average is below 1.0.

**b.   Lack of clear progress toward completion of degree requirements**

Based on the 67 percent course completion standard of academic progress (see Quantitative Measures of Academic Progress), students are expected to undertake a course of study, including general education, major, and degree requirements, that will eventuate in a bachelor's degree by the end of at most twelve semesters of full-time enrollment. Failure to make clear progress toward completion of degree requirements may lead to a student's suspension.

**c.   Academic failure for the semester**

Academic failure for the semester, as opposed to academic failure of a single course, occurs when a student receives all F grades in all academic courses in a given semester. The result is a term grade point average of 0.0. A student whose performance results in academic failure for the semester is placed on academic suspension for the following semester.

The first time students qualify for suspension, they may be allowed to appeal that suspension to their academic dean. It should be noted that approval of such an appeal is, however, in no way automatic and is subject to the discretion of the dean. A student whose appeal is successful may return to the College under the guidelines of academic probation (see above).

A student readmitted after academic suspension is automatically placed on academic probation for the readmission semester (fall or spring).

**d. Multiple semesters of probation**

After two consecutive semesters of academic probation, a student is subject to suspension.

### Academic Expulsion

A student who has qualified for academic suspension a second time will not be eligible for future enrollment at FSC. A second suspension is permanent and is, in fact, academic expulsion.

## Retaking Courses and the College "Forgiveness Policy"

Students may be assisted in the improvement of cumulative grade point averages by the privilege of retaking courses at Florida Southern in which grades were earned at Florida Southern. This privilege does NOT apply to courses in which a grade of A was earned. Upon completion of these courses, the original grades will no longer be counted in the determination of cumulative grade point averages although they will remain on the permanent academic record. It should be noted that even though any such course may be repeated as many times as necessary, it is only once that the original grade may be forgiven. In situations where the courses in question are not available or no longer offered, appropriate "like courses" may be substituted with the recommendation of the academic program coordinator or department chair and approval of the appropriate academic dean.

## Academic Progress Chart

The chart below summarizes the categories and criteria of unsatisfactory academic progress. The chart includes the following abbreviations:

CmlGPA = Student's cumulative grade point average

TermGPA = Student's term grade point average

CompRate = Student's annual course completion rate

LAP = Lack of academic progress (less than 67 percent course completion rate)

| Term/Credit Hour of Enrollment | Academic Progress Classification | | | |
|---|---|---|---|---|
| | **Academic Alert** | **Academic Warning** | **Academic Probation** | **Suspension** |
| At the end of the first semester at FSC | CmlGPA below 2.0 but at least 1.7 | CmlGPA below 1.7 but above 0.0 | Not Applicable | TermGPA = 0.0 |
| 0–24 hours (at the end of second and subsequent semesters) | CmlGPA at least 2.0 and TermGPA below 1.7 | CmlGPA below 2.0 but at least 1.7 | CompRate below 67% or CmlGPA below 1.7 | TermGPA = 0.0 [CmlGPA below 1.7 and TermGPA below 1.0] |
| 25–47 hours | CmlGPA at least 2.0 and TermGPA below 1.8 | CmlGPA below 2.0 but at least 1.8 | CompRate below 67% or CmlGPA below 1.8 | TermGPA = 0.0 or Two consecutive regular (fall + spring) semesters on probation or [CmlGPA below 1.8 and TermGPA below 1.0] |
| 48–62 hours | CmlGPA at least 2.0 and TermGPA below 1.9 | CmlGPA below 2.0 but at least 1.9 | CompRate below 67% or CmlGPA below 1.9 | TermGPA = 0.0 or Two consecutive regular (fall + spring) semesters on probation or [CmlGPA below 1.9 and TermGPA below 1.0] |
| 63+ hours | | CmlGPA at least 2.0 and TermGPA below 1.7 | CompRate below 67% or CmlGPA below 2.0 | TermGPA = 0.0 or Two consecutive regular (fall + spring) semesters on probation or [CmlGPA below 2.0 and TermGPA below 1.0] |

## Permissions and Eligibility

### Transient Student Permission

Students planning to take courses as transient students at other institutions (e.g., in summer sessions) should note that (1) they must have a minimum 2.0 grade point average at Florida Southern; (2) they must have advance approval to attend another institution from the Florida Southern College registrar; (3) courses passed at the C level (but not at the C- level) or above at another regionally accredited institution may be transferred to Florida Southern College for credit of hours toward graduation but will not alter the student's Florida Southern grade point average; (4) the maximum number of hours which can be transferred from a community or junior college is 62; (5) students who have or will have earned 75 semester hours credit are generally ineligible to attend a community or junior college. ; (6) after completing 93 hours, a student must finish the remaining credits at FSC; (7) students will be required to submit a Transient Enrollment Verification form. Questions concerning this policy should be referred to the registrar's office.

### Academic Progress Requirements for Veterans

Students who are supported financially by the Veterans Administration, Department of Veterans Benefits, are subject to all academic performance requirements stated above for all students. However, the veteran who is on academic probation for more than two consecutive semesters or four adult program terms will no longer receive V.A. benefits.

## Grade Grievance Procedures and Appeals

Florida Southern College has established a procedure for the resolution of grievances arising from disputes over grades. Cases in which resolution has not been achieved by informal or formal negotiations among the students, faculty members, department chairs, division chairs, or the appropriate academic dean may be remanded by the provost's office to the Religious Life and Student Life Committee for review.

Cases involving a disputed infraction of the FSC Honor Code will be remanded to the Honor Code Infraction Review Board prior to consideration by the Religious Life and Student Life Committee. (For information about the Honor Code Infraction Review Board, see page 55.)

The Religious Life and Student Life Committee will consider each case, has the authority to make final recommendations, and will make every effort to preserve both the substance and the appearance of impartiality and fairness. In the event that a member of the committee is directly involved in the case, that member will not participate. If that member is the chair of the committee, the committee will elect a chair, *pro tem*.

The committee may make a determination without a hearing. In the event of a hearing by the committee, a vote will be taken by secret ballot. In either case the results will be communicated in writing by the chair to the provost. The Associate Provost will communicate the final decision to the student, the appropriate dean, the registrar, and the faculty member.

Any student considering a grade appeal should understand that each faculty member has the academic freedom and responsibility to determine and assign grades according to any professionally acceptable method chosen by the faculty member, communicated to everyone in the class, and applied to all students equally.

An appeal must be made in writing to the faculty member who taught the course (copies to the appropriate academic dean and/or department chair, and associate provost) no later than the fifteenth calendar day of the next succeeding regular semester. A detailed grade appeals procedure is available in the Office of the Provost.

## Academic Integrity

On joining the Florida Southern academic community, students are expected to embrace the tenets of liberal learning—critical thinking, intellectual exploration, and academic honesty.

Academic dishonesty, cheating, plagiarism, and other violations of academic integrity are causes for suspension or expulsion from the college. Responsibility for dealing with violations initially lies with the faculty member. Where further action is needed, cases fall under the jurisdiction of the Honor Code. Each case of academic dishonesty, however handled, is reported to the Office of the Provost as a matter of record.

## The Florida Southern College Honor Code

I will practice academic and personal integrity and excellence of character and expect the same from others.

## I. Introduction

### I.A. Policy

As an academic community, Florida Southern College is firmly committed to honor and integrity in the pursuit of knowledge. Therefore, as members of this academic community, all students acknowledge responsibility for their actions and commit themselves to the highest standards of integrity, thereby making a covenant with the College and all members of the academic community not to engage in any form of academic dishonesty as defined immediately below. This covenant—FSC's Honor Code—lies at the heart of learning, inquiry, and the critical exploration and dissemination of ideas. Through it, students affirm the authorship of their own work, and when work is not their own, appropriately attribute ideas, concepts, data, words, and artistic and creative expressions. Formal subscription to the Honor Code by all students assures the academic community that breaches of academic integrity will not be tolerated and fosters learning at its best.

### I.B. Definition of Academic Dishonesty

Academic dishonesty is any act of cheating, assistance in cheating, plagiarism, academic theft, falsification, or misrepresentation. The following definitions, adapted from the University of Pennsylvania's Code of Academic Integrity (available online at www.vpul.upenn.edu/osl/acadint. html), shed further light on the full meaning of academic dishonesty. Academic dishonesty includes but is not necessarily limited to:

**Cheating:** using or attempting to use unauthorized assistance, material, or study aids in examinations or other academic work or preventing, or attempting to prevent, another from using authorized assistance, material, or study aids. Examples: using a cheat sheet in a quiz or exam, altering a graded exam and resubmitting it for a better grade.

**Plagiarism:** using the ideas, data, or language of another without specific or proper acknowledgment in oral, written or electronic media/formats. Examples: copying another person's paper, article, or computer work and submitting it for an assignment, cloning someone else's ideas without attribution, failing to use quotation marks where appropriate.

**Fabrication:** submitting contrived or altered information in any academic exercise. Examples: making up data for an experiment, fudging data, citing nonexistent articles, contriving sources.

**Multiple submission:** submitting, without prior permission, any work submitted to fulfill another academic requirement.

**Misrepresentation of academic records:** misrepresenting or tampering with or attempting to tamper with any portion of a student's transcripts or academic record, either before or after coming to Florida Southern College. Examples: forging a change of grade slip, forging a

signature, tampering with computer records, falsifying academic information on one's résumé.

**Facilitating academic dishonesty:** knowingly helping or attempting to help another violate any provision of the Code. Example: working together on a take-home exam.

**Failure to report academic dishonesty:** not reporting an observed violation. Example: failing to report witnessing cheating on an exam.

**Unfair advantage:** attempting to gain unauthorized advantage over fellow students in an academic exercise. Examples: gaining or providing unauthorized access to examination materials, obstructing or interfering with another student's efforts in an academic exercise, lying about a need for an extension for an exam or paper, continuing to write even when time is up during an exam, destroying or keeping library materials for one's own use.

### I.C. Notification

FSC's new student orientation includes a written explanation of FSC's academic policies, in particular, a complete explanation of the Honor Code. Upon enrollment, all new students, including Adult Program and graduate students, are to adhere to the Honor Code and its implications to academic honesty.

The Honor Code is published in the *Academic Catalog* and posted at the FSC website and throughout various locations on campus. Faculty members should remind students about the Honor Code at the beginning of each academic term or semester and place the Honor Code in course syllabi, including any information specific to the faculty member's use of the Honor Code.

A student's failure to be aware of the Honor Code or to understand its provisions does not excuse the student from the jurisdiction, process, or penalties of the Honor Code. Furthermore, if a student is unclear about whether his or her actions might be an infraction of the Honor Code, the student is responsible for contacting the faculty member for clarification.

### I.D. Jurisdiction

The Honor Code specifically applies to all academic transactions at FSC—those that are academically related, as well as those in which students represent the College or themselves as students of the College (e.g., competitions, internships, field experiences, practica, research projects, poster displays, and the like), even when classes are not in session. However, the Honor Code does not supersede or, in any manner, impinge upon the jurisdiction, procedures, and penalties enforced under applicable state and federal laws.

## II. Roles, Responsibilities, and Reporting Procedures

### II.A. Roles and Responsibilities

Adherence to the Honor Code is assured by the participation and action of all students, faculty members, staff members, and members of FSC's senior administration, in their roles as outlined in Sections II and III.

### II.A.1. Students

As members of the FSC academic community, students should never tolerate any form of academic dishonesty, whether committed by themselves or by others. Therefore, a student who observes an act of academic dishonesty is responsible for reporting that possible offense either to the faculty member who is teaching the course in which it occurred or a dean. If a student's report is made directly to a dean, the dean will notify the faculty member involved and forward a copy of the report to that faculty member. The report should be made immediately and should follow the procedure outlined in Section II.B.

## II.A.2. Faculty, Staff, and Administrators

Faculty and staff members or administrators discovering a possible offense against the Honor Code, either through investigation, through normal operations, or by report from a student, should report the possible offense to a dean immediately. Reporting should follow the procedure outlined in Section II.B.

## II.B. Reporting Procedures

The student, faculty member, or other person reporting the possible offense should do so in writing using the Honor Code report form available on FSC's portal (under faculty governance, forms). If a faculty member is reporting a case of possible plagiarism, the faculty member should also include the original assignment (or photocopy), marking plagiarized passages and citing the original source(s). The report must be signed. Faculty members who have received a report of academic dishonesty are required to take action immediately. The Faculty member receiving an Honor Code infraction report should report the matter to their dean immediately, and within five days of receipt, the faculty member must inform the accused of the content of the allegation. Full confidentiality is maintained during these steps; however, if the accused student decides to appeal a course-related penalty, the student(s) or other person(s) reporting the incident may be required to be present at the hearing. The faculty member may choose one of two options and should report his or her choice of option to their dean:

1) a specific course-related penalty
2) forwarding for hearing by the Honor Code Infraction Review Board, in a timely manner but no later than the end of the semester in which the event took place.

## II.C. Appeal Faculty Decision

Should the faculty member choose not to forward the case to the appropriate dean for a hearing and decide to impose a course-related penalty, the accused student retains the right to appeal the faculty member's penalty. See Section III.B. Types of Cases.

# III. Hearing Procedures and Outcomes

## III.A. Hearing Body: The Honor Code Infraction Review Board (HCIRB)

The HCIRB is composed of eight faculty members and two students, all serving with the right to vote. Any HCIRB member who has an involvement with a particular case or whose participation would result in a conflict of interest may not hear that case.

## III.A.1. Student Members

The two student representatives are elected by vote of the faculty members within four weeks of the start of the academic year. Faculty may nominate students and provide nominees' majors, GPAs, and any additional pertinent information. Before being nominated, students must agree to serve, if elected, and must be available to serve through the summer break following the academic year, if necessary. Student terms are for one year; however, a student member may be elected for additional one-year terms so long as that student remains a degree-seeking student in good academic and disciplinary standing at the College. A student who has been sanctioned for an Honor Code violation cannot serve on the HCIRB. In the event that a student HCIRB member is sanctioned during the year, the faculty members from his or her unit will elect a replacement.

## III.A.2. Faculty Members

The HCIRB will have eight faculty representatives: one from each division of the School of Arts and Sciences and one from each of the other schools.

A. School of Arts and Sciences

    i.  Social Sciences (Criminology, History, Political Science, Sociology)

    ii.  Communication

    iii.  Humanities (English, Modern Languages, Religion and Philosophy)

    iv.  Fine Arts (Art, Music, Theatre)

    v.  Natural Sciences (Biology, Chemistry and Physics, Mathematics and Computer Science)

B. School of Business

C. School of Education

D. School of Nursing and Health Sciences

### III.B. Types of Cases

The HCIRB serves as the hearing board in the following types of cases:

- Cases referred by faculty members to the appropriate dean, instead of a course-related penalty

- Cases referred to the appropriate dean by other members of the academic community (e.g., deans, division chairs, registrar, library director, admissions director, or internship supervisor).

- The HCIRB serves as an appeals board when the faculty member has sanctioned the student by means of a course-related penalty, but the student wishes to appeal the decision on grounds of challenging the evidence or capriciousness on the part of the faculty member.

### III.C. Hearing Process

The hearing process begins when a dean refers a case and provides pertinent information representing both sides to the HCIRB.

### III.C.1. Appellant Hearing Process

When the HCIRB serves as an appeals board, it will meet in a pre-hearing to determine if there is sufficient reason to warrant review of the faculty member's decision. Sufficient reason would include evidence of capriciousness on the part of the faculty member, questions of fact, or new evidence since the faculty member invoked the penalty. The HCIRB chair or members of the HCIRB at the chair's direction will investigate the case, collect all pertinent materials, and notify the parties involved in the case at least 72 hours in advance of the scheduled hearing. Every effort should be made to investigate the allegations and to collect all pertinent materials in a reasonably expeditious manner. If the HCIRB determines not to hold a full hearing, the faculty member's decision stands. Should the HCIRB hear the case on appeal, the hearing procedures outlined below are followed.

### III.C.2. Process for Hearing

HCIRB hearings proceed in the following manner:

A quorum is 6 (at least 2 faculty members and 2 students). If the case involves a graduate student, the quorum must include the graduate student representative unless the representative has an interest in the case.

Proceedings are recorded by an audio recording device.

The meetings are closed. Parents or guardians are not allowed to be present. No attorney may be present. The student may have an advisor selected from among the faculty members of the ASAI. Such an advisor may not speak for the student, but may offer counsel and explanation to the student. Rules of law and evidence do not apply to FSC hearings.

The two parties are permitted to bring no more than two witnesses to the hearing. Both sides may provide additional written testimony relevant to the case. The accused student may question witnesses who speak at the meeting and may challenge any written witness statements presented at the meeting. Witnesses must have personal involvement with, have personally observed, or have otherwise relevant knowledge of, the incident in question. The HCIRB reserves the right to call additional witnesses.

Faculty members and/or accused students are responsible for providing the time and location of the hearing to their witnesses and ascertaining if the witnesses will be present. The hearing process will be scheduled when both parties are available, and both parties must be available within 14 days of the HCIRB's announced decision to hold a hearing. If either party fails to appear, the hearing process will proceed.

### III.C.3. Honor Code Infraction Review Board Meeting Procedures

#### Outline of HCIRB Meeting:

1. The chair will call the meeting to order and outline the purpose of the HCIRB. The chair will ask all persons present to identify themselves and state the reason for their presence.
2. The chair will read the charge(s) and ask the student to give a statement of "Responsible" or "Not Responsible" to each charge. If the student enters a plea of "Not Responsible" for any or all charges, the meeting will continue to the Determination of Responsibility phase of the meeting. If the student enters "Responsible" for all the charges, the meeting will continue to the Sanctioning phase of the meeting.

#### Determination of Responsibility Phase:

1. The College's case may be presented by witnesses or by written documents or reports.
2. The charged student will then state his or her case.
3. The HCIRB may ask questions of either the person presenting the charge(s) or the student being charged.
4. Witnesses for the person presenting the charge(s) will be called in one at a time. Each witness will be asked to present information relevant to the case. Each witness may be questioned by the HCIRB, the person presenting the charges, or the charged student.
5. The same process will be followed for the charged student.
6. After all witnesses have been heard, the HCIRB may ask for additional information.
7. The person presenting charge(s) will give a closing statement.
8. The charged student will give a closing statement.
9. All persons, except the HCIRB, will be excused from the room.
10. The HCIRB will determine accountability of "Responsible" of "Not Responsible" for each charge presented. The College and the accused student will then be brought back into the room. The HCIRB will read the findings.
11. If found not responsible for all charges, the proceedings are closed and everyone is dismissed.
12. If found responsible, the proceedings continue with the sanctioning phase.

#### Sanctioning Phase:

The Sanctioning Phase of the HCIRB will take place at the hearing if the student has stated or been found responsible for any of the charges.

1. The HCIRB chair will present information related to the prior accountability record of the charged student and present recommended sanctions.
2. The charged student may then make a statement on his or her behalf
3. The HCIRB may ask questions of either the person presenting the charge(s) or the charged student.
4. After all witnesses have been heard, the HCIRB may ask for additional information.
5. The person presenting the charge(s) will give a closing statement.
6. The charged student will give a closing statement.
7. All persons, except HCIRB, will be excused from the room.
8. Then the HCIRB will open discussion of sanction(s).
9. A determination as to the appropriate sanction(s) will be made. All sanctions except suspension and expulsion may be passed by a simple majority of the HCIRB voting members present. Suspension and expulsion decisions must be passed with a supermajority vote of 75 percent of the voting members present.
10. The person presenting charge(s), charged student, and advisor will be asked to return to the room. The HCIRB chair will read the findings.
11. After the sanction is read, the information in the catalog detailing the appeal process is noted (if appropriate). Sanctions go into effect immediately.
12. Everyone is dismissed.

### Student Appeal from an HCIRB Decision

An appeal is defined as a request for review of the original case determination by the HCIRB. A student is entitled to appeal a decision rendered by the HCIRB in cases where the HCIRB is not the appellate body. In cases where HCIRB is acting as an appellate body (i.e., when the HCIRB is acting as appellate body after a faculty member has sanctioned a student by means of a course-related penalty) there is no further appeal from the HCIRB decision. During the appeal process, sanctions are in effect until such time as they might be reversed, modified, or upheld.

Appeals must be clearly and concisely written and must state clearly what the student is appealing and why.

1. A decision must be appealed by the student within three business days of the meeting. Failure to pick up mail will not be grounds for an extension of the deadline for appeal. Such appeals shall be in writing.
2. Appeal letters should be written to the provost.
3. Except as required to explain the basis of new evidence, an appeal shall be limited to review of the record of the initial meeting and for either of the following purposes:
   a. The student provides evidence that was not available at the original meeting and can defend why said evidence was not made available in a timely manner.
   b. There were procedural irregularities in the original meeting.
4. A disagreement with the sanction issued is not, in itself, sufficient reason for appeal.
5. The provost may undertake a review of the HCIRB's decision or may appoint a committee to review the case and make a recommendation, following which the provost may modify, uphold, or reverse the decision. There is no further avenue of appeal.

**Exception:** The provost may require a student whose case is under appeal, or pending meeting, to leave the campus in the interim should the student's presence on campus create a situation which, in the opinion of the appropriate dean, could be detrimental to the student involved or to the College community.

### III.D. Sanctions

Depending upon the severity of the offense, the strength of the evidence, the ability of the offender to continue working within the Honor Code, prior violations of the Honor Code by the offender, and/or any extenuating circumstances, the HCIRB may recommend a course-related sanction (grade reduction, failure), on-campus probation and/or required counseling, suspension with the possibility but not the guarantee of readmission, or expulsion. Expulsion is the permanent removal of the student from FSC. Other sanctions may be considered and imposed as well.

### III.E. Appeal

In cases where the HCIRB serves as an appellate board, its findings and decisions are binding and no further appeal is possible.

### III.F. Records

All records of the HCIRB will be maintained in the Office of the Registrar, including the audio recording of the hearing.

# PROGRAMS OF STUDY

## Majors in the Liberal Arts, Sciences, and Professional Degree Programs

Consistent with Florida Southern's essential mission as a comprehensive college and its commitment to a liberal education, its academic program is designed to provide opportunities for students to major in the liberal arts and sciences as well as in professional academic programs.

Regardless of major, a Florida Southern education is grounded in a general education curriculum that helps students acquire the knowledge, skills, and confidence necessary for success. The goals of liberal learning are also integrated into coursework across the curriculum. One advantage of this is to facilitate changes in vocation, which often occur after graduation or even after a number of years in a profession. In many of the professional programs, field experience is an integral part. Coursework is also designed to enable students to proceed directly to graduate work upon completion of the bachelor's degree.

Majors vary in the number of semester hours required; however, at least fifty percent of the major requirements must have been completed at Florida Southern College.

## Self-Designed Major

To serve the expectations and needs of academically qualified students, Florida Southern College has implemented Venture into the Adventure—a major designed by the student to meet his or her particular needs. This major is for academically qualified students; therefore, the student must hold sophomore standing, have taken some courses in the areas of interest, and have maintained a minimum cumulative GPA of at least 3.0. Students who have accumulated more than 72 credit hours are not eligible for the self-designed major. Additional policies are included in the "Self-Design Major Checklist" available from the interdisciplinary programs coordinator.

Students interested in the self-designed major should contact Dr. Ronald Pepino, interdisciplinary programs coordinator. The student will generate the idea for the major after discussion with the interdisciplinary programs coordinator and faculty members in the relevant areas of interest. The student will invite faculty members to serve as an advisory committee to assist in framing the degree proposal and advising the student toward degree completion.

The proposed self-designed major will build upon the existing strengths of the Florida Southern College faculty and programs. Each self-designed major must be built upon the requisite number of lower- and upper-division courses.

A successful proposal will contain the following items:

- Goals for the degree
- Required course list to meet the General Education requirements
- Required courses for the major (30 semester hours minimum)
- Student learning outcomes and assessments
- A significant focus on interdisciplinary inquiry and critical thinking
- A senior research (or comparable creative) component to serve as a capstone experience

For more information about the Self-Designed Major, see 175.

## Interdisciplinary Degree Programs

Florida Southern College offers several interdisciplinary degree programs. They include Biochemistry and Molecular Biology, Environmental Studies, Humanities, Music Management, Political Communication, Political Economy, Social Sciences, and Sports Communication and Marketing. See Undergraduate Program Requirements on pages 88 and following for full descriptions of these programs.

## Minors

Minors are offered in a variety of disciplines in which majors are offered as well as in advertising design, integrated marketing, Latin American studies, military science and leadership, physics, pre-law, and women's studies.

Students are required to complete 50 percent of the minor requirements at FSC. Please be reminded that AICE, AP, CLEP and IB credits are recorded as transfer credits.

Students at Florida Southern College may elect a minor as specified in this catalog.

Minors typically require at least 18 semester hours (and no more than 24) of coursework that count toward the major, successfully completed with a 2.0 grade point average. Specific information about particular minors is included in the introductory section of each discipline found in this catalog. In many cases, the particular courses for a minor are specified by the program.

## Interdisciplinary Minors

In addition to interdisciplinary majors, interdisciplinary academic programs are available that take the form of minors, concentrations within majors, and career paths in the major that may be planned with a student's faculty advisor. These interdisciplinary programs draw on faculty across academic disciplines, integrating diverse perspectives to broaden the scope for studying critical issues in a rapidly changing world. The interdisciplinary approach emphasizes independent and critical thinking, which enriches the liberal arts experience and provides excellent preparation for graduate education in a number of fields. The programs complement most academic majors and provide the opportunity to expand and enhance career opportunities.

**Advertising Design**: The Minor in Advertising Design provides students with design practices and creative strategies needed to excel within the field of advertising design. Hands-on coursework presents students with challenges faced in the industry and the skills and knowledge necessary to face those challenges.

**Integrated Marketing Communication**: The Minor in Integrated Marketing Communication blends coursework in marketing, advertising and public relations to better prepare students for careers in the professional communication industry. Students gain hands-on experience in gathering and applying research to strategically coordinate messages and establish relationships with target audiences.

**Latin American Studies**: The U.S. finds itself increasingly involved in Latin American culture, as a trading partner with nineteen Spanish speaking countries in the world and in recognition that the largest minority population in this nation is Hispanic. The Minor in Latin American Studies offers a student the opportunity to blend language studies with studies in culture, film, and history along with multi-disciplinary courses in Latin American studies. Contact Dr. José Garcia for further information.

**Pre-Law**: The pre-law minor covers the basic foundation courses relevant to problem solving and analysis generally associated with the legal profession. Students on a trajectory for graduate study in law, legal issues, public administration, and management will find this a useful minor. It is inclusive of courses that prepare the student for LSAT testing (logic; accounting) as well as socialization to the profession itself.

**Women and Gender Studies** – The women and gender studies minor provides an interdisciplinary framework for exploring the role of women throughout history and the ways in which gender influences cultural, social, political, and economic relations. Students gain skills in analytical and critical thinking through the study of gender from diverse academic perspectives, such as literature, religion, economics, communication, sociology, psychology, and criminology. Faculty members from a number of academic departments support and teach in the women and gender studies program. The Minor in Women and Gender Studies complements almost any major field of study. Students who complete the minor enhance their problem-solving, leadership, and communication skills.

## Pre-Professional Programs

The Pre-Professional Program (P3) is a rigorous, competitive program for students pursuing admission to health professions schools after obtaining their undergraduate degrees. P3 assists students with academic and career goals to prepare them to be qualified candidates for these professional programs. In this respect, "pre-professional" refers to most medically related fields, including medical, dental, veterinary, physician assistant, optometry, podiatry, and physical therapy, but does not apply to nursing or to pre-law studies and other paths that lie outside of the natural sciences and health professions.

In this program, students will participate in specific activities that encourage ongoing exploration of the health care field and prepare them for success in this highly competitive arena. Activities include workshops, classes, one-on-one advising, and professional observation and volunteer experiences. Students completing the program are well prepared to submit a holistically competitive application to outstanding professional programs.

Students interested in P3 should declare their intent to their academic advisor and participate in workshops and activities facilitated by the science and pre-health career and internship coordinator in their first semester at Florida Southern College. Full participation in P3 includes a 2-part application process:

- Part 1: Acceptance into P3 requires completion of specific coursework, a competitive GPA, a personal statement, and completion of an application by January 15 of the second year.
- Part 2: Completion of P3 requires submission of an extensive application by March 15 of the third year and culminates in a formal Committee Interview and Letter of Evaluation.

For full program details, including eligibility and requirements, contact Dr. Nancy Morvillo, chair of the Department of Biology, or Ms. Lauren Albaum, the science and pre-health career and internship coordinator.

### The Florida Southern College–Lake Erie College of Osteopathic Medicine (LECOM) Early Acceptance Programs

Qualified students may take part in one of three FSC–LECOM Early Acceptance Programs. If program requirements are met, students are virtually guaranteed acceptance into one of LECOM's professional programs: the LECOM College of Medicine (leading to the Doctor of Osteopathic Medicine degree), the LECOM School of Dental Medicine, or the LECOM School of Pharmacy. Students interested in these programs should contact Dr. Nancy Morvillo, Chair of the Department of Biology.

## Pre-Law and Legal Studies

The pre-law program is a three-part preparatory program aimed for student success in legal studies. The three main components are 1) a formal pre-law minor, which includes study of the US judicial system, accounting, logic, the written word, and oral presentation; 2) an internship

program, where students intern with local law firms, the public defender's office; the state's attorney's (prosecutor's) office, initially for a single credit hour, and as your particular interest becomes more focused, through a guided 4-hour summer internship; 3) LSAT preparation, including practice tests from first year onward, and a formal LSAT exam preparation course during junior or senior year. Mentorship by local practitioners has become an integral part of the program, as well as a first year based on legal studies and political science. All majors are welcome in the pre-law program.

## Pre-Theological Studies

A minister needs a broad liberal arts and sciences education. While there is no specific program for pre-theological study, the Association of Theological Schools recommends courses in the following subjects be included: English literature, European history, political science, economics, psychology, religion, and the history of philosophy. Members of the religion faculty can provide additional information about graduate study in theology.

## Pre-Engineering Studies

The pre-engineering curriculum is less flexible than other pre-professional areas of study and requires courses in mathematics, chemistry, and physics. Students planning to pursue pre-engineering should consult their engineering school of choice for specific prerequisites and requirements for entry. Students interested in pre-engineering should consult Dr. Jason Montgomery, pre-engineering coordinator.

## Junior Journey

All day program first-time, full-time undergraduate students who entered Florida Southern in fall 2010 or later are guaranteed a travel experience after the completion of their fourth full semester at Florida Southern. Transfer students may be eligible to travel during their fourth full semester at FSC. Students must travel before they graduate. Students must be in good academic, business, and social standing both at the time of application and departure. Trips will be offered during May Term, Summer Term, and/or other periods such as fall, spring, and winter break. Each Junior Journey destination has course-related requirements to satisfy one-credit hour, pass/fail course. For more details on trips and eligibility contact the Office of Student Travel.

## May Term

May Term is an opportunity to take an innovative, engaging, and exciting course immediately after the spring semester ends. This format allows for creative exploration of course material that is not always possible during the traditional semester. Some May Term courses are approved to satisfy General Education requirements.

## Guaranteed Internship Experience

Florida Southern guarantees an internship experience to all day program students in good academic, business, and social standing who enroll at Florida Southern starting in fall 2010. Students should consult with their faculty advisor and are encouraged to visit the Career Center to plan their internship experience prior to graduation.

## Washington Semester

Florida Southern College participates in the Washington Semester of the American University in Washington, D.C. Junior students, selected on the basis of character and high academic achievement, may spend a semester in Washington studying government and international relations.

Approximately 15 hours of credit may be earned toward a Florida Southern College degree. Students interested in applying for the Washington Seminar should contact Dr. R. Bruce Anderson.

## Study Abroad

Florida Southern has a long-standing relationship with Harlaxton College and Regent's College in England and Proyecto Espanol in Spain. Because the College is committed to transforming lives through global education, we offer study abroad travel opportunities during fall, spring, and summer terms. FSC students can also take advantage of study abroad programs taken directly through universities in Europe, Asia, Australia, South America, and Central America. Some curricula abroad require fluency in the language of the host country. Other programs offer intensive intermediate or advanced study in the language as the initial phase of the program. Florida Southern students have studied French in Nice and Angers, Spanish in Spain, Mexico, and Costa Rica, a host of subjects in England, marine biology in the Bahamas and Belize, and art, business, and literature throughout Europe and the Far East. Contact the Student Travel Office for further information. In all cases, students must be in good academic and social standing in order to participate in Study Abroad programs. At both the time of application and departure, the student must have a 2.0 GPA. Course equivalencies must have been approved in advance to assure the appropriate transfer credit.

## Honors Program

The mission of the Florida Southern College Honors Program is to offer talented and motivated students the training and support they need to undertake an ambitious self-directed project during their senior year. During the first two years of the program, students take dedicated courses and seminars that push them to think critically about the pressing issues of our day. During the second two years, in close collaboration with a faculty mentor, students develop a proposal for their senior project, see that project through, and present the final product to their professors and peers. To support their work, students in the Honors Program are afforded a number of special privileges, including dedicated first-year housing, priority course registration, access to a private student lounge, and a regular schedule of workshops and special events. Honors students must maintain at least a 3.5 GPA to remain in the program, and maintain the highest standards of academic integrity and quality.

## Army Reserve Officers Training Corps (ROTC)

The objective of the Army ROTC is to produce officers possessing leadership qualities and attributes essential to their progressive development in the active Army, Army Reserve, or Army National Guard. It provides instruction in basic officer competencies; teaches basic life skills pertaining to fitness and interpersonal communication; introduces Army values and expected ethical behavior; presents the unique duties and responsibilities of officers and the expectation of selfless service; and teaches the basic soldier skills required for squad level tactical operation. The ROTC curriculum is separated into two phases: the Basic Course and the Advanced Course. The Basic Course encompasses the freshman and sophomore years and incurs no service obligation unless on ROTC scholarship. Upon completion of the Basic Course the ROTC student who elects, and is selected, enters the Advanced Course, which comprises the junior and senior years. During these two years cadets continue to develop the leadership knowledge and skills required to be a commissioned officer. All classes are supplemented by a two-hour Leadership Lab each week, during fall and spring semesters.

The ROTC department at Florida Southern College offers great opportunities for adventure. In addition to indoor rock climbing, paint ball, and firing an M-4 rifle, cadets may find themselves jumping out of airplanes, rappelling out of helicopters, or even training with cadets from the United Kingdom. Each year cadets are sent to Airborne School, Air Assault School, the Cadet Summer Training Basic Camp (BC), the Cadet Summer Training Advanced Camp (AC), and Cadet Troop Leadership Training (CTLT).

Entrance into the Advanced Course is not open to all students completing the Basic Course, but only to those whose ROTC and academic records are such to warrant the belief that they will become commissioned officers in the U.S. Army. Students with prior military service and with at least 60 semester hours may enroll in the Advanced Course if physically and academically qualified.

Advanced Course students are required to sign a contract with the U.S. government whereby the student agrees, in return for subsistence payment, to complete the entire Advanced Course and to accept a commission as an officer in the U.S. Army, Army National Guard, or Army Reserve.

Florida Southern College awards a military science minor for completion of all ROTC classes.

Financial aid is available through the ROTC department. Qualified students may receive a monthly financial stipend ranging from $300 to $500 a month. Interested individuals may also apply for ROTC scholarships. These scholarships provide the financial assistance above, as well as full tuition and full room and board. Students attending the Cadet Summer Training Basic Camp (BC) and Cadet Summer Training Advanced Camp (AC) also receive payment for their attendance.

# UNDERGRADUATE DEGREE REQUIREMENTS

## Undergraduate Degree Requirements

Florida Southern College offers courses in the day program leading to the Bachelor of Arts, Bachelor of Fine Arts, Bachelor of Music, Bachelor of Music Education, Bachelor of Science, and Bachelor of Science in Nursing degrees. The specific nature of the academic major program pursued by the student determines which degree is to be awarded. However, candidates for each of these degrees fulfill the following academic requirements and standards:

A. A minimum of one hundred twenty-four (124) semester credit hours from Florida Southern College and other regionally accredited colleges or universities. A maximum of one-half the required semester credit hours (62) may have been earned at a junior/community college. After completing 93 hours, a student must finish the remaining credits at Florida Southern College. Some degree programs require more than 124 semester hours. For details see requirements listed under specific majors.

B. Completion of Florida Southern College's General Education Curriculum.

C. Grade point average of 2.0 ("C") in all academic work attempted at FSC.

D. Grade point average of 2.0 in all coursework in the major and minor department. Some majors require a higher GPA than 2.0 in the major. Please consult the appropriate major to determine applicability of this requirement.

E. An academic major in a program, division, or school of the College.

F. Fifty percent of the designated major or minor requirements (if the student has chosen a minor) must be completed in Florida Southern College courses.

G. Successful completion of the Passport program.

## The General Education Curriculum

Florida Southern College's General Education Curriculum is designed to help students master and integrate the critical knowledge areas, skills, attitudes, and habits of mind that are necessary for success in life. As such, the General Education Curriculum forms the core of the College's entire transformational approach to education, which is grounded in the philosophy of engaged learning.

Courses in each category of the General Education Curriculum provide students the opportunity for meaningful achievement of key learning outcomes in three broad areas: (i) knowledge of the cultural and natural world, (ii) intellectual and practical skills, and (iii) personal and social responsibility. Each broad learning outcome category includes one or more specialized sub-areas. Students may choose from a variety of courses to achieve the outcomes in each area.

Every student at Florida Southern College is expected to complete the General Education Curriculum requirements below, totaling 46 semester hours of academic credit, with passing grades. Up to 12 of the 46 hours of General Education courses may be completed in the student's own major. Students pursuing more than one major may count up to 16 hours from their majors toward General Education requirements with no more than 12 hours coming from either major.

**Note on using a course to satisfy multiple requirements (also known as "double-dipping"):** The General Education Curriculum allows students to satisfy more than one curricular requirement with a single course if that course has been approved to satisfy the requirements. Such "double-dipping" or "triple-dipping" is permissible unless there are regulations preventing it in the specific case. Thus, a course may count toward the satisfaction of a both General Education

and major (or minor) requirements. A course may also count toward the satisfaction of two or more General Education student learning outcomes (SLOs). A student must earn a minimum of 40 hours in the general education curriculum. However, there are limits to this practice: *a given course may never be used to satisfy both General Education requirements and specific requirements pertaining to the bachelor's degrees granted by FSC: Bachelor of Arts, Bachelor of Fine Arts, Bachelor of Music, Bachelor of Music Education, Bachelor of Science, or Bachelor of Science in Nursing.*

**Note on the application of three credit-hour courses to General Education requirements:** Three-credit-hour courses deemed equivalent to four-hour General Education courses may be approved for transfer from other institutions. Day students enrolled at Florida Southern may also use three-hour courses equivalent to current four-hour General Education courses, if taken prior to 2010–11, to satisfy the relevant four-hour General Education SLO. Adult program students enrolled at Florida Southern may likewise use three-hour courses equivalent to current four-hour General Education courses, if taken prior to 2011–12, to satisfy the relevant four-hour General Education SLO. In such cases, for every three-hour course applied toward a General Education SLO, one hour of the requirement is reduced.

The following pages list and define the SLO categories comprising the General Education Curriculum. The explanation of the SLO categories is followed by the list of courses that may be taken to fulfill the categories. Individual courses that may be used to satisfy General Education SLO categories are also identified in the catalog's section containing undergraduate course descriptions.

**General Education Curriculum** .......................................................................... **46 hours**

# I. Knowledge of Human Cultures and the Physical/Natural World

## A. Meaning and Value ............................................................................................ 8 hours

**Distribution: Only four (4) hours may be in the student's own major. Students are encouraged to fulfill the Meaning and Value category through coursework in different disciplines when appropriate.**

**Student Learning Outcomes:** To empower students to develop an understanding of academically significant historical and contemporary systems of thought and value and to promote students' own academically informed responses to these systems.

To fulfill the Meaning and Value requirement, students will need to explore and grapple intellectually with fundamental and enduring questions of human concern. Courses enabling students to satisfy the Meaning and Value outcome will develop student competencies in the following areas:

1. Ultimate questions: Students will demonstrate understanding of and ability to articulate questions about ultimate purposes in human life, that is, purposes that are not themselves taken to be merely instrumental.
2. Levels of inquiry: Students will demonstrate understanding of and ability to articulate explorations of ultimate questions on three levels: the universal, the communal, and the personal.
3. System diversity: Students will demonstrate appreciation and understanding of diverse systems of thought and/or value (e.g., religious, philosophical, ethical, political, aesthetic, literary), as well as the ability to articulate and interpret those systems. Such systems may be historical or contemporary.
4. Analysis and evaluation: Students will critically analyze, evaluate, and formulate academically informed responses to systems of thought and/or value.

## B. The Social World ............................................................................................. 8 hours

**Student Learning Outcomes:** To have students develop an appreciation for and ability to articulate and interpret diverse, changing systems of human activity.

To fulfill the Social World requirement, students will need to demonstrate the following competencies:

1. Students shall be able to demonstrate knowledge of the social, political, economic, personal, or cultural systems or historical development of their world.
2. Students shall be able to demonstrate the ability to use discipline-specific empirical methodologies, quantitative or qualitative, or both, to interpret information an articulate knowledge about the social, political, economic, personal, or cultural systems or historical development of their world.
3. Students shall be able to demonstrate mastery of discipline-specific, empirical methodologies, quantitative or qualitative, or both, to investigate specific issues about the social, political, economic, personal, or cultural systems or historical development of their world.

## C. The Natural World ............................................................................................ 4 hours

**Laboratory requirement:** Any course satisfying the Natural World requirement must include a laboratory component.

**Distribution:** Students are encouraged to fulfill the Natural World requirement through interdisciplinary coursework when appropriate.

**Student Learning Outcomes:** To empower students to develop an understanding of the scientific investigation of the natural world.

For students whose major does not require a strong natural science component (see below), the course must emphasize the following:

1. Philosophical understanding: To fulfill this outcome, students will demonstrate knowledge of the natural world by investigating how scientific inquiry is different from other types of investigation, focusing on the philosophy of science and notions of skepticism.
2. Scientific methodology: To fulfill this outcome, students will demonstrate knowledge of the natural world by utilizing scientific methodology, including experimental design and data interpretation and analysis (including quantitative components).
3. Investigation: To fulfill this outcome, students will demonstrate knowledge of the natural world by demonstrating proficiency in the basic skills necessary for lab or field work and using the tools of scientific inquiry to investigate real world problems.
4. Evolving systems: To fulfill this outcome, students will demonstrate knowledge of the natural world by applying the tenets of evolution as they pertain to the scientific discipline being studied (e.g., cosmological or biological evolution, evolutionary psychology, etc.).
5. Evaluation: To fulfill this outcome, students will demonstrate knowledge of the natural world by critically evaluating evidence pertaining to current scientific findings.
6. Practical relevance: To fulfill this outcome, students will demonstrate knowledge of the natural world by articulating how scientific discoveries and processes enhance everyday life.

It is expected that students whose majors require a significant number (16 or more) hours in the natural sciences will fulfill all these learning outcomes through their requirements. Therefore, no one course will need to fulfill all the above learning outcomes.

## D. Fine Arts Appreciation ........................................................................... 4 hours

**Student Learning Outcomes:** To empower students to develop appreciation for and ability to communicate about and interpret diverse expressions of artistic creativity.

To fulfill the Fine Arts Appreciation requirement, students must meet at least one of the two outcomes below:

1. Students will demonstrate through writing or verbal discussion their understanding of creative works of art, literature, theatre, and/or music.
2. Students will demonstrate through the completion of a sequence of their own creative productions and through the discussion of these productions their understanding of creative works of art, literature, theatre, and/or music.

# II. Intellectual and Practical Skills

## A. Systematic and Creative Thinking.................................................................. 8 hours

**Student Learning Outcomes:** To empower students to develop and refine their abilities to reason systematically and creatively.

To fulfill the Systematic and Creative Thinking component of Florida Southern College's general education requirement, students must take at least two courses, one course with a qualitative emphasis and one course with a quantitative emphasis, that promote competencies in the areas of critical and creative thinking. These courses will enable the student to recognize the distinction between qualitative and quantitative methods, understand their strengths and limitations, and apply each method in the appropriate context.

## Qualitative Course.................................................................................... 4 hours

A qualitative course in Systematic and Creative Thinking requires students to develop key critical and creative thinking skills by teaching basic awareness and application of these skills. The course also empowers students to develop their own creative projects. The course promotes competencies in these two areas:

1. Critical thinking: To fulfill this outcome, students will demonstrate the capacity to reason logically (e.g., deductively, inductively, analogically, and abductively) about qualitative data, using appropriate qualitative methods, and to apply reasoning to solve concrete problems.
2. Creative thinking: To fulfill this outcome, students will demonstrate the capacity to develop original creative projects related to their application of critical reasoning.

## Quantitative Course  ................................................................................ 4 hours

A quantitative course in Systematic and Creative Thinking requires students to refine the development of key critical, quantitative, and creative thinking skills. Quantitative reasoning should include the use of quantitative modeling, calculation, and data analysis to solve applied problems in a variety of disciplines. The quantitative course must address competencies in the areas below:

1. Students will be able to interpret quantitative information presented in formulas, graphs, tables, and schematics, and draw inferences from them.
2. Students will be able to express quantitative information symbolically, visually, numerically, and verbally.
3. Students will be able to use quantitative tools to solve problems, estimate solutions, and check answers for reasonableness.

4. Students will be able to recognize and describe limitations of quantitative methods.

## B. Effective Communication ............................................................................... 12 hours

**Distribution:** At least one course from each category (A, B, C), no more than two courses within the major. One course is to be taken within the first year of a student's FSC career.

**Student Learning Outcomes**: To empower students to communicate effectively in English in both oral and written form.

**Placement:** Before fulfilling Effective Communication requirements, students must successfully complete a college-recognized placement process or complete an introductory English course (Introduction to College English (ENG 1000)).

### Category A: Effective Written Communication Skills Development ................. 4 hours

A course fulfilling Category A will require a minimum of 3,000 written words in assignments with specific feedback. The course will provide students the opportunity to achieve the following competencies:

1. Students will identify and apply multiple approaches to the study of language, usage, grammar, diction, and style of standard written English.
2. Students will demonstrate knowledge of grammar and punctuation including: pronoun case and pronoun antecedent; verbs (forms, tenses, moods, voice, subject-verb agreement); adjectives and adverbs; avoiding common sentence flaws (sentence fragments, comma splices, fused sentences, shifts and dangling modifiers); diction and word choice.
3. Students will demonstrate mastery of elements of good writing, including paragraphing, composing essays, pre-writing, outlining, drafting, revising, editing and proofreading, and the ability to organize ideas around a thesis or focal point using current relevant technologies.

### Category B: Effective Oral Communication Skills Development ....................... 4 hours

A course fulfilling Category B will require a minimum of two presentations, for a combined total of no less than 15 minutes. The course will provide students the opportunity to achieve the following competencies:

1. Students will demonstrate the ability to organize ideas around a thesis statement through a prepared speech.
2. Students will be able to identify a minimum of three types of organizational patterns for speeches, and properly utilize one (for example: chronological/historical; sequential; problem, cause, solution).
3. Students will demonstrate the ability to develop a polished speech presentation through the process of research, outlining, revision, and delivery, using relevant presentation technologies.
4. Students will be able to define the difference between informative and persuasive speaking and demonstrate the ability to construct a persuasive message with an audience-centered call to action.

### Category C: Effective Written and Oral Communication Skills Application ....... 4 hours

**Prerequisite:** Students must complete courses to meet the requirements for Category A and Category B before taking a course in Category C.

A course fulfilling Category C will require a minimum of 3,000 written words in assignments with specific feedback and at least one presentation totaling no less than 7 minutes. The course will provide students the opportunity to achieve the following competencies:

1. Students will demonstrate the ability to organize ideas around a thesis or focal point and incorporate relevant content and evidence in written work and/or oral presentations using current relevant technologies.
2. Students will demonstrate mastery of elements of good writing, knowledge of field-specific vocabulary, and the ability to use major specific documentation in text (MLA, APA, Chicago, etc.) and/or properly cite materials in oral presentations.
3. Students will evaluate successful field-specific works (for example, peer reviewed academic journal articles) or successful field-specific oral presentations (for example, conference presentations, testimony, speeches, and sermons).
4. Students will demonstrate the ability to construct an informative presentation or persuasive argument (oral or written) based on real quantitative and/or qualitative data, and create and receive peer evaluation of oral presentations.

## III. Personal Wellness

**Personal Wellness ................................................................................................. 2 hours**

**Student Learning Outcomes:** Courses satisfying the Personal Wellness category will empower students to meet at least three of the four outcomes below:

1. Lifestyle programs: To fulfill this outcome, students will participate in healthy lifestyle programs that incorporate mind, body, or spirit in order to enhance quality of life.
2. Risk factor control: To fulfill this outcome, students will demonstrate how to control various risk factors, thereby showing an understanding of how to promote healthy lifestyle behaviors.
3. Nutrition: To fulfill this outcome, students will demonstrate knowledge and practice of proper nutritional habits.
4. Reflection: To fulfill this outcome, students will demonstrate ability to reflect on how physical, psychological, social and/or spiritual well-being contributes to overall health.

## General Education Courses

The courses in the table below have been approved to count toward completion of General Education Student Learning Outcome (SLO) categories. SLO categories are abbreviated as follows:

**FA =** Fine Arts

**SW =** Social World

**MV** = Meaning and Value

**NW** = Natural World

**SystTh** = Systematic and Creative Thinking

   **Ql** = Qualitative course

   **Qn** = Quantitative course

**Eff. Comm.** = Effective Communication

   **A** = Effective Written Communication course

   **B** = Effective Oral Communication course

   **C** = Effective Written and Oral Communication course

**Well** = Personal Wellness

Courses are listed by prefix, four-digit course number, and number of semester credit hours, with a check indicating each SLO category for which they have been approved. A course appearing under more than one category may be used to satisfy each SLO category under which it appears.

## Additional Degree Requirements: B.A. and B.S. Degrees

Candidates for the Bachelor of Arts and Bachelor of Science degrees must fulfill additional degree requirements listed below.

**A note on using a course to satisfy multiple requirements (also known as "double-dipping"):** If a course required for a student's major (or minor) field of study also satisfies Bachelor of Arts (B.A.) or Bachelor of Science (B.S.) degree requirements, the student may use the course to fulfill both sets of requirements. Such "double-dipping" is permissible unless there are regulations preventing it in the specific case. **However, double-dipping is not permitted between bachelor's degree requirements and General Education requirements: A given course may never be used to satisfy both General Education and Bachelor of Arts degree requirements. Likewise, a given course may never be used to satisfy both General Education and Bachelor of Science degree requirements.**

## Bachelor of Arts Degree Requirements ............................................................... 20 hours

1. Foreign Language (12 hours of a single language, or competency through 2203 in a modern or classical language*)
2. Additional hours in two different disciplines in the humanities, fine arts, performing arts, or other courses approved in the humanities by the Curriculum Committee (8 hours)

*Competency in the language requirement for the Bachelor of Arts degree is understood to be equivalent to successful completion of the second year of a foreign language accepted by Florida Southern College (proficiency at the 2203 level). For further information about meeting the requirement, contact the dean of the School of Arts and Sciences.

## Bachelor of Science Degree Requirements ......................................................... 12 hours

1. Computer Science, Mathematics, or other course approved as quantitative by the General Education or Curriculum Committee (4 hours)
2. Natural Science (4 hours)
3. Social Science: One course selected from CRM, ECO, GEO, HIS, POS, PSY, or SOC or other course approved as social science by the Curriculum Committee (4 hours)

## Major Requirements

An academic major is an integral part of the degree program. While declaration of a major is essential in the first year of some programs (athletic training, biology (pre-med), chemistry, education, music, and theatre, for example), for other major programs, declaration may be deferred until the end of the sophomore year.

Course requirements for each academic major are found in the undergraduate program requirements section of this catalog. Majors vary in the number of semester hours required; however, fifty percent of the major courses must have been completed at Florida Southern College.

In order to complete the 124 semester hours required for graduation, students must complete all major requirements, all General Education requirements, any applicable bachelor's degree requirements, and possibly electives. Additionally, they may pursue coursework leading to a second

FLORIDA SOUTHERN COLLEGE

| | SEM Hours | MV | Knowledge | | | Intellectual | | | | | Per/Soc |
| | | | SW | NW | FA | Syst Th | | Eff Comm | | | WELL |
| | | | | | | QI | Qn | A | B | C | |
| Hours Needed | | 8 | 8 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 2 |
| ACC 2111 | 4 | | | | | | √ | | | | |
| ARH 1100 | 4 | | √ | | √ | | | | | | |
| ARH 3700 | 4 | | √ | | √ | | | | | | |
| ARH 3780 | 4 | | | | √ | | | | | | |
| ARH 4999 | 4 | | | | | √ | | | | √ | |
| ART 1120 | 4 | | | | √ | | | | | | |
| ART 1140 | 4 | | | | √ | | | | | | |
| ART 2240 | 4 | | √ | | | | | | | | |
| ART 4900/4901 | 2 | | | | | | | | | √ | |
| ART 4499 | 4 | | | | | √ | | | | √ | |
| ART 4999 | 4 | | | | | √ | | | | √ | |
| AST 1010 | 4 | | | √ | | | | | | | |
| BIO 1000 | 4 | | | √ | | | | | | | |
| BIO 1500 | 4 | | | √ | | | | | | | |
| BIO 1900 | 4 | | | √ | | | | | | | |
| BIO 2215 | 4 | | | √ | | | | | | | |
| BIO/REL 3378 | 4 | √ | √ | | | | | | | | |
| BIO 4461/4462 | 4 | | | | | | | | | √ | |
| BIO 4561/4562 | 4 | | | | | | | | | √ | |
| BIO 4661/4662 | 6 | | | | | | | | | √ | |
| BUS 3125 | 2 | | √ | | | | | | | | |
| BUS 3160 | 4 | | | | | √ | | | | | |
| BUS 3311 | 4 | | | | | √ | | | | | |
| BUS/ECO 3320 | 4 | | | | | | √ | | | | |
| BUS 4430 | 4 | √ | | | | | | | | | |
| BUS 4999 | 4 | | | | | | | | | √ | |
| CHE 1005 | 4 | | | √ | | | | | | | |
| CHE 1011 | 4 | | | √ | | | | | | | |
| CHE 1111 | 4 | | | √ | | | | | | | |
| CHE 4410 | 2 | | | | | | | | | √ | |
| CHE 4960 | 2 | | | | | | | | | √ | |
| CHE 4999 | 2 | | | | | | | | | √ | |

| | SEM Hours | MV | Knowledge | | | Intellectual | | | | | Per/Soc |
| | | | SW | NW | FA | Syst Th | | Eff Comm | | | WELL |
| | | | | | | QI | Qn | A | B | C | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CIT 4999 | 4 | | | | | | | | | √ | |
| COM 1500 | 4 | | | | | | | | √ | | |
| COM 1600 | 2 | | | | | | | | √ | | |
| COM 1601 | 2 | | | | | | | | √ | | |
| COM 2100 | 4 | | √ | | | | | | | | |
| COM 2250 | 4 | | √ | | | | | | √ | | |
| COM 2260 | 4 | | √ | | | | | | | | |
| COM/SOC 2270 | 4 | √ | √ | | | | | | | | |
| COM 3200 | 4 | | √ | | | | | | √ | | |
| COM 3210 | 4 | | √ | | | | | | | | |
| COM/POS 3905 | 4 | | √ | | | √ | | | | | |
| COM 4500 | 4 | | | | | | | | | √ | |
| COM 4999 | 4 | | | | | | | | | √ | |
| CRM 2280 | 4 | | √ | | | | | | | | |
| CRM/SOC 3303 | 4 | | √ | | | √ | | | | | |
| CRM/SOC 3305 | | | √ | | | √ | | | | | |
| CRM 3340 | 4 | | √ | | | | | | | | |
| CRM/SOC 4420 | 4 | | √ | | | | √ | | | | |
| CRM 4999 | 4 | | | | | | | | | √ | |
| CSC/MAT 2100 | 4 | | | | | | √ | | | | |
| CSC 3350 | 4 | | | | | | | | √ | | |
| CSC 4400 | 4 | | | | | | | | | √ | |
| CSC 4899 | 4 | | | | | | | | | √ | |
| DAN 1600 | 4 | | | | √ | | | | | | |
| DAN 1643 | 3 | | | | | | | | | | √ |
| DAN 3672 | 3 | | | | | | | | | √ | |
| ECO/BUS 3320 | 4 | | | | | | √ | | | | |
| ECO 4550 | 4 | | | | | | | | | √ | |
| EDU 4990 | 4 | | | | | | | | | √ | |
| ENG 1005 | 4 | | | | | | | √ | | | |
| ENG 1130 | 4 | | | | | | | √ | | | |
| ENG 2004 | 4 | | | | √ | √ | | | √ | | |
| ENG 2023 | 4 | | | | √ | | | | | | |

FLORIDA SOUTHERN COLLEGE

| | SEM Hours | MV | Knowledge | | | Intellectual | | | | | Per/Soc |
| | | | SW | NW | FA | Syst Th | | Eff Comm | | | WELL |
| | | | | | | QI | Qn | A | B | C | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ENG 2305 | 4 | | √ | | √ | | | | | | |
| ENG 2309 | 4 | | √ | | √ | | | | | | |
| ENG 2310 | 4 | | | | √ | | | | | | |
| ENG 2313 | 4 | | √ | | √ | | | | | | |
| ENG 2314 | 4 | | √ | | √ | | | | | | |
| ENG 3100 | 4 | | | | | √ | | | | | |
| ENG 3200 | 4 | | | | | | | | √ | | |
| ENG 3217 | 4 | | | | √ | | | | | √ | |
| ENG 3219 | 4 | | | | | √ | | | | √ | |
| ENG 3235 | 4 | | | | √ | √ | | | | | |
| ENG 3236 | 4 | | | | √ | √ | | | | | |
| ENG 3263 | 4 | | | | | √ | | | | √ | |
| ENG 3304 | 4 | | | | √ | | | | | | |
| ENG 3320 | 4 | | | | √ | | | | | √ | |
| ENG/WST 3370 | 4 | | | | √ | | | | | | |
| ENG 4209 | 4 | | | | | | | | | √ | |
| ENG 4303 | 4 | | | | √ | | | | | | |
| ENG 4305 | 4 | | | | √ | | | | | | |
| ENG 4999 | 4 | | | | | | | | | √ | |
| EXS 2760 | 2 | | | | | | | | | | √ |
| EXS 4725 | 4 | | | | | | | | | √ | |
| FRE 1101 | 4 | | √ | | | √ | | | | | |
| HCA 4999 | 4 | | | | | | | | | √ | |
| HIS 1100 | 4 | | √ | | | | | | √ | | |
| HIS 1200 | 4 | | √ | | | | | | √ | | |
| HIS 1300 | 4 | | √ | | | | | | √ | | |
| HIS 2215 | 4 | | √ | | | | | | √ | | |
| HIS 2225 | 4 | | √ | | | | | | √ | | |
| HIS 3115 | 4 | | √ | | | √ | | | | √ | |
| HIS 3165 | 4 | | √ | | | √ | | | | √ | |
| HIS/POS 3175 | 4 | | √ | | | | | | | | |
| HIS 3215 | 4 | | √ | | | √ | | | | √ | |
| HIS 3225 | 4 | | √ | | | √ | | | | √ | |

| | SEM Hours | MV | Knowledge | | | Intellectual | | | | | Per/Soc |
| | | | SW | NW | FA | Syst Th | | Eff Comm | | | WELL |
| | | | | | | QI | Qn | A | B | C | |
| HIS 3231 | 4 | | √ | | | √ | | | | √ | |
| HIS 3232 | 4 | | √ | | | √ | | | | √ | |
| HIS 3240 | 4 | | √ | | | √ | | | | √ | |
| HIS 3275 | 4 | | √ | | | √ | | | | √ | |
| HIS/LAS 3355 | 4 | | √ | | | √ | | | | √ | |
| HIS/LAS 3365 | 4 | | √ | | | √ | | | | √ | |
| HIS 3415 | 4 | | √ | | | √ | | | | √ | |
| HIS 3445 | 4 | | √ | | | √ | | | | √ | |
| HIS 3455 | 4 | | √ | | | √ | | | | √ | |
| HIS 3550 | 4 | | √ | | | √ | | | | √ | |
| HIS 3705 | 4 | | √ | | | √ | | | | √ | |
| HIS 3755 | 4 | | √ | | | √ | | | | √ | |
| HIS 4455 | 4 | | √ | | | √ | | | | √ | |
| HIS 4550 | 4 | | √ | | | √ | | | | √ | |
| HIS 4555 | 4 | | √ | | | √ | | | | √ | |
| HIS 4999 | 4 | | √ | | | √ | | | | √ | |
| HON 1700 | 4 | | | | | √ | √ | | | | |
| HON 1701 | 4 | | √ | | | | | | √ | | |
| HON 4955 | 4 | | | | | | | | | √ | |
| HON 4956 | 4 | | | | | | | | | √ | |
| HRT 1000 | 4 | | √ | √ | | | | | | | |
| HRT 2100 | 4 | | | √ | | | | | | | |
| LAS/SPA 3308 | 4 | | √ | | | | | | | | |
| LAS/HIS 3355 | 4 | | √ | | | √ | | | | √ | |
| LAS/HIS 3365 | 4 | | √ | | | √ | | | | √ | |
| MAT 1007 | 4 | | | | | | √ | | | | |
| MAT 1047 | 4 | | | | | | √ | | | | |
| MAT 2022 | 4 | | | | | | √ | | | | |
| MAT 2032 | 4 | | | | | | √ | | | | |
| MAT 2050 | 4 | | | | | | √ | | | | |
| MAT/CSC 2100 | 4 | | | | | | √ | | | | |
| MAT 2311 | 4 | | | | | | √ | | | | |
| MAT 2312 | 4 | | | | | | √ | | | | |

74
FLORIDA SOUTHERN COLLEGE

| | SEM Hours | MV | Knowledge | | | Intellectual | | | | | Per/Soc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SW | NW | FA | Syst Th | | Eff Comm | | | WELL |
| | | | | | | QI | Qn | A | B | C | |
| MAT 3313 | 4 | | | | | | √ | | | | |
| MAT 4960/4961 | 4 | | | | | | | | | √ | |
| MAT 4999 | 4 | | | | | | | | | √ | |
| MLS 4900 | 4 | | | | | | | | | √ | |
| MUS 1101,2 | 1 | | | | √ | | | | | | |
| MUS 1103,4 | 1 | | | | √ | | | | | | |
| MUS 1105,6 | 1 | | | | √ | | | | | | |
| MUS 1107,8 | 1 | | | | √ | | | | | | |
| MUS 1109,10 | 1 | | | | √ | | | | | | |
| MUS 1111,12 | 1 | | | | √ | | | | | | |
| MUS 1113,14 | 1 | | | | √ | | | | | | |
| MUS 1117,18 | 1 | | | | √ | | | | | | |
| MUS 1121,22 | 1 | | | | √ | | | | | | |
| MUS 1123,24 | 1 | | | | √ | | | | | | |
| MUS 1162 | 2 | | | | | | | | | | √ |
| MUS 1163 | 4 | | | | √ | | | | | | |
| MUS 1164 | 4 | | | | √ | | | | | | |
| MUS 1165 | 4 | | | | √ | | | | | | |
| MUS 1166 | 4 | | | | √ | | | | | | |
| MUS 2201,2 | 1 | | | | √ | | | | | | |
| MUS 2203,4 | 1 | | | | √ | | | | | | |
| MUS 2205,6 | 1 | | | | √ | | | | | | |
| MUS 2207,8 | 1 | | | | √ | | | | | | |
| MUS 2209,10 | 1 | | | | √ | | | | | | |
| MUS 2211,12 | 1 | | | | √ | | | | | | |
| MUS 2213,14 | 1 | | | | √ | | | | | | |
| MUS 2217,18 | 1 | | | | √ | | | | | | |
| MUS 2221,22 | 1 | | | | √ | | | | | | |
| MUS 2223,24 | 1 | | | | √ | | | | | | |
| MUS 3301,2 | 1 | | | | √ | | | | | | |
| MUS 3303,4 | 1 | | | | √ | | | | | | |
| MUS 3305,6 | 1 | | | | √ | | | | | | |
| MUS 3307,8 | 1 | | | | √ | | | | | | |

| | SEM Hours | MV | Knowledge | | | Intellectual | | | | | Per/Soc |
| | | | SW | NW | FA | Syst Th | | Eff Comm | | | WELL |
| | | | | | | QI | Qn | A | B | C | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MUS 3309,10 | 1 | | | | √ | | | | | | |
| MUS 3311,12 | 1 | | | | √ | | | | | | |
| MUS 3313,14 | 1 | | | | √ | | | | | | |
| MUS 3317,18 | 1 | | | | √ | | | | | | |
| MUS 3321,22 | 1 | | | | √ | | | | | | |
| MUS 3323,24 | 1 | | | | √ | | | | | | |
| MUS 3381 | 4 | | √ | | | | | | | √ | |
| MUS 3382 | 4 | | √ | | | | | | | | |
| MUS 4401,2 | 1 | | | | √ | | | | | | |
| MUS 4403,4 | 1 | | | | √ | | | | | | |
| MUS 4405,6 | 1 | | | | √ | | | | | | |
| MUS 4407,8 | 1 | | | | √ | | | | | | |
| MUS 4409,10 | 1 | | | | √ | | | | | | |
| MUS 4411,12 | 1 | | | | √ | | | | | | |
| MUS 4413,14 | 1 | | | | √ | | | | | | |
| MUS 4417,18 | 1 | | | | √ | | | | | | |
| MUS 4421,22 | 1 | | | | √ | | | | | | |
| MUS 4423,24 | 1 | | | | √ | | | | | | |
| NUR 1103 | 2 | | | | | | | | | | √ |
| NUR 4110 | 4 | | | | | | | | | √ | |
| PED 1005 | 2 | | | | | | | | | | √ |
| PED 2003 | 1 | | | | | | | | | | √ |
| PED 2005 | 1 | | | | | | | | | | √ |
| PED 2010 | 1 | | | | | | | | | | √ |
| PED 2013 | 1 | | | | | | | | | | √ |
| PED 2014 | 1 | | | | | | | | | | √ |
| PED 2015 | 1 | | | | | | | | | | √ |
| PED 2018 | 1 | | | | | | | | | | √ |
| PED 2019 | 1 | | | | | | | | | | √ |
| PED 2020 | 1 | | | | | | | | | | √ |
| PED 2026 | 1 | | | | | | | | | | √ |
| PHI 1109 | 4 | √ | | | | √ | | | | | |
| PHI 2204 | 4 | √ | | | | √ | | | | | |

| | SEM Hours | MV | Knowledge | | | Intellectual | | | | | Per/Soc |
| | | | SW | NW | FA | QI | Qn | A | B | C | WELL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PHI 2208 | 4 | | | | | | √ | | | | |
| PHI/REL 2219 | 4 | √ | √ | | | √ | | | | | |
| PHI 2224 | 4 | √ | | | | √ | | | | | |
| PHI 3109 | 4 | √ | | | | √ | | | | | |
| PHI 3309 | 4 | √ | | | | √ | | | | | |
| PHI 3359 | 4 | √ | √ | | √ | √ | | | | | |
| PHI/REL 3365 | 4 | √ | | | | | | | | √ | |
| PHI/REL 3388 | 4 | √ | | | | √ | | | | √ | |
| PHI 4459 | 4 | √ | | | | √ | | | | | |
| PHI 4479 | 4 | √ | | | | √ | | | | √ | |
| PHY 2010 | 4 | | | √ | | | | | | | |
| PHY 2110 | 4 | | | √ | | | | | | | |
| POR 1101 | 4 | | √ | | | √ | | | | | |
| POS 1115 | 4 | | √ | | | | | | | | |
| POS 2100 | 4 | | √ | | | √ | | | | | |
| POS 2290 | 4 | | √ | | | √ | | | | | |
| POS 2295 | 4 | | | | | | √ | | | | |
| POS 2900 | 4 | | √ | | | | | | | | |
| POS 3100 | 4 | | √ | | | | | | | | |
| POS/HIS 3175 | 4 | | √ | | | | | | | | |
| POS 3315 | 4 | | √ | | | | | | | | |
| POS 3320 | 4 | | √ | | | √ | | | | | |
| POS 3323 | 4 | | √ | | | | | | | | |
| POS 3325 | 4 | | √ | | | | | | | | |
| POS 3327 | 4 | | √ | | | | | | | | |
| POS 3330 | 4 | | √ | | | | | | | | |
| POS 3339 | 4 | | √ | | | √ | | | | | |
| POS 3345 | 4 | | √ | | | | | | | | |
| POS 3380 | 4 | | √ | | | √ | | | | | |
| POS 3400 | 4 | | √ | | | | | | | | |
| POS 3500 | 4 | | | | | | | | | √ | |
| POS 3550 | 4 | | √ | | | √ | | | | | |
| POS 3600 | 4 | | √ | | | | | | | | |

| | SEM Hours | MV | Knowledge | | | Intellectual | | | | | Per/Soc |
| | | | SW | NW | FA | Syst Th | | Eff Comm | | | WELL |
| | | | | | | QI | Qn | A | B | C | |
| POS/COM 3905 | 4 | | √ | | | √ | | | | | |
| POS 4429 | 4 | √ | | | | | | | | | |
| POS 4999 | 4 | | √ | | | | √ | | | √ | |
| PSY 1106 | 4 | | √ | | | | | | | | |
| PSY 1110 | 4 | | | √ | | | | | | | |
| PSY 3310 | 4 | | | | | | √ | | | | |
| PSY 3321 | 2 | √ | | | | | | | | | |
| PSY 3322 | 2 | √ | | | | | | | | | |
| PSY 4999 | 4 | | | | | | | | | √ | |
| REL 1108 | 4 | √ | | | | √ | | | | | |
| REL 2214 | 4 | √ | | | | √ | | | | | |
| REL 2215 | 4 | √ | √ | | | √ | | | | | |
| REL 2216 | 4 | √ | | | | √ | | | | | |
| REL 2218 | 4 | √ | | | | √ | | | | | |
| REL/PHI 2219 | 4 | √ | √ | | | √ | | | | | |
| REL 2225 | 4 | √ | √ | | | | | | | | |
| REL 2228 | 4 | √ | | | | √ | | | | | |
| REL/WST 2256 | 4 | √ | | | | | | | | | |
| REL 3328 | 4 | √ | | | | √ | | | | | |
| REL 3358 | 4 | √ | | | | √ | | | | | |
| REL/PHI 3365 | 4 | √ | | | | | | | | √ | |
| REL/BIO 3378 | 4 | √ | √ | | | | | | | | |
| REL/PHI 3388 | 4 | √ | | | | √ | | | | √ | |
| REL 4428 | 4 | | | | | | | | | √ | |
| REL 4448 | 4 | | | | | | | | | √ | |
| SOC 1100 | 4 | √ | √ | | | | | | | | |
| SOC 2216 | 4 | | √ | | | | | | | | |
| SOC/WST 2220 | 4 | | √ | | | √ | | | | | |
| SOC 2240 | 4 | | √ | | | | | | | | |
| SOC/COM 2270 | 4 | √ | √ | | | | | | | | |
| SOC 3300 | 4 | | √ | | | | | | | | |
| SOC/CRM 3303 | 4 | | √ | | | √ | | | | | |
| SOC/CRM 3305 | 4 | | √ | | | √ | | | | | |

FLORIDA SOUTHERN COLLEGE

| | SEM Hours | MV | Knowledge | | | Intellectual | | | | | Per/Soc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Syst Th | | Eff Comm | | | |
| | | | SW | NW | FA | QI | Qn | A | B | C | WELL |
| SOC/SPM 3307 | 4 | | √ | | | | | | | | |
| SOC 3309 | 4 | | √ | | | | | | | | |
| SOC 3315 | 4 | | √ | | | | | | | | |
| SOC 3336 | 4 | | √ | | | | | | | | |
| SOC 3337 | 4 | | √ | | | √ | | | | | |
| SOC 4400 | 4 | | √ | | | √ | √ | | | | |
| SOC 4406 | 4 | √ | √ | | | | | | | √ | |
| SOC/CRM 4420 | 4 | | √ | | | | √ | | | | |
| SPA 1101 | 4 | | √ | | | √ | | | | | |
| SPA 2205 | 4 | | √ | | | √ | | | | | |
| SPA 2207 | 4 | | √ | | | √ | | | | | |
| SPA/LAS 3308 | 4 | | √ | | | | | | | | |
| SPA 3320 | 4 | | | | √ | √ | | | | | |
| SPA 3323 | 4 | | | | √ | | | | | | |
| SPA 3334 | 4 | | | | √ | | | | | | |
| SPM/SOC 3307 | 4 | | √ | | | | | | | | |
| SPM 4999 | 4 | | | | | | | | | √ | |
| THE 1050 | 4 | | | | √ | √ | | | | | |
| THE 1213 | 4 | | | | √ | √ | | | | | |
| THE 1214 | 4 | | | | √ | √ | | | | | |
| THE 2153 | 1 | | | | √ | | | | | | |
| THE 2610 | 1 | | | | | | | | | | √ |
| THE 2611 | 1 | | | | | | | | | | √ |
| THE 2620 | 1 | | | | | | | | | | √ |
| THE 2621 | 1 | | | | | | | | | | √ |
| THE 2630 | 1 | | | | | | | | | | √ |
| THE 2631 | 1 | | | | | | | | | | √ |
| THE 2640 | 1 | | | | | | | | | | √ |
| THE 2641 | 1 | | | | | | | | | | √ |
| THE 3153 | 2 | | | | √ | | | | | | |
| THE 3610 | 1 | | | | | | | | | | √ |
| THE 3611 | 1 | | | | | | | | | | √ |
| THE 3620 | 1 | | | | | | | | | | √ |

| | SEM Hours | MV | Knowledge | | | Intellectual | | | | | Per/Soc |
| | | | SW | NW | FA | QI | Qn | A | B | C | WELL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| THE 3621 | 1 | | | | | | | | | | √ |
| THE 3630 | 1 | | | | | | | | | | √ |
| THE 3631 | 1 | | | | | | | | | | √ |
| THE 3640 | 1 | | | | | | | | | | √ |
| THE 3641 | 1 | | | | | | | | | | √ |
| THE 4513 | 4 | | √ | | | | | | | √ | |
| THE 4523 | 4 | | √ | | | | | | | √ | |
| WST 2200 | 4 | | √ | | | √ | | | | | |
| WST/SOC 2220 | 4 | | √ | | | √ | | | | | |
| WST/REL 2256 | 4 | √ | | | | | | | | | |
| WST/ENG 3370 | 4 | | | | √ | | | | | | |
| WST 4400 | 4 | | √ | | | √ | | | √ | | |

major, a second concentration, and minors.

### Programs Requiring more than 124 Semester Hours

Some programs of study require more than 124 semester hours for completion. Students in these programs may be obligated to spend additional semesters or summer sessions in residence in order to complete program requirements. Additionally, students who elect to pursue additional majors or minors will in many cases have committed to earning above 124 hours and, therefore, may also be obligated to spend additional semesters or summer sessions in residence.

The College may not be able to make available the opportunity for any student to take course work in all desired options within the student's eight semesters of college work. It will, however, make accommodations enabling students to achieve a reasonable range of educational objectives within eight semesters.

### Minors

Minors are offered in a variety of disciplines in which majors are offered, as well as some in which no major is currently available. The availability of minors and requirements for completing them are found in the introductory paragraphs of each of the department-division course offerings in this catalog.

Unless otherwise noted, a minor is fulfilled by passing eighteen hours applicable to the major (selected in consultation with the program coordinator) in a single subject area. Some minors require twenty hours. As with the major, some programs may specify the courses required for a minor. For minors without a corresponding major, the minor will typically require eighteen to twenty hours of courses in one or more specified disciplines.

Students are required to complete at least fifty percent of the minor course requirements at Florida Southern College and to maintain a grade point average in the minor of 2.0.

### Prerequisites and Co-requisites

Prerequisites and co-requisites are indicated immediately before the description of the course

FLORIDA SOUTHERN COLLEGE

in the course listing at the back of this catalog. The hours printed after each course title are semester credit hours. Prerequisites and co-requisites are binding.

### Course Numbers

Courses in the Florida Southern College's curriculum are identified by program prefix and four-digit number. The following guidelines apply across the curriculum:

- **First digit**: The first digit of the course number designates the course level. Digits 1-4 may be used (as in the current FSC course numbering system): 1 = first-year level; 2 = sophomore level; 3 = junior level; 4 = senior level. (Digits "5" and "6" are reserved for Masters-level courses and "7" is reserved for doctoral-level courses.)

- **Second digit**: The second digit of the course number designates the subdiscipline as well as whether the course is intended for student majors or non-majors: 0 = Course for non-majors; digits 1–8 may be used for subdisciplines. (Digit "9" is reserved for special courses described below.)

- **Third and fourth digits**: The third and fourth digits are to be used to designate course sequences. Prerequisites: Sequences in which one course is a prerequisite for the next course typically end in "1" and "2". (Exceptions to this policy occur in the case of some special courses described below.)

## Special Courses

In addition to the range of courses in each of the program offerings, teaching and learning opportunities may be arranged as follows:

### Experimental/Special Topics Courses

*1997–1998, 2997–2998, 3997–3998, 4997–4998*

From time to time programs may establish experimental, trial courses to meet the needs of certain groups of students, to test educational hypotheses about course offerings, or to create new course offerings in response to faculty interests within a creative curriculum. Establishment of these courses is contingent upon approval by the respective academic dean, and such courses may be offered a maximum of three times.

### Departmental Research and Thesis (other than required for Honors)

*1951–1952, 2951–2952, 3951–3952, 4951–4952 See specific program course listings.*

### Honors-in-the-Major Research and Thesis

*3953–3954, 4953–4954 See specific program listings.*

**Honors Program research and thesis: 3955–3956, 4955–4956** *See Honors Program listings.*

### Directed Study

*1991–1992, 2991–2992, 3991–3992, 4991–4992, or current course number*

Students with excellent grade point averages may, with the approval of the instructor and the appropriate dean, register for advanced topics not listed among the current courses of instruction, or with extenuating circumstances, courses available in this catalog. Weekly conferences with the faculty director of the project, oral or written examinations, and a paper of some substantial length are among the normal requirements for directed study courses.

### Independent Study (other than research or thesis work)

*1993–1994, 2993–2994, 3993–3994, 4993–4994*

Students with junior or senior standing and superior grade point averages may, with the

approval of a faculty member, the department chair and/or dean, register for independent study. Such study normally consists of research usually culminating in the presentation of a substantial paper representing independent scholarly effort. Written examinations may be specified.

### Internships
*4960–4961; 4990*

The College may schedule courses that are defined as internships or student teaching as in Education. All internships, except in education, involve a "learning contract" which must be completed by the student, faculty sponsor, and participating agency supervisor prior to the beginning of the internship; one hour of credit will be awarded for every forty hours of internship experience. Specific requirements may apply to the location of the internship.

**Senior Seminars/Capstone Courses: 4889, 4999** *See specific program course listings.*

### Course Cancellation

The College reserves the right to withdraw a course from its semester schedule when enrollment is fewer than eight students. The College also reserves the right to change, add, or remove courses from its list without notice.

### Effective Date of Requirements

Degree requirements are based upon the catalog in effect at the time the student enrolls for a degree or is given degree status. With continuous enrollment, any student may elect, however, to be graduated under all the degree requirements of a later catalog. One may not be graduated under the academic provisions of a catalog more than seven years old. The degree requirements of the current catalog shall apply to all students who are readmitted to degree status.

### Completion of Graduation Requirements

While the College makes every attempt to assist the student in the completion of graduation requirements through academic advising, graduation checks by the registrar's office, etc., it is ultimately the student's responsibility to ensure that all graduation requirements are met.

### Application for Graduation

Degree candidates must complete formal written application for a degree. Applications from candidates anticipating graduation in the spring semester are due in the Office of the Registrar on or before December 15. Applications from candidates anticipating graduation in the fall semester are due on or before May 1. An interview with a representative of the registrar's office is required in the semester immediately preceding that in which graduation is claimed in order to assure that all degree requirements are met. This is known as degree clearance and is required for graduation. All candidates for degrees are requested to attend the appropriate commencement exercise.

# UNDERGRADUATE MAJORS

Accounting
Applied Mathematics and Statistics
Art Education
Art: Graphic Design
Art History
Art: Studio Art
Biochemistry and Molecular Biology
Biology
Biotechnology
Business Administration
Business and Free Enterprise
Chemistry
Citrus and Horticultural Science
Communication
Computer Science
Criminology
Dance
Economics and Finance
Education: Secondary Biology
Education: Secondary English
Education: Secondary Mathematics
Education: Secondary Social Science/History
Elementary Education
English
Environmental Studies
Exercise Science
Film
Healthcare Administration
History
Humanities
Interactive and Game Design
Marine Biology
Mathematics
Medical Laboratory Sciences
Music
Music: Music Education
Music: Music Management
Music: Performance
Nursing

Philosophy
Political Communication
Political Science
Psychology
Religion
Self-Designed Major:
    Venture into the Adventure
Social Sciences
Spanish
Sport Business Management
Sports Communication and Marketing
Theatre Arts
Theatre Arts: Musical Theatre
Theatre Arts: Technical Theatre/Design
Theatre Arts: Theatre Performance
Youth Ministry

# ADULT UNDERGRADUATE PROGRAMS

Florida Southern College provides opportunities for adult students to earn a bachelor's degree in the evening, online, or in a hybrid format. FSC also offers online workshop courses for individuals who need certification, recertification, or endorsement through our Teacher Workshop program. The Office of Adult and Graduate Admission supports and facilitates the progress of adult students in the completion of their degree requirements.

Most Florida Southern College academic policies, including those concerning academic progress and standing, apply equally to all Florida Southern programs (please consult the Academic Policies section in this catalog for additional information).

Classes are offered in many different delivery methods: fully online, face-to-face on-campus, at GEICO's Lakeland office, and in a hybrid format (a combination of on-campus or at GEICO and online).

Admission to the following bachelor's degree programs is offered through the Office of Adult and Graduate Admission:

Bachelor of Science in Accounting
Bachelor of Science in Business Administration
Bachelor of Science in Elementary Education K-6
Bachelor of Science in Nursing (RN-to-BSN)
Bachelor of Science in Communication with a Concentration in Interpersonal and
    Organizational Communication

## Admission

Admission to adult undergraduate degree programs is generally limited to students who are employed full-time or are at least twenty-five years of age or older. In considering applications, the admissions office gives careful consideration to each individual applicant, without regard to race, creed, color, gender, marital status, religion, age, disability, sexual orientation, or nationality. Applicants are considered for admission in any of the yearly terms. Students are advised to submit applications as early as possible to assure optimal admission and financial aid considerations. Any applications received the week of the start of classes will be considered on a space-available basis.

No student who is a first time in college student may be enrolled on a full-time status (12 credit hours over two terms) for the first two terms for which the student is enrolled.

## Adult Undergraduate Part-time Student Status

Adult undergraduate students are considered part time if they enroll in fewer than six credit hours per term. Part-time students may have reduced eligibility for some or all financial aid.

## Admission Requirements
- Submit a completed application.
- Provide official transcripts of all academic work taken previously at other colleges, universities, or professional schools.
- Provide official transcript of high school record (or GED test score) if fewer than 25 credit hours have been earned from a regionally accredited college or university.
- Provide ACT or SAT exam scores if fewer than 25 credit hours have been earned from a regionally accredited college or university.

- Military service-connected, educational experiences may award transfer credits. Requests should be accompanied by documents describing the educational experience. (Seven semester hours of credit may be awarded.)

Please refer to the program-specific requirements for additional admission policies and procedures. Students may be admitted provisionally or conditionally as specified.

## Non-Degree Admission

Adult students who wish to enroll for specific coursework are eligible to apply as a non-degree seeking student through the Office of Adult and Graduate Admission. An online application is required.

Students holding non-degree status may not enroll full-time and may accumulate no more than 40 total hours of coursework at Florida Southern. Upon completion of 25 semester hours, non-degree students may seek degree status through the Office of Adult and Graduate Admission. Students enrolled in a non-degree seeking status are not eligible for financial assistance.

A student who is a degree candidate at another institution and wishes to take courses for transfer credit should arrange with that college's Office of Admission to submit a letter indicating good academic and social standing and granting permission to take specific courses at Florida Southern College. This transient permission serves as a substitute for the transcript required from other students.

## Adult and Graduate Transfer Admission Policies

Students who have successfully completed work at a regionally accredited college or university may apply for admission to adult undergraduate programs at Florida Southern College. Official transcripts are required from each post-secondary institution attended.

Applicants are evaluated primarily on the strength of their academic achievement at the post-secondary level, with emphasis placed on subject areas paralleling Florida Southern College's general education curriculum requirements. Particularly critical are courses in English and mathematics. Total credits attempted, credits earned, and grades posted serve as the basis for admission. Students who wish to transfer before accumulating 25 semester hours of transferable credit must also submit high school transcripts and ACT or SAT scores.

To be considered for transfer admission into an adult undergraduate degree program, a student must be eligible, academically and socially, to return to the last college or university attended. A student on academic or social dismissal from any institution is not eligible to enroll at FSC, unless approved by the provost. Students transferring without an A.A. degree at the time of matriculation are required to complete all general education courses not previously successfully completed. Evaluation of transfer credit is on a course-by-course basis. Please refer to additional information in the General Education Curriculum section of this catalog.

Students who have earned an A.A. degree from a regionally accredited institution in the state of Florida will have met all of Florida Southern College's general education requirements, if the degree was awarded after December 1994. Under agreements with the state's community colleges, A.A. degree graduates who earn their degrees in 1995 or subsequent years may enter Florida Southern College as juniors with a maximum of 62 transferable credits.

Should the Admissions Committee deem a student admissible, the student's file is then sent to the registrar's office to have an official credit evaluation completed. Once the official evaluation is complete, the student will be sent an admission update. Only courses in which a student earned a grade of "C" or higher are considered for transfer credit. The maximum number of credit hours transferable from a 2-year institution is 62, while a student transferring from a 4-year institution may enter Florida Southern College with as many as 93 hours. If a student has attended more than one college or university, each transcript is evaluated independently. Regardless of the

amount of applicable transfer credit, students must complete at least 50 percent of their major and minor (if minor is elected) in Florida Southern College coursework. Transient coursework, CLEP and other examination credit, and study abroad credits earned through an affiliation agreement with another institution are not considered FSC credit. In the case of students entering teacher education, no more than eight semester hours of coursework may be accepted.

Students who have attended institutions which are considered in-candidacy-for-accreditation, or students who have college credits more than ten years old may have their credits accepted provisionally and validated by completing at least 24 semester hours of Florida Southern College work while maintaining at least a 2.0 grade point average.

Transfer credit hours for specialist education programs in military service schools may be awarded to a maximum of 18 hours. Semester-hours credit is determined by standards of the American Council on Education guide to the evaluation of experiences in the armed services.

## Re-Admission of Former Adult and Graduate, & Doctorate Students

Any adult or graduate student who wishes to return to Florida Southern following withdrawal or suspension must re-apply through the Office of Adult and Graduate Admission. To complete the application, the student must include the following:

- Statement explaining reasons for leaving
- Specification of the term of intended re-enrollment
- Statement of activities (work, travel, academic work) which have occurred since leaving Florida Southern College
  - If the student has undertaken any academic work at another institution since last enrolled at Florida Southern, official transcripts and a Report of Social Standing form must be submitted upon re-applying

Additionally, to be eligible for re-admission, students must have demonstrated a successful and positive adjustment to the campus community while at the College and must not have any outstanding accounts payable in the business office or any unresolved judicial matters. Students seeking to re-enter the program after an absence of one full year or more are subject to the catalog under which they re-enter. Re-admission applicants who have been absent for more than five years will be required to resubmit all transcripts and supporting documentation.

Overall, it is up to the discretion of the Director of Adult and Graduate Admission for re-admitting a student. Additionally, the dean of the school in which the student is applying to may have influence on a student's re-admittance decision.

## Defer

Students who have been admitted to Florida Southern College for adult or graduate programs may defer admission for up to one year, provided the request for a deferred date of enrollment is made in writing prior to the start of the semester for which admission was granted. Candidates may request deferred admission to pursue non-academic goals, such a work and travel, only. Deferred admission is not granted to students who wish to enroll in another institution prior to attending FSC. (See Reactivation of Applications). Deferment in all graduate programs is limited and you must seek the Director of Adult and Graduate Admission's approval. Financial aid cannot be automatically deferred. Students should contact the Financial Aid Office to ensure that full consideration for financial aid is given for the designated semester of enrollment.

## Reactivation of Application

All applications to Florida Southern College adult and graduate programs remain on file for a period of one year. Students who do not enroll in the semester requested on the original application may reactivate an application for consideration for a subsequent semester within that

period. Students should submit a new Application for Admission within the 12-month period to reactivate the application. If the applicant has undertaken additional formal study in the intervening period, official transcripts must be submitted showing all work completed or in progress.

## Provisional Admission

Adult undergraduate students may be admitted provisionally while awaiting the accumulation of required supporting documents. Documents must be provided by the end of the first term following the acceptance of the initial application. Evaluation of transfer credits or military experience cannot be completed until the required documents are received by the Office of Adult and Graduate Admission. Students admitted on provisional admissions status are not eligible to receive state and federal financial aid during this period of provision admission.

## Conditional Admission

Florida Southern College recognizes that adult undergraduate applicants may have been in the workforce for some time and are unable to provide sufficient academic records on which to base a decision for acceptance into a degree program. In such cases, in response to a student's application, FSC may admit the student on a conditional basis.

If an applicant cannot provide SAT or ACT documentation for admission to Florida Southern, the following conditions will apply:

• You must enroll and successfully complete 12 credit hours of coursework before you will be formally accepted. You must maintain at least a 2.0 GPA in order to demonstrate you can meet the academic requirements of the college. During this time period you will not be eligible to receive state or federal financial aid.

OR

• Students who cannot provide SAT/ACT documentation and who desire full admission status may obtain full admission by taking the ACT residual examination or its equivalent.

## Adult Undergraduate Education Majors

Although students are permitted to enter during any of the nine terms throughout the year, it is recommended that students begin their adult undergraduate degree program during term 1A in the fall to ensure continuous enrollment leading to their internships. Students intern during term 1C or 2C (16 weeks), after ALL undergraduate coursework is completed with a grade of "C" or better, a 2.5 cumulative GPA, passing scores on all parts of the Florida Teaching Certification Exam (FTCE), and permission of the Dean of the School of Education.

Certified teachers and post-degree teacher certification candidates are welcome to take professional education coursework through Florida Southern College for initial certification, renewal, or add-on certification.

However, neither Florida Southern College nor the School of Education accepts responsibility for advising post-baccalaureate degree students in course selection for teacher certification. It is the responsibility of the student to follow all certification requirements via the Florida Department of Education in order to meet the requirements to teach in locations outside the state of Florida.

## Drop/Add Procedures

The last day to add or drop a Monday/Wednesday/Online course is Wednesday of the first week of classes, and the last day to add or drop a Tuesday/Thursday course is Thursday of the first week of classes. A student wishing to drop a course must notify the registrar's office in writing or by email by the appropriate date. A student may not drop a course through an instructor or by simply not attending class.

## Financial Information

Students pay only a part of their costs—operating and instructional—at Florida Southern College. The remainder comes from endowment income and from alumni and friends, as well as from grants from foundations, businesses and the government, and from the Florida Conference of the United Methodist Church.

## Tuition, Fees, and Other Costs

Basic costs of adult undergraduate degree programs include:

• Tuition

B.S. in Accounting ............................................................................. $326.00 per credit hour

B.S. in Business Administration ........................................................ $326.00 per credit hour

B.S. in Communication ..................................................................... $326.00 per credit hour

B.S. in Elementary Education ............................................................ $326.00 per credit hour

RN-to-BSN ........................................................................................ $390.00 per credit hour

Adult Undergradute Non-Degree ..................................................... $326.00 per credit hour

• Technology fee

Up to 4 credit hours .......................................................................... $25.00 per term

5–8 credit hours ................................................................................ $50.00 per term

9–12 credit hours .............................................................................. $100.00 per term

• Parking fee .......................................................................................... $40.00 per year

• Graduation fee ..................................................................................... $60.00

• Lab fees for some courses ................................................................... variable

*Note: The college reserves the right to change fees due to the economic conditions*

## "Refund Policy" on page 24

A student who withdraws from college during an adult term will be granted a refund as follows:

• Withdraw from college during the first three calendar days ............................. 100% refund

• Withdraw from college during the 4th to the 5th calendar days .......................... 90% refund

• Withdraw from college during the 6th to the 13th calendar days ........................ 50% refund

• Withdraw from college during the 14th to the 25th calendar days ...................... 25% refund

• Withdraw from college after the 25th calendar day .......................................... no refund due

## Registration

Registration may be accomplished by

• Registering online via Florida Southern College Portal. Online registration is a fast, convenient method of registration available to all accepted adult students. Students registering for the first time will receive written instructions on how to complete registration. Payment must be made online or in person to the business office prior to the first class session.

• Registering in person. The Office of the Registrar is located on the second floor of the Buckner Building, off Johnson Avenue. Office hours are Monday–Friday, 8:00 a.m.–5:00 p.m. The phone number is 863.680.4127.

- If a student is not currently enrolled, but has been enrolled within the year, he or she may register via the portal or by calling the registrar's office, 863.680.4127. Payment must be made to the Office of Student Accounts prior to the first class session.

## Orientation

New adult undergraduate students are expected to complete orientation online prior to the start of their first term. The orientation provides an overview of support services and resources available. In addition, the student will receive an overview of campus and staff information by department.

## Financial Aid

Florida Southern College participates in federal and state financial aid programs. Information and forms may be obtained from the FSC website or from the Financial Aid Office. The phone number is 863.680.3963. Adult undergraduate degree students must enroll in at least twelve hours per semester (terms A, B and C) to be awarded a Effective Access to Student Education(EASE) -formerly FRAG.

## Course Enrollment

Adult undergraduate degree programs are arranged so that a student may take one or two courses in any term. The program offers three semesters per year—fall (Semester 1), spring, (Semester 2) and summer (Semester 3)—with three terms per semester: Terms A, B, and C.

A student who attends twelve (12) hours in any one semester (1 (Fall), 2 (Spring), 3 (Summer)) is considered full time. A full-time student may accumulate up to 48 semester hours of coursework in a single calendar year and may qualify for state and federal financial assistance.

Office of Adult and Graduate Admission students may not enroll in more than 18 hours combined in Terms A, B, and C, without prior approval from their academic dean.

Academic policies including standards of academic progress, academic probation, academic suspension, and retaking course information, can be found earlier in the catalog.

## Additional Program Information

Information on transient credits, graduation, and academic honors is located elsewhere in this catalog. Further information concerning admission, evaluation of credits, registration, and other details may be obtained from:

Office of Adult and Graduate Admission         863.680.4205
111 Lake Hollingsworth Drive                   Fax: 863.680.3872
Lakeland, FL 33810-5698                         Email: evening@flsouthern.edu

## Adult Undergraduate Programs of Study

**General Education Curriculum**..............................................................................see page 63
**Accounting**..........................................................................................................see page 90
**Business Administration**.....................................................................................see page 105
**Note**: Adult undergraduate students earn a Bachelor of Science in Business Administration. Because of the nature of the program for returning, working adults, BUS 1115 is waived as a degree requirement for adult undergraduate students. The advising process will determine if BUS 3960 and an internship are required for an adult student. If not required, other business electives will substitute for those credit hours.

**Management Certificate**..............................................................................................see page 106
**Note**: The Management Certificate is awarded at the adult undergraduate level. The certificate requires completion of nine core business management courses consisting of 36 credit hours of instruction. Students must submit an adult undergraduate non-degree application to be considered to pursue Florida Southern College's Management Certificate. Upon completion of all courses students desiring the certificate must submit a Certificate in Management Completion form as well as the $25 processing fee to the Office of Adult and Graduate Admission.

**Communication**........................................................................................................see page 114
**Note:** Adult undergraduate students earn a Bachelor of Science degree in Communication with a concentration in Interpersonal and Organizational Communication. Because of the nature of the program, COM 1100 will be waived as a degree requirement for adult undergraduate students. Additionally, COM 3955 and COM 4960/4961 are not offered in the adult undergraduate degree program. Students must take COM 4900 to complete the degree requirements.

**Elementary Education (K–6)** ...................................................................................see page 122
**Note:** Students must meet the same criteria for admission to the adult undergraduate education degree program as the traditional undergraduate program.

1. Submit a School of Education Application for Admission.
2. Provide a recent and professional photo.
3. Pass all four sections of the General Knowledge Test (GKT).
4. Earn an overall cumulative grade point average of at least 2.5 on a 4.0 scale for all undergraduate studies.
5. Earn a grade of C or better in all Education courses.
6. Obtain fingerprint/background clearance check from the Polk County School Board.
7. Complete the Academic Interest Inventory at FSC.
8. Successfully complete EDU 1107 Foundations of Education I and EDU 2200 Field Study I.

**Nursing** .....................................................................................................................see page 160

# UNDERGRADUATE PROGRAM REQUIREMENTS

## ACCOUNTING

The accounting program provides relevant undergraduate and graduate education in accounting. With an emphasis on ethics, current accounting topics, engaged learning, and real-world applications, the program prepares students for professional certification, lifelong professional development, financial success, and leadership roles in a dynamic environment.

### Honors in the Major

Students in accounting may wish to pursue honors in the major. Please see the section under Honors earlier in this catalog for information about qualifying for honors in the major. Additionally students must successfully complete ACC 4953: Departmental Honors in Accounting I and ACC 4954: Departmental Honors in Accounting II.

### Professional Licensure

A student may take the Certified Public Accountant (CPA) exam upon completion of 120 hours that includes certain courses. The B.S. degree satisfies those courses. CPA licensure requires 150 hours of academic credit including 36 hours of upper-level accounting and 39 hours of general business core courses. The Master of Accountancy (MAcc) degree satisfies those courses. To become licensed also requires passing the Uniform CPA Exam and one year of experience supervised by a CPA. The Certified Managerial Accounting Examination (CMA) may be taken by a student after the junior year of the B.S. degree.

### Accounting Minor Requirements

18 hours, including ACC 2111, 2112, 3111, 3211 and any other accounting course(s) to complete the required number of hours

### Accounting Major Requirements

**A. General Education Requirements** .......................................................**40 hours**

**B. Major Requirements** .............................................................................**66 hours**

| | |
|---|---|
| ACC 2111 | Foundations of Financial Accounting |
| ACC 2112 | Foundations of Managerial Accounting |
| ACC 3111 | Financial Accounting I |
| ACC 3112 | Financial Accounting II |
| ACC 3211 | Cost Accounting |
| ACC 3705 | Accounting Information Systems |
| ACC 4411 | Federal Taxation |
| ACC 4511 | Auditing |
| ACC 4960/4961 | Accounting Internship |
| BUS 1115 | The Dynamics of Business and Free Enterprise |
| BUS 2217 | Principles of Management |
| BUS 2220 | Microsoft Excel for Business |
| BUS 3160 | Marketing Principles |
| BUS 3311 | Legal Environment of Business |
| BUS 3453 | Managerial Finance |
| BUS 3960 | Professional Development |

| | | |
|---|---|---|
| BUS 4999 | Seminar in Strategic Management of the Business Enterprise | |
| ECO 2010 | Essentials of Economics | |

**C. Bachelor of Science Degree Requirements** .........................................................**12 hours**

**D. Electives** ...............................................................................................................**6 hours**

**E. Total**..................................................................................................................**124 hours**

# ART AND ART HISTORY

The Department of Art and Art History offers the B.A. and B.F.A. degrees in graphic design and studio art; the B.A. and B.S. degrees in art education; and the B.A. degree in art history and in interactive and game design. The department has excellent facilities, an outstanding faculty, and a talented and active student body. The Melvin Art Gallery has exhibitions of Florida Southern students and of many leading professionals. The department also sponsors educational and social events on campus, field trips in the area, and study abroad programs.

### Admissions Requirements

Upon application to and acceptance by the Office of Traditional Undergraduate Admissions, a student may be accepted into a major program in studio art, graphic design, or art history only through review of his or her portfolio of art and/or writings, as appropriate. Interviews and portfolio reviews are offered throughout the school year by appointment. Applicants should contact the department for information about the procedures that apply to them.

### Progress Requirements.

All majors in the Department of Art and Art History must have a C or better in all major courses. Prior to four semesters before a student's scheduled graduation, the department will require a control examination, jury, or other procedure to determine the advisability of continuing a major in the Department of Art and Art History. Although it may be required at any time, such examination or procedure will typically be instituted near the end of the freshman year or the beginning of the sophomore year.

### Art Programs: Graphic Design and Studio Art

The graphic design and studio art programs provide challenging, professional-level undergraduate course work for talented, motivated young artists. Students develop their skills and concepts, and in conjunction with the college curriculum, are further prepared to demonstrate the vital relationships between art and culture, art and emotion, and art and history. These programs provide appropriate preparation for graduate school and for entry into the job market.

Small classes are taught by top professionals and students enjoy working relationships with their professors in a nurturing environment. Art classes are held in eight fully equipped studio classrooms—each dedicated to a specific discipline: painting, figure drawing, printmaking, graphic design, photography, sculpture, ceramics, and design.

### Additional Degree Requirements

Presentation of a senior exhibition is required for all degrees in graphic design and studio art.

## FILM (B.F.A.)

The Bachelor of Fine Arts (BFA) in film focuses on the integration of theoretical, historical, and cultural application of film alongside the hands-on production of documentary, narrative, and experimental films using industry standard motion picture equipment and techniques. The rigorous curriculum includes comprehensive production courses, in addition to cinema studies,

art, screenwriting, and more. This program is designed to prepare students for the professional industry in a variety of professional video and filmic roles as socially and politically informed thinkers, artists, and professionals.

### Film Minor Requirements

Twenty hours including ART 1110, 2115, 2215, 2240, and 3365 or 3367

### Film Major Requirements

**A. General Education Requirements....................................................................................40 hours**

**B. Major Core Requirements.............................................................................................68 hours**

| ART 1110 | Introduction to Film |
|----------|----------------------|
| ART 1120 | Design Fundamentals |
| ART 1131 | Drawing I |
| ART 1140 | Introduction to Digital Photography |
| ART 2115 | Introduction to Digital Filmmaking |
| ART 2215 | Storytelling for the Screen |
| ART 2240 | Film History |
| ART 2570 | Video Art |
| ART 3365 | Documentary Filmmaking |
| ART 3367 | Motion Picture Productions |
| ART 3999 | Topics in Film Theory |
| ART 4100 | Film Aesthetics |
| ART 4900/4901 | Senior Media Project |
| ART 4960/4961 | Art Internship |
| THE 1214 | Acting for the Non-Actor |

Choose eight hours at 1000-3000 level from course in ARH, ART, COM, ENG, HIS, MUS, PHI, THE (not ENG 1005)

**C. Electives .......................................................................................................................16 hours**

**D. Total............................................................................................................................124 hours**

## Graphic Design

### Graphic Design Minor Requirements—Print Emphasis

20 hours, including ART 1120, 1131, 1140, 2410, and 3410.

### Graphic Design Minor Requirements—Web Emphasis

20 hours, including ART 1120, 1131, 1140, 2410, and 3510.

### Graphic Design (B.A.) Major Requirements

The Bachelor of Arts (B.A.) in Graphic Design certifies the completion of major study in the visual arts, which has been undertaken as an integral part of a general liberal arts degree program. Graphic design is the art of providing meaningful form to information. Combining intensive studio work with the traditional liberal arts, the graphic design program follows two tracks—one in print design and the other in web design. All students take both tracks. This degree represents study, in some depth, a number of graphic design, studio art, and art historical disciplines. Such study may or may not prepare students for careers as art professionals. Career preparation is not a primary objective in programs leading to the B.A., with over 50 percent of a student's education in areas outside art, with substantial coverage in the humanities, social sciences, and physical sciences.

**A. General Education Requirements** .................................................................**40 hours**

**B. Major Requirements**...................................................................................**56 hours**

| | |
|---|---|
| ART 1120 | Design Fundamentals |
| ART 1131 | Drawing I |
| ART 1132 | Drawing II *OR* |
| ART 2170 | Figure Drawing I |
| ART 1140 | Intro to Digital Photography |
| ART 2100 | Painting I |
| ART 2210 | Sculpture I |
| ART 2410 | Typography and Layout |
| ART 3410 | Advanced Print Design |
| ART 3510 | Web Design |
| ART 4499 | Senior Design Studio |
| Two ART electives | |
| ARH 1100 | Survey of Western Art and Architecture |
| One ARH elective | |

**C. Bachelor of Arts Degree Requirements** .............................................................**20 hours**

**D. Electives** ..................................................................................................................**8 hours**

**E. Total**......................................................................................................................**124 hours**

### Graphic Design (B.F.A.) Major Requirements

The Bachelor of Fine Arts (B.F.A.) in Graphic Design offers comprehensive training in art and design, focusing on the balance of theory and practice and culminating with the completion of a senior thesis exhibition and critique. Print and web design are the two design tracks followed by students in the program. These are supported by a broad education in art history and contemporary art in addition to a liberal arts foundation. Throughout required courses, students will demonstrate critical thinking, technical abilities, and communication skills, as well as be able to collaborate effectively with their peers and professors. Graduates will be prepared to submit a complete portfolio and enter competitive graduate programs in art and design. Graduates also will be prepared to enter the professional fields of commercial design and advertising. B.F.A. graduates will have developed technical competence, aesthetic judgment, and a strong commitment to artistic quality.

**A. General Education Requirements** .................................................................**40 hours**

**B. Major Requirements**...................................................................................**72 hours**

| | |
|---|---|
| ART 1120 | Design Fundamentals |
| ART 1131 | Drawing I |
| ART 1132 | Drawing II *OR* |
| ART 2170 | Figure Drawing I |
| ART 1140 | Intro to Digital Photography |
| ART 2100 | Painting I |
| ART 2210 | Sculpture I |
| ART 2410 | Typography and Layout |
| ART 2570 | Video Art |
| ART 3410 | Advanced Print Design |
| ART 3510 | Web Design |
| ART 4499 | Senior Design Studio |

Four four-hour ART electives
ARH 1100            Survey of Western Art and Architecture
Eight additional hours of ARH courses at the 3000- and/or 4000-level

**C.  Electives ...................................................................................................................12 hours**
**D.  Total.........................................................................................................................124 hours**

## INTERACTIVE AND GAME DESIGN (B.A.)

The Bachelor of Arts (B.A.) in Interactive and Game Design offers artistic application of interactive and game design principles within a variety of academic and professional contexts. Interdisciplinary concentrations in programming or art and cinema encourage experiential learning opportunities that will enrich study in the core of the major. Students utilize diverse intersections of skills combining artistic practice and expression blended with new media technology. This technology targets interactive environments such as web, mobile, and gaming. The program emphasizes interactive technologies, allowing new media artists to create user-centered experiential art. Through design-based problem solving and development of interactive spaces and simulation, students conceptualize, prototype, and create concepts that shape user experiences providing students with creative and technological skills that are in high demand in today's rapidly evolving visual communication environment.

### Interactive and Game Design Minor Requirements

Twenty hours including ART 1120, 1160, 2215, 2225, 2230 and 3510 or 4100

### Interactive and Game Design Major Requirements

**A. General Education Requirements........................................................................40 hours**
**B. Major Core Requirements...................................................................................48 hours**
ART 1120            Design Fundamentals
ART 1131            Drawing I
ART 1160            New Media
ART 2215            Storytelling for the Screen
ART 2225            Usability
ART 2230            Media Analytics
ART 3510            Web Design
ART 4320            Simulation/Cinematic VR
ART 4900/4901       Senior Media Project
CSC 2280            Introduction to Computer Science
Select at least one of the following concentrations:
   **Art and Cinema**
     Twelve additional hours in ART/ARH at progressively higher levels
   **OR**
   **Programming**
     Twelve additional hours in CSC at the 2000-level and above

**C.  Bachelor of Arts Degree Requirements ..............................................................12 hours**
**D.  Electives ...................................................................................................................24 hours**
**E.  Total.........................................................................................................................124 hours**

## Studio Art

### Studio Art Minor Requirements

Twenty hours, including ART 1120, 1131, ARH 1100, plus two additional ART courses at progressively higher levels in a related area.

### Studio Art (B.A.) Major Requirements

The B.A. in Studio Art certifies the completion of major study in the visual arts, which has been undertaken as an integral part of a general liberal arts degree program. The degree represents study in some depth in a number of studio and art historical disciplines. Such study may or may not prepare students for careers as art professionals. Career preparation is not a primary objective in programs leading to the B.A., with over 50 percent of a student's education in areas outside art, with substantial coverage in the humanities, social sciences, and physical sciences.

**A.  General Education Requirements .......................................................................40 hours**

**B.  Major Requirements.............................................................................................60 hours**

| | |
|---|---|
| ART 1120 | Design Fundamentals |
| ART 1131 | Drawing I |
| ART 1132 | Drawing II *OR* |
| ART 2170 | Figure Drawing I |
| ART 1140 | Intro to Digital Photography |
| ART 2100 | Painting I |
| ART 2110 | Painting II |
| ART 2210 | Sculpture I |
| ART 2220 | Ceramics I |
| ART 2310 | Printmaking I |
| ART 4999 | Senior Seminar |

Two 3000- and/or 4000-level ART courses in one of the following areas: drawing, painting, printmaking, photography, ceramics, sculpture, digital media, or an appropriate combination of these areas chosen in consultation with the advisor

| | |
|---|---|
| ARH 1100 | Survey of Western Art and Architecture |
| ARH 2700 | Art Theory and Practice |

Four additional hours of ARH courses at the 3000- and/or 4000-level

**C.  Bachelor of Arts Degree Requirements................................................................20 hours**

**D.  Electives ................................................................................................................. 4 hours**

**E.  Total.....................................................................................................................124 hours**

### Studio Art (B.F.A.) Major Requirements

The B.F.A. in Studio Art provides professional education in art and design at the undergraduate level, to enable graduates to enter professional careers in such fields as design, painting, and sculpture after the award of the degree. Additionally, this program is designed to give students optimal preparation for admission to M.F.A. programs in art. Students concentrate in relevant technical and aesthetic studies, which are a major portion of the program. B.F.A. graduates will have developed technical competence, aesthetic judgment, and a strong commitment to artistic quality.

**A.  General Education Requirements .......................................................................40 hours**

**B.  Major Requirements.............................................................................................76 hours**

| | |
|---|---|
| ART 1120 | Design Fundamentals |
| ART 1131 | Drawing I |

| ART 1132 | Drawing II |
| ART 1140 | Intro to Digital Photography |
| ART 2100 | Painting I |
| ART 2110 | Painting II |
| ART 2170 | Figure Drawing I |
| ART 2210 | Sculpture I |
| ART 2220 | Ceramics I |
| ART 2310 | Printmaking I |
| ART 4999 | Senior Seminar |

Three 3000- and/or 4000-level ART courses in one of the following areas: drawing, painting, printmaking, photography, ceramics, sculpture, digital media, or an appropriate combination of these areas

One four-hour ART elective

| ARH 1100 | Survey of Western Art and Architecture |
| ARH 2700 | Art Theory and Practice |

Eight additional hours of ARH courses at the 3000- and/or 4000-level

**C. Electives ....................................................................................................................8 hours**

**D. Total....................................................................................................................124 hours**

## Art Education (B.A. or B.S.)

The Department of Art and Art History in conjunction with the School of Education offers the B.A. or B.S. degree in art education. The program provides challenging, professional-level undergraduate course work for talented, motivated young artists. Students develop their skills and concepts, and are prepared to teach art.

Small classes are taught by top professionals, and students enjoy working relationships with their professors in a nurturing environment. Art classes are held in eight fully equipped studio classrooms—each dedicated to a specific discipline: painting, figure drawing, printmaking, graphic design, photography, sculpture, ceramics, and design.

### Art Education Major Requirements

**A. General Education Requirements .......................................................................40 hours**

**B. Major Requirements..................................................................................82–83 hours**

| ARH 1100 | Survey of Western Art and Architecture |
| ART 1120 | Design Fundamentals |
| ART 1131 | Drawing I |
| ART 1132 | Drawing II *OR* |
| ART 2170 | Figure Drawing I |
| ART 1140 | Intro to Digital Photography |
| ART 1160 | New Media *OR* |
| ART 2570 | Video Art |
| ART 2100 | Painting I |
| ART 2110 | Painting II |
| ART 2210 | Sculpture I |
| ART 2220 | Ceramics I |
| ART 2310 | Printmaking I |
| ART 2410 | Typography and Layout |

| EDU 1107 | Foundations of Education I |
|----------|---------------------------|
| EDU 2200 | Field Study Level I |
| EDU 2203 | Foundations of Education II |
| EDU 2210 | Foundations in Special Education |
| EDU 2235 | Methods of Assessment |
| EDU 3279 | Foundations of ESOL I |
| EDU 3323 | Field Study Level II |
| EDU 3333 | Foundations of Education III |
| EDU 4400 | Field Study Level III (Elementary Education Art students only) |
| EDU 4454 | Special Methods in Education |
| EDU 4457 | Reading and Writing in the Content Areas in the Secondary School |
| EDU 4889 | Student Teacher Intern Seminar |
| EDU 4990 | Senior Internship |

**C. Bachelor of Arts Degree Requirements**.................................................................**20 hours**
   **OR**

**D. Bachelor of Science Degree Requirements** ........................................................**12 hours**

**E. Electives** ........................................................................................................................**0 hours**

**F. Total**............................................................................................................................**134-143 hours**

## Art History (B.A.)

The B.A. in Art History prepares students in the historical interpretation and critical analysis of the visual arts and artistic culture.  Through intensive study of the art, artifacts, and architecture produced over the course of human history, students who have earned a B.A. in Art History will gain broad knowledge of the intellectual, cultural, social, and political histories of the world. Examining not simply the history of art but rather history through art, Art History majors develop a strong mastery of major works of art, artists, and art movements and gain the essential understanding of how art is inextricable from the time in which it was made.  In coursework, majors in the department will hone the skills of visual discernment, writing proficiency, and verbal expression fundamental to art historical analysis.

By preparing students to think critically and conceptually about the connections between the way works of art are made and why they were made that way by their artists, the Art History Program gives students the academic and technical expertise required for looking at, handling, speaking, and writing about art and its vital role in human culture.  Along with opportunities to work with art firsthand in the context of the Polk Museum of Art at Florida Southern College, the Art History Program provides appropriate preparation for graduate school and for entry into the job market along many possible career tracks, from museums, galleries, and art administration to business, art law, education, journalism, and beyond.

### Progress Requirements

Beginning with the sophomore year, students majoring in Art History must maintain a 2.4 average overall. Students must earn a C or better on all course work in the major that is to count towards the degree.

### Art History Minor Requirements

Twenty hours, including ARH 1100, and four additional ARH courses at the 3000-level or above.

**Art History Major Requirements**

**A. General Education Requirements** ......................................................................**40 hours**

**B. Major Requirements**..........................................................................................**48 hours**

| ARH 1100 | Survey of Western Art and Architecture |
| ARH 3790 | Contemporary Art and Architecture |
| ARH 4999 | Art History Senior Thesis |
| ART 1120 | Design Fundamentals (may be taken pass/fail) |
| ART 1131 | Drawing I (may be taken pass/fail) |
| COM 1500 | Fundamentals of Speech |
| HIS 1200 | The Making of the Modern World *OR* |
| HIS 1300 | The Modern World |

Five additional ARH courses chosen from ARH 3700, 3710, 3720, 3740, 3750, 3770, 3780, or 4960–61

**C. Bachelor of Arts Degree Requirements** ............................................................**20 hours**

**D. Electives** ..........................................................................................................**16 hours**

**E. Total**................................................................................................................**124 hours**

# ART EDUCATION
*See Art and Art History*

# BIOCHEMISTRY AND MOLECULAR BIOLOGY

The biochemistry and molecular biology (BMB) program is interdisciplinary, reflecting the complex modern study of life at the cellular level. Drawing on chemistry, biology and mathematics, the program allows students to use the resources and perspectives of multiple disciplines, reflecting the collaborative nature of current scientific research. The BMB program follows the guidelines specified by the American Society for Biochemistry and Molecular Biology (ASBMB). Graduates of this program are well prepared to enter professional schools, such as medical, dental and veterinary schools, as well as graduate programs in biochemistry, molecular biology and other related disciplines, and to enter careers in the pharmaceutical and biotechnology industries.

### Admission Requirements

Students applying for the program must have an SAT score of 1100 or ACT score of 24 to enter as freshmen, or a GPA of 3.0 in basic biology and chemistry courses by the end of their freshman year.

### Program Requirements

All biochemistry and molecular biology majors must earn a grade of C or better in all BIO courses and courses cross-listed with BIO.

### Special Requirements

Due to the interdisciplinary nature of this program, students majoring in biochemistry and molecular biology are not allowed to double major in biology or chemistry, and are not allowed to receive minors in biology or chemistry.

### Biochemistry and Molecular Biology Major Requirements

**A. General Education Requirements** ......................................................................**40 hours**

**B. Major Requirements**......................................................................................**72–74 hours**

| | |
|---|---|
| BIO 1500 | Biology I: Biological Essentials |
| CHE 1110 | Chemistry, Biochemistry and Society (FTIC only) |
| CHE 1111 | Principles of Chemistry I |
| CHE 1112 | Principles of Chemistry II |
| CHE 2231 | Organic Chemistry I |
| CHE 2251 | Organic Chemistry I Laboratory |
| CHE 2232 | Organic Chemistry II |
| CHE 2252 | Organic Chemistry II Laboratory *OR* |
| CHE 2254 | Organic Chemistry II Laboratory for Majors |
| CHE 3340 | Physical Chemistry for the Biological Sciences |
| BIO/CHE 3362 | Biochemistry: Molecular Biology |
| BIO/CHE 3371 | Biochemistry: Structure and Function |
| BIO/CHE 3372 | Biochemistry: Metabolism |
| BIO/CHE 3373 | Biochemistry: Structure and Function Laboratory |
| BIO 3700 | Genetics |
| BIO 3800 | Cell Biology |
| MAT 2311 | Calculus I with Plane Analytic Geometry |
| PHY 2110 | General Physics I (Calculus Based) |
| PHY 2120 | General Physics II (Calculus Based) |

**Four to six hours selected from the following:**

| | |
|---|---|
| BIO 4560 | Introduction to Molecular Biology Research *AND* |
| BIO 4561/4562 | Research: Molecular Biology |
| *OR* | |
| CHE 4410 | Introduction to Research Methods *AND* |
| CHE 4999 | Senior Research in Chemistry |
| *OR* | |
| HON 4955 | Honors Senior Thesis *AND* |
| HON 4956 | Honors Senior Thesis |

Eleven hours selected from the courses below (with no more than eight hours coming from the same prefix, e.g. BIO or CHE):

| | |
|---|---|
| BIO 1600 | Biology II: Biological Diversity |
| BIO 2215 | Human Anatomy and Physiology I |
| BIO 2216 | Human Anatomy and Physiology II |
| BIO 3710 | Microbiology |
| BIO 3727 | Techniques in Nucleic Acid and Cloning Research |
| BIO 3770 | Bioinformatics |
| BIO 4150 | Plant Anatomy and Physiology |
| BIO 4160 | Developmental Biology |
| BIO 4300 | Immunology |
| BIO 4330 | Techniques in Protein Purification |
| BIO 4360 | Techniques in Tissue Culture and Cell Signaling |
| BIO 4960 | Biology Internship *OR* |
| BIO 4961 | Biology Internship |
| CHE 2335 | Analytical Chemistry |
| CHE 2355 | Descriptive Inorganic Chemistry |
| CHE 3320 | Applied Synthesis and Characterization |

| CHE 3335 | Instrumental Analysis |
| CHE 3341 | Physical Chemistry I |
| CHE 3342 | Physical Chemistry II |
| CHE 4425 | Special Topics in Chemistry |
| CHE 4455 | Advanced Inorganic Chemistry |
| CHE 4960 | Internship in Chemistry |

**C. Bachelor of Science Degree Requirements** ........................................................**12 hours**

**D. Electives** ....................................................................................................................**0 hours**

**E. Total**................................................................................................................**124-126 hours**

## BIOLOGY

The Department of Biology offers a B.S. in Biology applicable to a variety of career and post-graduate educational opportunities. Students not only learn about biology; they experience it. Through engaged learning in the classroom, laboratory experiments with state-of-the-art equipment, field trips to local venues of interest, internships at local and national companies, and original research on the FSC campus and beyond, biology students are provided with ample opportunities to practice what they learn, and learn what they practice.

Faculty work one-on-one with students, in areas of academics, research, advising, and planning for the future, to ensure students have the tools necessary to succeed. Many biology graduates go on to professional or graduate school, and most are very successful in the pursuit of their advanced degree.

### Statement on Engaged Learning

The Department of Biology includes many types of engaged learning activities in its courses. All 1000- and 2000-level courses, as well as some 3000-level courses, have laboratory components, where students work in pairs or in groups to engage in various aspects of the scientific process such as problem solving, experimental design, manipulation of variables, and data interpretation. Field trips, mini labs, small and large group discussions, presentations, case studies, and use of specific scientific computer programs are other methods commonly employed in the classroom to engage students. All students majoring in biology are required to design and implement their own original research project.

### Special Programs: The Pre-Professional Program (P3) for Pre-Medical, Pre-Dental, Pre-Veterinary, Pre-Pharmacy, and Pre-Physical Therapy Studies

Although pre-professional students may major in any program, the number of courses in the natural sciences required to prepare students for this path means most students major in the natural sciences, usually including biology, chemistry, and biochemistry and molecular biology. However, professional schools do recognize and encourage breadth in education, and the liberal arts emphasis at FSC, along with the strong natural sciences curriculum, provides an excellent background. All pre-professional students are strongly encouraged to work closely with their advisors to ensure that the curricular, co-curricular and extracurricular aspects of their education will provide the best opportunities for admission into a professional school. (See "Pre-Professional Programs" on page 58 for more information.)

**FSC–Lake Erie College of Osteopathic Medicine (LECOM) Early Acceptance Programs.** Qualified students may take part in one of three FSC–LECOM Early Acceptance Programs. If program requirements are met, students are virtually guaranteed acceptance into one of LECOM's professional programs: the LECOM College of Medicine (leading to the Doctor of Osteopathic Medicine degree), the LECOM School of Dental Medicine, or the LECOM School

of Pharmacy. Students interested in these programs should contact Dr. Nancy Morvillo, chair of the Department of Biology.

**Biology major with secondary education.** Students meeting the department's requirements for a major in biology as well as the required professional courses, education courses, and other degree requirements specified by the School of Education will meet the certification requirements for teaching biology in the state of Florida. Students seeking state certification should meet with an advisor in the School of Education as soon as possible. Education: Secondary Biology majors see page 126.

### Program Requirements

All biology majors and minors must earn a grade of C or better in all BIO courses and courses cross-listed with BIO.

### Special Requirements

Due to similarities in the programs, students majoring in biology are not allowed to double major in biochemistry/molecular biology, biotechnology, environmental studies, or marine biology, nor are they allowed to minor in environmental studies.

### Biology Minor Requirements

20 hours selected from biology courses that count toward the major (all BIO courses except BIO 1000 and BIO 2280).

### Biology Major Requirements

**A. General Education Requirements ........................................................................40 hours**

**B. Major Requirements........................................................................................74-77 hours**

| | |
|---|---|
| BIO 1500 | Biology I: Biological Essentials |
| BIO 1501 | Current Perspectives in Biology (FTIC only) |
| BIO 1600 | Biology II: Biological Diversity |
| BIO 2500 | Biology III: Ecology and Evolution |
| BIO 3700 | Genetics *OR* |
| BIO 3710 | Microbiology |
| CHE 1111 | Principles of Chemistry I |
| CHE 1112 | Principles of Chemistry II |
| CHE 2231 | Organic Chemistry I |
| CHE 2251 | Organic Chemistry I Laboratory |
| CHE 2232 | Organic Chemistry II |
| CHE 2252 | Organic Chemistry II Laboratory |
| MAT 2032 | Biostatistics |

*OR*

| | |
|---|---|
| MAT 2022 | Elementary Statistics *AND* |
| MAT 2027 | Transition to Biostatistics |

One other 2000-level course in Mathematics

| | |
|---|---|
| PHY 2010 | General Physics I (Algebra Based) *AND* |
| PHY 2020 | General Physics II (Algebra Based) |

*OR*

| | |
|---|---|
| PHY 2110 | General Physics I (Calculus Based) *AND* |
| PHY 2120 | General Physics II (Calculus Based) |

Twenty semester hours chosen from the following:

| BIO 1520 | Introduction to Marine Biology |
| BIO 1820 | Oceanography |
| BIO 1900 | Human Genetics |
| BIO 2120 | Biology and Conservation of Marine Mammals |
| BIO 2200 | Environmental Issues |
| BIO 2214 | Disasters, Civilizations and the Environment |
| BIO 2215 | Human Anatomy and Physiology I |
| BIO 2216 | Human Anatomy and Physiology II |
| BIO 2220 | Biology of the Fishes |
| BIO 2320 | Marine Microbiology |
| BIO 2520 | Biological Geography and GIS |
| BIO 2600 | Introduction to Neuroscience |
| BIO/EXS 2770 | Exercise Physiology |
| BIO 2900 | Conservation Biology |
| BIO 3100 | Plant Taxonomy |
| BIO 3120 | Biology of Amphibians and Reptiles |
| BIO 3301 | Field Ecology |
| BIO/HRT 3302 | Plant Nutrition |
| BIO 3316 | Tropical Ecology |
| BIO 3360 | Medical Botany |
| BIO/CHE 3362 | Biochemistry: Molecular Biology |
| BIO/CHE 3371 | Biochemistry: Structure and Function |
| BIO/CHE 3372 | Biochemistry: Metabolism |
| BIO/CHE 3373 | Biochemistry: Structure and Function Lab |
| BIO/REL 3378 | Dialogues in Science and Religion |
| BIO 3500 | Marine Ecosystems Ecology |
| BIO 3600 | Special Topics in Biology |
| BIO 3700 | Genetics |
| BIO 3710 | Microbiology |
| BIO 3727 | Techniques in Nucleic Acid and Cloning Research |
| BIO 3770 | Bioinformatics |
| BIO 3800 | Cell Biology |
| BIO 3850 | Parasitology |
| BIO 3900 | Animal Behavior |
| BIO 3920 | Marine Invertebrate Zoology |
| BIO 3988/3989 | Professional Shadowing |
| BIO 4150 | Plant Anatomy and Physiology |
| BIO 4160 | Developmental Biology |
| BIO 4200 | Histology |
| BIO 4240 | Seminar in Biotechnology |
| BIO 4300 | Immunology |
| BIO 4330 | Techniques in Protein Purification |
| BIO 4360 | Techniques in Tissue Culture and Cell Signaling |
| BIO 4461/4462 | Research: Ecology |
| BIO 4561/4562 | Research: Molecular Biology |

|  |  |
|---|---|
| BIO 4661/4662 | Site-Specific Research in Biology |
| BIO 4960/4961 | Internship |

Six hours selected from the following:

|  |  |
|---|---|
| BIO 4460 | Introduction to Ecology Research *AND* |
| BIO 4461/4462 | Research: Ecology |
| *OR* | |
| BIO 4560 | Introduction to Molecular Biology Research *AND* |
| BIO 4561/4562 | Research: Molecular Biology |
| *OR* | |
| BIO 4661/4662 | Site-Specific Research in Biology |
| *OR* | |
| HON 4955 | Honors Senior Thesis (with departmental approval) *AND* |
| HON 4956 | Honors Senior Thesis (with departmental approval) |

**C. Bachelor of Science Degree Requirements** .........................................................**12 hours**

**D. Electives** ..................................................................................................................**0 hours**

**E. Total** ..............................................................................................................**126 - 129 hours**

## BIOTECHNOLOGY

Biotechnology is a rapidly growing industry that offers many exciting possibilities for students. From fields as diverse as medicine and agriculture, to products as different as biofuels and pharmaceuticals, biotechnology plays a key role in improving the health and wellbeing of the global population, and is shaping the future of humanity. The biotechnology major at Florida Southern Colleges encourages students to explore the profession and provides the background and skills necessary for students to succeed in this highly diversified field. The expanding central Florida biotech industry provides a rich educational environment for our students, with the possibility of internships, research, and employment opportunities. Graduates are well qualified for employment in the global market and make outstanding candidates for graduate programs.

### Special Requirements

Due to similarities in the programs, students majoring in biotechnology are not allowed to double major or minor in biology.

### Program Requirements

All biotechnology majors must earn a grade of C or better in all BIO courses and courses cross-listed with BIO.

### Biotechnology Major Requirements

**A. General Education Requirements** ........................................................................**40 hours**

**B. Major Requirements** ....................................................................................**57 - 59 hours**

|  |  |
|---|---|
| BIO 1500 | Biology I: Biological Essentials |
| BIO 1501 | Current Perspectives in Biology (FTIC only) |
| BIO 3700 | Genetics |
| BIO 3710 | Microbiology |
| BIO 3727 | Techniques in Nucleic Acid and Cloning Research |
| BIO 3770 | Bioinformatics |
| BIO 4240 | Seminar in Biotechnology |
| BIO 4330 | Techniques in Protein Purification *OR* |

| BIO 4360 | Techniques in Tissue Culture and Cell Signaling |
| MAT 2032 | Biostatistics |
| *OR* | |
| MAT 2022 | Elementary Statistics *AND* |
| MAT 2027 | Transition to Biostatistics |

Choose 12 hours from the following:

| BIO 1520 | Introduction to Marine Biology |
| BIO 1600 | Biology II: Biological Diversity |
| BIO 2600 | Introduction to Neuroscience |
| BIO 3360 | Medical Botany |
| BIO/CHE 3362 | Biochemistry: Molecular Biology |
| BIO/CHE 3371 | Biochemistry: Structure and Function |
| BIO 3600 | Special Topics in Biology (with permission) |
| BIO 3850 | Parasitology |
| BIO 4330 | Techniques in Protein Purification (if not chosen above) |
| BIO 4360 | Techniques in Tissue Culture and Cell Signaling (if not chosen above) |
| BUS 2217 | Principles of Management *OR* |
| HCA 2125 | Healthcare Organization and Management |
| CHE 2231 | Organic Chemistry I *AND* |
| CHE 2251 | Organic Chemistry I Laboratory |
| CHE 2232 | Organic Chemistry II *AND* |
| CHE 2252 | Organic Chemistry II Laboratory |
| HRT 2100 | Introduction to Horticultural Science |

Choose one of the following research options:

| BIO 4560 | Introduction to Molecular Biology Research *AND* |
| BIO 4561/4562 | Research: Molecular Biology |
| *OR* | |
| BIO 4560 | Introduction to Molecular Biology Research *AND* |
| BIO 4960/4961 | Biology Internship (with departmental approval) |
| *OR* | |
| BIO 4661/4662 | Site-Specific Research in Biology |
| *OR* | |
| HON 4955 | Honors Senior Thesis (with departmental approval) *AND* |
| HON 4956 | Honors Senior Thesis (with departmental approval) |

Choose one of the following Chemistry Sequences:

| CHE 1011 | Chemical Foundations for the Biological Sciences *AND* |
| CHE 1013 | Environmental Chemistry Fundamentals |
| *OR* | |
| CHE 1111 | Principles of Chemistry I *AND* |
| CHE 1112 | Principles of Chemistry II |

**C. Bachelor of Science Degree Requirements .............................................................. 12 hours**

**D. Electives ............................................................................................................................... 0 hours**

**E. Total .................................................................................................................................126-129 hours**

## BUSINESS ADMINISTRATION

Florida Southern College's Barney Barnett School of Business and Free Enterprise provides relevant interdisciplinary undergraduate education through a number of career paths allowing

students to specialize in finance, international business, marketing, management, and sport management. The school prepares students for lifelong professional development, financial success, and leadership roles in a dynamic global environment. The school includes an accomplished faculty committed to teaching and professional excellence, emphasizing practical applications, instructional development, and opportunities for student-faculty collaborative research.

Students are involved in relevant interdisciplinary education, given opportunities for student-faculty collaborative research, and are encouraged to be committed to civic and social responsibility. Graduates will be prepared for career advancement, graduate candidacy, effective communication, practical applications of current technology, and leadership roles in the profession and the greater community.

### Special Requirements
Due to similarities in the programs, students majoring in business administration are not allowed to double major in sport business management.

### Business Administration Minor Requirements
The Minor in Business Administration is designed to provide students with an overview of the fundamentals of business including accounting, economics, finance or legal environment, management, and marketing. Knowledge of these areas is essential to students irrespective of major or career aspirations or profession.

| | |
|---|---|
| ACC 2111 | Foundations of Financial Accounting |
| BUS 2217 | Principles of Management |
| BUS 3160 | Marketing Principles |
| BUS 3311 | Legal Environment of Business *OR* |
| BUS 3453 | Managerial Finance |
| ECO 2010 | Essentials of Economics *OR* |
| ECO 2205 | Principles of Microeconomics *OR* |
| ECO 2207 | Principles of Macroeconomics |

**Total hours in the minor**..............................................................................................................**20**

### Business Administration Major Requirements
The B.S. in Business Administration major provides students with a broad-based education in business. The major is designed to provide students a wide range of required business related courses including accounting, economics, management, marketing, finance, and law. In addition to the required courses listed below, student will select their elective courses within the Business Administration major, or Career Path courses, based upon their post-graduate/career goals and in consultation with their advisor.

**A.  General Education Requirements** ........................................................................**40 hours**

**B.  Major Requirements**..........................................................................................**66 - 68 hours**

| | |
|---|---|
| ACC 2111 | Foundations of Financial Accounting |
| ACC 2112 | Foundations of Managerial Accounting |
| BUS 1115 | The Dynamics of Business and Free Enterprise |
| BUS 2217 | Principles of Management |
| BUS 2220 | Microsoft Excel for Business |
| BUS 3160 | Marketing Principles |
| BUS 3311 | Legal Environment of Business |
| BUS/ECO 3320 | Applied Statistics of Business and Economics |

| BUS 3453 | Managerial Finance |
| BUS 3705 | Business Information Systems |
| BUS 3960 | Professional Development |
| BUS 4420 | Business Analytics |
| BUS 4960/4961 | Business Administration Internship |
| BUS 4999 | Seminar in Strategic Management of the Business Enterprise |
| ECO 2010 | Essentials of Economics |

12 hours in selected career paths

**C. Bachelor of Science Degree Requirements** ........................................................ **12 hours**

**D. Electives** ............................................................................................................... **4 - 6 hours**

**E. Total** .................................................................................................................... **124 hours**

# BUSINESS AND FREE ENTERPRISE

The B.S. in Business and Free Enterprise is a unique, holistic interdisciplinary business degree program cultivating future business leaders who are competent in business but also understand the role politics, law, and economics play in supporting our business system. This program is different from a standard business degree program by focusing on the inherently social nature of business in our society. Students will take basic business courses, a strong core of economics courses and political science courses to reinforce a more liberal arts approach to understanding business. The well-rounded nature of the core courses will also allow a graduate to pursue any vocation and opportunity open to a traditional business degree. The students will be able to focus their degree through their electives, whether on taking more business courses to pursue a graduate degree in business to taking more economics courses to pursue a graduate degree in economics or public policy.

## Business and Free Enterprise Minor Requirements

The Minor in Business and Free Enterprise is a unique, holistic interdisciplinary business education degree program cultivating future business leaders who are competent in business but also understand the role politics, law, and economics play in supporting our business system. This program is different from a standard business degree program by focusing on the inherently social nature of business in our society. Students will take basic business courses, a strong core of economics courses and political science courses to reinforce a more liberal arts approach to understanding business. The well-rounded nature of the core courses will also allow a graduate to pursue any vocation and opportunity open to a traditional business degree. The students will be able to focus their degree through their electives, whether taking more business courses to pursue a graduate degree in business or taking more economics courses to pursue a graduate degree in economics or public policy.

| BUS 2100 | Introduction to Business and Philosophy |
| BUS 3100 | Business, Social Order, and Market-Based Management |
| ECO 2205 | Principles of Microeconomics |
| POS 2295 | Methods of Political Science II |
| POS 3550 | National and International Public Economy |

**Total hours in the minor** .............................................................................................................. **20**

## Management Certificate

The adult B.S. in Business Administration program offers students who complete a common set of core business courses a Management Certificate. The certificate requires a completion of nine

core business management courses consisting of 36 credit hours of instruction. No more than two courses may be accepted as transient course credit for the certificate. The courses required are:

| | | |
|---|---|---|
| ACC 2111 | Foundations of Financial Accounting |
| ACC 2112 | Foundations of Managerial Accounting |
| BUS 2217 | Principles of Management |
| BUS 3160 | Marketing Principles |
| BUS 3311 | Legal Environment of Business |
| BUS/ECO 3320 | Applied Statistics of Business and Economics |
| BUS 3453 | Managerial Finance |
| BUS 3705 | Business Information Systems |
| ECO 2010 | Essentials of Economics |

Students must submit an adult undergraduate non-degree application to be considered to pursue Florida Southern College's Management Certificate. Upon completion of all courses students desiring the certificate must submit a Certificate in Management Completion form as well as the $25 processing fee to the Office of Adult and Graduate Admission.

### Business and Free Enterprise Major Requirements

**A. General Education Requirements .......................................................................40 hours**

**B. Major Requirements.............................................................................................62 hours**

| | | |
|---|---|---|
| ACC 2111 | Foundations of Financial Accounting |
| BUS 1115 | The Dynamics of Business and Free Enterprise |
| BUS 2100 | Introduction to the Philosophy of Business |
| BUS 2217 | Principles of Management |
| BUS 2220 | Microsoft Excel for Business |
| BUS 3100 | Business, Social Order, and Market-Based Management |
| BUS 3311 | Legal Environment of Business |
| BUS 3960 | Professional Development |
| BUS 4960/4961 | Business Administration Internship |
| ECO 2205 | Principles of Microeconomics |
| ECO 2207 | Principles of Macroeconomics |
| BUS/ECO 3320 | Applied Statistics of Business and Economics |
| ECO 4100 | Law and Economics *OR* |
| ECO 4200 | Humanomics *OR* |
| ECO 4406 | Public Economics |
| ECO 4550 | Comparative Economic Institutions |
| POS 2295 | Methods for Political Science II |
| POS 3550 | National and International Political Economy |
| POS 4429 | Political Theory |

**C. Bachelor of Science Degree Requirements ..........................................................12 hours**

**D. Electives ..................................................................................................................10 hours**

**E. Total.......................................................................................................................124 hours**

## CHEMISTRY

The fields of chemistry and physics are integrated into our daily lives in many ways. Behind the medicines we take, the plastics we use, the cars we drive, and the foods we eat stands a team

of scientists responsible for designing, manufacturing, and safeguarding these products. Furthermore, the fields of chemistry and physics have experienced dynamic change and growth in the last century and have generated many of the most exciting and profound discoveries of modern times. The study of matter – and how it is created, changed and manipulated – makes chemistry one of the most fascinating and fast-paced majors at Florida Southern College. Our programs provide students with a broad-based understanding of the fundamental principles of chemistry and physics. The overriding objective is to provide students with the knowledge and skills needed for success as professional scientists. Many FSC chemistry majors have continued their education in medical, dentistry, pharmacy, and graduate schools, at institutions such as Duke University, the University of Notre Dame, the University of Florida, and the University of Washington.

### Chemistry Concentrations:

Students majoring in chemistry may choose one of the following concentrations:

**Environmental Chemistry** provides students with a strong foundation in analytical chemistry, instrumental analysis, and method development with specific application to the transport and fate of chemicals in the environment, and potential effects on human health.  This concentration will prepare students to pursue an environmental engineering degree, or work in many different areas, such as analytical testing, regulatory compliance, or environmental consulting.

**Forensic Chemistry** provides students with a strong background in analytical and instrumental analysis, applications of chemistry to criminalistics, and strong written communication skills. This concentration will prepare students well for careers in crime labs, the FBI, and the medical examiner's office.

Students may pursue a major in chemistry with either a B.A. or B.S. degree. A minor is also available in physics. For information about the minor in physics, see "PHYSICS" on page 168.

### Statement on Engaged Learning

In both the classroom and in the laboratory, students will participate in engaged learning activities that may include, but are not limited to, guided inquiry experiments, active learning exercises, computational exercises, collaborative learning and problem solving, team-based laboratory projects, experimental design, literature searches using library resources, web-based content, and discipline specific databases (such as SciFinder), and individual/small group peer teaching. All students majoring in chemistry are also required to conduct research, which is often presented at local, regional, or national chemistry conferences.

### Honors in the Major

Chemistry also offers an option for Honors in the Major. The purpose of the program is to provide an opportunity for high achieving students who are motivated and talented to do an in-depth investigation of an area of interest in consultation with a professor having expertise in that area. During senior year, students will register for CHE 4953 and CHE 4954. Please see the department chair during the first semester of the junior year for further information.

### Pre-Medical, Pre-Dental, and Pre-Pharmacy Studies

Students majoring in chemistry are well prepared to pursue a career in the medical field—including an MD/Ph.D. degree. The rigorous training in the sciences and mathematics combined with the broad liberal arts curriculum emphasized at FSC provides an excellent background for professional schools. All pre-professional students are encouraged to work closely with their academic advisor and the science and pre-health career and internship coordinator to ensure they meet the requirements for application to a professional school. (See "Pre-Professional Programs" on page 59.)

### Program Requirements

A student must obtain a grade of C or better in all 1000- and 2000-level courses that are required for the major for the B.A. and B.S. degrees.

### Special Requirements

Due to the similarities in the programs, students majoring in chemistry are not allowed to double major in biochemistry and molecular biology.

### Chemistry Minor Requirements

22 hours including CHE 1111, CHE 1112, and 14 hours of chemistry courses at the 2000 level or above.

### Chemistry (B.A.) Major Requirements

**A. General Education Requirements ........................................................................40 hours**

**B. Major Requirements.............................................................................................56-70 hours**

| | |
|---|---|
| CHE 1110 | Chemistry, Biochemistry and Society (FTIC only) |
| CHE 1111 | Principles of Chemistry I |
| CHE 1112 | Principles of Chemistry II |
| CHE 2231 | Organic Chemistry I |
| CHE 2251 | Organic Chemistry I Laboratory |
| CHE 2232 | Organic Chemistry II |
| CHE 2254 | Organic Chemistry II Laboratory for Majors |
| CHE 2355 | Descriptive Inorganic Chemistry |
| CHE 3340 | Physical Chemistry for Biological Sciences *OR* |
| CHE 3341 | Physical Chemistry I |
| CHE 4410 | Introduction to Research Methods *AND* |
| CHE 4999 | Senior Research |

*OR*

| | |
|---|---|
| HON 4955 | Honors Senior Thesis (with departmental approval) *AND* |
| HON 4956 | Honors Senior Thesis (with departmental approval) |

**Cognate Courses**

| | |
|---|---|
| MAT 2311 | Calculus I with Plane Analytic Geometry |
| MAT 2312 | Calculus II with Plane Analytic Geometry |
| PHY 2110 | General Physics I (Calculus Based) |
| PHY 2120 | General Physics II (Calculus Based) |

and one of following groups:

**General BA (10-12 hours)**

| | |
|---|---|
| CHE 2105 | Environmental Chemistry *OR* |
| CHE 2335 | Analytical Chemistry |

Choose at least 6 credit hours of electives from:

| | |
|---|---|
| CHE 2105 | Environmental Chemistry (if not taken above) |
| CHE 2275 | Forensic Chemistry |
| CHE 3320 | Applied Synthesis and Characterization |
| CHE 3330 | Medicinal Chemistry |
| CHE 3335 | Instrumental Analysis |
| CHE 3341 | Physical Chemistry I (if not taken above) |

| CHE 3342 | Physical Chemistry II |
| CHE/BIO 3371 | Biochemistry: Structure and Function |
| CHE/BIO 3372 | Biochemistry: Metabolism |
| CHE 4405 | Human Health Risk Assessment |
| CHE 4425 | Special Topics in Chemistry |
| CHE 4450 | Bioinorganic Chemistry |
| CHE 4455 | Advanced Inorganic Chemistry |
| CHE 4960 | Internship in Chemistry |

**Environmental Concentration** (**18 hours**)

| CHE 2105 | Environmental Chemistry |
| CHE 2335 | Analytical Chemistry |
| CHE 3335 | Instrumental Analysis |
| CHE 4405 | Human Health Risk Assessment |

Choose one of the following:

| BIO 2200 | Environmental Issues |
| ENG 3219 | Persuasive Writing |
| HRT 3301 | Soil Science |

**Forensic Chemistry Concentration** (**22 hours**)

| CHE 2275 | Forensic Chemistry |
| CHE 2335 | Analytical Chemistry |
| CHE 3335 | Instrumental Analysis |
| CHE/BIO 3371 | Biochemistry: Structure and Function |
| CHE 4475 | Advanced Forensic Chemistry |

Choose one of the following:

| CRM 3310 | Crime Scene Investigation |
| ENG 3219 | Persuasive Writing |

**C. Bachelor of Arts Degree Requirements**................................................................**20 hours**

**D. Electives**..............................................................................................................**0-8 hours**

**E. Total**..............................................................................................................**124-130 hours**

### Chemistry (B.S.) Major Requirements

**A. General Education Requirements** ........................................................................**40 hours**

**B. Major Requirements**........................................................................................**65-74 hours**

| CHE 1110 | Chemistry, Biochemistry and Society (FTIC only) |
| CHE 1111 | Principles of Chemistry I |
| CHE 1112 | Principles of Chemistry II |
| CHE 2231 | Organic Chemistry I |
| CHE 2251 | Organic Chemistry I Laboratory |
| CHE 2232 | Organic Chemistry II |
| CHE 2254 | Organic Chemistry II Laboratory for Majors |
| CHE 2355 | Descriptive Inorganic Chemistry |
| CHE 3320 | Applied Synthesis and Characterization |
| CHE 3340 | Physical Chemistry for Biological Sciences *OR* |
| CHE 3341 | Physical Chemistry I |
| CHE/BIO 3371 | Biochemistry: Structure and Function |
| CHE/BIO 3373 | Biochemistry: Structure and Function Laboratory |

| CHE 4410 | Introduction to Research Methods ***AND*** |
| CHE 4999 | Senior Research |

***OR***

| HON 4955 | Honors Senior Thesis (with departmental approval) ***AND*** |
| HON 4956 | Honors Senior Thesis (with departmental approval) |

**Cognate Courses**

| MAT 2311 | Calculus I with Plane Analytic Geometry |
| MAT 2312 | Calculus II with Plane Analytic Geometry |
| PHY 2110 | General Physics I (Calculus Based) |
| PHY 2120 | General Physics II (Calculus Based) |

and one of following groups:

**General BS (12-14 hours)**

| CHE 2105 | Environmental Chemistry ***OR*** |
| CHE 2335 | Analytical Chemistry |

Choose two of 'in-depth' courses:

| CHE 3330 | Medicinal Chemistry |
| CHE 3335 | Instrumental Analysis |
| CHE 3342 | Physical Chemistry II |
| CHE/BIO 3372 | Biochemistry: Metabolism |
| CHE 4405 | Human Health Risk Assessment |
| CHE 4425 | Special Topics in Chemistry |
| CHE 4450 | Bioinorganic Chemistry |
| CHE 4455 | Advanced Inorganic Chemistry |

Choose one elective from:

| CHE 2105 | Environmental Chemistry (if not taken above) |
| CHE 2275 | Forensic Chemistry |
| CHE 4425 | Special Topics in Chemistry (if not taken above) |
| CHE 4960 | Internship in Chemistry |

3rd 'in-depth' courses from list above

**Environmental Concentration (18 hours)**

| CHE 2105 | Environmental Chemistry |
| CHE 2335 | Analytical Chemistry |
| CHE 3335 | Instrumental Analysis |
| CHE 4405 | Human Health Risk Assessment |

Choose one of the following:

| BIO 2200 | Environmental Issues |
| ENG 3219 | Persuasive Writing |
| HRT 3301 | Soil Science |

**Forensic Chemistry Concentration (22 hours)**

| CHE 2275 | Forensic Chemistry |
| CHE 2335 | Analytical Chemistry |
| CHE 3335 | Instrumental Analysis |
| CHE 4475 | Advanced Forensic Chemistry |

Choose one of the following:

| CRM 3310 | Crime Scene Investigation |
| ENG 3219 | Persuasive Writing |

**C. Bachelor of Science Degree Requirements** ........................................................**12 hours**

**D. Electives** ...........................................................................................................**0-7 hours**

**E. Total** ............................................................................................................**124-126 hours**

# CITRUS AND HORTICULTURAL SCIENCE

The Citrus and Horticultural Science major leads to a Bachelor of Science degree. The major provides a strong science-based curriculum with opportunities to specialize in four separate concentrations. Students satisfy core requirements and fulfill the coursework required for one or more areas of concentration: Citrus, Pre-Graduate Studies, Biotechnology, or Business. Professional internships, research opportunities, and other forms of experiential learning prepare students for exciting, challenging careers or for continuing their education through graduate studies. A minor in horticultural science is also available.

### Horticultural Science Minor Requirements

20 hours: HRT 2100 (Introduction to Horticultural Science) and 16 additional hours selected from CIT and HRT. HRT 1000 may not be used for the minor.

### Citrus and Horticultural Science

### Citrus and Horticultural Science Major Requirements

**A. General Education Requirements** ........................................................................**40 hours**

**B. Major Requirements** ..................................................................................**60–65 hours**

| | | |
|---|---|---|
| BIO 1500 | Biology I: Biological Essentials | |
| BIO 1501 | Current Perspectives in Biology (FTIC only) | |
| BIO 1600 | Biology II: Biological Diversity | |
| BIO 4150 | Plant Anatomy and Physiology | |
| CHE 1011 | Chemical Foundations for the Biological Sciences *OR* | |
| CHE 1111 | Principles of Chemistry I | |
| CIT 4303 | Citrus Pest and Disease Management | |
| HRT 2100 | Introduction to Horticultural Science | |
| HRT 3301 | Soil Science | |
| HRT/BIO 3302 | Plant Nutrition | |

One of the following courses not included in the concentration:

| | |
|---|---|
| BIO 3700 | Genetics |
| CIT 3302 | Citrus Grove Management |
| HRT 3326 | Tropical and Temperate Fruits |
| HRT 4320 | Special Topics in Horticulture |

Four-six hours from the following courses:

| | |
|---|---|
| CIT 4999 | Citrus Production and Business Practices |
| ***OR*** | |
| BIO 4460 | Intro to Ecology Research *AND* |
| BIO 4461/4462 | Research: Ecology |
| ***OR*** | |
| BIO 4560 | Intro to Molecular Biology Research *AND* |
| BIO 4561/4562 | Research: Molecular Biology |

Select at least one of the following concentrations:

**Biotechnology** (**20 hours**)

| | |
|---|---|
| BIO 2280 | Applied Microbiology |

| BIO 3700 | Genetics |
| BIO 3720 | Techniques in Nucleic Acid Research |
| BIO 3725 | Techniques in Cloning |
| MAT 2032 | Biostatistics |
| *OR* | |
| MAT 2022 | Elementary Statistics *AND* |
| MAT 2027 | Transition to Biostatistics |

Four semester hours chosen from:

| BIO 3750 | Techniques in Tissue Culture |
| BIO 3770 | Bioinformatics |
| BIO 4240 | Seminar in Biotechnology |
| HRT 4320 | Special Topics in Horticulture (with departmental approval) |

**Business** (**20 hours; earns a minor in business administration**)

| ACC 2111 | Foundations of Financial Accounting |
| BUS 2217 | Principles of Management |
| BUS 3160 | Marketing Principles |
| BUS 3311 | Legal Environment of Business |
| ECO 2205 | Principles of Microeconomics |

**Citrus** (**22 hours**)

| BUS 3160 | Marketing Principles |
| CIT 3301 | Introduction to Citrus |
| CIT 3302 | Citrus Grove Management |
| CIT 3313 | Citrus Post-harvest Practices |
| ECO 2205 | Principles of Microeconomics |
| HRT 4960 | Internship |

**Pre-Graduate Studies** (**20 hours**)

| CHE 1112 | Principles of Chemistry II |
| CHE 2231 | Organic Chemistry I |
| CHE 2251 | Organic Chemistry I Laboratory |
| MAT 2032 | Biostatistics |
| *OR* | |
| MAT 2022 | Elementary Statistics *AND* |
| MAT 2027 | Transition to Biostatistics |

Eight hours chosen from:

| BIO 3362 | Biochemistry: Molecular Biology |
| BIO 3700 | Genetics |
| CHE 2232 | Organic Chemistry II *AND* |
| CHE 2252 | Organic Chemistry II Laboratory |
| MAT 2050 | Applied Calculus |
| PHY 2010 | General Physics I (Algebra Based) |

**C. Bachelor of Science Degree Requirements** ............................................................ **12 hours**

**D. Electives** ........................................................................................................................ **7–12 hours**

**E. Total** .................................................................................................................................. **124 hours**

# COMMUNICATION

A degree in communication prepares students for the dynamic and changing field of communication by offering a challenging academic program that prepares students for the professional world or graduate school. The program gives students the opportunity for hands-on experience while they explore and apply the theoretical underpinnings of the discipline. Graduates of the communication program are conscientious and critical consumers and producers of mediated and professional communication. Communication majors graduate prepared with the skills and knowledge to excel across a broad spectrum of careers, including advertising, public relations, print and broadcast journalism, law, education, and business. Students are also prepared to continue their education in graduate programs across a range of disciplines.

### Communication Concentrations

Students majoring in communication may choose from one or more of the following concentrations:

- **Advertising and Public Relations** focuses on the development, creation, and placement of messages and how consumers process messages, as well as on the professional development of relationships with internal and external target audiences, crisis management, brand management, and promotion.

- **Multimedia Journalism** focuses on writing, reporting, and producing stories in a variety of forms and through various media, as well as on the professional and ethical decisions journalists face during the storytelling process.

- **Interpersonal and Organizational Communication** focuses on the interpersonal and behavioral elements of communication in a variety of settings and prepares students to communicate effectively across diverse populations and develop the knowledge and skills necessary to be a competent leader.

- **Digital Media** focuses on creative problem solving through media design and technology targeting interactive environments, with emphasis on constructing a media theory base with the intent to conceptualize, prototype, develop, and measure the impact of interactive media content.

### Progress Requirements

Communication majors are required to complete either a senior project or a three-hour internship. Internships are typically completed during the senior year. Requirements of the internship include completion of all 3000-level concentration courses, a 2.0 cumulative grade point average, application, and permission of the internship coordinator. Interns must have their own transportation.

Only courses in which grades of C or higher are earned may count toward the major or minor in the degree programs.

### Communication Minor Requirements

Twenty hours of COM courses, including COM 1500.

### Communication Major Requirements

**A. General Education Requirements .........................................................................40 hours**

**B. Major Requirements.........................................................................................42–46 hours**

Twenty-two hours in the core Communications major.

| COM 1100 | Introduction to Communication |
| COM 1500 | Fundamentals of Speech |

| COM 2100 | Mass Media and Society |
| COM 4550 | Communication Research |
| COM 4500 | Communication Law and Ethics *OR* |
| COM 4999 | Speech and Mass Communication Theory |
| COM 3955 | Professional Development for Communication Careers *AND* |
| COM 4960/4961 | Communication Internship |

*OR*

| COM 4900 | Senior Project |

Select at least one of the following concentrations:

**Advertising and Public Relations**

| COM 1101 | Media Foundations |
| COM 2400 | Principles of Advertising and Public Relations |
| COM 2500 | Visual Communication |
| COM 3410 | Advertising Creative *OR* |
| COM 4350 | Public Relations Strategies |
| COM 3420 | Advertising Writing *OR* |
| COM 3450 | Public Relations Writing |
| COM 4400 | Advertising and Public Relations Campaigns |

**Digital Media**

| ART 2115 | Storytelling for the Screen |
| ART 2225 | Usability |
| ART 2230 | Media Analytics |
| ART 3365 | Documentary Filmmaking |
| COM 1101 | Media Foundations |
| COM 3360 | Online Media |

Choose one of the following:

| COM 3370 | Photojournalism |
| COM 3410 | Advertising Creative |
| CSC 3350 | Computer Game Design |

**Interpersonal and Organizational Communication**

| COM 2250 | Interpersonal Communication |
| COM 2270 | Intercultural Communication |
| COM 3210 | Organizational Communication |
| COM 3900 | Special Topics in Communication |
| COM 2260 | Small Group Communication *OR* |
| COM 3200 | Persuasion |

**Multimedia Journalism**

| COM 2101 | News Media Practicum I |
| COM 2102 | News Media Practicum II |
| COM 2110 | Media Writing |
| COM 3300 | News and Feature Writing |
| COM 3320 | Introduction to Broadcast Journalism |
| COM 3360 | Online Media |
| COM 4300 | News Media Projects |

Choose four hours from the following:

| ART 3365 | Documentary Filmmaking |

| COM 2500 | Visual Communication |
| COM 3340 | Advanced Video Production |
| COM 3353 | Editing for Media |
| COM 3355 | Publication Design and Production |
| COM 3370 | Photojournalism |

**C. Bachelor of Arts Degree Requirements**.................................................................**20 hours**
   *OR*

**D. Bachelor of Science Degree Requirements** ........................................................**12 hours**

**E. Electives** ................................................................................................................**18–30 hours**

**F. Total**......................................................................................................................**124 hours**

# COMPUTER SCIENCE

Perhaps no field in human history has experienced the rapid growth and change that are the hallmarks of computer science. Computers have achieved ubiquity in little more than a generation, and that trend shows no signs of abating. Technologies such as robotics and 3D printing, while already exciting, are still in their infancies and will continue to evolve and astound. The future holds development of yet unimagined devices and algorithms that will transform lives.

The Florida Southern College Computer Science major provides both breadth and depth in computer science fundamentals and practical applications in a curriculum that is based on the latest guidelines from the ACM and IEEE, the preeminent professional societies in computing. Our students master recurring themes and general principles of the field, preparing them for lifelong learning, essential in a constantly changing discipline. Recent graduates have joined outstanding companies such as Lockheed Martin, FedEx, and Publix Super Markets Inc.

Students enjoy small classes, highly qualified faculty who are committed to teaching and undergraduate research, and modern computing laboratories. In addition to providing a sound theoretical base, the coursework emphasizes important skills such as collaborative problem solving and effective communication through projects in areas such as cybersecurity, computer game design, artificial intelligence, and software engineering. Internships may provide additional real-world experience.

The computer science program offers both B.S. and B.A. degrees with a major in computer science. A minor in computer science is also available.

### Computer Science Minor Requirements

Eight hours in core computer science courses:

| CSC 2280 | Introduction to Computer Science |
| CSC 2290 | Object-Oriented Programming *AND* |

Twelve hours of 3000-level or higher CSC courses

**Total Hours in the Minor** .........................................................................................................**20**

### Computer Science Major Requirements

**A. General Education Requirements** .......................................................................**40 hours**

**B. Major Requirements**.............................................................................................**66 hours**

Thirty four hours in core computer science courses:

| CSC 1980 | Exploring Computer Science |
| CSC 2280 | Introduction to Computer Science |
| CSC 2290 | Object-Oriented Programming |
| CSC 3280 | Data Structures |

| | | |
|---|---|---|
| CSC 3310 | Computer Organization and Architecture | |
| CSC 3380 | Analysis of Algorithms | |
| CSC 3400 | Software Engineering | |
| CSC 4410 | Operating Systems & Concurrency | |
| CSC 4899 | Senior Project | |

Twelve-hours of computer science concentration selected from the following sequences:

**Artificial Intelligence and Machine Learning**

| | |
|---|---|
| CSC 3510 | Introduction to Artificial Intelligence |
| CSC 3520 | Machine Learning |
| CSC 4510 | Advanced Topics in Artificial Intelligence |

**Web and Cloud Computing**

| | |
|---|---|
| CSC 3610 | Introduction to Web Development |
| CSC 3620 | Web Application Architectures |
| CSC 4610 | Advanced Topics in Web Development |

**Cybersecurity**

| | |
|---|---|
| CSC 3810 | Principles of Computer Networking |
| CSC 3820 | Penetration Testing |
| CSC 4810 | Threat Detection Engineering *AND* |

Eight hours of computer science electives selected from list below (if not counted above)

*OR*

Twenty hours of computer science electives (no concentration) selected from the following:

| | |
|---|---|
| CSC 3340 | Database Management Systems |
| CSC 3350 | Computer Game Design |
| CSC 3510 | Introduction to Artificial Intelligence |
| CSC 3520 | Machine Learning |
| CSC 3610 | Introduction to Web Development |
| CSC 3620 | Web Application Architectures |
| CSC 3810 | Principles of Computer Networking |
| CSC 3820 | Penetration Testing |
| CSC 3951 | Computer Science Research I |
| CSC 4510 | Advanced Topics in Artificial Intelligence |
| CSC 4610 | Advanced Topics in Web Development |
| CSC 4640 | Selected Topics in Computer Science |
| CSC/MAT 4645 | Selected Topics in Computer Science and Mathematics |
| CSC 4810 | Threat Detection Engineering |
| CSC 4952 | Computer Science Research II |
| CSC 4960 | Internship in Computer Science |
| MAT 2312 | Calculus II with Plane Analytic Geometry |

Twelve hours of mathematics:

| | |
|---|---|
| MAT 2022 | Elementary Statistics *OR* |
| MAT 2032 | Biostatistics |
| CSC/MAT 2100 | Discrete Structures |
| MAT 2311 | Calculus I with Plane Analytic Geometry |

**C.  Bachelor of Arts Degree Requirements ................................................................. 20 hours**
    *OR*

**D.  Bachelor of Science Degree Requirements .......................................................... 12 hours**

**E. Electives** ..................................................................................................**0–6 hours**

**F. Total** ..................................................................................................**124–126 hours**

## CRIMINOLOGY

Criminology offers two degrees: the Bachelor of Science in Criminology and the Bachelor of Arts in Criminology; a minor requires 20 hours in criminology.

Students will gain the ability to understand social policy, to critically assess proposed programs, and to recognize the complexity of crime-related issues, creating solutions, rather than relying on failed programs of the past. Criminology majors explore theoretical causes of crime, as well as practically apply concepts learned to real world situations in advanced courses. Students analyze situations, evaluate their causes, and recommend solutions. Criminology majors gain skills in analytical and critical thinking in understanding human behavior at the individual, group, and societal levels, as well as competency in addressing cultural and social issues and solving crime problems. The criminology experience focuses on engaged, active, and service learning in diverse applications both in and out of the classroom, offering students opportunities to become involved in community and campus projects and programs; research projects; the use of instructional technology including data management and data analysis; group projects, discussions and presentations; and internships. Talented instructors from the community, who currently are or have been employed in a variety of criminology-related careers, support academic faculty members. Because the criminology program is based in the broad, liberal arts tradition, students have a wide variety of career choices and gain academic preparation for a number of advanced degrees. Advising is designed to reflect student interests and individual career paths. A diversity of internships is available in both the public and private sectors, including administration/management, education, social work/counseling, non-profit agencies, and criminal justice. Most criminology graduates go to local, state, or federal agencies, while some continue their schooling at criminal justice agencies, law schools, or graduate schools.

### Criminology Minor Requirements

The Minor in criminology requires 20 hours of CRM courses.

### Criminology Major Requirements

**A. General Education Requirements** ........................................................**40 hours**

**B. Major Requirements** ............................................................................**52 hours**

| | |
|---|---|
| CRM 2280 | Introduction to Criminal Justice |
| CRM 3340 | Criminology |
| CRM 3350 | Policing in American Society |
| CRM/SOC 4420 | Methods of Social Research |
| CRM/PSY 4430 | Criminalization of Mental Illness |
| CRM 4440 | Judicial Processes |
| CRM 4450 | Corrections and Rehabilitation |
| CRM 4960 | Criminology Practicum |
| CRM 4999 | Seminar in Criminology |
| MAT 2022 | Elementary Statistics |
| PHI 2204 | Ethics |

Choose 8 hours among the following courses:

| | |
|---|---|
| COM/SOC 2270 | Intercultural Communication |
| CRM/SOC 3303 | Sociology of Deviant Behavior |
| CRM/SOC 3305 | Race, Culture, and Human Relations |
| CRM 3310 | Crime Scene Investigation |

| | | |
|---|---|---|
| CRM 3360 | Juvenile Delinquency | |
| CRM/SOC 3855 | Selected Topics in Criminology/Sociology | |
| SOC/WST 2220 | Marriage and Family | |

**C. Bachelor of Arts Degree Requirements**................................................................**20 hours**
   *OR*
**D. Bachelor of Science Degree Requirements** .........................................................**12 hours**
**E. Electives** ...........................................................................................................**12–20 hours**
**F. Total**.......................................................................................................................**124 hours**

## DANCE

The dance program at Florida Southern College provides students with a 21st-century dance education that emphasizes technical training, creative exploration and expression, compositional skills, and performance while providing professional preparation for a variety of careers in dance as artists, educators, and scholars. Grounded in FSC's commitment to engaged learning, importance is placed on an individual's interaction with the world as a whole person, not just as an artist. Throughout the program, students also are provided with the tools and knowledge to take care of their personal well-being through anatomical and somatic study, encouraging long and healthy careers in the field of dance.

The B.F.A. in Dance Performance and Choreography provides intensive study in technique, as well as composition and theory. It is intended for the student who wishes to pursue a professional performance or creative career in dance. The degree also prepares the student to pursue an M.F.A., the terminal creative degree.

The B.A. in Dance Studies program provides students with a solid study in technique, composition, and theory while allowing flexibility for the student who intends to investigate and connect another area of interest with dance, and for students wishing to pursue dance outside the realms of performance and choreography, such as movement/dance therapy, education, arts administration, and sports medicine.

The Minor in Dance is a comprehensive 21-hour program designed for students who wish to stay involved in the art of dance, yet wish to pursue a degree program in another field.

Students must audition and be accepted into the B.F.A, or B.A programs. Auditions are also required for the Minor in Dance.

### Dance Minor Requirements

| | |
|---|---|
| DAN 1613–4613 | Ballet Technique I, II, III, IV* |
| DAN 1643–4643 | Modern Dance Technique I, II, III, IV* |
| DAN 1651 | Dance Improvisation |
| DAN 2661 | Choreography I |

*\*Must take a minimum of six credit hours in each technique.*
Additional three credit hours from the following:

| | |
|---|---|
| DAN 2613-4613 | Ballet Technique II, III, IV |
| DAN 2643-4643 | Modern Dance Technique II, III, IV |

Dance Electives: Three credit hours from the following:

| | |
|---|---|
| DAN 1600 | Dance Appreciation |
| DAN 2623 | Jazz Dance I |
| DAN 2651 | World Dance |
| DAN 2662 | Choreography II |
| DAN 2681 | Teaching Studio Dance |

| DAN 3615 | Ballet Variations |
| DAN 3623 | Jazz II |
| DAN 3671 | Dance History I |
| DAN 3672 | Dance History II |
| DAN 3691 | Dance Ensemble |
| THE 2630 | Beginning Tap I |
| THE 2631 | Beginning Tap II |
| THE 3630 | Intermediate Tap |

**Total Hours in the Minor**.......................................................................................................**21**

## B.A. in Dance Studies Major Requirements

**A. General Education Requirements** ........................................................................**40 hours**

**B. Major Requirements**.............................................................................................**52 hours**

| DAN 1613–4613 | Ballet Technique I, II, III, IV* |
| DAN 1643–4643 | Modern Dance Technique I, II, III, IV* |
| DAN 1651 | Dance Improvisation |
| DAN 2623 | Jazz Dance I |
| DAN 3623 | Jazz Dance II |
| DAN 2661 | Choreography I |
| DAN 2662 | Choreography II |
| DAN 3671 | Dance History I |
| DAN 3672 | Dance History II |
| DAN 3653 | Dance Practicum** |
| DAN 4990 | Senior Seminar |
| DAN 4999 | Senior Project |

*Must take a minimum of three credit hours at level III*

**Must take a minimum of one credit hour (two semesters)*

Additional requirements:

| EXS 2775 | Kinesiology |

Additional three credit hours from:

| DAN 2613–4613 | Ballet Technique II, III, IV |
| DAN 2643–4643 | Modern Dance Technique II, III, IV |

**C. Bachelor of Arts Degree Requirements**................................................................**20 hours**

**D. Electives**...............................................................................................................**12 hours**

**E. Total**....................................................................................................................**124 hours**

## B.F.A. in Dance Performance and Choreography Major Requirements

**A. General Education Requirements** ........................................................................**40 hours**

**B. Major Requirements**.............................................................................................**77 hours**

| DAN 1613–4613 | Ballet Technique I, II, III, IV* |
| DAN 1643–4643 | Modern Dance Technique I, II, III, IV* |
| DAN 1651 | Dance Improvisation |
| DAN 2623 | Jazz Dance I |
| DAN 3623 | Jazz Dance II |
| DAN 2661 | Choreography I |
| DAN 2662 | Choreography II |

| DAN 3663 | Choreography III |
| DAN 3671 | Dance History I |
| DAN 3672 | Dance History II |
| DAN 3653 | Dance Practicum** |
| DAN 4990 | Senior Seminar |
| DAN 4999 | Senior Project |

*Must take a minimum of three credit hours at level IV*
**Must take a minimum of two credit hours (four semesters)*

Additional requirements:

| EXS 2775 | Kinesiology |
| MUS 1163 | Explorations in Music and Dance *OR* |
| MUS 1165 | Great Works of Music |
| THE 1214 | Acting for the Non-Actor |

Dance Electives: Choose four credit hours from:

| DAN 2651 | World Dance |
| DAN 2681 | Teaching Studio Dance |
| DAN 3615 | Ballet Variations |
| DAN 3691 | Dance Ensemble |
| THE 2630 | Beginning Tap I |
| THE 2631 | Beginning Tap II |
| THE 3630 | Intermediate Tap |

**D. Electives ....................................................................................................................7 hours**

**E. Total.......................................................................................................................124 hours**

## ECONOMICS AND FINANCE

The economics and finance major is designed to provide an interdisciplinary education with the purpose of addressing the theoretical underpinnings of economic decisions as well as the practical applications to finance. This program will help students develop both quantitative and qualitative reasoning skills while helping them learn how to apply those to the field of finance.

The program will help prepare students to compete in the job market along a variety of career paths, from financial services and analysis to government service, as well as graduate programs in economics, finance, and business.

### Progress Requirements

Students anticipating graduate study are advised to enroll in additional quantitative courses and other appropriate electives.

### Economics Minor Requirements

The Minor in economics requires 20 hours of economics coursework.

### Economics and Finance Major Requirements

**A. General Education Requirements ........................................................................40 hours**

**B. Major Requirements..............................................................................................62 hours**

| ACC 2111 | Foundations of Financial Accounting |
| ACC 2112 | Foundations of Managerial Accounting |
| BUS 1115 | The Dynamics of Business and Free Enterprise |
| BUS 2220 | Microsoft Excel for Business |

| BUS 3453 | Managerial Finance |
|---|---|
| BUS 3960 | Professional Development |
| BUS 4188 | Investments |
| BUS 4960/4961 | Business Administration Internship |
| ECO 2205 | Principles of Microeconomics |
| ECO 2207 | Principles of Macroeconomics |
| ECO 3305 | Microeconomic Theory |
| ECO 3307 | Macroeconomic Theory |
| ECO/BUS 3320 | Applied Statistics of Business and Economics |
| MAT 2050 | Applied Calculus *OR* |
| MAT 2311 | Calculus I with Plane Analytic Geometry |

Twelve hours in electives selected from the following, at least four coming from each category:

**Finance Electives**

| BUS 3670 | Financial Risk Management |
|---|---|
| BUS 3888 | Principles of Real Estate Analysis and Valuation |
| BUS 4205 | Spreadsheet Modeling and Quantitative Business Decisions |
| BUS 4255 | International Financial Management |
| BUS 4425 | CFA Level 1 Prep |
| BUS 4430 | Business Ethics, Communication, and Risk Management |
| BUS 4960/4961 | Business Administration Internship |

**Economics Electives**

| ECO 3308 | Monetary Economics |
|---|---|
| ECO 3319 | Labor Economics |
| ECO 3345 | Economics and the Environment |
| ECO 4100 | Law and Economics |
| ECO 4200 | Humanomics |
| ECO 4406 | Public Economics |
| ECO 4407 | International Trade and Finance |
| ECO 4415 | Industrial Organization |
| ECO 4550 | Comparative Economics Institutions |
| ECO 4999 | Contemporary Issues in Economics |

**C. Bachelor of Science Degree Requirements** ...........................................................**12 hours**

**D. Electives** ....................................................................................................................**10 hours**

**E. Total** .........................................................................................................................**124 hours**

## EDUCATION

Florida Southern College offers teacher education programs in Elementary Education K–6, Art Education K–12, Music Education K–12, Secondary Biology 6–12, Secondary English 6–12, Secondary Mathematics 6–12, and Social Sciences 6–12. These programs are approved by the Florida Department of Education to satisfy the educational requirements for the baccalaureate degree and initial professional teacher certification in Florida. State-mandated approved program changes are usually modest; however, prospective education students may expect changes to program requirements during their academic careers. Every effort will be made to assist students in completing program requirements within the normal four-year baccalaureate period. Florida Southern College offers state approved teacher education programs and is accountable to the Florida Department of Education for meeting all mandated general education, professional edu-

cation, and specialization requirements. The School of Education not only offers certificate-seeking programs for state of Florida certification, it is also home to the Roberts Academy and Roberts Center for Learning and Literacy, and FSC Early Learning Preschool Lab. Students in School of Education will be engaged in a variety of field study experiences on and off campus including the schools in the Polk County Public Schools and the FSC lab schools.

## School of Education Admission Requirements

Students who intend to study in any of the teacher education programs at Florida Southern must apply for admission to the program after completion of all program admission requirements. All students must pass the General Knowledge Test prior to enrolling in EDU 3323. Transfer students must apply for and be admitted to the teacher education program before enrolling in upper division classes. Application forms are available in the School of Education. The application deadline for each fall semester is March 15. The spring deadline is October 15.

Students who meet the following criteria are eligible for admission to teacher candidacy:

1. Submit a School of Education Application for Admission.
2. Provide a recent and professional photo.
3. Pass all four sections of the General Knowledge Test (GKT).
4. Earn an overall cumulative grade point average of at least 2.5 on a 4.0 scale for all undergraduate studies.
5. Earn a grade of C or better in all Education courses.
6. Obtain fingerprint/background clearance check from the Polk County School Board.
7. Complete the Academic Interest Inventory at FSC.
8. Successfully complete EDU 1107 Foundations of Education I and EDU 2200 Field Study I.

## Transfer Students

Transfer students beyond the sophomore year must meet all teacher education admission requirements before enrollment in professional education classes. Failure to pass all four sections of General Knowledge Test in that semester will prevent the student from enrolling in professional education courses until the General Knowledge Test requirement is met.

## Special Requirements

Education majors must attend a minimum of one lecture per semester of the Distinguished Lecture Series hosted by The Roberts Center for Learning and Literacy.

## Student Profiles

Students must maintain an electronic portfolio using the required software per the FSC School of Education.

## Field Studies Courses *(refer to the specific program descriptions below)*

**Requirements:** Weekly attendance and approved fingerprints/background clearance check by the Polk County School District. Must pass GKT prior to enrolling in EDU 3323.

**Elementary:** All elementary education majors will take EDU 2200, EDU 3323, and EDU 4400 following the appropriate four-year degree schedule or transfer schedule. The director of field studies will assign education majors to one of the Polk County Public Schools. Field-study students will report to the assigned school for the full-day on Tuesday of each week. Field-study

students are responsible for providing their own transportation. A grade of C or better must be obtained in all three field study courses for a teacher education candidate to be accepted for senior internship.

**Secondary:** All secondary education majors are required to take EDU 2200 and EDU 3323. The director of field studies will assign secondary education majors to the Polk County Public Schools. Secondary education students will be assigned a placement in their major field of study (English, mathematics, etc.). Field-study students are responsible for providing their own transportation. A grade of C or better is required to take the next level of field studies experiences. A grade of W or F will result in the course being repeated until a grade of C or better is obtained. A passing grade must be obtained in both sections of field experiences for a teacher education candidate to be accepted for the senior internship

### Senior Internship

Prerequisites for the 12-credit senior internship semester are

1. Submit School of Education Internship Application by September 15 for spring internships and February 15 for all fall internships.
2. Submit official score reports with passing scores on all parts of the FTCE.
3. Complete all required courses for the Education major.
4. Earn a grade of C or better in all professional education courses.
5. Earn a minimum grade point average of 2.5 on a 4.0 scale.
6. Submit approved fingerprint/background check conducted by the Polk County School District.

All approved senior interns will enroll in a senior internship course in the Polk County School District. The senior intern is responsible for providing transportation to the assigned school. The assignment will represent the major certification area of the candidate. The student will be under the direction of a Florida certified teacher who has received clinical supervision training and the recommendation of the school principal as a highly qualified teacher. A grade of C or better is required to pass the Senior Internship and meet state of Florida certification requirements. Education majors are required to pass all three Florida Teacher Certification Exams prior to the Senior Internship deadline dates for each semester (GKT: no later than the end of sophomore year; SAE and PED: no later than the end of junior year).

### Elementary Education Major Requirements

**A. General Education Requirements ........................................................................40 hours**

**B. Major Requirements..............................................................................................67 hours**

| EDU 1107 | Foundations of Education I |
| EDU 2200 | Field Study Level I |
| EDU 2203 | Foundations of Education II |
| EDU 2210 | Foundations in Special Education |
| EDU 2235 | Methods of Assessment |
| EDU 2240 | Teaching Language Arts Level I |
| EDU 2241 | Clinical Experience in Literacy Instruction |
| EDU 3279 | Foundations of ESOL I |
| EDU 3323 | Field Study Level II |
| EDU 3333 | Foundations of Education III |
| EDU 3339 | Instructional Methods I: Mathematics in the Elementary School |

| EDU 3343 | Children's Literature |
| EDU 3347 | Teaching Language Arts II |
| EDU 3370 | Differentiated Instruction of Reading for Elementary Students |
| EDU 4400 | Field Study Level III |
| EDU 4407 | Instructional Methods II: Social Studies in the Elementary School |
| EDU 4409 | Instructional Methods III: Science in the Elementary School |
| EDU 4478 | Applied Linguistics–ESOL II |
| EDU 4889 | Student Teacher Intern Seminar |
| EDU 4990 | Senior Internship |

**C. Bachelor of Arts Degree Requirements ................................................20 hours**
   *OR*
**D. Bachelor of Science Degree Requirements ...........................................12 hours**
**E. Electives ....................................................................................................0–5 hours**
**F. Total..........................................................................................................124–127 hours**

## Art Education (B.A. or B.S.)

The Department of Art and Art History in conjunction with the School of Education offers the B.A. or B.S. degree in art education. The program provides challenging, professional-level undergraduate course work for talented, motivated young artists. Students develop skills, explore concepts, and are prepared to teach art.

Small classes are taught by top professionals, and students enjoy working relationships with professors in a nurturing environment. Art classes are held in eight fully equipped studio classrooms—each dedicated to a specific discipline: painting, figure drawing, printmaking, graphic design, photography, sculpture, ceramics, and design.

### Art Education Major Requirements

**A. General Education Requirements.......................................................40 hours**
**B. Major Requirements**
   **Art Requirements...........................................................................see page 96**
   **Education Requirements ...............................................................34 hours**

| EDU 1107 | Foundations of Education I |
| EDU 2200 | Field Study Level I |
| EDU 2203 | Foundations of Education II |
| EDU 2210 | Foundations in Special Education |
| EDU 2235 | Methods of Assessment |
| EDU 3279 | Foundations of ESOL I |
| EDU 3323 | Field Study Level II |
| EDU 3333 | Foundations of Education III |
| EDU 4400 | Field Study Level III *Elementary Education Art students only* |
| EDU 4454 | Special Methods in Education |
| EDU 4457 | Reading and Writing in the Content Areas in the Secondary School |
| EDU 4889 | Student Teacher Intern Seminar |
| EDU 4990 | Senior Internship |

**C. Bachelor of Arts Degree Requirements................................................20 hours**
   *OR*
**D. Bachelor of Science Degree Requirements...........................................12 hours**

## Music Education (B.A. or B.S.)

Approved by the Florida Department of Education to satisfy the educational requirements for the baccalaureate degree and initial teacher certification in Florida, the Bachelor of Music Education degree prepares a student to enter a professional teaching career in the K–12 setting, vocal and instrumental. Through a rigorous and comprehensive music education curriculum that includes courses in conducting, pedagogy, and technology, extensive field studies as well as professional education courses, students learn to structure and apply music for meaningful and effective class and ensemble instruction. Students must earn a grade of C or better in all music education, professional education, and conducting courses.

### Bachelor of Music Education Major Requirements

**A. General Education Requirements ......................................................................... 40 hours**

**B. Major Requirements**

   **Music Requirements ......................................................................................... see page 156**

   **Education Requirements ........................................................................................ 34 hours**

| | |
|---|---|
| EDU 1107 | Foundations of Education I |
| EDU 2200 | Field Study Level I |
| EDU 2203 | Foundations of Education II |
| EDU 2210 | Foundations in Special Education |
| EDU 2235 | Methods of Assessments |
| EDU 3279 | Foundations of ESOL I |
| EDU 3323 | Field Study Level II |
| EDU 3333 | Foundations of Education III |
| EDU 4454 | Special Methods in Education |
| EDU 4457 | Reading and Writing in the Content Areas in the Secondary School |
| EDU 4889 | Student Teacher Intern Seminar |
| EDU 4990 | Senior Internship |

**C. Bachelor of Arts Degree Requirements................................................................. 20 hours**
   *OR*

**D. Bachelor of Science Degree Requirements........................................................... 12 hours**

## Secondary Biology Education

Approved by the Florida Department of Education to satisfy the educational requirements for the baccalaureate degree and initial teacher certification in Florida, the Bachelor of Secondary Biology Education degree prepares a student to enter a professional teaching career in the 6–12 school setting. This is accomplished through a rigorous and comprehensive Biology and education curriculum that includes courses for the Biology major, teaching methods, technology, and clinical studies.

**A. General Education Requirements ......................................................................... 40 hours**

**B. Major Requirements**

   **Biology Requirements ...................................................................................... see page 101**

   **Education Requirements ........................................................................................ 34 hours**

| | |
|---|---|
| EDU 1107 | Foundations of Education I |
| EDU 2200 | Field Study Level I |
| EDU 2203 | Foundations of Education II |
| EDU 2210 | Foundations in Special Education |
| EDU 2235 | Methods of Assessment |

| EDU 3279 | Foundations of ESOL I |
| EDU 3323 | Field Study Level II |
| EDU 3333 | Foundations of Education III |
| EDU 4454 | Special Methods in Education |
| EDU 4457 | Reading and Writing in the Content Areas in the Secondary School |
| EDU 4889 | Student Teacher Intern Seminar |
| EDU 4990 | Senior Internship |

**C. Bachelor of Science Degree Requirements..............................................................12 hours**

## Secondary English Education

Approved by the Florida Department of Education to satisfy the educational requirements for the baccalaureate degree and initial teacher certification in Florida, the Bachelor of Secondary English Education degree prepares a student to enter a professional teaching career in the 6–12 school setting. This is accomplished through a rigorous and comprehensive English and education curriculum that includes courses for the English major, teaching methods, technology, and clinical studies

**A. General Education Requirements........................................................................40 hours**

**B. Major Requirements**

   **English Requirements.......................................................................see page 129**

   **Education Requirements ...........................................................34–44 hours**

| EDU 1107 | Foundations of Education I |
| EDU 2200 | Field Study Level I |
| EDU 2203 | Foundations of Education II |
| EDU 2210 | Foundations in Special Education |
| EDU 2235 | Methods of Assessment |
| EDU 3279 | Foundations of ESOL I |
| EDU 3323 | Field Study Level II |
| EDU 3333 | Foundations of Education III |
| EDU 4454 | Special Methods in Education |
| EDU 4457 | Reading and Writing in the Content Areas in the Secondary School |
| EDU 4889 | Student Teacher Intern Seminar |
| EDU 4990 | Senior Internship |

**C. Bachelor of Arts Degree Requirements..................................................................20 hours**

### Special Programs Teacher Certification

Students who meet both the requirements for an English major and the professional courses and other degree requirements specified by the School of Education will meet the certification requirements for teaching English in the state of Florida. Students may pursue the state of Florida ESOL endorsement by completing the courses listed below, earning a C or better.

| EDU 4478 | Applied Linguistics–ESOL II |
| EDU 4483 | ESOL Curriculum and Materials |
| EDU 4484 | Cross Cultural Communication and Understanding |
| EDU 4486 | Testing and Evaluation in ESOL |

## Secondary Mathematics Education

Approved by the Florida Department of Education to satisfy the educational requirements for the baccalaureate degree and initial teacher certification in Florida, the Bachelor of Secondary

Mathematics Education degree prepares a student to enter a professional teaching career in the 6–12 school setting. This is accomplished through a rigorous and comprehensive mathematics and education curriculum that includes courses for the Mathematics major, teaching methods, technology, and clinical studies.

**A. General Education Requirements** ........................................................................**40 hours**

**B. Major Requirements**

    **Mathematics Requirements** ...........................................................................**see page 147**

    **Education Requirements** ....................................................................................**34 hours**

| | |
|---|---|
| EDU 1107 | Foundations of Education I |
| EDU 2200 | Field Study Level I |
| EDU 2203 | Foundations of Education II |
| EDU 2210 | Foundations in Special Education |
| EDU 2235 | Methods of Assessment |
| EDU 3279 | Foundations of ESOL I |
| EDU 3323 | Field Study Level II |
| EDU 3333 | Foundations of Education III |
| EDU 4454 | Special Methods in Education |
| EDU 4457 | Reading and Writing in the Content Areas in the Secondary School |
| EDU 4889 | Student Teacher Intern Seminar |
| EDU 4990 | Senior Internship |

**C. Bachelor of Arts Degree Requirements**................................................................**20 hours**
    *OR*

**D. Bachelor of Science Degree Requirements**..........................................................**12 hours**

## Secondary Social Science Education

Approved by the Florida Department of Education to satisfy the educational requirements for the baccalaureate degree and initial teacher certification in Florida, the Bachelor of Secondary Social Science Education degree prepares a student to enter a professional teaching career in the 6–12 school setting. This is accomplished through a rigorous and comprehensive social science/history and education curriculum that includes courses for the Social Science major, teaching methods, technology, and clinical studies.

**A. General Education Requirements** ........................................................................**40 hours**

**B. Major Requirements**

    **Social Science Requirements** ..........................................................................**see page 176**

    **Education Requirements** ....................................................................................**34 hours**

| | |
|---|---|
| EDU 1107 | Foundations of Education I |
| EDU 2200 | Field Study Level I |
| EDU 2203 | Foundations of Education II |
| EDU 2210 | Foundations in Special Education |
| EDU 2235 | Methods of Assessment |
| EDU 3279 | Foundations of ESOL I |
| EDU 3323 | Field Study Level II |
| EDU 3333 | Foundations of Education III |
| EDU 4454 | Special Methods in Education |
| EDU 4457 | Reading and Writing in the Content Areas in the Secondary School |

| EDU 4889 | Student Teacher Intern Seminar |
|---|---|
| EDU 4990 | Senior Internship |

**C. Bachelor of Arts Degree Requirements**..................................................................**20 hours**
   *OR*

**D. Bachelor of Science Degree Requirements**..........................................................**12 hours**

## ENGLISH

An English major typically seeks intellectual growth; prefers independent work and study; is creative; is disciplined; values integrity; has a strong imagination; enjoys reading, thinking, and writing. English majors sharpen their reading skills—their observational and analytical acuity. They improve their writing skills—the ability to shape words to communicate more effectively with others. And they enhance their thinking skills—the ability to recognize problems and solve them creatively.

Our goals are to help majors develop the resources and methods needed to pursue independent inquiries and enjoy a lifelong appreciation for the value of the written word; and to sharpen their critical skills in written and oral expression as they read, analyze, and evaluate representative works of American, English, and other world literature in their cultural and historical perspectives.

We offer a range of special topics and interdisciplinary courses in addition to an already impressive range of courses. The program sponsors a number of public readings from professional poets and writers; we also offer events such as World Poetry Day that allow students to share their own work. The program annually presents the Ryals Award for outstanding poetry and short fiction by a student. Students can become involved in numerous organizations, such as *Cantilevers* (the FSC literary magazine) or Sigma Tau Delta (the international English honor society). In addition, the FSC Writing Center offers opportunities to those students who want to acquire practical experience as tutors on all levels. We also have intern programs in the public schools for English majors in secondary education. Moreover, some students, in consultation with their advisors, create internships in the business community to meet their individual career goals.

Our graduates enter the work force with a full range of marketable skills: listening and reading acuity; clear, critical thinking; inventive expression; accurate writing; and persuasive speaking. Career opportunities for the English major abound in advertising, business writing and consulting, editing (for books and other media), fund raising and grant writing, journalism, teaching, and technical writing. English is also a natural pre-professional major for those who are planning to study business administration, law, or theology.

### English: Teacher Certification

Students who meet both the requirements for an English major and the professional courses and other degree requirements specified by the School of Education will meet the certification requirements for teaching English in the state of Florida. For Florida Professional Teacher Certification, English majors may complete an additional 10 semester hours in ESOL.

### Honors in the Major

The English program also offers an Honors in the Major option. The purpose of the program is to provide an opportunity for highly achieving students who are motivated and talented to do an in-depth investigation of an area of interest in consultation with a professor having expertise in that area. Please see the department chair during the first semester of your junior year for further information.

### Area Concentration Achievement Test (ACAT)

In the first or second semester of their senior year, all English majors will take the ACAT in Literature, which is a standardized exam covering various periods of English and American literature. Test scores will be distributed to the faculty, and students' performance on this test will be considered by all professors who write recommendations for job, graduate school, and professional school applications.

### English Minor Requirements

20 hours in English above the 1000-level, including at least one course at the 3000-level and at least one course at the 4000-level. CLEP credits may not be applied to the minor.

### English Major Requirements

The English program offers concentrations in literature and writing. Core requirements for both concentrations are the same. Each student who declares English as a major either should have a full-time member of the English faculty as an academic advisor or, if a student has a double major and an official advisor from that other major, he/she should also meet with a full-time member of the English department before registering for the next semester's classes.

### English Major Requirements: Literature Concentration

**A. General Education Requirements .......................................................................40 hours**

**B. Major Requirements..........................................................................................48 hours**

Core requirements for the English major:

| ENG 1130 | Introduction to English Studies |
| ENG 2305 | Masterpieces of World Literature |
| ENG 2309 | American Literature I: Pre-1600 to 1865 |
| ENG 2310 | American Literature II: 1865-Present |
| ENG 2313 | British Literature from the Medieval to the Neo-Classical |
| ENG 2314 | British Literature from the Romantic Era to the Post Modern |
| ENG 4999 | English Senior Seminar |

Four literature courses:

| ENG 3100 | Studies in Literary Theory |
| ENG 3304 | Major Authors |
| ENG 4303 | Studies in Literary Periods |
| ENG 4305 | Special Topics in Literature |

One 3000- or 4000-level English course chosen from:

| ENG 3100 | Studies in Literary Theory |
| ENG 3200 | Writing for Business |
| ENG 3217 | Creative Nonfiction Writing |
| ENG 3219 | Persuasive Writing |
| ENG 3235 | Creative Writing: Poetry |
| ENG 3236 | Creative Writing: Fiction |
| ENG 3263 | Rhetoric and Writing |
| ENG 3320 | Special Topics in Drama and Film |
| ENG 3370 | Literature by Women |
| ENG 4209 | Special Topics in Nonfiction |
| ENG 4303 | Studies in Literary Periods |
| ENG 4305 | Special Topics in Literature |

**C. Bachelor of Arts Degree Requirements**..............................................................**20 hours**

**D. Electives** .....................................................................................................................**16 hours**

**E. Total**.............................................................................................................................**124 hours**

#### English Major Requirements: Writing Concentration

**A. General Education Requirements** .......................................................................**40 hours**

**B. Major Requirements**...............................................................................................**48 hours**

Core requirements for the English major:

| | |
|---|---|
| ENG 1130 | Introduction to English Studies |
| ENG 2305 | Masterpieces of World Literature |
| ENG 2309 | American Literature I: Pre-1600 to 1865 |
| ENG 2310 | American Literature II: 1865-Present |
| ENG 2313 | British Literature from the Medieval to the Neo-Classical |
| ENG 2314 | British Literature from the Romantic Era to the Post Modern |
| ENG 4999 | English Senior Seminar |

Writing concentration requirements (5 courses total):

| | |
|---|---|
| ENG 3263 | Rhetoric and Writing |
| ENG 4209 | Special Topics in Nonfiction |

One of the following creative writing courses:

| | |
|---|---|
| ENG 3217 | Creative Nonfiction Writing |
| ENG 3235 | Creative Writing: Poetry |
| ENG 3236 | Creative Writing: Fiction |

One of the following multi-genre writing courses:

| | |
|---|---|
| ENG 3200 | Writing for Business |
| ENG 3219 | Persuasive Writing |

One additional 3000- or 4000-level ENG course, excluding internship

**C. Bachelor of Arts Degree Requirements**..............................................................**20 hours**

**D. Electives** .....................................................................................................................**16 hours**

**E. Total**.............................................................................................................................**124 hours**

## ENVIRONMENTAL STUDIES

Our use of natural resources impacts the environment on a local, regional, and global scale. The management of these resources, and the solutions needed to overcome complicated challenges, requires broad knowledge of multiple disciplines. With the environmental studies major, students study important issues directly related to the consequences of human action on the natural landscape, and gain insight and understanding of governmental and economic policies and historical precedents that led us to this point. Students gain experience in methods of communication necessary for bridging the gap between disparate fields, such as research science and governmental agencies. The interdisciplinary nature of this major will equip students with an extensive and broad background to enter into a career with governmental agencies, local ecological organizations, the forestry service, or other environmental groups.

Students may also enroll in the FSC–Duke University Cooperative 3+2 program. Students successfully complete their first three years at FSC and are accepted into either the Master of Environmental Management or the Master of Forestry program. The student will be awarded the appropriate bachelor's degree upon satisfactory completion of one year of study at Duke. Contact Dr. Eric Kjellmark for more information.

## Program Requirements

All environmental studies majors must earn a grade of C or better in all BIO courses and courses cross-listed with BIO.

## Special Requirements

Due to similarities in the programs, students majoring in environmental studies are not allowed to double major or minor in biology.

## Environmental Studies Minor Requirements

The Minor in Environmental Studies is designed to provide students with a fundamental background in scientific aspects of studying the environment. This minor can complement a number of majors where students would like to be knowledgeable of and active in environmental issues.

| | |
|---|---|
| BIO 1500 | Biology I: Biological Essentials |
| BIO 1600 | Biology II: Biological Diversity |
| BIO 2200 | Environmental Issues |
| BIO 2500 | Biology III: Ecology and Evolution |
| Choose one of the following | |
| BIO 2900 | Conservation Biology |
| BIO 3301 | Field Ecology |

**Total Hours in the Minor**...................................................................................................**20**

## Environmental Studies Major Requirements

**A.  General Education Requirements .......................................................40 hours**

**B.  Major Requirements...........................................................................68 - 69 hours**

| | |
|---|---|
| BIO 1500 | Biology I: Biological Essentials |
| BIO 1501 | Current Perspectives in Biology (FTIC only) |
| BIO 1600 | Biology II: Biological Diversity |
| BIO 2200 | Environmental Issues |
| BIO 2320 | Marine Microbiology *OR* |
| BIO 3710 | Microbiology |
| BIO 2500 | Biology III: Ecology and Evolution |
| BIO 2900 | Conservation Biology |
| BIO 3301 | Field Ecology |
| CHE 1011 | Chemical Foundations for the Biological Sciences *AND* |
| CHE 1013 | Environmental Chemistry Fundamentals |
| *OR* | |
| CHE 1111 | Principles of Chemistry I *AND* |
| CHE 1112 | Principles of Chemistry II |
| MAT 2022 | Elementary Statistics *OR* |
| MAT 2032 | Biostatistics |

28 hours selected from the following (at least 16 hours must be outside of the natural scienes; at least 12 hours must be at the 3000- or 4000-level) or other courses approved by the faculty and advisor:

**Natural Science**

| | |
|---|---|
| BIO 1520 | Introduction to Marine Biology |
| BIO 1820 | Oceanography |
| BIO 2520 | Biological Geography and GIS |

| | |
|---|---|
| BIO 3100 | Plant Taxonomy |
| BIO 3120 | Biology of Amphibians and Reptiles |
| BIO 3316 | Tropical Ecology |
| BIO 3700 | Genetics |
| BIO 4460 | Introduction to Ecology Research *AND* |
| BIO 4461/4462 | Research: Ecology |
| *OR* | |
| BIO 4560 | Introduction to Molecular Biology Research *AND* |
| BIO 4561/4562 | Research: Molecular Biology |
| *OR* | |
| BIO 4661/4662 | Site Specific Research in Biology (with departmental approval) |
| BIO 4960/4961 | Biology Internship |
| CHE 2231 | Organic Chemistry I *AND* |
| CHE 2251 | Organic Chemistry I Laboratory |
| CHE 2232 | Organic Chemistry II *AND* |
| CHE 2252 | Organic Chemistry II Laboratory |
| CHE 2335 | Analytical Chemistry |
| HRT 2100 | Introduction to Horticultural Science |
| HRT 3301 | Soil Science |
| PHY 2010 | General Physics I (Algebra Based) |
| *OR* | |
| PHY 2110 | General Physics I (Calculus Based) |
| PHY 2020 | General Physics II (Algebra Based) |
| *OR* | |
| PHY 2120 | General Physics II (Calculus Based) |

**Outside Natural Science**

| | |
|---|---|
| BIO 2214 | Disasters, Civilizations, and the Environment |
| BIO/REL 3378 | Dialogues in Science and Religion |
| BUS 2217 | Principles of Management |
| BUS 3311 | Legal Environment of Business |
| COM 2100 | Mass Media and Society |
| COM 2400 | Principles of Advertising and Public Relations |
| COM/SOC 2270 | Intercultural Communication |
| COM 3200 | Persuasion |
| COM 3450 | Public Relations Writing |
| COM 4350 | Public Relations Strategies |
| ECO 2205 | Principles of Microeconomics |
| ENG 3200 | Writing for Business |
| ENG 3217 | Creative Nonfiction Writing |
| ENG 3219 | Persuasive Writing |
| ENG 3263 | Rhetoric and Writing |
| ENG 4209 | Special Topics in Nonfiction (with advisor approval) |
| HIS 1300 | The Modern World |
| PHI 2204 | Ethics |
| PHI/REL 2219 | World Religion and Philosophies |
| POS 1115 | Methods for Political Science I |

|          |                                                 |
|----------|-------------------------------------------------|
| POS 2290 | Current Issues in American Politics             |
| POS 2295 | Methods for Political Science II                |
| POS 3323 | International Organizations                     |
| POS 3400 | Political Parties and Interest Groups           |
| POS 3500 | International Relations of the Developing World |
| SPA 1101 | First Semester Spanish                          |

**C. Bachelor of Arts Degree Requirements** ..............................................................20 hours

*OR*

**D. Bachelor of Science Degree Requirements** ......................................................12 hours

**E. Electives** ..................................................................................................................0–4 hours

**F. Total** ....................................................................................................................124–129 hours

## EXERCISE SCIENCE

Exercise science is the study of the body's response to exercise and requires an understanding of anatomy, kinesiology, health and fitness, biomechanics and exercise physiology. The exercise science major will prepare students to pursue direct entry jobs in cardiac rehabilitation, strength and conditioning, personal training, fitness center management, and health promotion. The major will also prepare students for graduate programs in physical therapy, occupational therapy, cardiac rehabilitation, kinesiology, physician assistant, orthotics, prosthetics, public health, and other allied health professions. Exercise science majors will be prepared to take national certification exams from the National Strength and Conditioning Association (NSCA) or from the American College of Sports Medicine (ACSM) during their senior year if they choose. Persons with an exercise science degree establish exercise, fitness, and rehabilitative prescriptions within hospitals, fitness facilities, universities, clinical rehabilitation facilities, and multi-aged athletic programs. Example careers include:

- Exercise specialists in cardiopulmonary rehabilitation programs
- Strength coaches for college, university and professional sports programs
- Researchers within in sports medicine laboratories
- Exercise technologists in cardiology clinics
- Managers and exercise leaders in corporate wellness programs
- Supervisors of specialized health, fitness, wellness, or lifestyle programs
- Personal trainers and fitness instructors in health and fitness centers and YMCAs
- Exercise and health entrepreneurs
- Fitness and wellness consultants

### Special Requirements

Students must be able to obtain transportation to clinical and applied experience sites. In some clinical situations, students may have to complete additional requirements such as, but not limited to: background check, fingerprinting, drug screening, proof of vaccinations, and HIPAA training.

### Progress Requirements

Majors must complete 50 hours from the EXS core requirements and an additional 16 hours of elective courses from the EXS elective option list for 66 total EXS major hours. Exercise Science majors must earn a grade of C or better in the major subject areas (EXS) marked with an (*). EXS 4960/4961 courses require approval from program faculty one semester in advance of participation.

**Exercise Science Minor Requirements**

The minor in Exercise Science is designed to provide students with an overview of the fundamentals of Exercise Science including anatomy, kinesiology, exercise physiology, and exercise programming concepts for multiple populations. Exercise Science minors must earn a grade of C or better in the subject areas marked with an (*).

| | |
|---|---|
| BIO 2215 | Anatomy and Physiology 1 |
| BIO 2216 | Anatomy and Physiology 2 |
| EXS 2770 | Exercise Physiology* |
| EXS 2775 | Kinesiology* |

Students then select either:

One 4-credit hour EXS course *OR*

Two 2-credit hour EXS courses for the remaining 4 hours required to complete the minor.

**Total Hours in the Minor............................................................................................20 hours**

**Exercise Science Major Requirements**

**A. General Education Requirements........................................................................40 hours**

**B. Major Core Requirements....................................................................................50 hours**

| | |
|---|---|
| BIO 2215 | Anatomy and Physiology I |
| BIO 2216 | Anatomy and Physiology II |
| EXS 1105 | Introduction to Exercise Science and Health Promotion* |
| EXS 2205 | First Aid and Safety* |
| EXS 2760 | Sports Nutrition and Supplementation* |
| EXS/BIO 2770 | Exercise Physiology* |
| EXS 2775 | Kinesiology* |
| EXS 3735 | Exercise and Sports Psychology* |
| EXS 3740 | Exercise Testing and Prescription* |
| EXS 3745 | Exercise Management of Chronic Disease* |
| EXS 3750 | Essentials of Strength and Conditioning* |
| EXS 4720 | Administration of Exercise and Health Promotion Programs* |
| EXS 4725 | Research Methods in Exercise and Human Performance* |
| EXS 4960/4961 | Applied Experiences in Exercise Science* |

**C. Major Elective Course Options ...........................................................................16 hours**

| | |
|---|---|
| BUS 2217 | Principles of Management |
| BUS 3311 | Legal Environment of Business |
| BUS 3575 | New Venture Creation |
| CHE 1111 | Principles of Chemistry I |
| CHE 1112 | Principles of Chemistry II |
| EXS 1101 | Exercise Science Seminar* (FTIC only) |
| EXS 1234 | Medical Terminology |
| EXS 2115 | Emergency Medical Responder |
| EXS 2585 | Care and Prevention of Injuries* |
| EXS 3333 | Concepts of Nutrition and Pharmacology |
| EXS 3500 | Motor Behavior* |
| EXS 4500 | Advanced Exercise Training and Testing Techniques* |
| EXS 4600 | Certification Seminar* |
| PHY 2010 | Physics I (Algebra Based) |

| PHY 2020 | Physics II (Algebra Based) |
| PSY 2209 | Developmental Psychology |
| PSY 2214 | Abnormal Psychology |

**D. Bachelor of Science Degree Requirements**............................................................**12 hours**

**E. Electives** ....................................................................................................................**6 hours**

**F. Total** ........................................................................................................................**124 hours**

# FILM
*See Art*

# GRAPHIC DESIGN
*See Art*

# HEALTHCARE ADMINISTRATION

The healthcare administration program at Florida Southern College provides students with an interdisciplinary education that combines business foundation courses with healthcare management courses to prepare students for future leadership roles within a variety of healthcare organizations. Students will learn about evolving trends in the healthcare industry and how these trends impact organizational planning and business strategy. Students will also be exposed to core values that emphasize the importance of building sustainable healthcare organizations and will develop innovative problem-solving skills through engaged learning activities to successfully address challenges unique to the health care industry.

### Healthcare Administration Minor Requirements

| ACC 2111 | Foundations of Financial Accounting |
| HCA 2125 | Healthcare Organization and Management |
| HCA 3325 | Healthcare Finance |

Twelve hours from the following:

| HCA 3125 | Community Health |
| HCA 3225 | Healthcare Law and Ethics |
| HCA 4125 | Healthcare Policy and Planning |
| HCA 4225 | Healthcare Information Systems |
| HCA 4325 | Healthcare Quality and Quality Improvement |
| HCA 4960/4961 | Healthcare Administration Internship |

**F. Total Hours in the Minor** .........................................................................................**24 hours**

### Healthcare Administration Major Requirements

**A. General Education Requirements** ......................................................................**40 hours**

**B. Major Requirements**.....................................................................................**66 - 68 hours**

| ACC 2111 | Foundations of Financial Accounting |
| ACC 2112 | Foundations of Managerial Accounting |
| BUS 1115 | The Dynamics of Business and Free Enterprise |
| BUS 2217 | Principles of Management |
| BUS 2220 | Microsoft Excel for Business |
| BUS 3160 | Marketing Principles |
| BUS/ECO 3320 | Applied Statistics of Business and Economics |
| BUS 3960 | Professional Development |

| ECO 2010 | Essentials of Economics |
| HCA 2125 | Healthcare Organization and Management |
| HCA 3125 | Community Health |
| HCA 3225 | Healthcare Law and Ethics |
| HCA 3325 | Healthcare Finance |
| HCA 4125 | Healthcare Policy and Planning |
| HCA 4225 | Healthcare Information Systems |
| HCA 4325 | Healthcare Quality and Quality Improvement |
| HCA 4960/4961 | Healthcare Administration Internship |
| HCA 4999 | Seminar in Strategic Management of the Healthcare Enterprise |

**C. Bachelor of Science Degree Requirements** ............................................................**12 hours**

**D. Electives** ....................................................................................................................**4 - 6 hours**

**E. Total**.........................................................................................................................**124 hours**

## HISTORY

The history program at Florida Southern College is designed to assist those students who are working toward a B. A. degree in developing the ability to think, speak and write in a clear, logical and critical manner as they search for answers to questions about the past. This search takes place in a variety of contexts. Each major works in close consultation with an advisor to select thirty-six hours (nine courses) of history, distributed across lower and upper level offerings and covering a variety of topics. Classroom activities include group projects, class discussions, presentations, and lectures, often enhanced by the use of appropriate technologies. Outside the classroom, faculty offices, the departmental lounge, or a favorite campus dining spot provide the opportunity for the exchange of ideas between students and faculty in a less formal setting. In addition, the History Club sponsors an annual field trip, picnic, and at least one movie night each semester; it also assists in hosting the Florida Lecture Series. Faculty members work closely with students in directing research projects, some of them undertaken jointly, including the senior capstone or honors thesis. Internships are also available at several on-campus sites, such as the Lawton Chiles Center of Florida History, the Florida Citrus Hall of Fame, and the Archives of the Florida Conference of the United Methodist Church. Students often accompany members of the faculty to a professional conference, where they often present papers, or share the results of research projects. At graduation, history majors should be prepared for a wide variety of occupations requiring the ability to think logically and critically; they should also be able to perform successfully in graduate and professional school.

### Honors in the Major

The history program also offers an Honors in the Major option. The purpose of the program is to provide an opportunity for highly achieving students who are motivated and talented to do an in-depth investigation of an area of interest in consultation with a professor having expertise in that area. Please see the department chair during the first semester of your junior year for further information. During the senior year, students should register for HIS 4953 and HIS 4954.

### Teacher Certification

Students wishing to teach history in the state of Florida should contact the chair of the Department of History and Political Science.

### History Minor Requirements

To minor in history, a student must complete twenty hours within the discipline. No more than

eight of these hours should be selected from lower-level course offerings (1000–2000), and no less than twelve should be selected from upper-level (3000–4000). There is no capstone requirement.

### History Major Requirements

**A. General Education Requirements** ........................................................................**40 hours**

**B. Major Requirements**...........................................................................................**36 hours**

| HIS 4999 | Philosophy and Methodology of History |
|---|---|

Two courses selected from the following:

| HIS 1100 | The Ancient World |
|---|---|
| HIS 1200 | The Making of the World |
| HIS 1300 | The Modern World |
| HIS 2215 | The American Experience through the Civil War |
| HIS 2225 | The American Experience since the Civil War |

One course selected from the following:

| HIS 3225 | Modern America: 1945-Present |
|---|---|
| HIS 3231 | History of the Old South |
| HIS 3232 | History of the New South |
| HIS 3240 | Introduction to Public History |
| HIS/LAS 3355 | History of Florida |
| HIS 3550 | Selected Topics in United States or Latin American History |

One course selected from the following:

| HIS 3115 | History of Early Modern Europe |
|---|---|
| HIS 3165 | History of Modern Europe |
| HIS 3215 | History of Russia and the Soviet Union |
| HIS 3455 | Selected Topics in History of the Western World |

One course selected from the following:

| HIS 3275 | History of East Asia |
|---|---|
| HIS/LAS 3365 | History of Modern Latin America |
| HIS 3415 | History of the Middle East |
| HIS 3445 | History of Modern Africa |
| HIS 3555 | Selected Topics in World or Thematic History |

One course selected from the following:

| HIS 4455 | Seminar on Selected Topics in the History of the Western World |
|---|---|
| HIS 4550 | Seminar on Selected Topics in U.S. or Latin American History |
| HIS 4555 | Seminar on Selected Topics in World or Thematic History |

One course selected from any 3000-level HIS offering

One HIS course (non-designated)

**C. Bachelor of Arts Degree Requirements**................................................................**20 hours**

*OR*

**D. Bachelor of Science Degree Requirements** ..........................................................**12 hours**

**E. Electives**...........................................................................................................**28–36 hours**

**F. Total**.................................................................................................................**124 hours**

## HONORS PROGRAM

The Honors Program gives students the tools and opportunities to think bigger—beyond the

bounds of their regular assignments, beyond the bounds of their home discipline, even beyond the bounds of what passes as common sense. Whatever their path, they are prepared to think critically and creatively about the world we live in.

The keystone of the Honors Program is the senior project. During their final year at Florida Southern College, all honors students will undertake an ambitious project of their own design and present the results to their peers. Working in close collaboration with a faculty mentor, students might research the evolutionary history of the human eye, produce a chapbook of their own poetry, compose and perform an original concerto, start their own sustainable business, or make a contribution to the philosophy of happiness. Everything in the Honors Program is designed to prepare students for this final project.

The Honors Program curriculum requires 23–26 hours of coursework, just slightly more than a typical minor. During the first two years, honors students take a sequence of courses designed to push them to think critically about pressing contemporary questions. Those courses include one writing-intensive and one speaking-intensive course, one upper-level liberal arts course outside the student's home discipline, and two seminars. During the second two years, students turn their focus towards their own final project. They first develop a project proposal, which is presented to their peers and to an interdisciplinary faculty committee for approval. Once their proposal is approved, they begin work on the project itself. The honors project culminates with a presentation of the work in a public venue, either at Fiat Lux (Florida Southern's own celebration of student scholarship) or at a professional meeting within their own discipline.

### Honors Program Requirements

| | | |
|---|---|---|
| HON 1700 | Writing on Contemporary Social Issues | |
| HON 1701 | Speaking on Contemporary Social Issues | |
| HON 1990 | Honors First Year Seminar | |
| HON 2990 | Honors Second Year Research Seminar | |
| One sophomore or junior honors course | | |
| HON 3955/56 | Directed Study: Honors Proposal Development | |
| HON 4955/56 | Directed Study: Honors Project Development | |

**Total hours in the Honors Program** ............................................................................... **23–26**

### QUALIFICATIONS FOR MEMBERSHIP

To qualify for admission to the Honors Program, incoming students must earn at least a 1330 on the SAT or at least a 29 on the ACT, and must have an unweighted high school GPA of at least 3.5. In exceptional cases, other factors like extracurricular activities and National Merit status may be considered.

Students already enrolled at Florida Southern who wish to apply to the Honors Program must do so by the end of their first semester. In order to be considered, students must have a minimum 3.5 GPA and a letter of recommendation from a faculty member. Please contact the director of the Honors Program for more information.

Students in the Honors Program must maintain a minimum of a 3.5 cumulative GPA, and must earn a C or better in all Honors Program courses. Any act of academic dishonesty will result in automatic expulsion from the program. Students must also participate in at least two events sponsored by the Honors Program each semester.

### OTHER HONORS OPTIONS

Certain departments offer the possibility of earning 'Honors in the Major.' Honors in the Major is separate from the Honors Program. See departmental listings for more specific information.

# HUMANITIES

The B.A. in Humanities degree offers students the opportunity to attain two goals: a broad immersion in the humanities—art, communication, English, foreign languages, music, philosophy, religion, and theatre—and a deeper study in two of these disciplines. Humanities graduates pursue careers in law, education, ministry, the arts, journalism, and business. Most important, students emerge as well-rounded, insightful human beings with the ability to think clearly and critically. Students interested in this major should contact the Department of Religion and Philosophy.

## Humanities Major Requirements

**A. General Education Requirements .......................................................40 hours**

**B. Major Requirements.............................................................................52 hours**

| | |
|---|---|
| ARH 1100 | Survey of Western Art and Architecture |
| ENG 2305 | Masterpieces of World Literature |
| HUM 4999 | Humanities Senior Capstone |
| MUS 1165 | Great Works of Music |

Any PHI course, except PHI 2208

| | |
|---|---|
| THE 1050 | Introduction to Theatre |

One of the following religion courses:

| | |
|---|---|
| REL 2215 | Old Testament: The Literature, The History, The Religious Ideas |
| REL 2216 | New Testament: Its History, Literature, and Theology |
| REL 2218 | Basic Christian Beliefs |
| REL/PHI 2219 | World Religions and Philosophies |

Two emphases selected from the list below:

### Art Emphasis

Three courses, including at least two selected from:

| | |
|---|---|
| ARH 3710 | Ancient Art and Architecture |
| ARH 3720 | Medieval Art and Architecture |
| ARH 3770 | Eighteen and Nineteenth Century Art and Architecture |
| ARH 3780 | Twentieth Century Art and Architecture |

### English Emphasis

Three courses, two of which must be at the 3000- or 4000-level

(No 1000-level English courses may count toward this emphasis)

### Modern Languages Emphasis

Three courses beyond the third-semester language course

### Music Emphasis

| | |
|---|---|
| MUS 1151 | Aural Skills I |
| MUS 1173 | Theory: Introductory Harmony |
| MUS 3381 | History of Music I |
| MUS 3382 | History of Music II |

### Philosophy Emphasis

Three courses, one of which must be at the 3000- or 4000-level

### Religion Emphasis

Three courses, one of which must be at the 3000- or 4000-level

### Theatre Emphasis

Three courses including:

| | |
|---|---|
| THE 4513 | Theatre History and Literature I |

| THE 4523 | Theatre History and Literature II |
|----------|-----------------------------------|

**C. Bachelor of Arts Degree Requirements**...............................................................**20 hours**

**D. Electives** ...........................................................................................................**12 hours**

**E. Total**.................................................................................................................**124 hours**

# INTERACTIVE AND GAME DESIGN
*See Art*

# INTERDISCIPLINARY MINORS

Florida Southern College offers interdisciplinary minors in advertising design, integrated marketing communication, Latin American studies, and women's studies. Please see the appropriate program director for more information.

## Advertising Design

The Minor in Advertising Design provides students with design practices and creative strategies needed to excel within the field of advertising design. Hands-on coursework will present students with challenges faced in the industry and the skills and knowledge necessary to face those challenges.

### Advertising Design Minor Requirements

| ART 1120 | Design Fundamentals |
|----------|---------------------|
| ART 2410 | Typography and Layout |
| COM 2500 | Visual Communication |
| COM 3410 | Advertising Creative |
| COM 4400 | Advertising and Public Relations Campaigns |

One of the following courses:

| ART 3410 | Advanced Print Design |
|----------|-----------------------|
| ART 3510 | Web Design |

**Total hours in the minor** .................................................................................................. **24**

## Integrated Marketing Communication Minor

The Minor in Integrated Marketing Communication blends coursework in marketing, advertising and public relations to better prepare students for careers in the professional communication industry. Students will gain hands-on experience in gathering and applying research to strategically coordinate messages and establish relationships with target audiences.

### Integrated Marketing Communication Minor Requirements

| BUS 3160 | Marketing Principles |
|----------|----------------------|
| BUS 4466 | Marketing Research |
| BUS 4488 | Marketing Management |
| COM 2400 | Principles of Advertising and Public Relations |
| COM 4400 | Advertising and Public Relations Campaigns |

One of the following courses:

| COM 2500 | Visual Communication |
|----------|----------------------|
| COM 3410 | Advertising Creative |
| COM 3420 | Copy Writing |

| COM 3450 | Public Relations Writing |
| COM 4350 | Public Relations Strategies |

**Total hours in the minor** ...................................................................................................... **24**

## Latin American Studies Minor

The Minor in Latin American Studies provides a comprehensive view of Latin America from the perspectives of political science, Spanish and Portuguese literatures, history, sociology, and other fields. Students are required to take 20 hours, which include 12 hours in Spanish or Portuguese or a combination of the two areas. In addition, students are required to take eight hours selected from other LAS offerings. Latin American studies minors are strongly encouraged to study abroad in Latin America as any courses taken during a study abroad experience can also be counted for the minor.

### Latin American Studies Minor Requirements

12 hours in Spanish or Portuguese or a combination of the two areas

Eight hours chosen from the following courses or a study abroad option in Latin America:

| LAS 2005 | Latin American Culture |
| LAS 2006 | Latin America on Film I |
| LAS 2007 | Latin America on Film II |
| LAS/SPA 3308 | Topics in Hispanic Culture and Civilization |
| LAS/SPA 3335 | Latin American Film and Fiction |
| LAS/HIS 3355 | History of Florida |
| LAS/HIS 3365 | History of Modern Latin America |

**Total hours in the minor** ...................................................................................................... **20**

## Neuroscience Minor

### Neuroscience Minor Requirements

| BIO 1500 | Biology I: Biological Essentials |
| BIO 2600 | Introduction to Neuroscience |
| PSY 1110 | Psychology and the Natural World |
| PSY 3309 | Behavioral Neuroscience |
| BIO 3900 | Animal Behavior *OR* |
| BIO 3600 | Special Topics in Biology (approved) |
| PSY 3305 | Learning and Behavioral Psychology *OR* |
| PSY 3315 | Cognitive Psychology *OR* |
| PSY 3301 | Special Topics in Psychology (approved) |

**Total hours in the minor** ...................................................................................................... **24**

## Pre-Law Minor

The pre-law minor covers the basic foundation courses relevant to problem solving and analysis generally associated with the legal profession. Students on a trajectory for graduate study in law, legal issues, public administration and management will find this a useful minor. It is inclusive of courses that prepare the student for LSAT testing (Logic; Accounting) as well as socialization to the profession itself.

### Pre-Law Minor Requirements

| | |
|---|---|
| ACC 2111 | Foundations of Financial Accounting |
| COM 1500 | Fundamentals of Speech |
| PHI 2208 | Logic |
| POS 2500 | Law and the Courts |

One approved writing course outside of the student's major field of study that satisfies the Effective Communication C General Education SLO

At least one hour of internship credit with a law firm approved by the pre-law advisor

**Total hours in the minor ........................................................................................................ 21**

## Women and Gender Studies Minor

The Minor in Women and Gender Studies minor is 20 credit hours and provides an interdisciplinary framework for exploring the role of women throughout history and the ways in which gender influences cultural, social, political, and economic relations. Students will gain skills in analytical and critical thinking through the study of gender from diverse academic perspectives, such as literature, religion, economics, communication, sociology, psychology, and criminology. Faculty members from a number of academic departments support and teach in the women and gender studies program. A minor in women and gender studies will complement almost any major field of study. Students who complete the minor will enhance their problem-solving, leadership, and communication skills.

### Women and Gender Studies Minor Requirements

| | |
|---|---|
| WST 2200 | Introduction to Women's and Gender Studies |
| WST 3550 | Special Topics in Gender Studies |
| WST 4400 | Women and Gender in Contemporary Culture |

Eight hours selected from the following courses, or any other course cross-listed with WST:

| | |
|---|---|
| WST/SOC 2220 | Marriage and Family |
| WST/REL 2256 | Gender, Interpretation and the Biblical Tradition |
| WST/ENG 3370 | Literature by Women |
| WST 3550 | Special Topics in Gender Studies (under a different topic than above) |

**Total hours in the minor ........................................................................................................ 20**

# MARINE BIOLOGY

Marine biology is the study of the organisms that reside in the world's ocean environments. Marine ecosystems cover more than seventy percent of the Earth's surface, and the diversity of life that exists in these environments is astounding. The marine biology major allows students to explore the variety of life in the world's oceans, estuaries, and coral reefs. Graduates of this program are well prepared to enter marine biology graduate programs or gain employment as marine scientists with county, state, and federal agencies, aquaria/museums, universities, and private marine organizations or consulting firms.

### Statement on Engaged Learning

The Department of Biology includes many types of engaged learning activities in its courses. Most courses required in the major have laboratory or field components, where students work in pairs or in groups to engage in various aspects of the scientific process such as problem solving, experimental design, manipulation of variables, and data interpretation. Field trips, mini labs, small and large group discussions, presentations, case studies, and use of specific scientific com-

puter programs are other methods commonly employed in the classroom to engage students. All students majoring in marine biology are required to design and implement their own original research project.

### Program Requirements

All marine biology majors must earn a grade of C or better in all BIO courses and courses cross-listed with BIO.

### Special Requirements

Due to the similarities in the programs, students majoring in marine biology are not allowed to double major or minor in biology.

### Marine Biology Major Requirements

**A. General Education Requirements ........................................................40 hours**

**B. Major Requirements ..................................................................................72–76 hours**

| | |
|---|---|
| BIO 1500 | Biology I: Biological Essentials |
| BIO 1501 | Current Perspectives in Biology (FTIC only) |
| BIO 1520 | Introduction to Marine Biology |
| BIO 1600 | Biology II: Biological Diversity |
| BIO 1820 | Oceanography |
| BIO 2320 | Marine Microbiology |
| BIO 2500 | Biology III: Ecology and Evolution |
| BIO 3700 | Genetics |
| MAT 2032 | Biostatistics |

*OR*

| | |
|---|---|
| MAT 2022 | Elementary Statistics *AND* |
| MAT 2027 | Transition to Biostatistics |

Choose three (3) of the following (14-15 Hours):

| | |
|---|---|
| BIO 2120 | Biology and Conservation of Marine Mammals |
| BIO 2220 | Biology of the Fishes |
| BIO 3120 | Biology of Amphibians and Reptiles |
| BIO 3727 | Techniques in Nucleic Acid and Cloning Research |
| BIO 3920 | Marine Invertebrate Zoology |

Six hours selected from the following:

| | |
|---|---|
| BIO 4460 | Introduction to Ecology Research *AND* |
| BIO 4461/4462 | Research: Ecology |

*OR*

| | |
|---|---|
| BIO 4560 | Introduction to Molecular Biology Research *AND* |
| BIO 4561/4562 | Research: Molecular Biology |

*OR*

| | |
|---|---|
| BIO 4661/4662 | Site Specific Research in Biology (with departmental approval) |

*OR*

| | |
|---|---|
| HON 4955 | Honors Senior Thesis (with departmental approval) *AND* |
| HON 4956 | Honors Senior Thesis (with departmental approval) |

BIO 4960 or 4961 may substitute for one of the above courses, with approval of the Biology faculty

Choose one of the following chemistry sequences (8 hours):

| | | |
|---|---|---|
| CHE 1011 | Chemical Foundations for the Biological Sciences *AND* | |
| CHE 1013 | Environmental Chemistry Fundamentals | |
| *OR* | | |
| CHE 1111 | Principles of Chemistry I *AND* | |
| CHE 1112 | Principles of Chemistry II | |

Twelve hours chosen from the following:

| | |
|---|---|
| BIO 2200 | Environmental Issues |
| BIO 2520 | Biological Geography and GIS |
| BIO 2900 | Conservation Biology |
| BIO 3301 | Field Ecology |
| BIO 3316 | Tropical Ecology |
| BIO/CHE 3362 | Biochemistry: Molecular Biology |
| BIO 3500 | Marine Ecosystems Ecology |
| BIO 3600 | Special Topics in Biology (with departmental approval) |
| BIO 3850 | Parasitology |
| BIO 3900 | Animal Behavior |
| BIO 4150 | Plant Anatomy and Physiology |
| BIO 4461 or 4462 or 4561 or 4562 Research (1 semester) | |
| BIO 4960/4961 | Internship |

**C. Bachelor of Science Degree Requirements** ........................................................12 hours

**D. Electives** ................................................................................................................0 hours

**E. Total** .............................................................................................................124 - 128 hours

## MATHEMATICS

The program in mathematics offers the B.A. and B.S. degrees with a major in mathematics and the B.S. in Secondary Mathematics Education, 6–12 for students seeking to earn a degree teaching mathematics in secondary school. (To teach in secondary school, additional coursework leading to teacher certification is required in the School of Education.) A minor in mathematics is available for students majoring in other disciplines.

The mission of the program is to promote the full potential of each student through the exploration of the world of mathematics and the mastery of the mathematics discipline necessary to be a contributing citizen in this highly technical society.

To accomplish this mission, the program's objective is to provide mathematical expertise for the Florida Southern community by offering diverse engaging programs that allow students the opportunity to explore these fields. Student-faculty collaborative research and internships are available for mathematics majors. The program provides up-to-date computer laboratories that enable students to learn and practice skills required for the pursuit of a modern liberal arts education within our technologically oriented society.

### Education: Secondary Mathematics see page 126

### Progress Requirements

Only courses in which grades of C or higher are earned may count toward the major or minor in mathematics.

### Mathematics Minor Requirements

Twenty (20) hours selected from MAT courses applicable to the major (may include one 2000-lev-

el or higher CSC course). At least one four-hour MAT course must be at the 3000- or 4000-level.

## Applied Mathematics and Statistics Major Requirements

**A. General Education Requirements .......................................................................40 hours**

**B. Major Requirements...................................................................................*52–58* hours**

| | | |
|---|---|---|
| MAT 2022 | Elementary Statistics *OR* | |
| MAT 2032 | Biostatistics | |
| MAT/CSC 2100 | Discrete Structures | |
| MAT 2311 | Calculus I with Plane Analytic Geometry | |
| MAT 2312 | Calculus II with Plane Analytic Geometry | |
| MAT 3132 | Advanced Statistical Topics | |
| MAT 4442 | Probability and Statistics | |
| MAT 4960/4961 | Mathematics Senior Internship | |
| *OR* | | |
| MAT 4999 | Mathematics Senior Seminar | |
| *OR* | | |
| HON 4955 | Honors Senior Thesis *AND* | |
| HON 4956 | Honors Senior Thesis | |

12 hours from the following, if not taken above:

| | |
|---|---|
| One 2000-level CSC course | |
| MAT 2505 | Linear Algebra |
| MAT 3350 | Differential Equations |
| MAT 3355 | Coding Theory |
| MAT 3960 | Field Experience in Mathematics |
| MAT 4630 | Selected Topics in Mathematics |
| MAT 4960/4961 | Mathematics Senior Internship |
| MAT 4999 | Mathematics Senior Seminar |

Choose 12-16 hours from either Group A, B or C

**Group A - Actuarial Foundations**

| | |
|---|---|
| ACC 2111 | Foundations of Financial Accounting |
| ACC 2112 | Foundations of Managerial Accounting |
| ECO 2010 | Essentials of Economics |
| MAT 4452 | Preparation for Actuarial Exam P |

**Group B – Business and Finance**

Choose 12 hours from courses in ACC, BUS, ECO, at least 4 hours of which is 3000-level or above

**Group C – Science and Engineering**

Choose 12 hours from courses in BIO, CSC, HRT, PHY, at least 4 hours of which is 3000-level or above

*OR*

Choose 16 hours from courses in CHE, at least 4 hours of which is 3000-level or above

**C. Bachelor of Arts Degree Requirements.................................................................20 hours**

*OR*

**D. Bachelor of Science Degree Requirements .........................................................12 hours**

**E. Electives ............................................................................................................6–20 hours**

**F. Total..................................................................................................................124 hours**

**Mathematics Major Requirements**

**A. General Education Requirements** .......................................................................**40 hours**

**B. Major Requirements** ...................................................................................**52–54 hours**

| | | |
|---|---|---|
| MAT 2022 | Elementary Statistics *OR* | |
| MAT 2032 | Biostatistics | |
| MAT/CSC 2100 | Discrete Structures | |
| MAT 2311 | Calculus I with Plane Analytic Geometry | |
| MAT 2312 | Calculus II with Plane Analytic Geometry | |
| MAT 2505 | Linear Algebra | |
| MAT 3205 | Proof Techniques | |
| MAT 3313 | Calculus III with Solid Analytic Geometry | |
| MAT 4999 | Mathematics Senior Seminar | |

*OR*

| | |
|---|---|
| HON 4955 | Honors Senior Thesis *AND* |
| HON 4956 | Honors Senior Thesis |

20 hours from the following, if not taken above:

| | |
|---|---|
| MAT 3132 | Advanced Statistical Topics |
| MAT 3305 | Abstract Algebra |
| MAT 3330 | History of Mathematics |
| MAT 3350 | Differential Equations |
| MAT 3355 | Coding Theory |
| MAT 3960 | Field Experience in Mathematics |
| MAT 4205 | Algebraic Structures |
| MAT 4315 | Elementary Analysis |
| MAT 4442 | Probability and Statistics |
| MAT 4630 | Selected Topics in Mathematics |
| MAT 4999 | Mathematics Senior Seminar |

**C. Bachelor of Arts Degree Requirements** ..............................................................**20 hours**

*OR*

**D. Bachelor of Science Degree Requirements** .........................................................**12 hours**

**E. Electives** .................................................................................................**10–20 hours**

**F. Total** ...............................................................................................................**124 hours**

# MEDICAL LABORATORY SCIENCES

Florida Southern College's medical laboratory sciences (MLS) major provides students with a Bachelor of Science degree and extensive training for a career as a medical laboratory scientist in a four-year program. Medical laboratory scientists play a vital role in the health care system, and are involved in medical diagnosis and treatment. They operate and manage clinical labs, perform research, and are involved in education and training of lab staff. Students in the MLS major gain experience with state of the art automated laboratory equipment, computers and microscopes, and learn the proper procedures for clinical tests involving analysis of patient samples. MLS majors have extensive backgrounds in basic and advanced sciences, including anatomy and physiology, immunology, microbiology, and chemistry. Students must possess the abilities to critically analyze results and troubleshoot problems.

FSC has partnered with Lakeland Regional Health (LRH), the major health care provider in the community, to create a unique program where students spend their first three years on

the campus of FSC, and their fourth year at LRH clinical labs in the nearby hospital and testing facilities. The curriculum follows the strict guidelines set by the National Accrediting Agency for Clinical Laboratory Sciences (NAACLS). By the end of the program, students are well prepared to take the national certification exam for the Medical Laboratory Scientist administered by the American Society for Clinical Pathology Board of Certification.

### Admissions Requirements

Enrollment in the MLS major is restricted to six students per year. There are three entry pathways into the MLS pre-certification program:

### Direct Entry Applicants

High school students may apply to the MLS program and begin their education in the first year to be completed over a four year time period. To apply for direct entry a student must first be admitted to the College and, at minimum, must have an SAT score of 1180 or ACT score of 24. Enrollment is limited to six students per year. Admission to the program is competitive, and a comprehensive review of application materials will determine admittance.

Students should maintain an overall Florida Southern GPA of 3.0, and have a final grade of C or better in all major and prerequisite courses. Students who are unable to maintain the required academic standards may be unenrolled from the MLS program.

### Internal Transfer Applicants

Students currently enrolled at Florida Southern in different majors may apply for a change of major into the MLS program. Students must meet all requirements for direct entry, have met or will meet all prerequisite course requirements, and have an overall GPA of 3.0 with a C or better in all major and prerequisite courses. The dean of the School of Arts and Sciences and the MLS director will review all internal applicants and make a final decision for a change in major based on merit and available space in the program. There is no guarantee for transfer into the MLS major from other majors even if the student meets academic eligibility.

*Note: A student requesting an internal transfer to the MLS major is required to make an appointment with the MLS director prior to the conclusion of fall semester. This would be for consideration of the transfer request to the MLS major being approved for the following academic year.*

### External Transfer Applicants

To apply for admission to the MLS program, a transfer student must first be admitted to the College and, at minimum, should meet the following academic criteria:

- Overall college GPA of 3.0 for completed courses received as transfer credits.
- Completion of at least three prerequisite courses including BIO 1500, CHE 1111, and CHE 1112 all with a grade of C or higher.

Application deadline for the MLS program is March 1 for the following fall semester. If admitted to the MLS program, students should maintain an overall Florida Southern GPA of 3.0 and a final grade of C or better in all MLS major and prerequisite courses. Students who are unable to maintain the required GPA and these eligibility standards may be unenrolled from the MLS program.

### Special Requirements

- All pre-certified MLS students are required to participate in clinical laboratory experiences at off-site locations. Each student is responsible for obtaining reliable transportation to the clinical laboratory sites. Students may be assigned laboratory rotations on weekends.

- Each pre-certified MLS student is required to complete a criminal background screening, including fingerprinting, prior to starting the first clinical laboratory course. *Note: Any student with a prior arrest or conviction history may be denied entry into the MLS program due to our agency contract agreements.* Students who apply to the MLS program with a prior criminal background check must be further screened by the program director and approved by the dean of the School of Arts and Sciences and the MLS Program Director prior to acceptance into the MLS pre-certification program. Failure to disclose prior criminal history on application or report any subsequent criminal arrest after enrollment at Florida Southern College to the dean of the School of Arts and Sciences and the MLS Program Director may disqualify the student from the MLS program.

- Each MLS student is required to complete a ten-panel drug screen prior to starting the first clinical laboratory experience. Any student may be requested to repeat the urine drug screen as required by any clinical site or as part of a drug testing program. The cost of the background check and drug screenings is the responsibility of the student. *Note: Students who have a positive drug test may be denied acceptance into the MLS program or be unenrolled from the MLS program.*

- A blanket student liability insurance policy will cover all MLS students for the time he or she is working in a clinical site as part of a supervised laboratory experience. The student will be billed the annual fee (estimate $20).

- Each MLS student is required to apply for and obtain a trainee license with the state prior to beginning the first clinical rotation.

- Each MLS student is required to provide proof of immunization prior to entering any clinical laboratory. The following are required

  a) Mantoux tuberculin test (2-step method if more than one year has passed since the last Mantoux tuberculin test)
  b) Measles/Mumps/Rubella (MMR) titers
  c) Hepatitis B titer
  d) Hepatitis C titer
  e) Varicella titer
  f) Pertussis (Tdap booster within past 10 years) vaccination record
  g) Tetanus booster every 10 years
  h) Annual flu vaccine
  i) Health statement of physical fitness from health care provider stating student may participate in clinical experience assignments

- The student is responsible for all related costs for immunization. No student will be allowed to begin clinical laboratory experiences until all immunizations or proof of immunity (titers) has been submitted to the MLS director.

- Students who have positive antibodies for Hepatitis C or HIV or other chronic infective diseases that may compromise patient safety, must be further screened and counseled. Because students will have direct contact with patients during the course of their clinical assignments in hospitals and other care settings, specific safeguards or other restrictions to practice may be imposed on the student to protect patients and themselves. The clinical agencies will have final say whether infected students can practice or attend clinical assignments.

## Progress Requirements

All MLS majors must earn a grade of C or better in all required coursework for the major and maintain a minimum GPA of 3.0 each semester. Failure to meet these criteria may result in students being unenrolled from the MLS program. Because MLS students will participate in direct patient contact in hospitals and other health care settings, there is an expectation of a high standard of con-

duct and professional behavior for all students. Students who do not maintain the expected level of academic and professional performance may be unenrolled from the MLS program.

### Medical Laboratory Science Major Requirements

**A. General Education Requirements ........................................................................ 40 hours**

**B. Major Requirements ........................................................................................ 82-85 hours**

| | |
|---|---|
| BIO 1500 | Biology I: Biological Essentials |
| BIO 1501 | Current Perspectives in Biology (FTIC only) |
| BIO 2215 | Human Anatomy and Physiology I |
| BIO 2216 | Human Anatomy and Physiology II |
| BIO/CHE 3362 | Biochemistry: Molecular Biology |
| BIO 3710 | Microbiology |
| BIO 3850 | Parasitology |
| BIO 4300 | Immunology |
| CHE 1111 | Principles of Chemistry I |
| CHE 1112 | Principles of Chemistry II |
| CHE 2231 | Organic Chemistry I |
| CHE 2251 | Organic Chemistry I Laboratory |
| CHE 2232 | Organic Chemistry II |
| CHE 2252 | Organic Chemistry II Laboratory |
| MAT 2032 | Biostatistics |
| *OR* | |
| MAT 2022 | Elementary Statistics *AND* |
| MAT 2027 | Transition to Biostatistics |
| MLS 3100 | Introduction to Clinical Laboratory Sciences |
| MLS 3200 | Clinical Chemistry and Immunology |
| MLS 3300 | Phlebotomy |
| MLS 4100 | Clinical Hematology |
| MLS 4200 | Clinical Immunohematology |
| MLS 4300 | Clinical Hemostasis, Urinalysis and Body Fluids |
| MLS 4400 | Clinical Microbiology |
| MLS 4500 | Molecular Pathology Methods |
| MLS 4800 | Medical Laboratory Science Practicum |
| MLS 4900 | Medical Laboratory Science Capstone |

**C. Bachelor of Science Degree Requirements ........................................................... 12 hours**

**D. Electives ................................................................................................................ 0 hours**

**E. Total .......................................................................................................... 134-137 hours**

## MILITARY SCIENCE

The Department of Military Science offers leadership courses with two-, three-, and four-year programs of instruction leading to a commission as an officer in the United States Army. The MSL 1000- and 2000-level courses offer introductory leadership instruction to all students without incurring any military or service obligation. These courses are an excellent introduction to leadership techniques that are applicable for business, academia, and the military. The military science and leadership curriculum is designed to be sequential, with one semester building upon the lessons and information learned in the previous semester.

Qualified students who wish to pursue a program of study leading to a commission may be eligible to receive a monthly stipend. A limited number of military scholarships are available each year which provide financial assistance, full tuition, as well as financial assistance for book fees and full room and board. Upon successful completion of the required program of study, students are commissioned as Second Lieutenants in the Army, Army Reserve, or Army National Guard.

### Minor in Military Science and Leadership

The minor helps students acquire leadership and management skills that prepare them to excel in any environment, civilian or military. Emphasis is placed on strengthening values and ethical leadership. The minor provides the student a fundamental understanding of human behavior and the process of leading, motivating, and inspiring people to accomplish common goals. Students develop their mental, physical, and emotional capabilities. They also develop their conceptual and interpersonal skills. Also, they learn how to communicate effectively; make good decisions; motivate others; plan, execute, and assess operations; develop and build teams; and improve themselves and the organizations they lead. The student learns basic factors, principles, ethics, styles, and competencies of leadership that affect what he/she must be, know, and do to be an effective leader. It is the most comprehensive leadership development program in the nation.

### Military Science and Leadership Minor Requirements

| | | |
|---|---|---|
| MSL 1001 | Introduction to the Army and Critical Thinking |
| MSL 1002 | Introduction to the Profession Arms |
| MSL 2001 | Leadership and Decision Making |
| MSL 2002 | Army Doctrine and Team Development |
| MSL 2006 | American Military History |
| MSL 3001 | Training Management and the Warfighting Functions |
| MSL 3002 | Applied Leadership in Small Unit Operations |
| MSL 4001 | The Army Officer |
| MSL 4002 | Company Grade Leadership |

**Total hours in the minor** ..................................................................................................... **28**

## MODERN LANGUAGES

The Department of Modern Languages offers a major and minor in Spanish and provides courses in French for students interested in it as a second language. The program equips students with the necessary foreign language skills, cultural understanding, and sensitivity to prepare them for graduate studies, employment, and to function in our increasingly global and diverse society. The program provides high quality instruction from elementary through advanced levels and offers a wide variety of courses in language, literature, film, and culture, as well as study abroad experiences to accommodate students' needs. The program strives to ensure that FSC students gain a working knowledge of a second language, which is a vital and practical skill for many careers in business, education, social services, health care, and the government.

The modern languages department also offers a Critical Languages Program via the NASILP (National Association of Self-Instructional Language Programs) format for languages that are not offered in the regular classroom setting. Courses in Arabic, Chinese (Mandarin), German, and Portuguese are currently being offered. Major emphasis is on the development of oral and aural skills with class time spent in oral drills and conversation practice with a native speaker. Class is conducted almost entirely in the target foreign language. Tests are given by a qualified external examiner.

Students participating in the Critical Languages Program must have a cumulative GPA of at least 2.5 or approval from the program director. Prior to the first class, students will be required to attend a class orientation with the program director and sign a course agreement emphasizing their responsibility for and commitment to self-instruction. For more information about the Critical Languages Program, contact the modern languages department.

### Spanish Minor Requirements

A minor in Spanish requires at least 20 hours of courses counting toward the major.

### Spanish Major Requirements

**A. General Education Requirements** ....................................................................**40 hours**

**B. Major Requirements** ............................................................................................**38 hours**

| | | |
|---|---|---|
| SPA 1101 | First Semester Spanish | |
| SPA 1102 | Second Semester Spanish | |
| SPA 2203 | Second Year Spanish | |
| SPA 4999 | Senior Capstone Project | |

At least one Composition and Conversation course:

| | | |
|---|---|---|
| SPA 2205 | Composition and Conversation I | |
| SPA 2207 | Composition and Conversation II | |

One Culture and Civilization course:

| | | |
|---|---|---|
| SPA/LAS 3308 | Topics in Hispanic Culture and Civilization | |

One Literature course:

| | | |
|---|---|---|
| SPA 3320 | Introduction to Literature in Spanish | |
| SPA 3323 | Survey of Spanish Literature | |
| SPA 3334 | Survey of Spanish-American Literature | |
| SPA/LAS 3335 | Latin American Film and Fiction | |
| SPA 4408 | Special Topics in Hispanic Literature | |

12 additional hours of Spanish electives from any SPA course not taken already.

**C. Bachelor of Arts Degree Requirements** .......................................................**20 hours**

**D. Electives** ..................................................................................................................**26 hours**

**E. Total** ........................................................................................................................**124 hours**

## MUSIC

The Department of Music offers courses of instruction leading to the Bachelor of Music degree, Bachelor of Music Education degree, and Bachelor of Arts degree. A program in music with a concentration in music management, which the department offers in conjunction with the Barney Barnett School of Business and Free Enterprise, leads to the Bachelor of Science degree. Florida Southern College is an accredited institutional member of the National Association of Schools of Music.

### Admission Requirements

Upon application to and acceptance by the Florida Southern College Office of Admissions, a student may be accepted into the music major program only through an audition in his or her applied music area. Auditions are offered throughout the school year on an appointment basis. Applicants should contact the department office for procedures which apply to them. All programs of study in music are structured in four-year formats; therefore, students intending to major in any music area should consult the department concerning appropriate courses for the first college semester.

### Progress Requirements

All music majors with scholarships must be enrolled in a major ensemble in their major applied area throughout their program of study (music education majors and music management majors until the internship semester). Music majors are subject to supplementary departmental policies printed in the *Department of Music Student Policies Guide*, available on the FSC website and from the department office. Prior to four semesters before a student's scheduled graduation, the department will require a control examination, jury, or other procedure to determine the advisability of continuing the major in music. Although it may be required at any time, such examination or procedure will typically be instituted near the end of the freshman or sophomore year.

### Minor in Music

The Minor in Music provides students majoring in other disciplines with the opportunity to learn the fundamental principles of music. Courses are selected from music theory, music history, ensembles, and applied lessons.

### Music Minor Requirements

**Music Theory:** Five hours:

| MUS 1151 | Aural Skills I |
| MUS 1152 | Aural Skills II |
| MUS 1173 | Theory: Introductory Harmony |

**Music History:** Four hours:

| MUS 3381 | History of Music I *OR* |
| MUS 3382 | History of Music II |

**Applied–Lessons:** Six hours chosen from:

| MUS 1131–4432 | Strings (violin, viola, cello, string bass) |
| MUS 1133–4434 | Piano |
| MUS 1135–4436 | Woodwinds (flute, clarinet, oboe, bassoon, saxophone) |
| MUS 1137–4438 | Brass (trumpet, French horn, trombone, tuba) |
| MUS 1139–4440 | Percussion |
| MUS 1143–4444 | Voice |
| MUS 1147–4448 | Classical Guitar |

**Ensemble:** Five hours chosen from:

| MUS 1101–4402 | Chamber Singers |
| MUS 1103–4404 | Women's Chorale |
| MUS 1105–4406 | Men's Chorale |
| MUS 1109–4410 | Concert Choir |
| MUS 1111–4412 | Symphony Band |
| MUS 1121–4422 | Orchestra |

**Total hours in the minor ....................................................................................................... 20**

## Bachelor of Arts in Music

The Bachelor of Arts in Music provides a student with a liberal arts education with an emphasis in applied music, enabling the student to teach applied music privately and/or to enter graduate school for more specialized studies. Through study in an applied music area, students develop and apply skills in their primary instrument or voice. Studies in theory, music history, and piano proficiency enable students to explore and express the structure of music and the historical context of musical genres. In chamber and large-scale ensemble experiences, students

learn to collaborate with one another, musical coaches, and/or conductors in the analysis, preparation and performance of significant works of music. Students in this degree program must satisfy the B.A. requirements of the General Education curriculum.

### Music (B.A.) Major Requirements

**A. General Education Requirements ........................................................................40 hours**

**B. Major Requirements.....................................................................................48–60 hours**

**Music Theory:** 16 hours:

| MUS 1151 | Aural Skills I |
| MUS 1152 | Aural Skills II |
| MUS 1173 | Theory: Introductory Harmony |
| MUS 2251 | Aural Skills III |
| MUS 2252 | Aural Skills IV |
| MUS 2271 | Theory: Advanced Harmony I |
| MUS 2272 | Theory: Advanced Harmony II |
| MUS 3371 | Theory: Form and Analysis |

**Music History:** Eight hours:

| MUS 3381 | History of Music I |
| MUS 3382 | History of Music II |

**Conducting:** Two hours:

| MUS 3386 | Fundamentals of Conducting I |

**Applied–Piano Proficiency** (non-piano majors): 0-4 hours:

| MUS 133C–234C | Keyboard Musicianship I–IV or by performance examination |

**Applied Lessons and Recitals:** 14 hours from the principal instrument (one hour required from MUS 4490)

| MUS 1131–4432 | Strings (violin, viola, cello, string bass) |
| MUS 1133–4434 | Piano |
| MUS 1135–4436 | Woodwinds (flute, clarinet, oboe, bassoon, saxophone) |
| MUS 1137–4438 | Brass (trumpet, French horn, trombone, tuba) |
| MUS 1139–4440 | Percussion |
| MUS 1143–4444 | Voice |
| MUS 1147–4448 | Classical Guitar |
| MUS 4490 | Senior Recital |

**Ensemble:** 8–16 hours:

At least five ensemble hours must be chosen from the following major ensembles:

| MUS 1101–4402 | Chamber Singers |
| MUS 1103–4404 | Women's Chorale |
| MUS 1105–4406 | Men's Chorale |
| MUS 1109–4410 | Concert Choir |
| MUS 1111–4412 | Symphony Band |
| MUS 1117–4418 | Wind Ensemble |
| MUS 1121–4422 | Orchestra |

Three additional hours must be chosen either from the major ensembles listed above or the chamber ensembles listed below:

| MUS 1107–4408 | Opera Theatre |
| MUS 1113–4414 | Jazz Ensemble |

| MUS 1119–4420 | Piano Ensemble (two hours required for piano majors) |
| MUS 1123–4424 | Chamber Ensemble (variable selections) |

**C. Bachelor of Arts Degree Requirements**.............................................................**20 hours**

**D. Electives** ...............................................................................................................**4–16 hours**

**E. Total**.........................................................................................................................**124 hours**

## Bachelor of Music in Performance

The Bachelor of Music in Performance enables a student to enter a graduate school for further study, teach applied music privately, and/or enter a professional career in music performance. Through comprehensive studies in their applied music areas, students develop and apply advanced skills on their primary instrument or voice. With studies in theory, music history, and piano proficiency, students explore the structure of music and the historical context of musical genres. In chamber and large-scale ensemble experiences, students learn to collaborate with one another, with musical coaches, and/or with conductors in the analysis, preparation and performance of significant works of music.

### Bachelor of Music in Performance Major Requirements

**A. General Education Requirements** ........................................................................**40 hours**

**B. Major Requirements**..........................................................................................**70–82 hours**

**Music Theory:** 16 hours:

| MUS 1151 | Aural Skills I |
| MUS 1152 | Aural Skills II |
| MUS 1173 | Theory: Introductory Harmony |
| MUS 2251 | Aural Skills III |
| MUS 2252 | Aural Skills IV |
| MUS 2271 | Theory: Advanced Harmony I |
| MUS 2272 | Theory: Advanced Harmony II |
| MUS 3371 | Theory: Form and Analysis |

**Music History:** Eight hours:

| MUS 3381 | History of Music I |
| MUS 3382 | History of Music II |

**Conducting:** Two hours:

| MUS 3386 | Fundamentals of Conducting I |

Six hours chosen from one of the tracks below:

| **Vocal Track** | | **Instrumental Track** | |
| MUS 1185 | German Diction | MUS 3372 | Theory: Counterpoint *OR* |
| MUS 1186 | Italian Diction | MUS 4471 | Orchestration |
| MUS 1187 | French Diction | Four additional hours of music electives | |
| Three additional hours of music electives | | | |

**Applied–Piano Proficiency** (non-piano majors): 0-4 hours:

MUS 133C–234C    Keyboard Musicianship I–IV or by performance examination

**Applied Lessons and Recitals:** 22 hours from the principal instrument (one hour required from MUS 3390 and one hour required from MUS 4490)

| MUS 1131–4432 | Strings (violin, viola, cello, string bass) |
| MUS 1133–4434 | Piano |
| MUS 1135–4436 | Woodwinds (flute, clarinet, oboe, bassoon, saxophone) |

| MUS 1137–4438 | Brass (trumpet, French horn, trombone, tuba) |
| MUS 1139–4440 | Percussion |
| MUS 1143–4444 | Voice |
| MUS 1147–4448 | Classical Guitar |
| MUS 3390 | Junior Recital |
| MUS 4490 | Senior Recital |

**Ensemble:** 8–16 hours:

At least five ensemble hours must be chosen from the following major ensembles:

| MUS 1101–4402 | Chamber Singers |
| MUS 1103–4404 | Women's Chorale |
| MUS 1105–4406 | Men's Chorale |
| MUS 1109–4410 | Concert Choir |
| MUS 1111–4412 | Symphony Band |
| MUS 1117–4418 | Wind Ensemble |
| MUS 1121–4422 | Orchestra |

Three additional hours must be chosen either from the major ensembles listed above or the chamber ensembles listed below:

| MUS 1107–4408 | Opera Theatre |
| MUS 1113–4414 | Jazz Ensemble |
| MUS 1119–4420 | Piano Ensemble (two hours required for piano majors) |
| MUS 1123–4424 | Chamber Ensemble (variable selections) |

**Language Requirements:** Eight hours

To be fulfilled through the modern language department's offerings (German, Italian or French preferred.)

**C. Electives ...............................................................................................................2–14 hours**

**D. Total.......................................................................................................................124 hours**

## Bachelor of Music Education

Approved by the Florida Department of Education to satisfy the educational requirements for the baccalaureate degree and initial teacher certification in Florida, the Bachelor of Music Education degree prepares a student to enter a professional teaching career in the K–12 setting, vocal, instrumental, and general music. Through a rigorous and comprehensive music education curriculum that includes courses in conducting, pedagogy, and technology, extensive field studies as well as professional education courses, students learn to structure and apply music for meaningful and effective class and ensemble instruction. Students must earn a grade of C or better in all music education, professional education, and conducting courses.

### Bachelor of Music Education Major Requirements

**A. General Education Requirements ........................................................................40 hours**

**B. Major Requirements.....................................................................................95–106 hours**

*(97–108 Voice)*

**Music Theory:** 16 hours:

| MUS 1151 | Aural Skills I |
| MUS 1152 | Aural Skills II |
| MUS 1173 | Theory: Introductory Harmony |
| MUS 2251 | Aural Skills III |
| MUS 2252 | Aural Skills IV |
| MUS 2271 | Theory: Advanced Harmony I |

| MUS 2272 | Theory: Advanced Harmony II |
| MUS 3371 | Theory: Form and Analysis |

**Music History:** Eight hours:

| MUS 3381 | History of Music I |
| MUS 3382 | History of Music II |

**Conducting:** Four hours:

| MUS 3386 | Fundamentals of Conducting I |
| MUS 3387 | Fundamentals of Conducting II |

**Music Education:** 12 hours:

| MUS 2275 | Strings Pedagogy |
| MUS 2276 | Woodwind Pedagogy |
| MUS 2277 | Choral Pedagogy |
| MUS 3375 | Brass Pedagogy |
| MUS 3376 | Percussion Pedagogy |
| MUS 4476 | Elementary Methods and Materials |
| MUS 4477 | Secondary Methods and Materials |
| MUS 4889 | Music Education Seminar |

**Applied–Piano Proficiency** (non-piano majors): 0–4 hours:

| MUS 133C–234C | Keyboard Musicianship I-IV or by performance examination |

**Applied Lessons and Recitals:** 14 hours from the principal instrument (one hour required from MUS 4490)

| MUS 1131–4432 | Strings (violin, viola, cello, string bass) |
| MUS 1133–4434 | Piano |
| MUS 1135–4436 | Woodwinds (flute, clarinet, oboe, bassoon, saxophone) |
| MUS 1137–4438 | Brass (trumpet, French horn, trombone, tuba) |
| MUS 1139–4440 | Percussion |
| MUS 1143–4444 | Voice |
| MUS 1147–4448 | Classical Guitar |
| MUS 4490 | Senior Recital |

**Ensemble:** 7–14 hours:

At least five ensemble hours must be chosen from the following major ensembles:

| MUS 1101–4402 | Chamber Singers |
| MUS 1103–4404 | Women's Chorale |
| MUS 1105–4406 | Men's Chorale |
| MUS 1109–4410 | Concert Choir |
| MUS 1111–4412 | Symphony Band |
| MUS 1117–4418 | Wind Ensemble |
| MUS 1121–4422 | Orchestra |

Two additional hours must be chosen either from the major ensembles listed above or the chamber ensembles listed below:

| MUS 1107–4408 | Opera Theatre |
| MUS 1113–4414 | Jazz Ensemble |
| MUS 1119–4420 | Piano Ensemble (two hours required for piano majors) |
| MUS 1123–4424 | Chamber Ensemble (variable selections) |

**Professional Education:** 34 hours:

| EDU 1107 | Foundations of Education I |

| EDU 2200 | Field Study Level I |
| EDU 2203 | Foundations of Education II |
| EDU 2210 | Foundations in Special Education |
| EDU 2235 | Methods of Assessment |
| EDU 3279 | Foundations of ESOL I |
| EDU 3323 | Field Study Level II |
| EDU 3333 | Foundations of Education III |
| EDU 4454 | Special Methods in Education |
| EDU 4457 | Reading and Writing in the Content Areas in the Secondary School |
| EDU 4889 | Student Teacher Intern Seminar |
| EDU 4990 | Senior Internship |

*Other requirements for voice concentration majors only: Two hours:

| *MUS 1185 | German Diction for Applied Voice |
| *MUS 1186 | Italian Diction for Applied Voice |

**C. Electives** ....................................................................................................................**0 hours**

**D. Total** ..................................................................................................................**135–146 hours**

*(137–148 Voice)*

## Bachelor of Science in Music with a Concentration in Music Management

The Bachelor of Science in Music with a Concentration in Music Management is an interdepartmental degree program that provides a student with a carefully selected combination of music, economics, and business courses that enable the student to enter a career in music business: music retail, music marketing, artist management, hall management, music publishing, record production (non-technical), and similar areas. Through studies in applied music, music theory, music history, and ensemble, students gain insight about the challenges and demands of music study and performance. Studies in business and economics provide students with a foundation in business administration that serves to prepare them for the pursuit of a professional music business career. The final semester of study will culminate in a music management internship. Students in this degree program must satisfy the B.S. requirements of the General Education curriculum.

### Music (B.S.) with a Concentration in Music Management Major Requirements

**A. General Education Requirements** .........................................................................**40 hours**

**B. Major Requirements** ..................................................................................... **85-92 hours**

**Music Theory:** Nine hours:

| MUS 1151 | Aural Skills I |
| MUS 1152 | Aural Skills II |
| MUS 1173 | Theory: Introductory Harmony |
| MUS 2251 | Aural Skills III |
| MUS 2271 | Theory: Advanced Harmony I |

**Music History:** Twelve hours:

| MUS 1164 | History of Jazz |
| MUS 3381 | History of Music I |
| MUS 3382 | History of Music II |

**Keyboard Musicianship:** Four hours (non-piano majors):

| MUS 133C | Keyboard Musicianship I |
| MUS 134C | Keyboard Musicianship II |
| MUS 233C | Keyboard Musicianship III |
| MUS 234C | Keyboard Musicianship IV |

*Note: Students testing out of Keyboard Musicianship classes will take a comparable number of credits in Applied Piano in addition to the required seven hours of Applied Lessons.*

**Applied Lessons:** Seven hours from the principal instrument:

| MUS 1131–4432 | Strings (violin, viola, cello, string bass) |
| MUS 1133–4434 | Piano |
| MUS 1135–4436 | Woodwinds (flute, clarinet, oboe, bassoon, saxophone) |
| MUS 1137–4438 | Brass (trumpet, French horn, trombone, tuba) |
| MUS 1139–4440 | Percussion |
| MUS 1143–4444 | Voice |
| MUS 1147–4448 | Classical Guitar |

**Ensembles:** 7–14 hours:

At least five hours must be chosen from the following ensembles:

| MUS 1101–4402 | Chamber Singers |
| MUS 1103–4404 | Women's Chorale |
| MUS 1105–4406 | Men's Chorale |
| MUS 1109–4410 | Concert Choir |
| MUS 1111–4412 | Symphony Band |
| MUS 1117–4418 | Wind Ensemble |
| MUS 1121–4422 | Orchestra |

Two additional hours must be chosen either from the major ensembles listed above or the chamber ensembles listed below:

| MUS 1107–4408 | Opera Theatre |
| MUS 1113–4414 | Jazz Ensemble |
| MUS 1119–4420 | Piano Ensemble (two hours required for piano majors) |
| MUS 1123–4424 | Chamber Ensemble (variable selections) |

**Business and Music Management:** 46 hours:

| ACC 2111 | Foundations of Financial Accounting |
| ACC 2112 | Foundations of Managerial Accounting |
| BUS 1105 | Personal Finance |
| BUS 2217 | Principles of Management |
| BUS 3160 | Marketing Principles |
| BUS 3311 | Legal Environment of Business |
| ECO 2010 | Essentials of Economics |
| MUS 2253 | Introduction to Music Business |
| MUS 2255 | Music Product and Retailing |
| MUS 3359 | Music Management |
| MUS 4461 | Internship Seminar |
| MUS 4462 | Music Management Internship |

**C. Bachelor of Science Degree Requirements** .......................................................... **12 hours**

**D. Electives** ................................................................................................................ **0 hours**

**E. Total** ................................................................................................................ **137-144 hours**

# NURSING

Florida Southern College offers four separate programs in nursing. They are: (1) BSN (Pre-licensure), (2) BSN (RN-to-BSN) and (3) MSN and (4) DNP. The baccalaureate degree programs in nursing and the master's degree program in nursing at Florida Southern College are accredited by the Commission on Collegiate Nursing Education, 655 K Street, NW, Suite 750, Washington, DC 20001, 202-887-6791.

## BSN (Pre-licensure)—Day Program

The BSN program prepares students for a career in nursing. Upon graduation, students are qualified to apply to take the National Council Licensure Exam for RNs (NCLEX-RN) to obtain licensure as a registered nurse (RN), which allows them to practice in many different roles across a wide variety of health care settings such as hospitals, clinics, home care, hospice or other administrative or educational settings. The BSN curriculum includes general education and prerequisite courses to support the student's health care focus. Nursing courses begin in the freshman year with initial clinical practice commencing in the sophomore year. In the junior and senior years of the BSN program, students take a variety of clinical courses such as pediatrics, obstetrics, adult health, psychiatric and community health nursing. Students participate in clinical simulation laboratories during the course of study and have a wide range of transition-to-practice internship practicum opportunities in the senior year of the program. Students may also participate in the nursing focused junior journey trips to domestic and international locations, where they may engage in health care and nursing activities under the supervision of a nursing faculty member.

## Admission Requirements

There are three entry pathways into the BSN pre-licensure program:

**Direct entry applicants:** High school students may apply to the BSN program and begin their nursing education in the freshman year to be completed over a four year time period. In order to apply for direct entry a student must first be admitted to the College and, at minimum, should meet the academic criteria which follow. Admission to the program is competitive, and a comprehensive review of application materials will determine admittance.

Criteria for direct entry:

- Academic GPA of 3.25 *AND*
- 1100 SAT (M+CR) *OR*
- 22 ACT

Students offered a direct entry seat are admitted provisionally for the first year. Provided that they complete all course requirements, including the required first year nursing courses (NUR 1105 and NUR 1106), with a GPA of 3.0 or better, and complete all prerequisite courses with a grade of C or better, students do not need to re-apply to the BSN program. In all subsequent years, students must maintain an overall Florida Southern GPA of 3.0, and have a final grade of C or better in all BSN major and prerequisite courses. Students who are unable to maintain the required GPA and these stated standards may be unenrolled from the BSN program (but may still be eligible to remain at the College).

**Internal transfer applicants:** While there are very limited spaces available for internal transfers, students currently enrolled at Florida Southern in different majors may apply for a change of major into the BSN program. Students must meet all requirements for direct entry, have met or will meet all prerequisite course requirements, and have an overall GPA of 3.0 and a C or better in all prerequisite courses. The dean of the School of Nursing and Health Sciences will review all internal applicants and make a final decision for a change in major based on merit

and available space in the program. There is no guarantee for transfer into the BSN major from other majors even if the student meets academic eligibility. Students who are accepted for internal transfer must take NUR 1105 the next time the course is offered.

*Note: A student requesting an internal transfer to the nursing major is required to make an appointment with the BSN Director prior to the conclusion of fall semester to be considered for admission to the nursing major for the following academic year. The student will bring an essay discussing personal reasons for requesting the internal transfer into the nursing program. During this meeting the following admission criteria will be reviewed: (1) Student essay, (2) overall GPA of 3.0 for all completed courses, (3) spring course enrollment into NUR 1106, (4) and completion of freshmen level prerequisite courses with a grade of C or higher prior to the sophomore fall semester. Students will be evaluated on the above criteria and admitted based on availability within the program.*

**External transfer applicants:** In order to apply for admission to the BSN program, a transfer student must first be admitted to the College and, at minimum, should meet the following academic criteria:

- Overall college GPA of 3.0 for completed courses received as transfer credits;
- Completion of the prerequisite courses BIO 2215, BIO 1000 or BIO 1500, and Chem 1011, all with a grade of C or higher;
- Additional requirements dependent on placement within the nursing major.

Application deadline for the BSN program is March 1 for the following fall semester. Students accepted for internal transfer will take NUR 1105 and 1106 concurrent with other nursing courses. If admitted to the BSN program, students should maintain an overall Florida Southern GPA of 3.0 and a final grade of C or better in all BSN major and prerequisite courses. Students who are unable to maintain the required GPA and these eligibility standards may be unenrolled from the BSN program.

## Special Requirements
- All pre-licensure BSN students are required to participate in clinical education experiences at off-site locations. Each BSN student is responsible for obtaining reliable transportation to the clinical sites. Students may be assigned clinical rotations on weekends and evenings.

- Each pre-licensure BSN student is required to complete a criminal background screening including finger printing prior to starting the first clinical course. *NOTE: Any student with a prior arrest or conviction history may be denied entry into the BSN program due to our agency contract agreements or may be denied licensure as a registered nurse per Florida Statue 464 (Nurse Practice Act). Students who apply to the BSN program with a prior criminal record must be further screened by the program director and approved by the dean prior to acceptance into the BSN pre-licensure program. Failure to disclose prior criminal history on application or report any subsequent criminal arrest after enrollment at Florida Southern College to the dean of the School of Nursing and Health Sciences may disqualify the student from the BSN program.*

- Each nursing student is required to complete a ten-panel drug screen prior to starting the first clinical. Any student may be requested to repeat the urine drug screen as required by any clinical site or as part of a drug testing program. The cost of the background check and drug screenings is the responsibility of the student. *Note: Students who have a positive drug test may be denied acceptance into the BSN program or be unenrolled from the BSN program.*

- A blanket student nursing liability insurance policy will cover all nursing students for the time he or she is providing patient care as part of a supervised clinical education experience. The cost (estimate $23 per year) will be included in the nursing fee charged each semester.

- All BSN students must have a current adult and pediatric BLS certification with A.E.D. and maintain certification though the end of the program of study.

- The following are required:
a) Tuberculosis testing: A negative 2 step TB skin test (administered 1-3 weeks apart) OR Negative TB blood test (lab report required)
b) Measles/Mumps/Rubella (MMR) immunization or-positive titer
c) Hepatitis B immunization or positive titer
d) Hepatitis C (HCV) antibody test; follow-up testing if/as required
e) Varicella immunization or positive titer
f) Pertussis (TDAP) immunization
g) Tetanus booster every 10 years
h) Annual flu vaccine
i) Health statement of physical fitness from health care provider stating student may participate in clinical experience assignments. Any restrictions must be outlined and include a reasonable plan for accommodation.
j) Affidavit of Good Moral Character (notarized in the state of FL)

- The student is responsible for all related costs for immunization. No student will be allowed to begin clinical experiences until all clinical requirements have been submitted.
- Students who have positive antibodies for Hepatitis C or HIV or other chronic infective diseases that may compromise patient safety, must be further screened and counseled. Because students will have direct contact with patients during the course of their clinical assignments in hospitals and other care settings, specific safeguards or other restrictions to practice may be imposed on the student to protect patients and themselves. The clinical agencies will have final say whether infected students can practice or attend clinical assignments.
- Students are required to complete the online OSHA and HIPPA training modules prior to entering the clinical agency.

**Technical Standards**

FSC nursing programs provide the following description of technical standards to inform prospective and enrolled students of the technical standard requirements for completing the nursing programs. These standards are not requirements for admission to the program and the examples provided are not all-inclusive. Students and prospective students should review these standards and assess their own ability to be successful in completing the program. Key areas for technical standards in nursing include having abilities and skills in the following areas: 1) observation, 2) communication, 3) motor, 4) cognitive, and 5) behavioral/social. Technological compensation can be made for some disabilities in certain areas, but a candidate should be able to perform in a reasonably independent manner and exercise independent judgment.

**Observation**

The candidate must be able to observe demonstrations and participate in didactic courses and simulated learning opportunities. A candidate must be able to observe a patient accurately at a distance and close at hand. Observation requires the use of common sense, as well as the functional use of the senses of vision, audition, olfaction, and palpation.

**Communication**

Candidates must communicate effectively using English in clinical and classroom settings. A candidate must be able to elicit information from patients, describe changes in mood, activity and posture, and perceive nonverbal communications. A candidate must be able to communicate effectively and sensitively with patients. Communication includes not only speech, but reading and writing. The candidate must be able to communicate effectively and efficiently with all members of the health care team in both immediate and recorded modes.

### Motor

Candidates should have sufficient motor function to elicit information from patients by palpation, auscultation, percussion and other assessment techniques. A candidate should be able to perform nursing skills requiring the use of gross and fine motor skills (e.g. IV insertion, venous blood draw, urinary catheter insertion). A candidate should be able to execute motor movements reasonably required to provide nursing care and emergency response to patients. Examples of emergency responses reasonably required of nurses are cardiopulmonary resuscitation, medication administration, and application of pressure to stop bleeding. Candidates must perform actions which require the use of both gross and fine muscular movements, equilibrium, and functional use of the senses of touch and vision. Candidates should also be able to assist and/or participate in various lifting activities.

### Conceptual-Integrative

These abilities include measurement, calculation, reasoning, analysis, synthesis, and retention of complex information. Critical thinking requires all of these intellectual abilities in order to provide optimal nursing care. In addition, the candidate should be able to comprehend three-dimensional relationships and to understand the spatial relationships of structures.

### Behavioral-Social

Candidates must possess the emotional health required for the full use of their intellectual abilities, the exercise of good judgment, the prompt completion of all responsibilities attendant to the care of patients, and the development of mature, sensitive, and effective relationships with patients. Candidates must be able to tolerate physically taxing workloads and to function effectively under stress in the classroom and clinical area. They must be able to adapt to changing environments, display flexibility, and learn to function in the face of uncertainties inherent in the clinical environment. Compassion, integrity, concern for others, interpersonal skills, interest, and motivation are all personal qualities that are assessed during the admissions and educational process.

Reasonable accommodations will be considered on a case by case basis for individuals who meet eligibility under applicable statutes. Any person expecting to need accommodations should request them prior to beginning the program, as some accommodations may not be considered reasonable and may impact an applicant's ability to complete all components of the program. Students requesting accommodations should contact Dr. Marcie Pospichal, Coordinator of Student Disability Services. Her office is in the Rogers Building Room 120. You may also call her at (863) 680-4197 or e-mail at disabilityservices@flsouthern.edu with any questions or concerns. For more information on disability accommodations and access, please visit our website at http://www.flsouthern.edu/campus-resources/student-disability-services.aspx.

### Progress Requirements

An overall GPA of 3.0 or higher is required for progression in the major. Students must achieve a grade of C or higher in all required coursework for the nursing major. A student will be placed on probation in the semester following non-compliance of the required academic or professional conduct standards. Students who do not meet GPA requirements in subsequent semesters may be dismissed from the BSN program. Standardized testing is used to monitor student progress throughout the program, and students must pass a final exit examination to meet BSN major graduation requirements. See the *Nursing Student Handbook* for specific policies. Because

BSN students will participate in actual patient care in hospitals and other health care settings, there is an expectation of a high standard of conduct and professional behavior for all students. Students who do not maintain the expected level of academic and professional performance may be unenrolled from the nursing program.

### Estimated Additional Nursing Costs

Clinical documentation tracker with FDLE background check
and 10-panel urine drug screen....................................................................................................$210
Immunizations (varicella, Tdap, PPD, HEp C titer)......... $315.00 (varies with insurance carrier)
Uniforms (2) and shoes ........................................................................................................... $275
Nursing equipment.................................................................................................................. $125

### Nursing fees charged to student account

Professional liability insurance ....................................................................... estimate $23 annually
Lab Fee............................................................................................................estimate $25 per semester
Content mastery modules and testing program
(sophomore, junior, and senior years) .................................................estimate $635 per semester

### Nursing (B.S.N.) Major Requirements

**A. General Education Requirements ........................................................................40 hours**

**B. Major Requirements.....................................................................................95–96 hours**

| | |
|---|---|
| NUR 1105 | Nursing Foundations I |
| NUR 1106 | Nursing Foundations II |
| NUR 2202 | Nursing Fundamentals |
| NUR 3104 | Applied Pathophysiology |
| NUR 3106 | Basics of Health Assessment |
| NUR 3204 | Applied Pharmacology |
| NUR 3510 | Psychiatric Nursing Care |
| NUR 3530 | Maternal and Newborn Nursing Care |
| NUR 3540 | Pediatric Nursing Care |
| NUR 3585 | Adult Health Nursing Care I |
| NUR 4110 | Evidence Based Health Care |
| NUR 4210 | Senior Seminar |
| NUR 4570 | Community Health Nursing Care |
| NUR 4575 | Introduction to Global and Population Health |
| NUR 4585 | Adult Health Nursing Care II |
| NUR 4591 | Nursing Leadership |
| NUR 4595 | Adult Health Nursing Care III |
| NUR 4961 | Nursing Practicum |

Prerequisites (prior to sophomore year):

| | |
|---|---|
| BIO 1000 | Biology for Your Life *OR* |
| BIO 1500 | Biology I: Biological Essentials |
| BIO 2215 | Human Anatomy and Physiology I |
| CHE 1011 | Chemical Foundations of the Biological Sciences |

Prerequisites (prior to junior year):

| | |
|---|---|
| BIO 2280 | Applied Microbiology |

Concurrent (sophomore year):
    BIO 2216         Human Anatomy and Physiology II
Concurrent (junior year):
    MAT 2022        Elementary Statistics *OR*
    MAT 2032        Biostatistics
**C. Electives** ......................................................................................................................**0 hours**
**D. Total** .............................................................................................................**135–136 hours**

## RN-BSN–Adult Program

The RN-to-BSN program is available to currently licensed registered nurses who would like to complete their BSN degree. The RN-to-BSN program provides a contemporary curriculum that (1) provides the student with a value based liberal arts foundation for the first professional degree (BSN); (2) prepares the student for lifelong learning; (3) advances individual critical thinking skills; and (4) prepares the student for graduate school.

### Special Requirements:
#### *The following special requirements apply for all RN-BSN students:*

- All students in the RN-to-BSN program must have a valid and unrestricted registered nurse license from the state where they will perform their clinical hours. Applicants to this program must contact the Office of Adult and Graduate Admission to verify that the state of nursing licensure participates in our reciprocal learning agreement.

- All accepted nursing students are required to participate in clinical education experiences at FSC and off-site locations. Each RN-to-BSN student is responsible for obtaining reliable transportation to the clinical sites. Students may be assigned clinical rotations on weekends and evenings.

- Each RN-to-BSN student is required to complete a criminal background screening including finger printing prior to starting the first clinical course. *Note: Any student with a prior arrest or conviction history may be denied entry into the RN-to-BSN program due to our agency contract agreements. Students who apply to the RN-to-BSN program with a prior criminal record must be further screened by the program director and approved by the dean prior to acceptance into the program. Failure to disclose prior criminal history on application or report any subsequent criminal arrest after enrollment at Florida Southern College to the dean of the School of Nursing and Health Sciences may disqualify the student from the program.*

- Each nursing student is required to complete a ten-panel drug screen prior to starting the first clinical. Any student may be requested to repeat the urine drug screen as required by any clinical site or as part of a drug testing program. The cost of the background check and drug screenings is the responsibility of the student. *Note: Students who have a positive drug test may be denied acceptance into the RN to BSN program or be unenrolled from the RN to BSN program.*

- Each nursing student is required to provide proof of immunization prior to entering any clinical site (see pre-licensure BSN requirements above). There may be additional requirements based on the specific agency agreement for any clinical placement in which the student may participate.

- A blanket student nursing liability insurance policy will cover all nursing students for the time he or she is providing patient care as part of a clinical education experience. The student will be billed the insurance fee estimate, $20 annually.

- All students must have a current adult and pediatric BLS certification with A.E.D. and maintain certification though the end of the program of study.

- Each nursing student is required to purchase a clinical documentation package, upload and maintain documents prior to the deadlines provided by the program director. The follow-

ing are required:

a) Mantoux tuberculin test (2-step method) or blood test for TB

b) Measles/Mumps/Rubella (MMR) immunization or positive titer

c) Hepatitis B immunization or positive titer

d) Hepatitis C titer negative

e) Varicella immunization or positive titer

f) Pertussis (Tdap) immunization

g) Tetanus booster every 10 years

h) Annual flu vaccine

i) Health statement of physical fitness from health care provider stating student may participate in clinical experience assignments. Any restrictions must be outlined and include a reasonable plan for accommodation.

j) Affidavit of Good Moral Character (notarized in the state of FL)

- The student is responsible for all related costs for immunization. No student will be allowed to begin clinical experiences until all clinical requirements have been submitted by the designated date.

- Students who have positive antibodies for Hepatitis C or HIV or other chronic infective diseases that may compromise patient safety, must be further screened and counseled. Because students will have direct contact with patients during the course of their clinical assignments in hospitals and other care settings, specific safeguards or other restrictions to practice may be imposed on the student to protect patients and themselves. The clinical agencies will have final say whether infected students can practice or attend clinical assignments.

- Students are required to complete online OSHA and HIPPA Training Modules prior to entering the clinical agency.

### Adult Program Admission Requirements

This program is not currently enrolling new students.

### Progress Requirements

- A grade of C or higher is required in all coursework for the nursing major.

- The entire program must be completed within seven years of admission.

A student will be placed on probation in the semester following noncompliance of the required academic or professional conduct standards. If still not compliant at the end of the probation semester, the student may be suspended from the program. Once placed on probation, the student must be compliant for two consecutive semesters following the initiation of the probation to return to good standing in the program. (See *Nursing Student Handbook* for policies.)

### Nursing (RN-BSN) Major Requirements

**A.  General Education Requirements** ......................................................................**40 hours**

**B. Major Requirements** ........................................................................................**40 hours**

| CHE 2110 | Physiological Chemistry |
| MAT 2022 | Elementary Statistics *OR* |
| MAT 2032 | Biostatistics |

| NUR 3102 | Conceptual Foundations of Nursing |
| NUR 3104 | Applied Pathophysiology |
| NUR 3106 | Basics of Health Assessment |
| NUR 4110 | Evidence Based Health Care |
| NUR 4570 | Community Health Nursing Care |
| NUR 4575 | Introduction to Global and Population Health |
| NUR 4590 | Leadership Practicum |
| NUR 4999 | Capstone Seminar in Nursing |

**C. Electives**............................................................................................................................**44 hours**

**D. Total** ...................................................................................................................................**124 hours**

# PHILOSOPHY

Students who pursue the B.A. in Philosophy will deal with fundamental questions about the nature of reality, knowledge, and value: Is there a God? Is the soul something different from the body? Do human beings have free will? Are there objective standards of morality? What are the grounds and limits of human knowledge? Philosophy addresses these kinds of questions using critical reasoning methods that develop students' problem-solving skills. Philosophical reasoning skills are portable: you can adapt them to various kinds of practical and theoretical problems. Philosophy is especially useful as a major or minor for students considering graduate study or career fields requiring abstract reasoning and creative problem solving abilities.

### Honors in the Major

Academically exceptional students majoring in philosophy may pursue Honors in the Major. Students must maintain a minimum GPA of 3.66 in the major and a cumulative GPA of 3.5. At least half of their total coursework must have been completed at FSC. Candidates must apply for acceptance into Honors in the Major no later than the third semester prior to graduation, and if accepted, begin the honors course sequence, PHI 4953 and 4954: Honors in Philosophy. Working under a project director in these courses, students will prepare a major paper to be presented to their thesis committee during the final semester. Please see the religion and philosophy department chair by the first semester of the junior year for further information.

### Philosophy Minor Requirements

20 hours selected from PHI courses applicable to the major.

### Philosophy Major Requirements

**A. General Education Requirements** ........................................................................**40 hours**

**B. Major Requirements**................................................................................................**42 hours**

| PHI 2204 | Ethics |
| PHI 2208 | Logic |
| PHI/REL 2219 | World Religions and Philosophies |
| PHI 3109 | Great Philosophers I |
| PHI 3309 | Great Philosophers II |
| PHI 4999 | Philosophy Capstone Seminar |

Eight hours selected from the following:

| PHI 4459 | Knowledge, Truth, and Reality |
| PHI 4479 | Special Topics in Philosophy (may be taken more than once with different topics) |

Twelve additional hours selected from the following if not selected above:

| PHI 1109 | What Is Philosophy? |
|----------|---------------------|
| PHI 2224 | Business Ethics |
| PHI 3359 | Aesthetics |
| PHI/REL 3365 | Theological and Philosophical Themes in Contemporary Literature |
| PHI/REL 3388 | Fundamental Questions in Theology and Philosophy |
| PHI 3500 | Social and Political Philosophy |
| PHI 4459 | Knowledge, Truth, and Reality |
| PHI 4479 | Special Topics in Philosophy |
| PHI 4953/4954 | Honors in Philosophy |
| PHI 4960 | Internship in Philosophy |

**C. Bachelor of Arts Degree Requirements** ...............................................................**20 hours**

**D. Electives** ......................................................................................................................**22 hours**

**E. Total**.............................................................................................................................**124 hours**

# PHYSICS

A minor in physics is available through the Department of Chemistry, Biochemistry, and Physics. The physics minor introduces students to the basics of contemporary physics. Students can have the opportunity to deepen their understanding of the foundations of physics and its applications in other fields. At Florida Southern, the physics minor is intended to provide students with a strong background in the principles of physics and the application of those principles to new and emerging technologies. It provides an understanding of both a classical and quantum description of matter. The physics minor is particularly effective in preparing students for graduate study and careers in chemistry, physics, engineering, applied mathematics, research, and/or teaching.

### Physics Minor Requirements

| MAT 2311 | Calculus I with Plane Analytic Geometry |
|----------|------------------------------------------|
| MAT 2312 | Calculus II with Plane Analytic Geometry |
| PHY 2110 | General Physics I (Calculus Based) |
| PHY 2120 | General Physics II (Calculus Based) |
| PHY 3070 | Modern Physics I |

Four hours selected from the following:

| PHY 3050 | Special Topics in Physics |
|----------|---------------------------|
| PHY 3080 | Modern Physics II |

**Total hours in the Minor** ....................................................................................................... **24**

# POLITICAL COMMUNICATION

Political communication is the study of information flow through political processes and institutions. Majors gain the practical and theoretical knowledge necessary to compete in a multitude of industries connected to the political arena. With exposure to social science research methods, journalism practices, speech writing, and debate experience, majors develop a strong set of marketable skills. Students will graduate prepared for careers in industries including business and political consulting, public affairs, political journalism, and public diplomacy.

### Political Communication Major Requirements

Only courses in which grades of C or higher are earned may count toward the major.

**A. General Education Requirements** ......................................................................**40 hours**

**B.  Major Requirements**......................................................................................................**48 hours**

| | |
|---|---|
| COM 1500 | Fundamentals of Speech |
| COM/POS 3905 | Politics and the Media |
| COM 4500 | Communication Law and Ethics |
| COM 4550 | Communication Research |
| MAT 2022 | Elementary Statistics |
| COM 3955 | Professional Development for Communication Careers *AND* |
| COM 4960/4961 | Communication Internship |

*OR*

| | |
|---|---|
| POS 4960/4961 | Internship (4 hours) |

Select two courses from one political science concentration and one course from the other
   political science concentration:

### American Politics Concentration

| | |
|---|---|
| POS 1115 | Methods for Political Science I |
| POS 2500 | Law and the Courts |
| POS 3320 | Legislative Processes |
| POS 3325 | U.S. Campaigns and Elections |
| POS 3400 | Political Parties and Interest Groups |
| POS 4429 | Political Theory |

### International Relations Concentration

| | |
|---|---|
| POS 2900 | Introduction to International Relations |
| POS 3175 | United States Foreign Policy |
| POS 3323 | International Organizations |
| POS 3345 | Conflict and War |
| POS 3500 | The International Relations of the Developing World |
| POS 3550 | National and International Political Economy |
| POS 3600 | Topics in International Relations |

Select one communication concentration below:

### Media Concentration

| | |
|---|---|
| COM 3300 | News Reporting and Feature Writing |
| COM 3320 | Introduction to Broadcast Journalism |
| COM 3360 | Online Media |

### Public Affairs Concentration

| | |
|---|---|
| COM 2400 | Principles of Advertising and Public Relations |
| COM 3450 | Public Relations Writing |
| COM 3900 | Special Topics in Communication *OR* |
| COM 4350 | Public Relations Strategies |

### Organizational Communication Concentration

| | |
|---|---|
| COM 2260 | Small Group Communication *OR* |
| COM 3200 | Persuasion |
| COM/SOC 2270 | Intercultural Communication |
| COM 3210 | Organizational Communication |

**C.  Bachelor of Arts Degree Requirements**....................................................................**20 hours**

*OR*

**D.  Bachelor of Science Degree Requirements**.............................................................**12 hours**

**E.  Electives** ...........................................................................................................**16–24 hours**

**F.  Total** ...................................................................................................................**124 hours**

# POLITICAL SCIENCE

The Department of Political Science offers the B.A./B.S. in Political Science. Courses focus on American politics and international relations. Students are encouraged to take a variety of courses in both areas and not become too specialized at the undergraduate level. The department offers Honors in the Major and Internship opportunities for those who qualify.

### Progress Requirements

Students must have at least a 2.5 GPA in the major and either instructor's permission or 18 hours of political science courses to register for POS 4960 or 4961 (Internship).

### Political Science Minor Requirements

To earn a minor in political science, students must complete a minimum of 20 hours of political science coursework, subject to the following restrictions:

1. Eight of the twenty hours of coursework must be earned at the 1000- and 2000-level.
2. Twelve of the twenty hours of coursework must be earned at the 3000- and 4000-level.
3. Students must complete two courses of any level in American politics and two of any level in international relations (see below).
4. An internship is NOT required for the minor.
5. Only one hour of internship credit (POS 4960 or 4961) may be applied toward the minor.

### American Politics Courses

| POS 1005 | Summer Odyssey 20XX: FSC in D.C. |
|----------|----------------------------------|
| POS 1115 | Methods for Political Science I |
| POS 2500 | Law and the Courts |
| POS 3100 | Southern Politics |
| POS 3320 | The Legislative Process |
| POS 3325 | U.S. Campaigns and Elections |
| POS 3400 | Political Parties and Interest Groups |

### International Relations Courses

| POS 1005 | Summer Odyssey 20XX: FSC in D.C. |
|----------|----------------------------------|
| POS 2900 | Introduction to International Relations |
| POS 3175 | Foreign and Security Policy of the United States |
| POS 3323 | International Organizations |
| POS 3345 | Conflict and War |
| POS 3550 | National and International Political Economy |
| POS 3600 | Topics in International Relations |

**Total hours in the minor** .........................................................................................................**20**

### Political Science Major Requirements

**A.  General Education Requirements** ......................................................................**40 hours**

**B.  Major Requirements** ....................................................................................**37–41 hours**

POS 1115                Methods for Political Science I

| | | |
|---|---|---|
| POS 2900 | Introduction to International Relations | |
| POS 2295 | Methods for Political Science II | |
| POS 4960/4961 | Internship (1–5 hours) | |
| POS 4999 | Senior Seminar in Political Science | |

Majors must complete an additional 20 hours of course work in political science, subject to the distribution requirements below:

At least one course chosen from the following:

| | |
|---|---|
| POS 3100 | Southern Politics |
| POS 3320 | The Legislative Process |
| POS 3325 | U.S. Campaigns and Elections |
| POS 3400 | Political Parties and Interest Groups |

At least one course from the following:

| | |
|---|---|
| POS 3175 | Foreign and Security Policy of the United States |
| POS 3323 | International Organizations |
| POS 3345 | Conflict and War |
| POS 3500 | The International Relations of the Developing World |
| POS 3600 | Topics in International Relations |

At least one course from the following:

| | |
|---|---|
| HIS 3165 | History of Modern Europe |
| HIS 3275 | History of East Asia |
| HIS/LAS 3365 | History of Modern Latin America |
| HIS 3415 | History of the Middle East |
| HIS 3445 | History of Modern Africa |
| POS 3327 | Topics in Comparative Politics |

**C. Bachelor of Arts Degree Requirements**................................................................**20 hours**
   *OR*
**D. Bachelor of Science Degree Requirements** ........................................................**12 hours**
**E. Electives** ..............................................................................................................**23–35 hours**
**F. Total**......................................................................................................................**124 hours**

## PSYCHOLOGY

Psychology offers two degrees: the Bachelor of Science in Psychology and the Bachelor of Arts in Psychology. A minor in psychology is also available (20 hours of PSY courses). Psychology majors have the opportunity to work in collaboration with energetic faculty in building a thorough understanding of the major areas and issues in psychology. The psychology program provides opportunities for student engagement and active learning through classroom activities, internships and student-faculty collaborative research projects. Where possible, students are supported in presenting projects at scholarly meetings and venues. The program encourages student involvement in discipline-related campus and community service projects, as well as actively participating in psychology student organizations. The psychology program is based in the empirical research tradition and offers preparation for both graduate school and entry into the job market.

### Honors in the Major

The psychology program offers an Honors in the Major option. The purpose of the program is to provide an opportunity for highly achieving students who are motivated and talented to do an in-depth investigation of an area of interest in consultation with a professor having expertise in that area. Please see the program coordinator during the first semester of the junior year for further information. Students should register for PSY 4953 and PSY 4954 in their senior year.

#### Psychology Minor Requirements
Twenty hours selected from PSY courses applicable to the major.

#### Psychology Major Requirements

**A. General Education Requirements .......................................................................40 hours**

**B. Major Requirements.............................................................................................52 hours**

| | | |
|---|---|---|
| MAT 2022 | Elementary Statistics | |
| PSY 1500 | Psychological Investigations of the Social World | |
| PSY 1510 | Psychological Investigations of the Natural World | |
| PSY 3310 | Research Design and Statistics | |
| PSY 4450 | Research Practicum ***OR*** | |
| PSY 4960/4961 | Internship in Psychology | |
| PSY 4999 | Capstone Seminar | |

Eight hours of PSY electives.

One course selected from social-cognitive group:

| | |
|---|---|
| PSY/SOC 2206 | Social Psychology |
| PSY 2209 | Developmental Psychology |
| PSY 3314 | Psychology of Personality |
| PSY 3315 | Cognitive Psychology |

One course selected from natural sciences group:

| | |
|---|---|
| PSY 2220 | Sensation and Perception |
| PSY 3305 | Learning/Behavioral Psychology |
| PSY 3309 | Behavioral Neuroscience |
| PSY 3330 | Human Sexuality |

Three courses selected from the applied and professional development group:

| | |
|---|---|
| PSY 2210 | Tests and Measurements |
| PSY 2214 | Abnormal Psychology |
| PSY 3300 | Clinical/Counseling Psychology |
| PSY 3301 | Special Topics in Psychology |
| PSY 3325 | Positive Psychology |
| PSY 3336 | Industrial/Organizational Psychology |
| PSY 3350 | Professional Issues in Psychology |
| PSY 4410 | Psychology and Law |
| PSY 4460 | Advanced Research Design Analysis |

*Note: All courses are four credit hours.*

**C. Bachelor of Arts Degree Requirements.................................................................20 hours**
***OR***

**D. Bachelor of Science Degree Requirements .........................................................12 hours**

**E. Electives ................................................................................................................12 - 20 hours**

**F. Total.........................................................................................................................124 hours**

## RELIGION

The religion program offers the Bachelor of Arts in Religion and the Bachelor of Arts in Religion with a Concentration in Youth Ministry. Students who pursue the B.A. in Religion will encounter a balanced and challenging curriculum offering courses in the traditional areas of Biblical and Christian theological studies, as well as exposure to non-Christian religious traditions. Through critical engagement with Biblical, theological, and religious concepts, students will

develop an understanding and appreciation for religious faith and how this faith engages and transforms culture, history, and the human experience, while at the same time comprehending its implications for both ethical conduct and self-understanding as responsible citizens of the global community. The curriculum is driven by student-focused learning, instructional technology, and student guided discussions, seminars and research.

Students who pursue the degree in religion with a Concentration in Youth Ministry will build on the solid foundation provided by the above curriculum by critically applying it in the youth ministry setting while also developing an understanding of teaching and learning theories for youth ministry and its leadership and administration. This religion major with youth ministry concentration allows students to advance their understandings of youth ministry through practical applications culminating in an internship.

### Honors in the Major

Academically exceptional students majoring in religion have the option of pursuing Honors in the Major. Students must maintain a minimum GPA of 3.66 in religion and a cumulative GPA of 3.5. At least half of their total coursework must have been completed at FSC, as well. Candidates must apply for acceptance into Honors in the Major no later than the third semester prior to graduation, and if accepted, begin the honors course sequence, REL 4953 and 4954: Honors in Religion. Working under a project director in these courses, students will prepare a major paper to be presented to their honors thesis committee during their final semester at FSC. Please see the department chair by the first semester of the junior year for further information.

### Religion Minor Requirements

20 hours selected from REL courses applicable to the major. One four-hour course must be at the 3000–4000 level.

### Religion Major Requirements

**A. General Education Requirements** ........................................................................ **40 hours**

**B. Major Requirements** ............................................................................................. **46 hours**

| | | |
|---|---|---|
| REL 2214 | Christian Ethics | |
| REL 2215 | The Old Testament: The Literature, the History, the Religious Ideas | |
| REL 2216 | The New Testament: Its History, Literature, and Theology | |
| REL 2218 | Basic Christian Beliefs | |
| REL/PHI 2219 | World Religions and Philosophies | |
| REL 4999 | Capstone Seminar in Religion | |

One course selected from each of the following three groups:

**Group 1**

| REL 3345 | The Wisdom Tradition in Ancient Israel |
|---|---|
| REL 4435 | Prophetic Thought in Ancient Israel |

**Group 2**

| REL 3366 | Johannine Literature: Gospel, Letters and Apocalypse |
|---|---|
| REL 4416 | Life and Letters of Paul |
| REL 4446 | Life and Teachings of Jesus |

**Group 3**

| REL 4428 | Current Theological Thought |
|---|---|
| REL 4448 | The Doctrine of God |

12 additional hours in REL courses selected from the following if not chosen above:

| REL 1108 | What is Religion? |
| REL 2225 | The Apocrypha |
| REL 2228 | Jesus in Film |
| REL/WST 2256 | Gender, Interpretation and the Biblical Tradition |
| REL 3328 | History of Christian Thought |
| REL 3345 | The Wisdom Tradition in Ancient Israel |
| REL 3358 | Christianity and the Arts |
| REL/PHI 3365 | Theological and Philosophical Themes in Contemporary Literature |
| REL 3366 | Johannine Literature: Gospel, Letters and Apocalypse |
| REL/BIO 3378 | Dialogues in Science and Religion |
| REL/PHI 3388 | Fundamental Questions in Theology and Philosophy |
| REL 4416 | Life and Letters of Paul |
| REL 4428 | Current Theological Thought |
| REL 4435 | Prophetic Thought in Ancient Israel |
| REL 4446 | Life and Teachings of Jesus |
| REL 4448 | The Doctrine of God |
| REL 4474 | Special Topics in Christian Ethics |
| REL 4953/4954 | Honors in Religion |
| REL 4960 | Internship in Religion |

**C. Bachelor of Arts Degree Requirements** ............................................................... **20 hours**

**D. Electives** ........................................................................................................................ **18 hours**

**E. Total** ............................................................................................................................... **124 hours**

### Religion with Concentration in Youth Ministry Major Requirements

**A. General Education Requirements** ......................................................... **40 hours**

**B. Major Requirements** ................................................................................. **50 hours**

| REL 2214 | Christian Ethics |
| REL 2215 | The Old Testament: The Literature, the History, the Religious Ideas |
| REL 2216 | The New Testament: Its History, Literature, and Theology |
| REL 2218 | Basic Christian Beliefs |
| REL/PHI 2219 | World Religions and Philosophies |
| REL 4999 | Capstone Seminar in Religion |
| RYM 2210 | Teaching and Learning Theories for Youth Ministry |
| RYM 3310 | Leadership and Administration for Youth Ministry |
| RYM 4410 | Bible and Theology in the Youth Ministry Setting |
| RYM 4960/4961 | Internship in Religion: Youth Ministry |

One course selected from each of the following three groups:

**Group 1**

| REL 3345 | The Wisdom Tradition in Ancient Israel |
| REL 4435 | Prophetic Thought in Ancient Israel |

**Group 2**

| REL 3366 | Johannine Literature: Gospel, Letters and Apocalypse |
| REL 4416 | Life and Letters of Paul |
| REL 4446 | Life and Teachings of Jesus |

**Group 3**

| REL 4428 | Current Theological Thought |
| REL 4448 | The Doctrine of God |

C.  **Bachelor of Arts Degree Requirements** ..................................................................**20 hours**

D.  **Electives** ......................................................................................................................**14 hours**

E.   **Total** .............................................................................................................................**124 hours**

## SELF-DESIGNED MAJOR

To serve the expectations and needs of academically qualified students, Florida Southern College has implemented Venture into the Adventure—a major designed by the student to meet his or her particular needs. This major is for academically qualified students; therefore, the student must hold sophomore standing, have taken some courses in the areas of interest, and have maintained a minimum cumulative GPA of at least 3.0. Students who have accumulated more than 72 credit hours are not eligible for the self-designed major. Additional policies are included in the "Self-Design Major Checklist" available from the interdisciplinary programs coordinator.

Students interested in the self-designed major should contact Dr. Ronald Pepino, interdisciplinary programs coordinator. The student will generate the idea for the major after discussion with the interdisciplinary programs coordinator and faculty members in the relevant areas of interest. The student will invite faculty members to serve as an advisory committee to assist in framing the degree proposal and advising the student toward degree completion.

The proposed self-designed major will build upon the existing strengths of the Florida Southern College faculty and programs. Each self-designed major must be built upon the requisite number of lower- and upper-division courses.

A successful proposal will contain the following items:

• Goals for the degree

• Required course list to meet the General Education requirements

• Required courses for the major (30 semester hours minimum)

• Student learning outcomes and assessments

• A significant focus on interdisciplinary inquiry and critical thinking

• A senior research (or comparable creative) component to serve as a capstone experience

Once the proposal has been approved by the student's committee, it will be sent to the interdisciplinary programs coordinator, who will post it for review and comment by the appropriate deans, division chairs, and interested faculty. The appropriate dean (or deans) will make the final decision on the quality of the self-designed major and the elements of the plan in consultation with the interdisciplinary programs coordinator and will either approve or not approve the proposal. If approved, the appropriate dean (or deans) will notify all parties and file the degree plan with the registrar. Degree audits will be based on the plan, and transcripts of students who have completed the self-designed major will duly show the program of study.

## SOCIAL SCIENCES MAJOR

The social sciences major provides students with a broad-based education in the social sciences. The major, when taken in conjunction with the secondary education requirements as listed under Education in this catalog, prepares students for secondary education certification as regulated by the Florida Department of Education. The major is designed to provide students a broad range of required social sciences courses, from psychology to history, which, combined with required education courses, provide students with the foundational knowledge to become effective educators at the secondary level. Students interested in this major should contact the Department of History and Political Science.

**Education: Secondary Social Science/History see page 128**

**Social Sciences Major Requirements**

**A. General Education Requirements** .........................................................................40 hours

**B. Major Requirements**...........................................................................................44 hours

| | | |
|---|---|---|
| ECO 2207 | Principles of Macroeconomics | |
| GEO 3320 | Human Geography *OR* | |
| GEO 3340 | World/Regional Geography | |
| HIS 1100 | The Ancient World | |
| HIS 1200 | The Making of the Modern World | |
| HIS 1300 | The Modern World | |
| HIS 2215 | The American Experience through the Civil War | |
| HIS 2225 | The American Experience since the Civil War | |
| HIS/LAS 3355 | History of Florida | |
| POS 1115 | Methods for Political Science I | |
| POS 3323 | International Organizations *OR* | |
| POS 3327 | Topics in Comparative Politics | |
| PSY 1106 | Psychology and the Social World *OR* | |
| SOC 1100 | Introduction to Sociology | |

**C. Bachelor of Arts Degree Requirements**..............................................................20 hours

*OR*

**D. Bachelor of Science Degree Requirements** .........................................................12 hours

**E. Electives**................................................................................................................20–28 hours

**F. Total**......................................................................................................................124 hours

# SPANISH

*See Modern Languages*

# SPORT BUSINESS MANAGEMENT

The sport business management program at Florida Southern College provides students with an interdisciplinary education that combines business foundation courses with a specific sport business management curriculum in an effort to prepare graduates for a career in the sports business industry. Through engaged learning, students will work with faculty and sports industry experts combining textbook theory with industry application. Students who major in sports business management will likely be interested in careers relating to professional sport administration, sports marketing and branding, major and minor league leadership, athletic goods and apparel, amateur and collegiate sports, sales, and management.

### Special Requirements

Due to similarities in the programs, students majoring in sport business management are not allowed to double major in business administration.

### Sport Business Management Minor Requirements

Twenty hours of SPM courses including SPM 2174.

**Sport Business Management Major Requirements**

**A. General Education Requirements** ...................................................................**40 hours**

**B. Major Requirements** ..........................................................................................**72 hours**

**Business Core**

| | |
|---|---|
| ACC 2111 | Foundations of Financial Accounting |
| ACC 2112 | Foundations of Managerial Accounting |
| BUS 1115 | The Dynamics of Business and Free Enterprise |
| BUS 2217 | Principles of Management |
| BUS 2220 | Microsoft Excel for Business |
| BUS 3160 | Marketing Principles |
| BUS 3311 | Legal Environment of Business |
| BUS/ECO 3320 | Applied Statistics of Business and Economics |
| BUS 3453 | Managerial Finance |
| BUS 3705 | Business Information Systems |
| BUS 3960 | Professional Development |
| BUS 4420 | Business Analytics |
| ECO 2010 | Essentials of Economics |

**Sport Business Core**

| | |
|---|---|
| SPM 2174 | Management of Sport |
| SPM 2960 | Internship in Sport Business Management |
| SPM 3160 | Sport Marketing |
| SPM 3370 | Administration of Sport |
| SPM 4999 | Senior Seminar in Sport Business Management |

**Sport Business Electives**

Eight hours selected from the following:

| | |
|---|---|
| SPM/COM 2150 | Media in Sport |
| SPM 2520 | Ethics in Sport |
| SPM 2961 | Internship in Sport Business Management |
| SPM 3180 | Planning and Maintaining Facilities |
| SPM/SOC 3307 | Sport Leisure and Society |
| SPM 3500 | Economics of Sport |
| SPM 3520 | Recreation and Fitness Management |
| SPM 4510 | Fitness and Prescription |
| SPM 4520 | International Sport |

**C. Bachelor of Science Degree Requirements** ............................................................**12 hours**

**D. Electives** ...............................................................................................................................**0 hours**

**E. Total** ....................................................................................................................................**126 hours**

# SPORTS COMMUNICATION AND MARKETING

The major in sports communication and marketing blends coursework in communication, business, and sports marketing to prepare students for the dynamic industry of sports. Because the business of sports is a $200 billion industry in the U.S., the demand for students with knowledge of business and communication is growing. Students will gain hands-on experience in digital media production and design and implement this experience in sports-related projects. Graduates of the major can pursue jobs in sports broadcasting, sports management, or sports information.

### Program Requirements

Only courses in which grades of C or higher are earned may count toward the major.

### Sports Communication and Marketing Major Requirements

**A. General Education Requirements** ........................................................................**40 hours**

**B. Major Requirements** ...........................................................................................**58 hours**

| | |
|---|---|
| COM 1500 | Fundamentals of Speech |
| COM 2110 | Media Writing |
| COM/SPM 2150 | Media in Sport |
| COM 3955 | Professional Development for Communication Careers |
| COM 4960/4961 | Communication Internship |
| MAT 2022 | Elementary Statistics |

**Business Core**

| | |
|---|---|
| BUS 3160 | Marketing Principles |
| BUS/ECO 3320 | Applied Statistics of Business and Economics |
| BUS 4466 | Marketing Research |
| ECO 2205 | Principles of Microeconomics |
| SPM 2174 | Management of Sport |
| SPM 3160 | Sport Marketing |
| SPM 4520 | International Sport |

Select one communication core below:

**Core One**

| | |
|---|---|
| COM 2400 | Principles of Advertising and Public Relations |
| COM 3450 | Public Relations Writing |
| COM 4350 | Public Relations Strategies |

**Core Two**

| | |
|---|---|
| COM 3300 | News Reporting and Feature Writing |
| COM 3320 | Introduction to Broadcast Journalism |
| COM 3360 | Online Media |

**C. Bachelor of Science Degree Requirements** .....................................................**12 hours**

**D. Electives** .............................................................................................................**14 hours**

**E. Total** ..................................................................................................................**124 hours**

## STUDIO ART

*See Art*

## THEATRE ARTS

The Department of Theatre Arts offers a B.F.A. in Theatre Performance, a B.F.A. in Technical Theatre/Design, a B.F.A. in Musical Theatre, and a B.A. in Theatre Arts. The department provides a nurturing yet challenging environment in which students may strive to achieve their highest intellectual, artistic, and professional potential. Through a rigorous and comprehensive theatre curriculum, the department focuses on discipline-specific student needs and goals while contributing in meaningful ways to the cultural life of the College and local community through productions and community service. Highly qualified faculty artists collaborate with students in

the classroom, rehearsal hall, and on stage, fostering excellence in performance, directing, design, and technical production.

The goal of Florida Southern's theatre arts department is to train and prepare students for professional careers in the theatre. A B.F.A. candidate has opportunities to perform major roles on the main stage beginning in his or her first year at the College, and B.F.A. in Technical Theatre/Design candidates have the opportunity to see their work realized on our main stage.

We emphasize one-on-one instruction, hands-on experience, individual mentoring and a high degree of professionalism. Our programs are aimed at providing students with the knowledge and skills needed to succeed at any level of theatre, whether it is further graduate study or a career as a performer, professional designer, stage manager, or technician. Our aim is to see you succeed, and we will give you the tools you will need to do so.

### Performance Opportunities

The department presents four main stage productions each year, including two musicals and a second stage lab production. There are also opportunities for additional student productions. The main stage productions are presented in the beautiful Loca Lee Buckner Theatre, an intimate 336-seat thrust stage outfitted with three full-stage hydraulic lifts and high-end lighting and sound equipment and software. Student productions are mounted in the Frank Lloyd Wright Theatre-in-the-Round, which serves as our lab theatre and is entirely student run. Additionally, Florida Southern's Festival of Fine Arts program brings in world-class productions and concerts in the third theatre facility on campus, the 1,800-seat proscenium theatre, Branscomb Auditorium.

### Admission Requirements

Upon acceptance, a student may be accepted into the theatre B.F.A. program only through an audition/interview in his/her area of expertise. Auditions are offered on special dates throughout the school year or by appointment. The prospective student for the B.F.A. performance degree will need to prepare two monologues of a contrasting style; the prospective student for the musical theatre B.F.A. will need to prepare two songs of contrasting style, and candidates for the B.F.A. in Technical/Design will need to present a portfolio and have an interview. For additional information, please visit flsouthern.edu/theatre.

No audition/interview is necessary for admission to the B.A. program. However, it should also be noted that scholarship assistance is available for any student majoring in theatre arts. Scholarships are awarded based on an audition and interview by the theatre faculty. B.F.A. auditions will automatically be considered for scholarship eligibility. Theatre studies B.A. candidates may present either audition or portfolio.

All programs of study in theatre are structured in four-year formats; therefore, students intending to pursue the B.F.A. should consult the department concerning appropriate courses for the first college semester.

### Theatre Arts Minor Requirements

12 hours from the following:
   THE 1050, 1213, 1214, 1220, 1240, 1413, 2153, 2210, 2220, 2313, 2413, 2420, 2430
12 hours from the following:
   THE 3110, 3120, 3153, 3214, 3323, 3330, 3410, 4210, 4410, 4513, 4523

### Theatre Arts (B.A.) Major Requirements

**A.  General Education Requirements ........................................................................40 hours**

**B. Major Requirements**.............................................................................................**47 hours**

| THE 1101–1106 | Production Practicum I - VI |
| THE 1213 | Acting I *OR* |
| THE 1214 | Acting for the Non-Actor |
| THE 1220 | Stage Movement *OR* |
| THE 2220 | Voice and Dialect for the Actor |
| THE 1413 | Stagecraft and Production Practice |
| THE 2210 | Acting II |
| THE 2413 | Scene Design |
| THE 2420 | Lighting Design *OR* |
| THE 2430 | Costume Design |
| THE 3323 | Directing *OR* |
| THE 3330 | Theatre Management |
| THE 4513 | Theatre History and Literature I |
| THE 4523 | Theatre History and Literature II |

One of the following courses:

| THE 3110 | Musical Theatre Audition |
| THE 3120 | Musical Theatre Scene Study |
| THE 3214 | Acting III: Acting for the Camera |

One of the following courses:

| THE 4210 | Acting IV: Advanced Acting Topics |
| THE 4199 | Senior Project–Musical Theatre |
| THE 4299 | Senior Project–Performance |
| THE 4499 | Senior Project–Design/Technical |

**C. Bachelor of Arts Degree Requirements**....................................................**20 hours**

**D. Electives**.................................................................................................................**17 hours**

**E. Total**.......................................................................................................................**124 hours**

## Theatre Arts: B.F.A. in Musical Theatre

### Musical Theatre Major Requirements

**A. General Education Requirements**.........................................................................**40 hours**

**B. Major Requirements**.............................................................................................**75 hours**

| THE 1101-1106 | Production Practicum I - VI |
| THE 1130 | Vocal Technique Master Class |
| THE 1213 | Acting I |
| THE 1220 | Stage Movement *OR* |
| THE 2220 | Voice and Dialect for the Actor |
| THE 1231-1238 | Applied Voice for the Theatre |
| THE 1240 | Improvisation and Creative Expression |
| THE 1413 | Stagecraft and Production Practice |
| THE 2210 | Acting II |
| THE 3110 | Musical Theatre Audition |
| THE 3120 | Musical Theatre Scene Study |
| THE 4110 | Musical Theatre History and Literature |
| THE 4199 | Senior Project: Musical Theatre |

| THE 4210 | Acting IV: Advanced Acting Topics |
| THE 4513 | Theatre History and Literature I *OR* |
| THE 4523 | Theatre History and Literature II |
| THE 4650 | Musical Theatre Dance *OR* |
| THE 4660 | Musical Theatre Choreography |
| MUS 1070 | Introduction to Music Theory |
| MUS 1151 | Aural Skills I |
| MUS 1152 | Aural Skills II |

Two hours from (according to the student's skill set):

| THE 2610 | Beginning Ballet I |
| THE 2611 | Beginning Ballet II |
| THE 3610 | Intermediate Ballet |
| THE 3611 | Advanced Ballet |

Two hours from (according to the student's skill set):

| THE 2620 | Beginning Jazz I |
| THE 2621 | Beginning Jazz II |
| THE 3620 | Intermediate Jazz |
| THE 3621 | Advanced Jazz |

Two hours from (according to the student's skill set):

| THE 2630 | Beginning Tap I |
| THE 2631 | Beginning Tap II |
| THE 3630 | Intermediate Tap |
| THE 3631 | Advanced Tap |

Two hours from (according to the student's skill set):

| THE 2640 | Beginning Modern Dance I |
| THE 2641 | Beginning Modern Dance II |
| THE 3640 | Intermediate Modern Dance |
| THE 3641 | Advanced Modern Dance |

Two hours from (according to the student's skill set):

| MUS 133C/134C/233C/234C | Keyboard Musicianship *OR* |
| MUS 1133/1134, 2233/2234, 3333/3334, 4433/4434 | Piano |

Two hours selected from:

| MUS 1107/1108 | Opera Theatre |
| MUS 1109/1110 | Concert Choir (or other vocal ensemble) |
| MUS 1143/1144 | Voice |

**C. Electives ....................................................................................................................9 hours**

**D. Total....................................................................................................................124 hours**

## Theatre Arts: B.F.A. in Theatre Performance

### Theatre Performance Major Requirements

**A. General Education Requirements ........................................................................40 hours**

**B. Major Requirements...........................................................................................72 hours**

| THE 1101-1106 | Production Practicum I–VI |
| THE 1213 | Acting I |
| THE 1220 | Stage Movement |

| THE 1240 | Improvisation and Creative Expression |
| THE 1413 | Stagecraft and Production Practice |
| THE 2210 | Acting II |
| THE 2220 | Voice and Dialect for the Actor |
| THE 2313 | Script Analysis |
| THE 2413 | Scene Design |
| THE 2420 | Lighting Design *OR* |
| THE 2430 | Costume Design |
| THE 3323 | Directing |
| THE 4210 | Acting IV: Advanced Acting Topics |
| THE 4299 | Senior Project - Performance |
| THE 4513 | Theatre History and Literature I |
| THE 4523 | Theatre History and Literature II |

One of the following courses:

| THE 3110 | Musical Theatre Audition |
| THE 3120 | Musical Theatre Scene Study |
| THE 3214 | Acting III: Acting for the Camera |

Five hours selected from:

| THE 2153 | Applied Production Experience |
| | (repeatable up to 6 hours and may be used as elective hours) |
| THE 3153 | Applied Production Experience |
| | (repeatable up to 12 hours and may be used as elective hours) |

Four hours selected from:

THE 1231–1238  Applied Voice for the Theatre

**C. Electives** ................................................................................................................**12 hours**

**D. Total** ......................................................................................................................**124 hours**

## Theatre Arts: B.F.A. in Technical Theatre/Design

### Technical Theatre/Design Major Requirements

**A. General Education Requirements** ........................................................................**40 hours**

**B. Major Requirements** ............................................................................................**72 hours**

| THE 1101–1106 | Production Practicum I–VI |
| THE 1213 | Acting I *OR* |
| THE 1214 | Acting for the Non-Actor |
| THE 1240 | Improvisation and Creative Expression |
| THE 1413 | Stagecraft and Production Practice |
| THE 2313 | Script Analysis |
| THE 2413 | Scene Design |
| THE 2420 | Lighting Design |
| THE 2430 | Costume Design |
| THE 3323 | Directing |
| THE 3330 | Theatre Management |
| THE 3410 | Drafting for the Stage |
| THE 4410 | Advanced Technical Topics |
| THE 4499 | Senior Project - Technical/Design |

| THE 4513 | Theatre History and Literature I |
| THE 4523 | Theatre History and Literature II |

Five hours selected from:

| THE 2153 | Applied Production Experience |
| | (repeatable up to 6 hours and may be used as elective hours) |
| THE 3153 | Applied Production Experience |
| | (repeatable up to 12 hours and may be used as elective hours) |

Two courses (totaling eight hours) from one of the following areas:

### Scene Design

ART 1131 Drawing I **AND**
One of the following three courses:

| ARH 1100 | Survey of Western Art and Architecture |
| ART 2100 | Painting I |
| ART 3150 | Watercolor |

### Lighting Design

ART 1120 Design Fundamentals **AND**
One of the following three courses:

| ART 1140 | Introduction to Digital Photography |
| ART 2410 | Typography and Layout |
| ART 2570 | Video Art |

### Stage Management

COM 2250 Interpersonal Communication **AND**
One of the following two courses:

| BUS 2217 | Principles of Management |
| COM 2260 | Small Group Communication |

### Sound Design

MUS 1165 Great Works of Music **AND**
One of the following two courses:

| ART 2570 | Video Art |
| MUS 1164 | History of Jazz |

### Costume Design

ART 1131 Drawing I **AND**
One of the following three courses:

| ART 2100 | Painting I |
| ART 2170 | Figure Drawing I |
| ART 3150 | Watercolor |

**C. Electives** ................................................................................................................. **12 hours**

**D. Total** ..................................................................................................................... **124 hours**

# WOMEN AND GENDER STUDIES MINOR

*See Interdisciplinary Minors*

# UNDERGRADUATE COURSE DESCRIPTIONS

Course descriptions for undergraduate courses are provided below. Courses that may be taken to fulfill General Education student learning outcomes (SLOs) are indicated with the following abbreviations:

Meaning and Value: MV
Social World: SW
Natural World: NW
Fine Arts Appreciation: FA
Systematic and Creative Thinking – Qualitative: Ql
Systematic and Creative Thinking – Quantitative: Qn
Effective Communication (EC)
    Written (A)
    Oral (B)
    Written/Oral (C)
Personal Wellness: Well

## ACCOUNTING – ACC

### ACC 2111 FOUNDATIONS OF FINANCIAL ACCOUNTING
Four hours. Build an understanding of accounting for corporations. ***Gen Ed: Qn***

### ACC 2112 FOUNDATIONS OF MANAGERIAL ACCOUNTING
Four hours. Prerequisite: ACC 2111. Examine managerial accounting and analysis.

### ACC 3111 FINANCIAL ACCOUNTING I
Four hours. Prerequisite: ACC 2112. Delve into the conceptual framework of accounting, generally accepted accounting principles, the preparation of financial statements, the determination of income, and the procedures related to accounting for assets and liabilities.

### ACC 3112 FINANCIAL ACCOUNTING II
Four hours.  Prerequisite: ACC 3111.  Required in the Accounting major.  A detailed study of the procedures and disclosures related to accounting for stockholders' equity, earnings per share, investments, pensions, leases, income recognition, the statement of cash flows, accounting changes and accounting for income taxes.

### ACC 3211 COST ACCOUNTING
Four hours. Prerequisite: ACC 2112, computer competency. Investigate cost accounting for manufacturing and non-manufacturing entities, including cost terminology and concepts, and cost accounting systems such as activity-based costing and differential costs for decision making.

### ACC 3705 ACCOUNTING INFORMATION SYSTEMS
Four hours. Prerequisite: ACC 2112. An introduction to accounting information systems, in both manual and computerized environments, and their role in a business organization.

### ACC 4411 FEDERAL TAXATION
Four hours. Prerequisite: ACC 2112 or permission of the faculty. Explore the concepts of federal income taxation for individuals, including an introduction to the procedures for tax research.

**ACC 4511 AUDITING**

Four hours. Prerequisite: ACC 3111 or permission of the instructor. Required in the accounting major. Examine all aspects of auditing, including auditing standards, accepting and planning the audit, evaluating internal controls, verifying account balances and financial statement assertions, reporting on audited financial statements, and the legal liabilities and ethical responsibilities of auditors.

**ACC 4715 INTERNATIONAL ACCOUNTING**

Four hours. Prerequisite: ACC 2112. Examine the standards and procedures related to accounting for international organizations, including the differences and similarities in reporting amongst countries, particular issues of analyzing foreign financial statements, and the current issues in the development of international auditing standards and reporting standards.

**ACC 4960/4961 ACCOUNTING INTERNSHIP**

Two to four hours. Prerequisites: junior standing; minimum 3.0 GPA; permission of the instructor. Correlate theory and practice in an operational setting supervised by cooperating practitioners and faculty in approved areas of application.

# ARABIC - ARA

Each course is an enhanced self-study program in the NASILP (National Association of Self-Instructional Language Programs) format, which relies heavily upon the student's motivation and discipline. Major emphasis is on the development of oral-aural skills. Class time is spent in oral drills and conversation practice with a native-speaking (or equivalent) tutor. Classes are conducted almost entirely in Arabic. Students study the grammar independently, using the NASILP format with the help of the assigned text and workbook, as well as in the lab. Students are expected to work outside of class and in the lab each week and come to class prepared.

**ARA 1101 FIRST SEMESTER ARABIC**

Four hours. Prerequisite: Cumulative GPA of at least 2.5 or approval from the Critical Languages program director.

**ARA 1102 SECOND SEMESTER ARABIC**

Four hours. Prerequisite: ARA 1101 proficiency.

**ARA 2203 SECOND YEAR ARABIC**

Four hours. Prerequisite: ARA 1102 proficiency.

# ART - ART

**ART 1110 INTRODUCTION TO FILM**

Four hours. This course provides students an introduction to formal, historical, and theoretical approaches to cinema and how moving images create meaning. The course will examine cinema's formal elements (cinematography, editing, mise-en-scène, sound) in order to establish the necessary terminology required for the analysis of film. Then the course will look at conventions and critiques of Hollywood narrative filmmaking, considering issues of genre, authorship, and ideology, before considering some cinematic alternatives (avant-garde, art cinema, other national cinemas, documentary).

**ART 1120 DESIGN FUNDAMENTALS**

Four hours. An introduction to the elements and principles of design, including line, shape, color, value, texture, balance, emphasis, rhythm, and unity. ***Gen Ed: FA***

### ART 1131 DRAWING I
Four hours. An introduction to various drawing media and methods of representation in line and tone.

### ART 1132 DRAWING II
Four hours. Prerequisite: ART 1131 or permission of the instructor. Explore color and mixed media drawing techniques, focusing on forms of personal expression and representational development.

### ART 1140 INTRODUCTION TO DIGITAL PHOTOGRAPHY
Four hours. Explore aspects of digital photography such as image capture and digital processing, design, lighting, digital technology, applications, and printing. Assignments explore creativity, problem solving, and understanding the camera, with focus on capturing one' s surroundings using specific techniques for landscape, architectural, and cultural (i.e., people) photography. A critique occurs at the end of each assignment to discuss solutions, problems, and successes. *Gen Ed: FA*

### ART 1160 NEW MEDIA
Four hours. An introduction, both through examining existing new media artworks and through the construction of projects, to new and unconventional and/or unfamiliar forms of visual art. Cultivate an appreciation for contemporary art forms and explore new media and new creative avenues through which to engage your own expressive abilities.

### ART 2100 PAINTING I
Four hours. Prerequisite: ART 1131. An introduction to acrylic painting, exploring various painting techniques, painting surfaces, and elements of color.

### ART 2110 PAINTING II
Four hours. Prerequisite: ART 2100 or permission of the instructor. An introduction to oil painting, investigating various techniques using the oil medium and color relationships.

### ART 2115 INTRODUCTION TO DIGITAL FILMMAKING
Four hours. This hands-on course is designed to familiarize students with cinematic language and filmmaking technique in preparation for more advanced production courses. Through a series of intense collaborative assignments and exercises, students will employ a wide range of cinematic techniques designed to provide practical experience with digital cinema cameras, sound recording, lighting, and editing software. Discussion regarding film content will be held, allowing students to critically discuss the social and political implications of creating media content.

### ART 2170 FIGURE DRAWING I
Four hours. Prerequisites: ART 1131 or permission of the instructor. A studio class emphasizing drawing from the human figure and including the study of human anatomy.

### ART 2210 SCULPTURE I
Four hours. Prerequisite: ART 1120. An introduction to the use of traditional and contemporary sculptural media, modeling and plaster casting, clay and paper casts.

### ART 2215 STORYTELLING FOR THE SCREEN
Four hours. This course explores various approaches to screen-based storytelling in film, television and new media environments with a focus on short form development. Topics include story ideation, character development, theme, and scene structure.

### ART 2220 CERAMICS I
Four hours. Creative pottery making, using various methods of hand building. Students learn to load and fire the kiln.

### ART 2225 USABILITY

Two hours. Prerequisites: ART 1120 or COM 1101 or permission of instructor. This course investigates areas of web and new media in relation to human centered/human driven design and development. The emphasis will be on understanding users' needs and practices and translating them into design decisions.

### ART 2230 MEDIA ANALYTICS

Two hours. Prerequisites: ART 2225 or permission of instructor. This course examines and employs various media analytic practices with the intent to monetize and increase usability of interactive content. The emphasis is on measuring user experiences, evaluating interactive optimization efforts, and skills to collect, analyze and drive actionable insights towards targeted interactive audiences.

### ART 2240 FILM HISTORY

Four hours. This course introduces a broad collective history of cinema along with an examination of film form principals providing needed terminology for film production and analysis. *Gen Ed: SW*

### ART 2310 PRINTMAKING I

Four hours. Prerequisite: ART 1120 or 1131 or permission of the instructor. Introduction to intaglio and relief printmaking techniques. Monotypes are explored.

### ART 2410 TYPOGRAPHY AND LAYOUT

Four hours. Prerequisites: ART 1120 and either ART 1140 or COM 2500. Traverse a breadth of topics in two-dimensional design from language used in critiques to basic seeing and technical skills behind the formal elements of design—more specifically, composition, shape, line, value, texture, and color. Work in a variety of media to explore concepts introduced in the class. Students are expected to produce a weekly visual journal updated with class assignments. Weekly readings are a mandatory part of the class, as are discussions and critiques.

### ART 2570 VIDEO ART

Four hours. Prerequisite: ART 1120 or permission of the instructor. An introduction to the use of video as a medium for artistic expression, visual communication, and social inquiry. Emphasis is on the creation, modification and activation of space and time. Includes investigations into narrative structure, visual abstraction, advertising formats, and video art installation.

### ART 3110  PAINTING III

Four hours. Prerequisite: ART 2110. An exploration of various directions in painting with a concentration in one area. Assignments relative to traditional space and the picture plane.

### ART 3120 CERAMICS II

Four hours. Prerequisite: ART 2220. Advanced pottery making, including throwing on the potter's wheel, glaze formulation, and testing of clay bodies.

### ART 3150  WATERCOLOR

Four hours. Prerequisites: ART 1131 or permission of the instructor. An exploration of approaches and techniques in painting with transparent watercolor.

### ART 3170  FIGURE DRAWING II

Four hours. Prerequisite: ART 2170. Advanced projects in drawing from the human figure and in the study of human anatomy.

### ART 3210  SCULPTURE II

Four hours. Prerequisite: ART 2210. Concentration in selected areas of work: modeling and casting, ceramic sculpture, construction, or carving.

### ART 3310  PRINTMAKING II

Four hours. Prerequisite: ART 2310. Continuation of more advanced intaglio and relief processes including multi-plate color printing techniques. Learn to combines monotypes and monoprints in various mixed media prints.

### ART 3365 DOCUMENTARY FILMMAKING

Four hours. Prerequisites: ART 2115 or permission of instructor. This course investigates various approaches to documentary genre in film and television and guides students in their own application of selected approaches, i.e. in their own thinking, writing, production, and speaking about documentary.

### ART 3367 MOTION PICTURES PRODUCTION

Four hours. Prerequisites: Art 2215 or permission of instructor. This course explores visual time-based aesthetic concepts of short form storytelling. Elements include screenplay breakdown, production management, casting, concept-to-visual, editing rhythm and pacing, and post color design.

### ART 3410  ADVANCED PRINT DESIGN

Four hours. Prerequisite: ART 2410. Explore the design process and print production. Learn to troubleshoot the one-, two-, three-, and four-color print production areas. Critiques at the end of each assignment address design solutions, problems, and successes. Delve into topics such as creativity, solving communication problems, understanding the applications on a deeper level, working directly with a client, understanding briefs, and bringing a job to press.

### ART 3440  ADVANCED DIGITAL PHOTOGRAPHY

Four hours. Prerequisite: ART 1140. This course covers aspects of digital photography such as image capture and digital processing, design, lighting and digital technology. Assignments are given to explore creativity, problem solving, and understanding the camera, with a focus on capturing our surroundings using specific techniques for landscape, architectural, and cultural (i.e. people) photography. A critique occurs at the end of each assignment to discuss solutions, problems and successes. Applications and printing are also covered in this class.

### ART 3510  WEB DESIGN

Four hours. Prerequisite: ART 2410. Basic elements of web design, including html language, digital sound, 2-D animation, and non-linear editing. Aesthetic and practical aspects of creating web pages. As his or her major project, each student builds a personal, multi-layered web page on the art department's server using the latest software.

### ART 3664 DANCE FOR THE CAMERA

Four Hours. Same as DAN 3664. Prerequisite: DAN 2662 for Dance majors or minors, Film majors, or permission of the instructor. Introduction to how dance and video work best together and why, including composing for the camera, recording dancers in action and editing footage to create original work. There are several approaches to putting dance on video, but we focus on what has only recently become identified as "video dance:" the contemporary term for the genre of dance made for the camera. This course consists of lecture, discussion, video response and film studies. Class content includes reading, writing, viewing and speaking about dance for camera, creating and showing work.

### ART 3999 TOPICS IN FILM THEORY

Four hours. Prerequisite: ART 1110 or permission of instructor. This course reinforces and applies advanced film theories on a rotating topic basis. Special attention is given to film and video philosophy, psychology, history, ideology, and sociology. Course may be repeated for credit with different topics. (see current listing for topic)

### ART 4100 FILM AESTHETICS

Four hours. Prerequisite: ART 3367 or permission of instructor. This course reinforces and applies advanced film production on a rotating topic basis. Rigorous attention is given to film and video production techniques such as writing, directing, cinematography, and editing. Course may be repeated for credit with different topics. (see current listing for topic)

### ART 4110  PAINTING IV

Four hours. Prerequisite: ART 3110 or permission of the instructor. This course emphasizes organization and variations of format in painting and explores color as an expressive basis for painting.

### ART 4170  FIGURE DRAWING III

Four hours. Prerequisite: ART 3170. Further emphasizes advanced projects in drawing the human figure and in the study of anatomy.

### ART 4320 SIMULATION AND CINEMATIC VR

Four hours. Prerequisites: ART 3510. This course explores history, aesthetics, practices, and cultural implications involved in the transition from linear cinematic film to immersive cinematic VR experience. Topics include conceptualization, design, and formation within 360 simulated experiences.

### ART 4411  ADVANCED GRAPHIC DESIGN STUDIO I

Four hours. Prerequisite: junior standing in the Department of Art and Art History and permission of the instructor. Advanced projects with emphasis on the development of a personal direction of expression.

### ART 4412  ADVANCED GRAPHIC DESIGN STUDIO II

Four hours. Prerequisite: ART 4411 and the permission of the instructor. Advanced projects in a selected medium and stylistic approach.

### ART 4499  GRAPHIC DESIGN SENIOR THESIS

Four hours. Prerequisites: ART 3410 and 3510, graphic design major, senior standing, and successful completion of coursework that satisfies Effective Communication SLOs A and B. Building on all their previous experiences, students finish complex individual and collaborative projects for their professional portfolios. Emphasis placed on independence, professional habits and attitudes, and personal design development. ***Gen Ed: Ql, EC-C***

### ART 4899  ART FOR TEACHERS K–12

Four hours. Prerequisite: senior standing in the art program. A senior seminar for the development of (1) a senior exhibition and (2) a portfolio suitable for presentation to graduate schools, prospective clients, and/or employers.

### ART 4900-4901 SENIOR MEDIA PROJECTS

Four hours distributed over 2 semesters: Prerequisites: Permission of Instructor. In this course, students will develop, execute, create, and present an original creative media. Students will write a 10 to 20-page proposal and present a 20 to 30-minute thesis "defense" of their work to faculty and peers. students are required to exhibit their work on a department approved public platform. ***Gen Ed: EC-C.***

### ART 4911  ADVANCED STUDIO I
Four hours. Prerequisite: junior standing in the Department of Art and Art History and permission of the instructor. Advanced projects with emphasis on the development of a personal direction of expression.

### ART 4912  ADVANCED STUDIO II
Four hours. Prerequisite: ART 4911. Advanced projects in a selected medium and stylistic approach.

### ART 4913  ADVANCED STUDIO III
Four hours. Prerequisite: ART 4912. Continued study in advanced projects in a selected medium and stylistic approach.

### ART 4960-4961 ART INTERNSHIP
Four hours each. Prerequisite: Permission of supervising faculty. Internship is intended to provide on-the-job training during the last three semesters of study. Following departmental internship guidelines and in coordination with the faculty, students secure an appropriate internship assignment in the field of their concentration. Summer internships are encouraged.

### ART 4999 SENIOR SEMINAR
Four hours. Prerequisites: senior standing in the art program and successful completion of coursework that satisfies Effective Communication SLOs A and B. A senior seminar for the development of (1) a senior exhibition and (2) a portfolio suitable for presentation to graduate schools, prospective clients, and/or employers. This is the capstone course for the B.A. and B.F.A. in studio art, and is designed to prepare one to create professional artwork and make a scholarly thesis presentation, whether in preparation for graduate school or for other life activities. In this course, the student writes a ten-page research paper associated with his or her senior thesis exhibition and presents a 10- to 15-minute oral presentation and defense of his or her thesis exhibition at the senior thesis exhibition critique. The student undertakes and completes the research and writing of the thesis in consultation with the thesis advisor. The thesis advisor assigns the final grade. *Gen Ed: QI, EC-C*

## ART HISTORY – ARH

### ARH 1100  SURVEY OF WESTERN ART AND ARCHITECTURE
Four hours. An introduction to painting, sculpture, and architecture from prehistory to the present in the context of social, cultural, religious, and political history. *Gen Ed: SW, FA*

### ARH 2700  ART THEORY AND PRACTICE
Four hours. Prerequisites: ARH 1100, ART 1120, ART 1131, and sophomore standing. This sophomore seminar course provides a survey of contemporary theory and practice from the artist's perspective and to prepare the student for portfolio development. Students explore specific directions and methods of contemporary art practice, engage in art making as an aspect of their exploration of contemporary media, discuss health hazards associated with making art, and prepare a curriculum vita and portfolio representing themselves as contemporary artists.

### ARH 3700 HISTORY OF PHOTOGRAPHY
Four hours. A period-survey of the origins, technological developments, key figures, pivotal artists, and scholarly criticism in the history of photography from 1837 through today. *Gen Ed: SW, FA*

### ARH 3710  ANCIENT ART AND ARCHITECTURE
Four hours. Prerequisite: ARH 1100. An introduction to painting, sculpture, and architecture of the Ancient Mediterranean in the context of social, cultural, religious, and political history.

### ARH 3720  MEDIEVAL ART AND ARCHITECTURE

Four hours. Prerequisite: ARH 1100. An introduction to painting, sculpture, and architecture of the Medieval period in the context of social, cultural, religious, and political history.

### ARH 3740  RENAISSANCE ART AND ARCHITECTURE

Four hours. Prerequisite: ARH 1100. An introduction to painting, sculpture, and architecture of the Renaissance period in the context of social, cultural, religious, and political history.

### ARH 3750  BAROQUE ART AND ARCHITECTURE

Four hours. Prerequisite: ARH 1100. An introduction to painting, sculpture, and architecture of the Baroque period in the context of social, cultural, religious, and political history.

### ARH 3770  EIGHTEENTH-AND NINETEENTH-CENTURY ART AND ARCHITECTURE

Four hours. Prerequisite: ARH 1100. A period-survey of European and American painting, sculpture, and architecture of the eighteenth and nineteenth centuries in the context of social, cultural, religious, and political history.

### ARH 3780  MODERN ART AND ARCHITECTURE

Four hours. Prerequisite: ARH 1100. A period survey of European and American painting, sculpture, and architecture of the 20th century in a social, cultural, religious, and political context. *Gen Ed: FA*

### ARH 3790  CONTEMPORARY ART AND ARCHITECTURE

Four hours. Prerequisites: ARH 1100 and junior or senior standing; additionally, ARH 3780 is highly recommended, but is not required. An introduction to painting, sculpture, architecture, and new media from mid-twentieth-century minimalism to the present in the context of contemporary social, cultural, religious, and political history. This course has extensive writing and oral presentation components.

### ARH 4960–4961  ART HISTORY INTERNSHIP

Four hours. Prerequisites: ARH 1100 and permission of supervising faculty. This course is intended to provide supervised, on-the-job training during one or more the last three semesters of a student's studies. Following departmental internship guidelines and in coordination with the supervising faculty member, the student secures an internship assignment that provides an appropriate learning experience in his or her field of concentration. Summer field experiences are encouraged. Most art history internships are in museum or gallery settings.

### ARH 4999  ART HISTORY SENIOR THESIS

Four hours. Prerequisites: Senior standing in the Department of Art and Art History, ARH 1100, an ARH course at the 3000-level or higher, and permission of thesis advisor. This is the capstone course for the B.A. in Art History. Working closely with the thesis advisor, students will produce independent scholarship in the form of a written thesis and thesis presentation on an original art historical subject of their choosing. In this course, students will develop, execute, create, and present on their original research projects. *Gen Ed: QI, EC-C*

## ASTRONOMY – AST

### AST 1010  DESCRIPTIVE ASTRONOMY

Four hours. Prerequisite: High school geometry, physics, or physical science. A survey of the astronomical universe including planets, stars, galaxies, old cosmology, and new cosmology. Activities include use of binoculars and portable telescopes, planetarium demonstrations, problem solving, and investigations. *Gen Ed: NW*

# ATHLETIC TRAINING PROGRAM – ATP

Most athletic training courses are listed under the ATP designator. Courses with the health science designator (HSC) are designed to offer an introduction to the knowledge and skills required of various medical professions. These courses provide an opportunity to become familiar with the concepts and thought processes required to be successful in the health sciences.

### ATP 1234 MEDICAL TERMINOLOGY
Two hours. Introduction to the language, rules and concepts needed to interpret and understand the terminology of medicine.

### ATP 1277 PERSPECTIVES IN ATHLETIC TRAINING I
Two hours. Prerequisite: majors only. An introduction to the athletic training profession with emphasis on pre-season and emergency preparation, heat illness, and the evaluation, treatment, and rehabilitation of the lower body. OSHA and HIPPA regulations are also included.

### ATP 1278 PERSPECTIVES IN ATHLETIC TRAINING II
Two hours. Prerequisite: majors only. An overview of the athletic training profession with emphasis on general medical conditions, heat illness, and the evaluation, treatment, and rehabilitation of the upper body.

### ATP 1305-–1306 CLINICAL EXPERIENCE PRACTICUM
One Hour. Prerequisite: majors only. This practicum course requires students to gain clinical experience under a certified athletic trainer or approved health care provider at FSC or an FSC affiliated site. Students have an opportunity to learn, observe and practice basic skills, procedures, and techniques used by athletic trainers in prevention, evaluation, treatment, and rehabilitation of injuries and illness. A minimum of 40 and a maximum of 80 clinical experience hours under the supervision of a certified athletic trainer or approved health care provider are required.

### ATP 2115 EMERGENCY MEDICAL RESPONDER
Four hours. An entry-level emergency medical provider course that prepares individuals for a variety of pre-hospital, industrial, and first-responder situations. The successful completion of a first responder course is a prerequisite to training as a firefighter, emergency medical technician/paramedic and many law enforcement programs. ***Gen Ed: QI, Well***

### ATP 2305–2306  CLINICAL EXPERIENCE PRACTICUM
Two hours. Prerequisite: majors only. This practicum course requires students to gain clinical experience under a certified athletic trainer or approved health care provider at FSC or an FSC affiliated site. Students have an opportunity to learn, observe and practice intermediate skills, procedures, and techniques used by athletic trainers in prevention, evaluation, treatment, and rehabilitation of injuries and illness. A minimum of 80 and a maximum of 160 clinical experience hours under the supervision of a certified athletic trainer or approved health care provider are required.

### ATP 2308 THERAPEUTIC TECHNIQUES I
Four hours. Prerequisites: ATP 1277 and ATP 1278. Introduces students to the concepts, theories, rationale, and practical application of treatment and rehabilitative techniques, including therapeutic exercise procedures as well as the application of physical agents and electro-therapeutic modalities. Emphasis on the lower body.

### ATP 2309 THERAPEUTIC TECHNIQUES II
Four Hours. Prerequisites: ATP 1277 and ATP 1278 or permission of the instructor. This course introduces students to the concepts, theories, rationale, and practical application of treatment and

rehabilitative techniques, including therapeutic exercise procedures as well as the application of physical agents and electro-therapeutic modalities. Emphasis on the upper body.

### ATP 2323 CLINICAL EXAMINATION AND DIAGNOSIS OF THE LOWER BODY

Four hours. Prerequisites: ATP 1277 and 1278 or permission of the instructor. Evaluation and diagnosis of common lower body injuries with attention to prevention. Laboratory sessions introduce muscle testing of the lower extremity, and various wrapping and taping techniques with an emphasis on immediate care given to traumatic injuries. *Gen Ed: Ql*

### ATP 2324 CLINICAL EXAMINATION AND DIAGNOSIS OF THE UPPER BODY

Four hours. Prerequisites: ATP 1277 and 1278 permission of the instructor. Evaluation and diagnosis of common upper body injuries with attention to prevention. Laboratory sessions introduce muscle testing of the upper extremity, and various wrapping and taping techniques with an emphasis on immediate care given to traumatic injuries. *Gen Ed: Ql*

### ATP 3305–3306  CLINICAL EXPERIENCE PRACTICUM

Three hours. Prerequisite: majors only. This practicum course requires students to gain clinical experience under a certified athletic trainer or approved health care provider at FSC or an FSC affiliated site. The students have an opportunity to learn, observe and practice advanced skills, procedures, and techniques used by athletic trainers in prevention, evaluation, treatment, and rehabilitation of injuries and illness. A minimum of 120 and a maximum of 240 clinical education hours under the supervision of a certified athletic trainer or approved health care provider are required.

### ATP 3333 CONCEPTS OF NUTRITION AND PHARMACOLOGY

Three hours. Prerequisite: majors only or permission of the instructor. Emphasis is on the application of nutrition to enhance sports and physical activity, and the effects of therapeutic medications, performance enhancing drugs. Attention is directed toward optimal performance including dietary modifications, issues dealing with alcohol, tobacco, illicit drugs, and pharmacology. *Gen Ed: Ql, Well*

### ATP 3355  ADMINISTRATION OF ATHLETIC TRAINING

Three hours. Prerequisite: majors only. Learn the principles of organization and administration as they apply to the many different employment settings in athletic training, including human resource issues, resume design and interviewing, budgeting and financial management, facility design, planning, and evaluation, information management including injury reporting systems, emergency care plans, research methods, pre-participation examinations, insurance issues and legal considerations, professional development, and public relations. *Gen Ed: SW*

### ATP 4305–4306  PROFESSIONAL DEVELOPMENT PRACTICUM

Three hours. Prerequisite: majors only. This practicum course requires students to gain experience under a certified athletic trainer or approved health care provider at FSC or an FSC affiliated site. The students have an opportunity to learn, observe and practice advanced skills, procedures, techniques, and/or administrative duties used by athletic trainers in prevention, evaluation, treatment, and rehabilitation of injuries and illness. Requires a minimum of 120 and a maximum of 240 contact hours under the supervision of a certified athletic trainer or approved health care provider.

### ATP 4960/4961 PROFESSIONAL DEVELOPMENT INTERNSHIP

Twelve to sixteen hours. Prerequisite: majors only. Must have current certification in Emergency Cardiac Care (ECC) at the Basic Life Support/Professional Rescuer level. Must be in good academic standing. A full semester internship (minimum of 40 hours week) at an FSC approved site, under the supervision of a certified athletic trainer or medical professional. 480 to 640 clinical experience hours required.

#### ATP 4999 PRIMARY CARE OF THE ATHLETE
Four hours. Prerequisite: ATP majors only and successful completion of coursework that satisfies Effective Communication SLOs A and B. Senior capstone course. Topics include medical pathology, pharmacology, sports epidemiology, and evidence-based practice. *Gen Ed: EC-C*

## BIOLOGY – BIO

#### BIO 1000  BIOLOGY FOR YOUR LIFE
Four hours. Does not count toward major or minor. This course focuses on how biological concepts impact our daily lives. Topics include the cell, ecology, evolution, and heredity. *Gen Ed: NW*

#### BIO 1500  BIOLOGY I: BIOLOGICAL ESSENTIALS
Four hours. A rigorous introduction to the principles that lay the foundation for the biological sciences. The course examines the relationships between metabolism, genetics, cell biology, and evolution. Students learn scientific methodology in laboratory exercises focused on cellular and molecular biology. *Gen Ed: NW*

#### BIO 1501 CURRENT PERSPECTIVES IN BIOLOGY
One hour. Prerequisite: permission of instructor. Co-requisite: BIO 1500.  This seminar-style course accompanies BIO 1500.  Students will develop an understanding of the role of Biology as an academic discipline, reflect on the importance of Biology in society, and explore opportunities for a variety of careers in the Biological Sciences.  Students will practice important academic skills that will help them succeed in BIO 1500 and across the curriculum.

#### BIO 1520 INTRODUCTION TO MARINE BIOLOGY
Four hours. Pre- or co-requisite: BIO 1500. This foundational course provides an introduction to the interrelated physical, chemical, geological, and biological processes of the oceans, atmosphere, and coasts, with a focus on Florida waters.

#### BIO 1600 BIOLOGY II: BIOLOGICAL DIVERSITY
Four hours. Prerequisite: BIO 1500 or permission of the instructor. A modern survey of the major groups of living organisms on Earth with emphasis on their evolutionary relationships and biological adaptations.

#### BIO 1820 OCEANOGRAPHY
Four hours. Prerequisite: BIO 1520. An overview of the sub disciplines of ocean sciences including the sea floor, waves, tides, currents, the physical and chemical properties of seawater and their distribution in the sea, and planktonic life and its relation to nutrient cycling. This course focuses on how we study and use the ocean as well as the impact of human activities on the oceans.

#### BIO 1900  HUMAN GENETICS
Four hours. No credit awarded if student has completed BIO 3700. Explores the basic principles of inheritance and their applications to medicine, behavior, forensics and populations. *Gen Ed: NW*

#### BIO 2120 BIOLOGY AND CONSERVATION OF MARINE MAMMALS
Five hours. Prerequisite: BIO1820. An introduction to the biology of marine mammals, including cetaceans, pinnipeds, sirenians and sea otters on topics including physiology, behavior, evolution, and ecology, with particular attention paid to the conservation of marine mammals.

#### BIO 2200  ENVIRONMENTAL ISSUES
Four hours. A study of public policy; environmental conservation and preservation; and current environmental issues, their origins, their consequences and possible solutions.

**BIO 2214 DISASTERS, CIVILIZATION AND THE ENVIRONMENT**
Four hours:  An analysis of the inter-relationships between human societies and their environ-ment.  The course focuses on case studies of historical civilizations that have degraded their envi-ronment.  Case material is then applied to current environmental problems.

**BIO 2215  HUMAN ANATOMY AND PHYSIOLOGY I**
Four hours. No credit awarded if student has completed BIO 2209, BIO 2210, or BIO 4408. Struc-ture and function of the following major organ systems of the human body: integumentary, skel-etal (including joints), muscular, and nervous. *Gen Ed: NW*

**BIO 2216  HUMAN ANATOMY AND PHYSIOLOGY II**
Four hours. Prerequisite: BIO 2215. No credit awarded if student has completed BIO 2209, BIO 2210, or BIO 4408. Structure and function of the following major organ systems of the human body: endocrine, cardiovascular, respiratory, urinary, digestive, and reproductive.

**BIO 2220 BIOLOGY OF THE FISHES**
Five hours. Prerequisites: BIO1820. A comparative analysis of fish anatomy, taxonomy, physiology, behavior, ecology, evolution, and conservation and management, with a focus on the fishes found in Florida waters.

**BIO 2280 APPLIED MICROBIOLOGY**
Four hours. Prerequisites: BIO 1000 or BIO 1500 and CHE 1011 or CHE 1111. Pre- or co-requisite: CHE 1013 or CHE 1112. Does not count toward the biology major. Morphology and physiology of microorganisms, particularly bacteria, with emphasis on clinical disease.

**BIO 2320 MARINE MICROBIOLOGY**
Four hours. Prerequisite: BIO 1600. An overview of marine microbial diversity, mophology, pathogenesis, and physiology, particularly viruses, prokaryotes, and fungi.

**BIO 2500 BIOLOGY III: ECOLOGY AND EVOLUTION**
Four hours.  Prerequisite: BIO 1600 or permission of the instructor. Theory, patterns, and processes in the biological evolution of organisms and their adaptation to the abiotic and biotic environ-ment.

**BIO 2520 BIOLOGICAL GEOGRAPHY AND GIS**
Four hours.  Prerequisites: BIO 2500. A course for science related majors that introduces them to geological processes on local and regional scales, sedimentology, geography and geomorphology. Students will also be introduced to geographic information system (GIS) and shown how to uti-lize this approach to answer a multitude of geological and biological questions.

**BIO 2600 INTRODUCTION TO NEUROSCIENCE**
Four hours.  Prerequisite: BIO 1500.  Introduction to cellular, molecular, and developmental neu-roscience.  Exploration of neuroanatomy, cellular communication, sensory systems, learning and memory, development, injury and regeneration, and disorders of the nervous system.

**BIO 2770 EXERCISE PHYSIOLOGY**
Four hours. Same as EXS 2770. Prerequisites: BIO 2215 and BIO 2216. The effects of exercise on human physiological systems. Students use didactic and psychomotor skills in a laboratory setting to reinforce physiological principles.

**BIO 2900 CONSERVATION BIOLOGY**
Four hours. Prerequisite: BIO 2500 or permission of the instructor. Exploration of the phenomena that affect the maintenance, loss, and restoration of biological diversity, including the impacts of

climate change, species invasions, and habitat destruction on biodiversity and strategies to combat these threats.

### BIO 3100  PLANT TAXONOMY

Four hours. Prerequisite: BIO 2500. Nomenclature, classification, and identification of flowering plants, especially those of Central Florida.

### BIO 3120 BIOLOGY OF AMPHIBIANS AND REPTILES

Five hours. Prerequisite: BIO 2500 and permission of instructor. A modern survey of amphibians and reptiles, including life history, physiology, behavior, ecology, evolution, and conservation, with a focus on the amphibians and reptiles (especially sea turtles) of Florida.

### BIO 3301 FIELD ECOLOGY

Four hours.  Prerequisite: BIO 2500. An introduction to the methods, technology, and equipment used to collect, analyze, and interpret ecological and environmental data. Students will apply the techniques they learn to investigation of environmental problems and ecological issues.

### BIO 3302  PLANT NUTRITION

Four hours. Same as HRT 3302. Prerequisites: HRT 3301 and either BIO 1600 or HRT 2100. This course deals with the relationship of plants to soil in their acquisition of the mineral nutrients needed for life. Students examine the chemical and physical properties of plant mineral nutrients, their reactions in the soil, and how the plant absorbs, transports, modifies, stores, and utilizes them. There is an emphasis on Florida soils and crops.

### BIO 3316 TROPICAL ECOLOGY

Four hours. Prerequisites: BIO 2500. A field course studying the geology, history, vegetation, and ecology of a tropical region. Students may take the course twice, with different topic emphasis.

### BIO 3360  MEDICAL BOTANY

Four hours. Prerequisite: BIO 1500. The history and uses of plants in medicine in the U.S. and other cultures around the world. Special emphasis is placed on plant medicine in European history and modern uses in other areas of the world.

### BIO 3362  BIOCHEMISTRY: MOLECULAR BIOLOGY

Four hours. Same as CHE 3362. Prerequisites: BIO 1500, CHE 2232, and CHE 2252. Students consider important topics in molecular genetics, including structure, function and manipulation of DNA, and selected topics in metabolism and signaling.

### BIO 3371 BIOCHEMISTRY: STRUCTURE AND FUNCTION

Three hours. Same as CHE 3371. Prerequisite: CHE 2232 and CHE 2252. Suggested prerequisite BIO 1500. Biochemistry is the study of the molecules and chemical reactions of living systems. Topics covered include water, structure and function of amino acids, proteins, carbohydrates, lipids, and nucleic acids, enzyme kinetics and regulation, and the supramolecular architecture of cellular components.

### BIO 3372 BIOCHEMISTRY: METABOLISM

Three hours. Same as CHE 3372. Prerequisite: CHE/BIO 3371. Metabolism is the study of biochemical energetics and biochemical pathways of living systems. Topics include the metabolism of carbohydrates, lipids, proteins, and nucleic acids along with the integrated nature of metabolism.

### BIO 3373 BIOCHEMISTRY: STRUCTURE AND FUNCTION LABORATORY

One hour. Same as CHE 3373. Prerequisite or Co-requisite: CHE 3371. Study the molecules and chemical reactions of living systems. The laboratory provides a hands-on opportunity to study

macromolecules and to learn the fundamental experimental techniques of biochemistry including electrophoresis, chromatography, spectroscopy and principles of enzymatic assays.

### BIO 3378 DIALOGUES IN SCIENCE AND RELIGION

Four hours. Same as REL 3378. Prerequisites: any 1000 level or above course in the natural sciences and any 2000 level or above course in religion. Offered in the spring semester every other year. Considers the cultural, philosophical and intellectual factors that have contributed to the development of the relationship between science and religion in Western thought. *Gen Ed: MV*

### BIO 3500 MARINE ECOSYSTEM ECOLOGY

Four hours. Prerequisites: BIO 2500. Examination of processes that drive biological and ecological patterns in the marine and estuarine environment with a focus on major marine habitats.

### BIO 3600 SPECIAL TOPICS IN BIOLOGY

Two to four hours. Prerequisites: BIO 2500 and CHE 1011 or CHE 1111. The course explores different topics in biology, which may include recent developments in different fields. Students may repeat the course for credit with a different topic emphasis.

### BIO 3700 GENETICS

Four hours. *No credit will be awarded if student has completed BIO 1900.* Prerequisite: BIO 1500 or permission of the instructor. This course explores the principles of heredity as applied to all living organisms, the use of genetics to investigate evolution, and the application of genetics to the topics of immunology, cancer, and development.

### BIO 3710 MICROBIOLOGY

Four hours. Prerequisites: BIO 1500 AND CHE 2231 and CHE 2251 or BIO 3700. Morphology and physiology of microorganisms, with particular emphasis on bacteria.

### BIO 3727 TECHNIQUES IN NUCLEIC ACID AND CLONING RESEARCH

Four hours. Prerequisite: BIO 2280 or BIO 2320 or BIO 3710. Techniques in DNA isolation and analysis, including purification, quantitation, PCR, agarose gel electrophoresis, and cloning DNA in prokaryotes, including use of plasmids, restriction digests, ligation, and transformation. Appropriate database analysis of DNA sequences.

### BIO 3770 BIOINFORMATICS

Four hours. Prerequisite: BIO 3700 or BIO 3710; MAT 2032 or MAT 2022 and MAT 2027. Advanced methods involved in acquiring, manipulating, and analyzing biological datasets. The course will introduce students to basic programming skills and advanced bioinformatic techniques that they can apply to address real research questions.

### BIO 3800 CELL BIOLOGY

Four hours. Prerequisites: BIO 1500 and CHE 2231 and CHE 2251. Structure and functions of the cell as the basic unit of life, with emphasis on those features common to all living cells.

### BIO 3850 PARASITOLOGY

Four hours. Prerequisites: BIO 2500 or permission of instructor. This course focuses on the identification and understanding of parasitic organisms and their hosts, including most of the major groups of animals with parasitic members. The course focuses on human parasites, tropical medicine, and epidemiology, but includes veterinary diagnostics and the parasites of wildlife.

### BIO 3900 ANIMAL BEHAVIOR

Four hours. Prerequisite: BIO 2500 or permission of the instructor. Analysis of behavior patterns and their importance in the natural environment.

**BIO 3920 MARINE INVERTEBRATE ZOOLOGY**

Five hours. Prerequisites: BIO 2120 or BIO 2220. This course provides a modern survey of the major branches of marine invertebrates, focused on bauplans (body plans), ecology, and evolution (phylogenetics) of each fascinating phylum, with primary attention provided to organisms collected along Florida coastlines and the Caribbean.

**BIO 3988, 3989 PROFESSIONAL SHADOWING**

Zero to one hour. Same as PHP 3988, 3989.  Prerequisite: permission of the instructor. Students shadow a professional (for example a physician, dentist or veterinarian) for at least forty hours to observe the profession, experience how professionals conduct themselves, and learn policies governing privacy issues in the profession. Students selecting the zero credit hour option enroll on a pass/fail basis.

**BIO 4150  PLANT ANATOMY AND PHYSIOLOGY**

Four hours.  Prerequisites: BIO 1600 and either CHE 1011 or 1111, or permission of the instructor. Photosynthesis, respiration, and other metabolic processes, anatomy, growth, and water relationships in vascular plants.  Engaged learning activities include group demonstrations of concepts discussed in class as well as group work on multi-week experiments on which graded reports are written.

**BIO 4160  DEVELOPMENTAL BIOLOGY**

Four hours. Prerequisite: BIO 3362 or BIO 3700, or BIO 3800, or permission of the instructor. A study of the developmental processes of invertebrate and vertebrate animals.

**BIO 4200  HISTOLOGY**

Four hours. Prerequisite: BIO 3800, or permission of the instructor. A study of the structure and function of human tissues.

**BIO 4240 SEMINAR IN BIOTECHNOLOGY**

Two hours. Prerequisites: Permission of instructor. Overview of the biotechnology industry focusing on a variety of topics related to basic research, industry practices, and applications of biotechnology.

**BIO 4300 IMMUNOLOGY**

Four hours: Prerequisites: BIO 3362 or BIO 3710 or BIO 3800, or permission of instructor. Build basic knowledge of the immune response and its involvement in health and disease, including the role of the immune system in fighting infections, preventing cancer, immunizations, autoimmune conditions, allergic reactions, and transplant rejection.

**BIO 4330 TECHNIQUES IN PROTEIN PURIFICATION**

Four hours.  Prerequisite: Permission of instructor.  Protein purification, focusing on native proteins, includes methods such as column chromatography, gel electrophoresis, and western blotting. Protein expression and purification in recombinant systems are also explored.

**BIO 4360 TECHNIQUES IN TISSUE CULTURE AND CELL SIGNALING**

Four hours. Prerequisites: Permission of the instructor.  This course covers the theory and practice of animal tissue culture. Students develop laboratory skills in continuous and primary cell culture, as well as microscopic observation and biochemical and cytological analysis of cultured cells. Students investigate signal transduction pathways and molecules, and how they relate to normal cellular function and disease. (Special course fee is required: $100)

**BIO 4460 INTRODUCTION TO ECOLOGY RESEARCH**

Two hours. Prerequisites: Permission of instructor. Introduction to and preparation for research in ecology, resulting in the generation of a research proposal at the conclusion of the semester.

### BIO 4461, 4462  RESEARCH: ECOLOGY
Four hours. Prerequisite: BIO 4460 or permission of the instructor, and successful completion of coursework that satisfies Effective Communication SLOs A and B. Students learn basic techniques in ecological research, and design and carry out research in ecology. *Gen Ed: EC-C*

### BIO 4560 INTRODUCTION TO MOLECULAR BIOLOGY RESEARCH
Two hours. Prerequisites: Permission of instructor. Introduction to and preparation for research in molecular biology, concluding with the generation of a research proposal.

### BIO 4561, 4562  RESEARCH: MOLECULAR BIOLOGY
Four hours. Prerequisite: BIO 4560 or permission of instructor and successful completion of coursework that satisfies Effective Communication SLOs A and B. Learn basic techniques in molecular biology research and design and carry out research in molecular biology. *Gen Ed: EC-C*

### BIO 4661, 4662 SITE-SPECIFIC RESEARCH IN BIOLOGY:
Six hours.  Prerequisite: permission of instructor, and successful completion of coursework that satisfies Effective Communication SLOs A and B.  Students design and carry out an original research project.  The background, design and analysis are done on campus, with the data and specimen collection being done during an extensive travel experience.  Students are required to pay for travel-related expenses, and may use Junior Journey funds as applicable. *Gen Ed: EC-C*

### BIO 4960, 4961 BIOLOGY INTERNSHIP
Zero to eight hours (eight hours maximum).  Prerequisites: Junior or Senior standing; permission of and consultation with a full time faculty member the semester prior to the internship; minimum 3.0 grade point average.  Correlating theory and practice in at least one operational setting; supervision by cooperating professionals and faculty. Students selecting the zero credit hour option enroll on a pass/fail basis.

# BUSINESS ADMINISTRATION – BUS

### BUS 1105 PERSONAL FINANCE
Four hours. An overview of personal and family financial planning with an emphasis on financial record-keeping, spending, budgeting, tax planning, consumer credit, buying decisions, purchasing insurance, selecting investments, and retirement and estate planning.

### BUS 1115 THE DYNAMICS OF BUSINESS AND FREE ENTERPRISE
Four hours. An interdisciplinary survey course designed for taking a first look at the dynamics of business and free enterprise. Ethical values, collaboration and leadership are emphasized, and issues of work, careers, and the essentials for success in life are explored. Through an integrated and competitive entrepreneurial project, students discover how business makes a positive and consequential impact on society. This course is designed for first year students.

### BUS 2100 INTRODUCTION TO THE PHILOSOPHY OF BUSINESS
Four hours. Many people have preconceived notions of what free enterprise means and what role, if any, business plays in our social order. This class challenges many preconceived notions of free enterprise by asking what is the philosophical relationship between individuals and the state and the philosophical relationship between individuals and society. The course uses economic methodology as the mental model to discuss the role information and knowledge play in coordinating individuals in society to improve the lives of others. In the process, the course questions the dangers of hubris and anti-intellectualism in business and ask whether business is inherently social.

### BUS 2217 PRINCIPLES OF MANAGEMENT

Four hours. Concepts, principles, and functions of management applicable to all types of organizations; different managerial styles.

### BUS 2220 MICROSOFT EXCEL FOR BUSINESS

Two credit hours. An introduction to basic, intermediate, and advanced features of Microsoft Excel for use in business applications. Students will learn how to create and format a workbook, work with common formulas and functions and produce and modify charts for data presentation. In addition, students will explore advanced features, including complex formulas and functions, macros, what-if analyses and pivot tables used in data analysis, financial modeling and management decision-making.

### BUS 3100 BUSINESS, SOCIAL ORDER, & MARKET-BASED MANAGEMENT

An in-depth examination of the institutional structure necessary for a flourishing social order. An exploration of the need to use economics as a mental model to understand market behavior and apply it to understanding the economy as an informational feedback mechanism allowing social cooperation and entrepreneurial activity. The course also discusses how societies provide quality assurance in the absence of government regulation. This requires the student to invoke basic economic theory, particularly supply and demand and opportunity cost analysis, and to apply the understanding of social science to business management.

### BUS 3115 SALES MANAGEMENT AND PERSONAL SELLING

Four hours. Prerequisite: BUS 3160. The course addresses sales management methods and concepts applicable to the efficient recruitment, deployment, and retention of an effective sales force in the twenty-first century business environment. Class demonstrations in different facets of selling and exercises in the art of persuasion illustrate theories of buyer motivation, and help students develop a command of the language of sales. The course follows a process model of selling that applies across product concepts. There is an emphasis on participative exercises including classroom discussion of written assignments, presentations and role playing exercises.

### BUS 3125 INTERNATIONAL BUSINESS ENVIRONMENT

Two hours. An initial examination of the differences between business in a domestic context and business in an international context. Content includes exposure to culture, political, and social environment considerations, as well as trade theory, government influence on trade, and global management strategy. *Gen Ed: SW*

### BUS 3160 MARKETING PRINCIPLES

Four hours. Prerequisites: ECO 2010 or ECO 2205 (Interdisciplinary majors/minors are eligible for prerequisite substitutions or waivers). Marketing principles, functions, organizations, methods, and problems involved in the exchange process known as marketing; a managerial perspective that revolves around the marketing concept and the marketing mix. *Gen Ed: QI*

### BUS 3175 INTERNATIONAL MARKETING STRATEGIES

Four hours. Prerequisites: BUS 3125 and BUS 3160. An analysis of global, international, and multicultural issues as they relate to companies and countries with an integrated course project that is applied to an actual organization. The integrated project requires students to learn, analyze, and creatively solve a marketing problem followed by determining the best method(s) to use to communicate the solution to the client organization.

### BUS 3311 LEGAL ENVIRONMENT OF BUSINESS

Four hours. Introduction to commercial, property, administrative, constitutional and liability law, and the American court system, with special emphasis on how it affects people in business. Stu-

dents engage in evaluation, analysis, and application of legal doctrines to business and personal situations. *Gen Ed: QI*

### BUS 3312 COMMERCIAL LAW
Two hours. Prerequisite: BUS 3311. In-depth study of the legal issues and principles inherent in business transactions, including sales, commercial paper, contracts, secured transactions, real property, business organizations, and trusts and estates; with heavy emphasis on applications of principles to problems.

### BUS 3320 APPLIED STATISTICS OF BUSINESS AND ECONOMICS
Four hours. Same as ECO 3320. Prerequisite: BUS 2220 or its equivalent or permission of the instructor. Mathematical statistical tools for managerial analysis, research, and decision making, data collection and presentation, multi-variable hypothesis testing, regression analysis, time series analysis, forecasting, decision analysis, inventory management, modeling and simulation, and project management. *Gen Ed: Qn*

### BUS 3453 MANAGERIAL FINANCE
Four hours. Prerequisites: ACC 2112 and ECO 2010 or ECO 2205 and ECO 2207. Planning and controlling sources and uses of a firm's funds. Includes capital budgeting, dividend policies, determination of optimal capital structure, and internal vs. external financing of expansion.

### BUS 3455 FINANCIAL PLANNING AND POLICY
Four hours. Prerequisites: BUS 3453. Study and analysis of the financial planning process including client interactions, assessment of investor risk profiles, construction of comprehensive personal financial statements and financial plans, ethics and responsibilities of professional financial planners, and the regulation of the financial services industry.

### BUS 3575 NEW VENTURE CREATION
Four hours. A study of the entrepreneurial aspects of business management including financial understanding as well as all of the activities in managing a business. Analyzes how entrepreneurs help shape and energize the free-enterprise system with innovation and job creation. Global considerations and entrepreneurship are included. The student discovers the advantages and pitfalls of entrepreneurship through the comprehensive development of a business plan assignment.

### BUS 3666 LEADERSHIP COMPETENCIES
Four hours. Prerequisite: BUS 2217. Study and application of cases, concepts, and theories related to leadership. Experiential exercises are used to simulate leadership situations and facilitate growth in leadership skills and abilities.

### BUS 3670 FINANCIAL RISK MANAGEMENT
Four hours. Prerequisites: ACC 2112 and ECO 2010 or ECO 2205 and ECO 2207. The course presents the fundamentals of financial risk management. It provides a realistic and conceptually motivated overview of risk management for global corporations. Techniques to identify, measure and manage financial risk including use of futures, options, swaps, real options, financial engineering, value-at-risk and other risk measures are studied and applied.

### BUS 3705 BUSINESS INFORMATION SYSTEMS
Four hours. Provides an overview of business data processing and management information systems. Covers introductory concepts of systems analysis techniques, nature of computer applications in business, problem solving, and discusses the future of information technology.

### BUS 3888 PRINCIPLES OF REAL ESTATE ANALYSIS AND VALUATION
Four hours. Prerequisites: ACC 2112 and ECO 2010 or ECO 2205 and ECO 2207. This course provides a survey of real estate assets, markets, and decisions. The emphasis is on the development

of analytical techniques and information required for implementation; the course also covers institutional features of real estate markets and transactions.

### BUS 3960  PROFESSIONAL DEVELOPMENT

Two Credit Hours. Prepare for professional internship and employment opportunities by developing essential career planning/management skills. The course will address the critical topics of professionalism and business etiquette, personal branding, resume/cover letter writing, networking, interviewing, digital portfolios, social media and technology. The course will examine transitional issues faced by students as they navigate the professional world of work.

### BUS 4110 LAW IN FILM I: LEGAL ISSUES AND PROCEDURES

Two hours. Prerequisites: junior standing and BUS 3311 and other approved criminology or political science course, or permission of the instructor. An in-depth examination of legal issues and procedures, and the perception versus the reality of the American legal system and the practice of law through the use of mainstream films and television shows.

### BUS 4115 INTERNATIONAL MANAGEMENT

Four hours. Prerequisites: BUS 2217 and BUS 3125. This is a seminar course covering global labor markets, staffing, training and development, performance appraisal, and compensation. The course also examines the key competencies of global leaders and the challenges of managing global assignments.

### BUS 4120 LAW IN FILM II: ETHICS AND PERCEPTIONS

Two hours. Prerequisites: junior standing and BUS 3311 and other approved criminology or political science course, or permission of the instructor. Ann in-depth examination of legal and business ethics and the perception of lawyers, businessmen, and the legal system created by cinematic depictions.

### BUS 4188 INVESTMENTS

Four hours. Prerequisite: BUS 3453. Emphasis from standpoint of individual investor in corporate and government securities; investment objectives; appraisal of investment risks; valuation of securities; portfolio management.

### BUS 4205 SPREADSHEET MODELING AND QUANTITATIVE BUSINESS DECISIONS

Four hours. Prerequisites: BUS/ECO 3320 and BUS 3453. The course provides a complete and modern treatment of management science methodology and the use of spreadsheet applications. Topics include decision theory, linear programming, network analysis, transpiration & assignment, PERT/CPM, forecasting, inventory control and queuing theory.

### BUS 4255 INTERNATIONAL FINANCIAL MANAGEMENT

Four hours. Prerequisites: ACC 2112 and BUS 3125. Examination of the international financial environment of business. Emphasis is on the financial decision making process relating to foreign exchange risk management, hedging, arbitrage, currency futures and option markets, management of foreign investments, country risk analysis, international sources of financing and international money and capital markets.

### BUS 4420 BUSINESS ANALYTICS

Four hours. Prerequisites: BUS 2220 and BUS 3320. This course introduces students to the tools used for business decision-making in today's rapidly advancing data-driven business environment.

### BUS 4425 CFA LEVEL I PREP

Four hours. Prerequisites: Instructor approval and registration for the upcoming CFA Level I Exam (requires senior standing). Prepare to take and pass Level I of the Chartered Financial Ana-

lyst (CFA) curriculum. Learn the basic tools underlying the 10 topic areas in the CFA curriculum (Ethical and Professional Standards, Quantitative Methods, Economics, Financial Reporting and Analysis, Corporate Finance, Equity Investments, Fixed Income, Derivatives, Alternative Investments, and Portfolio Management and Wealth Planning).

### BUS 4430 BUSINESS ETHICS, COMMUNICATION, AND RISK MANAGEMENT
Four hours. Prerequisites: junior standing, and BUS 2217 and 3311 or permission of the instructor,. This course integrates legal research, writing, and document creation with business ethics. It is designed to prepare business students to effectively address and avert the legal and ethical challenges they will face in day-to-day business operations. *Gen Ed: MV*

### BUS 4466 MARKETING RESEARCH
Four hours. Prerequisites: BUS 3160 and BUS/ECO 3320 (Interdisciplinary majors/minors are eligible for prerequisite substitutions or waivers). Marketing research is a vehicle for students to use what they have learned with what they will do when they graduate. The course focuses on the use of research methods in formulating marketing policies and strategies; analysis and evaluation of research results; student surveys and research studies with cooperating organizations.

### BUS 4488 MARKETING MANAGEMENT
Four hours. Prerequisites: BUS 2217 and BUS 4466. Management of marketing functions and analysis of problems of representative companies, including product development, pricing, promotion, and distribution; uses of computer in market management.

### BUS 4960/4961 BUSINESS ADMINISTRATION INTERNSHIP
Two to four hours. Prerequisites: BUS 3960; junior standing; minimum 3.0 GPA; permission of the instructor. Correlating theory and practice in an operational setting; supervision by cooperating practitioners and faculty in approved areas of application.

### BUS 4999 SEMINAR IN STRATEGIC MANAGEMENT OF THE BUSINESS ENTERPRISE
Four hours. Prerequisites: senior standing, all other courses in the major, and successful completion of coursework that satisfies Effective Communication SLOs A and B. The capstone course of the business administration major. The course integrates knowledge of all business disciplines from other courses. Uses case studies, individual projects and team-based projects to identify problems, formulate strategic policies, and create original strategic plans to shape the future of business organizations. The course emphasizes analysis, decision-making, and implementation of business strategies. *Gen Ed: EC-C*

## CHEMISTRY – CHE

### CHE 1000   PREPARATION FOR PRINCIPLES OF CHEMISTRY
Two hours. A review and practice in those basic principles and mathematical skills needed by students planning to take CHE 1111 and CHE 1112. Coursework includes active learning exercises and collaborative problem solving.

### CHE 1005 CHEMISTRY OF FOOD AND COOKING
Four hours. Exploration of the science of food from a basic chemical perspective. Through the course, students will examine the components of food, including spices and other additives, and the preparation of food. The course specifically addresses the physical and chemical changes associated with food preparation at a basic level, in addition to food storage or preservation and trends in food industry as it pertains to chemistry. This course uses some hands-on activities which will require in-lab activities and demonstrations.   *Gen Ed: NW*

### CHE 1110 CHEMISTRY, BIOCHEMISTRY, AND SOCIETY

Two hours. Co-requisite: CHE 1111. Pre-requisite: Chemistry or Biochemistry and Molecular Biology major, or permission of instructor. This seminar course accompanies CHE 1111 for BMB and chemistry majors and includes learning to navigate higher education, time management skills, tools to develop communication skills, and career education. Students will be engaged in service learning projects in which they will apply tools and content they learn to a problem or develop methods of communicating chemistry and biochemistry.

### CHE 1011  CHEMICAL FOUNDATIONS FOR THE BIOLOGICAL SCIENCES

Four hours. A review and study of chemical concepts that includes atomic structure, chemical reactions, chemical bonding, acidity and basicity and oxidation-reduction reactions. The laboratory portion contains experiments to reinforce the principles introduced in the classroom. ***Gen Ed: NW***

### CHE 1013 ENVIRONMENTAL CHEMISTRY FUNDAMENTALS

Four hours. Prerequisite: CHE 1011. Principles of the distribution and interaction of matter in the atmosphere and in aqueous systems. Human influences on each will be explored, along with major classes of environmental pollutants.

### CHE 1111  PRINCIPLES OF CHEMISTRY I

Four hours. Prerequisite: High school chemistry, CHE 1000 or CHE 1011. Quantitative treatment of the principles of chemistry including stoichiometry, states of matter, energy, atomic structure, periodicity, ionic compounds, and molecular structure. ***Gen Ed: NW***

### CHE 1112  PRINCIPLES OF CHEMISTRY II

Four hours. Prerequisite: CHE 1111. The topics covered in this course include: intermolecular forces, kinetics, equilibrium, acid, bases, buffers, thermodynamics, electrochemistry, nuclear chemistry, and introduction to basic organic chemistry.

### CHE 2105 ENVIRONMENTAL CHEMISTRY

Four hours. Prerequisite: CHE 1112. Study of the chemical composition and processes within atmospheric, aquatic, and soil systems. Energy sources, climate change, human influences on environmental systems, and the transport and degradation of environmental pollutants will be examined.

### CHE 2110  PHYSIOLOGICAL CHEMISTRY

Four hours. A survey and study of chemical concepts that includes atomic structure, chemical reactivity, chemical bonding, and acid/base chemistry. Special emphasis is placed upon the study of organic compounds that includes structure, properties, and reactions of functional groups followed by an examination of the role these molecules play in biological structures and processes. For RN-to-BSN students only.

### CHE 2231 ORGANIC CHEMISTRY I

Three hours. Prerequisite: CHE1112, and Co-requisite or Pre-requisite: CHE 2251. Detailed study of carbon compounds approached through the study of nomenclature, structure, stereochemistry, functional groups, reactions, and mechanisms. This course includes drawing, visualizing and describing molecular features, interactions of organic compounds, rationale of mechanistic pathways, and applications of kinetics and thermodynamics. The basic theory and interpretation of instrumentation, including polarimetry, NMR, IR and Mass spectroscopy, will be used to determine molecular structure.

### CHE 2232 ORGANIC CHEMISTRY II
Three hours. Prerequisite: CHE 2231 and CHE 2251, and Co-requisite or Pre-requisite: CHE 2252 or CHE 2254. CHE 2231. Continuation of the study of carbon compounds approached through the study of structure, functional groups, reactions, multi-step synthesis, computational simulations, and mechanisms. An emphasis is placed upon synthesis illustrating chemical reactivity, regiochemistry, and stereochemistry. To further evaluate structure and chemical properties, the course will incorporate analysis of NMR, IR, UV-Vis and Mass spectroscopy relevant to the reactions and theory of the course. Biochemical molecules are introduced.

### CHE 2251 ORGANIC CHEMISTRY I LABORATORY
One hour. Co-requisite or Pre-requisite: CHE 2231. Study of basic techniques and procedures in isolation, purification, identification, and synthesis. Techniques will include extraction, recrystallization, distillation, and organic reactions. Students will be introduced to molecular characterization of organic compounds utilizing IR, NMR, polarimetry, MS, melting point range, and refractometry. Students will learn to keep a formal and detailed lab notebook.

### CHE 2252 ORGANIC CHEMISTRY II LABORATORY
One hour. Co-requisite or Pre-requisite: CHE 2232 and Pre-requisite: CHE 2251. Continuation of the study of basic techniques and procedures in isolation, purification, and molecular characterization of organic compounds. Instrumentation will include the use of IR, refractometer, and mass spectroscopy. Students will keep a formal and detailed lab notebook.

### CHE 2275 FORENSIC CHEMISTRY
Four hours. Prerequisite: CHE 1112. This course focuses on the applications of chemistry to forensic science. Through the use of case studies such as the Kennedy assassination, Napoleon's death, the Shroud of Turin, etc., the topics of trace evidence (soils, glass, and heavy metals poisons); toxicology and pharmacology (analysis of alcohol, poisons and drugs) will be explored. Students will gain experience with analytical and instrumental methods used in investigating crimes, with emphasis on the measurement accuracy and traceability required in criminalistics. Students will be involved in engaged learning activities including guided inquiry experiments, collaborative problem solving, team-based laboratory projects, and searching the literature using discipline specific databases.

### CHE 2335 ANALYTICAL CHEMISTRY
Four hours. Prerequisite: CHE 1112. Study the principles of analytical chemistry with emphasis on quantitative measurements and statistical data analysis. Topics may include gravimetric analysis, volumetric, and potentiometric methods of analysis with a focus on acid-base, reduction-oxidation, and complexometric chemistry.

### CHE 2254 ORGANIC CHEMISTRY II LABORATORY FOR MAJORS
One hour. Pre-requisite or Co-requisite: CHE 2232 and Pre-requisite: CHE 2251. Continuation of the study of carbon compounds approached through the study of structure, functional groups, reactions, multi-step synthesis and mechanisms. In the laboratory, emphasis is placed upon synthesis illustrating chemical reactivity and molecular characterization utilizing NMR, IR, polarimetry, and mass spectroscopy. Students will keep a formal and detailed lab notebook and write formal reports as a record of their work.

### CHE 2355 DESCRIPTIVE INORGANIC CHEMISTRY
Four hours. Prerequisite: CHE 1112. Fundamental topics in inorganic chemistry are explored, among them: atomic theory and periodicity, the structure of simple solids, main group elements, and structure and bonding of coordination compounds. The laboratory component of the course gives students experience with various laboratory techniques used in the synthesis and characterization of inorganic compounds.

### CHE 2890 CAREER SHADOWING

One hour. Pass/fail. Prerequisite: Permission of instructor. Course may be repeated for credit twice. This course is restricted to Chemistry and BMB students at the sophomore and junior level in the major only. Students must shadow at least two chemical and/or biochemical related career paths, such as food or flavor chemistry, forensic chemistry, chemicals engineering, medicine, chemical education, patent law, environmental consulting, and other industrial chemical opportunities with at least 20 hours to observe each profession. Students will gain insight into chemical related fields of interest to them with the aim of developing a better awareness of career opportunities. Students will examine current trends in the fields and be exposure to literature in these fields. This course will also provide students with an opportunity to develop their personal statement and resumes. Students must shadow professionals in two different disciplines outside of those already shadowed if this course was previously taken. This course is an elective and does not count toward the majors or minors.

### CHE 2960  INTERNSHIP EXPLORATION IN CHEMISTRY

Two to four hours. Prerequisite:  CHE 1112 and permission of instructor.  A full- or part-time work-study appointment in a clinical, commercial, governmental, or industrial laboratory supervised jointly by an on-site supervisor and Department of Chemistry faculty member. A minimum of 40 contact hours per credit hour is required at the internship site. A maximum of two credit hours can count towards the chemistry major

### CHE 3320  APPLIED SYNTHESIS AND CHARACTERIZATION

Three hours. Prerequisite: CHE 2232 and CHE 2252. This course will explore advanced synthetic methods inorganic and inorganic chemistry, multistep syntheses requiring separations and purification, and characterization of products using advanced spectroscopic techniques. Students also develop skills in utilizing the scientific literature by developing a literature review for a current research topic. Students also explore ethical issues in the practice of science.

### CHE 3330 FOUNDATIONS OF MEDICINAL CHEMISTRY

Three hours. Prerequisite: CHE 2232 and CHE 2252. Examination of the principles behind drug distribution, specificity, and metabolism from the perspective of foundational medicinal chemical concepts.  Medicinal and synthetic organic chemistry aspects of the design, synthesis, and drug delivery, as well as the role of natural product discovery will be discussed. This course will also explore the factors that influence the action of therapeutic drugs, including drug structures and structure activity relationships.

### CHE 3335  INSTRUMENTAL ANALYSIS

Three hours. Prerequisite: CHE 2335. The objective of this course is to apply the principles of quantitative chemical analysis to instrumental techniques. Electrochemical, chromatographic, and spectroscopic techniques are covered in theory and in practice through a combination of lecture and hands-on experimentation.

### CHE 3340 PHYSICAL CHEMISTRY FOR THE BIOLOGICAL SCIENCES

Four hours. Prerequisites: CHE 2231, CHE 2251, and MAT 2311. Foundational concepts of physical chemistry, including equilibrium thermodynamics, kinetics, molecular structure, and spectroscopy, as they apply to biochemical systems and macromolecules.

### CHE 3341 PHYSICAL CHEMISTRY I

Four hours. Prerequisites: CHE 2232, CHE 2252, MAT 2312, and PHY 2120. Foundations of quantum mechanics, atomic and molecular structure and the chemical bond, atomic and molecular spectroscopy. In both the classroom and in the laboratory, students will participate in engaged learning activities that may include, but are not limited to, guided inquiry experiments, active

learning exercises, computational exercises, collaborative learning and problem solving, team-based laboratory projects, experimental design, literature searches using library resources, web-based content, and discipline specific databases (such as SciFinder), and individual/small group peer teaching.

### CHE 3342  PHYSICAL CHEMISTRY II

Three hours. Prerequisite: CHE 3341. The topics covered in this class include properties of gases, statistical mechanics and thermodynamics, phase and chemical equilibria, solutions, kinetics and reaction dynamics.

### CHE 3362  BIOCHEMISTRY: MOLECULAR BIOLOGY

Four hours. Same as BIO 3362. Prerequisites: BIO 1500, CHE 2232, and CHE 2252. Students consider important topics in molecular genetics, including structure, function and manipulation of DNA, and selected topics in metabolism and signaling.

### CHE 3371 BIOCHEMISTRY: STRUCTURE AND FUNCTION

Three hours. Same as BIO 3371. Prerequisite: CHE 2232 and CHE 2252. Suggested prerequisite BIO 1500. Biochemistry is the study of the molecules and chemical reactions of living systems. Topics covered include water, structure and function of amino acids, proteins, carbohydrates, lipids, and nucleic acids, enzyme kinetics and regulation, and the supramolecular architecture of cellular components.

### CHE 3372 BIOCHEMISTRY: METABOLISM

Three hours. Same as BIO 3372. Prerequisite: CHE/BIO 3371. Metabolism is the study of biochemical energetics and biochemical pathways of living systems. Topics covered include the metabolism of carbohydrates, lipids, proteins, and nucleic acids along with the integrated nature of metabolism.

### CHE 3373 BIOCHEMISTRY: STRUCTURE AND FUNCTION LABORATORY

One hour. Same as BIO 3373. Prerequisite or Co-requisite: CHE 3371. Biochemistry is the study of the molecules and chemical reactions of living systems. The laboratory provides a hands-on opportunity to study macromolecules and to learn the fundamental experimental techniques of biochemistry including electrophoresis, chromatography, spectroscopy and principles of enzymatic assays.

### CHE 4405 HUMAN HEALTH RISK ASSESSMENT

Three hours.  Prerequisite: CHE 2105.  This course will introduce students to the process of human health risk assessment, with a primary focus on toxic substances that humans are exposed to through their environments.  Basic methods in exposure assessment, estimation of exposure point concentrations, toxicity assessment, and risk characterization will be covered.

### CHE 4410  INTRODUCTION TO RESEARCH METHODS

Two hours. Prerequisite: senior standing, credit for Effective Communication A and Effective Communication B General Education SLOs, or permission of instructor. Restricted to students majoring in Chemistry or Biochemistry and Molecular Biology. This course will encompass the exploration of a scientific research topic under the supervision of a professor having expertise in that area. It will consist of library and laboratory investigations that will culminate in the dissemination of the research methods and findings via a written research report and oral presentation. *Gen Ed: EC-C*

### CHE 4425  SPECIAL TOPICS IN CHEMISTRY

Two to four hours. Prerequisite: Permission of instructor. Upper-level examination of current or advanced topics in chemistry. Course may be repeated for credit with different topics.

### CHE 4450 BIOINORGANIC CHEMISTRY

Three hours. Prerequisite CHE 2355. This course will investigate the role of metals in biological processes. It will apply fundamental principles of inorganic chemistry such as coordination chemistry, hard/soft acid base chemistry, electrochemistry, and spectroscopy to understand the interaction of metals in biomolecules. The course will also explore metals in medicine, with respect to bioavailability, toxicity, and environmental issues.

### CHE 4455  ADVANCED INORGANIC CHEMISTRY

Three hours. Prerequisites: CHE 2355 and CHE 3341. This course covers coordination chemistry and reaction mechanisms, group theory and symmetry as applied to the understanding of bonding and spectroscopy of inorganic compounds, fundamentals of organometallic reactions, catalysis, and special topics in bioinorganic and material science. Students participate in engaged learning activities including guided inquiry projects, collaborative problem solving, team-based research projects, and searching the literature using discipline specific databases.

### CHE 4475 ADVANCED FORENSIC CHEMISTRY

Four hours. Prerequisites:  CHE 2275, CHE 3371. This course enhances student understanding of the field of forensic science through exposure to serology, DNA analysis, and metabolomics in toxicology.  The course will concentrate on the analysis of biological evidence such as human blood, semen, saliva, urine, fecal matter, and hair; including the employment of techniques to classify evidence. Students will also be introduced to techniques that are currently, or have been previously, used in operational crime laboratories in the U.S.

### CHE 4960  INTERNSHIP IN CHEMISTRY

Two to four hours. Prerequisite: senior standing and permission of the instructor A full- or part-time work-study appointment in a clinical, commercial, governmental, or industrial laboratory supervised jointly by an on-site supervisor and chemistry department faculty member. A minimum of 40 contact hours per credit hour is required at the internship site. A maximum of two hours of internship can count toward the chemistry major.

### CHE 4999  SENIOR RESEARCH

Two hours. Prerequisite: senior standing and CHE 4410 and successful completion of coursework that satisfies Effective Communication SLOs A and B. A capstone course that engages the student in the exploration of a scientific research topic under the supervision of a professor having expertise in the areas of interest. It consists of library and laboratory investigations that culminate in a written research report and the dissemination of the research methods and findings at a scientific or scholarly meeting. ***Gen Ed: EC-C***

## CHINESE - CHN

Each course is an enhanced self-study program in the NASILP (National Association of Self-Instructional Language Programs) format, which relies heavily upon the student's motivation and discipline. Major emphasis is on the development of oral-aural skills. Class time is spent in oral drills and conversation practice with a native-speaking (or equivalent) tutor. Classes are conducted almost entirely in Chinese. Students study the grammar independently, using the NASILP format with the help of the assigned text and workbook, as well as in the lab. Students are expected to work outside of class and in the lab each week and come to class prepared.

### CHN 1101  FIRST SEMESTER CHINESE

Four hours. Prerequisite: Cumulative GPA of at least 2.5 or approval from the Critical Languages program director.

### CHN 1102  SECOND SEMESTER CHINESE
Four hours. Prerequisite: CHN 1101 proficiency.

### CHN 2203  SECOND YEAR CHINESE
Four hours. Prerequisite: CHN 1102 proficiency.

# CITRUS – CIT

### CIT 3301  INTRODUCTION TO CITRUS
Four hours. Pre- or corequisite: HRT 2100 or permission of the instructor. This is the introductory course in citrus production. It discusses the botany of citrus, its varieties, and rootstocks, soils suitable for citrus and development of a young citrus grove, as well as Florida hydrology and meteorology and their effects on water availability for citrus production.

### CIT 3302  CITRUS GROVE MANAGEMENT
Four hours. Prerequisite: HRT 2100 or permission of the instructor. Examine commercial citrus production methods, such as frost protection, nutrient requirements, citrus pests, irrigation, cultivation and weed management, and rehabilitation of bearing citrus groves of all major varieties.

### CIT 3313  CITRUS POSTHARVEST PRACTICES
Four hours. Prerequisite: CIT 3301 or permission of the instructor. This course is an examination of the operations and technology involved in citrus processing (juice) plants and citrus by-products. It also includes the physiology of citrus fruits, packinghouse operations for fresh fruit varieties, postharvest diseases and disorders, and legal maturity tests and standards.

### CIT 4303  CITRUS PEST AND DISEASE MANAGEMENT
Four hours. Prerequisite: CIT 3301 or permission of the instructor. This course examines the insects, mites, and nematodes affecting citrus, as well as the fungal, bacterial, and viral diseases of the crop. It considers biological, cultural, and chemical controls, planning spray programs, as well as pesticide safety and best management practices.

### CIT 4999  CITRUS PRODUCTION AND BUSINESS PRACTICES
Four hours. Prerequisites: CIT 3302 and 4303 and HRT 3302, or permission of the instructor, and successful completion of coursework that satisfies Effective Communication SLOs A and B. This is the capstone course for the citrus major. The objective is to develop an original full production plan for a commercial citrus operation in Florida, using knowledge from all of the other courses offered in the departmental curriculum. ***Gen Ed: EC-C***

# COMMUNICATION – COM

### COM 1100  INTRODUCTION TO COMMUNICATION
Two hours. This course is designed to give students a general overview of the discipline of communication studies, which includes interpersonal, organizational, strategic communication, online media and other media platforms. Students will learn about current issues surrounding communication studies, and upon completion, will be able to understand disparate forms and purposes of communication across many contexts.

### COM 1101  MEDIA FOUNDATIONS
Four hours. This course is an examination of the principles and processes of media creation. Media Foundations provide students with an appreciation of the history, theory and principles of visual communication in mass media with an emphasis on graphic, web and multimedia design. Students gain a broad overview of the full media development methods through various original creative works.

### COM 1500  FUNDAMENTALS OF SPEECH

Four hours. Theory and practice of public address; preparation and delivery of short speeches; development of critical thinking and listening. Gen *Ed: EC-B*

### COM 1600  FORENSICS PRACTICUM I

Two hours. Prerequisite: COM 1500 or permission of the instructor. Directed participation in forensic activities including dramatic interpretation, public address, extemporaneous speaking, and debate. Participation in forensic tournaments off-campus constitutes a major element of the course. Two contact hours per week with instructor or coaching staff for research/rehearsal. *Gen Ed: EC-B*

### COM 1601  FORENSICS PRACTICUM II

Two hours. Prerequisite: COM 1600. Directed participation in forensic activities including dramatic interpretation, public address, extemporaneous speaking, and debate. Participation in forensic tournaments off-campus constitutes a major element of the course. Two contact hours per week with instructor or coaching staff for research/rehearsal. *Gen Ed: EC-B*

### COM 2100  MASS MEDIA AND SOCIETY

Four hours. An in-depth look at the influences of the mass media on American culture. Emphasis is on the historic, social and political impact of the media, both print and electronic. *Gen Ed: SW*

### COM 2101  NEWS MEDIA PRACTICUM I

One hour. Prerequisite: sophomore standing or permission of the instructor. A team-taught course across multiple media platforms that provides students practical experience in newspaper writing and production, broadcast studio production and broadcast performance, depending on student preference.

### COM 2102  NEWS MEDIA PRACTICUM II

One hour. Prerequisite: COM 2101 or permission of the instructor. A team-taught course across multiple media platforms that provides students practical experience in newspaper writing and production, broadcast studio production and broadcast performance, depending on student preference.

### COM 2110  MEDIA WRITING

Two hours. Effective writing for the various media. Includes style and format and differences amongst the media. Mastery of spelling, punctuation, and grammar through in-class writing assignments. Students will also produce material for student media.

### COM 2150  MEDIA IN SPORT

Four hours. Same as SPM 2150. This course primarily looks at the different media in which sport is covered, researched and presented to the public. Print, electronic and new media are analyzed. Students learn to define the careers available in sport media as well as the roles associated with the sport media industry. Focus is on the domestic market; however, international sport media is also examined.

### COM 2200  ADVANCED PUBLIC SPEAKING

Four hours. Prerequisite: COM 1500. An in-depth study of public address through examination of popular speeches, preparing and presenting manuscript, memorized, impromptu, and extemporaneous speeches.

### COM 2250  INTERPERSONAL COMMUNICATION

Four hours. A study of the dynamics of human communication in various settings. Course focus is on verbal and nonverbal messages, listening, conflict, and relationships. Group and partner discussions, oral presentations, and performances are important elements of class. *Gen Ed: SW, EC-B*

**COM 2260  SMALL GROUP COMMUNICATION**
Four hours. The study of small group communication theory and practice in various situations. Course focus is on how small groups are used to solve problems, reach decision, and make recommendations. Groups will work with campus and community groups to identify solutions and make recommendations to solve presented issues. *Gen Ed: SW*

**COM 2270  INTERCULTURAL COMMUNICATION**
Four hours. Same as SOC 2270. This course explores the unique relationship between communication and culture. Students examine their own beliefs, values, behaviors, and norms as they are exposed to a variety of cultural dynamics and mores in this increasingly global society. This course balances concepts and theories of intercultural communication with practical application. The goal of this course is to enhance the student's effectiveness as a communicator and as citizen of the global community. *Gen Ed: MV, SW*

**COM 2400 PRINCIPLES OF ADVERTISING AND PUBLIC RELATIONS**
Four hours. Prerequisites: Completion of Effective Communication SLOs A & B or permission of the instructor. Survey of advertising and public relations methods. Focus on professional communication strategies and tactics, use of relevant research methodologies, and understanding communication campaigns.

**COM 2500 VISUAL COMMUNICATION**
Four Hours. This course introduces students to the principles of visual design communication using computer software and technology. Special attention is given to visual design principles, typography, layout and digital production techniques. Students will learn to think about audience and medium and how they impact content.  Through peer and faculty critiques, students will learn how to improve and manage how they communicate in a digital world.

**COM 3101  NEWS MEDIA PRACTICUM III**
One hour. Prerequisite: COM 2102 or permission of the instructor. A team-taught course across multiple media platforms that provides students practical experience in newspaper writing and production, broadcast studio production and broadcast performance, depending on student preference.

**COM 3102  NEWS MEDIA PRACTICUM IV**
One hour. Prerequisite: COM 3101 or permission of the instructor. Team-taught across multiple media platforms, this course provides practical experience in newspaper writing and production, broadcast studio production, and broadcast performance, depending on student preference.

**COM 3200  PERSUASION**
Four hours. Prerequisites: Successful completion of Effective Communication SLO A. An examination of the major theoretical perspectives and concepts related to persuasion. The course will familiarize students with major theories, areas of research, and ethical issues in the social scientific study and application of persuasion. *Gen Ed: SW, EC-B*

**COM 3210  ORGANIZATIONAL COMMUNICATION**
Four hours. Prerequisite: Successful completion of Effective Communication SLOs A & B. This course focuses on the principles of communication within a variety of organizational structures. Students explore and discuss research on communication networks, how information is processed within systems, and the relationship between communication and organizational culture and climate. *Gen Ed: SW*

**COM 3300  NEWS REPORTING AND FEATURE WRITING**
Four hours. Prerequisites: COM 2110. Writing and researching news and features for delivery through print, broadcast and online outlets.

#### COM 3310  BROADCAST WRITING
Four hours. Prerequisite: COM 3300 or permission of instructor. Introduces and develops writing for broadcast readers, voice-overs and news packages. Emphasizes writing for video and wrapping around audio in a real-world deadline environment. Includes broadcast producing.

#### COM 3320  INTRODUCTION TO BROADCAST JOURNALISM
Four hours. Prerequisite: COM 3300. An introduction to the process of electronic newsgathering, video editing, and production of news packages. Live-to-tape studio production is also introduced.

#### COM 3340  ADVANCED VIDEO PRODUCTION
Four hours. Prerequisite: COM 3320. Continues the process of electronic storytelling. In-depth, hands-on instruction of digital editing and multimedia graphics software.

#### COM 3353  EDITING FOR MEDIA
Two hours. Prerequisite: COM 3300 or permission of instructor. Study of the principles and practices of copyediting, with a focus on selection of material, editing for grammar and appropriate style and accuracy.

#### COM 3355  PUBLICATION DESIGN AND PRODUCTION
Two hours. Prerequisite: COM 2500. The study and principles and practices of effectively designing and producing publications, including newspapers, magazines and newsletters.

#### COM 3360  ONLINE MEDIA
Four hours. Prerequisite: COM 3300 and junior standing. The study of how to prepare and display news information online. How to critically evaluate content for an on the web. Produce multimedia stories.

#### COM 3370  PHOTOJOURNALISM
Four hours. Prerequisite: COM 2500 or permission of the instructor. Acquaint students with the techniques of digital photography and the skills needed for all areas of news photography. Class discussions center on the skills, knowledge and attitudes necessary to be successful in life and in a career in journalism. They include critiquing, coaching, training and mentoring others; best practices in photographing specific genres of news items; how to avoid legal entanglements; ethical issues of publishing; personal safety; and relevant topical issues of the day. A goal of this class is to have a photograph published during the semester.

#### COM 3410  ADVERTISING CREATIVE
Four hours. Prerequisites: COM 2500 or ART 1120. A non-art course emphasizing the deadline-driven elements of advertising design in the professional world with an emphasis on agency needs.

#### COM 3420  ADVERTISING WRITING
Four hours. Prerequisite: COM 2400 and COM 2500. Provides an emphasis on developing the writing skills that are necessary for effective advertising copy, including writing for traditional and non-traditional media.

#### COM 3450  PUBLIC RELATIONS WRITING
Four hours. Prerequisites: COM 1500 and COM 2500. Students develop industry-appropriate writing skills and techniques including creation of press releases, backgrounders, pitch letters, and other relevant media products. This course focuses on using audience analysis, demographics, and psychographics to tailor messages to specific audiences. Creation of a portfolio is required.

#### COM 3500  ADVANCED DESKTOP PUBLISHING
Four hours. Prerequisite: COM 2500. Prepares aspiring communication professionals for re-

al-world desktop publishing environments requiring professional software applications. Emphasis is placed on project asset management and integration of applications as they are used in a professional environment. Students practice basic management skills via peer-centered critiques, coaching and mentoring. Creation of a portfolio is required.

### COM 3900  SPECIAL TOPICS IN COMMUNICATION

Four hours. Prerequisites: Successful completion of coursework that satisfies Effective Communication SLOs A and B. Concentrated study of a special topic in communication, including health communication, rhetoric of the 1960s, rhetoric of the women's movement, narrative inquiry, communication as performance, communicating addiction, or ethnography. Course may be repeated for credit with a different topic.

### COM 3905 POLITICS AND THE MEDIA

Four Hours. Same as POS 3905. A systematic description and analysis of the roles and impacts of the media within the American political arena. Attention will be paid to the impact of the changing processes and modes of the media (e.g., cable news, the internet, blogging and tweeting) on citizen involvement, political campaigns, and governing. Some previous work in either political science or journalism is advised but not required. This course is cross-listed with the Political Science Department as POS 3905. *Gen Ed: SW, QL*

### COM 3955  PROFESSIONAL DEVELOPMENT FOR COMMUNICATION CAREERS

One hour. Prerequisites: Majors only. Must have completed or be concurrently enrolled in all 3000-level courses required for major. This course is a precursor to a student's required communication internship and must be completed in the semester preceding the internship. It focuses on career development and job search skills, culminating in students securing internships for the following semester.

### COM 3960-3961  COMMUNICATION FIELD EXPERIENCE

One hour. Prerequisite: Permission of instructor. Pre-internship experience working in a professional communication setting. Supervision by cooperating practitioners and department faculty. 40 hours of on-the-job experience is required.

### COM 4300  NEWS MEDIA PROJECTS

Four hours. Prerequisite: COM 3360. Special project topics that refine and apply skills learned in previous journalism classes. The production of broadcast feature segments for television and online. Real-world media convergence is emphasized in group projects.

### COM 4350  PUBLIC RELATIONS STRATEGIES

Four hours. Prerequisites: COM 3450. May be taken up to two times with permission of the instructor as topics change. The Public Relations Strategy course is a special topics course focusing on discussion of strategies and tactics within a variety of public relations fields such as crisis management, political communication, international communication, grass-roots/advocacy public relations, and/or non-profit public relations. Students will conduct original campaign research, analyze the results, and devise a research-driven public relations campaign appropriate to the class focus.

### COM 4400  ADVERTISING AND PUBLIC RELATIONS CAMPAIGNS

Four hours. Prerequisites: Either COM 3410 or COM 4350 for majors. Either ART 3410, 3510, or BUS 4488 for interdisciplinary minors. The orchestration of research, planning and communication skills for a client or employer seeking to achieve measurable outcomes that influence target publics.

### COM 4401  ADVERTISING AND PUBLIC RELATIONS CAMPAIGNS I
Two hours. Prerequisites: Either COM 3410 or COM 4350 for majors. Either ART 3410, 3510, or BUS 4488 for interdisciplinary minors. The orchestration of research, planning and communication skills for a client or employer seeking to achieve measurable outcomes that influence target publics.

### COM 4402  ADVERTISING AND PUBLIC RELATIONS CAMPAIGNS II
Two hours. Prerequisites: COM 4401 or permission of instructor. The orchestration of research, planning and communication skills for a client or employer seeking to achieve measurable outcomes that influence target publics.

### COM 4500  COMMUNICATION LAW AND ETHICS
Four hours. Prerequisites: ART 3365, COM 2400 or COM 3210 or COM 3300 or or or permission of the instructor, and successful completion of coursework that satisfies Effective Communication SLOs A and B. An examination of major legal issues facing participants in the mass media, including First Amendment rights, libel and defamation, privacy and open access to government information. In addition, the course explores ethical principles as they relate to media ethics. ***Gen Ed: EC-C***

### COM 4550  COMMUNICATION RESEARCH
Four hours. Prerequisites: Either COM 4500 OR COM 4999 or permission of instructor. Students are introduced to quantitative and qualitative research methodologies used by communication professionals and researchers. The course focuses on proper application of methodologies and interpretation of data.

### COM 4900  SENIOR PROJECT
Four hours: Prerequisite: COM 4550 or permission of the instructor, senior standing, and a minimum GPA of 3.0 overall cumulative and a GPA of 3.5 within communication major. Develop, execute, create, and present an original research project.

### COM 4960/4961  COMMUNICATION INTERNSHIP
Three hours. Prerequisite: COM 3955.  On-the-job experience in specific concentration. Supervision by cooperating practitioners and department faculty. Oral report and written reports on field experience required. 40 hours of on-the-job experience for each one-semester hour of credit.

### COM 4999  SPEECH AND MASS COMMUNICATION THEORY
Four hours. Prerequisites: ART 3365, COM 2400 or COM 3210 or COM 3300 or permission of the instructor, and successful completion of coursework that satisfies Effective Communication SLOs A and B. Seminar in speech and mass communication theory and its role in the study of mediated and human communication. This course explores foundations of communication research, memes in the literature, and current trends. Students are responsible for writing a research paper focused on a topic of significance within the field of communication. ***Gen Ed: EC-C***

## COMPUTER SCIENCE – CSC

### CSC 1010  VISUAL BASIC PROGRAMMING (FOR NON-MAJORS)
Two hours. Introduction to design and development of computer programs using Visual BASIC. Topics include design of visual human-computer interfaces, calculations, decision making, and loops. Does not count toward the computer science major or minor or the computer science/mathematics major.

### CSC 1020  BITS, BOTS AND GAMES (FOR NON-MAJORS)

Two hours. Introduction to current computer science topics such as human-computer interaction, robotics, computer games, and societal issues. Does not count toward the computer science major or minor or the computer science/mathematics major.

### CSC 1980 COMPUTER SCIENCE FRESHMAN SEMINAR

Two hours. Explore topics in computer science, including ethical and societal implications of advances in technology. Discuss careers in computing with emphasis on the diversity of career paths.

### CSC 2100  DISCRETE STRUCTURES

Four hours. Same as MAT 2100. An introduction to discrete mathematics. Topics include logic, set theory, basic proofs, mathematical induction and recursion, counting principles and probability. *Gen Ed: Qn*

### CSC 2280 INTRODUCTION TO COMPUTER SCIENCE

Four hours. Concepts of algorithmic thinking, computer programming, machine organization and selected current topics in computer science. Programming in Python.

### CSC 2290 OBJECT-ORIENTED PROGRAMMING

Four hours.  Prerequisite: CSC 2280.  An introduction to the concepts and methodology of the object-oriented programming paradigm. Topics include definition and creation of classes and object, inheritance and polymorphism, interfaces and abstract classes, and exception handling. Completion of projects using object-oriented programming in a high-level programming language.

### CSC 3280 DATA STRUCTURES

Four hours.  Prerequisite: CSC 2290. Covers the design, analysis, and implementation of the fundamental data structures of Computer Science. Topics include elementary data structures (including arrays, stacks, queues, and lists), advanced data structures (including trees and graphs), recursion, an introduction to runtime analysis, and searching and sorting techniques.

### CSC 3310 COMPUTER ORGANIZATION AND ARCHITECTURE

Four hours. Prerequisite: CSC 2290 or sophomore standing. Introduces students to digital systems, logic circuits, and the organization and architecture of computer systems, beginning with the von Neumann model and then moving forward to more recent architectural concepts.

### CSC 3340 DATABASE MANAGEMENT SYSTEMS

Four hours. Prerequisite: CSC 2290. Explore the principles and practice of relational database design and analysis, including topics of entity-relationship modeling, functional dependencies, normalization, and Structured Query Language (SQL). Other related issues are discussed such as other database models, object-oriented database schemes, concurrent data access, recovery and security, and NoSQL databases.

### CSC 3350  COMPUTER GAME DESIGN

Four hours. Prerequisite: CSC 2290. Storyboarding, technology, science, and graphics involved in the creation of computer games. Emphasis on hands-on design and development of games.

### CSC 3380 ANALYSIS OF ALGORITHMS

Four hours. Prerequisite: CSC 3280. Design and analysis of algorithms and data structures, including asymptotic analysis, sorting, selection, graph algorithms, recurrence relations, divide-and-conquer algorithms, greedy algorithms, search trees, NP-completeness. Programming in C++.

### CSC 3400 SOFTWARE ENGINEERING

Four hours. Prerequisite: CSC 3280. Presents fundamental principles of software engineering.

Emphasizes software design, implementation, and maintenance. Techniques used in the major phases of the software life cycle such as agile process, rapid prototyping, object-oriented design, and module testing, are discussed. Software teams complete a term project that includes system documentation, design, and implementation.

### CSC 3510 INTRODUCTION TO ARTIFCIAL INTELLIGENCE
Four hours. Prerequisite: CSC 2290. Investigate concepts and techniques central to artificial intelligence, including representation, heuristic search, machine learning, genetic algorithms, planning, and games.

### CSC 3520 MACHINE LEARNING
Four hours. Prerequisite: CSC 3510. Examine the fundamental models and methods used in machine learning, such as regression, neural networks, learning theory, support vector machines, recommender systems. Programming in Python or other appropriate language.

### CSC 3610 INTRODUCTION TO WEB DEVELOPMENT
Four hours. Prerequisite: CSC 2290. Study the basic principles of web development beginning with an introduction to modern markup and styling languages. Learn how to create static pages and how to implement designs consistent with web standards and best practices. Explore the tools used to provide feedback on the quality of a page's HTML and CSS to ensure accessibility and accuracy. Finally, learn introductory server-side scripting for developing dynamic web content.

### CSC 3620 WEB APPLICATION ARCHITECTURES
Four hours. Prerequisite: CSC 3610. Building on technologies introduced in CSC 3610, this course goes into greater detail and focuses on building large-scale web applications. Learn to leverage frameworks to build sites that work across browsers and platforms as well as fundamental JavaScript concepts and how to use PHP test-driven development, regular expressions, and security techniques as best practices for engineering high performance web solutions.

### CSC 3810 PRINCIPLES OF COMPUTER NETWORKING
Four hours. Prerequisite: CSC 2290. An overview of computer networking theory and network architecture with introductions to cyber security and historical threats. Students will be exposed to core internetworking protocols. Discussion will include weaknesses in protocols, consequential vulnerabilities, and resultant mitigations. Practical exercises will equip students with hands on experience by building required components of a security lab environment.

### CSC 3820 PENETRATION TESTING
Four hours.  Prerequisite: CSC 3810.  An examination of attack methodologies with focus on their phases, tactics, and techniques.  Students will gain hands-on experience with all phases of testing: planning and preparation, intelligence gathering, enumerating and analyzing vulnerabilities, exploitation of the target, post-exploitation reporting and clean-up.

### CSC 3951  COMPUTER SCIENCE RESEARCH I
Two or three hours. Prerequisites: CSC 3380, permission of the instructor, and minimum 3.0 grade point average. Conduct directed research in a computer science topic to be selected in consultation with the faculty and produce a semester-long project culminating in a formal presentation with detailed technical documentation of the research process and results.

### CSC 4400  SOFTWARE ENGINEERING
Four hours. Prerequisites: CSC 2232 and successful completion of coursework that satisfies Effective Communication SLOs A and B. Study concepts and methods of large-scale software development., including requirements analysis, specification, design, implementation, testing, and

documentation. Explore professional and ethical responsibilities and risks and liabilities of computer-based systems. Individual responsibility, teamwork, professionalism, and effective written and oral technical communication are emphasized in a semester-long project. *Gen Ed: EC-C*

### CSC 4410 OPERATING SYSTEMS AND CONCURRENCY

Four hours. Prerequisite: CSC 3310 and 3380. Examine the components of an operating system, processes, scheduling, memory management, and file systems, including concurrent programming and synchronization.

### CSC 4510 ADVANCED TOPICS IN ARTIFICIAL INTELLIGENCE

Four hours. Prerequisite: CSC 3520. In-depth examination of a current topic in artificial intelligence, such as evolutionary computation, artificial neural networks, planning, and gaming.

### CSC 4610 ADVANCED TOPICS IN WEB DEVELOPMENT

Four hours. Prerequisite: CSC 3620. In-depth examination of a current topic in web development and cloud computing, such as web security, user experience, mobile app development, and web engineering.

### CSC 4640 SELECTED TOPICS IN COMPUTER SCIENCE

Two to four hours. Prerequisite: CSC 3380 or permission of the instructor. Study contemporary topics in computer science such as big data and robotics. May be repeated for credit with a different topic.

### CSC 4645  SELECTED TOPICS IN COMPUTER SCIENCE AND MATHEMATICS

Two or four hours. Prerequisite: permission of instructor. Covers contemporary topics at an advanced level in applied mathematics and computer science, such as numerical methods, graph theory. May be repeated for credit with a different topic.

### CSC 4810 THREAT DETECTION ENGINEERING

Four hours.  Prerequisite: CSC 3820. An exploration of the fundamentals of a Security Operations Center, including alerting of and response to threats.  Students will engineer a security incident and event monitoring (SIEM) solution and develop playbooks for incident response.  Discussion will include digital forensics techniques.  Practical exercises will provide hands-on experience in identifying threats, developing SIEM rules and alerts to detect them, and response to a cyber compromise.

### CSC 4899 SENIOR PROJECT

Four hours.  Prerequisite: CSC 3400 and senior standing.  In this capstone design experience, students work independently to identify a significant computing problem, analyze it, design a solution, and implement it.  Coursework culminates in a formal, public presentation/demonstration of the student's original work.  The class will meet weekly to discuss topics related to investigation, research and development, effective presentations, and job search and interview skills.  Students will give regular progress reports to the class. *Gen Ed: EC-C*

### CSC 4952 COMPUTER SCIENCE RESEARCH II

Two or three hours. Prerequisites: senior standing and CSC 3951 and permission of the instructor, and minimum 3.0 grade point average. Directed research in a computer science topic to be selected in consultation with the instructor. Semester-long project culminating in a formal presentation and detailed technical documentation of the research process and results.

### CSC 4960 INTERNSHIP IN COMPUTER SCIENCE

Zero to four hours. Prerequisites: permission of the instructor and minimum 2.5 grade point

average. Correlating theory and practice in an operating setting; supervision by cooperating practitioners and faculty in several areas of application. Students selecting the zero-credit option enroll on a pass/fail basis.

### CSC 4999 COMPUTER SCIENCE SENIOR SEMINAR
Two hours. Prerequisite: senior standing. Presentation and delivery of papers from the current computer science literature. In-depth study of a computer science topic culminating in a formal presentation and paper. *Gen Ed: EC-C.*

# CRIMINOLOGY – CRM

### CRM 2280 INTRODUCTION TO CRIMINAL JUSTICE
Four hours. A survey of the American criminal justice decision network with emphasis on its foundational principles and values. *Gen Ed: SW*

### CRM 3303 SOCIOLOGY OF DEVIANT BEHAVIOR
Four hours. Same as SOC 3303. Sociology/social psychology study of deviant behavior, emphasizing theoretical perspectives, research and application. Examines social processes in defining deviance, becoming deviant and changing deviance, including culture, social class, vested and power interests, organizational structures, social institutions, stigma, and labeling. *Gen Ed: SW, QI*

### CRM 3305 RACE, CULTURE, AND HUMAN RELATIONS
Four hours. Same as SOC 3305. The sociological meaning of race and minority group standing in American society; specific minority groups are analyzed with major emphasis on the African-American experience. *Gen Ed: SW, QI*

### CRM 3310 CRIME SCENE INVESTIGATION
Four hours. This course provides students with a general overview and understanding of forensic science and the mechanics of examining the various crime scenes to which a CSI typically responds. The course explores different types of physical evidence and how to properly collect and preserve this evidence for laboratory testing. The processing of living victims, suspects, and the postmortem examination are covered. Report writing and courtroom testimony for the CSI is also addressed. This course emphasizes student participation in practical exercises based on the proper techniques utilized by real-life practitioners.

### CRM 3340 CRIMINOLOGY
Four hours. Prerequisite: MAT 2022 or equivalent or permission of the instructor. The nature and extent of crime, criminal typologies, and criminological theory. *Gen Ed: SW*

### CRM 3350 POLICING IN AMERICAN SOCIETY
Four hours. Prerequisite: CRM 2280. The functions and responsibilities of police with emphasis on issues and problems of American police. This course is designed to introduce undergraduate students to the principles and processes of the police as a part of the criminal justice decision network, the values and value conflicts which are inherent in police decisions, and issues related to crime control in a democratic society. Students study the approaches and methods of various disciplines as they apply to the study of police structure and decision-making.

### CRM 3360 JUVENILE DELINQUENCY
Four hours. The nature and extent of juvenile delinquency, theories of causation, prevention, and treatment.

### CRM 3855 SPECIAL TOPICS IN CRIMINOLOGY AND SOCIOLOGY
Four hours. Same as SOC 3855. Suggested prerequisites: CRM 2280 and one-year of college level

coursework or permission of the professor. Consideration of special topics in criminology and sociology, including current issues and trends. Examples of topics include but are not limited to white collar crime, victimology, comparative criminal justice systems, law and social change, and terrorism and the American criminal justice system. Topics will change. Course may be repeated for credit with a different topic.

### CRM 4420 METHODS OF SOCIAL RESEARCH

Four hours. Same as SOC 4420. Prerequisites: 12 hours in criminology or sociology and MAT 2022. The application of the scientific method in researching social phenomena, focusing on the foundations of quantitative, empirical methodologies. Students participate in the entire research process, including conceptualization, research design, sampling, measurement, data collection, computer software, statistical analysis, report writing, oral presentation. ***Gen Ed: SW, Qn***

### CRM 4430 CRIMINALIZATION OF MENTAL ILLNESS

Four hours. Same as PSY 4430. Prerequisites: CRM 3340 or PSY 1106 or PSY 1110. This course explores how the criminal justice system has become the de facto mental health system and examines reasoned, collaborative solutions to this dilemma.

### CRM 4440 JUDICIAL PROCESSES

Four hours. The jurisdictions, policies and procedures of American courts. Rules of evidence and the impact of appellate court decisions on criminal justice processes.

### CRM 4450 CORRECTIONS AND REHABILITATION

Four hours. The history and philosophy of correctional programs, theory and research are examined. Exploration of sentencing guidelines, probation, parole and intermediate punishments are undertaken. Current issues and future projections are discussed.

### CRM 4960 CRIMINOLOGY PRACTICUM

Four hours. Prerequisites: PHI 2204, senior criminology major standing, and permission of the instructor. Practical experience in one or more criminal justice agencies or in research. Class focuses on integrating theory and practice. Criminology Practicum is required for criminology majors and is to be taken during the last year of a student's coursework. It consists of 120 hours in an agency as a professional intern. Normally, the practicum would be taken during the summer before the student's senior year, the last semester, or next-to-last semester of a student's academic career.

### CRM 4999 SEMINAR IN CRIMINOLOGY

Four hours. Prerequisites: PHI 2204 and senior standing, permission of the instructor, and successful completion of coursework that satisfies Effective Communication SLOs A and B. Readings, research, and class discussion on crime-related topics of contemporary importance such as corporate, environmental or political crime, violence, drugs, prison over-crowding, etc. ***Gen Ed: EC-C***

## CRITICAL LANGUAGES

An enhanced self-study program in the NASILP (National Association of Self-Instructional Language Programs) format in languages that are not offered in the regular classroom setting. Major emphasis is on the development of oral and aural skills. Class time is spent on oral drills and conversation practice with a native speaker. Class is conducted almost entirely in the target foreign language. Tests are given by a qualified external examiner. Languages currently offered include Mandarin Chinese, Arabic, German, and Portuguese. Check with the modern languages program for offerings.

# DANCE

### DAN 1600 DANCE APPRECIATION

Four hours. This course surveys the broad, complex and diverse field of dance, offering a blend of dance performance (recorded and live), discussion, and movement labs for those with an interest in the performing arts. While the focus is on dance, topics also include dance in relation to theater, music, visual arts, anthropology, sociology and aesthetics. Dance as a global, cultural, religious, political, social, creative and performance phenomenon are also explored. ***Gen Ed: FA***

### DAN 1613 BALLET TECHNIQUE I

Three hours. Prerequisites: Dance major or minor and audition placement. This course introduces students to their own movement potential through technical training and movement exploration. Knowledge of classical ballet technique and class structure is developed through barre and center exercises, studying terminology and concepts, and attending live performances. This is a low intermediate course in ballet for dance majors and minors and may be repeated once for credit.

### DAN 1643 MODERN DANCE TECHNIQUE I

Three hours. Prerequisites: Dance major or minor and audition placement. This is a beginning/intermediate course in modern dance for dance majors and minors that introduces individual students to their own movement potential through technical training and movement exploration. Theoretical knowledge of dance as an expressive art form is gained through lecture/discussion based on class work, required readings, written assignments, and/or attendance at dance concerts. This class may be repeated once for credit. ***Gen Ed: Well***

### DAN 1651 DANCE IMPROVISATION

One hour. Prerequisites: Dance major or minor and audition placement. This is a beginning/intermediate course focusing on the fundamentals of dance improvisation. Topics, such as, Laban movement qualities, breath work, instinctual movement, and movement inspirations are discussed and developed into group explorations each class.

### DAN 2613 BALLET TECHNIQUE II

Three hours. Prerequisites: DAN 1613 Ballet Technique I and permission of the instructor or audition placement. This is an high/intermediate course in ballet for dance majors and minors that continues to develop individual movement potential through technical training (in slippers and en pointe) and movement exploration. Knowledge of classical ballet technique and class structure is expanded upon through barre and center exercises, studying correct notation through terminology, and attending live performances. This course may be repeated twice for credit.

### DAN 2623 JAZZ I

Two hours. Prerequisites: Dance major or minor. This is an intermediate course in jazz dance for dance majors and minors that introduces individual students to their own movement potential through technical training and movement exploration. Theoretical knowledge of dance as an expressive art form is gained through lecture/discussion based on class work, required readings, written assignments, and/or attendance at live jazz music performances.

### DAN 2643 MODERN DANCE TECHNIQUE II

Three hours. Prerequisites: Dance major or minor and successful completion of DAN 1643 Modern I or audition placement. This is an intermediate level course in modern dance that continues to develop theoretical and practical understanding of modern dance techniques and emphasizes complex movement phrasing. Theoretical knowledge of dance as an expressive art form is gained through lecture/discussion based on class work, required readings, written assignments, and/or attendance at dance concerts. This class may be repeated twice for credit.

### DAN 2651  WORLD DANCE

Two hours. Prerequisites: Dance major or minor. Students become acquainted with basic elements of a specific world dance form appropriate to the specialization of the instructor. Basic movements, general historical content and anthropological perspectives are examined and used to better understand the culture being studied.

### DAN 2661  CHOREOGRAPHY I

Two hours. Prerequisites: Dance major or minor. This is an introductory course to dance choreography/compositional methods. The fundamentals of movement creation are examined and universal methods choreographic structure explored. Focus is on discovering inventive movement, creating a personal style of expression, and development of aesthetic judgment.

### DAN 2662  CHOREOGRAPHY II

Three hours. Prerequisites: Dance major or minor and successful completion of DAN 2661 Choreography I. This course is a study of choreography for a group of dancers focusing on the use of design in space to create dances. It includes collaborative choreography methods and teaching choreography to fellow course participants.

### DAN 2681  TEACHING STUDIO DANCE

One hour. Prerequisites: Dance major or minor. This course focuses on the theories, content, and methods for teaching dance to students in preschool through adult levels. Philosophical and practical approaches to teaching creative movement, improvisation and ballet, modern, and jazz dance technique are addressed.

### DAN 3613  BALLET TECHNIQUE III

Three hours. Prerequisites: DAN 2613 Ballet Technique II and permission of the instructor. This is an advanced course in ballet for dance majors and minors that expands individual movement potential through technical training and movement exploration with the focus on pointe work. Knowledge of classical ballet technique and class structure is expanded upon through barre and center exercises, artistry and performance qualities, and attending live performances. This class may be repeated twice for credit.

### DAN 3615  BALLET VARIATIONS

One hour. Prerequisites: Successful completion of DAN 2613 Ballet II or permission of the instructor. This course provides instruction in various forms of ballet. Students learn various classical, neoclassical, and contemporary ballet variations that may include pointe technique, character dance, Spanish dance, men's class, and partnering.

### DAN 3623  JAZZ II

Two hours. Prerequisite: Dance major or minor and successful completion of DAN 2623 Jazz I. This is a high intermediate/advanced course in jazz dance for dance majors and minors that continues technical training and movement exploration and examines individual stylistic choices. Theoretical knowledge of dance as an expressive art form is gained through lecture/discussion based on class work, required readings, written assignments, and/or attendance at live jazz music performances.

### DAN 3643  MODERN DANCE TECHNIQUE III

Three hours. Prerequisites: Dance major or minor and successful completion of DAN 2643 Modern II and/or instructor permission. This is an advanced level course in modern dance continues to develop theoretical and practical understanding of modern dance techniques, movement styles, and performance, as well as build knowledge of modern dance reparatory. This class may be repeated twice for credit.

### DAN 3653  DANCE PRACTICUM

Half hour. Prerequisite: Dance major or minor and special approval. This course includes practical experience in curriculum dance activities under faculty supervision. Students participate in rehearsals in preparation for performance. This course may be repeated for up to two credit hours.

### DAN 3663  CHOREOGRAPHY III

Three hours. Prerequisite: DAN 2661 Choreography I and DAN 2662 Choreography II. This course is a collaborative workshop environment in which class participants work with student choreographers in the creation of dances of significant form and content. The course concludes with an informal, student produced concert showcasing the works created throughout the semester.

### DAN 3664 DANCE FOR THE CAMERA

Four Hours. Same as ART 3664. Prerequisite: DAN 2662 for Dance majors or minors, Film majors, or permission of the instructor. Introduction to how dance and video work best together and why, including composing for the camera, recording dancers in action and editing footage to create original work. There are several approaches to putting dance on video, but we focus on what has only recently become identified as "video dance:" the contemporary term for the genre of dance made for the camera. This course consists of lecture, discussion, video response and film studies. Class content includes reading, writing, viewing and speaking about dance for camera, creating and showing work.

### DAN 3671  DANCE HISTORY I

Three hours. Prerequisites: dance major or minor, and successful completion of coursework that satisfies Effective Communication SLOs A and B. This course is a general historical study of dance from antiquity to 1900. Students learn about the ritual and religious origins of dance from world cultures and explore the aesthetic changes that occurred from an anthropological perspective. The impact of social and political attitudes toward dance up until the creation of formalized ballet are discussed and explored.

### DAN 3672  DANCE HISTORY II

Three hours. Prerequisites: DAN 3671 Dance History I or permission of the instructor, and successful completion of coursework that satisfies Effective Communication SLOs A and B. This course is a general historical study of dance and its development from 1900 to the present. The course emphasizes the development of Western theatrical dance forms, but includes some non-Western dance forms that contributed to the evolution of American concert and theatrical dance. ***Gen Ed: SW, EC-C***

### DAN 3691  DANCE ENSEMBLE

One hour. Prerequisite: dance major or minor and special approval. Participation in rehearsal, preparation and performance of public dance concerts in an established dance ensemble. This course may be repeated once for credit.

### DAN 4613  BALLET TECHNIQUE IV

Three hours. Prerequisites: DAN 3613 Ballet Technique III and permission of the instructor. This is an advanced/professional-level course in ballet for dance majors and minors that refines individual movement potential through technical training and movement exploration with the focus on pointe work. Knowledge of classical ballet technique and class structure is challenged and expanded upon through barre and center exercises, artistry and performance qualities, and attending live performances. This class may be repeated twice for credit.

### DAN 4643  MODERN DANCE TECHNIQUE IV

Three hours. Prerequisites: dance major or minor and successful completion of DAN 3643 Mod-

ern III and/or instructor permission. This is an advanced/professional level course in modern dance that focuses on challenging phrasing, concepts, and use of movement quality, as well as continuing to develop a broad knowledge of modern dance repertory. This class may be repeated twice for credit.

### DAN4990 SENIOR SEMINAR

One hour. Prerequisites: dance major with senior standing. This course is designed to prepare students for a career in dance post-graduation and covers various topics such as auditioning, electronic portfolios, arts management, concert production, and digital video archival, and preparation for capstone projects. This is the prerequisite to the senior project capstone course for the B.F.A. in Dance Performance and Choreography degree and B.A. in Dance Studies candidate.

### DAN 4999  SENIOR PROJECT

Three hours. Prerequisites: dance major with senior standing and permission of the dance faculty based on the submission of a project proposal. This course is designed to provide the student with the opportunity to apply his/her training in a choreographic work or research setting, specific to the student's needs, interests and career path. Each student works with a faculty mentor to guide him/her as he/she works independently to realize a self-designed project or performance. This is the capstone course for the B.F.A. in Dance Performance and Choreography degree and B.A. in Dance Studies candidate.

## ECONOMICS – ECO

### ECO 2010 ESSENTIALS OF ECONOMICS

Four hours. This course offers an overview of both microeconomics and macroeconomics. Microeconomic topics include supply/demand markets, welfare analysis including consumer and producer surplus, deadweight loss, externalities and public goods, and theories of industrial competition. Macroeconomic topics begin with aggregate measurement of key indicators, international economics and trade, key macro markets such as labor and money markets, the Federal Reserve, aggregate supply and demand, and government tools including fiscal and monetary policy.

### ECO 2205 PRINCIPLES OF MICROECONOMICS

Four hours. Consumer behavior and aggregation to markets, Producer behavior, theory of the firm, and aggregation to markets analysis: production and pricing of goods, factors of production and their attendant input markets and distribution of output, elasticities and incidence of a tax.

### ECO 2207 PRINCIPLES OF MACROECONOMICS

Four hours. National income and product accounts; theory of aggregate supply and demand, employment, consumption, investment, price level, economic growth, money, currency exchange, the Federal Reserve, interest rates, and comparative economic systems.

### ECO 3305 MICROECONOMIC THEORY

Four hours. Prerequisite: ECO 2205. Decision making in a market-oriented economy. Consumer theory, production theory, and pricing and output under differing market structures.

### ECO 3307 MACROECONOMIC THEORY

Four hours. Prerequisite: ECO 2207. National income and product accounts; IS-LM models; theory of aggregate supply and demand, employment, consumption, investment, price level, and economic growth.

### ECO 3308 MONETARY ECONOMICS

Four hours. Prerequisites: ECO 2205 and ECO 2207. An analysis of the monetary and banking systems and the impact of the financial sector upon real economic variables. Topics include the Federal Reserve System, monetary policy and implementation, and the relation of domestic and international financial markets and monetary problems.

### ECO 3319 LABOR ECONOMICS

Four hours. Prerequisites: ECO 2205 and ECO 2207 or equivalents. Economic theory and analysis dealing with the allocation of labor as an input to the production process. Wage rate determination, micro and macro unemployment, and income differentials are integrated topics throughout the course. The theory of human capital and valuation is covered in depth.

### ECO 3320 APPLIED STATISTICS OF BUSINESS AND ECONOMICS

Four hours. Same as BUS 3320. Prerequisite: BUS 2220 or its equivalent or permission of the instructor. Mathematical statistical tools for managerial analysis, research, and decision making. Data collection and presentation, hypothesis testing, regression analysis, time series analysis and forecasting. *Gen Ed: Qn*

### ECO 3345 ECONOMICS AND THE ENVIRONMENT

Four hours. Prerequisite: ECO 2205. Topics include valuing environments, property rights, externalities, population problems, renewable and non-renewable resource, and pollution.

### ECO 4100 LAW AND ECONOMICS

Four hours. Prerequisites: ECO 2205. This course provides a general survey of law and economics. Law and Economics has evolved from a small research field in economics and law and has become a robust school of thought that has permeated the study of law and legal theory during the last several decades. This course explores the effect of legal rules and legal institutions using the general tools of economics. This course applies economic concepts to the law of property, contracts, torts, criminal law, and constitutional law. It discusses the economic efficiency of the common law and examine the evolution and development of the law, legal institutions, and social norms. The course discusses the economic impact of the law and legal institutions on society.

### ECO 4200 HUMANOMICS: EXCHANGE AND THE HUMAN CONDITION

Four hours. ECO 2205 or Permission of Instructor. What makes a rich nation rich? What makes a good person good? And what do these questions have to do with one another? While exploring these and other questions about markets and ethics, students challenge the perception of economics as distinct from the humanities. This course combines the laboratory method of inquiry into the human propensity to exchange with the cultural interpretation of the human condition in novels, poems, and film.

### ECO 4406 PUBLIC ECONOMICS

Four hours. Prerequisites: ECO 2205 and ECO 2207. An examination of the public sector and its contribution to and interference with economic welfare. The course includes an analysis of expenditures and revenues with regard to their allocation and distribution effects; the concept and significance of private goods and social goods; the role of regulatory agencies; and an examination of fiscal policy as a means of promoting economic stabilization and growth.

### ECO 4407 INTERNATIONAL TRADE AND FINANCE

Four hours. Prerequisites: ECO 2205 and ECO 2207. An analysis of the causes and consequences of international trade and investment. Topics include theories of trade; U.S. trade policy; the balance of payments; exchange rates; and the international monetary system.

### ECO 4415 INDUSTRIAL ORGANIZATION

Four hours. Prerequisite: ECO 2205. A study of policy approaches to the problems of monopoly; industrial market structures and how they influence firm conduct and economic performance; welfare implications of oligopoly pricing and non-price competition; government regulation and antitrust policies in theory and practice.

### ECO 4550 COMPARATIVE ECONOMIC SYSTEMS

Four Hours. Prerequisites: ECO 2205 and ECO 2207 or by permission of the instructor. This course focuses primarily on comparative political economics. The course focuses on the problems of economic development and the globalization debate; it is divided into four sections. Section one covers the basic economic concepts and factual information required for a political economic analysis of policy issues associated with economic development and globalization. Section two discusses the New Institutional approach to political economy and economic growth. This section also discusses the problems transitional economies have faced within the last ten years. Section three discusses the difficulties that have been confronted in over fifty years of attempts to solve the problem of underdevelopment. The final section of the course discusses the globalization debate; as well as the impact on economics and the environment and the cultural consequences of a global marketplace for ideas and products. ***Gen Ed: EC-C***

### ECO 4999 CONTEMPORARY ISSUES IN ECONOMICS

Four hours. Prerequisite: final semester senior standing or permission of the instructor. Selected topics. Opportunity for original research in economics. Major research paper with formal public presentation.

## EDUCATION – EDU

### EDU 1102 INTRODUCTION TO STEM

Two hours. The teacher candidate will demonstrate knowledge and understanding of STEM education as it applies to K-12 learners. Emphasis will be on foundational concepts of STEM education including the integration of science, technology, engineering, and mathematics into everyday curriculum.

### EDU 1107 FOUNDATION OF EDUCATION I

Four hours. An introduction to the study of public and non-public education systems, past, and present, in the United States and in other countries. Emphasis on problems, issues, and trends in contemporary American education as viewed from historical, sociological, psychological, and economic perspectives are examined. This course also serves as a prologue to comprehensive classroom management.

### EDU 2200 FIELD STUDY LEVEL I

One hour. Prerequisite: EDU 1107. Supervised field studies taken simultaneously with major elementary and secondary education courses. Block scheduling with specific courses and schools ware arranged each semester. Students participate in instructional activities, classroom planning, classroom management exercise, ESOL activities, and follow all the guidelines and requirements of the classroom teacher.

### EDU 2202 STEM IN THE CLASSROOM

Two hours. Prerequisite: EDU 1102. The teacher candidate will apply knowledge and understanding of STEM education as it pertains to K-12 learners. Emphasis will be on instructional practices of STEM education including the integration of science, technology, engineering, and mathematics into everyday curriculum.

### EDU 2203 FOUNDATIONS OF EDUCATION II

Two hours. Prerequisite: EDU 1107. An introduction to the study of public and non public education systems emphasizing legal, professional and ethical issues in education, curriculum, and instruction, education psychology and classroom management.

### EDU 2210 FOUNDATIONS IN SPECIAL EDUCATION

Two hours. This is a major requirement that included Florida Exceptional Student Education Competencies K-12 as required by the Florida Department of Education. A study of the various exceptionalities found among children in public and private school, including the history, characteristics, etiology, terminology, incidence, eligibility guidelines and issues related to assessment, behavior management, and academic programming.

### EDU 2235 METHODS OF ASSESSMENT

Four hours. Explore technology infused teaching, learning, and assessment in the broad context of educational foundations and learning theories.

### EDU 2240 TEACHING LANGUAGE ARTS LEVEL I

Four hours. Pre-professional teachers master the theoretical and practical foundations for teaching the six language arts within the context of a culturally diverse and technologically complex environment. They engage in cooperative analysis of classroom presentations, develop teaching strategies and master the teaching vocabulary of the language arts a well as integrating technology in the development of their lesson plans.

### EDU 2241 CLINICAL EXPERIENCE IN LITERACY INSTRUCTION

Two hours. Co-requisite EDU 2240. The pre-service teacher candidate will apply the major components of reading in an actual classroom setting, studying the theories and research about learning to read in EDU 2240 and participating in a clinical experience where he/she will observe classroom teachers and co-teach reading lessons through EDU 2241.

### EDU 3279 FOUNDATIONS OF ESOL I

Four hours. Learn to plan, implement, and evaluate developmentally appropriate methods and experiences to meet the needs of children who speak a language other than English. Examine the characteristics of second-language learners and explore second language acquisition processes and oral language development. Discuss major trends in ESOL teaching, appropriate resources in ESOL methodologies, and various social contexts that maximize language and literacy development for second language learners such a collaborative groups and teacher-student conferencing. Focus on instructional strategies used to promote literacy development in all students.

### EDU 3302 ORTON GILLINGHAM FOR THE CLASSROOM TEACHER I

Two hours. An introduction to the Orton-Gillingham approach to teaching reading, spelling, and handwriting. Current and future teachers will acquire knowledge and strategies to address the literacy needs of their struggling readers. Participants will learn the structure of our written language to include letter-sound associations, syllable types, syllable division patterns, and spelling rules. They will acquire systematic, multi-sensory techniques and strategies effective for all students, but essential for struggling readers. Dyslexia and other related language difficulties will be discussed. Presentations will include lectures, multi-sensory activities, and teaching demonstrations.

### EDU 3303 ORTON GILLINGHAM FOR THE CLASSROOM II

Two hours. Prerequisite: EDU  3302. This course is the second in an introduction to the Orton-Gillingham approach to teaching reading, spelling, and handwriting. Current and future teachers will acquire knowledge and strategies to address the literacy needs of their struggling readers. Participants will learn the structure of our written language to include letter-sound asso-

ciations, syllable types, syllable division patterns, and spelling rules. They will acquire systematic, multi-sensory techniques, and strategies effective for all students, but essential for struggling readers. Dyslexia and other related language difficulties will be discussed. Presentations will include lectures, multi-sensory activities, and teaching demonstrations.

**EDU 3323 FIELD STUDY LEVEL II**
One hour. Prerequisite: EDU 2200 and passing scores on all parts of the General Knowledge Test (GKT). Supervised field studies taken simultaneously with major elementary and secondary education course. Block scheduling with specific courses and schools are arranged each semester. Student participate in instructional activities, classroom planning, classroom management exercise, ESOL activities and follow all the guidelines and requirements of the classroom teacher.

**EDU 3333 FOUNDATIONS OF EDUCATION III**
Two hours. Prerequisite: EDU 2203. An introduction to the study of public and non-public education systems emphasizing the philosophical foundations of education trends in contemporary American education, educational psychology and classroom management.

**EDU 3339 INSTRUCTIONAL METHODS I**
Four hours. In this course the student uses 21st-century technology tools to promote the engaged teaching and learning of concepts in elementary mathematics. The emphasis is on the real number system and its subsystems, relating these systems to basic concepts of algebra and geometry.

**EDU 3343 CHILDREN'S LITERATURE**
Four hours. Prerequisites: EDU 2240 and EDU 2241 and EDU 3279. Master the theoretical and practical foundations for teaching children's literature and developmental literacy within the context of a culturally diverse and technologically complex environment. Apply these concepts in a laboratory school setting.

**EDU 3347 TEACHING LANGUAGE ARTS II**
Four hours. Prerequisites: EDU 2235 and EDU 2240. Pre-professional teachers master theoretical and practical foundations for teaching the language arts within the context of a culturally diverse and technologically complex environment. Engaging in the systematic problem-solving process, they demonstrate understanding on how to select and administer appropriate assessments and analyze data to inform reading instruction to meet the needs of all students.

**EDU 3370 DIFFERENTIATED INSTRUCTION OF READING FOR ELEMENTARY STUDENTS**
Four hours. Prerequisite: EDU 2240. Pre-service teachers gain a broad knowledge of students from differing profiles in order to understand and apply research-based instructional practices by differentiating process, product, and context. Teachers engage in the systematic problem solving process and implement learned practices in a field based setting.

**EDU 4400 FIELD STUDY LEVEL III**
One hour. Prerequisites: EDU 3323. Supervised field studies taken simultaneously with major elementary and secondary education courses. Block scheduling with specific courses and schools are arranged each semester. Student participate in instruction activities, classroom planning, classroom management exercises, ESOL activities and follow all the guidelines and requirements of the classroom teacher.

**EDU 4407 INSTRUCTIONAL METHODS II**
Four hours. Prerequisite: Admission into the Teacher Education Program. The content, materials, skills, and evaluation procedures in teaching social studies are examined and emphasized.

### EDU 4409 INSTRUCTIONAL METHODS III

Four hours. Prerequisite: Admission into the Teacher Education Program. The content, materials, methods and practices in the teaching of science are examined and emphasized. The understanding of the scientific processes and how to teach these to children is presented in each of the sciences.

### EDU 4454 SPECIAL METHODS IN EDUCATION

One Hour. This course is designed to prepare for teaching in the secondary subject areas of Art K-12; Biology 6-12; English 6-12; Mathematics 6-12; Music K-12; and Social Science 6-12 using a variety of research-based techniques, materials (including instructional technology), and teaching strategies. Special emphasis is given to the research based on effective teaching behaviors.

### EDU 4457 READING AND WRITING IN THE CONTENT AREA

One hour. This course focuses on ways in which reading, writing, speaking, and listening are developed and used in the content areas in conjunction with the strategies and skills appropriate to the developmental levels and attitude typical of secondary school students. The course involves lesson planning and design as well as group presentation, discussion, and critique.

### EDU 4478 APPLIED LINGUISTICS – ESOL II

Four hours. Prerequisite: EDU 3279. The structure of the English language is surveyed, identifying areas that cause problems for non-native speakers. The various sources of these problems are identified, including interferences, acquisition strategies, and inherent complexity. Because the class is designed for K–12 ESOL teachers, it focuses on the sound system, vocabulary system, and the grammatical system as they apply to students. In addition to practical information concerning the structure of English, participants learn various principles of second language acquisition and apply those principles to the teaching of English a second language. ESOL Endorsement only.

### EDU 4483 ESOL CURRICULUM AND MATERIALS

Two hours. The course focuses on applications of the theories , principles, and current research related to second language acquisition, as well as instructional techniques and materials relevant to development of ESOL curriculum.

### EDU 4484 CROSS CULTURAL COMMUNICATION AND UNDERSTANDING

Two hours. Designed to develop awareness and understanding of the major cultures represented by the different language minorities within the State. It provides insights that enable participants to plan and implement curriculum, instruction and assessment activities that meet the special needs of LEP students who are speakers of other languages.

### EDU 4486 TESTING AND EVALUATION IN ESOL

Two hours. Designed to improve and enhance the participant's knowledge to select and develop instruments of evaluation suitable for use with students who demonstrate limited English proficiency.

### EDU 4889 STUDENT TEACHER INTERN SEMINAR

Two hours. Prerequisite: Completion of all major courses and permission of the instructor. Weekly seminar for interns. Discussion and analysis of general methods of teaching in schools, with an emphasis on classroom management, experience, and presentation.

### EDU 4960 ROBERTS ACADEMY DISTINGUISHED INTERNSHIP

One Credit Hour. Prerequisites: Admission into the School of Education, completion of EDU 2200, EDU 3323, and the General Knowledge Test. Placement is determined by an application process and the Director of Internships at Florida Southern College. The Robert's Academy internship is designed to be an engaged learning experience for education majors. The internship is 14 weeks long and involves teaching, modeling, observing and evaluating.

**EDU 4990 SENIOR INTERNSHIP**
Ten hours. Prerequisites: Completion of all major courses. The senior internship is designed to be the culminating engaged learning experience for education majors regardless of age/grade level specialty, subject matter, and/or major. The internship is 14 weeks long and involves teaching, modeling, observing, and evaluating. The director of interns at Florida Southern College and a representative of the Human Resource Development Office of Polk County School assigns students to a Polk County Public School. The student takes over all responsibilities of a certified Florida classroom, teaching in his/her specialty area after receiving adequate preparation by the assigned teacher and supervisors. *Gen Ed: EC-C*

# ENGLISH – ENG

### ENG 1000  INTRODUCTION TO COLLEGE ENGLISH
Four hours. This course provides a concentrated study of the grammar and rhetoric of the English sentence. It is also designed to teach effective paragraph and short essay composition and to prepare students to deal more effectively with the larger elements of composition which are the focus of higher level writing courses.

### ENG 1005  WRITING ABOUT TOPICS
Four hours. Instruction and practice in writing short personal, informative, and persuasive essays about a selected topic that is the focus for the semester. The selected topic engages students intellectually and imaginatively while developing their skills as they consider various aspects of the course topic. Formal research is part of the course. Specific topic at the discretion of the instructor. Course number can be taken more than once under different topics. *Gen Ed: EC-A*

### ENG 1130 INTRODUCTION TO ENGLISH STUDIES
Four hours. Concentrated study of and application of theory, practice, and issues in English studies. Emphasis on deliberate critical reading, scholarly approaches to texts, and oral presentations. *Gen Ed: EC-A*

### ENG 2004  LITERARY LIFE: [VARIABLE SUBTITLE]
Four hours. The course introduces students to the study and informed enjoyment of literature from a theme-based perspective. Each section emphasizes a specific theme or focus of the instructor's choosing, such as chick lit, multi-ethnic literature, literature of sport, fantasy and sci fi, war literature, vampires and zombies, graphic novels, protest literature, memoir and autobiography, Civil Rights literature, Florida literature, etc. Course may be repeated for credit with a different topic. *Gen Ed: FA, Ql, EC-B*

### ENG 2023  CREATIVE LITERATURE, CREATIVE WRITING
Four hours. Practice in the reading, interpretation, discussion of, and writing of contemporary prose and poetry, including techniques and elements. *Gen Ed: FA*

### ENG 2305  MASTERPIECES OF WORLD LITERATURE
Four hours. Study of distinctive works, in English translation, by eminent writers from the ancient world to the present, primarily in the Western tradition. *Gen Ed: SW, FA*

### ENG 2309 AMERICAN LITERATURE I: PRE-1600 TO 1865
Four hours. Prerequisite: ENG 1130 or permission of instructor; successful completion of coursework that satisfies Effective Communication SLOs A and B. This course covers authors, works, and genres of American literature from pre-Colonialism to 1865. *Gen Ed: SW, FA*

### ENG 2310 AMERICAN LITERATURE II: 1865 TO THE PRESENT
Four hours. Prerequisite: ENG 1130 or permission of instructor; successful completion of course-

work that satisfies Effective Communication SLOs A and B. This course covers authors, works, and genres of American literature from approximately 1865 to the present. *Gen Ed: FA*

### ENG 2313 BRITISH LITERATURE FROM THE MEDIEVAL TO THE NEO-CLASSICAL

Four hours. Prerequisite: ENG 1130 or permission of instructor; successful completion of coursework that satisfies Effective Communication SLOs A and B. Survey of major British authors and significant works from the beginning of literate culture (including, in some cases, oral texts stabilized after literacy) to the neo-classical Eighteenth Century. *Gen Ed: SW, FA*

### ENG 2314 BRITISH LITERATURE FROM THE ROMANTIC TO THE POST MODERN

Four hours. Prerequisite: ENG 1130 or permission of instructor; successful completion of coursework that satisfies Effective Communication SLOs A and B. Survey of major British authors and significant works from approximately the end of the Eighteenth Century to the present day. *Gen Ed: SW, FA*

### ENG 3100 STUDIES IN LITERARY THEORY

Four hours. Prerequisite: Successful completion of coursework that satisfies Effective Communication SLOs A and B. Suggested prerequisite: junior standing. Advanced examination of literary texts through the lens of literary theories and critical approaches (principally from the 20th century) designed to prepare students to undertake advanced literary interpretation and critical analysis. Course may be repeated for credit with a different topic. *Gen Ed: QI*

### ENG 3200 WRITING FOR BUSINESS

Four hours. Study of all major forms of business communication, including letters, memoranda, formal reports, and oral presentations. *Gen Ed: EC- B*

### ENG 3217 CREATIVE NONFICTION WRITING

Four hours. Prerequisite: Successful completion of coursework that satisfies Effective Communication SLOs A and B. Application of methods of effective writing as related to purpose within the broad genre of creative nonfiction writing. Focus on usage, structure, style, and rhetorical principles. *Gen Ed: FA, EC-C*

### ENG 3219 PERSUASIVE WRITING

Four hours. Prerequisite: successful completion of coursework that satisfies Effective Communication SLOs A and B. Study and practice of persuasive rhetorical techniques and the development of argumentative strategies. *Gen Ed: QI, EC-C*

### ENG 3235 CREATIVE WRITING: POETRY

Four hours. Practice in the writing of poetry, including techniques and elements characteristic of poetry. *Gen Ed: FA, QI*

### ENG 3236 CREATIVE WRITING: FICTION

Four hours. Practice in the writing of fiction, including techniques and elements characteristic of fiction. *Gen Ed: FA, QI*

### ENG 3263 RHETORIC AND WRITING

Four hours. Prerequisite: successful completion of coursework that satisfies Effective Communication SLOs A and B. The study of rhetorical theories and their application to specific genres of writing. Enhances the students' awareness of the connection between rhetorical theories and actual spoken or written discourse. In so doing, it hones their skill in using the most effective approaches to communicating orally and in writing. *Gen Ed: QI, EC-C*

**ENG 3304  MAJOR AUTHORS**
Four hours. Prerequisite: successful completion of coursework that satisfies Effective Communication SLOs A and B. The in-depth study of major authors—fiction or non-fiction—who have made a significant impact on the history of literature. Authors may include, but are not limited to, Shakespeare, Chaucer, Milton, Woolf, Faulkner, and Hemingway. The major author focus in a given semester may include two or three authors, such as Hawthorne and Melville or Anne, Charlotte, and Emily Bronte. This course may be taken more than once to allow for study of more than one author or grouping of authors. *Gen Ed: FA*

**ENG 3320 SPECIAL TOPICS IN MEDIA STUDIES**
Four hours. Prerequisite: successful completion of coursework that satisfies Effective Communication SLOs A and B. This course allows students to study selected topics in media, including print or digital texts, graphic narratives, vocal compositions, drama, or film, as well as interpretive and constitutive inquiries, such as how media's properties transform or mediate content and experience. Special attention is paid to aesthetic, social, historical, and technological approaches. Course topics may explore intermedia influence, transmediation, transmedia narratives, or similar media-related subjects. *Gen Ed: FA, EC-C*

**ENG 3370  GENDER IN LITERATURE**
Four Hours. Same as WST 3370. Prerequisite: successful completion of coursework that satisfies Effective Commuication SLOs A and B. In this course, students will study representations of gender or sexuality in literature, popular culture, or critical theory.  Topics may include women's roles in society as reflected in literature; interrogation of the historical constructions of gender and sexuality; intersections of race and class with gender and sexuality.  *Gen Ed: FA*

**ENG 4209  SPECIAL TOPICS IN NONFICTION**
Four hours. Prerequisite: Successful completion of coursework that satisfies Effective Communication SLOs A and B. This course allows students to study a wide array of nonfiction styles and genres, as well as extend their knowledge of new media writing on the advanced level. Course topics may include, but are not limited to, biography writing, journal writing, technical writing, grant writing. *Gen Ed: EC-C*

**ENG 4303  STUDIES IN LITERARY PERIODS: [VARIABLE SUBTITLE]**
Four hours. Prerequisite: successful completion of coursework that satisfies Effective Communication SLOs A and B. In-depth study of one of the following focused literary periods: Medieval Literature, The Renaissance, The Eighteenth Century, The Romantic Period, The Victorian Period, or The Twentieth Century and Contemporary British Literature. Course may be repeated for credit with a different topic. *Gen Ed: FA*

**ENG 4305  SPECIAL TOPICS IN LITERATURE**
Four hours. Prerequisite: successful completion of coursework that satisfies Effective Communication SLOs A and B. This course focuses on a specialized study of one or more related aspects of British and/or American literature: authors, themes, genres, or the literature of specific cultural groups. May be repeated for credit with a different topic. *Gen Ed: FA*

**ENG 4960/4961  INTERNSHIP**
Four hours. Prerequisites: junior or senior standing and permission of the instructor. Application of communication – both written and oral – research, and analytical skills within a newspaper or magazine, law firm, government agency, publishing company, or other relevant organization. In addition to on-the-job tasks, written assignments and individual conferences shall be arranged with the faculty member who is overseeing the internship. Summer internships are encouraged.

### ENG 4999  SENIOR SEMINAR

Four hours. Prerequisites: senior standing in English and permission of the faculty. Required for majors, elective for Humanities majors and other interested students. English 4999 is an in-depth exploration of one or more literary topics with emphasis on the production of original scholarly work and the effective presentation of it both orally and in writing. *Gen Ed: EC-C*

# EXERCISE SCIENCE – EXS

### EXS 1101 EXERCISE SCIENCE SEMINAR

One hour. Prerequisite: Exercise Science majors only; Co-requisite: EXS 1105.  This course will introduce students to the exercise science discipline and explore careers that can be achieved with an exercise science degree.  Students will also examine academic success strategies vital to becoming self-directed learners. (EXS 1101 is required for first year freshman EXS majors only; it is taken in conjunction with EXS 1105 as part of the major's learning community).

### EXS 1105 INTRODUCTION TO EXERCISE SCIENCE AND HEALTH PROMOTION

Two hours. Introductory course exploring exercise, fitness and health promotion concepts.  Students will develop skills in accessing professional resources within the exercise science field.  Additional emphasis will be placed on the design and implementation of health promotion outreaches with the community.

### EXS 1234  MEDICAL TERMINOLOGY

Two hours.  Introduction to the language, rules and concepts needed to interpret and understand the terminology of medicine.

### EXS 2115 EMERGENCY MEDICAL RESPONDER

Four hours.  An entry-level emergency medical provider course that will prepare individuals for a variety of pre-hospital, industrial, and first-responder situations.  The successful completion of a first responder course is a prerequisite to training as a firefighter, emergency medical technician/paramedic and many law enforcement programs.

### EXS 2205  FIRST AID & SAFETY

Two hours. Emergency first aid and safety; CPR/AED and first aid certification. (Requires lab fee).

### EXS 2585 CARE AND PREVENTION OF INJURIES

Two hours. This is an elective course within the Exercise Science major which provides an introduction to the recognition and evaluation skills needed to assess common injuries. Emphasis is on immediate care given to traumatic sports related injuries using practical skills to reinforce key concepts. Injury reduction and prevention strategies are also examined.

### EXS 2760 SPORTS NUTRITION AND SUPPLEMENTATION

Two hours. Examination of the role of macronutrients, micronutrients, ergogenic aids and nutritional supplements in sport and exercise performance. *Gen Ed: Well*

### EXS 2770 EXERCISE PHYSIOLOGY

Four hours. Same as BIO 2770. Prerequisites: BIO 2215 and BIO 2216. The physiological basis and application of exercise physiology adaptations to exercise training, fitness and health. Laboratory experiences expose students to common exercise physiology techniques and evaluations used to assess physical conditioning.

### EXS 2775 KINESIOLOGY

Four hours. Prerequisite: BIO 2215. This course approaches the study of human movement from a multiple-disciplinary perspective combining the broad tenets of kinesiology with biomechanical

principles. The outcome is a scientific and practical understanding of skeletal muscle action and the internal and external forces involved in human motion.

### EXS 3333 CONCEPTS OF NUTRITION AND PHARMACOLOGY
Three hours. Emphasis is on the effects of therapeutic medications, performance-enhancing drugs, and the application of nutrition to enhance sports and physical activity. Attention is directed toward dietary modifications for optimal performance, including issues dealing with alcohol, tobacco, illicit drugs, and pharmacology.

### EXS 3500 MOTOR BEHAVIOR
Four hours. This course examines the principles of human movement and behavior across the lifespan. Emphasis is on the development of mental and motor abilities which affect human movement, using practical examples and experiences to better assist students in developing an understanding of how to apply these principles in various settings.

### EXS 3735 EXERCISE AND SPORT PSYCHOLOGY
Four hours. This course examines the interaction between psychological variables and performance in sport and exercise from theoretical and practical perspectives. This course is designed to introduce students to behavior modification strategies vital to effectively working in careers within exercise science, athletic training, physical education and coaching.

### EXS 3740 EXERCISE TESTING AND PRESCRIPTION
Four hours. Prerequisite: EXS 2770. National competencies from ACSM's Guidelines for Exercise Testing and Prescription are explored, with emphasis on the following variables: patient assessment, risk stratification and health evaluation; execution of proper exercise testing procedures; and the use of exercise and metabolic equations. Students evaluate and assess the impact of these variables on exercise prescription for a variety of patient populations.

### EXS 3745 EXERCISE MANAGEMENT OF CHRONIC DISEASE
Four hours. Prerequisite: EXS 2770. Research and design of exercise programming strategies appropriate for select populations. Course topics include, but are not limited to: exercise considerations for cardiovascular, pulmonary, metabolic, immunological, neuromuscular, and orthopedic patients as well as adolescents, pregnant women, and geriatric patients.

### EXS 3750 ESSENTIALS OF STRENGTH AND CONDITIONING
Four hours. Prerequisites: EXS 2770 and EXS 2775. Specific principles, concepts, and theories of strength training and conditioning and their applications to performance. Course prepares students to take the CSCS certification exam from the National Strength and Conditioning Association.

### EXS 4500 ADVANCED EXERCISE TESTING AND TRAINING TECHNIQUES
Two hours. Prerequisite: EXS 2770 and EXS 2775. This is an elective course within the Exercise Science major which examines exercise training techniques vital to developing exercise instruction competencies for a variety of exercise settings and populations. Students develop analytical, programmatic, and teaching skills culminating in the design of a comprehensive course project.

### EXS 4600 CERTIFICATION SEMINAR
Two hours. Prerequisite: senior standing. This is an elective course within the Exercise Science major that reviews professional competencies assessed in certification exams from the National Strength and Conditioning Association (NSCA) or from the American College of Sports Medicine (ACSM).

### EXS 4720 ADMINISTRATION OF EXERCISE AND HEALTH PROMOTION PROGRAMS
Four hours. Prerequisite: junior or senior standing. A study of the implementation, organization, administration and evaluation of health promotion programs. Students explore strategies required in successful administrative oversight, such as but not limited to: program development, facility development, equipment purchasing, marketing, sales, finance and liability.

### EXS 4725 RESEARCH METHODS IN EXERCISE AND HUMAN PERFORMANCE
Four hours. Prerequisite: junior or senior standing. The development, design and critical analysis of scientific research. Topics include how to conduct academic research, including proper citation skills; the types of research methodologies available; how to develop a research proposal; and statistical analysis techniques appropriate to various research designs. *Gen Ed: EC-C*

### EXS 4960/4961 APPLIED EXPERIENCES IN EXERCISE SCIENCE
Four hours. Prerequisites: EXS 3740, EXS 3750. This course immerses students in allied health settings so as to garner professional hours related to a career focus. Example settings may include: fitness and/or strength and conditioning facilities, hospitals, physical therapy clinics, occupational therapy clinics, geriatric programs, etc. Students must complete a culminating presentation and paper regarding the experience. Prior to taking this course, students must be in good academic standing within the major and obtain site approval one semester in advance from program faculty. In some clinical situations, students may have to complete additional requirements such as, but not limited to: background check, fingerprinting, drug screening, proof of vaccinations, and HIPAA training. Course may be repeated for additional professional experience.

## FRENCH – FRE

### FRE 1101  ELEMENTARY FRENCH I
Four hours. This is an elementary course designed for students who wish to develop the basics of speaking, listening, reading and writing French. Students learn beginning grammar concepts, gain a strong vocabulary base, practice nuances of pronunciation and explore the French culture as reflected in different French-speaking countries. *Gen Ed: SW, QI*

### FRE 1102  ELEMENTARY FRENCH II
Four hours. Prerequisite: FRE 1101 proficiency or permission of the instructor. This is an elementary course designed for students who wish to continue the development of basic grammar skills through reading, listening, comprehension, writing and speaking French. Students learn beginning grammatical concepts, gain a strong vocabulary base, practice nuances of pronunciation and explore the French culture as reflected in different French-speaking countries.

### FRE 2203  INTERMEDIATE FRENCH
Four hours. Prerequisite: FRE 1102 proficiency or permission of the instructor. The objective of this course is to continue to develop students' knowledge of the French language and Francophone cultures. Students work on the development of the four basic language skills; speaking, listening, reading and writing. Classes focus on the practical application of language in day to day situations, and on cultural awareness. Level of skills demonstrated should be more in depth than in French 1102.

## FSC GENERAL COLLEGE COURSES – FSC

### FSC 1050 CAREER DECISION MAKING
Two hours. This course introduces the student to career development issues and the career decision making process. Lectures, discussions and active classroom activities focus on self-assessment, exploration of career options, goal setting, and self-marketing for future career opportunities. The

course provides a framework for students as they navigate the career decision making process and supports them as they identify, evaluate and refine academic and career paths.

### FSC 1070 EXPLORING SOCIETY THROUGH SERVICE

Two hours. This course introduces students to academic service learning. Students explore local opportunities for service through agency speakers, interview, readings, and individual community service. As a group, the classes engage with local community agencies for a minimum of 20 service. Through differing service projects, focused around 2–3 agencies, students learn how academic disciplines contribute to social capital. This course links to a BUS, PSY, HIS or SOC class.

# GEOGRAPHY – GEO

### GEO 3320 HUMAN GEOGRAPHY

Four hours. A survey of the relationship between geography and culture, including critical analyses of human social issues and approaches to their solutions.

### GEO 3340 WORLD/REGIONAL GEOGRAPHY

Four hours. A world and regional approach to physical, cultural, economic, and political geography, including emphases on how regional characteristics interact with each other.

# GERMAN - GER

Each course is an enhanced self-study program in the NASILP (National Association of Self-Instructional Language Programs) format, which relies heavily upon the student's motivation and discipline. Major emphasis is on the development of oral-aural skills. Class time is spent in oral drills and conversation practice with a native-speaking (or equivalent) tutor. Classes are conducted almost entirely in German. Students study the grammar independently, using the NASILP format with the help of the assigned text and workbook, as well as in the lab. Students are expected to work outside of class and in the lab each week and come to class prepared.

### GER 1101 FIRST SEMESTER GERMAN

Four hours. Prerequisite: Cumulative GPA of at least 2.5 or approval from the Critical Languages program director.

### GER 1102 SECOND SEMESTER GERMAN

Four hours. Prerequisite: GER 1101 proficiency.

### GER 2203 SECOND YEAR GERMAN

Four hours. Prerequisite: GER 1102 proficiency.

# GREEK – GRE

### GRE 1101 HELLENISTIC GREEK I

Four hours. An introduction to the basic grammar, syntax, and vocabulary of Hellenistic Greek .

### GRE 1102 HELLENISTIC GREEK II

Four hours. Prerequisite: GRE 1101. An advanced study of intermediate grammar, syntax, and vocabulary of Hellenistic Greek and the translation of New Testament texts.

### GRE 2203 READINGS IN GREEK

Four hours. Prerequisite: GRE 1102. Translation of the Greek New Testament with an emphasis on the interpretation of the Greek text, and the analysis and application of textual criticism.

# HEALTHCARE ADMINISTRATION – HCA

### HCA 2125 HEALTHCARE ORGANIZATION AND MANAGEMENT
Four hours. This course provides a descriptive study of the organization of the U.S. healthcare system including its historical development, structure, and delivery systems. Emphasis is placed on the basic concepts and issues that are associated with the management and regulation of healthcare providers and the delivery of services across different types of healthcare organizations. Students study the role of the contemporary healthcare manager and focus on basic managerial skills and knowledge.

### HCA 3125 COMMUNITY HEALTH
Four hours. Prerequisite: HCA 2125. Study descriptive epidemiology and its application to the analysis of community health status, with emphasis on the computation and interpretation of basic health status indicators as well as on the application of disease prevention strategies and population management models for health promotion. Learn to apply epidemiological methods to a variety of aspects of health services administration.

### HCA 3225 HEALTHCARE LAW AND ETHICS
Four hours. Prerequisite: ACC 2111 and HCA 2125. Examines the legal, regulatory, and ethical concepts related to healthcare management and the delivery of healthcare services. Topics include liability, risk management, patient-provider relations, fraud and abuse, antitrust, as well as other current legal and ethical issues.

### HCA 3325 HEALTHCARE FINANCE
Four hours. Prerequisite: ACC 2111 and HCA 2125. Provides a hands-on approach to financial, budgetary, and accounting concepts, processes, and techniques relevant for healthcare managers. Study a variety of mechanisms for financing healthcare in the U.S. and explore key financial management and control processes necessary for making successful financial decisions. Specific topics include service payment mechanisms, capital acquisition, organizational structures, and firm governance.

### HCA 4125 HEALTHCARE POLICY AND PLANNING
Four hours. Prerequisite: HCA 2125. Examines current U.S. health policies and their implications on health services administration and provides an in-depth study of the policymaking process and the relationship between health policymaking, health reform, and changes within the healthcare industry. Special emphasis on the nature and role of healthcare policy studies on management decision-making in health services administration.

### HCA 4225 HEALTHCARE INFORMATION SYSTEMS
Four hours. Prerequisite: HCA 2125. Provides an overview of healthcare information management systems. Students are introduced to different types of clinical and administrative information systems specific to the healthcare industry (e.g. computerized provider order entry, electronic health records). Students gain insight into the process of selecting, implementing, and evaluating healthcare information management systems and explore the importance of aligning information systems with the strategic plan of the organization.

### HCA 4325 HEALTHCARE QUALITY AND QUALITY IMPROVEMENT
Four hours. Prerequisite: BUS 3320 or its equivalent or permission of the instructor and HCA 2125. Provides students with an understanding of healthcare quality management and performance improvement. Quality improvement philosophies, methodologies, tools, and techniques are introduced. Special attention is given to quality assessment, risk management, utilization management, outcomes assessment, and benchmarking, which are mechanisms used by health administrators to evaluate and improve healthcare services and patient safety.

### HCA 4960/4961 HEALTHCARE ADMINISTRATION INTERNSHIP

Two to four hours. Prerequisite: BUS 3960, senior standing; permission from the instructor; minimum 2.5 GPA. This course requires students to integrate and apply what they have learned in their coursework to real-world issues and to gain practical experience working within a healthcare organization (e.g. hospital, medical group, long-term care facility, insurance company, health department, etc.).

### HCA 4999 SEMINAR IN STRATEGIC MANAGEMENT OF THE HEALTHCARE ENTERPRISE

Four hours. Prerequisite: senior standing; all other coursework in the major and successful completion of coursework that satisfied Effective Communication SLOs A and B. The capstone course of the healthcare administration major, this course integrates knowledge of all healthcare administration and business disciplines from other courses. Uses case studies, individual projects and team-based projects to identify problems, formulate strategic policies, and create original strategic plans to shape the future of healthcare organizations. The course emphasizes analysis, decision-making, and implementation of business strategies in a healthcare setting. *Gen Ed: EC-C*

# HISTORY – HIS

### HIS 1100 THE ANCIENT WORLD

Four hours. This course will examine the history of the ancient world from the Neolithic Revolution to the Mongol invasions of the 13th century. Students will explore themes common to all relevant civilizations, including the development of agriculture and trade, the growth of empires, and the values expressed in religion and philosophy. The course will also investigate how history is made and how historians use surviving evidence to capture the "voices" of both the powerful and powerless in the past. *Gen Ed: SW, EC-B*

### HIS 1200 THE MAKING OF THE MODERN WORLD

Four hours. This class examines the critical juncture in world history between 1350 and 1850 that established the foundations of the modern world. What changed during this period? Why did it happen? This course investigates the political, economic, cultural, and social roots of this great transformation and pays particular attention to the ethical dimensions of historical change for different historical actors. *Gen Ed: SW, EC-B*

### HIS 1300  THE MODERN WORLD

Four hours. This course examines some of the momentous developments and changes that took place in the world from 1850 to the present and their enduring influence on contemporary events. Topics include industrialization, imperialism, nationalism, both world wars, the spread of communism, the Cold War, globalization, and ethnic cleansing. The assignments in this course are designed to teach students how historians "make" history through the selection and interpretation of sources. *Gen Ed: SW, EC-B*

### HIS 2215 THE AMERICAN EXPERIENCE THROUGH THE CIVIL WAR

Four hours. The social, political, economic, and intellectual development of the United States from the Age of Discovery through the Civil War. Traditional topics are surveyed, with a special emphasis on the nation's ethnic and cultural diversity. *Gen Ed: SW, EC-B*

### HIS 2225 THE AMERICAN EXPERIENCE SINCE THE CIVIL WAR

Four hours. The social, political, economic, and intellectual development of the United States from the end of the Civil War to the present. Traditional topics are surveyed, with special emphasis on the nation's ethnic and cultural diversity. *Gen Ed: SW, EC-B*

### HIS 3115 EARLY MODERN EUROPE

Four hours. Prerequisite: One year of college-level coursework and successful completion of coursework that satisfies Effective Communication SLOs A and B. This course examines the "early modern" period of European history, which runs from roughly 1500 to roughly 1800. Examining key social, political, economic, and cultural developments, this class examines this "transitional" period between medieval and modern Europe. Key topics may include, but are not limited to: the Renaissance and Reformation, the first Europe an overseas empires, the rise of absolutism and constitutional monarchies, the Scientific Revolution and Enlightenment, and the French Revolution. ***Gen Ed: SW, QI, EC-C***

### HIS 3165 HISTORY OF MODERN EUROPE

Four hours. Prerequisite: One year of college-level coursework and successful completion of coursework that satisfies Effective Communication SLOs A and B. The course surveys the historical development of Europe from 1815 to 2000, covering the main historical events on the continent in a comparative context. Topics covered include the Revolutions of 1830 and 1848, Italian and German unification, the impact of imperialism and nationalism on European politics and identity, the rise of liberalism, socialism, communism, and fascism as political and socioeconomic systems, World War I, the Russian Revolutions, World War II and the Holocaust, the Cold War, the collapse of the Eastern Bloc and the Soviet Union, European reunification, and the wars in the former Yugoslavia. ***Gen Ed: SW, QI, EC-C***

### HIS 3215 HISTORY OF RUSSIA AND THE SOVIET UNION

Four hours. Prerequisites: One year of college coursework and successful completion of coursework that satisfies Effective Communication SLOs A and B. This course surveys the political, social, economic, and cultural history of the Russia Empire and the Soviet Union from the origins of the first Russian state to the fall of the Soviet Union, with an emphasis on the late nineteenth and early twentieth century. ***Gen Ed: SW, QI, EC-C***

### HIS 3225 MODERN AMERICA, 1945-PRESENT

Four hours. Prerequisites: One year of college coursework and successful completion of coursework that satisfies Effective Communication SLOs A and B. This course provides students with an in-- depth examination of Modern America after the Second World War. America's political, economic, and social history are examined. Among the major subjects included in the course are: the Cold War, Civil Rights, Vietnam War and anti--war movement, feminism, environmentalism, the crises of the 1970s, the neo--conservative revolution and global confrontations up to the first decade of the 21st century. ***Gen Ed: SW, QI, EC-C***

### HIS 3231 HISTORY OF THE OLD SOUTH

Four hours. Prerequisites: One year of college coursework and successful completion of coursework that satisfies Effective Communication SLOs A and B. This course provides students with an in-depth examination of the South from its Colonial roots through the Civil War. ***Gen Ed: SW, QI, EC-C***

### HIS 3232 HISTORY OF THE NEW SOUTH

Four hours. Prerequisites: One year of college coursework and successful completion of coursework that satisfies Effective Communication SLOs A and B. The course provides students with an in-depth examination of the South from the Civil War. ***Gen Ed: SW, QI, EC-C***

### HIS 3240 INTRODUCTION TO PUBLIC HISTORY

Four Hours. Prerequisite: One year of college level coursework that satisfies Effective Communication SLOs A and B. This is an American History based course that introduces students to the discipline of public history and practices in museums, archives, historical societies, and other

public and private institutions that collect, display, and interpret historical artifacts, in a public setting. Topics covered include: General overview of the concepts that define the discipline of public history including memory and interpretation. Introduction to methodology and use of physical and digital collections at museums, libraries and other repositories. Insight into historic preservation of buildings, cemeteries, historic sites through case study. Specific guidelines to incorporate and develop oral history into projects. Overview of outcomes of public history through public presentations in museums and exhibits. Case study approach incorporates local sites and professionals. ***Gen Ed: SW, QI, EC-C***

### HIS 3275 HISTORY OF EAST ASIA

Four hours. Prerequisites: One year of college coursework and successful completion of coursework that satisfies Effective Communication SLOs A and B. This course surveys the historical development of modern China and Japan with some attention to the surrounding regions. In addition to looking at the contributions of prominent individuals, the course addresses the role structural factors played in shaping the East Asian experience, including culture, modernization, industrialization, imperialism, war, depression, racism, and gender, with a focus on the differing responses of each civilization to westernization. ***Gen Ed: SW, QI, EC-C***

### HIS 3355 HISTORY OF FLORIDA

Four hours. Same as LAS 3355. Prerequisites: One year of college-level coursework and successful completion of coursework that satisfies Effective Communication SLOs A and B. This course surveys the history of Florida from the Spanish Period to the present. The course examines the major events and personalities in Florida history from chronological and political perspectives. Attention is given to economic, social, and environmental issues that have shaped Florida's history. Florida's unique landscape, geography and natural features are also a subject of inquiry in the course. ***Gen Ed: SW, QI, EC-C***

### HIS 3365 HISTORY OF MODERN LATIN AMERICA

Four hours. Same as LAS 3365. Prerequisites: One year of college coursework and successful completion of coursework that satisfies Effective Communication SLOs A and B. This course surveys the major events and personalities in Latin American History from the colonial era to the present. Attention is given to economic, social, geographical, and environmental issues that have shaped the region's history. The region's unique landscape, geography and natural features are also a subject of inquiry in the course. ***Gen Ed: SW, QI, EC-C***

### HIS 3415 HISTORY OF THE MIDDLE EAST

Four hours. Prerequisites: One year of college coursework and successful completion of coursework that satisfies Effective Communication SLOs A and B. This course surveys the historical development of the Middle East, beginning with the emergence and spread of Islam before turning to the Muslim world's Golden Age, the invasions by Crusaders and Mongols, the rise and fall of the Ottoman Empire, and concluding with the region's transformation during the late-nineteenth and twentieth century's. In addition to looking at the contributions of prominent individuals, the course addresses the role structural factors played in shaping the Middle Eastern experience, including culture, modernization, industrialization, imperialism, war, depression, racism, and gender. ***Gen Ed: SW, QI, EC-C***

### HIS 3445 HISTORY OF MODERN AFRICA

Four hours. Prerequisite: One year of college-level coursework and successful completion of coursework that satisfies Effective Communication SLOs A and B. This course surveys the historical development of modern sub-Saharan Africa since the early nineteenth century. Key developments examined in this course include: slavery and the slave trade, European colonial rule,

cultural, economic, and familial life under colonial rule, resistance and rebellion to colonial rule, the rise and fall of apartheid, the Cold War's effect on Africa, and the problems and possibilities of Africa today. *Gen Ed: SW, Ql, EC-C*

### HIS 3455 SELECTED TOPICS IN THE HISTORY OF THE WESTERN WORLD
Four hours. Prerequisites: One year of college-level coursework or permission of the instructor, and successful completion of coursework that satisfies Effective Communication SLOs A and B. This course provides students with an in-depth examination of topics in this history of the western world. Examples of topics include Renaissance and Reformation, French Revolution and Napoleon, Nineteenth-Century Intellectual History, or Europe Between the World Wars. Topics will change. Course may be repeated for credit with a different topic. *Gen Ed: SW, Ql, EC-C*

### HIS 3550 SELECTED TOPICS IN US OR LATIN AMERICAN HISTORY
Four hours. Prerequisites: One year of college coursework or permission of the instructor. This course provides students with an in-depth examination of a particular topic, period, or region in US or Latin American history. Examples of such topics include US or Latin American women's history, Old South, New South, Civil War and Reconstruction, Jacksonian Era, African-American History, and History of Crime and Criminal Justice in the United States. Topics will change. Course may be repeated for credit with a different topic. *Gen Ed: SW, Ql, EC-C*

### HIS 3555 SELECTED TOPICS IN THE WORLD OR THEMATIC HISTORY
Four hours. Prerequisites: One year of college coursework or permission of the instructor. This course provides students with an in-depth examination of a particular topic, period, or region in world or thematic history. Examples of topics include women's history, twentieth century genocides, an introduction to cultural history, oil and politics in world history, or the atomic bomb and the nuclear age. Topics will change. Course may be repeated for credit with a different topic.

### HIS 3705 HISTORY OF WAR AND SOCIETY IN THE MODERN ERA
Four hours. Prerequisites: One year of college coursework and successful completion of coursework that satisfies Effective Communication SLOs A and B. This course explores the historical development of warfare in the modern era. It focuses the evolution of military forces and their technology, organization, strategy, and tactics, and the relationship between armed forces and society, especially the link between military service and citizenship. The specific focus of the course will vary, but generally will consider the experiences of Western militaries and those regions of the world which they affected. *Gen Ed: SW, Ql, EC-C*

### HIS 3755 SCREENING HISTORY
Four hours. Prerequisites: One year of college coursework and successful completion of coursework that satisfies Effective Communication SLOs A and B. This course studies the use, misuse, and value of historical subjects depicted in films. Students use films from a variety of genres, times, and places as test cases for analysis of historical events, periods, and personalities. In doing so they learn to view critically while exploring the use of film to teach and learn history. The specific topic of the course will change. The course may be taken for credit toward the major only once. *Gen Ed: SW, Ql, EC-C*

### HIS 4455 SEMINAR ON SELECTED TOPICS IN HISTORY OF THE WESTERN WORLD
Four hours. Prerequisites: History majors, students with two years of college coursework, or permission of the instructor, and successful completion of coursework that satisfies Effective Communication SLOs A and B. This intensive reading and writing course provides students with an in-depth examination of selected topics and themes in the history of the western world. The course emphasizes the review of relevant literature and analysis of the methodologies, interpretations, values, evidence, and conclusions contained therein. Topics and themes may be drawn from the entire western historical experience, from the ancient world of the Greeks and Romans to Europe

today. Active engagement with and discussion of an extensive set of readings is expected of all students. Course may be repeated once for credit with a different topic. ***Gen Ed: SW, QI, EC-C***

### HIS 4550 SEMINAR ON SELECTED TOPICS IN US HISTORY OR LATIN AMERICA

Four hours. Prerequisites: History majors, students with two years of college coursework, or permission of the instructor, and successful completion of coursework that satisfies Effective Communication SLOs A and B. This intensive reading and writing course provides students with an in-depth examination of selected topics and themes in US or Latin America history. The course emphasizes the review of relevant literature and analysis of the methodologies, interpretations, values, evidence, and conclusions contained therein. Topics and themes may be drawn from the US or Latin American experience form colonial times to the present. Active engagement with and discussion of an extensive set of readings is expected of all students. Course may be repeated once for credit with a different topic. ***Gen Ed: SW, QI, EC-C***

### HIS 4555 SEMINAR ON SELECTED TOPICS IN WORLD OR THEMATIC HISTORY

Four hours. Prerequisites: History majors, students with two years of college coursework, or permission of the instructor, and successful completion of coursework that satisfies Effective Communication SLOs A and B. This intensive reading and writing course provides students with an in-depth examination of selected topics and themes in world and thematic history. The course emphasizes the review of relevant literature and analysis of the methodologies, interpretations, values, evidence, and conclusions contained therein. Active engagement with and discussion of an extensive set of readings is expected of all students. Course may be repeated once for credit with a different topic. ***Gen Ed: SW, QI, EC-C***

### HIS 4960/4961: INTERNSHIP IN HISTORY

One to four hours. One hour of credit will be awarded for every forty clock hours worked. Prerequisites: Junior or Senior standing, Major or Minor in History, 3.0 or higher GPA, and permission of the faculty supervisor. The internship is an off-campus participatory undertaking in a History-related area that is designed to integrate academic learning with actual application in the field and to provide students with professional experience in preparation for graduate study or future employment. The internship involves a "learning contract" which must be completed by the student, faculty supervisor, and participating agency supervisor prior to the beginning of the internship. Summer internships are especially encouraged.

### HIS 4999 THE PHILOSOPHY AND METHODOLOGY OF HISTORY

Four hours. Prerequisites: History majors or students with two years of college coursework or permission of the instructor, and successful completion of coursework that satisfies Effective Communication SLOs A and B. Focus is on readings and discussion of the major schools of historical thought and the methodologies, both qualitative and quantitative, that have been adopted for the study of the past. Readings are chosen to reflect a variety of perspectives, interpretations, and methodologies. Students also research, prepare, and present a major research assignment utilizing both primary and secondary source materials. History majors should have completed one of the 4000-level topics seminars before enrolling in this course. ***Gen Ed: SW, QI, EC-C***

## HONORS PROGRAM – HON

### HON 1700 WRITING ON CONTEMPORARY SOCIAL ISSUES

Four hours. Prerequisites: Entry into Honors Program. Students critically analyze how culture shapes and is shaped by the written language. The class examines multiple overarching social concepts that may include relationships, community, globalism, and technology in fields of study such as politics, economics, science, arts, and the environment to further understand our impact on society and potential to enact change. A particular focus of the course is exploring the impor-

tance of analytical writing in everyday life. ***Gen Ed: EC-A, QI***

### HON 1701 SPEAKING ON CONTEMPORARY SOCIAL ISSUES

Four hours. Prerequisites: Entry into Honors Program. Students critically analyze how culture shapes and is shaped by communication. Specifically, students investigate the context in which people challenge the dominant way of thinking in multiple fields of study, which may include politics, business, technology, science, and economics, and propose new ideas, some of which have far reaching consequences. The class examines concepts such as identity, self, other, relationships, community, and technology to further understand our impact on society and to help improve student communication skills. A particular focus of the course is exploring the importance of informative and persuasive oral communication in everyday life. Topics vary - selected by instructor and Honors Program director. ***Gen Ed: EC-B, SW***

### HON 1990 HONORS FIRST-YEAR SEMINAR

Two hours. Prerequisites: HON 1700 or HON 1701. An interdisciplinary seminar designed to develop critical and integrative thinking among first-year honors students. Individual faculty will set the topic of the seminar, drawing on their own specialties to illuminate questions of broad contemporary concern. In addition, the course exposes students to knowledge needed to successfully navigate the Honors Program and prepare them for success upon graduation.

### HON 2990 HONORS SECOND-YEAR RESEARCH SEMINAR

Two hours. Prerequisites: HON 1990. An introductory course that prepares students to conduct research or engage in creative works, which enables them to develop a challenging Honors thesis project. The course guides students in selecting a faculty mentor for their Honors thesis and focuses on the principles, procedures and methods for designing research and creative works.

### HON 3955/3956 HONORS DIRECTED STUDY

Up to 4 hours distributed over one or two semesters. Prerequisites: HON 2990 and permission of instructor. Students work one-on-one with an individual faculty member to develop a thesis project and collect preliminary data when possible, resulting in the generation of a Honors thesis proposal no later than the conclusion of the Junior year. Students may also be required to audit a departmental or discipline specific methods course. The thesis proposal is submitted to the Honors Committee for approval at the conclusion of the course.

### HON 3XXX HONORS OPTION COURSE

A student may add an Honors option to a non-Honors course for Honors credit. The Honors Program at Florida Southern College has instituted this policy in order to provide opportunities for highly motivated students to participate in unique educational experiences not otherwise available through regular course offerings. Reflecting the vision of the Honors Program, adding an Honors Option to a course results in a collaborative project between student and faculty member. The design of such an option is tailored by both the student's and a sponsoring faculty member's interest. The Honors Option requires a written contract between student and sponsoring faculty member. The contract and sponsoring faculty member must receive approval from the Honors Program Committee. Honors Option is not available for freshman or for courses that have Honors equivalents. Students should not take more than one Honors Options per semester and are limited to three during their career.

### HON 4955/4956 HONORS SENIOR THESIS

Six hours distributed over 2 semesters. Prerequisite: HON 3955 or HON 3956. Restricted to seniors in the Honors Program who have a cumulative 3.5 GPA and have completed at least half of coursework at FSC. A two-semester sequence required of all Honors Program students. Students in the sequence work with the professor teaching the course on research projects centered on a particular theme. ***Gen Ed: EC-C***

# HORTICULTURE – HRT

### HRT 1000  PLANTS AND SOCIETY
Four hours. Does not count toward the major or minor. This course examines plant biology and function as they apply to human use. It considers the role of modern agriculture in nutrition and health. Specific crops are discussed as they relate historically and for the future to hunger, poverty, and economics. *Gen Ed: SW, NW*

### HRT 2100  INTRODUCTION TO HORTICULTURAL SCIENCE
Four hours. This is the introductory course to all of the horticulture-related majors. It considers the fundamental principles and practices underlying the propagation and growing of horticultural crops. This course fulfills the Natural World student learning outcome and empowers students to develop an understanding of the scientific investigation of the natural world. *Gen Ed: NW*

### HRT 3301  SOIL SCIENCE
Four hours. Prerequisite: CHE 1011 or 1111. This course considers the soil as a natural body including its chemical and physical properties, tillage, water management, organic matter, ecology, and principles of soil conservation. Florida soils and horticultural crops are emphasized.

### HRT 3302  PLANT NUTRITION
Four hours. Same as BIO 3302. Prerequisites: HRT 3301 and either BIO 1600 or HRT 2100. Explore the relationship of plants to soil in their acquisition of the mineral nutrients needed for life. Examine the chemical and physical properties of plant mineral nutrients, their reactions in the soil, and how the plant absorbs, transports, modifies, stores, and utilizes them, with emphasis on Florida soils and crops.

### HRT 3326  TROPICAL AND TEMPERATE FRUITS
Four hours. Prerequisite: HRT 2100 or permission of the instructor. This course discusses fruit crops, other than citrus, that can be grown in Florida, from the standpoint of commercial production, as well as use in the home garden. The flowering and fruiting physiology, water and weed management, pest management and other aspects of their culture are studied.

### HRT 4320  SPECIAL TOPICS IN HORTICULTURE
Four hours. Prerequisite: HRT 2100 or permission of the instructor. This course discusses specialized topics of one or more related aspects of horticulture. The course may be taken more than once.

### HRT 4955 CAREER DEVELOPMENT SKILLS FOR INTERNSHIP
One hour. Prerequisite: junior or senior standing or departmental permission. This course prepares the student for HRT 4960, Internship, including developing learning objectives for the contractual agreement, resumes, application letters, interviewing skills, job searches, and developing the contract with the employer.

### HRT 4960  INTERNSHIP
Two hours. Prerequisites: junior or senior standing and departmental permission. This course applies horticultural theory and business in an operational setting, with supervision by cooperating practitioner and faculty.

### HRT 4961  INTERNSHIP
Two hours. Prerequisites: HRT 4960. This course applies horticultural theory and business in an operational setting, with supervision by cooperating practitioner and instructor.

# HUMANITIES – HUM

### HUM 4999 HUMANITIES CAPSTONE
Four hours. Prerequisite: senior standing. Interdisciplinary capstone course required of all Humanities majors.

# JAPANESE – JPN
Each course is an enhanced self-study program, in the NASILP (National Association of Self-instructional Language Programs) format, which relies heavily upon student's motivation and discipline. Major emphasis is on the development of oral-aural skills. This course is an enhanced self-study program in the NASILP format which relies heavily upon the student's motivation and discipline.  Class time will be spent on oral drills and conversation practice with a native speaker. Class will be conducted almost entirely in Japanese. Students will study the grammar independently with the help of the textbook and the online workbook. Students are expected to come to class prepared.

### JPN 1101 FIRST SEMESTER JAPANESE
Four hours: Prerequisite: Cumulative GPA of at least 2.5 or approval from Critical Languages program director.

### JPN 1102 SECOND SEMESTER JAPANESE
Four hours: Prerequisite: JPN 1101 proficiency

### JPN 2203 SECOND YEAR JAPANESE
Four hours: Prerequisite: JPN 1102 proficiency

# LATIN AMERICAN STUDIES – LAS

### LAS 2005  LATIN AMERICAN CULTURE
Four hours. An introduction to various aspects of life in Latin American countries from early times to the present. Focusing on the social and political development of Latin America, the course reveals the unity and diversity that characterize contemporary Latin American culture. Typical topics for study include: the pre-Columbian civilizations and their cultural legacy; the conquistadors and the Colonial period; the independence movements; the search for and the definition of an American identity; the twentieth-century dictatorships; and the move toward democracy.

### LAS 2006  LATIN AMERICA ON FILM I
Four hours. This course introduces the student to some facets of the Latin American world through a detailed study of films and readings from diverse countries of the region such as Argentina, Chile, Brazil, Cuba and Guatemala. In tandem, it addresses topics such as religion in Argentina, dictatorship in Chile and Cuba and immigration from Guatemala.

### LAS 2007  LATIN AMERICA ON FILM II
Four hours. This course introduces the student to some facets of Latin America through a detailed study of films and readings from diverse countries such as Mexico, Colombia, The Dominican Republic, Venezuela and El Salvador. In tandem, it addresses topics such as violence and the family in Mexican society, drugs and violence in Colombia, violence in Venezuela and the civil war in El Salvador. Latin America on Film I is not a prerequisite for this course.

### LAS 3308  TOPICS IN HISPANIC CULTURE AND CIVILIZATION
Four hours. Same as SPA 3308. Prerequisite: SPA 2203 proficiency or permission of the instructor. This course introduces and expands the student's understanding of Hispanic countries through a detailed study of an interdisciplinary topic that incorporates history, culture, art, literature, current

events, and various geographic regions. Students of SPA 3308 read and write in Spanish, students of LAS 3308 read and write in English. All class discussions are held in English. May be taken more than once with a different topic. ***Gen Ed: SW***

### LAS 3335  LATIN AMERICAN FILM AND FICTION

Four hours. Same as SPA 3335. Prerequisite: SPA 2203 proficiency or permission of the instructor for students taking this as SPA 3335. This course examines major works of fiction in writing and film by Hispanic writers such as Azuela, Borges, Allende, Sábato, Cortázar, and García Márquez among others. It focuses on the historical, social and political context of their works. Students of LAS 3335 read and write in English, students of SPA 3335 read and write in Spanish. All class discussions are held in English.

### LAS 3355 HISTORY OF FLORIDA

Four hours. Same as HIS 3355. Prerequisites: One year of college-level coursework and successful completion of coursework that satisfies Effective Communication SLOs A and B. This course surveys the history of Florida from the Spanish Period to the present. The course examines the major events and personalities in Florida history from chronological and political perspectives. Attention is given to economic, social, and environmental issues that have shaped Florida's history. Florida's unique landscape, geography and natural features are also a subject of inquiry in the course. ***Gen Ed: SW, Ql, EC-C***

### LAS 3365 HISTORY OF MODERN LATIN AMERICA

Four hours. Same as HIS 3365. Prerequisites: One year of college coursework and successful completion of coursework that satisfies Effective Communication SLOs A and B. This course surveys the major events and personalities in Latin American History from the colonial era to the present. Attention is given to economic, social, geographical, and environmental issues that have shaped the region's history. The region's unique landscape, geography and natural features are also a subject of inquiry in the course. ***Gen Ed: SW, Ql, EC-C***

# LIBRARY – LIB

### LIB 1005 INVESTIGATIONS

Two hours. This course provides standards-based instruction and practice in the discovery, use, and creation of information. Students will learn the skills to locate scholarly information, analyze and extract meaning from articles, and use information responsibly, while developing a deeper understanding of their place within the scholarly conversation. Concepts and skills learned in this class are transferable across the student's academic program.

# MATHEMATICS – MAT

### MAT 1000  PREPARATION FOR COLLEGE MATHEMATICS

Two hours. A review and practice in basic mathematical principles and skills for use in a subsequent course. Coursework includes active learning exercises and individualized, self-paced problem sets. This course may be taken no more than two times, in preparation for different courses. This course does NOT meet any general education learning outcomes. This course is P/F/A.

### MAT 1007 ADVENTURES IN COMTEMPORARY MATH

Four hours. A study of modern mathematics with applications. Students will gain an understanding of how mathematical reasoning can be applied in the real world. Topics are selected from the following: voting systems; applications of graphs in touring and travel; the art and science behind fractals and population growth; personal finance and basic statistical concepts. Additional topics may be included at the discretion of the instructor. ***Gen Ed: Qn***

**MAT 1047  PRECALCULUS**
Four hours. A study of polynomial, rational, exponential, logarithmic, and trigonometric functions and coordinate geometric techniques. *Gen Ed: Qn*

**MAT 2022  ELEMENTARY STATISTICS**
Four hours. Students use statistical methods to analyze data from real world situations and make inferences. These methods involve descriptive analysis, probability distributions, correlation, linear regression, the Central Limit Theorem, confidence intervals, and hypothesis testing. Credit cannot be earned for both MAT 2022 and MAT 2032. *Gen Ed: Qn*

**MAT 2027 TRANSITION TO BIOSTATISTICS**
Two hours.  Prerequisite: MAT 2022 or permission of instructor. Applied statistical tools for analysis and decision making with applications for biology and environmental and agricultural sciences.  Class demonstrations of analysis using statistical software.

**MAT 2032  BIOSTATISTICS**
Four hours. Applied statistical tools for analysis and decision making with applications for biology, environmental and agricultural sciences. Statistical terminology, collection and presentation of data, probability distributions, sampling, experimental design, parametric and nonparametric procedures, regression, correlation and analysis of variance. Class demonstrations of analysis using statistical software. Credit cannot be earned for both MAT 2022 and MAT 2032. *Gen Ed: Qn*

**MAT 2050  APPLIED CALCULUS**
Four hours. Prerequisite: Competency in algebra or permission of the instructor. Basic analytic geometry; differentiation and integration of single variable functions; optimization and other applications of single variable calculus, differentiation and integration of multi-variable and trigonometric functions; differential equations, with emphasis on applications to real world problems. *Gen Ed: Qn*

**MAT 2100  DISCRETE STRUCTURES**
Four hours. Same as CSC 2100. An introduction to discrete mathematics. Topics include logic, set theory, basic proofs, mathematical induction and recursion, counting principles and probability. *Gen Ed: Qn*

**MAT 2311  CALCULUS I WITH PLANE ANALYTIC GEOMETRY**
Four hours. The study of differentiation and integration of algebraic and transcendental functions. Theory and applications of differentiation, and The Fundamental Theorem of Calculus. Topics in plane analytic geometry. Use of computer algebra system (CAS) required. *Gen Ed: Qn*

**MAT 2312  CALCULUS II WITH PLANE ANALYTIC GEOMETRY**
Four hours. Prerequisite: MAT 2311. Continuation of MAT 2311. Techniques and applications of integration, improper integrals, infinite sequences and series, and power series. Use of a computer algebra system (CAS) required. *Gen Ed: Qn*

**MAT 2505  LINEAR ALGEBRA**
Four hours. Prerequisites: MAT 2312. The study of matrices, solution of homogeneous and non-homogeneous systems of equations, vector spaces, linear mappings, determinants, eigenvalues, and eigenvectors.

**MAT 3132 ADVANCED STATISTICAL TOPICS**
Four hours.  Prerequisite: MAT 2022 or MAT 2032. In depth application of univariate and multivariate statistical tools for data analysis.  Statistical software will be used.

**MAT 3205  PROOF TECHNIQUES**

Four hours. Prerequisite: MAT 2312. An introduction to the logic and methods of higher mathematics, emphasizing critical thinking and basic proof techniques.

**MAT 3305 ABSTRACT ALGEBRA**

Four hours. Prerequisite or corequisite: MAT 3205 or permission of instructor. The course will investigate the definition of a group and its properties using specific types of groups (including group presentations, modular arithmetic, permutations, symmetries, and matrices) and the study of relationships between groups via subgroups and homomorphisms. Throughout the course, proof writing techniques will be developed and applied to the context of groups.

**MAT 3313  CALCULUS III WITH SOLID ANALYTIC GEOMETRY**

Four hours. Prerequisite: MAT 2312. Solid analytic geometry, vector calculus, partial differentiation, multiple integrals, and other coordinate systems. Use of computer algebra system (CAS) required. *Gen Ed: Qn*

**MAT 3330 HISTORY OF MATHEMATICS**

Four hours.  Prerequisite: MAT 2312.  A study of the trends and developments in mathematics throughout the centuries and how these trends and developments influence art, culture, technology, and thought.

**MAT 3350  DIFFERENTIAL EQUATIONS**

Four hours. Prerequisite: MAT 2312. Students use qualitative, numerical, and analytical techniques to study solutions of ordinary differential equations and systems of ordinary differential equations. Topics include analytic methods for solving separable and linear differential equations, numeric methods, existence and uniqueness theorems, systems of linear differential equations, stability of autonomous systems, discrete dynamical systems, and chaos. Use of a computer algebra system is required.

**MAT 3355 CODING THEORY**

Four hours.  Prerequisite:  MAT 2312.  The study of binary codes over fields of characteristic stressing the construction, encoding and decoding of several important families of codes.

**MAT 3960 FIELD EXPERIENCE**

One to four hours.  Prerequisite:  Junior or senior standing; permission of instructor; minimum 2.8 overall GPA and a 3.0 math GPA.  Correlating theory and practice in two operational settings; supervision by cooperating practitioners and faculty in several areas of application.  One hour of credit will be awarded for every forty hours of internship experience.  This course may be repeated for up to 6 hours credit.

**MAT 4205  ALGEBRAIC STRUCTURES**

Four hours. Prerequisite: MAT 3205. This course explores the basic properties of the fundamental structures found so very useful to algebraists, notably, rings, fields, and groups. It also entails a significant collaborative research and problem-solving capstone experience.

**MAT 4315  ELEMENTARY ANALYSIS**

Four hours. Prerequisites: MAT 3205 and MAT 3313. The beginning study of analysis including countability, sequences, convergence, limits, continuity, and differentiation.

**MAT 4442  PROBABILITY AND STATISTICS**

Four hours. Prerequisites: MAT 2022 or MAT 2032 and MAT 2312. Study of probability models, random variables, discrete and continuous distributions, sampling estimation, multivariate random variables, hypothesis testing and confidence intervals.

### MAT 4452 PREPARATION FOR ACTUARIAL EXAM P

Two hours. Prerequisites: MAT 2312 and Prerequisite or Corequisite: MAT 4442; or permission of instructor. Integrates calculus and probability topics into fundamental tools for assessing risk in an actuarial environment. Calculus and probability topics include derivatives, integrals, partials, random variables, distributions, and conditional probability. This course is a preparatory course for the Society of Actuaries/Casualty Actuarial Society Course/Exam P.

### MAT 4630  SELECTED TOPICS IN MATHEMATICS

Two or four hours. Prerequisite: Permission of instructor. Covers contemporary topics at an advanced level in mathematics (such as graph theory, group theory, knot theory, linear algebra, logic, modern algebra, real analysis, topology). Course may be repeated for credit with a different topic.

### MAT 4645  SELECTED TOPICS IN COMPUTER SCIENCE AND MATHEMATICS

Two or four hours. Same as CSC 4645. Prerequisite: Permission of instructor. Covers contemporary topics at an advanced level in applied mathematics and computer science. (For example: numerical methods, graph theory.) Course may be repeated for credit with a different topic.

### MAT 4960/4961  SENIOR INTERNSHIP IN MATHEMATICS

Four hours. Prerequisite: Senior standing; completion of department approval procedure; minimum cumulative GPA of 2.8 and minimum GPA of 3.0 in the major; successful completion of coursework that satisfies Effective Communication SLO's A and B. The combination of research and practical experience, provides students with a combination of theoretical understanding, critical-thinking skills, and hands-on experience that employers seek. Internships correlate theory and practice in two operational settings; supervision by cooperating practitioners and faculty in several areas of application. A minimum of 160 hours of internship experience is required. ***Gen Ed: EC-C***

### MAT 4999  MATHEMATICS SENIOR SEMINAR

Four hours. Prerequisites: senior standing, successful completion of coursework that satisfies Effective Communication SLOs A and B. This course entails a student led development of knowledge in a subject outside the scope of the existing mathematics curriculum. Students work through the material and display their knowledge of the subject in oral presentations and written documentation. ***Gen Ed: EC-C***

## MEDICAL LABORATORY SCIENCES - MLS

### MLS 3100 INTRODUCTION TO CLINICAL LABORATORY SCIENCES

Three hours: Prerequisite: Medical Laboratory Sciences majors. Co-requisite or prerequisite: BIO 3710. Basic aspects of clinical laboratory sciences are covered, including general clinical laboratory safety, proper use and care of laboratory equipment, an overview of clinical laboratory tests, administrative aspects of clinical laboratory work, and educational and career requirements for the MLS professional.

### MLS 3200 CLINICAL CHEMISTRY AND IMMUNOLOGY

Three hours: Prerequisite: medical laboratory sciences major and BIO 4300. Prerequisite or co-requisite: MLS 3100. Explore critical chemical and immunological concepts for the medical laboratory sciences professional.

### MLS 3300 PHLEBOTOMY

Three hours: Prerequisite: medical laboratory sciences major. Prerequisite or co-requisite: MLS 3100. Study various aspects of phlebotomy, including the conceptual, procedural, legal and ethical aspects of working with specimens, samples and patients.

**MLS 4100 CLINICAL HEMATOLOGY**
Three hours: Prerequisite: MLS 3100. A detailed exploration of structure, function and disorders of hematopoietic cells and tissues.

**MLS 4200 CLINICAL IMMUNOHEMATOLOGY**
Three hours: Prerequisite: MLS 3100 and BIO 4300. A detailed exploration of the processes of blood donation and transfusion, with emphasis on detection and analysis of blood components and disease states.

**MLS 4300 CLINICAL HEMOSTASIS, URINALYSIS AND BODY FLUIDS**
Two hours: Prerequisite: MLS 3100. A detailed exploration of structure, function and disorders of thrombopoietic cells and kidney and urinary structure and function, with emphasis on testing procedures for coagulation, urine and other body fluids.

**MLS 4400 CLINICAL MICROBIOLOGY**
Three hours: Prerequisite: MLS 3100 and BIO 3400. Explore the basic morphology and biochemical characteristics of clinically significant microorganisms, along with appropriate testing procedures for detection in patient samples.

**MLS 4500 MOLECULAR PATHOLOGY METHODS**
One hour: Prerequisite: MLS 3100 and BIO 3362. Examine the concepts and methods behind modern molecular clinical testing are explored.

**MLS 4800 MEDICAL LABORATORY SCIENCES PRACTICUM**
Eight hours: Prerequisite: MLS 3100 and MLS 4400. Application of medical testing concepts to laboratory settings. Students will rotate through multiple laboratory facilities in a clinical setting to gain experience in the methods and procedures needed for the medical laboratory science professional.

**MLS 4900 MEDICAL LABORATORY SCIENCES CAPSTONE**
Four hours: Prerequisite: MLS 3100 and MLS 4400 and successful completion of coursework that satisfies Effective Communication SLOs A and B. Students will consider special topics in Medical Laboratory Sciences, which may include case study analysis, interpretation of information and consideration of new technologies. Students will perform literature and/or laboratory research, and will present their findings in oral and written formats. ***Gen Ed: EC-C.***

# MILITARY SCIENCE AND LEADERSHIP - MSL

**MSL 1001 INTRODUCTION TO THE ARMY AND CRITICAL THINKING**
Two hours. Lab required. Learn how the personal development of life skills such as cultural understanding, goal setting, time management, stress management, and comprehensive fitness relate to leadership, officership, and the Army profession. The focus is on developing basic knowledge and comprehension of Army leadership dimensions, attributes and core leader competencies while gaining an understanding of the ROTC program, its purpose in the Army, and its advantages for the student.

**MSL 1002  INTRODUCTION TO THE PROFESSION ARMS**
Two hours. Lab required. Discover the professional challenges and competencies that are needed for effective execution of the Profession of Arms and Army communication. Learn how Army ethics and values shape the Army and the specific ways these ethics are inculcated into Army culture.

**MSL 2001 LEADERSHIP AND DECISION MAKING**
Two hours. Lab required. Student's outcomes will be demonstrated through critical and creative

thinking and the ability to apply Troop Leading Procedures (TLP). Comprehension of the officer's role in leading change by applying innovative solutions to problems in concert with the principles of mission command. The Army profession is also stressed through leadership forums and a leadership self-assessment.

### MSL 2002 ARMY DOCTRINE AND TEAM DEVELOPMENT

Two hours. Lab required. Begin the journey to understand and demonstrate cross-cultural competencies as they relate to Army doctrine and how they apply in a combatant commander's engagement strategies. Army values, teamwork, and warrior ethos and their relationship to the law of land warfare and philosophy of military service are also stressed. The ability to lead and follow is also covered through team-building exercises in small units up to squad level.

### MSL 2006 AMERICAN MILITARY HISTORY (FALL AND SPRING)

Four hours. Development and operations of the American military system from the Colonial period to the present. Focuses on the evolution of professionalism in the American military and the place of the American military in society. Open to all FSC students.

### MSL 3001 TRAINING MANAGEMENT AND THE WARFIGHTING FUNCTIONS

Four hours. Lab required. This course challenges students to study, practice, and apply the fundamentals of Army leadership, officership, Army values and ethics, personal development, and small unit tactics at the platoon level. Students receive systematic and specific feedback on their leadership attributes values, and core leader competencies from instructor, other ROTC cadre, and MSL IV Cadets using the Cadet Officer Evaluation System (OES).

### MSL 3002 APPLIED LEADERSHIP IN SMALL UNIT OPERATIONS

Four hours. Lab required. This is an academically challenging course where students will study, practice, and apply the fundamentals of Army leadership, officership, Army values and ethics, personal development, and small unit tactics at the platoon level. At the conclusion of this course, students will be capable of planning, coordinating, navigating, motivating and leading a squad and platoon in the execution of a mission during a classroom PE, a Leadership Lab, or during a Leader Training Exercise (LTX). The objective of this course is to integrate the principles and practices of effective leadership, military operations and personal development in order to adequately prepare students for the summer Cadet Leader Course (CLC).

### MSL 4001 THE ARMY OFFICER

Four hours. Lab required. The Army Officer explores the dynamics of leading in the complex situations of current military operations. Examine differences in customs and courtesies, military law, principles of war, and rules of engagement in the face of international terrorism. Explore aspects of interacting with non-government organizations, civilians on the battlefield, the decision-making processes and host nation support.

### MSL 4002 COMPANY-GRADE LEADERSHIP

Four hours. Lab required. Company-Grade Leadership is an academically challenging course where students study, practice, develop, and apply critical thinking skills pertaining to Army leadership, officer skills, Army values and ethics, personal development, and small unit tactics at platoon level. This course includes reading assignments, homework assignments, small group assignments, briefings, case studies, practical exercises, mid-term exam, and a capstone exercise in place of the final exam. For the capstone exercise, students will be required to complete an oral practicum that will evaluate students' knowledge of the 20 Army Warfighting Challenges (AWFC) covered throughout MSL 4001 and 4002 coursework.

### MSL 4960  CADET SUMMER TRAINING BASIC CAMP (BC) (SUMMER)

Three hours. Pass/Fail. Elective credit only. Beginning military science students who did not com-

plete the first two years of Military Science and Leadership instruction may attend Basic Camp (BC) at Fort Knox, Kentucky. Basic Camp is approximately 30 days and attendees receive pay for time spent in the course. The course introduces students to military life, provides challenging leadership scenarios, and requires participants to use their personal courage to overcome obstacles and difficult situations. Students must be physically and academically qualified to attend the course.

### MSL 4961  CADET SUMMER TRAINING ADVANCED COURSE (AC) (SUMMER)

Three hours. Pass/Fail. Elective credit only. The Cadet Summer Training Advanced Course (AC) is mandatory for students who have completed their junior year in the Military Science and Leadership program and are progressing to their senior year in the program. The course is 31 days at Fort Knox, Kentucky, and attendees receive pay for the time spent in the course. The course tests student proficiency in military leadership skills in realistic scenarios. Students participate in the scenarios with students from other universities across the country. Students must be physically qualified to attend the course.

# MUSIC – MUS

### ENSEMBLE PARTICIPATION

One hour. This course focuses on group instruction in music with a major emphasis on skill development, conceptual understanding, and aesthetic appreciation of appropriate ensemble literature, culminating in live concert performance experiences. Ensembles carry one semester hour of credit for each semester of participation.

**CHAMBER SINGERS: MUS 1101–1102, 2201–2202, 3301–3302, 4401–4402** *GEN ED: FA*
**WOMEN'S CHORALE: MUS 1103–1104, 2203–2204, 3303–3304, 4403–4404** *GEN ED: FA*
**MEN'S CHORALE: MUS 1105–1106, 2205–2206, 3305–3306, 4405–4406** *GEN ED: FA*
**OPERA THEATRE: MUS 1107–1108, 2207–2208, 3307–3308, 4407–4408** *GEN ED: FA*
**CONCERT CHOIR: MUS 1109–1110, 2209–2210, 3309–3310, 4409–4410** *GEN ED: FA*
**SYMPHONY BAND: MUS 1111–1112, 2211–2212, 3311–3312, 4411–4412** *GEN ED: FA*
**JAZZ ENSEMBLE: MUS 1113–1114, 2213–2214, 3313–3314, 4413–4414** *GEN ED: FA*
**WIND ENSEMBLE: MUS 1117–1118, 2217–2218, 3317–3318, 4417–4418** *GEN ED: FA*
**PIANO ENSEMBLE: MUS 1119–1120, 2219–2220, 3319–3320, 4419–4420** *GEN ED: FA*
**ORCHESTRA: MUS 1121–1122, 2221-2222, 3321-3322, 4421-4422** *GEN ED: FA*
**CHAMBER ENSEMBLES: MUS 1123–1124, 2223–2224, 3323–3324, 4423–4424** *GEN ED: FA*

### MUSIC PERFORMANCE

One to four hours. Prerequisite: permission of the instructor. Individual instruction in voice or instrument. All applied lessons include a required performance class lab that is required of all majors studying on their principal instruments, which meets an additional one-hour per week and does not carry additional credit. The performance classes provide opportunities for performance instruction, group recitals, group critiques, single-instrument or vocal ensembles, instruction in pedagogy, and other appropriate learning activities.

**An accompanying fee of $35 per semester for applied music courses in strings, voice, brass and woodwinds will be assessed.**

**STRINGS (VIOLIN, VIOLA, CELLO, BASS): MUS 1131–1132, 2231–2232, 3331–3332, 4431–4432**

**PIANO: MUS 1133–1134, 2233–2234, 3333–3334, 4433–4434**

**KEYBOARD MUSICIANSHIP I, II, III, IV: 133C–134C, 233C–234C**

**WOODWINDS (FLUTE, CLARINET, OBOE, BASSOON, SAXOPHONE): MUS 1135–1136, 2235–2236,**

**3335–3336, 4435–4436**

**BRASS (TRUMPET, TROMBONE, FRENCH HORN, EUPHONIUM, TUBA): MUS 1137–1138, 2237–2238, 3337–3338, 4437–4438**

**PERCUSSION: MUS 1139-1140, 2239-2240, 3339-3340, 4439–4440**

**VOICE: MUS 1143-1144, 2243–2244, 3343–3344, 4443–4444**

**CLASSICAL GUITAR: MUS 1147–1148, 2247–2248, 3347–3348, 4447–4448**

**STUDENT RECITAL: MUS 1197–1198, 2297–2298, 3397–3398, 4497–4498**
Ungraded lab required of all music majors. There is no credit for this lab.

**MUS 3390  JUNIOR RECITAL**
One hour. Prerequisite: Permission of instructor. This course combines individual instruction in voice or instrument with the preparation for and performance of the Junior Recital. Requirements for the recital are determined by candidate's major area. An accompanying fee of $100 for strings, voice, and winds will be assessed during the semester(s) of enrollment in junior recital.

**MUS 4490  SENIOR RECITAL**
One hour. Prerequisites: Permission of instructor; and, for candidates for the Bachelor of Music degree, successful completion of the Junior Recital. This course combines individual instruction in voice or instrument with the preparation for, and performance of, the Senior Recital. Requirements for the recital are determined by candidate's major area. An accompanying fee of $100 for strings, voice, and winds will be assessed during the semester(s) of enrollment in senior recital.

## MUSIC APPRECIATION

### MUS 1163 EXPLORATIONS IN MUSIC AND DANCE
Four hours. Explore the broad, complex, and diverse relationship between music and dance. Topics also include the impact of music and dance in history, culture, and today's society. ***Gen Ed: FA***

### MUS 1164 HISTORY OF JAZZ
Four hours. Development of jazz as a medium of musical expression. ***Gen Ed: FA***

### MUS 1165 GREAT WORKS OF MUSIC
Four hours. A comprehensive survey of western music. ***Gen Ed: FA***

### MUS 1166 CARIBBEAN MUSIC
Four hours. This course studies and explores the history and social impact of music in Cuba, Puerto Rico, Dominican Republic, Haiti, and Jamaica from the late 18th century to the present. Characteristics and development of musical genres are discussed along with their relationships to those of neighboring nations. No prior musical knowledge is required. ***Gen Ed: FA***

## MUSIC THEORY

### MUS 1070 INTRODUCTION TO MUSIC THEORY
Three hours. A comprehensive review of the fundamentals of music theory. This course does not count for credit toward the music major.

### MUS 1151 AURAL SKILLS I
One hour. This course teaches about and gives practice in recognizing musical events and elements by ear and in singing musical elements or materials at sight.

**MUS 1152  AURAL SKILLS II**
One hour. Prerequisite: MUS 1151. This course builds on skills developed in previous aural skills courses. It teaches about and gives practice in recognizing musical events and elements by ear and in singing musical elements or materials at sight.

**MUS 1173  THEORY: INTRODUCTORY HARMONY**
Three hours. Prerequisite: A passing score on the Music Department's Basic Music Theory Exam. This course covers written diatonic harmony and basic chromatic harmony through part-writing, functional analysis, and original composition.

**MUS 1179–1180, 2279–2280, 3379–3380, 4479–4480  COMPOSITION**
One to three credit hours. Prerequisite: approval of instructor. This course consists of supervised composition for various media through both seminar sessions and individual instruction.

**MUS 2251  AURAL SKILLS III**
One hour. Prerequisite: MUS 1152 or permission of the instructor. This course builds on skills developed in previous aural skills courses. It teaches about and gives practice in recognizing musical events and elements by ear and in singing musical elements or materials at sight.

**MUS 2252  AURAL SKILLS IV**
One hour. Prerequisite: satisfactory completion of MUS 2251 or permission of the instructor. This course builds on skills developed in previous aural skills courses. It teaches about and gives practice in recognizing musical events and elements by ear and in singing musical elements or materials at sight.

**MUS 2271  THEORY: ADVANCED HARMONY I**
Three hours. Prerequisite: MUS 1173 or permission of the instructor. Study of modulation, chromatic and extended traditional harmonic practices, and advanced counterpoint.

**MUS 2272  THEORY: ADVANCED HARMONY II**
Three hours. Prerequisite: MUS 2271. Study of modulation, chromatic and extended traditional harmonic practices, and advanced counterpoint.

**MUS 3371  THEORY: FORM AND ANALYSIS**
Three hours. Prerequisite: MUS 2272. This course emphasizes detailed stylistic analysis of musical forms from the Baroque, Classical, Romantic and Modern periods.

**MUS 3372  THEORY: COUNTERPOINT**
Two hours. Prerequisite: MUS 3371. The course consists of an in-depth study of contrapuntal processes from 18th-century practices to current procedures. Original compositions: Two-Part invention, Three-voice fugue, Chorale Prelude, and Twelve-Tone composition.

**MUS 4471  ORCHESTRATION**
Two hours. Prerequisite: MUS 3371. Techniques of effective scoring for orchestra.

## MUSIC EDUCATION

**MUS 2275  STRINGS PEDAGOGY**
One hour. Preparation for teaching and demonstrating all stringed instruments.

**MUS 2276  WOODWINDS PEDAGOGY**
One hour. Preparation for teaching and demonstrating all woodwind instruments.

### MUS 2277  CHORAL PEDAGOGY
One hour. Techniques and materials for leading a choral music program in a secondary school classroom setting.

### MUS 3375  BRASS PEDAGOGY
One hour. Preparation for teaching and demonstrating all brass instruments.

### MUS 3376  PERCUSSION PEDAGOGY
One hour. Preparation for teaching and demonstrating all percussion instruments.

### MUS 3377  VOCAL PEDAGOGY
One hour. Techniques and materials for teaching voice in the individual and the group lesson.

### MUS 3378  PIANO PEDAGOGY
Two hours. Prerequisite: permission of the instructor. This course is designed to present concepts and materials for private piano teaching with emphasis on practical guidelines for studio work.

### MUS 3385  MARCHING BAND TECHNIQUES
Three hours. Prerequisite: MUS 2271 or permission of the instructor. This course familiarizes students with procedures used to establish and maintain a marching band program in a secondary school setting. Students gain knowledge and skill in marching fundamentals, field techniques, show design, and administrative procedures. A field study experience with a public school marching band in Polk County is required.

### MUS 4476  ELEMENTARY METHODS
Three hours. Prerequisite: permission of the instructor. Emphasizes the development of essential competencies for teaching music at the elementary level. Course includes survey of appropriate materials, research-based techniques and teaching strategies.

### MUS 4477  SECONDARY METHOD AND MATERIALS
Three hours. Prerequisite: permission of the instructor. This course emphasizes the development of essential competencies for teaching music at the secondary level. Areas addressed in this course are: 1) Teaching Competencies, 2) Administrative Competencies, and 3) Literature.

### MUS 4889  MUSIC EDUCATION SEMINAR
One hour. Prerequisite: Enrollment in EDU 4990. This course emphasizes the further development of essential competencies for teaching music in the public schools. Areas addressed in this course are - 1) Music Teaching Competencies, 2) Administrative Competencies, and 3) Repertoire.

## MUSIC HISTORY AND LITERATURE

### MUS 2281  HISTORY AND LITERATURE OF THE PIANO
Two hours. Prerequisite: permission of the instructor. Development of the piano and its literature with stylistic approach to traditions and interpretation. Recommended for majors with piano concentration.

### MUS 3381  HISTORY OF MUSIC I
Four hours. Prerequisite: six hours of music theory and successful completion of coursework that satisfies Effective Communication SLOs A and B. The development of musical thought from antiquity through the Baroque era, illustrated through study of representative compositions. *Gen Ed: SW, EC-C*

### MUS 3382  HISTORY OF MUSIC II
Four hours. Prerequisite: six hours of music theory. The development of musical thought from the

end of the Baroque era through the present, illustrated through study of representative composi-
tions. *Gen Ed: SW*

### MUS 3383  VOCAL LITERATURE I
One hour. Examination of traditional Italian, German, and French repertory for voice.

### MUS 3384  VOCAL LITERATURE II
One hour. Examination of repertory for voice by English and American composers.

## MUSIC MANAGEMENT

### MUS 2253  INTRODUCTION TO MUSIC BUSINESS
Two hours. Examines the various aspects of the music industry including product oriented
business, hall management and promotions, recording industry, and unions.

### MUS 2255  MUSIC PRODUCT AND RETAILING
Two Hours. Prerequisite: MUS 2253. Thorough acquaintance with piano, wind instruments,
home and church organ, and string, percussion, and electronic instruments. Methods of retail-
ing music products, including instruments, publications, and artist management.

### MUS 3359  MUSIC MANAGEMENT
Two Hours. Prerequisite: MUS 2255. Examination of music publishing, copyright regulations,
finance contracts, governmental regulations, and concert management.

### MUS 4461  INTERNSHIP SEMINAR
Three Hours. Prerequisites: Completion of all courses required in the Music (B.S.) with a Concen-
tration in Music Management curriculum and permission of the instructor. A course that takes
place the first three or four weeks and last two weeks of the final semester to prepare students for
the Music Management Internship (4462) and with all the necessary materials necessary after
graduation.

### MUS 4462  MUSIC MANAGEMENT INTERNSHIP
Nine hours. Prerequisites: completion of all courses required in this curriculum and permission
of the instructor. A nine week internship in the music industry is required of all students electing
the Bachelor of Science in Music Management.

## MUSIC: GENERAL OFFERINGS

### MUS 1162  MUSIC AND WELLNESS
Two Hours.  This course will focus on issues of health and wellness, geared specifically toward
those preparing to enter the field of music.  Physical and psychological aspects will be explored,
with a focus on stress management, performance anxiety, vocal and hearing health and safety,
repetitive motion injuries, and exercise and nutrition programs.  *Gen Ed: Well*

### MUS 1184  ENGLISH DICTION
One hour. One semester of study of English diction for voice concentration majors.

### MUS 1185  GERMAN DICTION
One hour. One semester of study of German diction for voice concentration majors.

### MUS 1186  ITALIAN DICTION
One hour. One semester of study of Italian diction for voice concentration majors.

### MUS 1187  FRENCH DICTION
One hour. One semester of study of French diction for voice concentration majors.

### MUS 3386  FUNDAMENTALS OF CONDUCTING I

Two hours. Prerequisite: MUS 2272. This is a course in organizing and conducting choral and instrumental ensembles in which basic conducting technique (patterns, posture, subdivision of beats, starting, stopping, cues, and baton technique) is acquired.

### MUS 3387  FUNDAMENTALS OF CONDUCTING II

Two hours. Prerequisite: MUS 3386. This course continues the conducting curriculum with: (A) further study of the techniques of choral and instrumental conducting, (B) score study and preparation, (C) rehearsal planning, pacing and execution; (D) interpretative factors: group tone development; (E) ensemble literature.

### MUS 3388  JAZZ IMPROVISATION

One hour. Improvisational techniques in actual jazz performance.

### MUS 3389  ACCOMPANYING AND COACHING

One hour. Prerequisite: permission of the instructor. Instrumental and vocal accompanying for the pianist with emphasis on stylistic traditions and with special attention to the art song.

# NURSING – NUR

### NUR 1103 HEALTH AND WELLNESS FOR SELF AND COMMUNITY

Two hours. This course examines health and wellness for individuals as well as communities. An emphasis is placed on the factors that influence healthy lifestyles and how these behaviors can be applied in the lives of healthcare providers. Students participate in self-assessments that provide information about their health and wellness behaviors and their overall health status. In addition, students will learn strategies that improve lifetime health and wellness for self and community. *Gen Ed: Well*

### NUR 1105 NURSING FOUNDATIONS I

Two hours: This introductory course provides an overview of nursing as a profession including the history, the present day health care system, and the principles which provide a foundation for the beginning study of the practice of nursing. Students consider the role of a professional nurse as care provider and the legal, ethical, social, and cultural influences to the delivery of health care in the United States. Students learn study and testing techniques unique to nursing and utilize campus resources and online learning skills necessary for successful learning of nursing. This course may be taught as a learning community course or a living learning community course.

### NUR 1106 NURSING FOUNDATIONS II

Two hours. This introductory course is a continuation of study regarding nursing as a profession. Learning includes communication with individuals regarding health and illness concerns according to the nursing process and the roles of the nurse and other health care professionals. Evidence based practice is introduced including selected nurse theorists/ theories. The political activist role of the nurse and its implications to the health care system are presented. Students complete a scholarly paper using APA format. This course may be taught as a learning community course or a living learning community course.

### NUR 2202 NURSING FUNDAMENTALS

Six hours. Prerequisite: Nursing majors only. This course introduces students to the scientific basis for nursing practice and the safe care of patients with diverse needs. Nursing skills are simulated and practiced in the clinical skills assessment laboratory prior to performing in the actual clinical setting. This is a clinical course and students participate in patient care experiences in area health care facilities under direct guidance of faculty and clinical preceptors.

### NUR 3102 CONCEPTUAL FOUNDATIONS OF NURSING

Four hours. This course introduces the student to the rationale and values inherent in a baccalaureate education in nursing. It enables the student to explore professional nursing practice, philosophical perspectives of nursing, legal and ethical issues relevant to practice and the changing practice environment. This is generally the first nursing major course. RN-to-BSN program only.

### NUR 3104 APPLIED PATHOPHYSIOLOGY

Four hours. Prerequisite: Nursing major only. Pathophysiology is the study of altered human physiology and disease processes. The course content provides a basis for nursing practice through learning body organ systems, homeostatic mechanisms, and the body's response to illness and injury.

### NUR 3106 BASICS OF HEALTH ASSESSMENT

Four hours. Prerequisite: Nursing major. This course prepares the student to collect and document data accurately as required for a basic health assessment of patients across the life span. It includes a skills laboratory component.

### NUR 3204 APPLIED PHARMACOLOGY

Four hours. Prerequisite: Nursing major only. In this course the student analyzes the principles of pharmacokinetics, pharmacodynamics, and pharmacotherapeutics of drugs commonly used in the management of acute and chronic illnesses. Emphasis is on developing critical thinking skill in drug administration and monitoring therapeutic response for a culturally diverse population.

### NUR 3510 PSYCHIATRIC NURSING CARE

Four hours: Prerequisites: NUR 2202 and NUR 3106. This course explores mind, body, and spirit alterations in functional health patterns experienced by patients with acute and chronic mental illness and examines psychopathology, psychopharmacologic therapies, community resources and the role of the nurse in psychiatry.

### NUR 3530 MATERNAL AND NEWBORN NURSING CARE

Four hours. Prerequisites: Nursing majors and NUR 2202 and NUR 3106. This course introduces students to the care of women during child bearing years, pregnancy, labor and delivery, perinatal and newborn care. This is a clinical course and students provide direct patient care in a variety of health care settings.

### NUR 3540 PEDIATRIC NURSING CARE

Four hours. Prerequisites: Nursing majors and NUR 2202 and NUR 3106. Nursing concepts are presented related to the delivery of nursing care for the childrearing family and children from infancy through adolescence. Principles of growth and development are applied as the student learns to provide nursing care and health teaching for promoting, maintaining, and restoring health in infants, children, and adolescents.

### NUR 3585 ADULT HEALTH NURSING CARE I

Six hours. Prerequisites: NUR 2202, NUR 3106, and BIO 2215, BIO 2216. In this course, concepts from behavioral, biological and natural sciences are integrated applied to the treatment of adult patients in acute care settings. Students participate in clinical placement primarily in area hospitals under the guidance of faculty to develop competent and safe therapeutic nursing interventions directed toward promoting, maintaining and restoring heath or providing end of life care for a culturally diverse patient population.

### NUR 4110 EVIDENCE BASED HEALTH CARE

Four hours. Prerequisites: MAT 2022 or MAT 2032 and nursing major or permission of the in-

structor and successful completion of coursework that satisfies Effective Communication SLOs A and B. This course integrates theory and concepts from health care and nursing that apply to the generation, appraisal, use, and dissemination of research that contributes to safe, effective, and high-quality healthcare practice and delivery. ***Gen Ed: EC-C***

### NUR 4210 SENIOR SEMINAR

Two hours. Prerequisite: Senior standing in nursing major. The senior seminar is a capstone class to prepare students for graduation, NCLEX licensing exam review, and entry into practice. Standardized testing is used to monitor progress and a final exit exam must be passed to qualify for completing the BSN major.

### NUR 4550 TOPICS IN GLOBAL HEALTH CARE

One to eight hours. Prerequisites: Nursing or health science major and permission of the instructor. Students in other majors may be eligible to take this course with permission of the Dean of the School of Nursing and Health Sciences. This is an elective course that allows a student to experience health care in a global setting. Each course is developed separately depending on availability of resources and suitability of the experience for students. Variable credit will reflect the amount of time expended by each student as 1 credit hour for each 40 clock hours. Course work during the fall or spring semester may be tied to a trip abroad to various countries. Typical trips may be supporting a rural health clinic in Latin America, patient care in a small hospital in Africa, or community health projects in Asia or other parts of the world.

### NUR 4570 COMMUNITY HEALTH NURSING CARE

Four hours. Prerequisites: Nursing majors and NUR 2202 and NUR 3106. Students will apply concepts, theories, and practice from nursing and public health sciences to assess the health and health care delivery for culturally diverse and vulnerable populations. Students will assess physical, social, and cultural environments, identify populations at risk, and implement and evaluate appropriate nursing interventions in partnership with community and other health agencies.

### NUR 4575 INTRODUCTION TO GLOBAL AND POPULATION HEALTH

Four hours. Prerequisites: Senior level nursing majors, NUR 4570, MAT 2022 or MAT 2032, and permission of instructor. This course provides an introduction to the field of global and population health, focusing on developed and developing countries. Students will be introduced to the determinants of health and disease. Current and emerging global health priorities, including emerging infectious diseases, poverty, conflicts and emergencies, health inequality, health systems reforms, and major global initiatives will be analyzed. Students will review current case studies that highlight controversies in global health and identify strategies to improve the health of populations.

### NUR 4585 ADULT HEALTH NURSING CARE II

Six hours. Prerequisites: Nursing major and NUR 3585. This course will build on previously learned material and will concentrate on the emergent needs of adult patients with complex health care needs and critical illness. Coursework is supplemented with onsite clinical experiences in acute care units and/or emergency departments in area hospitals.

### NUR 4590 LEADERSHIP PRACTICUM

Four hours. Prerequisites: senior standing as a nursing or health science major and permission of instructor. In this course the student examines his or her personal development as a health care professional and identifies goals for transitioning to practice. Leadership skills and life management skills are refined. Political, legal, and advocacy issues in nursing and health care are examined. Students conduct an independent practicum at area health care facilities.

**NUR 4591 NURSING LEADERSHIP**
Three hours. Prerequisite: Senior standing as a nursing major. Examine personal development as a health care professional and identify goals for transitioning to practice. Refine leadership and life management skills. Examine political, legal, and advocacy issues in nursing and health care.

**NUR 4595 ADULT HEALTH NURSING CARE III**
Six hours. Prerequisites: Senior nursing major and NUR 4585. This capstone course serves as a synthesis of prior learning regarding adult health and nursing, including an emphasis on older adults and their social, ethical, legal, cultural, environmental, and financial issues. Clinical experiences continue in critical care units as well as settings providing palliative care and care for adults with organ and system failure, end-stage disease processes, and life-threatening illnesses.

**NUR 4960/4961 NURSING PRACTICUM**
Three to four hours. Prerequisites: nursing or health science majors and permission of instructor. The internship provides an intensive experiential experience through supervised practice in a wide variety of heath care settings. The course helps students to build self-confidence, to increase competency with the delivery of evidence-based care, and to perform in a professional role. To the degree possible, students request an internship site consistent with their area of interest and are guided by a preceptor in collaboration with a FSC faculty member.

**NUR 4999  CAPSTONE SEMINAR IN NURSING**
Four hours. Prerequisites: nursing major and permission of the instructor. This course allows the student to develop and initiate a plan of quality improvement initiated as a nursing leader at a healthcare facility or organization. The plan includes concepts of continuous quality management and QSEN discussed throughout the curriculum. The student practices roles of provider of care, designer/manager/coordinator of improvement and member of a professional nursing leader. There is a clinical experience associated with this course. RN-to-BSN program only.

# PHILOSOPHY – PHI

**PHI 1109 WHAT IS PHILOSOPHY?**
Four hours. Before we can approach the task of thinking philosophically, whether about ethics, religion, politics, art, knowledge, truth, or reality, we must first endeavor to understand how it is that one thinks philosophically. It is the aim of this course to answer this question by introducing the student to the basic divisions within philosophy in order to equip them with the skills necessary for further study. More generally, it is the goal of this course to invite the student into the practice of philosophical and critical thinking which could be applied to whatever course of study the student pursues. ***Gen Ed: MV, QI***

**PHI 2204  ETHICS**
Four hours. Ethics involves the exploration of fundamental questions of meaning and value: What is the nature of the good life? How ought we to treat one another? Are there basic rights all people enjoy, and, if so, what are they? Are there universal standards of morality, or are right and wrong relative to culture, historical period, or individual opinion? The course explores these questions through various philosophical theories and their practical applications. ***Gen Ed: MV, QI***

**PHI 2208  LOGIC**
Four hours. Logic is the study of methods of correct reasoning. As such it can be approached both from "formal" and "informal" perspectives, both of which feature in the course. Informal logic involves critical thinking techniques that are practically useful in everyday argument and debate. Formal logic, also known as symbolic logic, involves mathematical models that reveal the underlying structure of reasoning and are applicable for various purposes, including most notably

computer programming. The course emphasizes how both approaches are useful for solving re-al-world problems from various fields. *Gen Ed: Qn*

### PHI 2219  WORLD RELIGIONS AND PHILOSOPHIES

Four hours. Same as REL 2219. Introduces students to the origins; founders; historical development; scriptures; fundamental concepts, such as views of ultimate reality, the meaning of life, and human hope; religious practices; personal and social ethics; culture context and impact; and contemporary relevance of the world's living religions and their associated philosophies. *Gen Ed: MV, SW, Ql*

### PHI 2224  BUSINESS ETHICS

Four hours. The application of ethical standards to business decisions. After an initial survey of ethical theories and models for decision-making, students engage actual business dilemmas in which they will be required to make and justify decisions. *Gen Ed: MV, Ql*

### PHI 3109  GREAT PHILOSOPHERS I

Four hours. Prerequisite: One other course in philosophy or permission of the instructor. This course explores the thought of key figures in the development of Western thought from the dawn of philosophy in the 6th century B.C.E. to the rise of modernity. The emphasis of the course is on understanding the relevance of the philosophical thought of the past to the challenges of the contemporary world. The course includes but is not necessarily limited to the following thinkers, traditions, and schools of thought: Pre-Socratics, Socrates, Plato, Aristotle, Hellenistic philosophers, medieval philosophy (especially Augustine and Aquinas), and Renaissance humanism. *Gen Ed: MV, Ql*

### PHI 3309  GREAT PHILOSOPHERS II

Four hours. Prerequisite: One other course in philosophy or permission of the instructor. This course explores the thought of key figures in the development of Western thought from the beginning of the modern period to the present. The emphasis of the course is on understanding the relevance of early modern and contemporary philosophical thought to enduring questions about the human condition. Students in the course develop a creative project applying one or more philosophers' ideas to a contemporary problem. The course includes but is not necessarily limited to the following thinkers, traditions, and schools of thought: Descartes, Continental rationalism, British empiricism, Kant, idealism, existentialism, and analytic philosophy. *Gen Ed: MV, Ql*

### PHI 3359  AESTHETICS

Four hours. Prerequisite: One other course in philosophy or permission of the instructor. A survey of the major theories in aesthetics from the history of philosophy as well as contemporary issues in the field. This course also relates aesthetic theory to specific art forms (e.g., painting, literature, theatre, music, film.) Among the topics addressed are the relationships among art, beauty, and reality, the roles of feeling, emotion, and cognition in artistic experience and creation, the connections between art and interpretation, and the mutual relevance of art and philosophy. *Gen Ed: MV, SW, FA, Ql*

### PHI 3365  THEOLOGICAL & PHILOSOPHICAL THEMES IN CONTEMPORARY LITERATURE

Four hours. Same as REL 3365. Prerequisite: Successful completion of coursework that satisfies Effective Communication SLOs A and B. This course is an examination of the religious and philosophical themes in major literary works of the 19th and 20th Centuries. *Gen Ed: MV, EC-C*

### PHI 3388  FUNDAMENTAL QUESTIONS IN THEOLOGY & PHILOSOPHY

Four hours. Same as REL 3388. Prerequisite: Successful completion of coursework that satisfies Effective Communication SLOs A and B. This team-taught course examines philosophical and

theological perspectives on such matters as classical arguments for God's existence, atheistic critiques, the relationship between reason and revelation, life after death, the ground of morality, the problem of evil, religious experience, and religious language. *Gen Ed: MV, QI, EC-C*

### PHI 3500 SOCIAL AND POLITICAL PHILOSOPHY

Four hours. Prerequisite: One other course in philosophy or permission of the instructor. One of the major ways in which philosophy has influenced the world beyond the academy is in the development and dissemination of different political theories. The aim of this course is to familiarize students with the key thinkers, texts, and schools of political philosophy in order to empower them to: 1) evaluate the ways in which those thinkers and theories have influenced and shaped the contemporary geo-political climate; and 2) critically assess their own political assumptions in light of the history of political philosophy.

### PHI 4459 KNOWLEDGE, TRUTH AND REALITY

Four hours. Prerequisite: One other course in philosophy or permission of the instructor and successful completion of coursework that satisfies Effective Communication SLOs A and B. This course explores fundamental philosophical questions about knowledge, reality, and their relationship at an advanced theoretical level. Examples of questions addressed include: What is the nature and structure of reality? What are the nature, ground, and limits of human knowledge? Are reality and our knowledge of it fully objective or do they involve relativistic and/or subjective elements? What is the relationship between our linguistic descriptions of reality and reality itself? What are the relationships among the natural/social sciences, philosophical theory, cultural constructions, and subjective experience? *Gen Ed: MV, QI, EC-C*

### PHI 4479 SPECIAL TOPICS IN PHILOSOPHY

Four hours. Prerequisites: One other course in philosophy or permission of the instructor, and successful completion of coursework that satisfies Effective Communication SLOs A and B. Philosophy has a rich and diverse history dating back to the beginning of recorded time, manifest in nearly every culture worldwide. With such a broad tradition to draw from, it is the aim of this special topics course to offer students an opportunity to explore subjects in more depth or engage broader, emerging topics within philosophy. *Gen Ed: MV, QI, EC-C*

### PHI 4953-4954 HONORS IN PHILOSOPHY

Six hours distributed over 2 semesters. Prerequisites: Restricted to seniors in the Philosophy program. Seniors must have a cumulative 3.5 GPA, a GPA of 3.66 in Philosophy, and have completed at least half of coursework at FSC. Students in the course sequence work with the professor teaching the course on research projects centered on a particular theme.

### PHI 4960 INTERNSHIP IN PHILOSOPHY

Three to six hours. Prerequisite: senior standing and permission of the faculty. A supervised, semester-long application of critical and philosophical thinking, research, and writing in an approved setting.

### PHI 4999 CAPSTONE SEMINAR IN PHILOSOPHY

Two hours. Prerequisite: senior standing or consent of the professor. A senior seminar in which students assess, articulate and evaluate ideas in philosophy using critical reasoning, and produce original work to be presented to faculty and peers.

# PHYSICAL EDUCATION – PED

## ACTIVITIES

### PED 1005  WELLNESS MANAGEMENT
Two hours. Wellness concepts and activities designed to provide students with lifetime skills for optimal health. Requires participation in organized Wellness Center activities. ***Gen Ed: Well***

### PED 1015  SPECIAL TOPICS IN ACTIVITY COURSES
One hour each. Topics including, but not limited to, martial arts, pilates, and any sport or activity not currently offered under its own title. Students may not repeat the topic, unless it is being offered at a substantially different level.

### PED 2003  SCUBA
One hour. $50.00 fee. An introduction to Scuba by instruction, pool work, and dives. SEI IANTD certification. Rental SCUBA equipment is available for an additional fee. ***Gen Ed: Well***

### PED 2004  BEGINNING WATERSKIING
One hour. Fundamentals of water skiing techniques, safety, boating, and care of equipment. American Water Ski Association certification will be an option.

### PED 2005  BEGINNING GOLF
One hour. This is a course designed to give the student the basic skill rudiments of the game of golf; the laboratory participation class is one in which the beginning phases of golf, including rules and game plays are introduced and practical. ***Gen Ed: Well***

### PED 2006 INTERMEDIATE GOLF
One hour. Prerequisite: PED 2005 or permission of the instructor.

### PED 2010  AEROBICS
One hour. Basic aerobic dance skills, safety procedures and wellness concepts for improving health and fitness. ***Gen Ed: Well***

### PED 2013  VOLLEYBALL
One hour. To develop the fundamentals and knowledge of the exciting game of volleyball. ***Gen Ed: Well***

### PED 2014  SOCCER
One hour. This course is designed to develop the fundamental skills and knowledge of the game of soccer. ***Gen Ed: Well***

### PED 2015  BEGINNING WEIGHT TRAINING AND CONDITIONING
One hour. This course is designed to develop the skills and knowledge necessary to begin and participate in a program of weight lifting as a lifelong activity. ***Gen Ed: Well***

### PED 2018  BASKETBALL
One hour. This course is designed to develop the fundamental skills and knowledge of the game of basketball. ***Gen Ed: Well***

### PED 2019  BEGINNING JOGGING
One hour. An introduction to the sequence of skills necessary to achieve fitness for jogging. ***Gen Ed: Well***

**PED 2020  BEGINNING YOGA**
One hour. This course is designed to give students an introduction to the basics of yoga postures, terminology, philosophy and various systems of yoga. *Gen Ed: Well*

**PED 2026  BEGINNING TENNIS**
One hour. This course teaches the basics for tennis. Included are terms, rules and regulations, etiquette, equipment selection and stroke productivity. In-class practice of drills and individual play is provided. Some video analysis will be done on inclement weather days. *Gen Ed: Well*

**PED 2027  INTERMEDIATE TENNIS**
One hour. Prerequisite: PED 2026 or permission of the instructor. Volley, smash, and lob; doubles play, strategy.

**PED 2028  BADMINTON AND PADDLE GAMES**
One hour. Basic skills in badminton, pickleball, and racquetball.

**PED 2029  LIFEGUARD TRAINING**
One hour. Prerequisite: Ability to swim 500 yards; tread water for two minutes, legs only; surface dive for a 10-pound brick; or permission of the instructor. Course follows requirements for the Lifeguard Training Certificate prescribed by the American Red Cross.

**PED 2030 MARTIAL ARTS I**
One hour. This course is designed to provide introductory knowledge of martial arts. It will include concepts and activities to build an understanding and practice of martial arts and wellness for the mind, body, and spirit. Concepts of strength building, self-defense, flexibility, and other health and wellness benefits will be included.

**PED 3007  WATER SAFETY INSTRUCTION**
One hour. Prerequisite: PED 2029 or American Red Cross Certification in the Emergency Water Safety Course. Identification of appropriate methods and techniques for instructing others to swim. ARC certification.

# COACHING COURSES – PED

**PED 3015  COACHING BASKETBALL**
Two hours. Prerequisite: Permission of instructor.

**PED 3016  COACHING BASEBALL**
Two hours. Prerequisite: Permission of instructor.

**PED 3017  COACHING FOOTBALL**
Two hours Prerequisite: Permission of instructor.

**PED 3018  COACHING SOCCER**
Two hours Prerequisite: Permission of instructor.

**PED 3019  COACHING SOFTBALL**
Two hours Prerequisite: Permission of instructor.

**PED 3020  COACHING VOLLEYBALL**
Two hours Prerequisite: Permission of instructor.

# PHYSICS – PHY

### PHY 2010  GENERAL PHYSICS I (ALGEBRA BASED)
Four Hours. Prerequisite: High school mathematics through pre-calculus or permission of the instructor, and co-requisite PHY 2051. Algebra-based physics. Topics include mechanics, fluids, vibrations, waves, and sound. Activities include problem solving and collaborative laboratory experimentation. *Gen Ed: NW*

### PHY 2020  GENERAL PHYSICS II (ALGEBRA BASED)
Four Hours. Prerequisite: PHY2010 and co-requisite PHY 2052. Algebra-based physics. Topics include heat, kinetic theory of gases, electric fields, AC-DC circuits, magnetism and light. Activities include problem solving and collaborative laboratory experimentation.

### PHY 2051 GENERAL PHYSICS LAB I
Zero Hours. Co-requisite: PHY 2010 or PHY 2110. Experimental Topics include kinematics, forces, collisions, rotational motion and wave motion. Activities include problem solving and collaborative laboratory experimentation.

### PHY 2052 GENERAL PHYSICS LAB II
Zero Hours. Prerequisite: PHY 2010 or PHY 2110. Co-requisite: PHY 2020 or PHY 2120. Experimental Topics include thermal physics, electrostatics, magneto statics, circuits and optics. Activities include problem solving and collaborative laboratory experimentation.

### PHY 2110  GENERAL PHYSICS I (CALCULUS BASED)
Four Hours. Prerequisite: MAT 2311, and co-requisite PHY 2051. Calculus-based physics. Topics include introduction to Newtonian mechanics, fluids, harmonic oscillators, vibrations and sound. Activities include problem solving and collaborative laboratory experimentation. *Gen Ed: NW*

### PHY 2120  GENERAL PHYSICS II (CALCULUS BASED)
Four Hours: Prerequisite: PHY2110, co-requisite PHY 2052. Calculus-based physics. Topics include temperature and heat, kinetic theory of gases, electromagnetism, AC-DC circuits, Maxwell's equations and optics. Activities include problem solving and collaborative laboratory experimentation.

### PHY 3050 SPECIAL TOPICS IN PHYSICS
Four hours. Prerequisite: MAT 2312 and PHY 2120 or Permission of instructor. This course explores a rigorous examination of current or advanced topics in Physics. Coursework may include active learning exercises, collaborative problem solving, integration of technology, peer instruction and possible classroom demonstrations.

### PHY 3070  MODERN PHYSICS I
Four hours. Prerequisite: MAT 2312 and PHY 2120. Topics may include (but are not limited to) the special theory of relativity, blackbody radiation, photoelectric effect, X-rays, Compton scattering, matter waves, Heisenberg's uncertainty relation, the Schrödinger equation and wave function, the hydrogen atom in wave mechanics.

### PHY 3080  MODERN PHYSICS II
Four hours. Prerequisite: PHY 3070. Topics may include (and are not limited to) statistical physics, molecules and solids, semiconductor theory and devices, atomic nucleus, nuclear decay and reactions, elementary particles.

# POLITICAL SCIENCE – POS

### POS 1005 SUMMER ODYSSEY 20XX: FSC IN D.C.

One hour. Pass/fail. Designated Junior Journey. Explore the connections between the people, businesses and political networks of Florida with those of Washington, D.C., and examine Florida's political aspects in the national context. Gain firsthand knowledge of the national contours of state politics through site visits, selected speakers, and formal and informal meetings with political, business and alumni figures associated with both.

### POS 1010 LANDMARK SUPREME COURT CASES

Two hours. Pass/Fail. In this course, students will read and discuss major decisions of the United States Supreme Court to develop a better understanding of the role of the Court and the methods it has used to address some of our most intractable legal and societal disputes. Additionally, students will learn how legal arguments are made, review a fair sampling of constitutional law, and see how the Court applies the constitutional text and precedent to resolve specific disputes. This course does not count for credit towards the Political Science major.

### POS 1115 METHODS FOR POLITICAL SCIENCE I

Four hours. This course is a survey of the methods, questions, and analytic protocols of political science, as practiced in the analysis of politics in the U.S. It is a survey of how political scientists select and ask questions, a discussion of what questions may be important and why, in political science, and begins the process of training students in approaches to answering them. *Gen Ed: SW*

### POS 2100 INTRODUCTORY COLLOQUIUM IN POLITICAL SCIENCE

Four hours. Introductory colloquia are an alternate way of introducing students to the study of a particular topic in political science not covered specifically in the general education curriculum. Using a diverse approach to content presentation, including invited speakers, film, literature, and integrative cross-disciplinary connections, students study a particular, closely defined topic intensively and with greater depth than is generally offered in the political science survey or institutions series. Topics vary with each year and are driven by student interest. *Gen Ed: SW, Ql*

### POS 2290 CURRENT ISSUES IN AMERICAN POLITICS

Four hours. After briefly examining models of policy making, explore major contemporary political issues. such as economy, the environment, energy, poverty and health care. Students have an opportunity to select additional issues. *Gen Ed: SW, Ql*

### POS 2295 METHODS FOR POLITICAL SCIENCE II

Four hours. This course introduces students to the methods and tools used in the quantitative study of politics and policy. Students will gather and manipulate data, visualize relationships, and test hypotheses. Emphasis will be placed on applying appropriate techniques to answer political questions, understanding the challenges faced by researchers working with social science data, and correctly interpreting results and drawing conclusions. Students will utilize data specific to political science and public policy to better understand how quantitative methods can be used to understand fundamental questions in the field. *Gen Ed: Qn*

### POS 2500 LAW AND THE COURTS

Four hours. This course is a systematic description and analysis of the role, structure, and behavior of the American legal system, with an eye to the interests and concerns of pre-law students. The course reviews and integrates the topics of the law and legal system into the US, discusses procedures and patterns of behavior within that system, and examines the impact of our legal system within the larger arena of American policy and politics. Some previous coursework in political science is desirable, but not required.

#### POS 2900 INTRODUCTION TO INTERNATIONAL RELATIONS

Four hours. A systematic examination of the international political landscape. Topics may include the connections between and among sovereign states, the influences of non-state actors on national states' behaviors with each other, the roles that such things as economics (e.g. globalization) plays in international relations, war-making and nation-building objectives; religious and other cultural factors influences on international relations, and the effects of scarce resources (e.g. oil, water, and food) on state behaviors *Gen Ed: SW*

#### POS 3100 SOUTHERN POLITICS

Four hours. Prerequisite: One year of college coursework or instructor's permission. The emphasis of this course is on the history and changing nature of the politics of the American South. Tracing the political culture of the South from 1949 through the current day, students are guided in our research by the seminal evaluations of V.O. Key as our starting point—measuring change as deviations from these observations. This is a "project" course. Much of the value of the course is placed in the production of a conference--ready paper on a subject in Southern politics. These papers may take the form of data--driven quantitative papers in the area of women's politics, the politics of race, voting and elections, ideological development, and so on. As preparation for these papers, students examine the current literature in Southern politics, including scholarly work that raises the critical question as to whether there is, in fact, anything distinctly "southern" about the politics of the American South in the current era. *Gen Ed: SW*

#### POS 3175 FOREIGN AND SECURITY POLICY OF THE UNITED STATES

Four hours. Prerequisite: One year of college-level coursework.  This course examines the development of United States foreign policies, with an emphasis on the twentieth century.  The course's focus is on the principles, aims, applications, and decision-making processes that shaped America's policies with other states.

#### POS 3315 AMERICAN POLITICAL BEHAVIOR: PARTIES, VOTING AND ELECTIONS

Four hours. This course examines and analyzes the history, organization and role of political parties in the American electoral system. It also examines and analyzes political behavior of individuals and the role of elections in the American political process. *Gen Ed: SW*

#### POS 3320  THE LEGISLATIVE PROCESS

Four hours. The focus of the course is the executive and legislative branches of government. This course examines the legislative process in the United States and select international arenas, with special emphasis on the interactions between the executive and legislative branches or elements of government in the policymaking process. The course also examines and analyzes the structure, organization, leadership positions and processes of U.S. Congress. *Gen Ed: SW, QI*

#### POS 3323 INTERNATIONAL ORGANIZATIONS

Four hours. Prerequisites: One year of college-level coursework or permission of the instructor. The course addresses the role of international organizations in global politics, examining the history and functioning of major organizations such as the United Nations and the European Union; we also examine the role of these IOs in addressing contemporary global issues. A significant portion of the class involves UN and EU simulations, with each student researching and representing the position of a member country. Possible topics covered in the simulations include humanitarian interventions, post-conflict resolution, global financial stability, and immigration policy. *Gen Ed: SW*

#### POS 3325 U.S. CAMPAIGNS AND ELECTIONS

Four hours. Prerequisite: One year of college-level course work or permission of the instructor. This course is the central course in elections taught by the department, and contains two standard divisions: the institutional arrangements of elections ("elections"), and the behaviors

which take place as a result of these arrangements ("campaigns"). The course is simply divided into these two sections. "Elections" are examined in light of both stable factors (constitutional requirements) and interactions with the world of campaigning as it has developed historically (such as refinements of financing elections). "Campaigns" is a more practical than theoretical discussion of the dimensions of American political campaigns. This is an expressly "experiential learning" course. Students work with the materials in two ways: through the existing literature on the subjects of campaigns and elections, and through examining campaigning through practice in actual campaign settings - where possible - or modeling this behavior, where access to campaigns is limited. *Gen Ed: SW*

### POS 3327  TOPICS IN COMPARATIVE POLITICS
Four hours. A comparison of the political structure and process of selected states, including both developed and developing political systems in various parts of the world. *Gen Ed: SW*

### POS 3330 TOPICS IN PUBLIC POLICY
Four hours. This course provides an in-depth examination of a particular topic in the field of public policy that is not covered in the core curriculum. The topic will be selected based on student and instructor interest, but may include environmental policy, education policy, morality policy, or science & technology policy. The course will be organized around three objectives: ensuring a broad understanding of the policy's history and implementation, exploring controversies and key debates, and providing an opportunity for students to conduct their own original research. This course is intended for upper-college and political science majors and may be repeated for credit when the topic varies.  *Gen Ed: SW*

### POS 3339  CONSTITUTIONAL LAW
Four hours. Using major Supreme Court decisions and a case study approach, this course examines and analyzes American constitutional structures and a selection of civil liberties guaranteed in the Bill of Rights. *Gen Ed: SW, QI*

### POS 3345  CONFLICT AND WAR
Four hours. Prerequisite: One year of college-level course work or permission of the instructor. This course introduces students to the study of various forms of violent conflict in international politics, with a focus on analyzing the outcomes of historical conflicts. The course addresses the use of violence by both states and non-state actors, such as separatist movements and terrorist groups. Possible topics covered in the course include, but are not limited to: the development of military doctrine, terrorism, insurgency and counterinsurgency, alliance formation, civil-military relations, and nuclear proliferation. *Gen Ed: SW*

### POS 3380  SPECIAL TOPICS IN AMERICAN POLITICS
Four hours. This advanced course explores significant issues/topics within the discipline of American government. Examples include but are not limited to: post WWII American politics, Southern politics, women in the American political process, or the American political system in films. *Gen Ed: SW, QI*

### POS 3400  POLITICAL PARTIES AND INTEREST GROUPS
Four hours. Prerequisite: One year of college course work or permission of the instructor. This course explains the organization, maintenance, functions, behavior and influence of both political parties and interest groups — the aggregators of policy opinion and preference in the US. The focus, if not the entire bulk, of readings are on these institutions, as they exist within the United States (at the state and federal levels). Students focus on three aspects of the party: party as organization, party in the electorate and party in the government. The interest group material is centered on the changing interest group environment, as well as basic theories of interest aggregation and

representation. This is an expressly "experiential learning" course. Students work with the materials in two ways: through the existing literature on the subjects of interest aggregation, and through examining the organizations themselves through their own interviewing, personal investigation and research. *Gen Ed: SW*

### POS 3500   THE INTERNATIONAL RELATIONS OF THE DEVELOPING WORLD

Four hours. Prerequisite: One year of college-level course work or permission of the instructor, and successful completion of coursework that satisfies Effective Communication SLOs A and B. This course introduces students to major debates in international relations, with a focus on the politics of the developing world. Possible issues addressed in the course include, but are not limited to: ethnic conflict, civil wars, democratization, failed states, economic development in a globalized world, the policy of non-alignment, and foreign imposed-regime change. A significant portion of class time is devoted to UN simulations, where students research and represent individual countries in the in-class simulations. *Gen Ed: EC-C*

### POS 3550 NATIONAL AND INTERNATIONAL POLITICAL ECONOMY

Four hours. This course introduces students to major political debates in domestic and global economics. The first part of the course offers students an overview of basic economic principles, and the second part of the course takes a comparative approach to domestic political economy. In the final section, we consider the dynamics of the global economy; this includes addressing issues such as labor conditions in the developing world, protectionist trade polices, and the spread of consumer culture. *Gen Ed: SW, QI*

### POS 3600   TOPICS IN INTERNATIONAL RELATIONS

Four hours. Prerequisite: One year of college-level course work or permission of the instructor. This course takes an in-depth examination of an issue in global politics that is not covered in the core curriculum; each semester that the course is offered, the course topic is determined by student interest. In the first section of the course, students review theoretical literature on the chosen issue. In the second part, students examine historical case studies, with a focus on testing and applying these theories. In the final section, students complete a major research project. Students may repeat the course when topics vary. This course is intended for upper-college students and political science majors. *Gen Ed: SW*

### POS 3905 POLITICS AND THE MEDIA

Four Hours. Same as COM 3905. A systematic description and analysis of the roles and impacts of the media within the American political arena. Attention will be paid to the impact of the changing processes and modes of the media (e.g., cable news, the internet, blogging and tweeting) on citizen involvement, political campaigns, and governing. Some previous work in either political science or journalism is advised but not required. This course is cross-listed with the Communication Department as COM 3905. *Gen Ed: SW, QI*

### POS 4429   POLITICAL THEORY

Four hours. From Plato to the present, the course explores the writings of the world's greatest political theorists on such topics as the state, the ideal state, the individual in the state, natural law, institutional religion and the state, revolution, the state of nature, sovereignty, the social contract, moral law, separation of power, the universal state, the dialectic, capitalism, class conflict, anarchism, liberty, libertarianism, and justice. Emphasis is placed on the question of how relevant are these concepts for our times. *Gen Ed: MV*

### POS 4960/4961 INTERNSHIP IN POLITICAL SCIENCE

One to eighteen hours. Pass/fail. Students may earn up to a maximum of 18 credit hours in POS 4960 and 4961 combined, but of the total number of credit hours earned, only five may be applied

to the 41 hours required to complete the political science major, the remainder counts as elective credit hours. Internships are out of classroom experiences designed to enable learning that cannot be gained in a traditional classroom setting, to set in practical environments skills or other content gained in a traditional classroom setting, or to gain work experience that is specifically tied to a student's pre-professional training and connected to discipline/field-specific content. An internship requires and assumes an active learning component on the part of the student: "shadowing", per se, is not an internship under this definition.

### POS 4999  SENIOR SEMINAR IN POLITICAL SCIENCE

Four hours. Prerequisites: Senior standing and twelve hours in Political Science or permission of the instructor, and successful completion of coursework that satisfies Effective Communication SLOs A and B. Empirical theoretical approaches and the qualitative and quantitative methodologies used by political scientists in the study of political attitudes and behavior. Using the elements above, the course participants must produce a piece of original research, which must be presented at a local, national, or regional conference, or at an on-campus academic meeting. Capstone course.  *Gen Ed: SW, Qn, EC-C*

## PORTUGUESE – POR

Each course is an enhanced self-study program in the NASILP (National Association of Self-Instructional Language Programs) format, which relies heavily upon the student's motivation and discipline. Major emphasis is on the development of oral-aural skills. Class time is spent in oral drills and conversation practice with a native-speaking (or equivalent) tutor. Classes are conducted almost entirely in Portuguese. Students study the grammar independently, using the NASILP format with the help of the assigned text and workbook, as well as in the lab. Students are expected to work outside of class and in the lab each week and come to class prepared.

### POR 1101  FIRST SEMESTER PORTUGUESE

Four hours. Prerequisite: Cumulative GPA of at least 2.5 or approval from the Critical Languages Program director. *Gen Ed: SW, Ql*

### POR 1102  SECOND SEMESTER PORTUGUESE

Four hours. Prerequisite: POR 1101 proficiency.

### POR 2203  SECOND YEAR PORTUGUESE

Four hours. Prerequisite: POR 1102 proficiency.

## PRE-HEALTH PROFESSIONS – PHP

### PHP 1100 INTRODUCTION TO HEALTH PROFESSIONS

Two hours. Prerequisite: permission of the instructor. A seminar course for students planning a career in medicine, dentistry, veterinary medicine, pharmacy and other healthcare specialties. Students will learn about the roles of healthcare providers and consider critical concepts such as professionalism, health care ethics, interdisciplinary health care teams, world health issues, and health care policies. Students will learn about resources for career planning and how to build competitive applications.

### PHP 3988-3989 PROFESSIONAL SHADOWING

Zero to one hour. Same as BIO 3988, 3989. Prerequisite: permission of the instructor. Students shadow a professional (for example a physician, dentist or veterinarian) for at least forty hours to observe the profession, experience how professionals conduct themselves, and learn policies governing privacy issues in the profession. Students selecting the zero credit hour option enroll on a pass/fail basis.

# PSYCHOLOGY – PSY

### PSY 1106 PSYCHOLOGY AND THE SOCIAL WORLD
Four hours. Survey of major areas in psychology with emphasis on current foundational areas of the field, including but not limited to the following: theoretical/methodological, developmental, cognitive, social and cultural, and clinical foundations of behavior. ***Gen Ed: SW***

### PSY 1110 PSYCHOLOGY AND THE NATURAL WORLD
Four hours. An empirical (i.e., laboratory-based) approach to psychology that explores the physiological and behavioral influences on the field, which include the following: history and systems of psychology, neuroscience, sensory and perceptual systems, learning and memory, motivation, consciousness, and emotion. ***Gen Ed: NW***

### PSY 1500 PSYCHOLOGICAL INVESTIGATIONS OF THE SOCIAL WORLD
Four hours. Psychology majors only. Survey of major areas in psychology with emphases on current foundational areas of the field, including but not limited to the following: theoretical/methodological, developmental, cognitive, social and cultural, and clinical foundations of behavior.

### PSY 1510 PSYCHOLOGICAL INVESTIGATIONS OF THE NATURAL WORLD
Four hours. Psychology majors only.  An empirical (i.e., laboratory-based) approach to psychology that explores the physiological and behavioral influences on the field, which include the following: history and systems of psychology, neuroscience, sensory and perceptual systems, learning and memory, motivation, consciousness, and emotion.

### PSY 2100 CRITICAL THINKING IN PSYCHOLOGY I
Two or four hours. Prerequisite: PSY 1106 or PSY 1110 or permission of instructor. Participate in a faculty-mentored research experience to prepare for/provide additional research experience beyond the required research design and statistics course. Students can take a maximum of eight hours in this course.

### PSY 2206 SOCIAL PSYCHOLOGY
Four hours. Same as SOC 2206. Suggested prerequisite: PSY 1106 or PSY 1110. The study of behavior in the social environment as related to the three primary areas of social psychology: social cognition, social influence, and social relations.

### PSY 2209 DEVELOPMENTAL PSYCHOLOGY
Four hours. Suggested prerequisite: PSY 1106 or PSY 1110. Human development from conception to death with emphasis major emphasis on childhood, adolescence, and adulthood. Biological, cognitive, perceptual, language, personality, and social development are emphasized.

### PSY 2210 TESTS AND MEASUREMENTS
Four hours. Construction and interpretation of measuring instruments for analysis of behavior; psychometric principles of testing and a survey of representative psychological tests.

### PSY 2214 ABNORMAL PSYCHOLOGY
Four hours. Suggested prerequisite: PSY 1106 or PSY 1110. Survey of the major areas of abnormal psychology with emphasis on current foundational areas of the field, including but not limited to the following: historical/theoretical foundations of approaches to psychological abnormality, clinical assessment/research, categories of abnormality, treatment strategies and cultural issues.

### PSY 2220 SENSATION AND PERCEPTION
Four hours. Prerequisite: PSY 1110. An in-depth evaluation of how humans (and non-humans)

use their senses to informatively make sense in the world (with an emphasis on how these senses are studied scientifically, which is commonly called "psychophysics" in the field).

### PSY 3100 CRITICAL THINKING IN PSYCHOLOGY II

Two or four hours. Prerequisites: PSY 1106, PSY 1110, PSY 2100, and MAT 2022, or permission of instructor. This course provides students with an advanced faculty-mentored research experience beyond PSY 2100. In addition to preparing students for PSY 3310 Research Design and Statistics, this course will enhance research skills needed to obtain entry into graduate school or to obtain a job in the research field (e.g., data entry, analyses, and interpretation, etc.). Students can take a maximum of 8 hours in this course.

### PSY 3300 CLINICAL AND COUNSELING PSYCHOLOGY

Four hours. Prerequisite: PSY 2214. An in-depth evaluation of current treatments for mental illness that explores modern psychological perspectives and their methods of effective thera-peutic intervention.

### PSY 3301 SPECIAL TOPICS IN PSYCHOLOGY

Four hours. Prerequisite: PSY 1106 or PSY 1110. Consideration of special topics in psychology, including current issue and trends.

### PSY 3305 LEARNING AND BEHAVIORAL PSYCHOLOGY

Four hours. Prerequisite: PSY 1110. An in-depth evaluation of behavioral theory and its applica-tion in the real world (with emphasis on analysis and further development of research in the field).

### PSY 3309 BEHAVIORAL NEUROSCIENCE

Four hours. Prerequisite: PSY 1110. An in-depth evaluation of behavioral theory and its applica-tion in the real world (with emphasis on analysis and further development of research in the field).

### PSY 3310 RESEARCH DESIGN AND STATISTICS

Four hours. Prerequisites: MAT 2022 and at least one PSY 1000-level course (PSY 1106 or PSY 1110). Principles, procedures and methods for designing research in psychology, including per-forming relevant statistical analyses of data, hypothesis testing and inference; analysis of variance; non-parametric techniques. *Gen Ed: Qn*

### PSY 3314 PSYCHOLOGY OF PERSONALITY

Four hours. Prerequisite: PSY 1106. An in-depth evaluation of personality theory and its applica-tion toward human behavior (with emphasis on assessment and how it is used to measure person-ality in the real world).

### PSY 3315 COGNITIVE PSYCHOLOGY

Four hours. Prerequisite: PSY 1106. Survey of human cognitive psychology, focusing on how human perception, learning, memory and thinking; designed to engage students in the major topics of the field.

### PSY 3321 THE PSYCHOLOGIST'S SEARCH FOR MEANING AND VALUE: PERSONAL, COMMUNAL, AND GLOBAL EXPLORATION

Two hours. Prerequisite: junior standing or permission of the instructor. Preference to residen-tial students. Students explore psychological theories of why and how people seek and construct meaningful lives that are aligned with personal, communal, and universal values. Major areas in psychology includes but are not limited to: clinical, cognitive, developmental, existential, Gestalt, positive psychology, psychobiological, and social and cultural perspectives. Planning a service-learning project, to be implemented during the subsequent spring break, is one of the course-related experiences. *Gen Ed: MV*

**PSY 3322 THE PSYCHOLOGIST'S SEARCH FOR MEANING AND VALUE: PERSONAL, COMMUNAL, AND GLOBAL IMPLEMENTATION**

Two hours. Prerequisites: PSY 3321, or junior standing and permission of the instructor. Preference to residential students. In a continuation of PSY 3321, students explore psychological theories of why and how people seek and construct meaningful lives that are aligned with personal, communal, and universal values. Major areas in psychology include but not be limited to: clinical, cognitive, developmental, existential, Gestalt, humanist, positive psychology, psychobiological, and social and cultural perspectives. Implementing a service-learning project during spring break is a required course-related experience. Thus, students must also meet institutional requirements for Study Abroad/Junior Journeys. ***Gen Ed: MV***

**PSY 3325 POSITIVE PSYCHOLOGY**

Four hours. Prerequisite(s): PSY 1106 or PSY 1500. Positive psychology takes an empirical approach to understanding human flourishing and addresses important questions about how we find happiness and deal with life's challenges. This course will provide an in depth review of the major empirical findings and theories within positive psychology with frequent connections and applications to everyday life. Topics include how subjective well-being varies as a function of marriage, religion, money, climate, personality, life circumstances, gratitude, pessimism, strengths and virtues, and resilience. Students will learn how to apply empirically supported techniques to improve life satisfaction and increase flourishing.

**PSY 3330 HUMAN SEXUALITY**

Four Hours. Prerequisite: PSY 1110 or PSY 1510. This course investigates the biological, social, and psychological aspects of human sexuality. You will learn about gender socialization and gender identity, sexual orientation and attraction, sexual anatomy and the sexual response cycle, and health issues involved with human sexuality (e.g., reproduction and sexually transmitted infections).

**PSY 3336 INDUSTRIAL AND ORGANIZATIONAL PSYCHOLOGY**

Four hours. Prerequisite: PSY 1106 or 1110. The systematic observation and study of human behavior in an organizational setting; major topics include personnel psychology, consumer behavior, human relations, and organizational behavior.

**PSY 3350 PROFESSIONAL ISSUES IN PSYCHOLOGY**

Four hours. Prerequisite: PSY 1106 and 1110 and junior standing or permission of the instructor. The course addresses the professional skills and knowledge needed by majors to successfully obtain a position in a psychology or related field and/or to earn entry to graduate school. Course content includes such topics as the scientific inquiry processes and critical thinking processes in psychology, preparing a resume and cover letter, conducting a search for career/graduate school options, interviewing skills, GRE preparation, and application process to graduate school.

**PSY 4410 PSYCHOLOGY AND LAW**

Four hours. Prerequisite: PSY 1106 or 1110. Survey of major areas in psychology and law with emphases on current foundational areas of the field, including but not limited to theoretical/methodological, developmental, cognitive, and social foundations of behavior.

**PSY 4430 CRIMINALIZATION OF MENTAL ILLNESS**

Four hours. Same as CRM 4430. Prerequisite: CRM 3340 or PSY 1106 or PSY 1110. This course explores how the criminal justice system has become the de facto mental health system and examines reasoned, collaborative solutions to this dilemma.

### PSY 4450 RESEARCH PRACTICUM

Four hours. Prerequisite: PSY 3310 and permission from a full-time faculty member in psychology. A collaborative effort in which students independently produce (and a faculty mentors) an extensive literature review, sound methodology, statistically-driven data collection/analysis, and valid conclusions that culminates into a body work that is worthy of professional review.

### PSY 4460 ADVANCED RESEARCH DESIGN AND ANALYSIS

Four hours. Prerequisites: MAT 2022 and PSY 3310. An advanced course designed to enhance research design and analysis skills, including how to design feasible and quality experiments, to explain the limitations of certain designs, to choose the appropriate statistical tests, to correctly code and analyze the data using statistical software, and to correctly interpret and report the results.

### PSY 4960/4961 INTERNSHIP IN PSYCHOLOGY

Four hours. Prerequisite: Junior or senior standing as a psychology major or minor and permission from the internship coordinator of psychology. An off-site exploration in a psychology-related field that is designed to provide students with professional experience in preparation for either post-baccalaureate studies or future employment in the field.

### PSY 4999 CAPSTONE SEMINAR IN PSYCHOLOGY

Four hours. Prerequisite: senior standing as a psychology major and PSY 1500 and PSY 1510 (or permission of instructor) and an additional 16 hours of psychology credit (the last of these requirements may be waived with permission of entire psychology faculty). An overview of current issues in the discipline, including, e.g., neuroscience, clinical applications, cognitive psychology, and psychology applied to social problems leading to production of original work in a major paper/presentation. *Gen Ed: EC-C*

## RELIGION - REL

### REL 1108  WHAT IS RELIGION?

Four hours. An introduction to religion through an inquiry of ultimate questions, the sacred and the divine, and religious belief and practice. Students critically examine sacred texts, religious experience, theology, ritual, and ethics within religious traditions. *Gen Ed: MV, QI*

### REL 2214 CHRISTIAN ETHICS

Four hours. The study of Christian Ethics framed within Christian moral thought and an examination of various approaches to Christian Ethics, its goals, and applications to contemporary topics such as violence, poverty, gender, sexuality, race, and justice. *Gen Ed: MV, QI*

### REL 2215  THE OLD TESTAMENT: THE LITERATURE, THE HISTORY, THE RELIGIOUS IDEAS

Four hours. This course examines the writings of the Hebrew Scriptures in their socio/historical, literary and religious context. *Gen Ed: MV, SW, QI*

### REL 2216  THE NEW TESTAMENT: ITS HISTORY, LITERATURE AND THEOLOGY

Four hours. This course examines the writings of the New Testament in their social, literary and theological contexts. *Gen Ed: MV, QI*

### REL 2218  BASIC CHRISTIAN BELIEFS

Four hours. An introduction to Christian theology, the course examines the fundamental doctrines of the Christian faith, such as Trinity, predestination, incarnation, creation, evil, resurrection, justification, Holy Spirit, and how these beliefs are coherently related, the form of life and ethics ingredient in them, and how for Christians they represent the truth about ultimate reality and the highest value for human life. The course also addresses the various methods through

which theologians do their work and how theological thinking is similar to and distinct from other systems of thought. Student response and discussion are major components of the course, as is student application of the material through analyses of "real world" sermons, lectures, video discussions and debates found on the web, service learning opportunities, interviews with church leaders. *Gen Ed: MV, QI*

### REL 2219  WORLD RELIGIONS AND PHILOSOPHIES
Four hours. Same as PHI 2219. Introduces students to the origins; founders; historical development; scriptures; fundamental concepts, such as views of ultimate reality, the meaning of life, and human hope; religious practices; personal and social ethics; culture context and impact; and contemporary relevance of the world's living religions and their associated philosophies. *Gen Ed: MV, SW, QI*

### REL 2225  THE APOCRYPHA
Four hours. This class is an introduction to the history, the literary style, and the religious ideas found in the Apocrypha. *Gen Ed: MV, SW*

### REL 2228  JESUS IN FILM
Four hours. Students who take this course, after developing criteria for making judgments about the presentations of Jesus in film and elsewhere, examine and analyze various depictions of Jesus in motion pictures. The course is not primarily interested in the artistic evaluation of these films; it is concerned with Biblical and theological analysis. How does the film align with the Biblical images of Jesus? Which source in the New Testament does the picture of Jesus in the film most closely reflect? What understanding of Jesus and his relationship to God does the film portray? The course, therefore, provides an opportunity to think critically and theologically about the various meanings of Jesus and to analyze the diverse portraits of him in the Christian tradition and in film. *Gen Ed: MV, QI*

### REL 2256  GENDER, INTERPRETATION AND THE BIBLICAL TRADITION
Four hours. Same as WST 2256. An examination of selected texts from the Old and New Testaments and the patriarchal contexts of the Ancient Near East and the Greco-Roman Empire. Using historical critical methodologies to interpret the Biblical text, students determine the ways in which women are depicted, identify gender roles from the historical context, and explain the function of feminine imagery in the text. *Gen Ed: MV*

### REL 3328  HISTORY OF CHRISTIAN THOUGHT
Four hours. Prerequisite: Successful completion of coursework that satisfies Effective Communication SLOs A and B. Examining distinctive movements, thinkers, and themes in the history of the Christian tradition, the course traces the development of Christian theology from the early church to Protestant orthodoxy and American Christianity. The course aims at developing an appreciation for the unity and diversity, and the continuity and discontinuity in the history of Christian thought, a deeper understanding of a participant's own theological heritage, and a perspective by which to judge contemporary theological issues. *Gen Ed: MV, QI*

### REL 3345  THE WISDOM TRADITION IN ANCIENT ISRAEL
Four hours. Prerequisite: REL 2215. This course is a critical examination of the historical setting, literary aspects, and theological themes of the five books that constitute the Wisdom Literature: Proverbs, Job, Ecclesiastes, Wisdom of Solomon, and Sirach.

### REL 3358  CHRISTIANITY AND THE ARTS
Four hours. The place of literature, music, architecture, and graphic and dramatic arts in the Christian tradition, past and present. *Gen Ed: MV, QI*

**REL 3365  THEOLOGICAL & PHILOSOPHICAL THEMES IN CONTEMPORARY LITERATURE**

Four hours. Same as PHI 3365. Prerequisite: Successful completion of coursework that satisfies Effective Communication SLOs A and B. This course examines the religious and philosophical themes in major literary works of the nineteenth and twentieth centuries. *Gen Ed: MV, EC-C*

**REL 3366  JOHANNINE LITERATURE: GOSPEL, LETTERS AND APOCALYPSE**

Four hours. Prerequisite: REL 2216. A Study of the Gospel of John, the Johannine Epistles, and the Book of Revelation.

**REL 3378  DIALOGUES IN SCIENCE AND RELIGION**

Four hours. Same as BIO 3378. Prerequisites: any 1000 level or above course in the natural sciences and any 2000 level or above course in religion. Considers the cultural, philosophical and intellectual factors that have contributed to the development of the relationship between science and religion in Western thought. *Gen Ed: MV*

**REL 3388  FUNDAMENTAL QUESTIONS IN THEOLOGY AND PHILOSOPHY**

Four hours. Same as PHI 3388. Prerequisite: Successful completion of coursework that satisfies Effective Communication SLOs A and B. This team-taught course examines philosophical and theological perspectives on such matters as classical arguments for God's existence, atheistic critiques, the relationship between reason and revelation, life after death, the ground of morality, the problem of evil, religious experience, and religious language. *Gen Ed: MV, Ql, EC-C*

**REL 4416  LIFE AND LETTERS OF PAUL**

Four hours. Prerequisites: REL 2216 and successful completion of coursework that satisfies Effective Communication SLOs A and B. A study of the life and writings of Paul the Apostle as presented in the Pauline epistles, Acts and Early Christianity.

**REL 4428  CURRENT THEOLOGICAL THOUGHT**

Four hours. Prerequisites: REL 2218 and successful completion of coursework that satisfies Effective Communication SLOs A and B. An examination of significant theologians and movements in the development of twentieth and twenty-first century theological thought, the course offers an introduction to the major Christian thinkers and themes of the modern and the post-modern eras. The class examines how, in dialogue and debate with philosophers, the prevailing culture, and other theologians, Christian thinkers and writers have attempted to address the questions of the basis from which someone can talk about God or a God at all, the meaning of Jesus for persons, society, the world, and cosmos, and the form of life that people ought to follow. *Gen Ed: EC-C*

**REL 4435  PROPHETIC THOUGHT IN ANCIENT ISRAEL**

Four hours. Prerequisite: REL 2215. A study of the prophetic literature of the Hebrew Scriptures in relation to the history of Israel, redaction criticism and theological themes.

**REL 4446  LIFE AND TEACHINGS OF JESUS**

Four hours. Prerequisites: REL 2216 and successful completion of coursework that satisfies Effective Communication SLOs A and B. A study of the life and teachings of Jesus as presented in the synoptic gospel tradition.

**REL 4448  THE DOCTRINE OF GOD**

Four hours. Prerequisites: REL 2218 and successful completion of coursework that satisfies Effective Communication SLOs A and B. An inquiry into the doctrine of God focusing upon traditional and modern critiques and the development of contemporary theological methods in response to those critiques, this course examines critical questions in the Christian doctrine of God that have led to a crisis of faith in God and atheistic protests in modern times. The course seeks to de-

velop an understanding of God, employing the doctrine of the Trinity, which can provide a basis for responding to atheism. The course aims to teach students to think through issues theologically in a consistent manner. ***Gen Ed: EC-C***

### REL 4474 SPECIAL TOPICS IN CHRISTIAN ETHICS

Four hours. Prerequisite: One other course in religion, or permission of the instructor. This course explores an issue or thinker in Christian ethics not otherwise covered in the core curriculum. The goal is to give religion majors and upper-level students from across the college an opportunity to engage an important topic in contemporary ethics in a more sustained way. A course focused on a particular issue will usually begin by surveying the history of the conversation, then turn towards a detailed examination of key contemporary problems, and conclude with case studies. A course focused on a particular thinker will usually undertake a systematic study of primary sources, engaging with major critiques along the way. Course may be repeated for credit with a different topic.

### REL 4953-4954 HONORS IN RELIGION

Six hours distributed over 2 semesters. Prerequisite: Restricted to seniors in the Religion program. Seniors must have a cumulative 3.5 GPA, a GPA of 3.66 in Religion, and have completed at least half of coursework at FSC. Students in the course sequence work with the professor teaching the course on research projects centered on a particular theme.

### REL 4960  INTERNSHIP IN RELIGION

Three to six hours. Prerequisite: senior Standing and permission of the faculty. A supervised, semester long application of critical thinking, theological reflection, research and/or exegetical writing in an approved setting.

### REL 4999 CAPSTONE SEMINAR IN RELIGION

Two hours. Prerequisites: One REL course from each of the following groups: (REL 3345, 4435), (REL 3366, 4416, 4446), (REL 4428, 4448) or permission of the instructor. A senior seminar in which students assess ideas in religion using critical reasoning, produce original work and present it to faculty and peers.

## RELIGION: YOUTH MINISTRY – RYM

### RYM 2210  TEACHING AND LEARNING THEORIES FOR YOUTH MINISTRY

Four hours. An exploration of teaching and learning theories for youth ministry, including but not limited to information processing, group interaction, indirect communication, personal development, action/reflection, transformative education and other theories of education.

### RYM 3310  LEADERSHIP & ADMINISTRATION FOR YOUTH MINISTRY

Four hours. An examination of youth leadership processes in the life of the church, including but not limited to group dynamics, planning procedures and practices, recruitment and training of volunteers, the use of curriculum resources, and structuring and planning for youth ministry.

### RYM 4410  BIBLE AND THEOLOGY IN THE YOUTH MINISTRY SETTING

Four hours. Prerequisites: One other RYM course, REL 2215, REL 2216, and REL 2218. An examination of the Bible and theology in the youth ministry setting. The course includes methods for teaching the Bible and theology, the significance of the Bible and theology in the life of the church.

### RYM 4960/4961  INTERNSHIP IN RELIGION: YOUTH MINISTRY

Four hours. Prerequisite: senior standing and permission of the instructor. A supervised, semester long work experience in youth ministry in a local church or other approved setting.

# RUSSIAN – RUS

Each course is an enhanced self-study program, in the NASILP (National Association of Self-instructional Language Programs) format, which relies heavily upon student's motivation and discipline. Major emphasis is on the development of oral-aural skills. This course is an enhanced self-study program in the NASILP format which relies heavily upon the student's motivation and discipline. Class time will be spent on oral drills and conversation practice with a native speaker. Class will be conducted almost entirely in Russian. Students will study the grammar independently with the help of the textbook and the online workbook. Students are expected to come to class prepared.

### RSN 1101 FIRST SEMESTER RUSSIAN
Four hours: Prerequisite: Cumulative GPA of at least 2.5 or approval from Critical Languages program director.

### RSN 1102 SECOND SEMESTER RUSSIAN
Four hours: Prerequisite: RSN 1101 proficiency

### RSN 2203 SECOND YEAR RUSSIAN
Four hours: Prerequisite: RSN 1102 proficiency

# SOCIOLOGY – SOC

### SOC 1100 INTRODUCTION TO SOCIOLOGY
Four hours. Globally focused survey of the foundations of society and social behavior, including but not limited to diverse theoretical perspectives at micro and macro levels; research methodological approaches; major contributors to the discipline; basic sociological concepts, processes and applications; the study of major social institutions; and the analysis of social issues and social problems. This course may also be taken, when offered, as Introduction to Sociology Online. It is the same course but delivered in online format. *Gen Ed: MV, SW*

### SOC 2206 SOCIAL PSYCHOLOGY
Four hours. Same as PSY 2206. Suggested prerequisite: PSY 1106 or PSY 1110. The study of behavior in the social environment as related to the three primary areas of social psychology: social cognition, social influence, and social relations.

### SOC 2216 SOCIAL PROBLEMS
Four hours. Sociology/social psychology study of social problems, emphasizing theoretical perspectives, research, and application. Selected contemporary social problems such as education, crime, poverty, race, and population are analyzed with respect to their origins, present dimensions, and possible solutions. *Gen Ed: SW*

### SOC 2220 MARRIAGE AND FAMILY
Four hours. Same as WST 2220. Sociology/social psychology introduction to the study of marriage and family, emphasizing theoretical perspectives, research and application, based on the American family with comparisons to selected cultures. Topics include history, structure, and functions of the family, as well as mate selection and courtship, transitions, marital interaction, sexual relationships, parenting, role differentiation, violence, dissolution, and restructuring. Objectives are to analyze topics based on the academic principles of sociology and social psychology and to make applications to social and personal levels. A service learning component is required. *Gen Ed: SW, QI*

### SOC 2240 CLINICAL SOCIOLOGY
Four hours. An examination of clinical social practice and treatment modalities in areas such as: marriage and family, social group work, child protection, addictions, and other referral services.

This is a "practice" course, designed to expose students to the application of sociology in community and social work. As such, students learn about typical content of careers related to sociology. ***Gen Ed: SW***

### SOC 2270 INTERCULTURAL COMMUNICATION
Four hours. Same as SPC 2270. This course explores the unique relationship between communication and culture. Students examine their own cultural view as they are exposed to a variety of cultural dynamics and mores in this increasingly global society. This course balances concepts and theories of intercultural communication with practical application. The goal of this course is to enhance the student's effectiveness as a communicator. ***Gen Ed: MV, SW***

### SOC 3300 SELECTED TOPICS IN SOCIOLOGY
Four hours. Focuses on a specific issue in the study of society and social behavior, including but not limited to micro and macro analyses; methodological approaches; major contributors and contributions in the selected topic; basic concepts, processes and applications; and the analysis and application of relevant social issues and related social problems. ***Gen Ed: SW***

### SOC 3303 SOCIOLOGY OF DEVIANT BEHAVIOR
Four hours. Same as CRM 3303. Sociology/social psychology study of deviant behavior, emphasizing theoretical perspectives, research and application. Examines social processes in defining deviance, becoming deviant and changing deviance, including culture, social class, vested and power interests, organizational structures, social institutions, stigma, and labeling. ***Gen Ed: SW, QI***

### SOC 3305 RACE, CULTURE, AND HUMAN RELATIONS
Four hours. Same as CRM 3305. The sociological meaning of race and minority group status in American society; specific minority groups are analyzed with major emphasis on the African-American experience. ***Gen Ed: SW, QI***

### SOC 3307 SPORT, LEISURE, AND SOCIETY
Four hours. Same as SPM 3307. Analysis of the social functions of sport and leisure in relationship to other social institutions. Examination of major social problems affecting both sport and leisure. Application of sociological concepts and theories in understanding the social roles of sport and leisure in society. ***Gen Ed: SW***

### SOC 3309  URBAN SOCIOLOGY
Four hours. Unique features of urban communities; historical background of modern urbanism; changes and adjustments in values and organization; concerns of urban planning in American and world cities. ***Gen Ed: SW***

### SOC 3315 BASEBALL AND AMERICAN SOCIETY
Four hours. An examination of the social functions and characteristics of baseball in American society. Social historical analysis is made of the ways in which baseball has both reflected and influenced changes in American society. ***Gen Ed: SW***

### SOC 3336 GERONTOLOGY
Four hours. The psychological, physiological, social and cultural theories and issues of the aging process and the effects upon the individual, family and society. ***Gen Ed: SW***

### SOC 3337 DEATH AND DYING
Four hours. Integrates information and theories of death and dying from the social, psychological, anthropological, medical and legal disciplines. Various perspectives integrate attitudes toward terminal illnesses, natural death, funeral rites and euthanasia. ***Gen Ed: SW, QI***

### SOC 3855 SPECIAL TOPICS IN CRIMINOLOGY AND SOCIOLOGY

Four hours. Same as CRM 3855. Suggested prerequisites: CRM 2280 and one-year of college level coursework or permission of the professor. Consideration of special topics in criminology and sociology, including current issues and trends. Examples of topics include but are not limited to white collar crime, victimology, comparative criminal justice systems, law and social change, and terrorism and the American criminal justice system. Topics will change. Course may be repeated for credit with a different topic.

### SOC 4400 SELECTED TOPICS IN SOCIOLOGY

Four hours. Prerequisites: SOC 1100 and either SOC 4406 or SOC 4420 or both (depending on the qualitative or quantitative project approach). Focuses on qualitative or quantitative research project in the study of society and social behavior, including but not limited to micro and macro analyses; methodological approaches; major contributors and contributions in a selected topic; basic concepts, processes and applications; and the analysis and application of relevant social issues and related social problems. ***Gen Ed: SW, Ql, Qn***

### SOC 4406 SOCIOLOGICAL THEORY

Four hours. Prerequisites: SOC 1100 and SOC 2216 and successful completion of coursework that satisfies Effective Communication SLOs A and B. A comparative study of the development of 19th and 20th-century social thought and sociological theories. The focus is on understanding, analyzing and critiquing diverse theoretical perspectives at micro and macro levels as they relate to the organization of society and bases of social behavior. ***Gen Ed: MV, SW, EC-C***

### SOC 4420 METHODS OF SOCIAL RESEARCH

Four hours. Same as CRM 4420. Prerequisites: Twelve hours in criminology or sociology and MAT 2022. The application of the scientific method in researching social phenomena, focusing on the foundations of quantitative, empirical methodologies. Students participate in the entire research process, including conceptualization, research design, sampling, measurement, data collection, computer software, statistical analysis, report writing, oral presentation. ***Gen Ed: SW, Qn***

### SOC 4960/4961 SOCIOLOGY INTERNSHIP

Four hours. Prerequisites: junior or senior standing, major or minor in sociology and permission of the instructor. An off-site exploration in a sociology-related field that is designed to integrate academic learning with actual application in the field and to provide students with professional experience in preparation for post-baccalaureate studies and/or future employment in the field.

## SPANISH – SPA

### SPA 1101  FIRST SEMESTER SPANISH

Four hours. The objective of this course is to introduce students to the Spanish language and Hispanic cultures. Students work on the development of the four basic language skills: speaking, listening, reading and writing. Classes focus on the practical application of language in day to day situations while promoting cultural awareness. ***Gen Ed: SW, Ql***

### SPA 1102  SECOND SEMESTER SPANISH

Four hours. Prerequisite: SPA 1101 proficiency. The objective of this course is to introduce students to the Spanish language and Hispanic cultures. Students work on the development of the four basic language skills: speaking, listening, reading and writing. Classes focus on the practical application of language in day to day situations, and on cultural awareness.

### SPA 2203  SECOND YEAR SPANISH

Four hours. Prerequisite: SPA 1102 proficiency. The objective of this course is to introduce students to the Spanish language and Hispanic cultures. Students continue to develop the four basic language skills; speaking, listening, reading and writing. Classes focus on the practical application of language in day to day situations, and on cultural awareness.

### SPA 2205  COMPOSITION AND CONVERSATION I

Four hours. Prerequisite: SPA 2203 proficiency. The objective of this course is to expand students' knowledge of Spanish grammar and conversation and cultural topics. Students work on the development of the four basic language skills: speaking, listening, reading and writing. Classes focus on the practical application of language in day to day situations, and on awareness of Hispanic cultures, diversity, current events and literature. ***Gen Ed: SW, QI***

### SPA 2207  COMPOSITION AND CONVERSATION II

Four hours. Prerequisite: SPA 2203 proficiency or permission of the instructor. This course acts as a bridge between intermediate and upper-level Spanish courses. With a greater focus on grammar and expression, it helps students be better prepared to take other culture or literature classes in which more reading and writing is required. Students gain more hands-on practice with grammatical structures and get more feedback from their professors to help them further develop writing skills. ***Gen Ed: SW, QI***

### SPA 3308  TOPICS IN HISPANIC CULTURE AND CIVILIZATION

Four hours. Same as LAS 3308. Prerequisite: SPA 2203 proficiency or permission of the instructor. This course serves to introduce and expand the student's understanding of Hispanic countries through a detailed study of an interdisciplinary topic that incorporate history, culture, art, literature, current events, and various geographic regions. Students of SPA 3308 read and write in Spanish, students of LAS 3308 read and write in English. All class discussions are held in English. May be taken more than once with a different topic. ***Gen Ed: SW***

### SPA 3320  INTRODUCTION TO LITERATURE IN SPANISH

Four hours. Prerequisite: SPA 2203 proficiency or permission of the instructor. This course helps students transition from language focused courses to the appreciation and analysis of literature by reading a variety of works of different time periods from Spain and Latin America. Students gain an appreciation for the profound impact of literature in society. This course provides the tools and vocabulary to better understand and analyze literature of every genre. ***Gen Ed: FA, QI***

### SPA 3323  SURVEY OF SPANISH LITERATURE

Four hours. Prerequisite: SPA 2203 proficiency or permission of the instructor. Panoramic view of Spanish literature, authors, and different genres from epic poetry to present; emphasis on Golden Age and Romanticism to "tremendismo" and Neo-Realism. This course introduces the student to the richness of Spanish literature through a close examination of some of its most important writers and their literary production. The assigned readings and the class discussions help the students gain an understanding of the literary and cultural movements that have shaped Spanish peninsular literature. ***Gen Ed: FA***

### SPA 3334  SURVEY OF SPANISH-AMERICAN LITERATURE

Four hours. Prerequisite: SPA 2203 proficiency or permission of the instructor. This course is designed to expand the students understanding of Spanish American literature from 1880 to the present. Hispanic-American literature serves as a window to the many and varied cultures and peoples that have lived in this fascinating region of the world. Through close readings and class discussion, students develop a historical perspective and appreciation for the literary trends and for some of Latin America's most respected writers and traditions. The course examines a wide

range of genres and representative authors of Spanish America. Special consideration is given to the political, historical, and social dimensions of the literature and its role in the development of a Latin American consciousness. *Gen Ed: FA*

### SPA 3335  LATIN AMERICAN FILM AND FICTION

Four hours. Same as LAS 3335. Prerequisite: SPA 2203 proficiency or permission of the instructor. This course examines major works of fiction in writing and film by Hispanic writers such as Azuela, Borges, Allende, Sábato, Cortázar, and García Márquez among others. It focuses on the historical, social and political context of their works. Students of LAS 3335 read and write in English, students of SPA 3335 read and write in Spanish. All class discussions are held in English.

### SPA 3340  CINEMA FOR SPANISH CONVERSATION

Four hours. Prerequisite: SPA 2203 proficiency or permission of the instructor. This course introduces students to some Latin American current events and social problems through a detailed study of a number of films and readings from diverse regions of the continent. It is also aimed at improving students' written and oral abilities in the Spanish language.

### SPA 3345  SPANISH FOR BUSINESS

Four hours. Prerequisite: SPA 2203 proficiency or permission of the instructor. This is a Spanish course with a focus on the development of vocabulary, writing and reading skills, and cultural understanding of the Hispanic business world.

### SPA 4408  SPECIAL TOPICS IN HISPANIC LITERATURE

Four hours. Prerequisite: SPA 2203 proficiency or permission of the instructor. Specialized study of one or more related aspects of the literature: authors, themes, or genres. This upper-level Spanish course gives Spanish majors the opportunity to explore in-depth a specific literary topic. They use the skills they have acquired in previous courses to read critically and write analytical essays about their readings. Course may be repeated for credit with a different topic.

### SPA 4960/4961  INTERNSHIP

Four hours. These internships are only available to Spanish majors and minors that have completed at least 16 credit hours and have maintained a GPA of 2.0, permission of internship coordinator. The internship exposes students to a "real world" professional field where Spanish is the primary language of use. Internships can be performed locally or internationally in a variety of fields.

### SPA 4999  SENIOR CAPSTONE PROJECT

Two hours. Prerequisite: Must be a senior-level Spanish major and have permission of the instructor. An in-depth independent exploration of one or more literary or cultural topics with an emphasis on the production of original scholarly work and effective presentation of it, in Spanish, both orally and in writing.

# SPORT BUSINESS MANAGEMENT – SPM

### SPM 2150 MEDIA IN SPORT

Four hours. Same as COM 2150. This course primarily looks at the different media in which sport is covered, researched, and presented to the public. Print, electronic, and new media are covered and analyzed. Students learn to define the careers available in sport media, as well as the roles associated with the sport media industry. Focus is on the domestic market; however, international sport media is also examined.

### SPM 2174 MANAGEMENT OF SPORT

Four hours. An introduction to the basic concepts, career preparation skills, and professional opportunities available in sport management.

### SPM 2520 ETHICS IN SPORT

Two hours. This course looks into the background, theory, and practice of ethics and morals in the sport industry. Professional, collegiate, and recreational sports are examined and analyzed.

### SPM 2960/2961 INTERNSHIP IN SPORT BUSINESS MANAGEMENT

Two to four hours. Prerequisites: SPM 2174, permission from the instructor, minimum 2.5 GPA. This course requires students to integrate and apply what they have learned in their coursework to real-world issues and to gain practical experience working within a sports-related organization.

### SPM 3160 SPORT MARKETING

Four hours. Prerequisite: BUS 3160 and SPM 2174. The background, theory, application and practice of the marketing of sport.

### SPM 3180 PLANNING AND MAINTAINING FACILITIES

Four hours. Prerequisite: SPM 2174. Planning and budgeting for site selection, designing, and maintaining leisure service areas and facilities.

### SPM 3307 SPORT, LEISURE AND SOCIETY

Four hours. Same as SOC 3307. Analysis of the social functions of sport and leisure in relationship to other social institutions. Examination of major social problems affecting both sport and leisure. Application of sociological concepts and theories in understanding the social roles of sport and leisure in society. *Gen Ed: SW*

### SPM 3370 ADMINISTRATION OF SPORT

Four hours. Prerequisite: SPM 2174. Foundations and applications in sport economics, sport law, sport ethics, and sport personnel issues.

### SPM 3500 ECONOMICS OF SPORT

Four Hours. Prerequisites: ECO 2010 and SPM 2174. This course introduces and applies concepts from microeconomics and sports management. Students analyze the economic impact of professional sports leagues and organizations, as well as the impact of major sporting events like the World Cup and the Olympic Games. The course also examines topics such as salaries, budgeting, sport finance, and their impact on the industry.

### SPM 3520 RECREATION AND FITNESS MANAGEMENT

Two hours. Prerequisite: SPM 2174. Examines amateur sports, recreation, and the fitness industry.

### SPM 4510  FITNESS AND PRESCRIPTION

Four hours.  Prerequisite: SPM 2174 or permission of the instructor.
Specific principles, concepts and theories of strength training and conditioning and their applications to performance. Course prepares students to take the CSCS certification exam.

### SPM 4520 INTERNATIONAL SPORT

Four hours. Prerequisite: SPM 3160. Addresses the impact of sport on world culture and business. Professional and recreational sports are examined on a global basis, including large-scale events like the World Cup and Olympic Games.

### SPM 4999 SENIOR SEMINAR IN SPORT BUSINESS MANAGEMENT

Four hours. As the capstone course for the Sport Business Management major, this senior seminar class focuses on the application of theories, concepts, and practices associated with leadership roles in the sport industry. Students use the case study method to analyze and formulate original problem-solving strategies to address issues in the sport industry. *Gen Ed: EC-C*

# THEATRE ARTS – THE

### THE 1050 INTRODUCTION TO THE THEATRE
Four hours. Introduction to Theatre is designed to provide an active and engaged setting in which students can think creatively and express themselves artistically in the context of learning about the theatre, leading them to be better consumers and patrons of the arts. Through a survey of plays from major historical periods, an examination of the component parts that comprise theatre, and performances of student-created scenes, students develop a critical framework to evaluate a theatrical production and its elements. ***Gen Ed: FA, QI***

### THE 1101–1106 PRODUCTION PRACTICUM I, II, III, IV, V, VI
One half hour. This is a production/performance class. Practical production experiences, both technical and performance, in a structured setting aimed at increasing ability and knowledge and enhancing independence in the theatrical production process. The shows produced by the theatre department during the semester are the focus of practical activities. A minimum of 50 hours of practical production work will be required.

### THE 1130 VOCAL TECHNIQUE MASTER CLASS
One hour, repeatable up to eight hours. Prerequisite: Theatre Arts major or permission of the instructor. This course is designed to assist the student in healthy vocal production and singing skills in a group setting and to lay the foundation for lifelong good vocal practices.

### THE 1213 ACTING I
Four hours. Prerequisite: Theatre major/minor or permission of the instructor. Students explore basic acting techniques and disciplines involved in the art of acting through experiential exercises, improvisations, character analyses, script analyses, monologues, and scene study. Students also attend live theatre events and critique artistic performances. ***Gen Ed: FA, QI***

### THE 1214 ACTING FOR NON-MAJORS
Four hours. Not open to Theatre B.F.A. candidates. This course focuses on introducing the non-performer to the concepts, techniques, and theories mastered by performers. Students explore basic acting techniques and disciplines involved in the art of acting through experiential exercises, improvisations, character analyses, script analyses, monologues and scene study. Students also attend live theatre events and critique artistic performances. ***Gen Ed: FA, QI***

### THE 1220 STAGE MOVEMENT
Four hours. Prerequisite: THE 1213 or permission of the instructor. Students explore movement theories and techniques designed to increase relaxation, physical awareness, expressiveness, power, and control of the actors' physical instrument through experiential exercises, improvisations, group projects, monologues, scene study, and analysis of movement choices in theatrical performances. Students also examine, in theory and practice, various movement systems and techniques such as the Alexander Technique, Viewpoints, and the Laban Movement System.

### THE 1231–1238 APPLIED VOICE FOR THE THEATRE
One hour. Prerequisite: Theatre Arts major or permission of the instructor. This course is designed to assist the student in vocal production and singing communication skills as applied to theatrical performance and to lay the foundation for solo vocal auditions and musical theatre performances. The course also addresses selection of material, rehearsal and performance techniques, both contemporary and traditional musical theatre style, and merging vocal style with stage movement.

### THE 1240 IMPROVISATION AND CREATIVE EXPRESSION
Four hours. Prerequisite: Theatre Arts major or permission of instructor. Improvisational drama can be defined as the exploration of unscripted performance that stresses, above all, truthful "play-

ing" under imaginary circumstances. In this course, we work together to create a class ensemble/
community with an emphasis on creating work that addresses spontaneity, creativity, acceptance,
the group mind, risk taking and heightened awareness.

### THE 1413 STAGECRAFT AND PRODUCTION PRACTICE

Four hours. Instruction in the basics of technical theatre in a variety of areas including scenery, set
construction, basic Scene Painting Techniques, lighting and basic hand drafting, as well as manage-
ment structure. Through primarily hands-on practical experiences, students learn both terms and
major methodologies utilized in today's technical theatre.

### THE 2114 MAKEUP FOR THE STAGE

One hour. An introduction into the basic skills of theatrical makeup. Course is designed to teach
the basic skills of two-dimensional painting; however, students are instructed in three-dimension-
al techniques.

### THE 2153 APPLIED PRODUCTION EXPERIENCE I

One hour, repeatable. Prerequisites: sophomore standing and permission of the instructor. Pro-
duction experience consists of practical experiences on stage and behind the scenes. Students ap-
ply terms and methodologies used in today's technical theatre. *Gen Ed: FA*

### THE 2210 ACTING II

Four hours. Prerequisite: THE 1213 and/or permission of the instructor. Students explore major
acting theories and techniques of the twentieth century. This course integrates the work of Con-
stantine Stanislavski, Sanford Meisner, and Michael Chekhov through exercises, script analysis,
and scene study. Students also attend live theatre events and critique artistic performances.

### THE 2220 VOICE AND DIALECT FOR THE ACTOR

Four hours. Prerequisite: Theatre major/minor or permission of the instructor. This course covers
the fundamentals of voice production and the study of the voice as a performance instrument, in-
cluding basic techniques for proper breathing, sound production, articulation, projection, and col-
orization. Emphasis is on American standard pronunciation with further explorations of classical
speech, the international phonetic alphabet, and dialects. Taught in a workshop format, this class
features in-class vocal exercise, dialect transcription, and monologue and dialogue performances.

### THE 2313 SCRIPT ANALYSIS

Four hours. Prerequisite: THE 1213 or THE 1214 or permission of the instructor. In this course
the student learns to evaluate the dramatic text in terms of the literary, cultural, technical and pro-
duction elements essential for mounting a play for performance. Various critical approaches are
introduced and additional research methods emphasized.

### THE 2413 SCENE DESIGN

Four hours. Prerequisite: THE 1413 or permission of the instructor. Introduction to the study
of designing scenery for the stage in theory and practice. Execution of a series of groundplans,
sketches, renderings and possibly models and practical work in preparing scenery for the stage.

### THE 2420 LIGHTING DESIGN

Four hours. Prerequisite: THE 1413. Basic instruction in stage lighting techniques and in the use
of light as an artistic medium. Students gain practical experience working with theatrical lighting
fixtures of several different types, programming the lighting computer, working with automated
lighting equipment and basic circuitry wiring.

### THE 2430 COSTUME DESIGN

Four hours. This course leads students through the costume design process from the theoretical and
conceptual collaboration of director and designer, through script analysis for production/design

application, to completed design projects for theoretical productions. This course also includes a survey of costume history and practical instruction in the rudiments of sewing and tailoring. Students gain practical experience in the area of costume construction and craft fabrication through applying classroom instruction to the current main stage productions in a lab setting.

### THE 2610 BEGINNING BALLET
One hour. Introduction to traditional ballet techniques. Students study ballet principles and aesthetics and learn basic ballet movement, vocabulary, and skills. *Gen Ed: Well*

### THE 2611 BEGINNING BALLET II
One hour. Prerequisite: THE 2610, equivalent experience, or permission of the instructor. A continued exploration of traditional ballet techniques; a study of ballet principles and aesthetics and improve execution of basic ballet movement, vocabulary, and skills. *Gen Ed: Well*

### THE 2620 BEGINNING JAZZ
One hour. Introduction to traditional jazz techniques. Students study jazz principles and aesthetics and learn basic jazz movement, vocabulary, and skills. *Gen Ed: Well*

### THE 2621 BEGINNING JAZZ II
One hour. Prerequisite: THE 2620, equivalent experience, or permission of the instructor. The basic techniques and theoretical concepts of jazz dance are further explored. Fundamental concepts of alignment, balance, and coordination are expanded. *Gen Ed: Well*

### THE 2630 BEGINNING TAP
One hour. Introduction to traditional tap techniques. Students study tap principles and aesthetics and learn basic tap movement, vocabulary, and skills. Skills include basic one and two sound movements performed at the barre and simple rhythmic combinations. *Gen Ed: Well*

### THE 2631 BEGINNING TAP II
One hour. Prerequisite: THE 2630, equivalent experience, or permission of the instructor. Further practical application of traditional tap techniques. Students study tap principles and aesthetics and hone basic tap movement, vocabulary, and skills. Skills include basic one and two sound movements performed at the barre, and center, and simple rhythmic combinations. *Gen Ed: Well*

### THE 2640 BEGINNING MODERN DANCE
One hour. Introduction to traditional modern dance techniques. The initial techniques and theoretical concepts of modern dance are explored through presentation of fundamental techniques and creative movement experiences. *Gen Ed: Well*

### THE 2641 BEGINNING MODERN DANCE II
One hour. Prerequisite: THE 2640, equivalent experience, or permission of the instructor. Introduction to traditional modern dance techniques. The initial techniques and theoretical concepts of modern dance are expanded. *Gen Ed: Well*

### THE 3110 MUSICAL THEATRE AUDITION
Four hours. Prerequisites: THE 1213 and four hours of private voice lessons and junior standing or permission of the instructor. This course emphasizes musical theatre literature for auditioning. Students experience musical theatre styles, literature, composers, and lyricists. Emphasis is on song interpretation and audition preparation. Students are required to perform regularly and to compile audition materials appropriate for both their voice and their character type.

### THE 3120 MUSICAL THEATRE SCENE STUDY
Four hours. Prerequisite: THE 1213 and four hours of private voice lessons and junior standing or

permission of the instructor. This course emphasizes musical theatre literature for performance. Students are exposed to musical theatre styles, literature, composers, and lyricists. Emphasis is on performance and vocal style. Students are required to perform materials appropriate for both their voice and their character type.

### THE 3153 APPLIED PRODUCTION EXPERIENCE II

Two hours, repeatable. Prerequisites: sophomore standing and permission of the instructor. Production experience consists of practical experiences on stage and/or behind the scenes in a major role or technical position. Students apply terms and methodologies utilized in today's technical theatre in a live production setting. *Gen Ed: FA*

### THE 3214 ACTING III: ACTING FOR THE CAMERA

Four hours. Prerequisites: THE 1213 and THE 2210 or permission of the instructor. This course studies the theories and techniques of acting for the camera and the digital film editing process. Auditioning, performing, and filming procedures for commercial, industrial, television, and film are discussed and explored on camera. Students demonstrate proficiency in creating a role for the camera through script analysis, and proficiency in on camera acting techniques and the film production process through story boarding, rehearsing, filming, and editing performance projects.

### THE 3323 DIRECTING

Four hours. Prerequisite: THE 1213 or permission of the instructor. Study and practice of directing techniques, including script analysis, composition, picturization, pantomimic dramatization, rhythm, blocking, organizational procedures, communication with designers, casting, and the rehearsal and production process. Students learn how to form a directorial vision from the careful examination of play scripts utilizing an Aristotelian based mode of analysis, and demonstrate their understanding of the director's tools and process in the direction of a one act play for the general public. Students also attend live theatre events and respond to the productions.

### THE 3330 THEATRE MANAGEMENT

Four hours. Designed to familiarize the student with the management areas involved in theatrical production. Such topics as stage management, production management and the producer are examined. Students analyze scripts from the perspective of the stage manager, the production manager and the producer. Theatrical contracts, box office operation, arts fund-raising, community and press relations, as well as theatrical unions may be examined.

### THE 3410 DRAFTING FOR THE STAGE

Four hours. Prerequisites: THE 1413 and permission of the instructor. This course is aimed at providing an understanding of the skills and materials of drawing for the theatre, beginning with materials and equipment used for drafting mechanically, including drawing board geometry, scale and dimensions, and perspective, through CAD drawing techniques and procedures.

### THE 3610 INTERMEDIATE BALLET

One hour. Prerequisite: THE 2611, equivalent experience, or permission of the instructor. This course is designed to broaden and deepen student's understanding of classical ballet vocabulary, movement concepts, processes, principles, and to improve and develop technical skills and artistry. *Gen Ed: Well*

### THE 3611 ADVANCED BALLET

One hour. Prerequisite: THE 3610, equivalent experience, or permission of the instructor. This course focuses on improving and maintaining alignment, strength, and musicality within ballet technique, with emphasis on clarity, mobility, musicality, timing, placement, stability, and speed. Expanded center work includes use of all nine-body positions in adagio, and all four Russian ara-

besques. Center combinations progressively become longer and more complex, with the inclusion of intermediate turns and jumps. Students gain strength and improve coordination through study of *petit allegro*--the most difficult and vital of all aspects of classical dancing. ***Gen Ed: Well***

### THE 3620 INTERMEDIATE JAZZ

One hour. Prerequisite: THE 2621, equivalent experience, or permission of the instructor. This course further develops the concepts explored in Beginning Jazz. Lessons consist of more complex across-the-floor exercises and combinations, as well as dance terminology and dance history. ***Gen Ed: Well***

### THE 3621 ADVANCED JAZZ

One hour. Prerequisite: THE 3620, equivalent experience, or permission of the instructor. This course further develops the concepts developed in Intermediate Jazz. More complex exercises and combinations are emphasized. Performance participation is expected of students at this level. ***Gen Ed: Well***

### THE 3630 INTERMEDIATE TAP

One hour. Prerequisite: THE 2631, equivalent experience, or permission of the instructor. Practical application of traditional tap techniques, and exploration of combinations. Students apply tap principles and aesthetics and learn advanced tap movement, and skills. Skills include basic three sound movements performed center, and intricate rhythmic combinations. ***Gen Ed: Well***

### THE 3631 ADVANCED TAP

One hour. Prerequisite: THE 3630, equivalent experience, or permission of the instructor. Practical application of traditional and advanced tap techniques, and combinations. Students apply tap principles and aesthetics and create advanced tap movement. Skills include three sound movements performed center, and intricate rhythmic combinations, combined to perform skilled tap routines. ***Gen Ed: Well***

### THE 3640 INTERMEDIATE MODERN DANCE

One hour. Prerequisite: THE 2641, equivalent experience, or permission of the instructor. Introduction to intermediate level elements of modern dance techniques, vocabulary, and concepts. Students review dance anatomy, terminology, alignment, strength and flexibility as well as an awareness of the dancer's body through improvisation and rigorous structured choreography. ***Gen Ed: Well***

### THE 3641 ADVANCED MODERN DANCE

One hour. Prerequisite: THE 3640, equivalent experience, or permission of the instructor. Advanced elements of modern dance techniques, vocabulary, and concepts. Students create performances based on an understanding of dance anatomy, alignment, strength and flexibility, in both improvisational dance and rigorous structured choreography. ***Gen Ed: Well***

### THE 4110  MUSICAL THEATRE HISTORY AND LITERATURE

Four hours. Prerequisite: THE 1234 or permission of the instructor. A survey of musical theatre history and literature from its beginnings to the middle of the 20th century. Students learn the history and basic forms/styles of musical theatre, explore the aesthetic and philosophical attitudes of those who created it, including its composers, lyricists, playwrights, styles, practices, as well as a study of the significant plays within each era, and examine the prevailing political and social attitudes of the eras in which musical theatre was created.

### THE 4199 SENIOR PROJECT - MUSICAL THEATRE

Four hours. Prerequisites: senior standing and permission of the instructor. This is the capstone course for the B.F.A. Musical Theatre degree and is also available, with faculty approval, as an option for the B.A. candidate. This course is designed to provide the student with the opportunity to

apply his/her training in a production or research setting, specific to the student's needs, interests and career path. Each student works with a faculty mentor to guide him/her as he/she works independently to realize a self-designed project or performance.

### THE 4210 ACTING IV: ADVANCED ACTING TOPICS

Four hours. Prerequisites: THE 2210 and either THE 3214 or THE 3310 or permission of the instructor. A comprehensive study of the audition process and practical realities of a "professional" career in theatre. Students develop audition monologues, a "head shot," a resume, and present a plan of action for the pursuit of a career in theatre. Different specialty topics such as period styles, or performing scenes of simulated violence might be examined depending on student need.

### THE 4299 SENIOR PROJECT - PERFORMANCE

Four hours. Prerequisites: senior standing and permission of the instructor. This is the capstone course for the B.F.A. Performance degree and is also available as an option for the B.A. candidate. This course is designed to provide the student with the opportunity to apply his/her training in a production or research setting, depending upon the student's needs, interests and career path. Each student works with a faculty mentor to guide him/her as he/she works independently to realize a self-designed project or performance.

### THE 4410  ADVANCED TECHNICAL TOPICS

Four hours. Prerequisites: THE 2413 and 3410 or permission of the instructor. Students complete assignments in the conceptual analysis of play scripts and fulfillment of technical projects appropriate to their technical concentration, covering a wide variety of genres. As a corollary, a professional-caliber portfolio is developed, presented by the student, and critiqued.

### THE 4499 SENIOR PROJECT - DESIGN/TECH

Four hours. Prerequisites: senior standing and permission of the instructor. This is the capstone course for the B.F.A. Design/Tech degree and is also available as an option for the B.A. candidate. This course is designed to provide the student with the opportunity to apply his/her training in a production or research setting, depending upon the student's needs, interests and career path. Each student works with a faculty mentor to guide him/her as he/she works independently to realize a self-designed project.

### THE 4513  THEATRE HISTORY AND LITERATURE I

Four hours. Prerequisites: THE 2313 or permission of the instructor and successful completion of coursework that satisfies Effective Communication SLOs A and B. A survey of theatre history and literature from ancient Greece to the end of the 17th century, including its playwrights, actors, theatres, movements, practices and their social context, as well as a study of the significant plays within each era. *Gen Ed: SW, EC-C*

### THE 4523  THEATRE HISTORY AND LITERATURE II

Four hours. Prerequisites: THE 2313 or permission of the instructor and successful completion of coursework that satisfies Effective Communication SLOs A and B. A survey of theatre history and literature from the end of the 17th century to the late 20th century, including its playwrights, actors, theatres, movements, practices and their context, as well as a study of the significant plays within each era. *Gen Ed: SW, EC-C*

### THE 4650 MUSICAL THEATRE DANCE

Two hours. Prerequisites: Beginning II level competency in at least two of the major dance areas: ballet, jazz, tap, and modern, or permission of the instructor. This course focuses on the styles of dance commonly seen in the musical theatre. Emphasis is on examining and reproducing the styles of the major musical theatre choreographers.

**THE 4660 MUSICAL THEATRE CHOREOGRAPHY**
Two hours. Prerequisites: Beginning II-level competency in at least two of the major dance areas: ballet, jazz, tap, and modern, or permission of the instructor. This course focuses on the choreographer's creative process for solo, duet, trio and group dances. Emphasis is placed on learning and competently reproducing choreographic routines, as presented in a movement audition setting.

# WOMEN AND GENDER STUDIES – WST

### WST 2200 INTRODUCTION TO WOMEN AND GENDER STUDIES
Four hours. Taught by a team of professors from different disciplines, this class presents a variety of perspectives about the roles of women in such diverse fields as art, biology, business, criminology, economics, history, law, literature, music, philosophy, political science, psychology, religion, and sociology. In the liberal arts tradition, students develop awareness about issues in women and gender studies and engage in analysis of these issues from various scholarly perspectives. Collections of readings in each discipline, which represent past and present contexts, form the basis for discussion and critical thinking. *Gen Ed: SW, QI*

### WST 2220 MARRIAGE AND FAMILY
Four hours. Same as SOC 2220. Sociology/social psychology introduction to the study of marriage and family, emphasizing theoretical perspectives, research, and application based on the American family with comparisons to selected cultures. Topics include history, structure, and functions of the family, as well as mate selection and courtship, transitions, marital interaction, sexual relationships, parenting, role differentiation, violence, dissolution, and restructuring. Objectives are to analyze topics based on the academic principles of sociology and social psychology and to make applications to social and personal levels. A service learning component is required. *Gen Ed: SW, QI*

### WST 2256 GENDER, INTERPRETATION AND THE BIBLICAL TRADITION
Four hours. Same as REL 2256. An examination of selected texts from the Old and New Testaments and the patriarchal contexts of the Ancient Near East and the Greco-Roman Empire. Using historical critical methodologies to interpret the Biblical text, students determine the ways in which women are depicted, identify gender roles from the historical context, and explain the function of feminine imagery in the text. *Gen Ed: MV*

### WST 3370 GENDER IN LITERATURE
Four Hours. Same as ENG 3370. Prerequisite: successful completion of coursework that satisfies Effective Commuication SLOs A and B. In this course, students will study representations of gender or sexuality in literature, popular culture, or critical theory. Topics may include women's roles in society as reflected in literature; interrogation of the historical constructions of gender and sexuality; intersections of race and class with gender and sexuality. *Gen Ed: FA*

### WST 3550 SPECIAL TOPICS IN GENDER STUDIES
Four hours. Concentrated study of a special topic in gender studies, such as masculinity, romantic media, women and substance abuse, or incarcerated women. Focus on relevant theory and research. Specific topic at the discretion of the instructor. Course can be taken more than once under different topics.

### WST 4400 WOMEN AND GENDER IN CONTEMPORARY CULTURE
Four hours. This team-taught course brings together academic areas, such as sociology, music, and communications, in an interdisciplinary effort to explore the roles, images, and contributions of women in contemporary culture. The common threads are the roles of women in producing and experiencing culture and the cultural production of women's roles and images.

While contemporary culture is the focus, each segment of the course is built upon relevant historical foundations. Full-participation classes are designed to bring the individual topics together in synthesizing analyses. ***Gen Ed: SW, QI***

# GRADUATE & DOCTORATE PROGRAMS

Florida Southern College offers the following graduate degrees:

- EdD: Doctor of Education
- EdD: Doctor of Education in Educational Leadership
- MAcc: Master of Accountancy
- MBA: Master of Business Administration
- MEd: Master of Education in Transformational Curriculum and Instruction
- MEd: Master of Education in Educational Leadership
- MAT: Master of Arts in Transformational Curriculum and Instruction
- MSN: Master of Science in Nursing
- DNP: Doctor of Nursing Practice
- DPT: Doctor of Physical Therapy

## GRADUATE & DOCTORATE ADMISSION

Florida Southern College attracts students who demonstrate the academic ability and strong motivation to succeed in challenging graduate and doctorate degree programs. Admission decisions are based on academic achievement, aptitude, personal character, and performance in general citizenship or leadership activities throughout the applicant's life and/or professional career. The College welcomes applications from students who manifest the desire and willingness to study and the proper academic preparation to successfully complete the rigorous educational program offered at Florida Southern College. In considering applications, the admissions committee of each graduate and doctorate degree program gives careful consideration to all credentials required and submitted. No single criterion determines acceptance or denial, but each is evaluated in relation to the applicant's complete admission profile.

For admission to graduate and doctorate programs, applicants must meet the following requirements:

- a completed graduate or doctorate application form;
- a résumé or CV of educational, professional, and work experience;
- a personal statement of your expectations of a graduate or doctorate program (your personal and professional goals);
- an earned baccalaureate degree from a regionally accredited institution of higher education as verified by an official transcript of all undergraduate work completed;
- an earned graduate degree from a regionally accredited institution of higher education as verified by an official transcript of all graduate work completed *doctorate applicants only;

Please refer to the specific degree program requirements in this catalog for grade point average (GPA) requirements, entrance examination scores, recommendation letter requirements, and other admissions expectations. Interviews for Florida Southern College graduate programs may be required for final admission decisions.

Students applying to a graduate or doctorate program must not have any outstanding accounts payable to FSC or they will not be considered in the pool of applicants.

### International Student Admission

Florida Southern College welcomes international students who wish to study in the United States. International students applying for admission to Florida Southern College graduate programs are required to submit all documents required for domestic applicants and are held to the same standards. All transcripts from secondary and post-secondary institutions abroad must be translated into English. Students seeking credit for secondary exams (e.g. GCSE) or post-secondary coursework should have all transcripts from colleges or universities outside the United States evaluated by World Education Service, Josef Silny and Associates, Academic Evaluation Services, Inc. or another similar approved transcript evaluation agency prior to submission to Florida Southern.

If the student is from a nation where English is not the standard for daily communication, a score of at least 79 on the Test of English as a Foreign Language (TOEFL) or a score of at least 6.5 on the International English Language Testing System (IELTS) is required. The TOEFL or IELTS requirement may be waived for students who have completed at least one year of formal academic study at an institution where English is the language of instruction. In any case, judgment about the proficiency of the candidate is made by the graduate admissions committee of each degree program. International students will need to comply with all federal guidelines concerning student status and immigration.

### Transfer Credit

Students who have successfully completed graduate work at a regionally accredited college or university may apply for admission to Florida Southern College graduate programs. To be considered for transfer admission, a student must be eligible, academically and socially, to return to the last graduate program attended. A graduate student on academic or social dismissal from any institution is not eligible to enroll at Florida Southern College until reinstatement in good standing has been authorized, unless approved by the provost. The provost will consider a waiver of the good standing admissions requirement only in extenuating circumstances and only upon recommendation by the graduate admissions committee and dean of the program to which a student has applied. A maximum of two courses from a regionally accredited graduate school or program earned within the last 10 years may be accepted toward the graduate degree programs at Florida Southern College. Only a grade of B or better will be considered for transfer. Transfer graduate credit must be approved by the graduate admissions committee of each degree program and is in no manner automatic. All transcripts become part of the student's permanent academic file at Florida Southern College. Transfer students are not permitted into the DPT program.

### Re-Admission

Successful applicants who do not enroll in the semester for which they were admitted will be considered for entry for one year from the date of admission if space is available. Any other documentation and fees listed in the admission requirements that were not previously submitted must be completed. If the applicant has undertaken additional formal study in the intervening period, official transcripts must be submitted showing all work completed.

Any participating student who has not registered for courses during one full academic year and who wishes to return to that Florida Southern College graduate program must submit an application for readmission. Updated application materials, such as resume and statement, may be required. If the student has undertaken any academic work during this absence, official transcripts must be submitted for review. Applicants for readmission must abide by published application deadlines and requirements and are not granted preferential status.

To be eligible for readmission, students must have demonstrated successful academic progress and good character while at Florida Southern College and must not have any outstanding

accounts payable in the business office. The degree requirements listed in the current catalog issued when readmission is approved shall be applicable to those admitted that semester. Any student may elect, however, to be graduated under all the degree requirements of a later catalog.

Because Florida Southern College requires graduate degree completion within a seven-year period dating from the time of matriculation, students who request readmission after that period will be required to submit an application for readmission as well as an appeal to the Graduate Council of Florida Southern College. The student must explain any extenuating circumstances leading to the failure to complete the degree program in the required time. Furthermore, all previous coursework will be evaluated for currency and applicability to the current degree program. In following this appeal process, Florida Southern College makes no guarantee regarding readmission to the graduate program or acceptance of former Florida Southern College credit. Furthermore, should the student be readmitted, the College reserves the right to establish a new timetable for degree completion. Students in the DPT program are not eligible for re-admission.

### Transient Student Admission

Students currently enrolled in masters programs at other institutions may be allowed to take courses in the Florida Southern College graduate programs, as applicable, with the approval of the respective dean of the school in which classes are taken. Transient student documentation will be required prior to the student being permitted to enroll in any course at Florida Southern College. Transient students are not permitted in the DPT program.

### Graduate Application Deadlines

Applicants are considered for admission throughout the year, specific to each degree program. Please consult the section on the specific degree program to determine application deadlines. Written notification of admissions decisions may be expected within four weeks of the published application deadline. Florida Southern College reserves the right to hold an application until further information is available, such as end of semester grades, examination scores, confirmation of the baccalaureate degree, or samples of previous work, before making a decision about admission.

## FINANCIAL INFORMATION

### Enrollment Deposit

Upon acceptance for admission, some graduate programs require a non-refundable deposit to reserve a place in the cohort. The deposit is applied to the student's first semester tuition.

### Tuition

Tuition and fees are established by the Board of Trustees. Annual increases in tuition should be anticipated consistent with current economic indicators. Tuition and fees may be found in the sections describing each degree program.

### Refund Policy

A student withdrawing from the college will be granted a partial refund on tuition as provided below.

A student who withdraws from the college during the first three calendar days of a regular semester will receive a 100 percent refund on tuition. During the fourth through the tenth calendar days, a 90 percent refund will be made. A 50 percent refund will be made during the eleventh through the twenty-fifth calendar days, and a 25 percent refund will be made during the twenty-sixth through the fiftieth calendar days. After the fiftieth calendar day, refunds will be

made only in cases of documented serious accident or illness. In serious accident or illness cases, extending beyond a two-week period, students who withdraw will receive 75 percent refunds of any unused tuition.

During the two summer terms or when a course is offered on the seven-week term format, a student who withdraws during the first three calendar days will be given a 100 percent refund on tuition. During the fourth through seventh calendar days, a 50 percent refund will be made. A 25 percent refund will be made during the eighth through the fifteenth calendar days. No refunds will be made after the fifteenth day.

Tuition refunds are not granted when a student is enrolled in a course or course(s) offered in a condensed or nontraditional format.

No adjustments or refunds will be considered until a student files a formal notice of withdrawal and is officially withdrawn. The student must withdraw formally through the registrar's office.

### Graduation Application and Fee

A $60 graduation fee shall be assessed of all persons who anticipate award of the graduate degree at the next succeeding College commencement. The fee will be assessed during the semester in which graduation is anticipated. Students are responsible for applying for graduation and obtaining degree clearance through a degree audit by the registrar's office. Commencement ceremonies are held annually in December and April or May, and degrees are officially conferred at those times. Degrees are also conferred in August, although no formal commencement ceremony is held.

## ACADEMIC POLICIES

### Degree Candidacy

When students are admitted and matriculate, they shall be required to complete the degree program, including transient credit, within seven (7) calendar years. Please also see the earlier section on Readmission of Former Students.

### Course Load Per Semester

A full-time course load is six hours of graduate coursework, or two courses, for the MAcc, MBA, MAT, MEd, MSN, DNP, and EdD programs.

After completion of 20 hours of coursework, students in the EdD programs are given the option to request a dissertation chair and committee to engage in dissertation research in the form of one hour of dissertation credit in addition to other coursework.

The DPT program is a full-time cohort-based program of study with a course load of 10-18 hours of graduate coursework per semester.

### Academic Advising

The graduate program director for each graduate degree program, Florida Southern College graduate faculty, and the registrar are available to discuss curricular matters, class schedules, and graduate requirements. At the time of admission to graduate studies, an advisor will be assigned to each student. The student reserves the right, however, to request a specific academic advisor from among the graduate faculty listed in this catalog. It is the student's responsibility to meet with the advisor to track academic degree progress.

## Academic Schedule

Please see the section on the specific degree program for information on the academic schedule (days of the week, length of term) for that graduate degree program. Courses supporting the particular degree are offered based upon available resources. Florida Southern College cannot guarantee that any course will be given during a particular semester or specified day or time.

## Grading Scale

Professors determine the point value required for final grades in their courses. Some professors may require 90 points for an A, for example, while others may require 94 points for an A and assign an A- to students with 90–93 points. Professors are not required to round grades, and many choose not to do so; therefore, a student who has earned 89.99 points could reasonably be assigned a B+ in a class in which that professor requires 90 points for an A-. Additionally, professors are not required to use the +/- system in assigning grades. Finally, while professors may choose to assign grades of C+ or C- or D on individual assignments, tests, or papers during a course, they may not assign these as final course grades. Thus, a student with a C+ average in a class could be assigned a C as the final course grade, and a student with a C- average in a class could be assigned an F as the final course grade. When plus /minus grades are awarded for final grades, they will be recorded as follows:

| | | |
|---|---|---|
| A = 4.00 | B = 3.00 | C = 2.00 |
| A- = 3.67 | B- = 2.67 | C- = 1.67 |
| B+ = 3.33 | C+ = 2.33 | F = 0 |

Only thesis hours and the foundation courses in the MBA program may be taken pass/fail for credit in the graduate program. An Incomplete (I) grade may be granted if the majority of the coursework has been completed, extenuating circumstances have caused the student's inability to complete the course, and the faculty member originates the request for an Incomplete grade prior to the end of the semester in which the course was taken. Requests for Incomplete grades must be approved by the academic dean of the course professor. A grade of G (deferred grade) shall be granted when a student is continuing a project over several terms or semesters. For additional information on DPT program grading, see Student Physical Therapy Handbook. DPT Practicum courses are pass/fail 7480, 7680, 7780.

## Withdrawal

Withdrawal from specific graduate courses may be accomplished no later than the published date for each term. If withdrawal from the course is accomplished in such a manner, a grade of W will be recorded for that course. After that date, the student will receive the earned grade in the course.

If a student withdraws from the graduate program, that student must make application for readmission. See the section on Readmission of Former Students earlier in this catalog.

If a student withdraws from a DPT course, he/she will no longer be eligible to continue in the program since all the subsequent courses require the previous courses as prerequisites. Upon approval from the Program Director, the student will be able to take the course the following year.

## Academic Standing, Probation, and Dismissal from Graduate or Doctorate Study

Graduate and Doctorate students must maintain a 3.000 (solid B) grade point average (GPA) in order to continue in good academic standing and to complete graduate degree requirements.

Graduate and Doctorate students whose grade point averages fall below 3.000 at any time are placed on academic probation. Elevation of the grade point average to 3.000 or better must be accomplished within the next 12 hours of coursework. If after the completion of those 12 hours the condition of academic probation is not removed, the student will be suspended from further participation in the program.

A student is also suspended from the program upon making two C (C+, C, or C-) grades in graduate coursework. On appeal to the Graduate Council, a student so suspended may be granted the privilege of repeating one or both of the C (C+, C, or C-) grades in an attempt to elevate the grades and grade point average to an acceptable level (3.000). In any case, no more than one course with a grade of C (C+, C, or C-) may be counted toward meeting the semester-hour graduation requirement.

Appeals to the Graduate Council must be submitted in writing through the dean, no later than 15 calendar days after the close of the academic term in which the second C (C+, C, or C-) was received. The student will have the option of appearing before the Graduate Council in defense of her or his appeal. The Graduate Council may also ask for input from faculty members and the appropriate program director. The Graduate Council will make a recommendation to the dean whose decision will be final.

Dismissal from the graduate or doctorate program (permanent suspension without appeal) occurs when the student receives a third C (C+, C, or C-) grade, even if one or both of the preceding C (C+, C, or C-) grades have been successfully repeated. Making one F in a graduate or doctorate course will also require that the student be permanently dismissed from the program.

## Academic Standing, Probation, and Dismissal from Physical Therapy Program

*Academic Standing:*

In the DPT program students are considered in good standing if they maintain a cumulative GPA of 3.0. A grade of D or F constitutes an unsatisfactory grade in the physical therapy courses and the student receiving a D or F is not allowed to progress in the program.

*Doctor of Physical Therapy (DPT) Academic Program Probation*

A student can be placed on DPT program probation for academic or professional behavior reasons. Once on probation, a student will have one semester to rectify the problem, for example, raise their GPA or meet their professional behavior action plan. If the student does not meet the guidelines established, the student is subject to dismissal from the DPT program. A student will be unable to attend a clinical education practicum (DPT 7480, DPT 7680, DPT 7780) while on probation.

*Doctor of Physical Therapy Professional Behavior Program Probation*

A student is placed on DPT program probation when the student does not meet the Professional Behavior Action Plan guidelines. A student will have one semester to meet the Professional Behavior Action Plan guidelines. If after that semester the guidelines are not met, the student is subject to dismissal from the DPT program. A student will be unable to attend a clinical education practicum (DPT 7480, DPT 7680, DPT 7780) while on DPT program probation.

*Readmission after Physical Therapy Course Failure*

After receiving one failing grade (D or F) in a physical therapy course, a student will not be allowed to continue in the Program but will have to repeat and pass the failed course the next time it is offered. A student who fails a physical therapy course is strongly advised to work with their advisor to formulate a plan outlining actions to facilitate successful course completion.

After receiving a D or an F in a subsequent physical therapy course a student will be ineligible for continued progression through the Program and is subject to dismissal.  See Course Failure Policy and Procedure, **Section 12.27 of School of Physical Therapy Student Handbook.**

## Grade Appeals and Academic Integrity

According to Florida Southern College policy, students may file appeals in two additional types of cases: (1) grade appeal and (2) appeal of suspension from the program for an Honor Code violation.

In the case of a grade appeal, a student should appeal first to the faculty member assigning the grade, then to the department chair and/or program director, and then to the faculty member's academic dean. Cases in which resolution has not been achieved by informal negotiations at the program level may be sent to the Office of the Provost. The provost may handle them informally or remand them to the Academic Appeals Board for formal review and recommendation.

When a case is remanded to the Academic Appeals Board, it will consider the case and make final recommendations. In the process, it will make every effort to preserve both the substance and appearance of impartiality and fairness. In the event that a member of the board is directly involved in the case, that member will not participate. If that member is the chair of the Board, the board will elect a chair, *pro tem*.

The board may make a determination without a hearing. In the event of a hearing by the board, a vote will be taken by secret ballot. In either case the results will be communicated in writing by the chair to the provost. The provost will communicate the final decision to the student, the dean, and the faculty member.

Any student considering a grade appeal should understand that each faculty member has the academic freedom and responsibility to determine and assign grades according to any professionally acceptable method chosen by the faculty member, communicated to everyone in the class, and applied to all students equally.

An appeal must be made in writing to the faculty member who taught the course (copies to the department chair or graduate program director and to the academic dean) no later than the fifteenth calendar day of the next succeeding semester or term. A detailed grade appeals procedure is available in the Office of the Provost (Buckner Building).

(2) In the case of a charge of academic dishonesty, the provisions of the Florida Southern College Honor Code apply. See the section on the Honor Code earlier in this catalog.

# GRADUATE PROGRAM REQUIREMENTS

## MASTER OF ACCOUNTANCY

### Program Objectives and Mission

Florida Southern College offers the Master of Accountancy (MAcc) degree to the student who desires to complete licensure requirements for the Uniform CPA Examination and to the student who desires an additional level of accounting knowledge imparted by graduate study.

### Academic Information and Deadlines

**See the section on Graduate Admission earlier in this catalog for general requirements.** Along with required admissions materials, applicants for the MAcc must submit satisfactory scores on either the Graduate Management Admissions Test (GMAT) or the verbal and quantitative portions of the Graduate Record Examination (GRE) and satisfactory undergraduate academic records.

### The Academic Schedule

Core courses in the MAcc program (four hours or two hours each) meet two Saturdays per month with the remaining assignments to be completed online (i.e, a hybrid format). Elective courses in the MAcc program are two hours each. Some are online classes, others are hybrid classes, and one class (BUS 6350 Business Law for Accountants) is offered in the spring day term. ACC 6999 Accounting Capstone is a directed study course.

### Prerequisites

The following are required for admission into the MAcc program

I. Completion of a bachelor's degree at a regionally accredited institution.

II. Completion of the following undergraduate business core courses (or approved equivalents):

| | |
|---|---|
| ACC 2111 | Foundations of Financial Accounting |
| ACC 2112 | Foundations of Managerial Accounting |
| BUS 2217 | Principles of Management |
| BUS 3160 | Marketing Principles |
| BUS 3311 | Legal Environment of Business |
| BUS 3320 | Applied Statistics for Business and Economics |
| BUS 3453 | Managerial Finance |
| BUS 4999 | Seminar in Strategic Management of the Business Enterprise |
| ECO 2210 | Essentials of Economics |

III. Completion of the following undergraduate courses (or approved equivalents)

| | |
|---|---|
| ACC 3111 | Financial Accounting I |
| ACC 3112 | Financial Accounting II |
| ACC 3211 | Cost Accounting |
| ACC 4411 | Federal Taxation |
| ACC 4511 | Auditing |

### Tuition and Fees

Tuition ........................................................................................................ $775.00 per credit hour

*Technology Fee*

Up to 4 credit hours............................................................................................. $25.00 per term

5–8 credit hours ................................................................................................... $50.00 per term

9–12 credit hours ............................................................................................... $100.00 per term

Please see the sections earlier in this catalog for the FSC refund policy for graduate students as well as the policies on admission, matriculation, technology, and graduation fees. The College does not permit auditing graduate courses.

## Early Admission

FSC students who are currently enrolled in the B.S. in Accounting may begin their MAcc program in the fall of their senior year. Requirements for early admission include

- Meet General Admission Requirements

- GPA of 3.0 overall (cumulative) at FSC

- GPA of 3.0 in accounting (ACC) courses

- Application priority deadline for early admission is February 1 of the junior year. Admission is contingent upon cumulative GPA as of the end of the semester prior to entry.

The published day, full-time tuition will be assessed for enrollment in the two fall terms and the one spring term for students enrolled in the early MAcc program. Summer enrollments will be charged at the prevailing rates; MAcc program graduate per credit rate, the day undergraduate per credit hour rate, or the adult undergraduate per credit hour rate.

## Degree Requirements

**Accounting Core ...........................................................................................................20 hours**

| | | |
|---|---|---|
| ACC 6120 | Corporate Taxation | |
| ACC 6140 | Taxation of Partnerships and Estates | |
| ACC 6200 | Auditing with Accounting Information Systems | |
| ACC 6300 | Advanced Financial Accounting & Reporting | |
| ACC 6400 | Advanced Managerial Accounting | |
| ACC 6989 | Accounting Research | |
| ACC 6999 | Accounting Capstone Project | |

**Accounting Electives .....................................................................................................10 hours**

| | | |
|---|---|---|
| ACC 6220 | Governmental Accounting | |
| ACC 6420 | Data Analytics | |
| ACC 6500 | CPA Review Course | |
| ACC 6501 | Advanced CPA Review | |
| ACC 6620 | Ethics in Accounting | |
| ACC 6640 | Fraud Examination | |
| ACC 6960 | Accounting Internship | |
| BUS 6350 | Business Law for Accountants | |
| MBA Course* | | |

**Total hours .........................................................................................................................30**

*A student may take a maximum of two MBA courses (8 credit hours).

Please note that the Florida State Board of Accountancy requires a total of 150 hours for CPA licensure, not to include ACC 6500 CPA Review Course.

# MASTER OF BUSINESS ADMINISTRATION

### Program Objectives and Mission

Florida Southern College offers the Master of Business Administration (MBA) degree program in response to significant expressions of interest from area and regional business and educational enterprises. The MBA is designed to provide courses in the special fields of business administration and international business. The express purpose for making advanced degree work available to a regional constituency is to enable advanced learning and training to be applied directly to business endeavors and to enable upward mobility for persons seeking entry into the job market at the executive or advanced levels.

### Admission Information and Deadlines

**See the section on Graduate Admission earlier in this catalog for general requirements.** Along with required admissions materials, applicants for the MBA must submit a letter of recommendation, satisfactory scores on either the Graduate Management Admissions Test (GMAT) or the verbal and quantitative portions of the Graduate Record Examination (GRE) and satisfactory undergraduate academic records. GRE/GMAT waivers may be considered for applicants that meet one of the following criteria: 1) at least 3 years of significant managerial experience, 2) members of Beta Gamma Sigma, 3) candidates having already earned a terminal degree, 4) hold an active CPA license, or 5) graduates from an AACSB-accredited institution with a minimum 3.30 cumulative GPA.

Non-degree seeking candidates may take up to eight hours of courses without being enrolled as a full-time student if they meet admission requirements.

### The Academic Schedule

Graduate courses in the MBA program are offered in an online or Saturday-hybrid format, where classes are taught in a combination of online and face-to-face sessions on eight scheduled Saturdays per semester. The 14-week semesters are concurrent with the regularly planned college academic year, August through April. The summer term can run in 7- or 14-week semesters between May and August.

Students may enter the program in August, January, or May and will typically select a path to graduation that will be accomplished in 16, 24, or 20 months, respectively. The 16-month option is composed of three 14-week semesters and one summer term. The 20-month alternative is scheduled over three 14-week semesters and two summer terms. The 24-month option is composed of four 14-week semesters and two summer terms.

### Prerequisites and Preparatory Courses

All students admitted to the MBA program are required to take two Foundation courses. Students must complete two preselected modules from the qualitative Foundations II course prior to enrolling in the fall semester core courses. The quantitative Foundation I course must be completed by the end of the semester prior to the spring core course offerings. Satisfactory levels of competence will be demonstrated by meeting the specific course requirements and by achieving a score of no less than 75 percent on each of the final exams for the required foundation courses. Students who fail to demonstrate competency as defined above will be suspended from the program, and no academic credit will be granted for the related foundation course(s).

### Tuition and Fees

Tuition ......................................................................................................... $775.00 per credit hour

*Technology Fee*

Up to 4 credit hours.............................................................................................. $25.00 per term

5–8 credit hours .................................................................................................... $50.00 per term

9–12 credit hours ............................................................................................... $100.00 per term

Please see the sections earlier in this catalog for the FSC refund policy for graduate students as well as the policies on admission, matriculation, technology, and graduation fees. The College does not permit auditing graduate courses.

## Early Admission 4+1 MBA Program

During the junior year, all Florida Southern undergraduate students are eligible to be considered for early admission to the MBA program. Admitted undergraduate students will be allowed to complete a maximum of 12 credit hours of graduate work prior to undergraduate graduation. Course options are limited to MBA electives and the two 2 hour Foundation courses. These credits will count toward their undergraduate and MBA degree requirements. Requirements for admission include:

- General MBA Admission Requirements
- MBA Director Approval
- 93+ credit hours completed at the start of the program
- GPA of 3.20+ overall (cumulative)

Admission is contingent upon cumulative GPA as of the end of the semester prior to entry.

Any MBA courses attempted in the fall or spring semesters before receiving the undergraduate degree will be charged at the traditional undergraduate full-time tuition rate. Any taken in a summer semester before receiving the undergraduate degree will be charged at the traditional undergraduate summer tuition rate. Graduate courses taken after the student receives their undergraduate degree will be billed at the current MBA per credit hour rate.

## Degree Requirements

**Foundation Courses .......................................................................................................... 4 hours**

| BUS 6310 | Foundations I: Quantitative Skills |
| BUS 6320 | Foundations II: Qualitative Skills |

**Required Courses......................................................................................................... 24 hours**

| BUS 6400 | Leadership of Self and Organizations |
| BUS 6455 | Managing Across Boundaries and Borders |
| BUS 6500 | Managing the Economic, Regulatory and Social Env. of Business |
| BUS 6550 | Complex Decision Making |
| BUS 6600 | Synthesis of Trends, Image and Output |
| BUS 6990 | Strategy Formulation and Organizational Design for the 21st Century |

**Elective Courses .......................................................................................................... 16 hours**

The following elective choices are four hour courses unless otherwise noted. ACC 6120, ACC 6140, ACC 6200 and ACC 6300 require candidates meet the accounting prerequisite courses.

| BUS 6300 | Healthcare Informatics & Decision Making |
| BUS 6350 | Business Law for Accountants (2 hours) |

| | | |
|---|---|---|
| BUS 6650 | Health Policy | |
| BUS 6710 | Management: Negotiations | |
| BUS 6720 | Marketing Strategy | |
| BUS 6730 | Supply Chain Management | |
| BUS 6740 | Six Sigma Certification | |
| BUS 6750 | Operations Management | |
| BUS 6820 | International Field Experience | |
| BUS 6850 | Graduate Internship in Business | |
| ACC 6120 | Corporate Taxation (2 hours) | |
| ACC 6140 | Taxation of Partnerships and Estates (2 hours) | |
| ACC 6200 | Auditing with Accounting Information Systems | |
| ACC 6300 | Advanced Financial Accounting & Reporting | |
| ACC 6400 | Advanced Managerial Accounting | |
| ACC/BUS 6420 | Accounting Data Analytics (2 hours) | |
| ACC 6620 | Ethics in Accounting (2 hours) | |
| ACC 6640 | Fraud Examination (2 hours) | |
| ACC 6960 | Accounting Internship (2 hours) | |
| NUR 5350 | Health Care Policy (3 hours) | |

**Total .................................................................................................................................... 44 hours**

*Note: Course descriptions are found later in this catalog. Please consult the table of contents or index.*

# MASTER OF ARTS (MAT) IN TRANSFORMATIONAL CURRICULUM AND INSTRUCTION

### Program Objectives

The Master of Arts in Transformational Curriculum and Instruction (MAT) is intended for individuals who have obtained baccalaureate degrees in areas other than education and without a professional teaching certificate.

### Admission Information

See the section on Graduate Admission earlier in this catalog for general requirements for admission to the graduate programs of Florida Southern College.

### Additional MAT Admission Requirements

1. Applicant must have an earned baccalaureate degree in a field outside of education from a regionally accredited institution of higher education as verified by an official transcript; with a cumulative GPA of 3.0 or better, or a composite score of 297 on the GRE or 393 on the MAT.
2. Prior to admission or within the first 12 semester hours of MAT coursework, the candidate must submit a passing score on all sections of the Florida (FTCE) Teacher Certification Examinations in the applicant's approved teaching field. An MAT candidate who does not pass the FTCE subject area examination (SAE) by the end of the first 12 semester hours of the graduate program may be suspended until the exam has been passed.
3. A personal interview will be required.
4. A photocopy of ID, passport, or driver's license will be required.
6. Applicants must complete a background check and receive background check clearance from the Polk County School Board (PCSB).

\*A personal academic interest inventory may be required.

*Please note: It is the responsibility of the MAT student to ensure he or she meets and adheres to all certification requirements of the Florida Department of Education to teach in the state of Florida.*

### The Academic Schedule

Graduate courses in the MAT are offered in an online format with the exception of EDU 6610 and EDU 6640. The first and second semesters are concurrent with the regularly planned College calendar, August through April. One semester of student teaching is required during the student's final semester.

### Degree Requirements

The credit-hour requirement for the MAT degree program is 42 semester hours of coursework including a final internship and seminar course that lasts an entire semester. *Please note: the MAT is not a Florida state-approved program, and the FSC School of Education does not accept responsibility for advising students in course selection for purposes of initial Florida teacher certification.*

### Tuition and Fees

Tuition ......................................................................................................... $430.00 per credit hour
*Technology Fee*

    Up to 4 credit hours ......................................................................................  $25.00 per term
    5–8 credit hour ............................................................................................. $50.00 per term
    9–12 credit hours .......................................................................................... $100.00 per term

Please see the sections earlier in this catalog for the FSC refund policy for graduate students as well as the policies on admission, matriculation, technology, and graduation fees. The College does not permit auditing graduate courses.

### MAT in Transformational Curriculum and Instruction Degree Requirements

**Required Courses.....................................................................................................42 hours**

| | |
|---|---|
| EDU 6910 | Transformational Teaching and Learning |
| EDU 6920 | Transformational Learning Environments |
| EDU 6930 | Transformational Teaching and Learning through Research |
| EDU 6940 | Transformational Approaches to Curriculum and Instruction |
| EDU 6950 | Transformational Teaching and Learning with Diverse Populations |
| EDU 6960 | Assessing Transformational Teaching and Learning |
| EDU 6970 | Transformational Instructional Leadership |
| EDU 6980 | Advanced Research in Transformational Teaching and Learning |

Internship Semester (Students' final semester following completion of all course work):

| | |
|---|---|
| EDU 6610 | Internship (10 hours) |
| EDU 6640 | Student Teaching Seminar (2 hours) |

**Total .............................................................................................................................42 hours**

## MASTER OF EDUCATION (MED) IN TRANSFORMATIONAL CURRICULUM AND INSTRUCTION

### Program Objectives

The Master of Education (MEd) in Transformational Curriculum and Instruction is designed to further the knowledge and skills of classroom teachers who hold the Professional Teaching Certificate.

### Admission Information

See the section on Graduate Admission earlier in this catalog for general requirements for admission to the graduate programs of Florida Southern College.

### Additional MEd TCI Admission Requirements

1. Applicant must have an earned baccalaureate degree from a regionally accredited institution of higher education as verified by an official transcript; with a cumulative GPA of 3.0 or a composite score of 297 on the GRE or 393 on the MAT.
2. The applicant must hold a Florida Professional Teacher Certificate. Applicants must provide certificate number to meet admission requirements or a copy of the Florida Professional Teaching Certificate.

### The Academic Schedule

Graduate courses in the MEd TCI are offered in an online format. The first and second semesters are concurrent with the regularly planned College calendar, August through April.

### Degree Requirements

The credit-hour requirement for the MEd degree program is 30 semester hours of coursework.

### Early Admission 4+1 MEd Program

During the junior year, all Florida Southern education undergraduate students are eligible to be considered for early admission to the MEd in Transformational Curriculum and Instruction program. Admitted undergraduate students will be allowed to complete a maximum of six credit hours of graduate work prior to undergraduate graduation. Course options are limited to EDU 6910 and EDU 6920. These credits will count toward their undergraduate and MEd degree requirements. Requirements for admission include:

- General MEd Admission Requirements
- MEd in Transformational Curriculum and Instruction Director Approval
- 93+ credit hours completed at the start of the program
- GPA of 3.00+ overall (cumulative)

Admission is contingent upon cumulative GPA as of the end of the semester prior to entry.

Any MEd courses attempted in the fall or spring semesters before receiving the undergraduate degree will be charged at the traditional undergraduate full-time tuition rate. Graduate courses taken after the student receives their undergraduate degree will be billed at the current MEd per credit hour rate.

### Tuition and Fees

Tuition .................................................................................................... $430.00 per credit hour

*Technology Fee*

Up to 4 credit hours ........................................................................ $25.00 per term
5–8 credit hour ................................................................................ $50.00 per term
9–12 credit hours ............................................................................ $100.00 per term

Please see the sections earlier in this catalog for the FSC refund policy for graduate students

as well as the policies on admission, matriculation, technology, and graduation fees. The College does not permit auditing graduate courses.

## MEd in Transformational Curriculum and Instruction Degree Requirements

**Required Courses**..........................................................................................................**30 hours**

| EDU 6910 | Transformational Teaching and Learning |
| EDU 6920 | Transformational Learning Environments |
| EDU 6930 | Transformational Teaching and Learning through Research |
| EDU 6940 | Transformational Approaches to Curriculum and Instruction |
| EDU 6950 | Transformational Teaching and Learning with Diverse Populations |
| EDU 6960 | Assessing Transformational Teaching and Learning |
| EDU 6970 | Transformational Instructional Leadership |
| EDU 6980 | Advanced Research in Transformational Teaching and Learning |

**Total** .............................................................................................................................**30 hours**

# MASTER OF EDUCATION (MEd) IN EDUCATIONAL LEADERSHIP

### Program Objectives

The Master of Education (MEd) in Educational Leadership is designed for teachers who currently hold a Florida Professional Teaching Certificate and who desire to advance their career in education administration.

### Admission Information

See the section on Graduate Admission earlier in this catalog for general requirements for admission to the graduate programs of Florida Southern College.

### Additional MEd Educational Leadership Admission Requirements

1. Applicant must have an earned baccalaureate degree from a regionally accredited institution of higher education as verified by an official transcript of all undergraduate work completed; with a cumulative GPA of 3.0 overall or a composite score of 297 on the GRE or 393 on the MAT.

2. The applicant must hold a Florida Professional Teacher Certificate. Applicants must provide certificate number to meet admission requirements or a copy of the Florida professional teaching certificate.

3. FLDOE Teaching Requirement Form completed by supervisor verifying 2+ years of effective teaching experience.

### The Academic Schedule

Graduate courses in the MEd Educational Leadership are offered in a hybrid format which is a combination of online and in-class instruction.

### Degree Requirements

All MEd in Educational Leadership students are required to pass the Florida Educational Leadership Exam (FELE) prior to completion of the program in order to meet graduation requirements. This program follows the Florida Department of Education (FLDOE) guidelines. Students must satisfactorily complete all coursework including clinical requirements in the 36-hour semester course requirement.

### Tuition and Fees

Tuition .................................................................................................... $430.00 per credit hour
*Technology Fee*

   Up to 4 credit hours ......................................................................... $25.00 per term
   5–8 credit hour ................................................................................. $50.00 per term
   9–12 credit hours ............................................................................. $100.00 per term

Please see the sections earlier in this catalog for the FSC refund policy for graduate students as well as the policies on admission, matriculation, technology, and graduation fees. The College does not permit auditing graduate courses.

### MEd in Educational Leadership Degree Requirements

**Required Courses .......................................................................... 36 hours**

| | | |
|---|---|---|
| EDU 6100 | Educational Leadership for Change | |
| EDU 6150 | Resource Allocation for Student Achievement | |
| EDU 6200 | Ethics and School Law | |
| EDU 6300 | Leading in a Diverse Society | |
| EDU 6400 | Program Development:  Teaching, Learning, and Assessment | |
| EDU 6450 | Strategic Faculty Development for P-12 Administrators | |
| EDU 6550 | Student Achievement, Accountability & Standards-Based Instruction | |
| EDU 6600 | School Finance | |
| EDU 6700 | Instructional Leadership | |

**Total ............................................................................................. 36 hours**

## DOCTOR OF EDUCATION (EdD)

### Program Objectives

The Doctor of Education program is designed to prepare individuals for positions in administration, policy development, college or university teaching, and/or research. The curriculum includes broad topics addressing leadership and organizational theories; curriculum, assessment and accountability practices; professional development; policy, politics, and planning issues; and research-driven decision-making and policy analysis. The Doctor of Education prepares graduates with the requisite curriculum, pedagogical, and leadership knowledge, skills, and resources so that they may have a consequential impact on and lead in private firms, nonprofits, higher education, and government organizations in their roles as directors and administrators, staff developers, instructional and curriculum specialists, and college faculty.

### Admission Information

See the section on Graduate and Doctorate Admission earlier in this catalog for general requirements for admission to the doctorate program of Florida Southern College.

### Additional EdD Admission Requirements

1. An earned grade point average of 3.0 in an accredited master's degree program. If you have at least a 3.0 cumulative GPA from your graduate degree, then you meet the requirements for a Graduate Record Exam (GRE) exemption. If not, please submit an official Graduate Record Exam (GRE) score greater than 300 for tests taken within the last five years.

2. Letter of recommendation.

3. Personal interview with a representative of the School of Education.

### Tuition and Fees

Tuition: ...................................................................................................... $490.00 per credit hour

*Technology Fee*

Up to 4 credit hours .......................................................................................... $25.00 per term

5–8 credit hours ................................................................................................ $50.00 per term

9–12 credit hours ............................................................................................ $100.00 per term

Please see the sections earlier in this catalog for the FSC refund policy for graduate students as well as the policies on admission, matriculation, technology, and graduation fees. The College does not permit auditing graduate courses.

### Degree Requirements

The credit-hour requirement for the EdD degree program is 60 semester hours: 48 hours of coursework and a minimum of 12 hours of dissertation preparation. Students must receive approval of their final dissertation in order to meet graduation requirements.

After completing 20 doctoral credit hours, the student may be eligible to enroll in Dissertation (EDU 7140). At that time, a dissertation committee consisting of a major professor and three faculty members will support the doctoral student through the dissertation process.

### Doctor of Education Degree Requirements

**Required Courses.................................................................................................60 hours**

| EDU 7010 | Educational Leadership and Theory |
| EDU 7020 | Curriculum, Learning, and Instruction |
| EDU 7030 | Ethics in Educational Leadership |
| EDU 7040 | Organizational Theory and Behavior |
| EDU 7050 | Educational Politics, Policy, and Current Issues |
| EDU 7065 | Legal Issues in Education |
| EDU 7070 | Curriculum Analysis |
| EDU 7085 | Finance and Budgeting |
| EDU 7090 | Quantitative Analysis I |
| EDU 7115 | Community Collaboration |
| EDU 7120 | Qualitative Analysis I |
| EDU 7135 | Planning and Evaluation in Education |
| EDU 7140 | Dissertation (12 hours) |

**Total ....................................................................................................................60 hours**

## DOCTOR OF EDUCATION (EdD) IN EDUCATIONAL LEADERSHIP

### Program Objectives

The Doctor of Education in Educational Leadership is designed to prepare individuals for positions in school administration, policy development, college or university teaching, and/or research. The degree includes broad leadership topics covering curriculum, assessment and accountability, professional development, research-driven decision-making, and policy analysis.

This is not a program leading to initial certification or licensure in the state of Florida. Students seeking educational leadership certification need to refer to Florida Southern College's state-approved MEd in Educational Leadership.

### Admission Information

See the section on Graduate / Doctorate Admission earlier in this catalog for general requirements for admission to the doctorate program of Florida Southern College.

### Additional EdD Educational Leadership Admission Requirements

1. An earned grade point average of 3.0 in an accredited master's degree program. If you have at least a 3.0 cumulative GPA from your graduate degree, then you meet the requirements for a Graduate Record Exam (GRE) exemption. If not, please submit an official Graduate Record Exam (GRE) score taken within the last five years with a combined score of 300 or greater.
2. A valid professional educator certificate or a master's degree in education from a regionally accredited institution.
3. Letter of recommendation.
4. Personal interview with a representative of the School of Education.

### Tuition and Fees

Tuition: ............................................................................................. $490.00 per credit hour

*Technology Fee*

Up to 4 credit hours............................................................................ $25.00 per term

5–8 credit hours ................................................................................. $50.00 per term

9–12 credit hours ............................................................................. $100.00 per term

Please see the sections earlier in this catalog for the FSC refund policy for graduate students as well as the policies on admission, matriculation, technology, and graduation fees. The College does not permit auditing graduate courses.

### Degree Requirements

The credit-hour requirement for the EdD degree program is 60 semester hours: 48 hours of coursework and a minimum of 12 hours of dissertation preparation. Students must receive approval of their final dissertation in order to meet graduation requirements.

After completing 20 doctoral credit hours, the student may be eligible to enroll in Dissertation (EDU 7140). At that time, a dissertation committee consisting of a major professor and three faculty members will support the doctoral student through the dissertation process.

### Doctor of Education Educational Leadership Degree Requirements

**Required Courses............................................................................60 hours**

| | |
|---|---|
| EDU 7010 | Educational Leadership and Theory |
| EDU 7020 | Curriculum, Learning, and Instruction |
| EDU 7030 | Ethics in Educational Leadership |
| EDU 7040 | Organizational Theory and Behavior |
| EDU 7050 | Educational Politics, Policy, and Current Issues |
| EDU 7060 | K-12 Law and Governance |
| EDU 7070 | Curriculum Analysis |
| EDU 7080 | Finance and Resource Allocation |

| EDU 7090 | Quantitative Analysis I |
| EDU 7110 | Educational Accountability and Student Assessment |
| EDU 7120 | Qualitative Analysis I |
| EDU 7130 | Policy Analysis, Implementation, and Evaluation |
| EDU 7140 | Dissertation (12 hours) |

**Total ............................................................................................................................60 hours**

# MASTER OF SCIENCE IN NURSING (MSN)

### Accreditation

The master's degree in nursing at Florida Southern College is accredited by the Commission on Collegiate Nursing Education, 655 K Street NW, Suite 750, Washington, DC 20001, 202-887-6791.

### Program Mission and Objectives

Florida Southern College nursing faculty members are committed to promoting educational excellence and providing unique opportunities for personal and professional growth for nursing students. In the roles of mentor, role model, expert resource and facilitator, faculty are dedicated to enabling the student to master new skills, to critically evaluate situations, and to integrate new knowledge and skills into nursing practice through innovative approaches to the delivery of health care in diverse settings.

The Master of Science in Nursing program offers a contemporary and innovative curriculum that prepares the licensed Registered Nurse for advanced practice nursing roles. Students may choose one of five tracks: 1) Adult-Gerontology Primary Care Nurse Practitioner, 2) Family Nurse Practitioner, 3) Adult-Gerontology Clinical Nurse Specialist, 4) Nurse Educator, or 5) Nursing Administration. Cultural competence, ethical decision making, an ability to use and generate new evidence in practice, and global awareness of issues related to health care delivery and health policy are fostered throughout the program. Upon completion, the graduate is prepared for doctoral studies.

The Adult-Gerontology Primary Care Nurse Practitioner student is prepared to provide direct care for patients within the entire adult age spectrum from young adults (including late adolescents), to adults and older adults (including frail older adults). Students must complete a minimum of 41 credit hours including a scholarly project or comprehensive examination and at least 540 clinical-practice hours. The Adult-Gerontology Clinical Nurse Specialist student is prepared in the three spheres of influence: patient/client, nurses and nursing practice and organization/system. Students must complete a minimum of 40 credit hours, including a scholarly project, and at least 504 clinical-practice hours. The Family Nurse Practitioner student is prepared to provide and direct care to families including adults and children. This track requires the graduate student to complete a minimum of 47 credit hours, including a scholarly project or comprehensive examination and at least 660 clinical practice hours. Graduates are prepared for the national certification examination as an Adult-Gerontology Primary Care Nurse Practitioner, a Family Nurse Practitoner, or a Clinical Nurse Specialist through the American Nurses Credentialing Center, 600 Maryland Avenue, SW, Suite 100 West, Washington, DC 20024-2571, 1.800.284.2378 or the American Academy of Nurse Practitioners Certification Board, National Administrative Office, P. O. Box 12846, Austin, TX 78711, 1.512.637.0500.

The Nurse Educator student is prepared for teaching in an academic or health care setting. The curriculum provides a foundation for teaching, course and curriculum design, and program evaluation. The program requires each graduate student to complete 41 credit hours, a scholarly project, and 350 practice hours.

The Nursing Administration concentration is designed for nurses who want to advance their careers in leadership, administration, and management. Some courses are shared with the School of Business MBA program. Students can complete the degree program in approximately 6 semesters of part time study and complete two graduate internship courses with approximately 500 hours of advance practice under the guidance of a preceptor and faculty member. A final capstone project is part of the degree requirement.

## Admission Information

See the section on Graduate Admission earlier in this catalog for general requirements for admission to the graduate programs of Florida Southern College. Applicants are considered for admission for the fall and spring semester. The application deadline for fall admission is June 1. The application deadline for spring admission is October 1. Written notification of admission decisions may be expected within four (4) weeks of the published application deadline. The graduate admission committee reserves the right to hold an application until further information is available, such as end of semester grades or samples of previous work, before making a decision about an application for admission.

### Additional MSN Admission Requirements

1. BSN from a regionally accredited institution and a CCNE, CNEA, or ACEN accredited nursing program
2. Proof of current active licensure as a Registered Nurse in the state of Florida.
3. The following prerequisite courses or equivalent courses from an accredited college or university at the undergraduate level are required:
- Health Assessment
- Evidence Based Health Care or Research Methods
- Introduction to Statistics or Biostatistics

A "C" or better grade in these prerequisite courses is required.

4. Professional Statement. No more than 2 pages single spaced in length. Statement should highlight relevant work history and immediate and long term professional goals as an advanced-practice nurse. Should demonstrate an understanding of the scope of the advanced practice nurse and be specific to the MSN track selected.
5. Three Recommendation Forms or Letters of Reference.
6. Minimum grade point average (GPA) of 3.0 on 4.0 scale on the last 60 hours of undergraduate coursework

*In considering applications for the MSN program, the graduate committee gives careful consideration to all credentials required and submitted.

### Degree Requirements

Completion of the Master of Science in Nursing for the Adult-Gerontology Clinical Nurse Specialist track requires 40 credit hours including at least 504 clinical-practice hours and a scholarly project. The Adult-Gerontology Primary Care Nurse Practitioner track requires 41 credit hours, including at least 540 clinical practice hours, and a scholarly project or comprehensive exam. Completion of the Family Nurse Practitioner track requires 47 credit hours, including at least 660 clinical practice hours, and a scholarly project or comprehensive exam. Completion of the Nurse Educator track requires 41 credit hours, including at least 350 practice hours, and a scholarly project. Completion of the Nursing Administration track requires 37 credit hours and completion of a two-course graduate internship.

Each MSN student must fulfill the requirements for a scholarly project that is suitable for publication or a comprehensive exam designed to measure student competency in the major area of study. MSN faculty within the School of Nursing and Health Sciences will specify the requirements for students in individual MSN Program tracks.

For students required to complete a scholarly project, the project will be guided by two Florida Southern College graduate nursing professors. An external expert with requisite clinical and academic credentials can substitute for one of the readers with permission from the nursing graduate program director. It is the student's responsibility to extend a request to a professor to serve as the primary scholarly project advisor. The advisor may suggest a second reader for the student to contact. The role of the primary scholarly project advisor is to mentor the graduate student in the conduct of professional scholarship, and must be selected prior to the completion of NUR 5250 Evidence Translation and Quality Improvement for Advanced Nursing Practice. The scholarly project advisor and second reader must attest to successful completion of the scholarly project in order for the student to be eligible for graduation with the degree of Master of Science in Nursing (MSN). The student is responsible for ensuring that all required documentation is submitted in a timely manner to the registrar's office.

For students required to complete comprehensive exam requirements, MSN faculty within the School of Nursing and Health Sciences will set and disseminate procedures for fulfillment of comprehensive exam requirements at the beginning of each academic year. A proprietary standardized predictor exam, designed to predict the student's readiness to challenge a national certification exam, will be used to fulfill comprehensive exam requirements. Students are responsible for all fees associated with standardized predictor exams.

- Each MSN student is required to complete a criminal background screening including finger printing prior to starting the program. *NOTE: Any student with a prior arrest or conviction history may be denied entry into the MSN program due to our agency contract agreements or may be denied licensure as an advanced practice registered nurse per Florida Statue 464 (Nurse Practice Act). Students who apply to the MSN program with a prior criminal record must be further screened by the program director and approved by the dean prior to acceptance into the program. Failure to disclose prior criminal history on application or report any subsequent criminal arrest after enrollment at Florida Southern College to the dean of the School of Nursing and Health Sciences may disqualify the student from the MSN program.*

- Each nursing student is required to complete a ten-panel drug screen prior to starting the program. Any student may be requested to repeat the urine drug screen as required by any clinical site or as part of a drug testing program. The cost of the background check and drug screenings is the responsibility of the student. *Note: Students who have a positive drug test may be denied acceptance into the program or be unenrolled from the program.*

- A blanket student nursing liability insurance policy will cover all nursing students for the time he or she is providing patient care as part of a supervised clinical education experience. The cost (estimate $23 per year) will be included in the nursing fee charged each semester.
  • All students must have a current adult and pediatric BLS certification with A.E.D. and maintain certification though the end of the program of study.

- Each nursing student is required to purchase a clinical documentation package, upload and maintain documents prior to the deadlines provided by the program director (prior to entering the program).

- The following are required:

a) Tuberculosis testing: A negative 2 step TB skin test (administered 1-3 weeks apart) OR Negative TB blood test (lab report required)

b) Measles/Mumps/Rubella (MMR) immunization or-positive titer

c) Hepatitis B immunization or positive titer

d) Hepatitis C (HCV) antibody test; follow-up testing if/as required

e) Varicella immunization or positive titer f) Pertussis (Tdap) immunization

f) Tetanus booster every 10 years

g) Annual flu vaccine

h) Health statement of physical fitness from health care provider stating student may par- ticipate in clinical experience assignments. Any restrictions must be outlined and include a reasonable plan for accommodation.

i) Affidavit of Good Moral Character (notarized in the state of FL)

- The student is responsible for all related costs for immunization. *No student will be allowed to begin clinical experiences until all clinical requirements have been submitted by the designated date prior to entering the program.*

- Students who have positive antibodies for Hepatitis C or HIV or other chronic infective diseases that may compromise patient safety, must be further screened and counseled. Because students will have direct contact with patients during the course of their clinical assignments in hospitals and other care settings, specific safeguards or other restrictions to practice may be imposed on the student to protect patients and themselves. The clinical agencies will have final say whether infected students can practice or attend clinical assignments.

- Students are required to complete online OSHA and HIPPA Training Modules prior to entering the program

- Individual health care organizations may have separate and/or additional screening requirements. Students seeking placement in these organizations must fulfill these requirements in order to complete clinical hours at these sites.

### Tuition and Fees

Tuition: ...................................................................................................... $600.00 per credit hour

*Technology Fee*

Up to 4 credit hours............................................................................................. $25.00 per term

5–8 credit hours ................................................................................................... $50.00 per term

9–12 credit hours ............................................................................................... $100.00 per term

*Nursing Fee*

Students will be charged a fee for required malpractice insurance and lab supplies, approximately $35 per semester.

Please see the sections earlier in this catalog for the FSC refund policy and for information on admission, matriculation, technology, and graduation fees. The College does not permit auditing graduate courses.

## Master of Science in Nursing: Adult-Gerontology Clinical Nurse Specialist

**A. Core Curriculum....................................................................................................22 hours**

| | |
|---|---|
| NUR 5120 | Advanced Practice Nurse Role |
| NUR 5150 | Advanced Pharmacology |
| NUR 5200 | Advanced Pathophysiology |

| NUR 5220 | Advanced Practice Health Assessment |
| NUR 5250 | Nursing Theory and Research |
| NUR 5350 | Health Care Policy & Politics |
| NUR 6250 | Research Hours |
| NUR 6430 | Care of the Older Adult |

**B. Clinical Nurse Specialist Track** ............................................................................ 18 hours

| NUR 6110 | Advanced Practice Nurse I |
| NUR 6160 | Advanced Practice Nurse II |
| NUR 6210 | Advanced Practice Nurse III |

**Total** ................................................................................................................................ 40 hours

## Master of Science in Nursing: Adult-Gerontology Primary Care Nurse Practitioner

**A. Core Curriculum** ........................................................................................................ 22 hours

| NUR 5120 | Leadership, Role Development, and Advocacy for Advanced Nursing Practice |
| NUR 5150 | Advanced Pharmacology |
| NUR 5200 | Advanced Pathophysiology |
| NUR 5220 | Advanced Health Assessment |
| NUR 5250 | Evidence Translation and Quality Improvement for Advanced Nursing Practice |
| NUR 5400 | Health Promotion and Clinical Prevention for Advanced Nursing Practice |
| NUR 5450 | Informatics and Health Care Technologies |
| NUR 6430 | Care of the Older Adult |

**B. Nurse Practitioner Track** ........................................................................................ 19 hours

| NUR 6110 | Advanced Practice Nurse I |
| NUR 6160 | Advanced Practice Nurse II |
| NUR 6210 | Advanced Practice Nurse III: AGPC Role |
| NUR 6500 | Transition to Advanced Nursing Practice |

**Total** ................................................................................................................................ 41 hours

## Master of Science In Nursing: Family Nurse Practitioner

**A. Core Curriculum** ........................................................................................................ 22 hours

| NUR 5120 | Leadership, Role Development, and Advocacy for Advanced Nursing Practice |
| NUR 5150 | Advanced Pharmacology |
| NUR 5200 | Advanced Pathophysiology |
| NUR 5220 | Advanced Health Assessment |
| NUR 5250 | Evidence Translation and Quality Improvement for Advanced Nursing Practice |
| NUR 5400 | Health Promotion and Clinical Prevention for Advanced Nursing Practice |
| NUR 5450 | Informatics and Health Care Technologies |
| NUR 6430 | Care of the Older Adult |

**B. Nurse Practitioner Track** ........................................................................................ 25 hours

| NUR 6110 | Advanced Practice Nurse I |
| NUR 6160 | Advanced Practice Nurse II |
| NUR 6500 | Transition to Advanced Nursing Practice |
| NUR 6640 | Primary Health Care of Women |
| NUR 6645 | Pediatric: Family Health |
| NUR 6655 | Advanced Practice Nurse III: FNP Role |

**Total.......................................................................................................... 47 hours**

## Master of Science In Nursing: Nurse Educator

**A. Core Curriculum..........................................................................................22 hours**

| NUR 5120 | Advanced Practice Nurse Role |
| NUR 5150 | Advanced Pharmacology |
| NUR 5200 | Advanced Pathophysiology |
| NUR 5220 | Advanced Practice Health Assessment |
| NUR 5250 | Nursing Theory and Research |
| NUR 5350 | Health Care Policy & Politics |
| NUR 6250 | Research Hours |
| NUR 6430 | Care of the Older Adult |

**B. Nurse Educator Track....................................................................................16 hours**

| NUR 6120 | Nurse Educator in the Clinical Setting |
| NUR 6260 | Curriculum Design & Program Development |
| NUR 6310 | Nurse Educator in the Academic Setting |

**Total..........................................................................................................38 hours**

## Master of Science In Nursing: Nursing Administration

**A. Core Curriculum............................................................................................6 hours**

| NUR 5250 | Nursing Theory and Research |
| NUR 5350 | Health Care Policy & Politics |

**B. Nurse Administration Track..........................................................................28 hours**

| BUS 6400 | Leadership of Self and Organizations |
| BUS 6710 | Management: Negotiations |
| NUR 6300 | Healthcare Informatics and Decision Making |
| NUR 6450 | Healthcare Finance and Entrepreneurship |
| NUR 6960 | Graduate Internship in Nursing |
| NUR 6961 | Graduate Internship in Nursing |
| NUR 7400 | Improving Quality, Safety and Value in Healthcare |

**Total..........................................................................................................34 hours**

## Post-Master's Certificate

A post-master's certificate is offered to serve individuals desiring additional credentials in a designated field of practice. Applicants are required to complete the standard application required for consideration for graduate nursing programs. A BSN and master of science degree (MSN or MS) from a regionally accredited institution and a CCNE, CNEA, or ACEN accredited nursing program is required to pursue the post-masters certificate. Post-master's certificate applicants must meet all MSN applicant prerequisite courses and academic standards. Federal financial aid is not available for this program. The final program plan and course requirements

for each student admitted to a graduate certificate program will be based on a gap analysis consistent with National Organization of Nurse Practitioner Faculties' Criteria for Evaluation of NP Programs standards (https://www.nonpf.org/page/15) in order to ensure the student's eligibility to sit for national certification in the selected population focus upon program completion. The gap analysis will include, at a minimum, a review of previous transcripts and course syllabi for which transfer or equivalent credits are requested. Additional documentation may be required in order to complete the gap analysis.

### Tuition and Fees

Tuition: ..................................................................................................... $600.00 per credit hour

*Technology Fee*

    Up to 4 credit hours.......................................................................................... $25.00 per term

    5–8 credit hours .............................................................................................. $50.00 per term

    9–12 credit hours ........................................................................................... $100.00 per term

### Clinical Nurse Specialist

The post-master's certificate for adult-gerontology clinical nurse specialist serves those master's prepared nurses who desire to become a specialist in the growth of organized and coordinated health care services. Students will complete at least 500 clinical practice hours in the advanced practice nurse role and be prepared to practice in three spheres of influence: patients and families, nurses and nursing practice, and organizations. Graduates are prepared for the national certification examination as an adult-gerontology clinical nurses specialist through the American Nurses Credentialing Center.

Students are required to complete three courses, totaling 18 credit hours.

- NUR 6110 Advanced Practice Nurse I (6)
- NUR 6160 Advanced Practice Nurse II (6)
- NUR 6210 Advanced Practice Nurse III (6)

Prior to entering any of these clinical courses, students must complete prerequisite courses at the graduate level: pathophysiology, pharmacology, health assessment, research. If needed, these courses may also be completed at Florida Southern College.

### Adult-Gerontology Primary Care Nurse Practitioner

The post-master's certificate for adult-gerontology primary care nurse practitioner is designed for those individuals who require additional coursework to meet eligibility requirements to take the national certification examination for adult-gerontology primary care nurse practitioner. Students will complete at least 540 clinical practice hours in the advanced practice role. Graduates are prepared for the national certification examination as an adult-gerontology primary care nurse practitioner through the American Nurses Credentialing Center or the American Association of Nurse Practitioners Certification Board.

For this concentration, students are required to complete three courses, totaling 18 credit hours.

- NUR 6110 Advanced Practice Nurse I (6
- NUR 6160 Advanced Practice Nurse II (6)
- NUR 6210 Advanced Practice Nurse III: AGPC Role (6)

Prior to entering any of these clinical courses, students must complete prerequisite courses at the graduate level: pathophysiology, pharmacology, health assessment, research. If needed, these courses may also be completed at Florida Southern College.

### Family Nurse Practitioner

The post-master's certificate for family nurse practitioner is designed for those master's-prepared nurses who desire to provide and direct care to families including adults and children. Students will complete at least 660 clinical practice hours in the advanced practice role. Graduates are prepared for the national certification examination as a family nurse practitioner through the American Nurses Credentialing Center or the American Association of Nurse Practitioners Certification Board.

For this concentration, students are required to complete five courses totaling 24 credit hours.

• NUR 6110 Advanced Practice Nurse I (6)
• NUR 6160 Advanced Practice Nurse II (6)
• NUR 6640 Primary Health Care of Women (1)
• NUR 6645 Pediatric: Family Health (5)
• NUR 6655 Advanced Practice Nurse III: FNP Role (6)

Prior to entering any of these clinical courses, students must complete prerequisite courses at the graduate level: pathophysiology, pharmacology, health assessment, research. If needed, these courses may also be completed at Florida Southern College.

### Nurse Educator

The post-master's certificate for the nurse educator serves those individuals who plan to teach in nursing and desire additional expertise in teaching-learning principles and practice. Students will be prepared to teach in an academic or health care setting. The curriculum introduces the student to contemporary teaching strategies, and curriculum design and program evaluation practices. Graduates are prepared for the national Certified Nurse Educator examination through the National League for Nursing once they have met the NLN-required teaching hours post-graduation.

For the nurse educator concentration, students must complete three courses, totaling 16 credit hours.

• NUR 6120 Nurse Educator in the Clinical Setting (6)
• NUR 6260 Curriculum Design & Program Development (4)
• NUR 6310 Nurse Educator in the Academic Setting (6)

Students must have successfully completed the following courses at the graduate level: pathophysiology, pharmacology, health assessment, research. If needed, these courses may also be completed at Florida Southern College.

## DOCTOR OF NURSING PRACTICE

The DNP program at FSC is a leadership focused post-master's program of study designed to prepare graduates in health care policy and advocacy, finance, information systems, project management and organizational leadership. Emphasis is on the application of evidence for the improvement and enhancement of patient care and health care delivery systems.

## Accreditation

The FSC School of Nursing and Health Sciences will submit an application for DNP Program accreditation by the Commission on Collegiate Nursing Education, 655 K Street N.W., Suite 750, Washington, D.C. 20001 (202-887-6791) in 2020. An accreditation site visit is scheduled for Fall 2020. Applying for accreditation does not guarantee that accreditation will be granted.

## Program Mission and Objectives

The DNP program at FSC will be a leadership focused post-master's degree doctoral program of study rooted in the application of evidence-based methods for the improvement and enhancement of patient care and healthcare delivery. The primary focus of the DNP is to provide didactic and clinical experiences for students to build on prior MSN level competencies. The program of study prepares graduates for a leadership trajectory at various levels in clinical and administrative healthcare environments.

The curriculum combines both classroom and online (hybrid) delivery methods. The DNP plan of study is designed to be taken sequentially, with degree completion expected in two years (six semesters including two summer semesters). The curriculum includes practice immersion experiences that will provide opportunities for the DNP student to synthesize their doctoral course work in a variety of settings.

## Admission Information

See the section on Graduate and Doctorate Admission earlier in this catalog for general requirements for admission to the graduate and doctoral programs of Florida Southern College.

## Additional DNP Admission Criteria and Requirements

1. Completed online application

2. Official transcripts of all academic work

3. BSN and Master's degree (MS or MSN) in nursing from an accredited CNEA, ACEN or CCNE program with certification as a Certified Nurse Midwife, Certified Registered Nurse Anesthetist, Clinical Nurse Specialist, or Nurse Practitioner at a regionally accredited college or university

   OR

   BSN and Master's degree in nursing (MS or MSN) in nursing leadership, health policy, or informatics from a nationally accredited CNEA, ACEN or CCNE program at a regionally accredited college or university

4. Cumulative graduate GPA of 3.0 on a 4.0 scale in graduate level course work

5. Résumé or CV of educational and work experience

6. Professional statement describing rationale for pursuing the DNP degree, professional goals, and how completion of the DNP degree will support attainment of professional goals

7. Minimum of three letters of recommendation including one from a current or recent supervisor, one from a former faculty member, and one from a doctoral prepared health professional

8. Proof of current active licensure as a registered nurse in the state of Florida

9.  Completion of a criminal background check, proof of immunization, and a ten-panel drug screen prior to beginning the program (if admitted)

10. Live or virtual interview (by invitation only)

## Tuition and Fees

DNP Tuition .............................................................................................. $725.00 per credit hour

*Technology Fee*

  Up to 4 credit hours............................................................................................ $25.00 per term

  5–8 credit hours ................................................................................................. $50.00 per term

  9–12 credit hours ............................................................................................. $100.00 per term

Please see the sections earlier in this catalog for the FSC refund policy and for information on admission, matriculation, technology, and graduation fees. The College does not permit auditing graduate courses.

## Good Academic Standing

A student enrolled in the DNP must achieve the following to remain in Good Academic Standing:

•   DNP students must achieve a B or better in all doctoral coursework and an overall GPA of 3.0 or higher in all doctoral and related courses.

•   DNP students will be placed on academic probation or dismissed from doctorate study in accordance with FSC policies for graduate and doctoral programs as delineated in the FSC Academic Catalog. Any appeals surrounding probation or dismissal from the program will also be addressed in accordance with these policies.

## Progression Policy

All students must maintain their plan of study as outlined in the Academic Catalog and per the student's faculty advisor. The DNP project and practicum courses must be taken in order. The course of study is intended to be twenty four months long taking two courses per semester continually through the program. If a student is unable to sustain this commitment in the DNP program they must meet with their advisor to devise an alternative plan of study for the program.

Students must successfully complete all course work no later than four (4) years after the completion of the first DNP level course. Student with extenuating circumstances can petition the Dean of the School of Nursing & Health Sciences for a Leave of Absence and if approved will be noted by the Registrar. Student must follow all Florida Southern College policies and procedures for seeking any leave. Failure to do so may result in dismissal from the program.

Additionally, students must:

•   Maintain licensure in Florida as a Registered Nurse (RN) or Advanced Registered Nurse Practitioner (ARNP) without restrictions.

•   Meet all professional standards as published in the Nursing Student Handbook and adhere to all policies regarding vaccinations, drug testing, background checks, and any and all requirements from agency agreements or other regulations relevant to any clinical or preceptor experience in the program.

• Be of good moral character and have no criminal offenses that would violate Florida Southern College policies as outlined in the Academic Catalog or Nursing Student Handbook. Students must report all criminal arrests promptly to the Dean of the School of Nursing and Health Sciences. Failure to do so could result in dismissal from the program. Certain offenses, in particular felony arrests, may result in suspension from the school or college.

## Degree Requirements

Program requirements include completion of all DNP courses (at least 38 credit hours) with a grade of B or better; completion of all practice hours (student must have a minimum of 1000 total practice hours post BSN to meet graduation requirements); submission of a DNP portfolio; presentation of the DNP project within the School of Nursing and Health Sciences (SNHS) and at the practice site where the project is conducted; submission of a DNP Project abstract to a peer-reviewed conference; and submission of a DNP Project manuscript or final scholarly report.

AACN broadly defines practice hours to include practice immersion experiences which advance clinical, leadership, health policy, and/or informatics specialization within the profession of nursing. Practice hours completed in planning, implementing, and evaluating the DNP Project within health care organization and community settings can be used to fulfill practice hours requirements.

• Each DNP student is required to complete a criminal background screening including finger printing prior to starting the program. NOTE: Any student with a prior arrest or conviction history may be denied entry into the DNP program due to our agency contract agreements or may be denied licensure as an advanced practice registered nurse per Florida Statue 464 (Nurse Practice Act). Students who apply to the DNP program with a prior criminal record must be further screened by the program director and approved by the dean prior to acceptance into the program. Failure to disclose prior criminal history on application or report any subsequent criminal arrest after enrollment at Florida Southern College to the dean of the School of Nursing and Health Sciences may disqualify the student from the DNP program.

• Each student is required to complete a ten-panel drug screen prior to starting the program. Any student may be requested to repeat the urine drug screen as required by any clinical site or as part of a drug testing program. The cost of the background check and drug screenings is the responsibility of the student. Note: Students who have a positive drug test may be denied acceptance into the program or be unenrolled from the program.

• A blanket student nursing liability insurance policy will cover all nursing students while completing DNP Project work and/or providing patient care as part of a supervised clinical or practice immersion education experience. The cost (estimate $20 per year) will be included in the nursing fee charged each semester.

• All students must have a current adult and pediatric BLS certification with A.E.D. and maintain certification though the end of the program of study.

• Each student is required to purchase a clinical documentation package, upload and maintain documents prior to the deadlines provided by the program director (prior to entering the program).

• The following are required:

a) Mantoux tuberculin test (2-step method) or blood test for TB

b) Measles/Mumps/Rubella (MMR) immunization or-positive titer

c) Hepatitis B immunization or positive titer

d) Hepatitis C titer negative

e) Varicella immunization or positive titer

f) Pertussis (Tdap) immunization

g) Tetanus booster every 10 years

h) Annual flu vaccine

i) Health statement of physical fitness from health care provider stating student may participate in clinical experience assignments when/if applicable. Any restrictions must be outlined and include a reasonable plan for accommodation.

j) Affidavit of Good Moral Character (notarized in the state of Florida)

• Each student is responsible for all related costs for immunization. No student will be allowed to begin clinical or practice immersion experiences until all requirements have been submitted by the designated date prior to entering the program.

• Students who have positive antibodies for Hepatitis C or HIV or other chronic infective diseases that may compromise patient safety, must be further screened and counseled. Because students may have direct contact with patients during the course of their practice immersion assignments in hospitals and other care settings, specific safeguards or other restrictions to practice may be imposed on the student to protect patients and themselves. The clinical agencies will have final say whether infected students can practice or attend clinical/practice immersion assignments.

• All students are required to complete online OSHA and HIPPA Training Modules prior to entering the program

• Individual health care organizations may have separate and/or additional screening requirements. Students seeking placement in these organizations must fulfill these requirements in order to complete clinical or practice immersion hours at these sites.

## Doctor of Nursing Practice Curriculum

**Required Courses……………………………………………………………………...38 hours**

| | | |
|---|---|---|
| NUR 7100 | Philosophical, Theoretical, Professional and Conceptual Foundations |
| NUR 7110 | Leadership and Interprofessional Practice |
| NUR 7120 | Introduction to DNP Project |
| NUR 7200 | Professional, Business and Scholarly Writing |
| NUR 7210 | Health Care Business and Financial Management |
| NUR 7300 | Practice Scholarship: Evidence-based Practice and Quality Improvement |
| NUR 7310 | Data Management and Analytics for Evidence-based Practice |
| NUR 7400 | Clinical Prevention and Population Health |
| NUR 7410 | Health Policy and Advocacy in Health Care |
| NUR 7420 | Information Management and Technology |
| NUR 7500 | DNP Project and Practicum I |
| NUR 7510 | DNP Project and Practicum II |
| NUR 7520 | DNP Project and Practicum III |
| NUR 7530 | DNP Project and Practicum IV |

## DOCTOR OF PHYSICAL THERAPY

### Program Mission and Student Goals

The mission of the of the School of Physical Therapy at Florida Southern College is to prepare entry-level physical therapy practitioners through dynamic engaged learning experiences and equip them with skills to provide patient-centered, evidence-based care, and have a positive impact on the community.

• Students will demonstrate the knowledge and skills necessary to provide patient-centered and evidence-based care physical therapist practice.

• Students will engage in dynamic learning experiences integrated throughout the curriculum.

• Students will provide service to the community to have a positive impact on the community.

## Admission Information

The application for the Doctor of Physical Therapy program will be on the Physical Therapy Centralized Application Service (PTCAS).

### Application Requirements:

• A bachelor's degree in any discipline from a regionally accredited institution may be in progress at time of application. However, the degree must be awarded prior to matriculation into Florida Southern College School of Physical Therapy Program.

• Minimum GPA of 3.00 (on 4.00 scale) in the last 60 credit hours of college course work.

• Minimum GPA of 3.00 (on 4.00 scale) for all prerequisite courses. Only one C will be accepted for prerequisite courses.

• Minimum GRE scores of 146 for verbal reasoning; 144 for quantitative reasoning; and 3 on the analytical writing portion.

• A minimum of 25 hours of demonstrable exposure to PT as evidenced by volunteer and/or paid work experience in a PT setting.

• Three letters of recommendation: 1 from a licensed physical therapist (from applicant's volunteer or work experience in a PT setting); 1 from a college level faculty member who has had you in class or was a program advisor; and 1 from either of the following:  a licensed physical therapist or a supervisor/employer.

• An on-campus interview by invitation only.

• A resume may be requested for students who are offered an interview by the school.

• See DPT website at http://www.flsouthern.edu/dpt for more specific information.

Coursework Petitions - An applicant can petition any of their previous coursework for acceptance to the School of Physical Therapy Admissions Committee utilizing the following procedure:

1.  An applicant writes a formal letter to Dr. Alex Siyufy or Dr. Jehad Alzyoud. The formal letter and any supporting documentation should be submitted as an attachment to an email (asiyufy@flsouthern.edu or jalzyoud@flsouthern.edu).

   Note:  Only the formal letter and accompanying attachments will be reviewed. Any requests

made in the body of an email will not be considered for review.

2.  The letter and any attachments will be presented to the Admission Committee at the next meeting (meetings typically convene every 2 weeks, however this depends on the time of year).

3.  Each letter is reviewed by the Admissions Committee on a case-by-case basis and a decision will be communicated to the applicant via email.

Applicants not meeting these minimum requirements will not be considered for admission to the School of Physical Therapy.  Meeting minimum requirements does not guarantee an applicant interview or admission to the program.  All applicants and admitted students to the School of Physical Therapy must certify in writing that they are able to perform certain Essential Functions in order to participate and complete program requirements.  Specific requirements to meet clinical education practicums are outlined in the Student Clinical Education Handbook.

Thirty-six (36) students will be admitted to the School of Physical Therapy each year.

### Tuition and Fees

Cost for tuition and required program fees for the 28-month program is $105,295. (Actual tuition paid at the beginning of each semester is based on $970 per credit hour, plus estimated fees of $145 per year and a one-time fee of $100 in year one. Fees are non-refundable.)

### Doctor of Physical Therapy Curriculum

**Required Courses…………………………………………………………………..108 hours**

| | |
|---|---|
| DPT 7110 | Human Anatomy for Physical Therapy |
| DPT 7120 | Kinesiology and Biomechanics for Physical Therapy |
| DPT 7130 | Physical Therapy Clinical Assessment I |
| DPT 7140 | Pathophysiology for Physical Therapy |
| DPT 7150 | Evidence-Based Physical Therapist Practice I |
| DPT 7160 | Integrated Professional and Community Education I |
| DPT 7210 | Musculoskeletal Physical Therapy I |
| DPT 7220 | Physical Therapy Clinical Assessment II |
| DPT 7230 | Acute Care Physical Therapy |
| DPT 7240 | Pharmacology for Physical Therapy |
| DPT 7250 | Cardiopulmonary Physical Therapy |
| DPT 7260 | Integrated Professional and Community Education II |
| DPT 7310 | Physical Therapy Rehabilitation I |
| DPT 7320 | Neuroscience for Physical Therapy |
| DPT 7330 | Administration for Physical Therapy |
| DPT 7350 | Evidence-Based Physical Therapist Practice II |
| DPT 7360 | Integrated Professional and Community Education III |
| DPT 7480 | Physical Therapy Clinical Education Practicum I |
| DPT 7410 | Physical Therapy Rehabilitation II |
| DPT 7460 | Integrated Professional and Community Education IV |
| DPT 7510 | Musculoskeletal Physical Therapy II |
| DPT 7520 | Geriatric Physical Therapy |

| DPT 7530 | Pediatric Physical Therapy |
| DPT 7540 | Advanced Clinical Lifespan Problem Solving |
| DPT 7550 | Evidence-Based Physical Therapist Practice III |
| DPT 7560 | Integrated Professional and Community Education V |
| DPT 7570 | NPTE Review |
| DPT 7680 | Physical Therapy Clinical Education Practicum II |
| DPT 7780 | Physical Therapy Clinical Education Practicum III |
| DPT 7790 | Physical Therapy Seminar |

**Total…………………………………………………………………………..108 hours**

Effective 5/15/19, Florida Southern College School of Physical Therapy has been granted Candidate for Accreditation status by the Commission on Accreditation in Physical Therapy Education (1111 North Fairfax Street, Alexandria, VA, 22314; phone: 703-706-3245; email: accreditation@apta.org). If needing to contact the program/institution directly, please call 863-680-5126 or email nnuzzo@flsouthern.edu.

Candidate for Accreditation is a pre-accreditation status of affiliation with the Commission on Accreditation in Physical Therapy Education that indicates the program is progressing toward accreditation and may matriculate students in technical/professional courses. Candidate for Accreditation is not an accreditation status nor does it assure eventual accreditation.

GRADUATE PROGRAM REQUIREMENTS                                                    325

# School of Physical Therapy Program Curriculum Map
## Class of 2021

| Year 1 (2019-2020) | | |
|---|---|---|
| **FALL**<br>**8/19/19-12/6/19** | **SPRING**<br>**1/6/2020-5/1/2020** | **SUMMER (15 weeks)**<br>**5/11/20 – 8/21/20** |
| DPT 7110 Human Anatomy for Physical Therapy (6) | DPT 7210 Musculoskeletal Physical Therapy I (4) | DPT 7310 Physical Therapy Rehabilitation I (4) |
| DPT 7120 Kinesiology/Biomechanics for Physical Therapy (3) | DPT 7220 Physical Therapy Clinical Assessment II (3) | DPT 7320 Neuroscience for Physical Therapy (4) |
| DPT 7130 Physical Therapy Clinical Assessment I (3) | DPT 7230 Acute Care Physical Therapy (2) | DPT 7330 Administration for Physical Therapy (2) |
| DPT 7140 Pathophysiology for Physical Therapy (3) | DPT 7240 Pharmacology for Physical Therapy (2) | DPT 7350 Evidence Based Physical Therapist Practice II (2) |
| DPT 7150 Evidence Based Physical Therapist Practice I (1) | DPT 7250 Cardiopulmonary Physical Therapy (3) | DPT 7360 Integrated Professional and Community Education (IPCE) III (2) |
| DPT 7160 Integrated Professional and Community Education (IPCE) I (2) | DPT 7260 Integrated Professional and Community Education (IPCE) II (2) | |
| **Total (18)** | **Total (16)** | **Total (14)** |
| Year 2 (2020-2021) | | |
| **FALL 1 (10 weeks)**<br>**8/31/20-11/6/20** | **SPRING**<br>**1/11/21-5/7/21** | **SUMMER 1 (10 weeks)**<br>**5/17/21 – 7/23/21** |
| DPT 7480 Physical Therapy Clinical Education Practicum I (10 weeks) (10) | DPT 7510 Musculoskeletal Physical Therapy II (4) | DPT 7680 Physical Therapy Clinical Education Practicum II (10 weeks) (10) |
| | 7520 Geriatric Physical Therapy (4) | |
| **FALL 2 (4 weeks)**<br>**11/16/20 – 12/11/20** | DPT 7530 Pediatric Physical Therapy (4) | |
| DPT 7410 Physical Therapy Rehabilitation II (4) | DPT 7540 Advanced Clinical Lifespan Problem Solving (2) | |
| DPT 7460 Integrated Professional and Community Education (IPCE) IV (1) | DPT 7550 Evidence Based Physical Therapist Practice III (2) | |
| | DPT 7560 Integrated Professional and Community Education (IPCE) V (1) | |
| | DPT 7570 NPTE Review (1) | |
| **Total (15)** | **Total (18)** | **Total (10)** |
| Year 3 (2021) | | |
| **FALL**<br>**8/16/21 – 12/3/21** | | |
| DPT 7780 Physical Therapy Clinical Education Practicum III (16 weeks) (16) | | |
| **12/13/21 – 12/17/21**<br>**(Graduation 12/18/21)** | | |
| DPT 7790 Physical Therapy Seminar (1) | | |
| **Total (17)** | | |
| **TOTAL = 108 SEMESTER CREDIT HOURS** | | |

# GRADUATE COURSE DESCRIPTIONS

## ACCOUNTING – ACC

### ACC 6120 CORPORATE TAXATION
Two hours. Prerequisite: ACC 4411 and admission to the MAcc or MBA program. Learn technical tax information pertaining to corporations and prepare for the CPA examination.

### ACC 6140 TAXATION OF PARTNERSHIPS AND ESTATES
Two hours. Prerequisite: ACC 4411 and admission to the MAcc or MBA program. Learn technical tax information pertaining to partnerships and estates and prepare for the CPA examination.

### ACC 6200 AUDITING WITH ACCOUNTING INFORMATION SYSTEMS
Four hours. Prerequisite: ACC 4511. An examination of auditing standards and practical auditing tasks, including an examination of the role of accountants as designers, users, and evaluators of accounting systems.

### ACC 6220 GOVERNMENTAL ACCOUNTING
Two hours. Accounting for municipal, county, state governments and agencies including budgeting, journal entries and financial statements.

### ACC 6300 ADVANCED FINANCIAL ACCOUNTING AND REPORTING
Four hours. Prerequisite: ACC 3112. A detailed study of the procedures related to accounting for consolidations, interim reporting, segment reporting, foreign currency, worldwide accounting, reorganizations, liquidations, partnerships, governmental organizations, not-for-profit organizations, estates, and trusts. Also included is the history and importance of the SEC and the Sarbanes-Oxley Act.

### ACC 6400 ADVANCED MANAGERIAL ACCOUNTING
Four hours. Prerequisite: ACC 3211. Advanced topics in cost/managerial accounting encompassing a study of decision models, cost information systems, budgeting, and performance analysis.

### ACC 6420 ACCOUNTING DATA ANALYTICS
Two hours. Same as BUS 6420. Prerequisites: Admission to the MAcc or MBA program. Understand the fundamentals of big data, prediction models, auditing data analytics software and learn how accounting professionals use the tools of data analytics in industry and auditing.

### ACC 6500 CPA REVIEW COURSE
Two hours. Pass/Fail. Prerequisites: ACC 6120, ACC 6140, 6200, and 6300. Prepare for the Uniform CPA Examination. This course does not count toward the Florida State Board of Accountancy education requirements as either accounting hours, business core hours, nor total hours.

### ACC 6501 ADVANCED CPA REVIEW
Two hours. Pass/Fail. Prerequisites: ACC 6500. Prepare for the Uniform CPA Examination by completing a review program for the two parts of the examination not completed in ACC 6500. This course does not count toward the Florida State Board of Accountancy education requirements as either accounting hours, business core hours, nor total hours.

### ACC 6620 ETHICS IN ACCOUNTING
Two hours. Prerequisite: ACC 2012 and admission to the MBA or MAcc program. Understand the ethical issues in the environment of accounting.

### ACC 6640 FRAUD EXAMINATION

Two hours. Prerequisite: ACC 2012 and admission to the MBA or MAcc program. Understand the field and practice of forensic accounting and procedures used to uncover economic crime.

### ACC 6960 ACCOUNTING INTERNSHIP

Two hours. Pass/Fail. Prerequisites: Admission to the MAcc or MBA program. This course augments the classroom experience with practical professional knowledge in the accounting field.

### ACC 6989 ACCOUNTING RESEARCH

Two hours. Prerequisites: ACC 6120, ACC 6140, ACC 6200, ACC 6300, and ACC 6400. Understand the sources of accounting research and learn to conduct accounting research.

### ACC 6999 ACCOUNTING CAPSTONE PROJECT

Two hours. Prerequisite: ACC 6100, ACC 6200, ACC 6300, ACC 6400, BUS 6350. Complete a case study, thesis, or other accounting project.

## BUSINESS ADMINISTRATION - BUS

### BUS 6300 HEALTHCARE INFORMATICS & DECISION MAKING

Four hours. Same as NUR 6300. Prerequisite: Admission to the graduate program. Both information technology and use and sharing of clinical and administrative data are an important component of health care delivery. In this course, students are introduced to advanced concepts of information management and use of data in complex decision making as well as core informatics competencies such as project management and systems analysis.

### BUS 6310 FOUNDATIONS I

Two hours. Intensive focus on accounting, finance, economics, and statistics to equip students with overview of fundamental background knowledge and skill-sets essential for success in FSC MBA program and career. Students acquire and apply concepts quickly with high level of competency.

### BUS 6320 FOUNDATIONS II

Two hours. Intensive sessions on communication skills, organizational development, ethical decision making, and knowledge essential for success in the in the FSC MBA program and the student's career.

### BUS 6350 BUSINESS LAW FOR ACCOUNTANTS

Two hours. Prerequisite: BUS 3311. Extend business law concepts to those specific to the accounting profession.

### BUS 6400 LEADERSHIP OF SELF AND ORGANIZATIONS

Four hours. An examination of leaders and leadership at the individual, group, organizational, and international levels. Also provides conceptual frameworks for group dynamics, diagnosing performance problems, designing appropriate organizational interventions and securing stakeholder commitment.

### BUS 6420 ACCOUNTING DATA ANALYTICS

Two hours. Same as ACC 6420. Prerequisites: Admission to the MACC or MBA program. Understand the fundamentals of big data, prediction models, auditing data analytics software, and to learn how accounting professionals use the tools of data analytics in industry and auditing.

### BUS 6450 HEALTHCARE FINANCE & ENTREPRENEURSHIP

Four hours. Same as NUR 6450. Prerequisite: Graduate standing. Healthcare economics and finance are key factors in healthcare delivery and future reforms. Students investigate finance mod-

els from small entrepreneurial settings to large multi-facility healthcare systems and complete a project to design and fund a practice or project related to their field of interest.

### BUS 6455 MANAGING ACROSS BOUNDARIES AND BORDERS
Four hours. Theories of global trade institutions, political economies, and the complex dynamic of global economic relations.

### BUS 6500 MANAGING THE ECONOMIC, REGULATORY, AND SOCIAL ENVIRONMENT OF BUSINESS
Four hours. Gain practical knowledge of regulatory issues that arise in the business environment and learn to spot potential regulatory problems and minimize risk. Students will have an integrative opportunity to tie together laws, regulations, and managerial concepts that are useful in strategic decision making with issues of ethics and responsibility in 21st-century organizations and analyze cases while role-playing various stakeholders in the business enterprise.

### BUS 6550 COMPLEX DECISION MAKING
Four hours. Integrates information technology and financial information to facilitate managerial decision making. Current information technology tools are harnessed to make sense of accounting and financial measures and to enable effective decisions. Analysis of case studies allows integration of skills necessary to make wise decisions.

### BUS 6600 SYNTHESIS OF TRENDS, IMAGE, AND OUTPUT
Four hours. Advanced treatment of research methodology combined with applications of operations management. Focus on the use of survey research and data analysis along with modeling techniques such as linear programming and queuing theory. Projects management approach with teams working on realistic business challenges.

### BUS 6650 HEALTH POLICY
Four Hours. Students are introduced to an overview of current U.S. health policies and their implications on health services administration. The course offers an in-depth study of the policymaking process and explores the relationship between policymaking, regulation, and reform within the healthcare industry. A special emphasis is given to the nature and role of health policy studies on management decision-making and explores how managers can influence the policymaking process for effective health services administration.

### BUS 6710 MANAGEMENT: NEGOTIATIONS
Four hours. Negotiation is the art and science of settling conflicts and resolving problems through mutual agreement. This is a concept and applications course designed to increase students' competence, confidence, and satisfaction in dealing with a broad range of negotiating circumstances and roles. Classes consist of an examination of negotiation strategies and tactics, and participation in practical exercises. The goal of the course is for students to develop a working concept of negotiation theory and acquire and practice useful skills.

### BUS 6720 MARKETING STRATEGY
Four hours. A comprehensive review of the theories and concepts pertaining to the marketing of industrial and consumer goods. Review the role of the chief executive officer in the development and implementation of marketing strategies. Case studies emphasized while reviewing goals and policies. In depth review of pricing, product strategy, promotional tools, marketing research techniques, product life cycles, and marketing's relationship to strategic planning.

### BUS 6730 SUPPLY CHAIN MANAGEMENT
Four hours. Views the supply chain from the point of view of a general manager. Logistics and supply chain management is all about managing the hand-offs of either information or product. The

design of a logistics system is critically linked to the objectives of the supply chain. The focus of this course is understanding how logistical decisions impact the performance of the firm as well as the entire supply chain. This includes understanding the link between supply chain structures and logistical capabilities in a firm or the entire supply chain. The function of supply chain management is to design and manage the processes, assets, and flows of material and information required to satisfy customers' demands. On the revenue side the supply chain decisions have a direct impact on the market penetration and customer service. The course examines how the combination of enterprise information infrastructure and the Internet has paved the way for a variety of supply chain optimization technologies.

### BUS 6740 LEAN/SIX SIGMA PROCESSES

Four Hours. Quality and continuous improvement are the foundations on which businesses survive and grow. It is no longer a luxury but a necessity for all businesses and economies to continuously improve the quality of goods and services they produce. Quality improvement over time tends to increase customer satisfaction, lower the total cost of goods and services, and enhance the reputation of the firm. Towards this end, the course aims to introduce the essential concepts, tools, and methodologies of Lean and Six Sigma.

### BUS 6750 OPERATIONS MANAGEMENT

Four hours. Students will learn to explain management systems, project management, quantitative principles, and techniques for the effective planning and utilization of resources within an organization. Emphasis is placed on applying critical thinking skills to solve problems and managerial decision making for the improvement of operational processes and productivity. Apply management theories and resource management practices to successfully lead a dynamic organization. Demonstrate the ability to collect and analyze information and data in order to formulate analytically sound decisions for the planning and utilization of resources. Analyze and apply the strategic decision-making and operational planning process for effectual policy making within an organization. Conduct an analysis of appropriate financial and economic data necessary to support organizational decision making.

### BUS 6820 INTERNATIONAL FIELD EXPERIENCE

Four hours. One to two-week intensive immersion in an alternative international economic setting. This course provides an opportunity to apply coursework concepts in a realistic environment. Course format includes a series of meetings and seminars in selected centers of foreign commerce combined with shadowing government and industry leaders. Focus is on the interlocking nature of national interests and the opportunities they provide for business organizations

### BUS 6850 GRADUATE INTERNSHIP IN BUSINESS

Four hours. Prerequisite: 12 graduate hours in the MBA program with a minimum GPA of 3.0. The internship is a hands-on working experience in the field of concentration requiring a minimum 160 hours of placement under the supervision of both an employer and a faculty member. Beginning in the semester preceding the internship placement, the student should identify what type of organization they desire for their internship. The college supports student initiatives to obtain the internship by providing counsel and resources. The internship supervisor monitors student performance and visits internship sites as needed. On completion of the internship, the student submits a reflection paper to the faculty supervisor on their experience. Students may not perform internships at their current place of employment without prior consent of the coordinator of the graduate program. Each student shall make a public and professional presentation of their graduate internship experience. This course is typically taken during the student's summer semester.

### BUS 6990 STRATEGY FORMULATION AND ORGANIZATIONAL DESIGN FOR THE 21ST CENTURY

Four hours: Strategic dilemmas in business design require a business model that sustains and pro-

tects the livelihoods of the company's stakeholders, its community, and its own long-term success. The objective of the course is to address how all of the disciplines play a role in the formation and operation of a successful business enterprise while addressing the external environmental and competitive forces that prevail. Principally, this course applies the students' knowledge of management, marketing, finance, and accounting in determining how to strategically operate a business enterprise. Analysis and preparation of case studies emphasize strategy formulation, including the formation of and/or the acquisition of business units, successful management and options for the growth, maturation, continuation, or termination of the business enterprise.

# EDUCATION EDU

### EDU 6100 EDUCATIONAL LEADERSHIP FOR CHANGE
Four hours. The objective of this course is to apply knowledge of research based change theories, use critical thinking and problem solving techniques to improve student learning and teacher performance, analyze and evaluate decision making skills, and use strategies designed to promote leadership. Appropriate technologies will be utilized for communication and collaboration purposes. This course incorporates appropriate elements of the William Cecil Golden Program for School Leaders (WCG).

### EDU 6150 RESOURCE ALLOCATION FOR STUDENT ACHIEVEMENT
Four hours. The objective of this course is to use effective strategies to establish and manage schedules, delegate responsivities, and allocate resources to promote school improvement, faculty development, and the health, safety and welfare of all on campus. This course incorporates appropriate elements of the William Cecil Golden Program for School Leaders (WCG).

### EDU 6200 ETHICS AND SCHOOL LAW
Four hours. The objective of this course is to use the Code of Ethics and the Principles of Professional Conduct for the Education Profession in Florida, pursuant to Rules 6A-1.001 and 6B-1.006 F.A.C. to demonstrate implementation and compliance with federal and state law as related to the constitutional and statutory rights of students, staff, and parents. This course incorporates appropriate elements of the William Cecil Golden Program for School Leaders (WCG).

### EDU 6300 LEADING IN A DIVERSE SOCIETY
Four hours. Learn to promote practices that establish and maintain a safe, respectful, and inclusive student-centered learning environment that provides equitable opportunities for all students and builds a foundation for a life in a diverse, democratic, and global economy. This course incorporates appropriate elements of the William Cecil Golden Program for School Leaders (WCG).

### EDU 6400 PROGRAM DEVELOPMENT: TEACHING, LEARNING, AND ASSESSMENT
Four hours. The objective of this course is use monitoring and evaluation strategies to ensure effective classroom instructions, engage in data analysis of teaching practices designed to improve a teacher's instructional planning and performance, maximize the relationships of academic standards, effective instruction, and student performance, evaluate rigorous and culturally relevant methods for implementing state adopted standards and district curricula, as well as support faculty in the use of high quality formative and interim assessments aligned with adopted standards and curricula. This course incorporates appropriate elements of the William Cecil Golden Program for School Leaders (WCG).

### EDU 6450 STRATEGIC FACULTY DEVELOPMENT FOR P-12 ADMINISTRATORS
Four hours. The objective of this course is to use effective recruiting, employment, and induction strategies appropriate for a diverse faculty that meet the needs of students, provide feedback to faculty on the effectiveness of their instruction, evaluate and plan for on-going professional learning

link to system wide strategic objectives and the school improvement plan and supports faculty deliver of culturally relevant and differentiated instructions. It will include the evaluation of faculty using observations and student assessment outcomes which may include remediation, disciplinary or personnel actions, planning for succession management, promotion of teacher-leadership functions, and developing sustainable relations among school leaders, parents, community, higher education, and business leaders. This course incorporates appropriate elements of the William Cecil Golden Program for School Leaders (WCG).

### EDU 6550 STUDENT ACHIEVEMENT, ACCOUNTABILITY, AND STANDARDS-BASED INSTRUCTION

Four hours. The objective of this course is to analyze and develop school learning goals based on State adopted standards and district adopted curriculum, evaluate student learning results, analyze areas of improvement based on accountability measures, develop strategies that increase motivation and communicate meaningful feedback faculty to improve planning, improve moral and promote collegial efforts. It will also evaluate methods of analyzing data and communicating in writing appropriate strategies for informing and engaging stakeholders. This course incorporates appropriate elements of the William Cecil Golden Program for School Leaders (WCG).

### EDU 6600 SCHOOL FINANCE

Four hours. The objective of this course is to practice exercising fiscal responsibility for maximizing the use of federal, state, and local resources for instruction priorities. Students will use the formula factors in computing the Florida Education Finance Program allocations and establish strategies for effectively identifying and disbursing funding sources available to the school beyond Florida Education Program allocations. This course incorporates appropriate elements of the William Cecil Golden Program for School Leaders (WCG).

### EDU 6610 INTERNSHIP

Ten hours. The senior internship is designed to be the culminating education experience for education majors regardless of age/grade level specialty, subject matter, and/or major. The internship is 14 weeks/70 days long and involves teaching, modeling, observing and evaluating. The coordinator of field studies at Florida Southern College and a representative of the Human Resources Development Office of Polk County Schools assigns student to a Polk County Public School. The student takes over all responsibilities of a certified Florida classroom, teaching in her/his specialty area after receiving adequate preparation by the assigned teacher and supervisor.

### EDU 6640 STUDENT TEACHING SEMINAR

Two hours. Prerequisites: Completion of major and permission of faculty. Weekly seminar for senior intern. Discussion and analysis of general methods of teaching in schools, with an emphasis on classroom management, experience, and presentation.

### EDU 6700 INSTRUCTIONAL LEADERSHIP

Four hours. Learn to implement strategies that enable faculty and staff to work as a learning organization focused on continuous improvement of student learning, maintaining a school climate that supports student engagement and learning, generate and communicate high expectations for learning growth and disseminate performance information to students, parents, and community, as well as engage students, faculty and parents and community stakeholders in constructive conversations designed to improve academic performance and close achievement gaps among student subgroups. The course will also analyze strategies to maintain high visibility at school and in the community, actively listen to and learn from students, staff, parents, and community stakeholders, and engage stakeholders in the work of the school. This course incorporates appropriate elements of the William Cecil Golden Program for School Leaders (WCG).

**EDU 6910 TRANSFORMATIONAL TEACHING AND LEARNING**
Four hours. This course will focus on the study of the societal structure and problems affecting education; the effects on education from philosophical, psychological, cultural and societal differences and changes; and the effects of political and economical changes on education. Emphasis is on transformational teaching and learning theory, principles, methods, and child and adolescent development including theories and principles of learning.

**EDU 6920 TRANSFORMATIONAL LEARNING ENVIRONMENTS**
Two hours. The goal of this course is to engage educators in the development of advanced instructional strategies to create transformational learning environments for teaching all students including those with limited English proficiency. The course will also address instruction in the English language and the development of the student's mastery of the four language skills of listening, speaking, reading, and writing. Advanced classroom management skills will focus on creating safe learning environments in which effective transformational teaching and learning can take place by promoting a physically, emotionally, socially and academically secure climate for all students.

**EDU 6930 TRANSFORMATIONAL TEACHING AND LEARNING THROUGH RESEARCH**
Four hours. This course is an introduction to action research and the literature on transformational teaching, learning theory, principles, and methods with an emphasis on interpreting and evaluating the review of the literature. Action research design and methodology will be studied. Transformational teaching and learning research interests and goals will be identified and developed.

**EDU 6940 TRANSFORMATIONAL APPROACHES TO CURRICULUM AND INSTRUCTION**
Four hours. This course will include educational assessment practices that include analysis, application of data from statewide standardized assessments and other multiple sources to improve instruction and learning. Students will plan for, integrate, and assess transformational teaching and learning principles in the curriculum including multisensory approaches. Students will design an action research plan based on transformational teaching and learning theory, methods, and core principles.

**EDU 6950 TRANSFORMATIONAL TEACHING AND LEARNING WITH DIVERSE POPULATIONS AND SPECIAL EDUCATION**
Four hours. This course will focus on students' acquisition and mastery of key course concepts, enhancing students' strategies and skills for learning and discovery, and promoting positive learning-related attitudes, values, and beliefs in all students leading to the social, emotional, and cognitive well-being of a healthy child. Effective transformational teaching and instructional techniques, strategies, and materials to meet the needs of diverse learners, including students with disabilities will be evaluated.

**EDU 6960 ASSESSING TRANSFORMATIONAL TEACHING AND LEARNING**
Four hours. This course will focus on assessing student learning outcomes as a result of student participation in a transformational teaching and learning curriculum, including the examination of current and new approaches to the evaluation of curriculum. Lines of inquiry may include researching the extent to which instructors accomplish transformational objectives or implement transformational teaching methods, and the extent to which students achieve transformational teaching goals.

**EDU 6970 TRANSFORMATIONAL INSTRUCTIONAL LEADERSHIP**
Four hours. This course will explore the intersection of the principles of transformational leadership and transformational teaching and learning and the impact for maximizing students' potential for academic success and enhancement of students' attitudes, values, beliefs, and skills.

**EDU 6980 ADVANCED RESEARCH IN TRANSFORMATIONAL TEACHING AND LEARNING**
Four hours. Prerequisite: EDU 6930. This course engages students in inquiry processes related to their own transformational teaching and learning practices, culminating in a transformational teaching and learning action research study.

**EDU 7010 EDUCATIONAL LEADERSHIP AND THEORY**
Four hours. Through the investigation of different aspects of leadership, this course provides in-depth study of educational leadership, to include traits, characteristics, models, and dimensions of leadership. The course examines the role of today's leader. It also explores theoretical frameworks related to leadership, organizational behavior, change, and sustainability. The course critically analyzes theory and research as it relates to educational issues and environments. It also applies theory and research to enhance learning for diverse student populations. The student engages in reflection about leadership practices and ethics in relation to the impact on school effectiveness. The student also reviews literature related to an educational leadership research interest.

**EDU 7020 CURRICULUM, LEARNING AND INSTRUCTION**
Four hours. This course examines curriculum, learning and instruction within the context of the theoretical structures that underlie curriculum considerations relative to the work of responsible curriculum decision-makers at all levels. This includes a critical study of the history of curriculum and curriculum theory in the U.S. with emphasis placed on the historical, philosophical, and scientific foundations of curriculum theory. The course provides a framework for thinking about how curriculum relates to students' understanding of the world around them. It symbiotically melds curriculum theory, critical educational studies, and feminist standpoint theory with practical examples of teaching for social justice to argue for a transformative curriculum that challenges existing inequity in social, educational, and economic relations.

**EDU 7030 ETHICS IN EDUCATIONAL LEADERSHIP**
Four hours. This course is a critical and pragmatic examination of ethics as it applies to educational leadership in PreK-12 and higher education. There are emphases on the philosophical works and theoretical perspectives, as well as the social and moral standards, codes, and values that apply to educational leaders. Students analyze real-life ethical dilemmas and scenarios faced in education from the ethical paradigms of justice, care, critique, and the profession. Using a variety of theoretical frameworks, the course addresses practical, pedagogical, and curricular issues related to ethics for educational leaders. The student is engaged in reflection about one's personal and professional values in relation to ethics. The course also provides the impetus for students to redefine the leadership role to focus on ethical practice and decision-making.

**EDU 7040 ORGANIZATIONAL THEORY AND BEHAVIOR**
Four hours. This course engages students in reading, discussion, research and writing about theories of organizational behavior and practices of leading people in schools. Students explore entity-based and collectivist theories of leadership in organizations. The course examines various theories of change and appropriate approaches to facilitate the change process. Students learn how to bring together human resources and create a cohesive effective group. Other topics include systems thinking, decision-making, communications, motivation, power, influence, group dynamics, organizational culture, and organizational climate. The course also provides opportunities to practice disciplined research inquiry that aligns theory of organizational behavior to practical applications in educational settings. Through reflection on leadership practices and ethics, the course also provides impetus for re-conceptualizing leadership roles and organizational structures to focus on people.

**EDU 7050 EDUCATIONAL POLITICS, POLICY AND CURRENT ISSUES**

Four hours. While educational leaders are not required to become politicians, it is very important to understand the political system and environment in which school and district administrators work. Federal and state law, and local school board policy, often begins as ideas and action that may result in new educational rules and/or statutory requirements students, teachers and school leaders must follow. Political influence, policy guidelines, and instructional decisions that emerge within the context of new rules have a profound impact on the role of an educational leader. They are complex and often controversial. Unintended consequences of well-intentioned law, policy or rule require the school leader to carefully and thoughtfully navigate, often uncharted, waters in order to establish and maintain a productive and safe learning environment. In this course, students develop an awareness of significant political decisions related to law, legislation, policy, or rule that defines an ever-changing environment. Students review, analyze and evaluate political background and characteristics of major legislation that has a major impact upon public schools and school leaders. In addition, students examine pathway from political thoughts, action, and ideas to policy decisions and instructional practice resulting from implementation of new requirements. Course content and objectives relate primarily to research practices (reflection, analysis, and inquiry) that integrated into the student's professional practice.

**EDU 7060 K–12 LAW AND GOVERNANCE**

Four hours. Legal decisions have a profound impact on a student's role as an educational leader. They are complex and often controversial. The courts attempt to balance the rights of individuals with the right of school districts to establish a productive and safe learning environment for student, teachers and educational leaders. In this course, students develop an awareness of important law/legislation that defines an ever-changing legal environment. Case law relating to significant legal decisions are reviewed and analyzed. Course content and objectives relate primarily to research practices (reflection, analysis, and inquiry) that become integrated into the student's professional practice.

**EDU 7065 LEGAL ISSUES IN EDUCATION**

Four hours. Throughout our history, the courts have attempted to balance the rights of individuals with the responsibility of colleges, universities and other educational institutions to establish an environment conducive for learning. This course examines the key legal issues that govern educators' daily and long-range decisions, including the ongoing impact of landmark Supreme Court rulings, case law, federal codes and policies, and precedent. Opportunities are provided for students to assess various legal dilemmas, evaluate and reflect on these analyses, and develop new, broader understandings of the principles of law related to higher education and other educational institutions.

**EDU 7070 CURRICULUM ANALYSIS**

Four hours. This course focuses on the application of instructional design principles to the development of instruction. Topics include contemporary issues and trends in instructional design, foundations in learning research, requirements for instruction, task and needs analysis, learning situations and instructional models, learner characteristics, hardware and software innovations, assessing instructional outcomes, and factors affecting utilization.

**EDU 7080 FINANCE AND RESOURCE ALLOCATION**

Four hours. Examine the complexities of higher education finance and public education K–12 finance and how political, economic, and social forces impact budgetary decisions. Review financial administration in public and private colleges and universities, public K–12 schools and private K–12 schools with an emphasis on funding theories and strategies, governmental and private-sector programs and initiatives, resource allocation concerns, and institutional fund-raising activities.

The course offers a basic understanding of the nature and role of budgeting and finance in the K–16 education sectors in Florida. Learn how K–16 schools are financed and how educational finance relates to student outcomes.

### EDU 7085 FINANCE AND BUDGETING

Four hours. Examine the complexities of higher education finance and how political, economic, and social forces impact budgetary decisions and learn how educational finance relates to student outcomes. Review financial administration in public and private colleges and universities with an emphasis on funding theories and strategies, governmental and private-sector programs and initiatives, resource allocation concerns, and institutional fundraising activities.

### EDU 7090 QUANTITATIVE ANALYSIS I

Four hours. Analyze quantitative research methods using a combination of readings, problems, web sites, and other resources. Topics include the nature and purposes of quantitative research; planning and conducting quantitative research; critiquing and evaluating research; sampling; survey and experimental design; evaluation research; observation and inquiry; measurement and methods of data collection; ethics; and the use of computers in data analysis. Collaborative discussion, case-study analysis, and computer exercises are a few methods practiced in conducting and analyzing quantitative data.

### EDU 7110 EDUCATIONAL ACCOUNTABILITY AND STUDENT ASSESSMENT

Four hours. Real-world experiences provide a foundation for understanding current state and federal accountability systems. School leaders learn accountability through data–based decisions by applying the functions of curriculum, assessing instructional activities, influence of maintaining a positive climate, and assessing student performance in a planned school improvement model.

### EDU 7115 COMMUNITY COLLABORATION

Four hours.  This course explores the potential for positive impact that community collaboration at every level of education can effect. Community engagement is only the initial aspect of community collaboration. Community collaboration empowers community members to join education leaders in sharing of values, asking questions, problem-solving, and soliciting direction. Joining community organizations are forming partnerships with childcare providers, public and private school systems, and post-secondary institutions to invest in education and improve learning outcomes.  This course reviews present initiatives, analyzes collective impact, and provides opportunities to design initiatives to strengthen connections with families and the community.

### EDU 7120 QUALITATIVE ANALYSIS I

Four hours. Analyze qualitative research methods using a combination of readings, problems, web sites, and other resources. Topics include the nature and purposes of qualitative research; planning and conducting qualitative research; critiquing and evaluating research; sampling; survey and experimental design; evaluation research; observation and inquiry; measurement and methods of data collection; ethics; and the use of computers in data analysis. Collaborative discussion, case study analysis, and computer exercises are a few methods practiced in conducting and analyzing qualitative data.

### EDU 7130 POLICY ANALYSIS, IMPLEMENTATION AND EVALUATION

Four hours. Creating and implementing effective education policies requires a close examination of the social and historical foundations of education in the United States and beyond. This course helps student recognize and understand how educational policies permeate educational systems and how policies are received and articulated in the cultural practices of schools. The course also deepens and expands understandings of educational policy, practice and theory, past and present, at local, national, and international levels. Students examine educational policies, movements,

outcomes, dilemmas, and controversies–as well as the theories shaping them– using modes of inquiry associated with an array of scholarly fields and disciplines. In order to improve practice for the purposes of promoting excellence, equity, and efficiency in educational systems and organizations in a world of accelerating educational change, students need a better understanding of the practices by educational organizations and the policies that govern them.

### EDU 7135 PLANNING AND EVALUATION IN EDUCATION

Four hours. Schools and other organizations have increased their demand for and intensified their interest in information on program effectiveness and outcomes. Accountability has become the theme of the 21st century thus far, and the focus on performance measurement, outcomes, impacts, and standards has elevated the field of evaluation. Evaluation differs from research in its real-world approach—its goal to be used by non-researchers to determine the worth or merit of whatever is to be evaluated—that includes objectives to improve and impact decision-making, funding, and sustainability. It has become important to know which programs work, why they succeed or fail, if they are cost-effective, and how they can be improved, replaced, or replicated. Review the history and influence of evaluation in society and learn practical guidelines for planning and conducting evaluations that include identifying questions to be addressed, determining how to collect and analyze evaluative information, and deciding how to provide the results and recommendations to stakeholders and others.

### EDU 7140 DISSERTATION

Twelve hours. Develop, implement, analyze, and evaluate research based on a research or set of research questions. Students work directly with a doctoral research committee. The dissertation is an approved research study to investigate a research question/s using proven research methods. Research topics must be pre-approved by the doctoral dissertation committee. The dissertation consists of five chapters, and, upon completion, the student defends research findings.

## MATHEMATICS - MAT

### MAT 5010 APPLIED STATISTICAL ANALYSIS

Three hours. Prerequisite: undergraduate statistical analysis and admission to nursing graduate program. The emphasis in this course is on application and interpretation of statistical procedures used in health care research. Data management (using SPSS) and the relationship between research design and statistical techniques are also studied.

## NURSING - NUR

### NUR 5120 LEADERSHIP, ROLE DEVELOPMENT AND ADVOCACY FOR ADVANCED NURSING PRACTICE

Three hours.  This course provides knowledge and skills needed for leadership and advanced nursing role development.  Interprofessional collaboration and advocacy for advancement of population health and advanced nursing practice are emphasized.

### NUR 5150 ADVANCED PHARMACOLOGY

Three hours. In this course the student analyzes the principles of pharmacokinetics, pharmacodynamics, and pharmacotherapeutics of drugs commonly used in the management of acute and chronic illnesses in adults. Emphasis is on therapeutic decision-making in drug selection and monitoring therapeutic response for culturally diverse patients. Patient education, legal, ethical, and socio-economic issues are addressed. Practice and regulatory elements of APRN prescribing is included.

### NUR 5200 ADVANCED PATHOPHYSIOLOGY

Three hours. This course prepares the student to understand the underlying mechanisms of

changes in physiology by a systematic examination of disease. The advance practice nursing student compares and contrasts differential diagnosis within physiological systems of sub-cellular and cellular origin, biochemical, and anatomical changes across the life span.

#### NUR 5220 ADVANCED HEALTH ASSESSMENT

Four hours. Pre-or corequisite: NUR 5200. The learner is provided a strong foundation in the health assessment skills requisite for APRN practice. The focus of the course is on the diagnostic reasoning process as it relates to building a clinical database regarding individual patients. History taking, physical examination skills, laboratory, and diagnostic modalities are included in the course content.

#### NUR 5250 EVIDENCE TRANSLATION AND QUALITY IMPROVEMENT FOR ADVANCED NURSING PRACTICE

Three hours. This course provides knowledge and skills needed for translating evidence into advanced nursing practice. Emphasis is on the utilization of theories, evidence-based practice models, and quality improvement methods.

#### NUR 5400 HEALTH PROMOTION AND CLINICAL PREVENTION FOR ADVANCED NURSING PRACTICE

Two hours. This course provides knowledge and skills for evidence-based health promotion and clinical prevention in community and practice settings. Emphasis is on the provision of culturally and linguistically appropriate services for diverse populations.

#### NUR 5450 INFORMATICS AND HEALTH CARE TECHNOLOGIES

Two hours. This course provides knowledge and skills needed for integration and utilization of technologies for delivering, coordinating, and improving care across settings. Standards and ethical principles for utilization of technologies in practice are highlighted.

#### NUR 5500 TOPICS IN GLOBAL HEALTHCARE

One to eight hours (variable). Prerequisite: graduate nursing major and permission of the instructor. This is an elective course that allows a student to experience health care in a global setting. Each course is developed separately depending on availability of resources and suitability of the experience for students. Variable credit will reflect the amount of time expended by each student as one credit hour for each 40 clock hours. Typical trips may be supporting a rural health clinic in Latin America, patient care in a small hospital in Africa, or community health projects in Asia or other parts of the world. Students in other graduate programs may be eligible to take this course with permission of the dean of the School of Nursing and Health Sciences.

#### NUR 6110 ADVANCED PRACTICE NURSE I

Six hours. Prerequisite: NUR 5120, NUR 5150, NUR 5200, NUR 5220. In this practical experience, the student functions in the role of advanced practice nurse in settings focused on care of the acutely ill client. Content focus is on attaining competencies in the domains of advanced nursing practice addressing clients, nurses, and organizations. This course includes 180 hours of clinical experience and weekly seminars.

#### NUR 6120 NURSE EDUCATOR IN CLINICAL SETTING

Six hours. Prerequisite: NUR 5120, NUR 5150, NUR 5200, NUR 5220, NUR 6260. In this practical experience, the student functions in the role of advanced practice nurse educator in a clinical setting. Content focus is on attaining competencies as a nurse educator. This course includes 175 hours of clinical experience and a seminar.

#### NUR 6160 ADVANCED PRACTICE NURSE II

Six hours. Prerequisite: NUR 5120, NUR 5150, NUR 5200, NUR 5220. In this practical experience,

the student functions in the role of advanced practice nurse in settings focused on care of the acutely ill client. Management of the healthcare needs of selected populations is addressed, incorporating the principles of prioritization, community collaboration and outcomes measurement. Principles of cost-effective patient outcomes and evidence-based practice are stressed. This course includes 180 hours of clinical experience and weekly seminars.

### NUR 6210 ADVANCED PRACTICE NURSE III: AGPC ROLE

Six hours. Prerequisite: NUR 6110, NUR 6160. The advanced practice nurse student will develop expertise in a specialty role defined by a client population or practice setting. The focus of this capstone clinical experience is adult health nursing practice. This course includes 180 hours of clinical experience and a weekly seminar.

### NUR 6260 CURRICULUM DESIGN AND PROGRAM DEVELOPMENT

Four hours: Pre- or corequisite: NUR 5120. The focus in this course is on preparing the advanced practice nurse for a role in higher education or peer education. Required elements of course and curricula design and program outcome assessment are presented, along with roles of faculty and administrators in these processes. Classroom teaching technologies are introduced.

### NUR 6300 HEALTHCARE INFORMATICS & DECISION MAKING

Four hours. Same as BUS 6300. Prerequisite: Admission to the graduate program. Both information technology and use and sharing of clinical and administrative data are an important component of health care delivery. In this course, students are introduced to advance concepts of information management and use of data in complex decision making as well as core informatics competencies such as project management and systems analysis.

### NUR 6310 NURSE EDUCATOR IN ACADEMIC SETTING

Six hours. Prerequisite: NUR 5120, NUR 5150, NUR 5200, NUR 5220, NUR 6260. In this practical experience, the student engages in classroom and clinical teaching in an academic setting. This course includes 175 hours of clinical experience and a seminar.

### NUR 6430 CARE OF THE OLDER ADULT

Two hours. Prerequisites: NUR 5150, NUR 5200, NUR 5220. This course examines selected clinical issues, health problems and health promotion strategies in older adults, contrasts normal and abnormal aging, and explores older adult healthcare delivery systems. The course focuses on comprehensive geriatric assessment, diagnoses of common geriatric syndromes and application of evidence-based practice to promote wellness, maximize function, and enhance self-care. Mental health concerns, culturally appropriate approaches and ethical issues are examined.

### NUR 6450 HEALTHCARE FINANCE & ENTREPRENEURSHIP

Four hours. Same as BUS 6450. Prerequisite: Graduate standing. Healthcare economics and finance are key factors in healthcare delivery and future reforms. Students investigate finance models from small entrepreneurial settings to large multi-facility healthcare systems and complete a project to design and fund a practice or project related to their field of interest.

### NUR 6500 TRANSITION TO ADVANCED NURSING PRACTICE

One hour. This course prepares students in the Master of Science in Nursing (MSN) nurse practitioner tracks for successful transition to advanced nursing practice. The focus is on knowledge and skills needed to fulfill Florida Southern College (FSC) comprehensive exam and national certification exam requirements.

### NUR 6640 PRIMARY HEALTH CARE OF WOMEN

One Hour. Prerequisites: NUR 5150, NUR 5200, NUR 5220. This course is designed to focus on women's health issues and strategies for the promotion of health across the continuum. This course includes a critical analysis and management of common episodic and chronic health prob-

lems in women and forms the foundation for advanced practice nursing. Incorporated in the students approach to this population are the developmental stages, psychosocial strength interventions health promotion, lifestyle variation, environmental stresses, cultural diversity and availability of resources to the patient. Clinical hours in women's health are incorporated in NUR 6110, NUR 6160 and NUR 6215

### NUR 6645  PEDIATRIC: FAMILY HEALTH
Five hours. Prerequisites: NUR 5150, NUR 5200, NUR 5220. The focus of this course is the application of theory and evidence-based practice involved in comprehensive family-centered nurse practitioner services for infants, children, and adolescents. The course content provides the student with a thorough understanding of infants, children, and adolescents with acute, chronic, and behavioral problems. Included in the focus are developmental, physiological, pathological, and psychological changes regarding health maintenance and other relevant developmental shifts within the family context.  An emphasis on health promotion, illness prevention, and primary health care management of common health conditions will reinforce the student's learning experience. This course will utilize assessment, diagnosis, and management theories related to the acute and chronic health care concerns of children and their families in a variety of health care settings. This course includes 120 clock hours of clinical experience and a seminar.

### NUR 6655 ADVANCED PRACTICE NURSE III: FNP ROLE
Six hours. Prerequisites: NUR 6110, NUR 6160, NUR 6640, NUR 6645. The advanced practice nurse student will develop expertise in the specialty role of the family nurse practitioner. Transition of the role of the advanced practice nurse is examined and actualized through an intensive, precepted, clinical experience. This course includes 180 hours of clinical experience and weekly seminars.

### NUR 6960/6961 GRADUATE INTERNSHIP IN NURSING
Four hours. Prerequisite: Admission to the graduate program. This is a two course sequence of dedicated off campus clinical experiences primarily for students in the Nursing Administration track and is usually taken as the final courses prior to graduation. Nurses in the MBA program may enroll in these courses with permission of the nursing graduate director. Students apply all learned content in the MSN program in a variety of healthcare setting and conduct 200 to 250 clinical hours with a preceptor each semester for a total of 400–500 total hours post bachelor's degree. There is also an integrated classroom component given as a seminar format.

### NUR 7400 IMPROVING QUALITY, SAFETY & VALUE IN HEALTHCARE
Four hours. Prerequisite: Admission to the graduate program. This course builds on prior coursework to expand the student's knowledge and competencies in improving healthcare clinical and system quality and safety. Key concepts include developing high performance teams, developing lean clinical and business processes, and evaluating value in healthcare delivery systems

## DOCTOR OF NURSING PRACTICE - NUR

### NUR 7100 PHILOSOPHICAL, THEORETICAL, PROFESSIONAL, AND CONCEPTUAL FOUNDATIONS
Three hours. This course provides students with an introduction to the philosophical, theoretical, professional, and conceptual frameworks that underpin practice for the DNP-prepared nurse leader. Principles and concepts for advanced nursing leadership roles and health care outcomes at the organizational and systems levels are emphasized.

**NUR 7110 LEADERSHIP AND INTERPROFESSIONAL PRACTICE**
Three hours. This course provides students with the knowledge and skills required for transformational leadership within a health care system or organization. Principles and strategies to advance interprofessional collaboration at the organization and systems level will be emphasized.

**NUR 7120 INTRODUCTION TO DNP PROJECT**
One hour. Students will assess and identify practice issue(s) focused on a population of interest and the program requirements necessary for the development of the culminating scholarly project. Models of DNP Projects will be explored.

**NUR 7200 PROFESSIONAL, BUSINESS, AND SCHOLARLY WRITING**
Two hours. Students will develop skills for effective professional, business, and scholarly writing required for advanced nursing roles. The focus of the course will include three main audiences: other professionals, patients/clients, and the public.

**NUR 7210 HEALTH CARE BUSINESS AND FINANCIAL MANAGEMENT**
Three hours. This course provides students with knowledge and skills required for business and financial leadership at the organization or systems level. Strategic, operational, and financial planning are emphasized.

**NUR 7300 PRACTICE SCHOLARSHIP: EVIDENCE-BASED PRACTICE AND QUALITY IMPROVEMENT**
Three hours. In this course, the principles of translational and improvement science are introduced and analyzed to promote high reliability healthcare organizations. Students will identify gaps in quality and apply scientific evidence models to improve healthcare outcomes.

**NUR 7310 DATA MANAGEMENT AND ANALYTICS FOR EVIDENCE-BASED PRACTICE**
Three hours. This course provides students with knowledge and skills required for management, analysis, and evaluation of data to improve outcomes in health care.

**NUR 7400 CLINICAL PREVENTION AND POPULATION HEALTH**
Three hours. This course is designed to assist students with identifying, analyzing, and evaluating the key public health issues confronting the DNP prepared professional nurse in the provision of population-focused health care. The role of federal, state, and local governments in relation to the core functions of public health will be explored. Health disparities and the needs of priority populations will be analyzed.

**NUR 7410 HEALTH POLICY AND ADVOCACY IN HEALTH CARE**
Three hours. This course provides knowledge and skills needed to lead health policy development, analysis, application and implementation. The advocacy role of the DNP-prepared nurse is emphasized. Students will analyze the relationship between health policy and the financing of health care.

**NUR 7420 INFORMATION MANAGEMENT AND TECHNOLOGY**
Three hours. Students will analyze the role of technology in the health care system and how it can be utilized by the DNP prepared leader to optimize clinical, financial, and operational outcomes. Students will develop knowledge and skills for collaboration in the selection and implementation of technology for effective decision-making.

**NUR 7500 DNP PROJECT AND PRACTICUM I**
Two hours. This course is the first in a series of four courses that provide a context for fulfillment of DNP Project and Practicum requirements. Through a mentored immersion

experience, students will demonstrate advanced leadership competencies through the development, implementation, and evaluation of a practice improvement initiative

### NUR 7510 DNP PROJECT AND PRACTICUM II

Three hours. This course is the second in a series of four courses that provide a context for fulfillment of DNP Project and Practicum requirements.  Through a mentored immersion experience, students will demonstrate advanced leadership competencies through the development, implementation, and evaluation of a practice improvement initiative.

### NUR 7520 DNP PROJECT AND PRACTICUM III

Three hours. This course is the third in a series of four courses that provide a context for fulfillment of DNP Project and degree requirements.  Through a mentored practice immersion experience, students will demonstrate advanced leadership competencies through the development, implementation, evaluation, and dissemination of a practice improvement initiative.

### NUR 7530 DNP PROJECT AND PRACTICUM IV

Three hours.  This course is the fourth in a series of four courses that provide a context for fulfillment of DNP Program and degree requirements.  Through a mentored practice immersion experience, students will demonstrate advanced leadership competencies through the development, implementation, evaluation, and dissemination of a practice improvement initiative.

## DOCTOR OF PHYSICAL THERAPY - DPT

### DPT 7110 HUMAN ANATOMY FOR PHYSICAL THERAPY

Six hours. This combined lecture/laboratory course presents in-depth instruction in the gross, surface, and microscopic anatomy of the human body.

### DPT 7120 KINESIOLOGY AND BIOMECHANICS FOR PHYSICAL THERAPY

Three hours. This combined lecture/laboratory course will examine the interaction of bones, joints, muscles, and external forces that are responsible for movement. The origins, insertions, actions of the muscles, and in some joint complexes, patterns of physical dysfunction will also be discussed as it relates to normal movement.

### DPT 7130 PHYSICAL THERAPY CLINICAL ASSESSMENT I

Three hours. This first clinical assessment combined lecture/laboratory course provides a foundation for examination skills relevant to patients with orthopedic, neurological, cardiopulmonary, and general pathologies. Primary areas of emphasis include examination procedures including history taking, systems review, and basic tests and measures such as assessment of vital signs, reflexes, joint range of motion, strength, and orthopedic special tests.

### DPT 7140 PATHOPHYSIOLOGY FOR PHYSICAL THERAPY

Three hours. This lecture course presents the physiology and pathology of the body systems across the lifespan.  Students will also learn how to interpret basic medical record information relating to diagnostic tests and measures.

### DPT 7150 EVIDENCE BASED PHYSICAL THERAPIST PRACTICE I

One hour. This is the first of three lecture courses that introduce students to the principles of evidence-based physical therapy (EBPT) practice and prepares students to apply these principles

in clinical decision-making and research. Definition of basic concepts and terminology used in EBPT; and types and the levels of evidence will be examined.

### DPT 7160 INTEGRATED PROFESSIONAL & COMMUNITY EDUCATION (IPCE) I
Two hours. This is the first of five in the Integrated Professional & Community Education course series. This course introduces students to the professional role of the physical therapist in clinical practice and community health. Content covered includes physical therapist core values, ethical principles, basic patient/client interaction and community health education.

### DPT 7210 MUSCULOSKELETAL PHYSICAL THERAPY I
Four hours. Prerequisites: DPT 7110, DPT 7120, DPT 7130, DPT 7140, DPT 7150, DPT 7160. This first musculoskeletal course focuses on physical therapy interventions for individuals with movement and/or musculoskeletal disorders. The interventions include, but are not limited to, therapeutic exercise, biophysical agents, peripheral joint mobilization, and manual therapy.

### DPT 7220 PHYSICAL THERAPY CLINICAL ASSESSMENT II
Three hours. Prerequisites: DPT 7110, DPT 7120, DPT 7130, DPT 7140, DPT 7150, DPT 7160. This second clinical assessment combined lecture/laboratory course continues building on the foundation of examination skills relevant to patients with common diagnoses seen by physical therapists across the lifespan. An emphasis will be placed on observing and understanding normal gait patterns. Students will participate in hands-on methods and techniques related to therapeutic activities, gait training, transfers, assistive devices, and basic patient handling techniques.

### DPT 7230 ACUTE CARE PHYSICAL THERAPY
Two hours. Prerequisites: DPT 7110, DPT 7120, DPT 7130, DPT 7140, DPT 7150, DPT 7160. This combined lecture/laboratory course presents physical therapy management of individuals with acute medical and surgical conditions. This course will address the role of the acute care physical therapist as a multi-disciplinary team member with patients/clients across the lifespan with varying acuity levels.

### DPT 7240 PHARMACOLOGY FOR PHYSICAL THERAPY
Two hours. Prerequisites: DPT 7110, DPT 7120, DPT 7130, DPT 7140, DPT 7150, DPT 7160. This lecture course is the study of drugs with an emphasis on how drugs affect physical therapy management of individuals with medical and surgical conditions.

### DPT 7250 CARDIOPULMONARY PHYSICAL THERAPY
Three hours. Prerequisites: DPT 7110, DPT 7120, DPT 7130, DPT 7140, DPT 7150, DPT 7160. This combined lecture/laboratory course presents in-depth instruction in the medical and physical therapy management of patients/clients with cardiopulmonary disorders.

### DPT 7260 INTEGRATED PROFESSIONAL & COMMUNITY EDUCATION (IPCE) II
Two hours. Prerequisites: DPT 7110, DPT 7120, DPT 7130, DPT 7140, DPT 7150, DPT 7160. This is the second of five in the Integrated Professional & Community Education course series. This course introduces students to the professional role of the physical therapist in clinical practice and community health. Content covered include role of the PT in the interdisciplinary team, patient/client interaction skills, clinical decision-making and legal issues pertaining to PT services.

### DPT 7310 PHYSICAL THERAPY REHABILITATION I
Four hours. Prerequisites: DPT 7110, DPT 7120, DPT 7130, DPT 7140, DPT 7150, DPT 7160, DPT 7210, DPT 7220, DPT 7230, DPT 7240, DPT 7250, DPT 7260. This is the first physical rehabilita-

tion combined lecture/laboratory course that will present approaches to treatment of individuals with neurological conditions such as theories of motor control, motor learning, and neurobehavioral plasticity. This course will include assessment and treatment of individuals with neurological disorders.

### DPT 7320 NEUROSCIENCE FOR PHYSICAL THERAPY
Four hours. Prerequisites: DPT 7110, DPT 7120, DPT 7130, DPT 7140, DPT 7150, DPT 7160, DPT 7210, DPT 7220, DPT 7230, DPT 7240, DPT 7250, DPT 7260. This lecture course provides basic clinical neuroanatomical facts. This course will address the functional organization of the nervous system and show how injury and disease can cause neurological damage.

### DPT 7330 ADMINISTRATION FOR PHYSICAL THERAPY
Two hours. Prerequisites: DPT 7110, DPT 7120, DPT 7130, DPT 7140, DPT 7150, DPT 7160, DPT 7210, DPT 7220, DPT 7230, DPT 7240, DPT 7250, DPT 7260. This course introduces students to management and leadership principles, and their application to physical therapist practice. Topics covered include ethical and legal responsibilities in physical therapist practice, reimbursement, personnel issues, risk management, and resource management.

### DPT 7350 EVIDENCE BASED PHYSICAL THERAPIST PRACTICE II
Two hours. Prerequisites: DPT 7110, DPT 7120, DPT 7130, DPT 7140, DPT 7150, DPT 7160, DPT 7210, DPT 7220, DPT 7230, DPT 7240, DPT 7250, DPT 7260. This second of three evidence based practice course provides an overview of methods of scientific inquiry in the context of clinical physical therapist practice. Topics include research designs, data collection methods, basic statistics, and research ethics.

### DPT 7360 INTEGRATED PROFESSIONAL & COMMUNITY EDUCATION (IPCE) III
Two hours. Prerequisites: DPT 7110, DPT 7120, DPT 7130, DPT 7140, DPT 7150, DPT 7160, DPT 7210, DPT 7220, DPT 7230, DPT 7240, DPT 7250, DPT 7260. This is the third of five in the Integrated Professional & Community Education course series. This course prepares students for the professional role of the physical therapist in clinical practice and community health. Content covered includes patient/client management skills across the lifespan in the context of a multicultural society.

### DPT 7410 PHYSICAL THERAPY REHABILITATION II
Four hours. Prerequisites DPT 7110, DPT 7120, DPT 7130, DPT 7140, DPT 7150, DPT 7160, DPT 7210, DPT 7220, DPT 7230, DPT 7240, DPT 7250, DPT 7260, DPT 7310, DPT 7320, DPT 7330, DPT 7350, DPT 7360, DPT 7480. This is the second physical rehabilitation combined lecture/laboratory course that will present assessment and treatment of individuals with neurological and vestibular disorders. Information on prescription, fabrication, and fitting of prosthetics and orthotics will also be presented.

### DPT 7460 INTEGRATED PROFESSIONAL & COMMUNITY EDUCATION (IPCE) IV
One hour. Prerequisites DPT 7110, DPT 7120, DPT 7130, DPT 7140, DPT 7150, DPT 7160, DPT 7210, DPT 7220, DPT 7230, DPT 7240, DPT 7250, DPT 7260, DPT 7310, DPT 7320, DPT 7330, DPT 7350, DPT 7360, DPT 7480. This is the fourth of five in the Integrated Professional & Community Education course series. This course prepares students for their first clinical internship. Content covered includes professional behaviors expected during clinical placements and skills needed to provide and bill for physical therapy services in various clinical settings.

**DPT 7480 PHYSICAL THERAPY CLINICAL EDUCATION PRACTICUM I**
Ten hours. Prerequisites: DPT 7110, DPT 7120, DPT 7130, DPT 7140, DPT 7150, DPT 7160, DPT 7210, DPT 7220, DPT 7230, DPT 7240, DPT 7250, DPT 7260, DPT 7310, DPT 7320, DPT 7330, DPT 7350, DPT 7360. This is the first of three full time clinical experiences. Each experience will be in a different practice setting in locations available throughout the US. This clinical experience will be supervised by a licensed physical therapist and will be structured to give the student a variety of learning opportunities providing exposure to comprehensive care of patients/clients across the life span and exposure to a wide variety of diagnoses. Foundational elements include safety and risk management, professional behaviors, adherence to legal and professional practice standards, communication, and clinical reasoning skills. Students will be evaluated utilizing the American Physical Therapy Association (APTA) Physical Therapy Clinical Performance Instrument (CPI).

**DPT 7510 MUSCULOSKELETAL PHYSICAL THERAPY II**
Four hours. Prerequisites: DPT 7110, DPT 7120, DPT 7130, DPT 7140, DPT 7150, DPT 7160, DPT 7210, DPT 7220, DPT 7230, DPT 7240, DPT 7250, DPT 7260, DPT 7310, DPT 7320, DPT 7330, DPT 7350, DPT 7360, DPT 7480, DPT 7410, DPT 7460. This second musculoskeletal course focuses on physical therapy evaluation and treatment for individuals with cervicothoracic and lumbopelvic pain and/or pathology. The interventions include, but are not limited to, therapeutic exercise, spinal mobilization/manipulation, and various other forms of manual therapy. The course will prepare students to develop an appropriate classification and plan of care for patient case studies with spinal pathologies seen in the physical therapy outpatient settings.

**DPT 7520 GERIATRIC PHYSICAL THERAPY**
Four hours. Prerequisites: DPT 7110, DPT 7120, DPT 7130, DPT 7140, DPT 7150, DPT 7160, DPT 7210, DPT 7220, DPT 7230, DPT 7240, DPT 7250, DPT 7260, DPT 7310, DPT 7320, DPT 7330, DPT 7350, DPT 7360, DPT 7480, DPT 7410, DPT 7460. This combined lecture/laboratory course will address the role of the physical therapist as a multi-disciplinary team member with management of geriatric patients/clients with varying acuity levels.

**DPT 7530 PEDIATRIC PHYSICAL THERAPY**
Four hours. Prerequisites: DPT 7110, DPT 7120, DPT 7130, DPT 7140, DPT 7150, DPT 7160, DPT 7210, DPT 7220, DPT 7230, DPT 7240, DPT 7250, DPT 7260, DPT 7310, DPT 7320, DPT 7330, DPT 7350, DPT 7360, DPT 7480, DPT 7410, DPT 7460. This combined lecture/laboratory course will address the role of the physical therapist as a multi-disciplinary team member with management pediatric patients/clients.

**DPT 7540 ADVANCE CLINICAL LIFESPAN PROBLEM SOLVING**
Two hours. Prerequisites DPT 7110, DPT 7120, DPT 7130, DPT 7140, DPT 7150, DPT 7160, DPT 7210, DPT 7220, DPT 7230, DPT 7240, DPT 7250, DPT 7260, DPT 7310, DPT 7320, DPT 7330, DPT 7350, DPT 7360, DPT 7480, DPT 7410, DPT 7460. This course will address the role of the physical therapist as a multi-disciplinary team member with management of patients/clients across the lifespan.

**DPT 7550 EVIDENCE BASED PHYSICAL THERAPIST PRACTICE III**
Two hours. Prerequisites DPT 7110, DPT 7120, DPT 7130, DPT 7140, DPT 7150, DPT 7160, DPT 7210, DPT 7220, DPT 7230, DPT 7240, DPT 7250, DPT 7260, DPT 7310, DPT 7320, DPT 7330, DPT 7350, DPT 7360, DPT 7480, DPT 7410, DPT 7460. This is the third of three courses culminating into a capstone project. The student will apply the evidence-based practice principles learned in DPT 7150 & 7350 to generate a publishable quality scientific manuscript.

### DPT 7560 INTEGRATED PROFESSIONAL & COMMUNITY EDUCATION (IPCE) V

One hour. Prerequisites DPT 7110, DPT 7120, DPT 7130, DPT 7140, DPT 7150, DPT 7160, DPT 7210, DPT 7220, DPT 7230, DPT 7240, DPT 7250, DPT 7260, DPT 7310, DPT 7320, DPT 7330, DPT 7350, DPT 7360, DPT 7480, DPT 7410, DPT 7460.  This is the last of five in the Integrated Professional & Community Education course series. Provides opportunity for students to analyze their professional development trajectory and their ability to navigate financial and personnel management issues in clinical physical therapy practice.

### DPT 7570 NATIONAL PHYSICAL THERAPY EXAM REVIEW

One hour. Prerequisites DPT 7110, DPT 7120, DPT 7130, DPT 7140, DPT 7150, DPT 7160, DPT 7210, DPT 7220, DPT 7230, DPT 7240, DPT 7250, DPT 7260, DPT 7310, DPT 7320, DPT 7330, DPT 7350, DPT 7360, DPT 7480, DPT 7410, DPT 7460.  This course will review physical therapy content and provide students with strategies to study and take the National Physical Therapy Exam (NPTE).  Passage of this exam is necessary for a graduate to obtain a physical therapy license.

### DPT 7680 PHYSICAL THERAPY CLINICAL EDUCATION PRACTICUM II

Ten hours. Prerequisites DPT 7110, DPT 7120, DPT 7130, DPT 7140, DPT 7150, DPT 7160, DPT 7210, DPT 7220, DPT 7230, DPT 7240, DPT 7250, DPT 7260, DPT 7310, DPT 7320, DPT 7330, DPT 7350, DPT 7360, DPT 7480, DPT 7410, DPT 7460, DPT 7510, DPT 7520, DPT 7530, DPT 7540, DPT 7550, DPT 7560. This is the second of three full time clinical experiences.  Each experience will be in a different practice setting in locations available throughout the US.  This clinical experience will be supervised by a licensed physical therapist and will be structured to give the student a variety of learning opportunities providing exposure to comprehensive care of patients/clients across the life span and exposure to a wide variety of diagnoses.  Foundational elements include safety and risk management, professional behaviors, adherence to legal and professional practice standards, communication, and clinical reasoning skills.  Students will be evaluated utilizing the American Physical Therapy Association (APTA) Physical Therapy Clinical Performance Instrument (CPI).

### DPT 7780 PHYSICAL THERAPY CLINICAL EDUCATION PRACTICUM III

Sixteen hours. Prerequisites DPT 7480, DPT 7410, DPT 7460, DPT 7510, DPT 7520, DPT 7530, DPT 7540, DPT 7550, DPT 7560, DPT 7680. This is the third of three full time clinical experiences. Each experience will be in a different practice setting in locations available throughout the US. This clinical experience will be supervised by a licensed physical therapist and will be structured to give the student a variety of learning opportunities providing exposure to comprehensive care of patients/clients across the life span and exposure to a wide variety of diagnoses.  Foundational elements include safety and risk management, professional behaviors, adherence to legal and professional practice standards, communication, and clinical reasoning skills.  Students will be evaluated utilizing the American Physical Therapy Association (APTA) Physical Therapy Clinical Performance Instrument (CPI).

### DPT 7790 PHYSICAL THERAPY SEMINAR

One hour. Prerequisites DPT 7480, DPT 7410, DPT 7460, DPT 7510, DPT 7520, DPT 7530, DPT 7540, DPT 7550, DPT 7560, DPT 7680, DPT 7570. This course will take place the last week in the final semester of the Physical Therapy Program. Students will have an opportunity to evaluate the Physical Therapy Program and present their capstone project to peers, faculty, and community healthcare professionals.